```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VDARE FOUNDATION, INC.,                       :
                                              :
                Plaintiff,                    :
                                              :     Civil Action No. 22-cv-1337 (FJS/CFH)
    - vs -                                    :
                                              :
LETITIA JAMES, in her official capacity as    :     NOTICE OF APPEAL
Attorney General of the State of New York,    :
                                              :
                Defendant.                    :
                                              :
                                              :
-----------------------------------------------------------x
```

**PLEASE TAKE NOTICE** that Plaintiff, VDARE Foundation, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order entered in the above-captioned action on June 27, 2023, (ECF No. 50).

| | |
|---|---|
| Dated: July 27, 2023 | /s/ Jay M. Wolman |
| | Jay M. Wolman |
| | RANDAZZA LEGAL GROUP, PLLC |
| | *Office Address:* |
| | 43-10 Crescent Street, Ste. 1217 |
| | Long Island City, NY 11101 |
| | *Mailing Address:* |
| | 100 Pearl Street, 14th Floor |
| | Hartford, CT 06103 |
| | Tel: 888-887-1776 |
| | ecf@randazza.com |
| | |
| | Marc J. Randazza |
| | RANDAZZA LEGAL GROUP, PLLC |
| | 30 Western Avenue |
| | Gloucester, MA 01930 |
| | Tel: 888-887-1776 |
| | ecf@randazza.com |
| | |
| | *Attorneys for Plaintiff,* |
| | *VDARE FOUNDATION, INC.* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Jay M. Wolman<br>
Jay M. Wolman

APPEAL,MANDATORY−MEDIATION

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.2)] (Albany)
## CIVIL DOCKET FOR CASE #: 1:22−cv−01337−FJS−CFH
*Internal Use Only*

| | |
|---|---|
| VDARE Foundation, Inc. v. James | Date Filed: 12/12/2022 |
| Assigned to: Senior Judge Frederick J. Scullin, Jr | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Christian F. Hummel | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**VDARE Foundation, Inc.**  represented by  **Andrew J Frisch**
Andrew J. Frisch
40 Fulton Street
New York, NY 10038
212−285−8000
Fax: 646−304−0352
Email: afrisch@andrewfrisch.com
***TERMINATED: 04/25/2023***
*LEAD ATTORNEY*
*Bar Status: Active*
*Fee Status: paid_2023*

**Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702−420−2001
Email: jmw@randazza.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2020*

**Frederick C. Kelly , III**
Frederick C. Kelly, Esq.
One Harriman Square
P.O. Box 60
Goshen, NY 10924
845−295−7945
Email: fckellylaw@protonmail.com
***TERMINATED: 12/21/2022***
*Bar Status: Active*
*Fee Status: due*

**Marc J. Randazza**
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd. – Suite 100
Las Vegas, NV 89118
702−420−2001
Email: mjr@randazza.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

V.

**Defendant**

**Letitia James**  represented by  **Alexander S. Mendelson**
*in her official capacity as Attorney*  NYS Office of The Attorney General

*General of the State of New York*  28 Liberty Street
New York, NY 10005
212–416–8990
Email: alexander.mendelson@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2023*

**Rick Sawyer**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212–416–6182
Email: richard.sawyer@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Catherine Suvari**
U.S. Attorney's Office– District of Connecticut
137 Church Street, 24th Floor
New Haven, CT 06510
203–821–3710
Email: Catherine.Suvari@usdoj.gov
*TERMINATED: 04/05/2023*
*Bar Status: Phv*
*Fee Status: paid*

