# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: VDARE Foundation, Inc. v. James  Docket No.: 23-1084

Lead Counsel of Record (name/firm) or Pro se Party (name): Jonathan D. Hitsous/New York State Office of the Attorney General

Appearance for (party/designation): James/defendant-appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
( ) Incorrect. Please change the following parties' designations:
  Party                         Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Jonathan D. Hitsous, Assistant Solicitor General
Firm: New York State Office of the Attorney General
Address: The Capitol, Albany, New York 12224-0341
Telephone: (518) 776-2044   Fax: (518) 915-7723
Email: jonathan.hitsous@ag.ny.gov

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 25, 2022 _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jonathan D. Hitsous
Type or Print Name: Jonathan D. Hitsous, Assistant Solicitor General
  OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.