## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: VDARE Foundation, Inc. v. James     Docket No.: 23-1084

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Marc J. Randazza

Firm: Randazza Legal Group, PLLC

Address: 30 Western Avenue, Gloucester, MA 01930

Telephone: 888-887-1776     Fax:

E-mail: ecf@randazza.com

Appearance for: VDARE Foundation, Inc. / Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jay M. Wolman, Randazza Legal Group, PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Marc J. Randazza

Type or Print Name: Marc J. Randazza