# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
# CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**     **2. PLEASE TYPE OR PRINT**     **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| VDARE Foundation, Inc., Plaintiff,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York, Defendant. | New York Northern District | Frederick J. Scullin, Jr. |
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>June 27, 2023 | District Court Docket No.:<br>1:22-cv-01337 |
| | Date the Notice of Appeal was Filed:<br>July 27, 2023 | Is this a Cross Appeal?<br>☐ Yes   ✔ No |

**Attorney(s) for Appellant(s):**
✔ Plaintiff
☐ Defendant

Counsel's Name / Address / Telephone No. / Fax No. / E-mail:

Jay M. Wolman, Randazza Legal Group, PLLC, Office Address: 43-10 Crescent Street, Ste. 1217, Long Island City, NY 11101 Mailing Address:, 100 Pearl Street, 14th Floor, Hartford, CT 06103, Tel: 888-887-1776, email <jmw@randazza.com>

Marc J. Randazza, Randazza Legal Group, PLLC, 30 Western Avenue, Gloucester, MA 01930, Tel: 888-887-1776, email <ecf@randazza.com>

**Attorney(s) for Appellee(s):**
☐ Plaintiff
✔ Defendant

Counsel's Name / Address / Telephone No. / Fax No. / E-mail:

Jonathan D. Hitsous, New York State Office of Attorney General, The Capitol, Albany, NY 12224, Tel: 518-776-2044, email <jonathan.hitsous@ag.ny.gov>

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously?  ☐ Yes  ✔ No |
|---|---|---|---|
| N/A | N/A | N/A | If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.:     Reporter Citation: (i.e., F.3d or Fed. App.) |

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

**1. Federal Jurisdiction**
☐ U.S. a party
✔ Federal question (U.S. not a party)
☐ Diversity
☐ Other (specify): _____

**2. Appellate Jurisdiction**
☐ Final Decision
✔ Interlocutory Decision Appealable As of Right
☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
☐ Other (specify): _____

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**FORM C** (Rev. October 2016)

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

**1. Stage of Proceedings**
- [x] Pre-trial
- [ ] During trial
- [ ] After trial

**2. Type of Judgment/Order Appealed**
- [ ] Default judgment
- [ ] Dismissal/FRCP 12(b)(1) lack of subject matter juris.
- [ ] Dismissal/FRCP 12(b)(6) failure to state a claim
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
- [ ] Dismissal/other jurisdiction
- [ ] Dismissal/merit
- [ ] Judgment / Decision of the Court
- [ ] Summary judgment
- [ ] Declaratory judgment
- [ ] Jury verdict
- [ ] Judgment NOV
- [ ] Directed verdict
- [x] Other (specify): **Preliminary Injunction**

**3. Relief**
- [ ] Damages:
  - [ ] Sought: $ ___
  - [ ] Granted: $ ___
  - [ ] Denied: $ ___
- [x] Injunctions:
  - [x] Preliminary
  - [ ] Permanent
  - [x] Denied

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**
- [ ] Antitrust
- [ ] Bankruptcy
- [ ] Banks/Banking
- [x] Civil Rights
- [ ] Commerce
- [ ] Energy
- [ ] Commodities
- [ ] Other (specify): ___
- [ ] Communications
- [ ] Consumer Protection
- [ ] Copyright □ Patent
- [ ] Trademark
- [ ] Election
- [ ] Soc. Security
- [ ] Environmental
- [ ] Freedom of Information Act
- [ ] Immigration
- [ ] Labor
- [ ] OSHA
- [ ] Securities
- [ ] Tax

**2. Torts**
- [ ] Admiralty/Maritime
- [ ] Assault / Defamation
- [ ] FELA
- [ ] Products Liability
- [ ] Other (Specify):

**3. Contracts**
- [ ] Admiralty/Maritime
- [ ] Arbitration
- [ ] Commercial
- [ ] Employment
- [ ] Insurance
- [ ] Negotiable Instruments
- [ ] Other Specify

**4. Prisoner Petitions**
- [ ] Civil Rights
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Parole
- [ ] Vacate Sentence
- [ ] Other

**5. Other**
- [ ] Hague Int'l Child Custody Conv.
- [ ] Forfeiture/Penalty
- [ ] Real Property
- [ ] Treaty (specify): ___
- [ ] Other (specify): ___

**6. General**
- [ ] Arbitration
- [ ] Attorney Disqualification
- [ ] Class Action
- [ ] Counsel Fees
- [ ] Shareholder Derivative
- [ ] Transfer

**7. Will appeal raise constitutional issue(s)?**
- [x] Yes
- [ ] No

**Will appeal raise a matter of first impression?**
- [x] Yes
- [ ] No

---

1. Is any matter relative to this appeal still pending below? [x] Yes, specify: **Motion to Dismiss pending**   [ ] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   - (A) Arises from substantially the same case or controversy as this appeal?   [ ] Yes   [x] No
   - (B) Involves an issue that is substantially similar or related to an issue in this appeal?   [x] Yes   [ ] No

If yes, state whether □ "A," or □ "B," or □ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| People of the State of New York, by Letitia James, Attorney General of the State of New York v. VDARE Foundation, Inc. | 2023-00672 | | Appellate Division - 1st Dept. |

**Name of Appellant:** VDARE Foundation, Inc.

**Date:** August 10, 2023    **Signature of Counsel of Record:** /s/ Jay M. Wolman

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. December 2016)