IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------------x

VDARE FOUNDATION, INC.,                        :

                                               :

            Plaintiff-Appellant,            :          Appeal No. 23-1084

                                               :   Dist. Ct. No.: 1:22-cv-01337 (FJS/CHF)

-against-                                      :

                                               :

LETITIA JAMES, in her official capacity as     :

Attorney General of the State of New York      :         **ADDENDUM B**

                                               :   **TO CIVIL APPEAL PRE-ARGUMENT**

            Defendant-Appellee,            :         **STATEMENT (FORM C)**

                                               :

                                               :

---------------------------------------------------------x

Pursuant to the requirements of Form C, Plaintiff-Appellant, VDARE Foundation, Inc., hereby submits Addendum "B", listing the issues proposed to be raised on appeal, and the applicable appellate standard review for each proposed issue, to wit:

**I.**    **Issues:**

1.    Whether the District Court committed reversible error in denying the motion for preliminary injunction on the basis of *res judicata*.

**II.**    **Standard of Review:**

The standard of review for issue 1 is as follows:

The denial of a preliminary injunction is generally reviewable only for abuse of discretion, however, questions of law decided in connection with requests for preliminary injunctions receive the same *de novo* review that is appropriate for issues of law generally. *See Trump v. Vance*, 941 F.3d 631, 636-637 (2d Cir. 2019).

**RANDAZZA** | LEGAL GROUP

Dated:  August 10, 2023.

/s/ Jay M. Wolman

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
*Office Address:*
43-10 Crescent Street, Ste. 1217
Long Island City, NY 11101
*Mailing Address:*
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel:  888-887-1776
ecf@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
ecf@randazza.com

*Attorneys for Plaintiff-Appellant,,*
*VDARE FOUNDATION, INC.*

RANDAZZA | LEGAL GROUP