

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

23 August 2023

<u>Via CM/ECF</u>
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   *Re:*  *VDARE Foundation, Inc. v. James | Docket No. 23-1084*

Dear Clerk O'Hagan Wolfe,

Pursuant to this Court's Local Rule 31.2(a)(1)(A), Plaintiff-Appellant, VDARE Foundation, Inc., respectfully requests a deadline of Wednesday, November 8, 2023, to file their principal brief in this appeal.

            Sincerely,

            Jay M. Wolman
            RANDAZZA LEGAL GROUP, PLLC
            *Office Address:*
            43-10 Crescent Street, Ste. 1217
            Long Island City, NY 11101
            *Mailing Address:*
            100 Pearl Street, 14th Floor
            Hartford, CT 06103
            Tel: 888-887-1776
            Email: ecf@randazza.com

            *Attorneys for Plaintiff-Appellant,,*
            *VDARE FOUNDATION, INC.*

cc:  All Counsel of Record (Via CM/ECF)