UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1084

**Caption [use short title]**

**Motion for:** to Consolidate Appeals

Set forth below precise, complete statement of relief sought:

Request that this Court consolidate VDARE Foundation, Inc., v. James, No. 23-7409, with VDARE Foundation, Inc., v. James, No. 23-1084 and set a single briefing schedule.

VDARE Foundation, Inc., v. Letitia James

**MOVING PARTY:** VDARE Foundation, Inc.
**OPPOSING PARTY:** Letitia James

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jay M. Wolman
**OPPOSING ATTORNEY:** Jonathan D. Hitsous

[name of attorney, with firm, address, phone number and e-mail]

Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor, Hartford, CT 06103
888-887-1776 <jmw@randazza.com>

New York State Office of Attorney General
The Capitol, Albany, NY 12224
<jonathan.hitsous@ag.ny.gov>

**Court- Judge/ Agency appealed from:** Hon. Frederick J. Scullin, Jr., New York Northern District

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/Jay M Wolman   **Date:** 10/31/2023   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

```
-----------------------------------------------x
VDARE FOUNDATION, INC.,           :
                                  :
         Plaintiff-Appellant,     :        Appeal No. 23-1084
                                  :        Dist. Ct. No.: 1:22-cv-01337
-against-                         :              (FJS/CHF)
                                  :
LETITIA JAMES, in her official    :
capacity as Attorney General of the :
State of New York                 :
                                  :
         Defendant-Appellee,      :
                                  :
-----------------------------------------------x
VDARE FOUNDATION, INC.,           :
                                  :
         Plaintiff-Appellant,     :        Appeal No. 23-7409
                                  :        Dist. Ct. No.: 1:22-cv-01337
-against-                         :              (FJS/CHF)
                                  :
LETITIA JAMES, in her official    :
capacity as Attorney General of the :
State of New York                 :
                                  :
         Defendant-Appellee,      :
                                  :
-----------------------------------------------x
```

## **UNOPPOSED MOTION TO CONSOLIDATE APPEALS AND SET SINGLE BRIEFING SCHEDULE**

Pending before the Court are two appeals (Appeal Nos. 23-1084 & 23-7409), arising from the same underlying action between Plaintiff-Appellant VDare Foundation, Inc. ("VDare"), and Defendant-Appellee Letitia James (as Attorney General of the State of New York). Appeal No. 23-1084 arises from the denial of

VDare's motion for preliminary injunction and Appeal No. 23-7409 arises from a judgment of dismissal entered against VDare. VDare took the first appeal on July 27, 2023; the District Court dismissal did not occur until September 13, 2023.

On October 27, 2023, the Court seemingly consolidated the dockets of the two matters, but no formal order of consolidation entered. Thus, at present, VDare has its opening brief and appendix due November 8, 2023, in Appeal No. 23-1084. VDare has requested until January 25, 2024, to file its opening brief and appendix in Appeal No. 23-7409.

For the sake of judicial economy and efficiency, VDare respectfully requests the two appeals be formally consolidated, with a single briefing schedule. That is, VDare would file a single opening brief and a single appendix covering both appeals on or before the requested January 25, 2024, date. All other briefing (response, reply, and *amici*, if any) would follow suit with a single brief as to both appeals.

The relief is in the interests of the parties and the Court. VDare is asking, in these appeals, to reverse the entry of dismissal and, on remand, grant its preliminary injunction. The substantive issue in both appeals is whether the claims are precluded by *res judicata*. Thus, as to the first appeal, VDare argues that, in contrast to the determination of the District Court, it does have a likelihood of success on the merits of its claims, which is not barred by *res judicata*, and in the second appeal, VDare argues that its claims should not have been dismissed on the basis of *res judicata*.

RANDAZZA | LEGAL GROUP

Given this substantial overlap, it is simpler on all for the two appeals to be argued and decided together. Defendant-Appellee James does not oppose the relief requested herein.

WHEREFORE, Plaintiff-Appellant VDare Foundation, Inc., respectfully requests that Appeal Nos. 23-1084 and 23-7409 be formally consolidate, under a single briefing schedule, with VDare's opening brief and appendix due January 25, 2024.

Dated: October 31, 2023.

/s/ Jay M. Wolman
Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
*Office Address:*
43-10 Crescent Street, Ste. 1217
Long Island City, NY 11101
*Mailing Address:*
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 888-887-1776
ecf@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
ecf@randazza.com

*Attorneys for Plaintiff-Appellant,*
*VDARE FOUNDATION, INC.*

# **CERTIFICATE OF COMPLIANCE**

This motion complies with the word limit of Fed. R. App. P. 27(d) because, excluding the portions exempted by Fed. R. App. R. 32(f), this motion contains 371 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 32 (a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Jay M. Wolman
Jay M. Wolman
