# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand twenty-three.

---

VDARE Foundation, Inc.,

    Plaintiff - Appellant,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

    Defendant - Appellee.

---

**ORDER**

Docket Nos. 23-1084(L), 23-7409(Con)

    Appellant requests that the appeals docketed under 23-1084 and 23-7409 be formally consolidated and that the Court set a single briefing schedule with Appellant's opening brief and the appendix due January 25, 2024.

    IT IS HEREBY ORDERED that the request to consolidate is DENIED as unnecessary. The appeals were consolidated on October 27, 2023. The request to set a briefing deadline of January 25, 2024 for the consolidated opening brief and appendix is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court