**Yael Fuchs**
NYS Office of The Attorney General
28 Liberty Street – 19th Floor
New York, NY 10005
212–416–8391
Email: yael.fuchs@ag.ny.gov
*TERMINATED: 05/09/2023*
*Bar Status: Active*
*Fee Status: due*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2022 | 1 | VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF against Letitia James (Filing fee $402 receipt number ANYNDC–6128995) filed by VDARE Foundation, Inc. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(pjh, ) (Entered: 12/13/2022) |
| 12/13/2022 | 2 | Summons Issued as to Letitia James. (pjh, ) (Entered: 12/13/2022) |
| 12/13/2022 | 3 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 3/13/2023 at 9:00 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 3/6/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (pjh, ) (Entered: 12/13/2022) |
| 12/20/2022 | 4 | NOTICE of Appearance by Frederick C. Kelly, III on behalf of VDARE Foundation, Inc. (Kelly, Frederick) (Entered: 12/20/2022) |
| 12/21/2022 | 5 | NOTICE by VDARE Foundation, Inc. *Withdrawal of Appearance* (Kelly, Frederick) (Entered: 12/21/2022) |

| | | |
|---|---|---|
| 12/22/2022 | 6 | NOTICE of Appearance by Yael Fuchs on behalf of Letitia James (Fuchs, Yael) (Entered: 12/22/2022) |
| 12/22/2022 | 7 | First MOTION for Extension of Time to File Answer filed by Letitia James. Response to Motion due by 1/12/2023 Motions referred to Christian F. Hummel. (Fuchs, Yael) (Entered: 12/22/2022) |
| 12/22/2022 | 8 | AFFIDAVIT of Service for Personal served on NYS Attorney General via her authorized representative on December 14, 2022, filed by VDARE Foundation, Inc.. (Frisch, Andrew) (Entered: 12/22/2022) |
| 12/28/2022 | 9 | TEXT ORDER granting 7 First MOTION for Extension of Time to File Answer filed by Letitia James. Letitia James answer due 1/18/2023. Authorized by Magistrate Judge Christian F. Hummel on 12/28/2022. (tab) (Entered: 12/28/2022) |
| 01/03/2023 | 10 | Letter Motion from Andrew J. Frisch for VDARE Foundation, Inc. requesting Rescheduling of Conference submitted to Judge Christian F. Hummel . (Frisch, Andrew) (Entered: 01/03/2023) |
| 01/04/2023 | 11 | TEXT ORDER granting 10 Letter Motion from Andrew J. Frisch for VDARE Foundation, Inc. requesting Rescheduling of Conference : The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 3/28/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) The Initial Conference is reset for 4/5/2023 @ 10:00 AM. **The conference will be conducted by telephone. The Court will issue a separate notice setting forth the instructions to connect to the conference call in advance of the scheduled date and time** . Authorized by Magistrate Judge Christian F. Hummel on 1/4/2023. (tab) (Entered: 01/04/2023) |
| 01/18/2023 | 12 | MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Senior District Judge Frederick J. Scullin, Jr., MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Senior District Judge Frederick J. Scullin, Jr. Response to Motion due by 2/8/2023. Reply to Response to Motion due by 2/15/2023 (Attachments: # 1 Memorandum of Law, # 2 Declaration of Yael Fuchs, # 3 Exhibit(s) A State Court Petition, # 4 Exhibit(s) B 2020 Form 990, # 5 Exhibit(s) C 2019 Form 990, # 6 Exhibit(s) D 2018 Form 990, # 7 Exhibit(s) E Frisch Affirmation, # 8 Exhibit(s) F Deed from VDARE to BCF, # 9 Exhibit(s) G Deed from VDARE to BBB, # 10 Exhibit(s) H BCF Certificate of Incorporation, # 11 Exhibit(s) I BBB Certificate of Incorporation, # 12 Exhibit(s) J Lease from Lydia Brimelow to BBB, # 13 Exhibit(s) K Subpoena, # 14 Exhibit(s) L Facebook Report, # 15 Exhibit(s) M Facebook Subpoenas, # 16 Exhibit(s) N Letter, # 17 Exhibit(s) O Letter, # 18 Exhibit(s) P Letter, # 19 Exhibit(s) Q Letter, # 20 Exhibit(s) R Letter, # 21 Exhibit(s) S Letter, # 22 Exhibit(s) T Letter) (Fuchs, Yael) Modified on 2/8/2023 to correct name of Judge who will be handling the motion. (rep). (Entered: 01/18/2023) |
| 01/26/2023 | 13 | MOTION for Limited Admission Pro Hac Vice of Catherine Suvari Filing fee $100, receipt number ANYNDC−6175865. Motions referred to Christian F. Hummel. (Fuchs, Yael) (Entered: 01/26/2023) |
| 01/26/2023 | 14 | MOTION for Limited Admission Pro Hac Vice of Richard Sawyer Filing fee $100, receipt number ANYNDC−6175682. (Attachments: # 1 Petition for Admission to Practice, # 2 Certificate of Good Standing, # 3 Declaration of Sponsor, # 4 Attorney Registration Form) Motions referred to Christian F. Hummel. (Fuchs, Yael) (Entered: 01/26/2023) |
| 01/26/2023 | 15 | NOTICE by Letitia James *re Decision and Order in related state case* (Fuchs, Yael) (Entered: 01/26/2023) |
| 01/27/2023 | 16 | TEXT ORDER: The Court will be treating the 15 Notice as a supplement to Defendant's motion to dismiss, Dkt. No 12 , to which Plaintiff should respond to in its opposition to the motion. Plaintiff is permitted an additional 5 pages in its memorandum of law in opposition to Defendant's motion in light of the length of Defendant's supplemental submission. IT IS SO ORDERED by Senior Judge Frederick J. Scullin, Jr on January 27, 2023. (rep) Modified on 2/8/2023 to correct hyperlink (rep). (Entered: 01/27/2023) |

| | | |
|---|---|---|
| 01/30/2023 | 17 | TEXTORDER granting 13 Motion for Limited Admission Pro Hac Vice of Catherine Suvari, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions–nextgen. Authorized by Magistrate Judge Christian F. Hummel on 1/30/2023. (tab) (Entered: 01/30/2023) |
| 01/30/2023 | 18 | TEXT ORDER granting 14 Motion for Limited Admission Pro Hac Vice of Richard Sawyer, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step–by–step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney–admissions–nextgen. Authorized by Magistrate Judge Christian F. Hummel on 1/30/2023. (tab) (Entered: 01/30/2023) |
| 01/31/2023 | 19 | NOTICE of Appearance by Catherine Suvari on behalf of Letitia James (Suvari, Catherine) (Entered: 01/31/2023) |
| 02/06/2023 | 20 | First MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss* filed by VDARE Foundation, Inc.. Response to Motion due by 2/27/2023 Motions referred to Christian F. Hummel. (Frisch, Andrew) (Entered: 02/06/2023) |
| 02/07/2023 | 21 | TEXT ORDER granting 20 First MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss* filed by VDARE Foundation, Inc. Plaintiff's Response to Motion due by 2/15/2023; The Reply to Response to Motion now due by 3/1/2023. Authorized by Magistrate Judge Christian F. Hummel on 2/7/2023. (tab) (Entered: 02/07/2023) |
| 02/10/2023 | 22 | Second MOTION for Extension of Time to File Response/Reply filed by VDARE Foundation, Inc.. Response to Motion due by 3/3/2023 (Attachments: # 1 Declaration) Motions referred to Christian F. Hummel. (Frisch, Andrew) (Entered: 02/10/2023) |
| 02/13/2023 | 23 | TEXT ORDER granting 22 Motion for Extension of Time to File Response/Reply filed by VDARE Foundation, Inc.: Response to Motion due by 2/22/2023. Reply to Response to Motion due by 3/8/2023. Authorized by Magistrate Judge Christian F. Hummel on 2/13/2023. (tab) (Entered: 02/13/2023) |
| 02/13/2023 | 24 | NOTICE OF APPEARANCE by Rick Sawyer on behalf of Letitia James (Sawyer, Rick) (Entered: 02/13/2023) |
| 02/22/2023 | 25 | AFFIDAVIT in Opposition re 12 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Senior Judge Frederick J. Scullin, Jr. MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Senior Judge Frederick J. Scullin, Jr. filed by VDARE Foundation, Inc.. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Exhibit(s) G, # 8 Exhibit(s) H, # 9 Exhibit(s) I, # 10 Exhibit(s) J, # 11 Exhibit(s) K, # 12 Exhibit(s) L, # 13 Exhibit(s) M, # 14 Exhibit(s) N, # 15 Exhibit(s) O, # 16 Exhibit(s) P, # 17 Exhibit(s) Q, # 18 Exhibit(s) R, # 19 Exhibit(s) S)(Frisch, Andrew) Modified on 2/23/2023 to correct Judge's name. (rep, ). (Entered: 02/22/2023) |
| 02/22/2023 | 26 | MEMORANDUM OF LAW filed by VDARE Foundation, Inc.. (Frisch, Andrew) (Entered: 02/22/2023) |
| 03/08/2023 | 27 | RESPONSE in Support re 12 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Christian F. Hummel MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Christian F. Hummel *REPLY* filed by Letitia James. (Suvari, Catherine) (Entered: 03/08/2023) |
| 03/14/2023 | 28 | NOTICE by Letitia James *re Decision and Order in related State case* (Fuchs, Yael) (Entered: 03/14/2023) |

| | | |
|---|---|---|
| 03/21/2023 | 29 | Emergency MOTION for Temporary Restraining Order *and preliminary injunction* by VDARE Foundation, Inc.. (Attachments: # 1 Memorandum of Law, # 2 Declaration)(Frisch, Andrew) Modified on 3/27/2023 – to clarify docket text (rep). (Entered: 03/21/2023) |
| 03/21/2023 | 30 | AMENDED DOCUMENT/CORRECTED MEMORANDUM OF LAW: Re: 29 Emergency TRO, by VDARE Foundation, Inc.. . (Frisch, Andrew) Modified on 3/22/2023 to clarify docket text (rep). (Entered: 03/21/2023) |
| 03/21/2023 | 31 | TEXT NOTICE: The Rule 16 Initial Conference scheduled for April 5, 2023 at 10:00am before Magistrate Judge Christian F. Hummel and the deadline to submit a proposed Civil Case Management Plan and exchange Mandatory Disclosures are ADJOURNED without date pending a decision on the dispositive motion. (tab) (Entered: 03/21/2023) |
| 03/22/2023 | | CLERK'S CORRECTION OF DOCKET ENTRY: The clerk notes that plaintiff filed the 30 Amended Memorandum of Law to remove several blank pages that were found in the original 29 motion. (rep) (Entered: 03/22/2023) |
| 03/27/2023 | 32 | ORDER: The Court hereby ORDERS that Plaintiff's motion for a temporary restraining order, see Dkt. No. 29 , is DENIED; and the Court further ORDERS that Defendant shall file her opposition to Plaintiff's motion for a preliminary injunction, see Dkt. No. 29 , on or before **April 10, 2023**; and the Court further ORDERS that Plaintiff shall file its reply to Defendant's opposition to its motion for a preliminary injunction on or before **April 17, 2023**; and the Court further ORDERS that the Court shall decide the motion based on the parties' submissions. Signed by Senior Judge Frederick J. Scullin, Jr on March 27, 2023. (rep) (Entered: 03/27/2023) |
| 04/05/2023 | 33 | NOTICE by Letitia James *of Withdrawal of Counsel* (Suvari, Catherine) (Entered: 04/05/2023) |
| 04/10/2023 | 34 | RESPONSE in Opposition re 29 Emergency MOTION for Temporary Restraining Order filed by Letitia James. (Sawyer, Rick) (Entered: 04/10/2023) |
| 04/10/2023 | 35 | AFFIDAVIT in Opposition re 29 Emergency MOTION for Temporary Restraining Order *by Yael Fuchs* filed by Letitia James. (Attachments: # 1 Exhibit(s) A (12/16/22 Fuchs Aff.), # 2 Exhibit(s) B (Subpoena), # 3 Exhibit(s) C (9/19/22 Frisch Letter), # 4 Exhibit(s) D (11/28/22 Frisch Letter), # 5 Exhibit(s) E (12/2/22 OAG Letter), # 6 Exhibit(s) F (State Court Petition), # 7 Exhibit(s) G (Oral Argument Tr.), # 8 Exhibit(s) H (State Court Order), # 9 Exhibit(s) I (OAG's Proposed Protective Order), # 10 Exhibit(s) J (VDARE's Motion for Stay), # 11 Exhibit(s) K (OAG's Opposition), # 12 Exhibit(s) L (Order Denying Stay), # 13 Exhibit(s) M (1/3/22 Frisch Affirmation))(Sawyer, Rick) (Entered: 04/10/2023) |
| 04/17/2023 | 36 | MOTION to Withdraw as Attorney filed by VDARE Foundation, Inc.. Response to Motion due by 5/8/2023 (Attachments: # 1 Declaration) Motions referred to Christian F. Hummel. (Frisch, Andrew) (Entered: 04/17/2023) |
| 04/17/2023 | 37 | TEXT ORDER: The Court is in receipt of Plaintif's counsel's 36 motion to withdraw as counsel at his client's request. The Court GRANTS the motion. The Court directs Plaintiff that it must have new counsel file a Notice of Appearance and a reply in further support of Plaintiff's motion for a preliminary injunction on or before **April 24, 2023**. Failure to do so will result in DENIAL of Plaintiffs 29 motion for a preliminary injunction. IT IS SO ORDERED by Senior Judge Frederick J. Scullin, Jr on April 17, 2023. (rep) Modified on 4/17/2023 to correct bold text. (rep). (Entered: 04/17/2023) |
| 04/24/2023 | 38 | REPLY to Response to Motion re 29 Emergency MOTION for Temporary Restraining Order filed by VDARE Foundation, Inc.. (Wolman, Jay) (Entered: 04/24/2023) |
| 04/24/2023 | 39 | AFFIDAVIT in Support re 29 Emergency MOTION for Temporary Restraining Order filed by VDARE Foundation, Inc.. (Attachments: # 1 Exhibit(s) A – OAG Memorandum of Law, # 2 Exhibit(s) B – 11 News Article, # 3 Exhibit(s) C – Washington Post Article, # 4 Exhibit(s) D – VDARE Article, # 5 Exhibit(s) E – Washington Post Article, # 6 Exhibit(s) F – Declaration of Lydia Brimelow, # 7 Exhibit(s) G – Affidavit of VDARE Lady Reader, # 8 Exhibit(s) H – Affidavit of Federale)(Wolman, Jay) (Entered: 04/24/2023) |

| | | |
|---|---|---|
| 04/24/2023 | 40 | NOTICE OF APPEARANCE by Jay Marshall Wolman on behalf of VDARE Foundation, Inc. (Wolman, Jay) (Entered: 04/24/2023) |
| 04/25/2023 | 41 | NOTICE OF ADMISSION REQUIREMENT as to Party Plaintiff; Attorney Marc J. Randazza, Email address is ecf@randazza.com. Phone number is 888–887–1776. Admissions due by 5/9/2023. (khr) Emailed a copy to the Attorney on 4/25/2023. (Entered: 04/25/2023) |
| 04/28/2023 | 42 | MOTION to Strike *docket entries 39–2 through 39–8 and all portions of docket entry 38 relying on those documents* filed by Letitia James. Response to Motion due by 5/19/2023 (Attachments: # 1 Memorandum of Law) Motions referred to Christian F. Hummel. (Sawyer, Rick) (Entered: 04/28/2023) |
| 04/28/2023 | 43 | NOTICE by VDARE Foundation, Inc. re 29 Emergency MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit(s) A – Redacted Affidavit, # 2 Exhibit(s) B – Redacted Affidavit)(Wolman, Jay) (Entered: 04/28/2023) |
| 05/02/2023 | 44 | TEXT ORDER: The Court is in receipt of Defendant's motion to strike certain documents or in the alternative for permission to file a sur–reply 42 and Plaintiff's Notice regarding 2 additional affidavits 43 . The Court denies Defendant's motion to strike certain documents and grants Defendant's motion to file a sur–reply addressing the documents mentioned in her motion to strike the documents mentioned in her 42 motion as well as the documents attached to Plaintiff's 43 Notice as they pertain to Plaintiff's motion for a preliminary injunction. Defendant shall file its sur–reply, not to exceed 10 pages, on or before May 10, 2023. The Court will strike any other documents that the parties attempt to file regarding the pending motion for a preliminary injunction. IT IS SO ORDERED by Senior Judge Frederick J. Scullin, Jr on May 2, 2023. (rep) (Entered: 05/02/2023) |
| 05/04/2023 | 45 | NOTICE OF APPEARANCE by Alexander S. Mendelson on behalf of Letitia James (Mendelson, Alexander) (Entered: 05/04/2023) |
| 05/09/2023 | 46 | Letter Motion from Alexander Mendelson, Assistant Attorney General for Letitia James requesting that the Court direct the Clerk of Court to remove Assistant Attorney General Yael Fuchs as counsel to Defendant and to remove Ms. Fuchs name and email address from the Court's ECF/CM notification list submitted to Judge Scullin . (Mendelson, Alexander) (Entered: 05/09/2023) |
| 05/09/2023 | 47 | TEXT ORDER granting 46 Letter Motion from Alexander Mendelson, Assistant Attorney General for Letitia James requesting that the Court direct the Clerk of Court to remove Assistant Attorney General Yael Fuchs as counsel to Defendant. Authorized by Magistrate Judge Christian F. Hummel on 5/9/2023. (tab) (Entered: 05/09/2023) |
| 05/09/2023 | 48 | NOTICE by VDARE Foundation, Inc. re 41 Notice of Admission Requirement *of Marc J. Randazza* (Wolman, Jay) (Entered: 05/09/2023) |
| 05/10/2023 | 49 | RESPONSE in Opposition re 29 Emergency MOTION for Temporary Restraining Order *(Sur–Reply as authorized by D.E. 44)* filed by Letitia James. (Sawyer, Rick) (Entered: 05/10/2023) |
| 06/27/2023 | 50 | MEMORANDUM–DECISION AND ORDER: The Court hereby ORDERS that VDARE's motion for a preliminary injunction, see Dkt. No. 29 , is DENIED; and the Court furtherORDERS that each of the parties may supplement their prior submissions supporting or opposing Defendant's motion to dismiss, to address the issue of the effect of res judicata on that motion in a letter brief, not to exceed five pages, within thirty (30) days of the date of this Memorandum–Decision and Order. Signed by Senior Judge Frederick J. Scullin, Jr on June 27, 2023. (rep) (Entered: 06/27/2023) |
| 06/27/2023 | | Set Deadlines: Deadline to file supplement is 7/27/2023. (rep) (Entered: 06/27/2023) |
| 07/27/2023 | 51 | RESPONSE in Support re 12 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Christian F. Hummel MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Christian F. Hummel filed by Letitia James. (Sawyer, Rick) (Entered: 07/27/2023) |
| 07/27/2023 | 52 | NOTICE OF APPEARANCE by Marc J. Randazza on behalf of VDARE Foundation, Inc. (Randazza, Marc) (Entered: 07/27/2023) |

| | | |
|---|---|---|
| 07/27/2023 | 53 | NOTICE OF APPEAL as to 50 Order on Motion for TRO,, by VDARE Foundation, Inc.. Filing fee $ 505, receipt number ANYNDC–6387101. (Wolman, Jay) (Entered: 07/27/2023) |
| 07/27/2023 | 54 | RESPONSE in Opposition re 12 MOTION to Dismiss for Failure to State a Claim filed by Letitia James. Motion returnable before Judge Christian F. Hummel MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Letitia James. Motion returnable before Judge Christian F. Hummel filed by VDARE Foundation, Inc.. (Wolman, Jay) (Entered: 07/27/2023) |