# 23-1084(L),

## 23-7409(CON)

IN THE UNITED STATES COURT OF APPEALS FOR THE
SECOND CIRCUIT

VDARE FOUNDATION, INC.,

*Plaintiff-Appellant,*

- v. -

LETITIA JAMES, IN HER OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF THE STATE OF NEW YORK,

*Defendant-Appellee.*

On Appeal from the United States District Court for the Northern
District of New York, Case No. 1:22-cv-01337 (FJS/CHF)

**PLAINTIFF-APPELLANT APPENDIX
VOLUME 5 OF 7
(PAGES AA1161– AA1442)**

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC.
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 888-887-1776
Email: jmw@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC.
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
Email: ecf@randazza.com

*Counsel for Appellant*

i

# TABLE OF CONTENTS

U.S. District Court for the Northern District of New York
Docket Sheet, Case No. 1:22-cv-01337 (FJS/CHF)…………….. AA0001

Verified Complaint dated Dec. 12, 2022 [Dkt. No. 1]………….. AA0009

    Exhibit A – *Volkov v. James* Complaint [Dkt. No. 1-1]…. AA0027

Motion to Dismiss for Failure to State a Claim
dated Jan. 18, 2023 [Dkt. No. 12]………………………………… AA0075

    Memorandum in Support of Motion [Dkt. No. 12-1]……. AA0076

    Declaration of Fuchs [Dkt. No. 12-2]……………………… AA0103

    Exhibit A – State Court Petition [Dkt. No. 12-3]……….. AA0108

    Exhibit B – 2020 Form 990 [Dkt. No. 12-4]……………… AA0118

    Exhibit C – 2019 Form 990 [Dkt. No. 12-5]……………… AA0160

    Exhibit D – 2018 Form 990 [Dkt. No. 12-6]……………… AA0191

    Exhibit E – Affirmation of E. Frish [Dkt. No. 12-7]…….. AA0220

    Exhibit F – Deed from VDARE to BCF [Dkt. No. 12-8]… AA0234

    Exhibit G – Deed from VDARE to BBB [Dkt. No. 12-9]... AA0237

    Exhibit H – BCF Certificate of Incorporation
    [Dkt. No. 12-10]………………………………………………… AA0245

    Exhibit I – BBB Certificate of Incorporation
    [Dkt. No. 12-11]………………………………………………… AA0250

    Exhibit J – Lease to BBB [Dkt. No. 12-12]……………….. AA0255

    Exhibit K – Subpoena [Dkt. No. 12-13]…………………… AA0261

    Exhibit L – Facebook Report [Dkt. No. 12-14]…………… AA0279

    Exhibit M – Facebook Subpoenas [Dkt. No. 12-15]…….. AA0309

Exhibit N – Kelly Letter dated July 20, 2022
[Dkt. No. 12-16]…………………………………………… AA0336

Exhibit O – Suvari Correspondence [Dkt. No. 12-17]…... AA0342

Exhibit P – Frisch Letter [Dkt. No. 12-18]………………. AA0368

Exhibit Q – Suvari Correspondence [Dkt. No. 12-19]…... AA0371

Exhibit R – Frisch Letter [Dkt. No. 12-20]………………. AA0375

Exhibit S – Frisch Letter [Dkt. No. 12-21]………………. AA0377

Exhibit T – Suvari Letter dated Dec. 2, 2022
[Dkt. No. 12-22] …………………………………………… AA0379

Notice Re: Decision in Related State Case dated
Jan. 26, 2023 [Dkt. No. 15] …………………………..……… AA0384

Text Order Treating Dkt. No. 15 as Supplement dated
Jan. 27, 2023 [Dkt. No. 16] ……………………………………. AA0398

Affidavit in Opposition to Motion to Dismiss
dated Feb. 22, 2023 [Dkt. No. 25]………………………………. AA0399

Exhibit A – Affirmation in Support of Order to Show
Cause [Dkt. No. 25-1]……………………………………. AA0402

Exhibit B – Fuchs Email [Dkt. No. 25-2]…………………. AA0415

Exhibit C – Frisch Letter [Dkt. No. 25-3]………………… AA0417

Exhibit D – Frisch Letter [Dkt. No. 25-4]……………….... AA0419

Exhibit E – Frisch Email [Dkt. No. 25-5]………………… AA0422

Exhibit F – Frisch Email [Dkt. No. 25-6]………………… AA0423

Exhibit G – Suvari Letter [Dkt. No. 25-7]….…………… AA0424

Exhibit H – Lease Agreement [Dkt. No. 25-8]…………… AA0428

Exhibit I – 2019 CHAR500 Form [Dkt. No. 25-9]……….. AA0433

iii

Exhibit J – Fuchs Email [Dkt. No. 25-10]..................... AA0437

Exhibit K – Frisch Letter [Dkt. No. 25-11]................... AA0438

Exhibit L – Frisch Email [Dkt. No. 25-12].................. AA0440

Exhibit M – Frisch Letter [Dkt. No. 25-13]................. AA0441

Exhibit N – State Case Memorandum [Dkt. No. 25-14]... AA0442

Exhibit O – *Volokh v. James* Opinion and Order
[Dkt. No. 25-15]....................................................... AA0464

Exhibit P – Operating Agreement [Dkt. No. 25-16]........ AA0485

Exhibit Q – Bylaws of Berkeley Castle Foundation
[Dkt. No. 25-17]....................................................... AA0490

Exhibit R – Order [Dkt. No. 25-18]............................ AA0496

Exhibit S – Affirmation in Support of Application
for Stay [Dkt. No. 25-19]........................................ AA0498

Memorandum in Opposition to Motion to Dismiss dated
Feb. 22, 2023 [Dkt. No. 26] ................................... AA0521

Response in Support of Motion to Dismiss dated
Mar. 8, 2023 [Dkt. No. 27] .................................... AA0551

Notice Re: Decision in Related State Case dated
Mar. 14, 2023 [Dkt. No. 28] ................................... AA0562

Emergency Motion for Temporary Restraining Order and
Preliminary Injunction dated Mar. 21, 2023 [Dkt. No. 29]...... AA0564

Declaration of A. Frisch [Dkt. No. 29-2]...................... AA0568

Corrected Memorandum in Support of Emergency Motion
for Temporary Restraining Order and Preliminary Injunction
dated Mar. 21, 2023 [Dkt. No. 30]..................................... AA0634

Order Denying Motion for Temporary Restraining Order
dated Mar. 27, 2023 [Dkt. No. 32] ………………………………….. AA0664

Response in Opposition to Motion for a Preliminary
Injunction dated April 10, 2023 [Dkt. No. 34] …………………….. AA0666

Affidavit in Opposition to Motion for a Preliminary
Injunction dated April 10, 2023 [Dkt. No. 35] …………………….. AA0684

    Exhibit A – Affidavit of Yael Fuchs [Dkt. No. 35-1]…….. AA0688

    Exhibit B – Subpoena [Dkt. No. 35-2]….……………….. AA0706

    Exhibit C – Frisch Letter [Dkt. No. 35-3]…………………. AA0724

    Exhibit D – Frisch Letter [Dkt. No. 35-4]…………………. AA0727

    Exhibit E – OAG Letter [Dkt. No. 35-5]….……………….. AA0729

    Exhibit F – State Court Petition [Dkt. No. 35-6]………….. AA0734

    Exhibit G – Oral Argument Transcript [Dkt. No. 35-7]… AA0744

    Exhibit H – State Court Order [Dkt. No. 35-8]………….. AA0780

    Exhibit I – OAG Proposed Protective Order
    [Dkt. No. 35-9]………………………………………………….. AA0792

    Exhibit J – VDARE Motion for Stay [Dkt. No. 35-10]….. AA0802

    Exhibit K – OAG Opposition to Motion for Stay
    [Dkt. No. 35-11]………………………….…………………... AA0980

    Exhibit L – Order Denying Stay [Dkt. No. 35-12]……….. AA1044

    Exhibit M – Frisch Affirmation [Dkt. No. 35-13]……….... AA1046

Reply in Support of Motion for a Preliminary Injunction
dated April 24, 2023 [Dkt. No. 38] ………………………………….. AA1060

Affidavit in Support of Motion for a Preliminary Injunction
dated April 24, 2023 [Dkt. No. 39] ………………………………….. AA1076

Exhibit A – OAG Memorandum of Law [Dkt. No. 39-1]... AA1079

Exhibit B – 11 News Article [Dkt. No. 39-2]……………... AA1102

Exhibit C – Washington Post Article [Dkt. No. 39-3]…… AA1106

Exhibit D – VDARE Article [Dkt. No. 39-4]…………….. AA1110

Exhibit E – Washington Post Article [Dkt. No. 39-5]…… AA1113

Exhibit F – Declaration of Lydia Brimelow
[Dkt. No. 39-6] ………………………………………….. AA1862

Exhibit G – Affidavit of VDARE Lady Reader
[Dkt. No. 39-7] ………………………………………….. AA1874

Exhibit H – Affidavit of Federale [Dkt. No. 39-8] ………. AA1877

Notice of Motion to Strike Docket Entries dated
April 28, 2023 [Dkt. No. 42]…….………………………….. AA1880

Memorandum in Support of Motion to Strike
[Dkt. No. 42-1]………………………………………….. AA1881

Notice Supplement in Support of Motion for Preliminary
Injunction dated April 28, 2023 [Dkt. No. 43]…………………... AA1886

Exhibit A – Redacted Affidavit [Dkt. No. 43-1]………….. AA1887

Exhibit B – Redacted Affidavit [Dkt. No. 43-2]………….. AA1890

Text Order on Motion to Strike dated
May 2, 2023 [Dkt. No. 44]…………………………………….. AA1893

Sur-Reply in Opposition to Motion for a Preliminary
Injunction dated May 10, 2023 [Dkt. No. 49] ……………………... AA1894

Response in Support of Motion to Dismiss dated
July 27, 2023 [Dkt. No. 51] …………………………………...……. AA1904

Notice of Appeal dated July 27, 2023 [Dkt. No. 53]…………… AA1907

Response in Opposition to Motion to Dismiss
dated July 27, 2023 [Dkt. No. 54] ………………………………….. AA1909

Motion for Injunction Pending Appeal dated
Aug.24, 2023 [Dkt. No. 56] …………………………………………… AA1914

Memorandum of Law in Support of Motion for Injunction
Pending Appeal dated Aug. 24, 2023 [Dkt. No. 57]…………… AA1917

    Exhibit A – Mendelson Letter [Dkt. No. 57-1]…………… AA1940

    Exhibit B – Kelly Letter [Dkt. No. 57-2]…………………. AA1945

    Exhibit C – Mendelson Letter [Dkt. No. 57-3]…………… AA1948

    Exhibit D – Letter from F. Kelly dated
    Aug. 1, 2023 [Dkt. No. 57-4]………………..……………... AA1951

Response in Opposition to Motion for Injunction Pending
Appeal dated Sept. 13, 2023 [Dkt. No. 58]………………………... AA1971

    Exhibit 1 – Schimmel Letter [Dkt. No. 58-1]……………. AA1982

Notice of Appeal dated Oct. 13, 2023 [Dkt. No. 61] …………… AA1984

**SF1900** 4 months ago

As a Lizard-American, I hisssss at you.

<

---

**katsoj** 4 months ago

How ironic that the man is an immigrant. Any scientist knows that genetic diversity is indeed a strength.

I'm afraid our friend in the castle might suffer from a bit too little diversity in his genetics.

<

**SF1900** 4 months ago

I would have used the word hypocritical over ironic. The guy is a total hypocrite.

<

---

**The Other Adelina** 4 months ago

So this guy was born elsewhere, came to America, and is now complaining about people born elsewhere coming here?

Dude, if you don't like it, go back where you came from. My ancestors didn't fight 2 wars against the British to have you tell us how to run our country.

<

---

**UpOnTheLake** 4 months ago **(Edited)**

VDare ick. No thanks. Just like on everything white supremacIst, I'll pass.
And he looks gross, like his racism & hate & supremacy are leaking out of his pores.

<

---

∧ **clevis**  4 months ago

Interesting, you can tell all that by the way the man looks.
I think there's a term for that.

  ⋖

---

∧ **3SF vet**  4 months ago

The racism leaks out of his mouth also. The term is "racist."

  ⋖

---

∧ **IdiAminDada**  3 months ago

The white sheets were also a dead giveaway.

  ⋖

---

∧ **Ethereal Fairy**  3 months ago

The eyeholes are always a "tell".

  ⋖

---

**∧ Chances Mom** 4 months ago

> After reading a Dec. 17, 2021, post on VDare's website that read, "Trust all
> transgenders, just like you'd trust any autistic schizo drug addict with HIV,"

Twice today I've read that the right wing is now using autism as an insult in addition to the
other groups mentioned in their rants.

From The Guardian:

> …last week a British rightwing shock jock announced that she'd choose the life of
> professional misogynist Andrew Tate "over the life of a half-educated, autistic, doom-
> mongering eco-cultist" Greta Thunberg. Her use of autistic as an insult was indicative of
> an increasingly vicious rightwing culture…

Yes, they're vicious indeed. Is there anyone they don't hate?

≺

> **∧ ddwoods** 4 months ago
>
> Nope, they even hate themselves. That's their problem
>
> ≺

**∧ WRONGanswer** 4 months ago

Little do the 75% of Berkley springs residents who voted for Donald Trump, seem to realize
the Republican party has turned down $25 billion in border security offered by the Democrats
four different times, over the last 15 years.

≺

**AA1163**

**clevis**  4 months ago

That would be in exchange for mass amnesty of undocumented aliens, correct?

<

**katsoj**  4 months ago

Ooooo. An amnesty guy! Gotta watch out for all them Dreamer kids and landscapers, right dude?

<

**clevis**  4 months ago

I'm not talking about me, I'm talking about Congresspersons who voted against wall-building because mass amnesty was included in the bill.

<

**SF1900**  4 months ago

Guess you forgot that St. Ronnie was responsible for the first amnesty law which he enthusiastically supported as a good idea. Such short memories…

<

**clevis**  4 months ago

I didn't forget and it's not germane to my comment as to recent Congresses not voting for wall construction, as the initial commenter inquired about. Chances are there were blanket amnesty provisions in those 4 bills they opposed, "St. Ronnie", notwithstanding

<

READ MORE OF THIS CONVERSATION >

AA1164

**^ ddwoods** 4 months ago

Y'all didn't seem to have a problem with amnesty when Regan did it. Or when it applies to white Europeans.

<

---

**^ Fed Up** 4 months ago

This comment is so misleading. The border money was tied to amnesty for all the illegals already here. No, thank you! Illegal immigrants should NEVER get amnesty

<

---

**^ ivory1** 4 months ago

> The VDare Foundation spent $1.4 million to buy 54 acres that included the castle and three houses.

Too bad the town, county, and state didn't raise money to make the historic castle public property.

<

---

**^ clevis** 4 months ago

It seems too inexpensive to be possible

<

---

**^ Econmomto3** 4 months ago

That struck me too—way less expensive than I would have figured.

<

---

**AA1165**

**DavidCB**  4 months ago

Trash moving to a low budget community.

---

**Mego1**  4 months ago

'Devil's words' for calling them what they are...#alwaysavictim

---

**happygoluckygal**  4 months ago

The Brimelows sound like real jerks.

---

**Joel R. Swanson**  4 months ago

An article in the Nov. 1, 2012 Scientific American titled "The First Americans" estimates that the earliest humans to come to the Americas came from east Asia 15,00-18,000 years ago. Given the strong anti-immigration beliefs of these "VD" people, they should logically be insisting that all these Johnny come lately Whites must leave this country and go back to where they originally came from.

---

**merkureal**  4 months ago  **(Edited)**

Ironic that the Brimelows' anti-immigrant group is named for a seminal immigrant, Virginia Dare.

And, "anti-immigrant" is clearly a proxy for "racist."

---

**AA1166**

**clevis** 4 months ago

Brimelow, himself, is an immigrant.

<

> **Sabbatha** 4 months ago
>
> Your point?
>
> <

> **ddwoods** 4 months ago
>
> immigrants can be racist too. Brimelow is a perfect example.
>
> <

**WAHPSH** 4 months ago

Did I read correctly that Mr. Brimelow is an immigrant from Great Britain? Wow, that's some nerve!

<

**Green Grace** 4 months ago

So VDARE is named after Virginia Dare, ironically the first child of immigrants to be born here, a wave of immigrants that took over and suppressed the indigenous cultures that had been here for tens of thousands of years. Interesting choice............

<

> **colonial annie** 4 months ago
>
> The first English child.
>
> <

**AA1167**

**∧ Yesdave**   4 months ago

Donald Trump dimmed the lights of this bright and shining beacon of a nation and let all the shadow-dwelling cretins slither out from under their rocks. They're now running wild trying to destroy many of the principles that make this nation great. They want to normalize hate, intolerance, violence, and stupidity. We must turn the lights back up and chase these pathetic creatures back under their rocks. Then kick the rocks over so they have no place left to hide. We must burn them in the flame of shame. Otherwise, the nation cannot progress into the future.

< 

> **∧ clevis**   4 months ago
>
> I'm pretty sure Brimelow & Vdare oppose violence.
>
> <

> > **∧ NiknNY**   4 months ago
> >
> > What makes you so sure about that?
> >
> > <

> > > **∧ Ethereal Fairy**   3 months ago
> > >
> > > Sounds like somebody has checked out their propaganda "membership brochure."
> > >
> > > <

> > **∧ ddwoods**   4 months ago
> >
> > Sure... the protesters on January 6th opposed violence, until they used violence. They oppose violence used against them, but use violence against others.
> >
> > <

**AA1168**

Coral

4/20/23, 1:32 PM

∧ **'Mericun in Canada**  4 months ago  **(Edited)**

Funny how the 'diversity is isn't a strength' white trophy wife enjoys her yoga. It would seem that, like most racists, she's not particularly intelligent.

≺

> ∧ **BruceMcD**  4 months ago
>
> I'm sure they have some alternative history where yoga was invented by magical white people, then stolen and popularized by the browns.
>
> ≺

∧ **SusanTheJ**  4 months ago

Wait…he's an anti-immigration immigrant?
Was she his ticket into the country?

≺

> ∧ **3SF vet**  4 months ago
>
> We have a winner! Bing Bing bing!!
>
> ≺

> ∧ **ddwoods**  4 months ago
>
> anchor husband. Just like our former first lady, Her and her parents
>
> ≺

**AA1169**

**^ yuffie** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group.

British-born? Get out of my country, immigrant. We don't need your kind.

<

---

**^ Mikethecat** 4 months ago

The Brimelows, the Goebbels, I get them confused.

<

---

> **^ clevis** 4 months ago
>
> Godwin's Law never fails
>
> <

---

**^ Techbot5000** 4 months ago

Sounds like Brimelow regrets not being able to live in Apartheid South Africa.

<

---

**^ bigtog** 4 months ago

Brimlowe is an immigrant. SMH.

<

**AA1170**

**∧ Conundrummer** 4 months ago

That's OK to him and his. He's White, as "everybody knows" God intended for America

<

> **∧ clevis** 4 months ago
>
> Yes, I think he believes that and also in "Manifest Destiny ". He doesn't oppose European immigration to the US, especially Anglo Saxons. Remember, he doesn't believe that "diversity is our strength".
>
> <

**∧ NYC123** 4 months ago

The irony of naming their racist, white supremacist, anti-immigration organization after Virginia Dare WHOSE PARENTS WERE IMMIGRANTS is completely beyond their comprehension.

<

> **∧ clevis** 4 months ago
>
> They believe in Anglo Saxon immigration.
> Brimelow, himself is an immigrant.
>
> <

> **∧ SF1900** 4 months ago
>
> Wonder what happens when a black British, French or Dutch citizen fulfills this guy's dream of "European immigration to America". What an idiot.
>
> <

**AA1171**

⌃ **cathy t** 3 months ago

He doesn't believe they are "European." I'm not positive he believes they are human. Vdare publishes and implicitly endorses some very extreme racism.

<

⌃ **RA Phillips** 4 months ago

Stephen Miller - who under Trump - committed crimes against humanity as they implemented a plan to separate families and cage children as an attempt to deter immigration of brown people into the United States. Over 5000 children were separated, abused, lost, raped and trafficked.

No one has been held to account.

When Stephen Miller's racist emails were leaked and his white supremacist ideology was confirmed - the press made nary a mention. One of the groups he supported and mentioned was VDARE.

For those who think it's okay to turn the other way because it doesn't affect you or because they live in a pretty castle that you can tour? You are the terrible people. You are the reason the Holocaust happened. There will always be monsters. Your silence feeds them as you become them.

<

**⌃ Schaeferhund**  4 months ago

I think groups like VDare hurt the cause of immigration reform they purport to advocate. Efforts to reform are associated with their unfounded dislike of various ethnic groups. Any kind of dialog about the subject is muddied by these extreme prejudices.

Immigration regulation should really only pertain to economic needs to fill jobs (which we have in spades), national security interests, maintaining the integrity of our borders, and evaluating and processing asylum seekers. Race should play zero factor. Ethnic culture should play zero factor.

My mom used to live in West Virginia panhandle in the years leading up to the MAGA movement. It's a weird place. That "castle" is totally overrated. It's a big building with a turret and faux crenels and merlons.

<

**⌃ The Dowager Queen Beastly**  4 months ago

Virginia Dare is an ironic namesake. The Roanoke settlers vanished, and it's a mystery what happened to them. They either died off or joined Native American tribes and intermarried.

Not very propitious for VDare. May they be replaced, just as they fear.

<

> **⌃ leo2**  4 months ago
>
> The sooner, the better.
>
> <

AA1173

**Marie Nido**  4 months ago

Actually, most likely assimilated into the Native American populaion. See Scott Dawson's "The Lost Colony and Hatteras Island."

<

---

**Homicidal Muffin**  4 months ago

I was raised in a christian religion which I no longer practice or believe, but people like the Brimelows make me think of Sunday school lessons and learning that Satan's biggest strengths were 1) leading people to believe he doesn't exist, and 2) how cleverly he normalizes himself to the point that people accept him as just another facet of life.

While I no longer believe in any gods, including satanic ones, I do think that evil is very real and is a tool of some humans to harm others and make themselves feel like the little godlings of their own internal narratives. In the Brimelow's little fable, they're the benign overlords of a pasty white kingdom which they happily sweep clean of smelly immigrants and brown people, unbothered by the knowledge that their pastiness is a couple-cells deep coating that evolved for environmental reasons and that otherwise, chromosomally, they are virtually identical to the people they hate.

<

---

**adreed**  4 months ago

So Peter Brimelow, the immigrant from England, is opposed to immigration. He clearly supports his own right to immigrate, as a white Englishman. And he objects to people immigrating from ... south of the border? "mud-people" lands in the mid-East and the Mediterranean basin? people from Africa? Asia?
Sounds like a dyed-in-the-wool racist to me.

<

**AA1174**

**The Rum Cove** 4 months ago **(Edited)**

Yeah, and we all know what a bunch of whiners limeys are.

btw, I is one!

<

**Mad King _____ the Unelected** 4 months ago

I don't like West Virginia Nazis.

<

**QuayLewd** 4 months ago

Statistically the guy (at 75) is dead in 7 years or less. Then who owns the tacky "Castle"?

<

**Drawswcrayons** 4 months ago

**She does** and she's only in her thirties now. It's her "foundation" that owns it and it's only a "foundation" so it is tax exempt - along with the house they are renting that belongs to the "foundation" she oversees and rents from. Sweet deal, huh? Not paying taxes, and money from a questionable source purchased it.

<

**QuayLewd** 4 months ago

Sounds a lot like the majority of residents that live in a town just north of me–Lakewood NJ.

<

**AA1175**

**katsoj** 4 months ago

Where you from? I grew up in Brick. NJ

< 

READ MORE OF THIS CONVERSATION >

**SteveMDFP** 4 months ago

Anti-immigrants seem to fail to realize that the reproduction rate in the US is below the replacement rate. Without immigration, the US would have a shrinking and aging population. In my view, that might be an OK outcome, but the US nationalists wouldn't. As long as we invest in the education and development of immigrant children, the US will thrive. If we don't invest in the children of the nation, the country will eventually fail.

< 

**Conundrummer** 4 months ago

Historically, America has thrived because it welcomed motivated immigrants who replace its complacent native dead wood. Countries that have historically discouraged immigration have stagnated

< 

**bigolbose** 4 months ago

That is why they want Norwegians and Germans and Brits to come here at will, which most Europeans no longer think is a good idea.

< 

**Elbeejay** 4 months ago

The standard you walk past is the standard you accept. No community should make an organisation like VDare feel welcome.

<

Coral

⌃ **Drawswcrayons**  4 months ago

It's a center of town nuisance that will draw curiosity seekers, perpetual protestors and counter-protestors, attract vandals, and inevitably require 24/7 security. Huge headache which adds nothing to the community.

⌞

⌃ **Dirkfathom**  4 months ago

Having beliefs that are not aligned with yours, or mine is not illegal. That applies, even if most of us find them racist, as long as they don't engage in illegal behavior. If they do something illegal, pursue them with every resource available and close their little castle. Otherwise, don't bring them additional attention

⌞

⌃ **horta999**  4 months ago

But then they use their financial power to sue anyone who speaks in opposition to them...

⌞

⌃ **clevis**  4 months ago

Per the article, they've only sued people who stalked or libeled them. And they've won, it seems.

⌞

⌃ **NiknNY**  4 months ago

They bully people who oppose them and speak out against them. How is it libelous to call racists what they are, based on their own statements?

⌞

**AA1177**

**K Mitch** 4 months ago

I disagree. These people are lie spreaders and everything that can be done should be done to shut them down.

<

**Jamesrudoplh** 4 months ago

Why don't we gather up all the books you don't like and burn them too? Prohibition of "unacceptable" speech is something dictators and despots do.

<

**K Mitch** 4 months ago

There are limits to freedom of speech.
Someone shouting fire in a packed train depot, in order to cause disorder when there is no fire, is not protected by the first amendment.

<

READ MORE OF THIS CONVERSATION >

**Dirkfathom** 4 months ago

That's not how Freedom of Speech works. The ACLU(when it actually was a genuine civil rights organization) famously represented the rights of the Illinois Nazi Party to march in Skokie. Your disagreement does not make it illegal. Until and unless we make you the arbiter of what's appropriate, you have to accept that many people hold views that are different and possibly distasteful to you. That alone is not illegal.

<

**'Mericun in Canada** 4 months ago

Great point….I think your looking for the word 'appeasement'.

<

## ⌄ **jflh14** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group.

He's an immigrant who hates immigrants? Rather he's a bigot and an entitled White guy who feels threatened by the talented diverse people who have made this country great.

<

---

## ⌄ **Benedict Arnold a Trump wannabe** 4 months ago

I am sure the Koch boys got a tax exemption with their racist charitable gift. Sorry a perfect example of lipstick on a rotten pink pig.

<

---

## ⌄ **EricDEsq** 4 months ago

Compared to my expectations, I thought the writer of this article did a fairly good job of presenting different sides on the topic.

<

---

> ## ⌄ **Doug Crites** 4 months ago
>
> Yeah, I would agree
>
> <

---

**AA1179**

**^ ForTheEntireLawIsFulfilled** 4 months ago

What a horrible little town. Full of white supremacists and the only thing that's worse: people who look the other way.

<

---

> **^ Doug Crites** 4 months ago
>
> The whole town is not in on it
>
> <

---

> **^ MGGardener** 4 months ago
>
> We just spent a wonderful weekend there - we saw not one bit of White Supremacy there. Not all conservatives are supremacists, btw.
>
> <

---

> > **^ Ladyseakayaker** 4 months ago
> >
> > They are in hiding.
> >
> > <

---

> > **^ Combat Epistemologist** 4 months ago **(Edited)**
> >
> > Are you by any chance White? What would a non-White visitor say? Southern hospitality can be very conditional.
> >
> > <

**AA1180**

**Drawswcrayons** 4 months ago

They aren't all stupid like the Jan 6th hoards. It's like the Mafia - they buy up respectable properties, continue operating, and stay low key. The debauchery crowd has only gotten smarter and gone underground. They have lawyers on retainer too.

<

**sls4686** 4 months ago

This castle–and the store owner mentioned in this article–are NOT reflective of this town I know very well–as I live here, too. A massive amount of people here–so much more than this article seems to reflect—are entirely disgusted with this organization being here. There was little to nothing anyone could do to prevent the private sale of a property, but the views of that organization are not reflected as you walk around downtown. The real shame is people now associating an entire town with one crappy organization that it had nothing to do with, and the town's tourism (which it greatly depends on) now suffering for it. Please don't let this awful organization now effect the livelihoods of everyone within unfortunate proximity to its building.

<

**Marie Nido** 4 months ago

Let's see if I understand this: Mr. Brimelowe, who was not born in this country, and would probably be offended if anyone told him to go back where he came from, and named his organization after the first child of British immigrants, views immigrants as a menace. But he's not racist. Got it.
As for Berkley Springs, where I have shopped happily several times: if I'm ever in the area again, I will cruise through as fast as the speed limit allows.

<

**AA1181**

**^ Benedict Arnold a Trump wannabe** 4 months ago

White western Europeans who are not Catholic are excluded from his hate and anti-immigration stance. You know real Mericans,

<

---

**^ Marie Nido** 4 months ago

Strangely, Mrs. B. seems to be Catholic. The woman who was sued for "harrassing" her apparently did so by giving her the sign of peace (usually an handshake) in the middle of Mass.

<

---

**^ Drawswcrayons** 4 months ago

Going to church is a cover. It's a nuisance endured as part of doing business, like decorating the castle and opening it to the public at Christmas. Staying 'respectable' on the surface only. Considering the un-Christian behavior of white supremists and immigrant haters, their hypocrisy is palpable.

<

---

**^ clevis** 4 months ago

I don't think VDare is anti-Catholic

<

---

AA1182

Coral

4/20/23, 1:32 PM

∧ **Beverly RS**  4 months ago

The people of the town had no say in who purchased the castle. By the time they knew of the sale, it was a *fait accompli*. There is nothing in the article to suggest that the presence of VDare's headquarters there has brought new people with a racist mindset to the town. The shopkeepers and restaurant owners did not invite the Brimelows, but as the couple has behaved civilly toward everyone who had not publicly called them white supremacists/white nationalists/racists, local businesses don't refuse their patronage or treat them rudely. The Brimelows have tried to behave like normal people and good citizens of the town. If someone were unaware of the purpose of their organization, I doubt they would learn of the couple's anti-immigrant position from them.

Honestly, I'm on the fence here and glad I don't live in Berkeley Springs. After Trump's election, the people in my work group – all liberal – shared warnings regarding co-workers who were pro-Trump. Did we shun the Trumpists or treat them rudely? No. When we interacted with them, or with other people within their hearing, we just avoided bringing up topics on which we knew their stance was the opposite of ours. Did we think less of them? I must admit that I did. I still respected their positive contributions to our department and their organizing fundraisers for sick co-workers, but my overall view of them as human beings changed for the worse. However, after a friend told me that a mutual friend/acquaintance, of whom I had thought well, had made racist comments following President Obama's election, I never contacted her again. I have mixed feelings about my reactions in both situations. In the first case, my negative feelings for my Trumpist co-workers did not meaningfully affect my interactions with them. But I sometimes think of my former friend and wonder how she's doing. She doesn't know that I know she said something racist about Obama or that I've avoided her because of that knowledge.

⤙

**AA1183**

Coral

**^ somebody leave the light on** 4 months ago

Check this guy out, he is dug in deep with the wealthy right wing. Forbes, National Review.....good buddies with the A listers of the Koch wing. Magic money appearing when needed, and more when needed to bully people in his way. Country club types who make sure the "wrong kind" never get in by pandering where necessary, dumping money here and there

<

> **^ EricDEsq** 4 months ago
>
> I found it a bit ironic that VDare, probably the most prominent anti-immigration organization in the US, received funds from an organization associated with the Koch brothers, who were capitalists in favor of open borders and cheap labor.
>
> <
>
> > **^ The Rum Cove** 4 months ago
> >
> > Because it's all a grift with these people.
> >
> > <
>
> > **^ Drawswcrayons** 4 months ago
> >
> > There is money in it or leverage/power for the Koch brother organization somewhere. Question is, what. Koch isn't altruistic and neither is this vermin running a shell operation and calling it a non-profit.
> >
> > <

> **^ clevis** 4 months ago
>
> "National Review"??
> Are you sure?
>
> <

**AA1184**

Coral

## ∧ Maine Islands  4 months ago

White supremacists don't necessarily bring their most vicious sides out in public.

Think of all the Jim Crow white supremacists, community leaders during daylight. In KKK hoods and robes by night. They befriended white neighbors, customers and fellow leaders while seeding hate among the followers who would do their dirty work.

<

## ∧ jthill  4 months ago

> "I refuse to accept that wanting to reduce immigration is 'hate.' "

"I refuse to accept that keeping my kitchen clean is 'murder'."—J. Dahmer

<

### ∧ EricDEsq  4 months ago

Well, wanting to reduce immigration is not, in fact, hate.

<

### ∧ SeanmScully  4 months ago

It is hate, when the reason you don't want it to happen is because you hate people of color. He isn't against white immigration, he is only against 'other' people immigrating.

<

## AA1185

**ursfos** 4 months ago

Yeah. They probably treat those of us who are not totally white, or brown, or not Christian, or black, but who were born in this country the same way.

<

    **clevis** 4 months ago

    I think Brimelow would treat you respectfully. He just doesn't want more migrants who are similar to
    you to move to the US.

    <

**Gold leaves in Fall** 4 months ago

> The British-born anti-immigration activist

Wait. The guy is an anti-immigrant immigrant?

<

**Lillas Pastia** 4 months ago

Rather interesting that a man born in Britain who emigrated to the United States is so vitriolically opposed to immigrants seeking entry into the U.S.

<

    **Papa_Zed** 4 months ago

    Well to be honest, he loved the idea of Colonialism all the way till brown subjects of the crown came back to the UK and made it their home.

    <

**AA1186**

˄ **LinNorma**  4 months ago

Futhermore, they name their group after a white immigrant to america.

‹

---

˄ **clevis**  4 months ago

Yes, they support white immigration.
Brimelow, himself, is an immigrant.

‹

---

˄ **clevis**  4 months ago

It's non-Anglo Saxon (or some other non-European immigrants) he opposes.
He believes that commonality, rather than diversity, is our strength.

‹

---

˄ **NiknNY**  4 months ago

Our diversity was certainly our strength in WWII. German-Americans, Japanese-Americans, and Italian-Americans contributed their knowledge of our enemies' languages and cultures in gathering intelligence as well as risking their lives to fight with US forces. Black, Latino, and Native Americans
made essential contributions to victory as well.

My European-born father, a decorated US WWII veteran, emphasized this, saying that our diversity is our greatest strength - which our enemies greatly underestimated.

Then again, perhaps Mr. Brimelow would have been happy with an Axis victory and a Nazi government in his native UK.

‹

---

**AA1187**

**^ Takoma**  4 months ago  **(Edited)**

So the immigrant from Britain, Brimelow, is anti-immigration but somehow NOT racist???????????????????

Wish we could rescind his citizenship and kick this jerk out for good.

p.s. The Southern Poverty Law Center write up on VDare is worth reading. Those jerks have caused a whole lot of really unpleasant tumult in Berkeley Springs.

<

**^ Nice Guy JD**  4 months ago

In West Virginia, the police put VDare officers in schools!

<

> **^ Doug Crites**  4 months ago  **(Edited)**
>
> They do? That does not seem right
>
> <

> **^ Nice Guy JD**  4 months ago
>
> Maybe it's DARE officers…
>
> <

> **^ Doug Crites**  4 months ago
>
> Perhaps that's it
>
> <

**AA1188**

∧ **Takoma**  4 months ago

Da.

‹

---

∧ **clevis**  4 months ago

What is a "Vdare" officer??

‹

---

∧ **Steve Barnes**  4 months ago

I almost went to the castle once. I saw a sign that I thought said...
"Clambake and hot cross buns on the lawn"
Then I did a double take...
"Clanbake and a hot cross burns on the lawn"
Needless to say, I stayed away.

‹

---

∧ **EricDEsq**  4 months ago

LOL! That's a good one!

‹

---

∧ **Whip or Will**  4 months ago

VD is for everybody,
Not just for a few.
Anyone can get VD...
even someone nice as you.

‹

---

**AA1189**

**^ Doug Crites** 4 months ago

LOL

<

**^ TookToot TookToot** 4 months ago

Not me! Clean as a whistle!

<

**^ Nice Guy JD** 4 months ago

Did you know West Virginia has a helmet law? It's weird. If you're born in West Virginia, you gotta wear a helmet at all times.

<

**^ sactoweb** 4 months ago

Follow the money.

<

**^ Doug Crites** 4 months ago

Were does it lead to?

<

**^ cat paws** 4 months ago

The Brimelows are using a tactic common to white supremacists, making themselves appealing and ordinary to the "normies." Sadly, it is working for them.

<

**AA1190**

^ **Margaret Park**  4 months ago

First I have heard of VDare but being raised in VA I picked up the inference immediately. Yes. Sorry but there is no difference between humans beneath the skin. White population contains brilliance and stupidity, energy and sloth in the same proportions as people with other hues of skin. Beneath the skin our skeletons are the same and our organs are the same. Senseless to decide that one skin color should lord it over other skin colors. But try as we might, it is difficult to get that across to anyone who finds it necessary to feel superior to others.

<

---

^ **mumtothree**  4 months ago

Brimelow sued a woman who said "Peace be with you" to a family member at church, and carries a weapon openly, something conservatives are working to achieve in every state. He accused her of harassing his family. I could say that she was exercising her first amendment right to worship freely and her second amendment right to bear arms, as the USSCt has affirmed on numerous occasions. Or are those rights reserved only for those with whom the Brimelows agree? What about the counter-protesters at the BLM rally, armed to the hilt and interfering with the participants' freedom of assembly?

<

> ^ **clevis**  4 months ago
>
> It sounds like she was stalking them
>
> <

---

> ^ **mumtothree**  4 months ago
>
> It sounds like that's what he alleges. "He put me in fear" is what a shooter says after opening fire on a person whose opinion cannot be learned, because he's dead.
>
> <

**AA1191**

**∧ AnonMI** 4 months ago

I'm a WV native from another part of the state. I got married in Berkeley Springs before all this, to someone from an immigrant family. We picked it because of the DC-adjacent location (guests flew in from all over) and because we thought all our guests would feel welcome. No way would we have held it there with a hate group in a prominent town structure.

This is bad, bad, bad for the Berkeley Springs economy. Really heartbreaking to see for such a sweet little historic mountain town.

⟨

---

**∧ Doug Crites** 4 months ago

"This is bad, bad, bad for the Berkeley Springs economy" - well, the WaPo is not helping matters

⟨

---

**∧ AnonMI** 4 months ago

I think a more apt assessment is that people of the town not rejecting this lunacy and racism aren't helping matters.

⟨

---

**∧ Doug Crites** 4 months ago

What do you expect the local merchants to do?

⟨

READ MORE OF THIS CONVERSATION >

---

**∧ somebody leave the light on** 4 months ago

seriously, you are blaming the media. why are you so uncomfortable with the truth, dou?

⟨

---

⌃ **Whip or Will**  4 months ago

Maybe we could iron some of the wrinkles out of this country if we had an immigration policy.

⤳

---

⌃ **Janice Ingram**  4 months ago

> VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration.

Am I the only person who finds this ironic? Virginia Dare's parents were immigrants, were they not? I'm sure the indigenous people considered them thusly.

⤳

---

> ⌃ **astridia**  4 months ago
>
> White supremacy is a conspiratorial mental disorder. None of it makes sense to rational people.
>
> ⤳

---

⌃ **Nice Guy JD**  4 months ago

America is shockingly good at assimilating people for a country that's so shockingly racist. It doesn't make much sense!

⤳

---

**AA1193**

︿ **LibraryLady222** 4 months ago **(Edited)**

It's scary to see how frequently they file lawsuits against people for doing and saying less offensive things than they do...trying to silence them?

I debated even writing this message before posting it!

≺

> ︿ **Whip or Will** 4 months ago
>
> That's why the current wealth disparity will lead to ever greater problems in the US.
>
> ≺

︿ **Knew It** 4 months ago

First, Brimelow – go back to where you came from!
Second – no more day trips to Berkeley Springs. Good to know BL don't matter there so we can avoid.
Third – reversing Brown v Board, *cough* you a racist family *cough*

≺

︿ **Chances Mom** 4 months ago

> "They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."

Remind me not to go to Berkeley Springs.

≺

**AA1194**

**^ Nice Guy JD**  4 months ago

I think you'll find a lot of old lady Barb Wolfes wherever you go.

<

**^ Chances Mom**  4 months ago  **(Edited)**

Young ladies, too, unfortunately. And men.

<

**^ Marie Nido**  4 months ago

I will not need a reminder.

<

**^ JENRAIN**  4 months ago

So Brimelow was born in the UK, but opposes any immigrants coming here to the US. I am guessing white immigrants are OK then??? What a piece of nasty work this guy and his wife and their foundation is - hateful, horrible racists and hypocrites. Bah.

<

**^ Gudge**  4 months ago

I was about to make that very comment - glad to see others noticed that odd circumstance.

<

**^ KJSHARVARD**  4 months ago

So Brimelow, who immigrated to the USA is against immigration? How is that rationally possible.

<

**AA1195**

**Kibbitzer8**  4 months ago

And to name VDare after one of the very first immigrants!
Oy.

<

**Beegee**  4 months ago

Easy — it's not rational.

<

**Whip or Will**  4 months ago

Maybe he bought his way into the US.

<

**clevis**  4 months ago

He doesn't oppose immigration from north
west Europe, etc.,

<

**Black-capped chickadee**  4 months ago

Good for the people standing up against this hateful horror. I'm sorry for them that they have
to deal with complacency from some and outright hostility from others. I hope the NY
attorney's office leaves no stone unturned in investigating these scums for fraud.

<

^ **mm11231**  4 months ago

"Come on up to Berkeley Castle for our delicious Klancake Brunch!"

<

> ^ **Doug Crites**  4 months ago
>
> LOL - that is good
>
> <

^ **willie_mctell**  4 months ago

I guess I'm not even tempered enough. If something like that happened where I live I'd be furious. Vdare is a hate group.

<

> ^ **clevis**  4 months ago
>
> Yet, ironically, YOU are the one who'd be "furious" if these people who are different (in beliefs) from you moved into your neighborhood. 🤭
>
> <

⌃ **Pugnator-T** 4 months ago

> He described them as "'devil terms,' aimed at suppressing debate," in response to questions from The Washington Post. "I refuse to accept that wanting to reduce immigration is 'hate.' "

I refuse to accept what a white supremacist thinks.

Here's a great idea to help you prove that you are not a "white nationalist" nor a "white supremacist". Simply, stop taking positions that are distinctly associated with what a "white supremacist". And, stop saying things that those hateful people say.

For example, when someone is described as being a sexist, it is because that person engages in language and actions that sexists are known to engage in.
If a person is accused of being a liar, that is because that person engages in what we know as "lying".

So, if you are not a white supremacist, then do not engage in language and actions that are distinctly part of what white supremacists, and racists, engage in.

Saying that you "refuse to accept ...." that your comments and actions are "hate" doesn't convince anyone.

If you don't want to be identified as a sexist, racist, and/or hate filled white supremacist, then don't behave like a sexist, racist, and/or hate filled white supremacist.



Coral

4/20/23, 1:32 PM

∧ **clevis**  4 months ago

I don't think Brimelow rejects the white
supremacist label, although I think he
believes the white separatist label is more apt. He's definitely white nationalist but
I don't think he finds that term offensive,
as others often do.

⤙

> ∧ **NiknNY**  4 months ago
>
> Whichever of these labels he prefers, they all mean the same thing: he's a racist.
>
> ⤙

∧ **Angrymute**  4 months ago

In 2015 Bannon, Trump's campaign manager, said his goal was to make white supremacy
mainstream. Clearly it is still happening.

⤙

> ∧ **Doug Crites**  4 months ago
>
> I don't think I would call this operation "mainstream"
>
> ⤙

> ∧ **Whip or Will**  4 months ago
>
> It is just getting started.
>
> ⤙

**AA1199**

⌃ **clevis** 4 months ago

Do you have a link to that Bannon quote?
I'm guessing you don't

<

---

⌃ **Nice Guy JD** 4 months ago

Flash forward ten years to the headline: "West Virginia Castle Purchased at Sheriffs Auction for Balance of Tax Lien by Popular Dipass YouTubers".

<

---

⌃ **Isabella18** 4 months ago

Does the irony of an immigrant founding an anti-immigrant organisation not strike anyone else as weird??

<

---

⌃ **Doug Crites** 4 months ago

It is odd

<

---

**AA1200**

**^ Pugnator-T** 4 months ago

Remember, we're describing the right wing cult mind, which is a putridly disgusting place to visit.

They want only the "best", and the "right" kind of immigrant is allowed to come to our country.

What? How is that a racist, white supremacist attitude?
I refuse to accept that wanting only the bestest and right type of people into our country is hate and racism.

<

---

**^ clevis** 4 months ago

He's not anti immigrant so long as the immigrants are northwestern Europeans.

<

---

**^ JohninNP** 4 months ago

First off, dude needs a new hairpiece.

Second who owns that castle? The family or the organization? I presume they pay nothing to live there. I wonder if there are any improprieties regarding taxes.

<

---

**^ Whip or Will** 4 months ago **(Edited)**

They live in a shed on the property apparently. They must store their snowblower and rakes in the castle.

<

**AA1201**

**NiknNY** 4 months ago

Of course there are "improprieties regarding taxes." These people who rail against immigrants and asylum seekers "breaking the law" sure have no qualms about shady schemes to avoid taxes and enrich themselves.

<

**jimkatmi** 4 months ago

West Virginia was a unique place. No one should accept white supremacists anywhere in this country and immigrants are badly needed to fill the many jobs no one takes or seem to want. Good luck small town with a real stain on it.

<

**BluebirdPA** 4 months ago

So the Bromelows distain multiculturalism and diversity. It's a good thing they weren't West Virginia residents back when droves of newly-arrived immigrants (including both of my grandfathers) populated the southern coal fields, driving the state's economy and fulfilling the nation's energy needs.

<

**AQB24712** 4 months ago

Good point. West Virginia has a long history of immigrant and Black communities.

<

AA1202

∧ **Rolling Blunder** 4 months ago

Expected that many folks said how nice and normal the Brimlows are in person.
That is merely great marketing mixed with non-confrontational self-preservation.
If they seemed confrontational, it would belie the normalization of their cause plus make their kids targets of abuse.

They are not nice people.

<

> ∧ **WildWombat** 4 months ago
>
> He was always such a quiet boy. Where have we heard that before?
>
> <

∧ **Whip or Will** 4 months ago

Just to be clear, I have no problem with people having opposing viewpoints, some of which may be abhorent. The problem I have is when one side or the other is allowed to wander around in the streets with guns, the action meant to intimidate. These people know that the way things are presently they are safe and get a thrill out of this intimidation - local law enforcement is often in agreement with this. I don't think this is what they had in mind when they penned the second amendment.

As I said before, I think it time for minorities to arm themselves to the teeth and do the same thing…and in the neighborhoods and towns where these supremicists come from. You saw how members of the Supreme Court were filled with fear from a small group of unarmed protesters - why is it OK for them to allow others to live in fear through their sanctioning of intimidation tactics through the second amendment?

<

**AA1203**

∧ **Doug Crites**  4 months ago

Here in south Seattle they are already armed to the teeth

‹

---

∧ **Whip or Will**  4 months ago

I don't mean to say that any criminal element should be armed…I mean law abiding people akin to those white people showing up at demonstrations armed, only with more pigment in their skin.

I'm a gun owner myself, but have no tolerance for armed intimidation in demonstrations. It is one of the things that make me question the founders, or at least the interpretation of what was meant by what they put on paper.

‹

---

∧ **clevis**  4 months ago

Those gun toters were outsiders who showed up at a BLM demonstration. I've heard no evidence of Brimelow/VDare encouraging them.

‹

---

∧ **clevis**  4 months ago

I don't think the Brimelows are wandering around with firearms. They aren't violent.

‹

---

**AA1204**

## ⌃ **Matt005**  4 months ago

They could call call it Whitetrashwenstein. Can't believe this tacky monstrosity is a local landmark.

⌗

> ## ⌃ **Doug Crites**  4 months ago
>
> It's not that bad
>
> ⌗

> ## ⌃ **Techbot5000**  4 months ago
>
> I remember seeing the listing for it a few years ago... not too bad. A few friends and I played with the idea of pooling our resources and buying it as a potential hotel/B&B, but I'm not sure you could pay me enough to even enter it now.
>
> ⌗

> **This comment is no longer available. The commenter has deleted their account.**

> ## ⌃ **Doug Crites**  4 months ago
>
> LOL
>
> ⌗

AA1205

∧ **johnryeh1**  4 months ago

All non-profits need to be examined more often. Look how Trump abused his foundation. Especially churches and others that espouse political views. Most of them are legit, but they can be used in nefarious ways.

I once worked for a non-profit that said it worked for kids with disabilities. On the surface they did that work. I managed the front-facing public portion of the organization. But underneath the director looked like he was on the take. He was very secretive about where the funding came from. To the tune of millions. Usually non-profits will scream million dollar gifts as loud as they can to get more donors to give. But he didn't do that at all. I never saw any of those millions and I was never given a budget. But the guy had a private apt in Italy, private schools and expensive vacations for his family, all on a teachers salary.

And he was an Italian from Atlantic City, NJ. When I was complaining about the lack of a budget, he said I could a hire a kid to work for me, and he would pay for it out of his cut. A very weird way to say his salary.

I spoke once about this to a former cop, and he said most Italians who grew up in Atlantic City were either Mafia or knew people in the mafia. It made me so paranoid, I wrote a paper on how to use a non-profit organization as part of a money laundering scheme. My professor was puzzled.

Last I saw, the FBI actually investigated and the place was shut down.

≺

> ∧ **Whip or Will**  4 months ago
>
> All tax returns, personal and business, should be public and available for inspection by anyone. Let's find out what's going on in this country.
>
> ≺

**AA1206**

∧ **clevis** 4 months ago

You go first

⤳

∧ **NiknNY** 4 months ago

Nonprofit organizations' 990 tax returns are public and available on request or through watchdog organizations' websites, such as GuideStar.

I oppose making individuals' and businesses' tax returns public - EXCEPT for individuals who hold elected office or are candidates for elected office. We need to make sure that those who are making and carrying out our laws and policies have integrity and that their income is from legitimate sources - and that they are not compromised or unduly beholden to unknown, criminal, or even dangerous entities, such as foreign governments.

⤳

∧ **Roccotaco** 4 months ago

It doesn't look like the town is that much divided. Sounds like they pretty much ambivalent about a wacky family of Rich White Supremacists living amongst them.

⤳

∧ **Whip or Will** 4 months ago



⤳

**AA1207**

∧ **the_big_d** 4 months ago

"Whatever they want to do, it's not my concern."

Where have I heard this before?

Nazi Germany, 1939, possibly.

⋖

> ∧ **Doug Crites** 4 months ago
>
> This fella is not going to take over the US
>
> ⋖

> ∧ **aGlockWorkOrange** 4 months ago
>
> I think the nonchalant reactions from a lot of the locals interviewed was the most disturbing part of the whole story.
>
> ⋖

∧ **Fredi** 4 months ago **(Edited)**

Dear Mr. Brimlow, I just want to say for the record that I am very pro immigration. That is how my grandfather got here in 1913 and I am very glad of it.
P.S. he was from Syria. Does that disturb you?

⋖

> ∧ **Doug Crites** 4 months ago
>
> Send him an email
>
> ⋖

**AA1208**

> ^ **Whip or Will** 4 months ago
>
> Brimlow might have been wealthy enough to buy his citizenship. I think there is a program like that in the US.
>
> <

---

> ^ **clevis** 4 months ago
>
> Brimlow may well be accepting of Syrian immigrants if they are Christians.
> I think he would consider many
> Syrians "Caucasian". But he'd prefer
> northwestern European, such is his
> worldview.
>
> <

---

^ **qwertyuiop2** 4 months ago

"diversity is weakness"

Apparently they never read up on why you're not supposed to marry your first cousin.

<

---

> ^ **Whip or Will** 4 months ago
>
> There are advantages to having six fingers on each hand. Imagine the musicians.
>
> <

---

**^ Steve Barnes** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster,"

British born. So, an immigrant then?
See? Right there's yer America's Immigration Disaster.

<

**^ Nice Guy JD** 4 months ago

Peter Brimelow, despite his extensive resources, ain't never LS-swapped nothin'. So that poser can march hisself right on out of West Virginia, if'n ya ask me!!

<

**^ Keep Voting-Blue** 4 months ago

British nazis in the high castle
New Amazon series

/s

<

**^ CenterButLeft** 4 months ago

Here in California the first white child born was a Spaniard.

<

**AA1210**

**∧ BWithers** 4 months ago

They may be white now, but generations ago when that child was born, that child was not 'white' in 'America.'

<

**∧ clevis** 4 months ago

You don't think Imperialist Spaniards considered themselves Caucasian?

<

**∧ issyk** 4 months ago **(Edited)**

So this immigrant, Brimlow, is anti-immigrant because … melatonin.

What if they spent this much energy on feeding people, education, and you know, positive things. Can you imagine how much good they could do if they weren't so frail.

<

**∧ V over I** 4 months ago

Did you perhaps mean to say "melanin?"

<

**∧ PyrPressure** 4 months ago

Yeah. Melatonin is the stuff old people take to fall asleep.

<

**AA1211**

**∧ wfmccarthy** 4 months ago **(Edited)**

I see the WaPo media police are hard at work removing any comment that they think is politically incorrect. Who says censorship isn't alive and well in the USA?

≺

> **∧ Papa_Zed** 4 months ago
>
> You could always go back to Stormfront and cry about it, I'm sure you would get a hug to make you feel better.
>
> ≺

> > **∧ wfmccarthy** 4 months ago
> >
> > Nope- 'the truth hurts sometimes'.
> >
> > ≺

> > > **∧ The Royal Nonesuch** 4 months ago
> > >
> > > :chuckle:
> > >
> > > ≺

> **∧ aGlockWorkOrange** 4 months ago
>
> The community guidelines aren't *that* hard to follow. Re: censorship, it's a private platform, you're free to leave.
>
> ≺

> **∧ Doug Crites** 4 months ago
>
> Yeah, they are quick on the trigger today
>
> ≺

**AA1212**

**johnryeh1**  4 months ago

Kevin is that you? Nice job carrying on the GQP losing trend.

‹

**CenterButLeft**  4 months ago

Twitter is happy to have you and your twaddle.

‹

**Nice Guy JD**  4 months ago

I wonder how many Camaros you can fit in the castle garage.

‹

**clevis**  4 months ago

Stereotypes for me but not for thee

‹

**thebuckguy**  4 months ago

The Brimelows look like a grim family in their Christmas pic.

‹

**The Royal Nonesuch**  4 months ago

The youngest one in the middle looks like she knows the family secret...

‹

## AA1213

︿ **Azwestfan**  4 months ago

75 year old dad and 38 year old mom, she'll be in charge real soon, if she isn't already.

⟨

---

︿ **aGlockWorkOrange**  4 months ago

Racists with decent PR and good lawyers are still racists.

⟨

---

︿ **Nate Grey**  4 months ago

"Which some consider a hate group" HOLY HELL. This is VDARE. They post out and out Stormfront Nazi propaganda; you cannot in all seriousness act like there's any debate about who and what they are. We are so screwed if this is how mainstream media is covering fascism.

⟨

---

︿ **breal18**  4 months ago

Afraid of litigious racists...

⟨

---

︿ **plt062**  4 months ago

They would be laughed out of New England.

⟨

---

︿ **BluesGirlNJ**  4 months ago

They were originally in Litchfield Connecticut, according to the article!

⟨

---

**AA1214**

**clevis** 4 months ago

They moved to WV from Connecticut - but they weren't laughed out

<

**CenterButLeft** 4 months ago

A Hallmark town?

Those Hallmark cards and movies are nauseating.

This is just another Southern Red Death racist town full of homophobes and misogynists probably. Probably against vaccination too and think Climate Change is a Chinese plot.

I don't visit Red Death States.

<

**Steve Barnes** 4 months ago

It is interesting that the businesses are mostly liberal, with their rainbow flags and sponsorship of the Pride Parade. I wonder how far out of town the trailer park is?

<

**clevis** 4 months ago

Stereotype much? 🤭

<

**AA1215**

**^ Nice Guy JD**  4 months ago

I'm not going after Clarence! When we crossed the Ohio River there was a sign said he was 12 ft tall!

<

---

**^ Technocrat Curmudgeon**  4 months ago

Brimelow lost me at, "Next stop Brown vs. Board!" The SLAPP suit seems sketchy. If you spew controversy out, you invite blowback. I suspect they loved the controversy (i.e. had no real damages) and reveled in humiliating Mr. Stein. IMHO, with people like the Brimelos the best thing to do is ignore them. Don't feed the trolls.

<

> **^ CenterButLeft**  4 months ago
>
> Germans ignored the nazis.
>
> <

---

> **^ breal18**  4 months ago
>
> Meanwhile the GOP is embracing white supremacy…. complicit.
>
> <

---

**^ Zzhope434**  4 months ago

Berkeley Springs won't be seeing me as a tourist.

<

---

> **^ AQB24712**  4 months ago
>
> VDare doesn't speak for the town.
>
> <

**AA1216**

**^ tagetes**  4 months ago

The WV state senator representing Berkeley Springs is a Republican named (I'm not making this up): Charles S. Trump IV.

<

> **^ lisaswanson**  4 months ago
>
> And he claims to know nothing about the people in the castle, as of seven days ago, anyway.
>
> <

> **^ AndyPandy**  4 months ago
>
> did he say "people are saying"?
>
> <

> **^ Steve Barnes**  4 months ago
>
> "People are saying they know nothing, I stand with them."
> Charles S. Trump IV.
>
> <

**AA1217**

**∧ Whip or Will**  4 months ago

The civil discourse ends when people are allowed to carry guns in the street with the intent of intimidation. At that point the discussion ends in my book. That's why I would highly recommend that minority groups start arming themselves and do the same thing.

There are only a limited number of nutters that travel around the country trying to intimidate…they have homes and families too. Some even have jobs. Minority groups need to gather in larger groups than these people can muster in areas that they hold dear.

You can't continue to show up at a gunfight with a banana when the people pulling the strings of government are OK with using intimidation to get their way.

‹

---

**∧ cyber media**  4 months ago

this is another front for peter thiel the uber rw multi billionaire. he's behind much of the treason in the past few years. jan 6 was funded by him...

the upside is, this 'castle' can be used for the saturday night lynching, that was so popular in that area...

‹

---

> **∧ AQB24712**  3 months ago
>
> When was the last "saturday night lynching" in Morgan County?
>
> ‹

---

**AA1218**

∧ **Alaska Groan** 4 months ago

Vdare refers to Virginia Dare, supposedly the first white child born in the English North American colonies. There's a 1937 US postage stamp for 5 cents commemorating her birth. The meaning behind the name of this organization is pretty obvious.

‹

> ∧ **breal18** 4 months ago **(Edited)**
>
> The meaning is "white immigrants are ok"....definitely racist...
>
> ‹

∧ **Otto Normalverbraucher** 4 months ago

A Bannon-like copycat move. Who wanted to open a school for young Mussolinis in Italy, located at a historical site. The local Italian government looked at that and said arrividerci. Hm...

‹

∧ **Rocketman44** 4 months ago

> "angst and ugliness in the tourist town."

You mean West Virginia actually has tourist towns?

‹

**AA1219**

**∧ Marie Nido**   4 months ago

Berkley Springs was, before these people moved in, a very attractive little town, with great antiquing. Never again.

<

---

   **∧ AQB24712**   3 months ago

   Still is. Come on back.

   <

---

   **∧ AQB24712**   3 months ago

   Wow, you're rude.

   <

---

**∧ Blue in RI**   4 months ago

They decorate the whites only signs the holiday too?

<

---

**∧ pamb123**   4 months ago

Hey Scott and Hiroko, of course Lydia Brimelow is nice to you in public, because she is counting on your niceness to help her reputation. But make no mistake, she'll do what she can to make sure you are second class citizens in her private activities, including lobbying.

Remember the tale of the scorpion and the frog? "You knew who I was when you let me in".

<

---

**AA1220**

⌃ **CNW1031**  3 months ago

I spoke with one of these folks who is very upset that their quotes were incomplete and out of context in the article. What a PR cluster for the town.

&lt;

---

⌃ **Jeni Yamada**  4 months ago

These people are profoundly despicable. There is no place on the planet … let alone a town or state or country … for this kind of bigotry.

Really hard to understand.

&lt;

---

⌃ **wynhat**  4 months ago

Another example of how stupid white supremacy is. Virginia Dare, the first known white baby born in North America, was the child of immigrants. A child, along with her family, who may have assimilated into the indigenous population in order to survive.

&lt;

⌃ **NW Bill**  4 months ago

"Virginia Dare …. A child, along with her family, who may have assimilated into the indigenous population"

Or, according to historians reviewing the scant available evidence, the Roanoke colonists may have been killed or captured and enslaved (forcibly assimilated?) by "the indigenous population." Indigenous people from the area reported both outcomes to colonists who had been away from the Roanoke colony and found the colony deserted on their return.

None of the missing colonists were ever found.

&lt;

**AA1221**

∧ **Marie Nido**  4 months ago

See the National Geographic article on the latest excavations on Hatteras.

‹

∧ **average**  4 months ago

This used to be a cool town full of retired DC folks, artists and rainbow flags.

‹

∧ **Whip or Will**  4 months ago

They should have pooled their money and bought the castle.

‹

∧ **BluesGirlNJ**  4 months ago

It was cheap!

‹

∧ **AQB24712**  3 months ago

It's still a cool town with retirees, artists, and rainbow flags. Come visit!

‹

**AA1222**

**∧ Polly Purebred**   4 months ago

> Larry Schultz, the 64-year-old organizer of the rally, said there was a false rumor "that we were going to bring busloads of people from Philadelphia, busloads of African American people that were going to burn Berkeley Springs to the ground."

The same thing happened in my small town of 6,000 people. We organized a BLM march for the local community called "Hate Has No Home Here."

A fringe political candidate started spreading lies about how we were bringing in busses of "antifa" and how local businesses had to be protected.

When the day came, the town was overrun with gun-toting nuts.

The marchers included old church ladies and young couples with babies in strollers. We marched through and around people open-carrying ARs and handguns as some of them stood directly in our path.

Motorcycle gangs revved their engines as we marched by.

People swore at us as we passed them.

But we just kept marching peacefully.

I'm pretty sure some of the gun nuts were disappointed that they didn't get to shoot somebody.

**Weaver2022** 4 months ago

How sad—and frightening—

<

---

**Marie Nido** 4 months ago

When the local kids organized a "Match for Our Lives" a couple of years ago, one loon showed up armed to the teeth, carrying a sign that said, "It's a good day when I don't have to use my AR-15." I hate to think what might have happened if we hadn't been fully permitted, and escorted by every motorcycle cop in town. The kids did a beautiful job of organizing he event, btw: people of all ages and colors marching peacefully together, and not a gum wraper left on the ground when they left.

<

---

**NiknNY** 4 months ago

BLM protesters marched on my block in NYC, past my apt building, for several weeks in 2020. The mostly young protesters were a diverse group - and many people from my predominantly white neighborhood joined them. They were loud - but totally peaceful. They didn't even leave any trash.

And when the police ordered them to disperse and leave in the evening, they did so - peacefully and orderly.

<

**AA1224**

**^ Topogigio** 4 months ago

"I refuse to accept that wanting to reduce immigration is 'hate."

That's EXACTLY what it is. I grew up in a small town like this in Southern Missouri. Although, we didn't have a castle.
You can see the steering hate in that man's eyes.

<

> **^ AndyPandy** 4 months ago
>
> I thought the same thing. Evil stare.
>
> <

> **^ clevis** 4 months ago
>
> You can see all that by looking at a man's eyes?? I think there's a term for that.
>
> <

> **^ Topogigio** 4 months ago
>
> Well, I meant to say searing, but something is wrong with the post.
> Absolutely. You can see hate in a human's eyes. Just try it. Go look at nearly any picture of Cheeto-leeny, Steve Bannon,
> Alex Jones and crew. You can practically see steam coming off their heads.
>
> <

**AA1225**

**∧ kazw** 4 months ago **(Edited)**

It's clearly a hate organization. The locals who excused them are too cowardly to admit they are white supremacists themselves. Likely Trumpers who are looking to Florida's DeStatan as their next savior.

⤴

> **∧ Whip or Will** 4 months ago
>
> They are business people who are OK with anything that makes them money. The American way.
>
> ⤴

> **∧ NiknNY** 4 months ago
>
> You mean DeSatan? Or is it DeSuxit?
>
> ⤴

**∧ Yeah but shes our witch** 4 months ago

I don't usually take the bait on "just anti-immigration" types pretending it's altruism and not racism that motivates them. My family has resided in the same MA town since 1627. 150 years after they arrived, there was a little dust-up with the British, in which most of my ancestors fought. About 120 years after that, my great-grandfather, having buried his first wife, married a Native American M'iqmaq woman, my grandfather's mom. I could, with some reasonable justification, decry "immigrants" have been crowding us, too, but only for about 400 years. But, what type of morally corrupt carpetbagger immigrates somewhere, then makes the focus of his life yammering about dastardly immigrants ruining "our" lives. First, sir, look in the mirror.

⤴

**^ Jimmypete**  4 months ago

Sure guy may say he's not a racist but he wants Brown v Board to be reversed at least that's what he posted, what does that tell you ?

<

---

**^ breal18**  4 months ago

He's absolutely a racist...the organization name tells you all you need to know:

Virginia Dare, the first white English child born in the US...
https://en.wikipedia.org/wiki/Virginia_Dare

<

---

**^ Bonanza Gus Mcgoo**  4 months ago

Supported by the Kochs snd prominent right wingers, of course.

<

---

**^ Whip or Will**  4 months ago

Koch, as in singular…one is already talking his dirt nap and the other has one foot in the grave and the other on a banana peel.

<

---

**^ NiknNY**  4 months ago

Their evil lives on through their dark money.

<

AA1227

^ **TookToot TookToot** 4 months ago

The hypocrisy is mind-boggling! Brimelow is an immigrant himself!

<

> ^ **lala salama** 4 months ago
>
> Shh, you're not supposed to give the racist game away.
>
> <

^ **Papa_Zed** 4 months ago

Just a reminder, the same people who oppose Parents taking their kids to a family friendly drag brunch, have no problem taking their kids to this place of hate for Christmas.

<

> ^ **NRak1509** 4 months ago
>
> bulls eye
>
> <

^ **DLCJNC** 4 months ago

They were certainly dreaming of a White (Supremacist) Christmas in that family photo . . .

<

^ **Nice Guy JD** 4 months ago

Flash forward ten years to this headline: "West Virginia Castle Sold at Sheriff Sale for Balance of Tax Lien to Dirty Pagan Hippies"

<

**AA1228**

⌃ **AQB24712** 4 months ago

Can't wait!

⌵

---

⌃ **wren_57** 4 months ago **(Edited)**

> A 'hate castle' or welcome neighbor?

Attracting hate groups to your property makes it a hate palace. Please stop with trying to justify this otherwise.

⌵

---

⌃ **Nice Guy JD** 4 months ago **(Edited)**

It's a shame his book stole its title from that old badass Jimmy Caan sci-fi flick. Makes me want to drink some spoiled milk!

⌵

---

⌃ **Fizzle2u** 4 months ago

Just another rich old White guy with opinions, well you know what they say about opinions. Really, I was done when I saw the age difference, he's probably a good friend of tRump's.

⌵

---

⌃ **Tracy M** 4 months ago

The Brimelows married in 2007, shortly after she graduated from college. She was 22 at the time. Assuming it wasn't a rush wedding, ol' Pete seems to have a touch of the groomer in him.

⌵

---

**AA1229**

**breal18** 4 months ago

It's always projection with the GOP...

<

---

**FakeNews** 4 months ago

Send Him Back!

<

---

**JohnTheModerate** 4 months ago

More of Donald Trump's "very fine people". I can't believe hate groups have become mainstream. I can't believe that so many people rush to their defense. What has happened to this country? The Republican Party turned into a bunch of Nazis.

<

---

**ArKayGee** 4 months ago

Many of them always have been, they are just now putting on the armbands.

<

---

**Alicia65** 4 months ago

I spit my tea across my desk when I read this: "The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group.".

Show what you mean - and leave this country, you creep.

<

---

**AA1230**

**∧ Thomas R Mountcastle** 4 months ago

It is called "Freedom of Speech".

<

---

**∧ nnagflar** 4 months ago

Freedom of speech doesn't mean freedom from the consequences of what you choose to say.

<

---

**∧ clevis** 4 months ago

Actually it does. That's the freedom part.

But what "consequences" did you have in mind, nnagflar?

<

---

**∧ NiknNY** 4 months ago

Freedom of speech guarantees freedom from *government* restraint or consequences. It does not mean freedom from being sued, nor does it mean absolute freedom to lie, slander, harass, threaten, or incite violence.

It also doesn't mean that private platforms such as the Post or a TV station are obligated to publish or broadcast your comments. Nor does it protect you from the consequences of being criticized or unpopular or called a racist.

<

---

^ **TroutBurd**   4 months ago

And that's why he sues people for saying things he doesn't like?

<

---

^ **clevis**   4 months ago

If it's libelous, yes.

<

---

^ **NiknNY**   4 months ago

A statement is not libelous if it's true. Calling Brimelow a racist is not libelous, because based on his racist statements, he *is* a racist.

He's using his wealth to intimidate and bully people via lawsuits.

Why are you so eager to defend him? Are you one of his lawyers?

<

---

^ **Takoma**   4 months ago

Yes, and so is this statement— Brimelow is a creepy, sad racist.

<

---

^ **Ex Republican**   4 months ago

Decades from now, finding a red *'Make America Great Again'* hat in your dead relative's stuff will be like finding an old KKK hood and some Nazi memorabilia.

<

---

# AA1232

∧ **MerryRunaround**  4 months ago

54 acres with a castle and three houses for $1.4M sounds like quite a bargain. The new owners must be a very happy bunch of creeps.

⌇

> ∧ **Nice Guy JD**  4 months ago
>
> Plus, they didn't even have to pay! Why not get a bigger and more racist castle, I wonder?
>
> ⌇

∧ **lawillibug**  4 months ago

Why do the right-wing zealots always co-opt historical figures, ignoring actual history, and twist the narratives to make themselves feel righteous?

The cognitive dissonance of an anti-immigrant group naming themselves after the child of immigrants, while being led by an immigrant is just ridiculous.

Susan B. Anthony never once said or wrote a single thing about abortion, but likely would have supported a woman's bodily autonomy given her years of activism for wen's rights.

The current Republican party likes to call themselves, "the party of Lincoln," even though their policy positions are pretty much exactly what Lincoln fought against.

I mean, it's obvious to everybody else that the tactic makes no sense, why do they keep doing it?

⌇

**AA1233**

**Nice Guy JD** 4 months ago

With that fellas extreme racism, he's gotta seem 30-40 years younger to the real super racist ladies!

<

**Polly Purebred** 4 months ago

> British-born anti-immigration activist

Say what?

<

**ArKayGee** 4 months ago

Not a problem for him because he is only against **non-white** immigrants. Pretty simple really.

<

**Polly Purebred** 4 months ago

Ah. Got it. 🤦‍♀️

<

**AA1234**

## ∧ **rascalthemutant** · 4 months ago

Do these peop!e not realize that human beings lived here long before any white skinned people knew this continent existed? Native Americans lived in what are now called the United States of America, all of the inhabitable islands nearby, Central & South America, & Canada long before any European explorers found their ways here. None if them are white skinned unless a tribe adopted a foundling, usually a young, orphaned child. Does it make any of these true Americans lesser because their skin tends to be darker? By the way, the name America is derived from Amerigo Vespucci, an Italian merchant & explorer, who did not discover America, but then neither did Columbus. He "discovered" the Bahamas, which were also already inhabited by people before Columbus arrived.

⤴

> ## ∧ **clevis** · 4 months ago
>
> Yes, the VDare people understand all of that. They believe the Anglo Saxons & other Europeans conquered and Settled NA, according to "Manifest Destiny"
>
> ⤴

## ∧ **Harriet 2** · 4 months ago

Brimelow needs to go back where he came from, and he can take his gold-digging Eva Braun with him.

⤴

## ∧ **townie76** · 4 months ago

Here you go this is what the SPLC has to say https://www.splcenter.org/fighting-hate/extremist-files/group/vdare

⤴

**AA1235**

∧ **Quinta Lou**   4 months ago

We are seeing the rise of fascism in America. It should be stamped out everywhere.

⤶

> ∧ **clevis**   4 months ago
>
> How would you stamp out VDare?
>
> It sounds like violence
>
> ⤶

∧ **Tovak17**   4 months ago

Brimelow left England because it had become a Multi cultural, Multi ethnic country! So came here and found out it was becoming the Same here in America.
People like Brimelow, fail to realize that the Universe doesn't exist in a vacuum... And what was can NEVER BE AGAIN!...
And that's what's Mr. White Racist Brimelow and his breverend are railing against... And causing mayhem and violence about!!!
Time time for White Surpremacy in America has Long Past!!!

⤶

> ∧ **SDanielsinCanada**   4 months ago
>
> And early Britons had dark to black skin, and there is this about now that: **about one in five white British people has a direct black ancestor**...Professor Steve Jones, an academic geneticist at University College London, said that Afro-Carribean people had lived in Britain for so long that they were now part of the gene pool. These people live in a fortified fantasy world, fortified with white nationalists and all things Trump/Maga, etc
>
> ⤶

**AA1236**

4/20/23, 1:32 PM

∧ **JohnR-Montana** 4 months ago

V1; V2; VDare

<

> ∧ **oscarkilolima** 4 months ago
>
> Clever!
>
> <

∧ **Rick vance** 4 months ago

"white genocide".
Quite possibly the most stupid phrase in the English language.

<

> ∧ **MJMinIndiana** 4 months ago
>
> And Lydia Brimestone said "diversity is a weakness." Even on a scientific level that is
> wrong. If one gene pool continues to reproduce only among itself, it will generally weaken
> over time, passing on illnesses via gene defects. The introduction of new genes is
> necessary to strengthen the broader group. On a social level a lack of diversity tends to
> create tribalism and "purist" instincts that lead to fear of "the other." No one benefits.
>
> <

∧ **Nice Guy JD** 4 months ago

The problem, if you ask me, is that there isn't a pagan castle next door, one putting up freaky
Tim Burtonesque xmas decor all over town.

<

## AA1237

⌃ **clevis** 4 months ago

Yeah, that would show those Brimelows

⤴

---

⌃ **shasta4737** 4 months ago

This article gave me nausea. Something about Christmas snowmen, quaint little Walton's style village + white supremitism, antisemitism, anti immigration and fairy tale castle altogether along with that "perfect people picture" of the family smiling on the balcony of their fortress wasn't congruent. Or something.
I feel so bad for the people who have to live near those castle racists.

⤴

---

⌃ **Every Vote COUNTS** 4 months ago

Well said. After reading I thought....UGH, what a waste of real estate!!

⤴

---

⌃ **Rick vance** 4 months ago

Santa Clause on the outside, hoods and robes on the inside.

⤴

---

**AA1238**

**^ Takoma** 4 months ago

That's too bad. Berkeley Springs is a cute little town with a really nice state park. As for the townspeople who pretend VDare isn't blatantly racist, I hope all visitors take note and spend their money elsewhere. Because anyone pretending that VDare isn't blatantly racist is a big part of the problem.

> "They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said **Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs** and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."

<

**^ Jimmypete** 4 months ago

Baloney guy posted about reversing Brown v Board so he wants to bring back Jim Crow? That's not Racist?

<

**^ Takoma** 4 months ago

Exactly!

<

**^ Harriet 2** 4 months ago

We see you Barb Wolfe, you filthy racist.

<

AA1239

**^ Rediculous** 4 months ago

Nice wig, Mr. VDare.

<

---

**^ pixiedust8** 4 months ago

Hope the kids eventually manage to break away from the views their racist parents have no doubt raised them with. That's a real tragedy.

<

---

**^ Van Den** 4 months ago

Prejudice? Blatant bias? Yes, WaPo reporters! Yes, you. You didn't bother to mention anyone's age—except for, you know for whom you did it, and you know why you did it—ageism! Is age of anyone in the article relevant? No! Please stop indulging ageism with a wink and nod. Race, sex, age and other descriptors sometimes are relevant—but please don't use them when they only reflect the biases of your reporters. Ageism is real and it hurts real people. (And even in this specific case where the people involved are despicable—but despicable has nothing do with age.)

<

> **^ Nice Guy JD** 4 months ago
>
> But that racist guy is really old.
>
> <

---

> **^ Jhegerton** 4 months ago
>
> That might be the funniest thing I've read in quite a while.
>
> <

---

**AA1240**

**Davidtull** 4 months ago

You are offending that Wapo mentioned the racist is 75 and his wife is 38? Weren't you also equally offended by the British immigrant being angry at immigrants coming to America? Or do you feel comity with the white supremacists? 😂😂😂

<

**DemocracyCalls** 4 months ago

Let's be honest, if Canadiens were streaming over our northern border they would be welcomed with open arms. This is not about immigration. This is racism plain and simple. And this couple are bigots dressed up as stalwarts of anti-immigration. I am heartened to see that many people in this town are upset. Despite the ugliness of this story, it does give me hope for the larger electorate.

<

**SDanielsinCanada** 4 months ago

Though in Canada, we are very diverse, though we have our anti immigration people, many of them 1st generation white South African, British and other Euro immigrants although all in Canada, except Indigenous people, are really immigrants because, well colonialism. But, yes, these people are racist. Just the truth.

<

**FloriduhDude** 4 months ago

Wow. An awful lot going on here for a town of 800 residents.

<

AA1241

∧ **ERIC THE FOURTH** 4 months ago

*Nearly three years ago, the historic 9,300-square-foot castle was purchased by the VDare Foundation, a group that gives a platform to white nationalists, and it now serves as its headquarters. Its founder, Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia, denies being a white nationalist or white supremacist.*

The castle is in the right spot. It borders Kentucky where both senators voted to restrict voting rights for Black Americans; it borders Tennessee where both U.S. senators did the same; it borders Indiana which where both U.S. senators cast identical votes was/is home to a huge Klan membership. The castle is actually located in West Virginia where Robt. Byrd was not only a confirmed KKK member, he was also U.S. Senator. **Joe Manchin is also anti-civil rights, anti-voting rights and a West Virginia U.S. Senator.**

⤳

> ∧ **breal18** 4 months ago
>
> Bad at geography?
>
> Berkeley Springs is closer to DC than Kentucky lol
>
> ⤳

> > ∧ **ERIC THE FOURTH** 4 months ago
> >
> > Charles Town might be closer.
> >
> > ⤳

∧ **Andrew Rodwin** 4 months ago

These people are so lost.

⤳

**AA1242**

⌃ **Nice Guy JD**  4 months ago

What about when she wants the Kung Pow chicken and he just wants a nice piece of fish. Do they go to Applebees?

≺

---

⌃ **Ibleedburgundy**  4 months ago

It's not surprising that racists exist.

It is surprising when otherwise regular people fail to see where this is headed.

≺

---

⌃ **Mr Bubba**  4 months ago

Any moron who states "diversity is weakness" needs to read a little Darwin. Monoculture is how we end up with inbred idiots like these two.

≺

---

> ⌃ **clevis**  4 months ago
>
> Does that hold true for the Japanese?
>
> ≺

---

⌃ **Arm The Homeless**  4 months ago

If that ain't the story of America, nothing is: bigoted immigrants trying to slam the gates shut so nobody of a perceived lower caste gets their chance at success.

I feel bad for the kids, they never had a chance.

≺

**AA1243**

**⌃ Luke0321**  4 months ago  **(Edited)**

I remember nine or so years ago, a video titled "The Most Honest Three Minutes In Television History" showed a snippet from some television show or movie with Jeff Daniels explaining how America isn't the greatest nation on earth. Daniels, who spoke with great arrogance and snark as he denounced not only America but its youth, said he didn't understand what made America great – "Yosemite?"

Well, you want to know what makes America great? We have THE most diverse culture of any nation on earth and continue to have the highest rates of immigration compared to any other nation. Additionally, Americans are the most generous people on earth, giving more to charities at home and to other nations than any other country – that, according to Gallup and the
World Giving Index.

Oh, and yes, we are the most free nation on earth – for better or worse.

< 

---

**⌃ ERIC THE FOURTH**  4 months ago

Tell this to George Floyd and a host of his cousins. Tell this to Breonna Taylor as well. **Brazil is also diverse but for dubious reasons of the worst order.**

< 

---

**⌃ Mr Sparkler**  4 months ago

The truth is, we ARE the things both Luke0321 and you claim. For better or worse.

< 

---

**⌃ Luke0321**  4 months ago

Correlation doesn't equal causation. Look it up sometime.

< 

AA1244

ᐱ **ERIC THE FOURTH** 4 months ago

Thanks Alito...

⤳

---

ᐱ **Nice Guy JD** 4 months ago

My wife is a bit younger than me and she doesn't like the A Team at all! I can't even imagine a 37 year age difference!

⤳

---

ᐱ **Mr Sparkler** 4 months ago

Pity the poor fool.

⤳

---

ᐱ **centex1** 4 months ago

Admit it or not,
It is what it is just as he is.

⤳

---

ᐱ **RibelleGP** 4 months ago

Hateful town. It's sad the townspeople have no principles.

⤳

---

**AA1245**

⌃ **JujuFunkybean**  4 months ago

That's the sad part. There are many wonderful people in that town, however, they can't offset the large number of racists (e.g. confederate flags, Trump 2024 flags, etc.) That is the group that lead us to sell our place and leave the area. The town deserves a lot better and is undermined by the closed minded, racist residents.

⤻

⌃ **clevis**  4 months ago

What would you have them do?

⤻

⌃ **AQB24712**  3 months ago

Ever been here?

⤻

⌃ **ChardVC**  4 months ago

You can bet the good people of Litchfield CT breathed a sigh of relief when VDARE moved away.
But poor West Virginia — first Manchin. Now this. How much can that down-at-heels State take?

⤻

⌃ **NW Bill**  4 months ago

"But poor West Virginia — first Manchin. Now this. How much can that down-at-heels State take?"

West Virginians elected Manchin to the Senate repeatedly, after having elected him as governor. Apparently they find him more agreeable than his Republican challengers.

Would you prefer a right-wing Republican like Liz Cheney? (Compare their voting records.)

⌃

⌃ **BBrir23**  4 months ago

Castle Wolfenstein. Time to capture the Nazi's plans and destroy it.

⌃

⌃ **WinterDerp**  4 months ago

What the heck is John Romero up to these days, anyway?

⌃

⌃ **BBrir23**  4 months ago

Would love a Quake reboot.

⌃

⌃ **Nice Guy JD**  4 months ago

She is half his age, how could she possibly be as racist as he!?

⌃

^ **BlackCatz**  4 months ago

She doesn't give a flip about racism or his moronic causes.

Lovey wife is just waiting for him to kick the bucket and so she can get her hands on his money. Age old story.

And dude can't see the truth even if it smacks him in the face. White supremacists have serious self-esteem issues, plus toxic masculinity. Bet he's got a ton of guns too.

<

^ **Nice Guy JD**  4 months ago

I'm betting she's legit racist, to live in a 1.4 million dollar castle overlooking a sleepy town of 800 people. That racist castle is a 50 million dollar racist castle anywhere else!

<

^ **pixiedust8**  4 months ago

I wonder if they're actually his children. She must be REALLY bored.

<

READ MORE OF THIS CONVERSATION >

^ **Pecos 45**  4 months ago

A 75-year-old man married to a 38-year-old woman sounds a lot like Woody Allen to me.

<

^ **Citizen For A Real Democracy**  4 months ago

Yup! LOL!!!

<

**AA1248**

**∧ pixiedust8** 4 months ago

She likes him for his sparkling racism.

<

---

**∧ vasignpainter** 4 months ago

He must have some money.

<

---

**∧ Citizen For A Real Democracy** 4 months ago

You know that's why she hooked up with that doughy old limey. LOL!!!!!

<

---

**∧ Mr Sparkler** 4 months ago

It's, it's crazy I tell ya. Crazy.

<

---

**∧ Hangmansdaughter** 4 months ago

And that's why I never step foot in WV.
Time for Maryland, the Bluest state in the Country, to revoke the reciprocal agreement with West Virginia, the Reddest state in the country.
Sick of my tax dollars subsiding hate.

<

---

**∧ falafel9** 4 months ago

what reciprocal agreement? thx

<

**AA1249**

∧ **Nice Guy JD**  4 months ago

You can trade West Virginian swords for Maryland plowshares.

‹

∧ **Hangmansdaughter**  4 months ago

West Virginians can work and earn in Maryland but do not pay Maryland tax on their income.
They use our state roads to commute, our healthcare facilities etc, but don't contribute to those costs.

‹

∧ **Nocturnefall**  4 months ago

I'm going to boycott that scary, hateful, racist town.

‹

∧ **Kermitthe frog**  4 months ago

Agreed

‹

∧ **Nice Guy JD**  4 months ago

And in order to do so, you needn't modify your behavior at all! Bravo! I'm going to follow your lead!

‹

**AA1250**

**⌃ WinterDerp** 4 months ago

I'm not sure how it's the overall town's fault.

⤙

---

**⌃ WellThen** 4 months ago

Next up: "Are Nazis nice people deep down inside?"

Good grief WaPo.

⤙

---

**⌃ Kay G** 4 months ago

"The British-born anti-immigration activist..." An immigrant who is anti-immigration?
Priceless. Immigrants are fine as long as they are White. How about he return to England and
spread his hate there? This country is already brimming over with peple like him (and her).

⤙

---

**⌃ Citizen For A Real Democracy** 4 months ago

Exactly! He can go back to England and join up with the National Front. That's the British
version of the KKK. We don't need another White racist in the States.

⤙

**AA1251**

∧ **pixiedust8**   4 months ago

Why does the headline position this as though it's a question if they are white nationalists? WaPo, you need new headline writers. They always misrepresent the articles.

> ...VDare Foundation, a group that gives a platform to white nationalists, and it now serves as its headquarters.

⤳

> ∧ **insan_art**   4 months ago
>
> The headline writers live on a different planet.
>
> ⤳

> ∧ **Ethereal Fairy**   3 months ago
>
> One of the headline writers (the click-baity one) is a Magaman.
>
> ⤳

∧ **lilactyme**   4 months ago

OF COURSE it's a "hate castle" - and it is to the Post's eternal shame that you even treat it as a question.

But that's the Post these days. Always trying to normalize republiqans no matter how vile they are. WHAT IS WRONG WITH YOU?

⤳

**AA1252**

**^ pixiedust8**  4 months ago

It's truly shocking that they let this headline run.

<

---

**^ astridia**  4 months ago

Hey Doug! It's not a difference of opinions. It's indulging in conspiracy theories and anti-intellectualism. It's entitlement to expect everyone to put up with your insecure sense of superiority.

<

---

**^ formermichigander**  4 months ago

The stain on our society may have always been there but it seems to be growing.

<

---

**^ SDanielsinCanada**  4 months ago

Typical bullies and gaslighters. They have money not earned by the sweat of their brows but by preaching hate and anti immigration they get "funded". Then they use those funds to threaten and bully others for having their own opinions. And they create a chilling effect where others don't speak out bc they saw what happened to others. And this then results in more funds being given to them. Wow, what a country.

<

---

**^ rascalthemutant**  4 months ago

No doubt, Trump would be proud to know them!

<

---

**AA1253**

## ^ cb11   4 months ago

> British-born anti-immigration activist

An immigrant objecting to immigration. That's pretty funny. And gives lie to the people who claim it's not about white supremacy. He's not against immigrants so long as they look like him. Fools.

&lt;

---

## ^ Yael2017   4 months ago

A "British-born anti-immigration activist". So apparently he's fine with immigration, as long as only white English-speaking people immigrate?

&lt;

---

### ^ WOW_person_woman_man_camera_TV   4 months ago

The US has become "the" place to go to for white supremacists of other countries. This trend got a big boost some 6-7 years ago when the orangitude came to power ...

&lt;

---

### ^ clevis   4 months ago

Yes

&lt;

---

## ^ DDHunt   4 months ago

Enjoy life when your tourist population shifts to MAGAs.

&lt;

**AA1254**

**^ Doug Crites** 4 months ago

They just need to keep quiet about the castle

<

---

**^ DDHunt** 4 months ago

Right.

<

---

**^ pixiedust8** 4 months ago

You're always reliably gross, Doug.

<

---

**^ Tax Guy** 4 months ago **(Edited)**

Gross is an extremely charitable word.

<

---

**^ WinterDerp** 4 months ago

Do MAGA-bots travel?

<

---

**^ Tex_AF** 4 months ago

To Florida

<

---

**AA1255**

∧ **DDHunt**  4 months ago

Yes, to rallies and the OBX.

&lt;

---

∧ **Tex_AF**  4 months ago

Yep, that's when the hawkers come out with red caps, US flag underwear, "Let's Go Brandon!" flags, duperhero NFTs, modified Bibles, and Trump dildos.

&lt;

---

∧ **Ethereal Fairy**  3 months ago

And Putin buttplugs.

&lt;

---

∧ **Sidewalk Bob**  4 months ago

I remember seeing that Castle 20 years ago... Actually, a friend of mine owned it for a while... I always hoped it would fall into the hands of someone or an organization that would do something positive with it...

Sad...

The End

Bob

&lt;

---

**AA1256**

∧ **AQB24712**  4 months ago

Yeah, me too. I wish that the state or even the county had been able to acquire it.

⤴

---

∧ **On Road**  4 months ago

> denies being a white nationalist or white supremacist.... He described them as "'devil terms,' aimed at suppressing debate,"

> But VDare regularly publishes writers who argue that America's White majority and essential character are being threatened by people of color

And more showing VDARE sketch after reading the full article.
I used to visit the spa in Berkeley Springs yearly in the spring. I will find some other spot.

⤴

---

∧ **AQB24712**  4 months ago

VDARE doesn't control the spa, or the town. Many of us would welcome you back.

⤴

---

**^ cc in nyc** 4 months ago

> Lydia Brimelow signed as both the landlord and tenant.
>
> "There are no financial improprieties,"

Wait a sec. How does that work?

<

---

**^ dbs4** 4 months ago **(Edited)**

It's the Trump model. He was both the landlord and the leaseholder of his DC hotel.

<

---

**^ DDHunt** 4 months ago

It's called self-dealing and it's against law for non-profits to engage in it, just don't expect the law to be enforced.

<

---

**^ Stratman351** 4 months ago **(Edited)**

It's extremely common. It's done routinely in family businesses with multiple entities. The property is probably in an LLC with her as the managing member, and the foundation likely employs her as an officer authorized to contract.

If there was anything illegal about it half the small businesses and organizations in the country would be in violation.

<

---

**AA1258**

**⌃ Truth Matters More Today**  4 months ago

Diversity means more than the same skin color. It also includes variety of culture, thought, beliefs, etc. Anyone who says diversity is not a strength is lacking in their ability to think critically which is a result of their lack of exposure to diversity in one form or another.

‹

> **⌃ Doug Crites**  4 months ago
>
> In fact, you are referring to diversity of opinion
>
> ‹

> **⌃ Tax Guy**  4 months ago
>
> Culture is an opinion? Since when?
>
> ‹

> **⌃ Doug Crites**  4 months ago
>
> A culture would be identified by different opinions about dress, food, mores, aesthetics, etc
>
> ‹
>
> READ MORE OF THIS CONVERSATION >

> **⌃ Truth Matters More Today**  4 months ago
>
> Diversity of opinion, yes. The truth is our world is a better place because of its diversity - Colors, plants, species, humans, culture, beliefs, opinions, etc.
>
> ‹

**AA1259**

**astridia**  4 months ago

It's just anti-intellectualism and it's not an opinion that is compatible with life and society.

‹

---

**SDanielsinCanada**  4 months ago

actually, diversity is a strength in biology and nature.

‹

---

**astridia**  4 months ago

Yup and religion is man made and artificial.

‹

---

**pixiedust8**  4 months ago

Like the fact that you think defending white nationalism is a good idea, DOUG?

‹

---

**myroro**  4 months ago

I noticed the writer said "some people" considered VDare a hate group. Much later, it is clarified that the SPLC considers it so. The SPLC is much more than "some people." They have rigorous standards by which they designate a "hate group." For example, they make note of almost a thousand anti-gay outfits, but only a few dozen are designated "hate groups." If the SPLC deems you a hate group, wear it.

‹

---

**AA1260**

> **^ Amazon sucks**  4 months ago
>
> I think I admire the SPLC more than the ACLU or ADL. They have been fighting above their weight class for many a decade.
>
> <

> **^ the sum of us**  4 months ago  **(Edited)**
>
> Agreed. That is egregious baloney. It goes on to quote the owner wanting to end Brown vs. Board of Education and spouting that diversity is a weakness. For a journalist to say that only "some people" would call this group ideology a hate group is bizarre and unacceptable. No, it *is* a hate group and SPLC states so as well. We all are getting enfolded into the lost cause nightmare again with this kind of stuff creeping into the press.
>
> <

**^ silica-dragon**  4 months ago

The most frightening part of this group is their harassment of anyone who speaks against them.

<

> **^ DDHunt**  4 months ago
>
> Fascists going to dictate, that's what they do.
>
> <

> **^ skiptherepubs4ever**  4 months ago
>
> The conservative fascists only allow free speech for their hate agenda
>
> <

**^ MikeyLikey** 4 months ago

"They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."

Also, Barb Wolfe sociales w/Lydia Brimelow.

Gee, which side are you on, Barb Wolfe?

&lt;

> **^ BluesGirlNJ** 4 months ago
>
> It's pretty obvious...
>
> &lt;

**^ Ace3949** 4 months ago

Brimelow should go back where he came from if he thinks immigration is bad for America.

&lt;

**^ Truth Matters More Today** 4 months ago

A British immigrant being anti-immigrant.

Only in America does such irony and hypocrisy exist.

&lt;

⌃ **Roman Hrybov** 4 months ago

The truth is that he's anti-BROWN immigrants. It's a racist group, not an anti-immigration group.

⌵

⌃ **Truth Matters More Today** 4 months ago

Why not just say it?

⌵

⌃ **Roman Hrybov** 4 months ago

Being anti-immigrant is acceptable to more people than being a racist.

⌵

⌃ **yossarian143** 4 months ago

His organization is named after a colonist "anchor baby".

⌵

⌃ **pixiedust8** 4 months ago

Kind of like Rupert Murdoch being against immigration as he wrecks our nation.

⌵

⌃ **freedman** 4 months ago

What are Ginny and Clarence Thomas' stand on the issues raised here ?

⌵

**AA1263**

**Roman Hrybov** 4 months ago

THey have no problem with anti-Black people. Clarence doesn't know that he's Black.

<

**NiknNY** 4 months ago

Someone needs to sit him down and gently explain it to him.

<

**Doug Crites** 4 months ago

I doubt he is a white Supremacist

<

**Enginerd** 4 months ago

They have a time share at the Castle-o-Hate.

<

**linda malboeuf** 4 months ago

What is this crazy garbage. I couldn't even read it past the first couple of paragraphs vomit.

<

**Truth Matters More Today** 4 months ago

One town or castle not worthy of my visit.

<

**AA1264**

⌃ **Doug Crites** 4 months ago

The town itself might be nice

&lt;

⌃ **Truth Matters More Today** 4 months ago

Not worth the energy.

&lt;

⌃ **Doug Crites** 4 months ago

Alright

&lt;

⌃ **Mick Anglo** 4 months ago

People like that will never accept the "Other". No matter how many years they've been citizens nor what they've accomplished.

Albert Einstein would be a good example of someone they would never accept.

&lt;

⌃ **Jacko6304** 4 months ago

Normalized? People are legitimately afraid they'll be sued by these bullies.

&lt;

**AA1265**

**^ JohnD51**  4 months ago  **(Edited)**

I noticed when confronted with a question… is this organization a "white supremacy" group the reply is almost always absolutely not… we're just against immigration… period.

Standing for racism obviously is not to popular when the stance is brought out in the open.

VDare or Virginia Dare was the first documented "white child" born in what would become the USA. That's basically all we know about her because that "first colony" she was part of disappeared.

I'm not really interested in why she (Virginia) has become a symbol of "white" rule in the USA, since in actual fact she was just an immigrant to a new land who may or may not have ever reached adulthood.

The symbols and the conspiracy theories that some people pick up on that they then weave together their own personal tapestry of history are in reality just a waste of energy… because eventually that "tapestry of one color" will eventually fade into usually a dull gray.

<

---

**^ toydrum**  4 months ago

These anti-immigration folks prove that the blood of their immigrant ancestors has run very thin. Coming to a new country and starting fresh takes a lot of courage; anti-immigration nonsense is rank cowardice.

<

---

> **^ Ace3949**  4 months ago
>
> Brimelow is an immigrant.
>
> <

---

**toydrum**  4 months ago

Of the "I got mine" mentality, no doubt. I wonder if he left the UK because he was horrified by "those" people moving in and changing what he perceived as the "right" British culture.

<

**Roman Hrybov**  4 months ago

Ironic that a British born man is now in the US and is anti-immigration.

Of course we all know that "anti-immigration" is just a dog whistle for anti BROWN immigration.

<

**Doug Crites**  4 months ago

He would let some Asians in

<

**45MD827**  4 months ago

... but only if they act as "honorary whites." Heaven forbid they actually celebrate their own (amazingly rich) cultural heritage.

<

**AA1267**

∧ **SeanmScully**  4 months ago

"Peter Brimelow wrote on Gab: "Next stop Brown vs. Board!""

How can someone who wants to Brown vs. the Board of education to be overturned, be considered anything other than a racist?

He is not a racist, he is just anti-immigration. He is not a racist, he just wants to have segregation be legal.

Anyone who thinks this man is not a racist is lying to themselves. "My heart is with civic nationalism, but my head is with racial nationalism."
"There's ethnic specialization in crime. And Hispanics do specialize in rape, particularly of children. They're very prone to it, compared to other groups."

≺

---

∧ **DontBlowSmoke**  4 months ago

Interesting that when it was found that White supremacists were going to the Capitol armed, pretty much nothing happened in advance prep.

In this town, the businesses shut down because a Black Lives Matter protest was scheduled. And it appears none of those protesters were armed, just the counter protestors.

≺

---

> ∧ **DrNana**  4 months ago
>
> Sounds about white
>
> ≺

---

**AA1268**

∧ **Roman Hrybov**  4 months ago

The Nazi Hotel.

SMH

≺

> ∧ **jlc2174**  4 months ago
>
> Careful...they might sue you
>
> ≺

∧ **Truth Matters More Today**  4 months ago

American Patriots + Anti-Immigration = White Supremacy

You can't fix it up with church, love of country, or anything else. America has always been a place for immigrants with slavery is a part of the story since 1619.

If you don't want immigrants, then you are probably racist or in denial of how America was founded.

≺

∧ **c_mcknight**  4 months ago

Why didn't the rest of the world—define it as you like—leave old Berkeley Springs alone? How is it that non-descendants of Berkeley Springs' historic residents have moved there? To change demographics? In that case, they are hypocritical—and bigoted–to object to the free-market purchasers of the 19th century building. Sauce for the goose is sauce for the gander.

≺

**AA1269**

**dbs4** 4 months ago **(Edited)**

VDare sent representatives to the August Charlottesville "rally". This hate group that was so egregious and obnoxious that every hotel where they tried to book a convention canceled the event. The Kochs bought them a large property so they could plan their next steps.

People move for many reasons; one cited in the article was to start businesses. Scaring business owners isn't good for Berkeley Springs or any city.

<

**apn66261** 4 months ago **(Edited)**

Perhaps Mr. Brimelow's citizenship can be rescinded and he can return to the UK. I'm sure he and people like Nigel Farage would get along very well.

<

**CanadianInterloper** 4 months ago

"British-born anti-immigration activist"

I wonder if he's smart enough to get the irony.
Imagine that guy thinking that he's in any way, shape, or form better than anyone else.

<

**mimi28** 4 months ago

I doubt it.

<

**AA1270**

∧ **Tax Guy**  4 months ago

Exact same thought I had. If he actually believes what he preaches, he should self expel himself.

‹

∧ **NiknNY**  4 months ago

Funny how white supremacists who are always claiming they're superior are actually so inferior.

‹

∧ **Tax the Churches**  4 months ago

His wife is doing a great job at fending off old age. She should share her secret with her grizzled husband.

‹

∧ **Doug Crites**  4 months ago

It's father time that separates them

‹

∧ **mimi28**  4 months ago

And whose children are they?

‹

∧ **Doug Crites**  4 months ago

His by an earlier marriage I would guess

‹

**AA1271**

∧ **Llirpallih**  4 months ago

The older 2 are from his first wife, who died in 2004. The younger kids are hers. She was his intern at 18, then they married.

⋖

READ MORE OF THIS CONVERSATION >

---

∧ **Roman Hrybov**  4 months ago

IT's called cradle-robbing. When Brimlow was36, his wife wasn't even born yet.

⋖

---

∧ **Enginerd**  4 months ago  **(Edited)**

Let's use the standard GQP tactic —> he's a pedophile.

⋖

---

∧ **pixiedust8**  4 months ago

She's 38. He's in his late 70s.

⋖

---

∧ **polly styrene**  4 months ago

They have yoga in West Virginia?

And Brimelow's wife participates in this Indian religious practice and has classes with a Japanese yoga instructor?

Isn't this way too much non-White cultural diversity for White nationalists like the Brimelows?

⋖

---

**AA1272**

∧ **Doug Crites**   4 months ago

She wants to obtain nirvana

⌄

---

∧ **45MD827**   4 months ago   **(Edited)**

Well, one thing is certain. I'll never spend a dime in Berkeley Springs!

⌄

---

∧ **Doug Crites**   4 months ago

Why punish the Burger King

⌄

---

∧ **Tax Guy**   4 months ago

Amazing how some posters can't help but keep coming back, making inane, utterly useless comments. Just making a totally general observation here.

⌄

---

∧ **pixiedust8**   4 months ago   **(Edited)**

When you get paid to troll, every comment adds up!

⌄

---

∧ **45MD827**   4 months ago

Duh, because that Burger King chooses to support a community that has (mostly) embraced white racists. And, the food is incredibly unhealthful.

⌄

---

**AA1273**

∧ **Doug Crites**  4 months ago

The whole community does not support racism. Did you read the article?

⤺

READ MORE OF THIS CONVERSATION >

---

∧ **RM Solo**  4 months ago

Where is the trash can emoji when I need it most...?

⤺

---

∧ **dbs4**  4 months ago  **(Edited)**

Just have to point out what should be obvious.

In 2019, the Koch brothers gave VDare $1.5M.
In February 2020, VDare bought the castle for $1.4M.

So. The Kochs bought a castle for a white supremacist group. It's a little over two hours from DC by car.

⤺

> ∧ **mimi28**  4 months ago
>
> There you go. Now let me point out Chucky Koch doesn't spend his money like this. No indeed there will be tax free 503c funding this as one of his a charities.
>
> ⤺

---

> ∧ **dbs4**  4 months ago  **(Edited)**
>
> It was a grant from the Koch's Donors Trust.
> It's a non non-profit.
>
> ⤺

**AA1274**

**MND1024** 4 months ago

He's an anti-immigration activist (putting it nicely) who was born in Britain?

Interesting.

⤪

> **SeanmScully** 4 months ago
>
> He is only against immigrants who have a noticeable hue.
>
> ⤪

> **Theresa Allison** 4 months ago
>
> Even more interesting they choose Virginia Dare, an immigrant, as their symbol for anti-immigration. Truly weird.
>
> ⤪

>> **Rueful Citizen** 4 months ago
>>
>> Sure about the immigrant label?
>>
>> From the story: "VDare is named after Virginia Dare, the first English child born in what is now the United States..."
>>
>> ⤪

>>> **jlc2174** 4 months ago
>>>
>>> First anchor baby
>>>
>>> ⤪

**AA1275**

^ **pixiedust8**  4 months ago

Uhhhh, are you really missing this?!

<

---

^ **mimi28**  4 months ago

A white immigrants child

<

---

^ **omg911**  4 months ago

Geez, Dad looks like a cadaver standing amongst all that youth!

<

---

^ **Dudley Albrecht**  4 months ago

He looks like the Crypt Keeper in "Tales From The Crypt".

<

---

^ **Brian W. Allan**  4 months ago

"They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that."
Noting wrong with legal immigration by people that bring a skill set with them BUT illegal immigration by people that add nothing to society should be soundly ended!! Send them packing back to where they came from now and not after a bunch of lengthy and expensive legal wrangling.

<

**MND1024**  4 months ago

Who are you to say they add nothing to society?

<

---

**Enginerd**  4 months ago

Who do you think works low wage jobs (construction, food processing, etc.) that our country depends on? Not every job in this country requires a formal education, just a good work ethic.

<

---

**45MD827**  4 months ago  **(Edited)**

It is not illegal under US law to enter the country and apply for asylum. If you are provided that asylum you are in the country legally. Now, it may be perfectly appropriate to suggest we redefine the basis for applying for asylum, but to just call such people "illegal" is only demonstrating ignorance of the law.

<

---

**Tax Guy**  4 months ago

And if they're not racist, and only anti-immigrant, what does repealing Brown versus the Board of Education have to do with anything? How is Brown versus the Board of Education related to immigration at all? Only a racist wants to repeal that Supreme Court case.

<

---

**DontBlowSmoke**  4 months ago

Brimelow should go back where he came from. Just sayin'

<

Coral

Case 1:22-cv-01333-TFM-CJK Document 39-3, Filed 04/24/23, Page 155 of 738    Case 1:22-cv-01334-UNA Document 1-5 filed 10/02/23 Page 160 of 749    4/20/23, 1:32 PM

∧ **Catherine Giovannoni**  4 months ago

I love Berkeley Springs, but I won't be eating in the restaurants, renting cabins, going to spas, or shopping in the shops there anymore. Get rid of the white supremacists.

≺

> ∧ **Amazon sucks**  4 months ago
>
> How do you suggest they do that? It's a free country.
>
> ≺

> ∧ **Doug Crites**  4 months ago
>
> Why would you boycott the Burger King?
>
> ≺

>> ∧ **pixiedust8**  4 months ago
>>
>> Why would you keep posting stupid comments?
>>
>> ≺

∧ **Amazon sucks**  4 months ago

Intolerant haters of immigrants have to live somewhere. Sorry, little town, they chose you.

≺

> ∧ **Doug Crites**  4 months ago
>
> Yeah, what can you say
>
> ≺

**AA1278**

∧ **Marlowe53**   4 months ago

Brimelow, the English immigrant, is against immigration? What is he, Clarence Thomas' best friend? They both seem to have the same gigantic blind spot when it comes to their own behavior.

‹

---

∧ **dorisdur**   4 months ago

The majority of the people of VA gave these racist organizations the OK to come to VA because they voted for right wing extremist Republicans to control the state.

‹

---

> ∧ **taylorumbc**   4 months ago
>
> That would be WVa.
>
> ‹

---

∧ **SweetLocust**   4 months ago

Excellent article! I live outside the town of Berkeley Springs and have been very concerned about having the VDare organization located in town! The organization represents ideas and a way of life that violates community values, basic decency and encourages hate and intolerance.

‹

---

> ∧ **dbs4**   4 months ago
>
> I have family there. They don't seem to be aware, but I am. Glad Mom moved out.
>
> ‹

---

**AA1279**

⌃ **Truth Matters More Today** 4 months ago

Whose Church supports such?

‹

⌃ **Ethereal Fairy** 3 months ago

I believe the article mentioned a Catholic church, where the wife goes.

‹

⌃ **OctoBomb** 4 months ago

I appreciated this article's objectivity.

‹

⌃ **Charlie J Sierra** 4 months ago

Other castles laugh at this flea of a castle

‹

⌃ **Mac McCloud** 4 months ago

It sure is ugly.

‹

⌃ **apn66261** 4 months ago

Just like the inhabitants.

‹

**AA1280**

> **clevis**  4 months ago
>
> Oh, man, you've really put them in their place with THAT edgy barb!!
>
> ⌄

**SherriJB**  4 months ago

If you're anti-immigrant, be sure to avoid eating out at Mexican, Italian, Vietnamese, Korean, Japanese, Chinese, etc., restaurants! You have no right to enjoy these diverse foods.

⌄

> **polly styrene**  4 months ago
>
> You forgot Thai and Indian.
>
> ⌄

**JeremiahBullfrog**  4 months ago

Boy, these white supremacists seem to be awfully sensitive, don't they? Screaming about freedom of speech and suing others for exercising that same right - doesn't that make them snowflakes?

⌄

**JulesP1**  4 months ago

Lots to unpack here. Let's go with the pro-VDARE editorial. If most of the visitors are white, sure, they are likely to have the country charm experience described. However, if I'm after apple butter, I will certainly find another place to partake knowing that these people are willing to look the other way from the clearly stated and truly repulsive positions of this fossil and his reboot wife

⌄

**AA1281**

∧ **ProfLM**  4 months ago

Not only was Virginia Dare an immigrant, so were the Pilgrims. They were part of a movement by white men who believed that they had the right to slaughter indigenous people of color and steal their land. Now that these same type of people are in power, they want to exclude others who are different than themselves. If this isn't hate, it's certainly bigotry. And lying about their true motivations is hypocrisy.

⌕

∧ **NP-STL**  4 months ago

Slightly wrong. Virginia Dare was born on U.S. soil, so she would be better classified as an anchor baby. Her parents were immigrants. So, for that matter, is Peter Brimelow, unless his mother was an American citizen - he is British-born.

⌕

∧ **billm213**  4 months ago

Um, no, Virginia Dare was born here, and she had nothing to do with the Pilgrims. Fifth grade history.

⌕

**AA1282**

∧ **FreedomFromReligion** 4 months ago

The New World settlements were owned by European corporate trading and shipping interests. England and much of France had plundered their own forests by then after 200+ years of ship building, cities were fetid overpopulated crime riven disease pits, and prisons overflowed. Driven by a desire to find gold in the same quantities that Spain found in Mexico, Europeans came to the New World for resources to sell back home: gold - didn't find any, furs, timber, etc...

Almost all of the first groups of settlers were indentured servants, including the religious wackadoodle Puritans and Pilgrims.

⋖

∧ **taylorumbc** 4 months ago

As others have pointed out, she was not an immigrant. But your point about hypocrisy still stands. Her parents were immigrants—or invaders. Anti-immigration means racism.

⋖

∧ **Starbuck1234** 4 months ago

A small town in WVA seems like a good place for this family. Where else should they live?

⋖

∧ **Samcakes** 4 months ago

They could live anywhere in this country.

⋖

∧ **Tax Guy** 4 months ago

Or, being anti-immigrant, and born in Britain he could go back there.

⋖

**AA1283**

∧ **NiknNY**  4 months ago

1933 Germany.

<

∧ **Rick Mears**  4 months ago  (Edited)

> "The British-born anti-immigration activist..."

Oh Jesus Christ, a walking paradox. Yet another white immigrant who is himself anti-immigration, due to his white nationalism– but in his phony declaration, disavows the latter. When they want to start kicking the immigrants out and deporting them to their countries of origin, I say to this British-born bigot: you first.

Does he actually not want other WHITE BRITS to come over to the US, too, just as he did? I doubt it.

All while his wife explains that diversity isn't strength, but is the opposite. Gee, no racism there. 🙄

What I don't understand about people who are anti immigration is: WHERE do they expect migrants to go? People all over the world are seeking **asylum** every week of every year, when they are threatened or persecuted in their home countries. Where do these anti-immigrant types feel they're supposed to go– "everywhere but the United States"?

Being aware of the racial history of the United States, as well as Europe, Asia, South America, as well as Africa (and that includes black-on-black hatred such as in Rwanda, with the genocide of the Tootsies by the Hutus in the 1990s), I have come to the conclusion late in life that there will **always** be racism, ethnic prejudice, sex/gender discrimination & hatred, and religious hatred– all around the world– for the rest of time. I don't know why it *has* to be, but I'm just sure that it *will* be. Very unfortunate.

⌁

∧ **Mr Derek Gandy** 4 months ago

Speaking as a Brit, you keep him we don't need him

⤴

---

∧ **Mac McCloud** 4 months ago

At least they're divided. For WV that's encouraging.

⤴

---

∧ **Ex Republican** 4 months ago

2/3's of Trump's wives were immigrants.

Proving once again, we need immigrants to do the jobs most Americans won't do.

⤴

---

∧ **Youagreewithme** 4 months ago

As mobsters would say, It would be a shame if the castle burned down.

⤴

---

∧ **SloughHand** 4 months ago

It's good to know that if these folks ever tried to post here, that WAPO would be sure to disable their accounts. In the meantime I guess I'll just clutch my pearls in shock that someone in West Virginia with different views owns property. Gracious!

⤴

---

⌃ **Mac McCloud** 4 months ago **(Edited)**

It's a point. I have some neighbors who are even worse. They want to shoot people. But they aren't organized or well known hate group.

〈

⌃ **SloughHand** 4 months ago

According to whom?

〈

⌃ **dbs4** 4 months ago

According to the VDare website.

〈

⌃ **NP-STL** 4 months ago

Crackpots exist in all towns, and this little town in W. Va. is no exception.

〈

⌃ **jlc2174** 4 months ago

Except these crackpots are well funded and very close to DC

〈

⌃ **AtreiyaN7** 4 months ago

So the 75-year-old lady who hangs out with Nazis says the Nazis aren't Nazis? Yeah, I'm totally going to trust her on that especially after seeing her sister's book cover with a font that Nazis seem particularly fond of. *rolleyes*

〈

**AA1287**

**^ ILoveRegulations** 4 months ago

Whether or not whites are superior or if certain people THINK they are superior doesn't matter. Every one of us has a life to live and by living it responsibly will add to the outcome as to which side is correct.

<

**^ Olddear** 4 months ago

They are quite right, we don't want immigrants. All white people (myself included) should pack their bags at once and leave the Native Americans in peace, not forgetting those Hispanics whose ancestors inhabited California, Texas etc when those states were part of Mexico, they have a right to live here.
Black people can stay because their ancestors were trafficked so they can hardly be called immigrants

<

> **^ FreedomFromReligion** 4 months ago
>
> There's no such thing as Native American. The first humans to live in what is now North and South America were Asian nomads.
>
> <

> **^ Tax Guy** 4 months ago
>
> Don't you get tired of trolling comment threads posting the same nonsense?
>
> <

> **^ NiknNY** 4 months ago
>
> 20,000-30,000 years ago - making them the first humans in what is now North and South America. Which makes them indigenous.
>
> <

∧ **watchingindc** 4 months ago

Looking at the age of some of the kids in that Christmas card photo (particularly the ones on each end.), he must have been a 50-something messing around with a late teens to 20 year old if the wife is only 38 now.

⤝

> ∧ **AQB24712** 3 months ago
>
> Yes, they married when she was 22. I think the oldest kid is 13-ish.
>
> ⤝

∧ **social justice2** 4 months ago

It's a shame the NY AG has to use arcane non-profit financial laws to bring down this hate organization. White hate groups that preach hate based on white supremacy should be outlawed and membership in such group criminalized. How, in 21st century America these groups are allowed to exists, is the real crime here. Pass laws criminalizing these groups and then shut 'em all down!

⤝

> ∧ **Stratman351** 4 months ago
>
> You realize that what you're advocating is unconstitutional, right?
>
> ⤝

**AA1289**

^ **social justice2** 4 months ago

Racial hate speech is violence and inflicts real pain on people therefore should not be protected by the 1st Amendment. That white racists use the 1st Amendment to protect their spewing of racial hatred is another crime and ought to be changed. If only the Democrats could win back the Supreme Court by however means necessary (i.e. stacking), we could actually make hate speech a crime.

<

---

^ **Nice Guy JD** 4 months ago

I'm a little frustrated that their hella-racist castle Christmas lights look nicer than the mildly racist ones on my house.

<

---

^ **AlpacaFarmer** 4 months ago

Those Berkeley Springs merchants, innkeepers and yoga teachers who believe the Brimelow's efforts to turn the town into White Supremacy HQ are not harming them will face a reckoning when tourist dollars from the educated affluent WaPo readership dries up.

<

^ **NiknNY** 4 months ago

Frankly, I would never have thought of visiting anywhere in WV for any reason.

<

---

^ **ProfLM** 4 months ago

Virginia Dare was an immigrant.

<

---

**AA1290**

^ **C William DeBont**  4 months ago

As is Peter Brimelow. Hypocrisy has no limit with this guy.

&lt;

---

^ **billm213**  4 months ago

Nope. She was the child of immigrants, born here, the same as tens of millions of American citizens. Sorry

&lt;

---

^ **Dudley Albrecht**  4 months ago

Uh, the US did not exist in the late 1500's.

&lt;

---

^ **billm213**  4 months ago

I'm surprised you even know that, given how dimwitted your comment is.

&lt;

---

^ **Gabacho De Michigan**  4 months ago

"I refuse to accept that wanting to reduce immigration is 'hate.' "

LOL. Okay. Refuse whatever you want. I refuse to accept the idea that your organization is anything but a slightly more modern and slightly more education version of the KKK.

Don't want to be labelled a "hate castle"? Simple. Disband the white nationalist groups like Vdare and renounce your membership. Join the NAACP and be part of the solution.

&lt;

---

**AA1291**

**^ Deport Rupert**  4 months ago

As an old white guy, I have a question for white supremacists. Am I supposed to want to only hang around with racist dopes like you?

<

**^ NovaScotian**  4 months ago

Eagle's Nest

<

**^ Anda Man**  4 months ago

Lydia is quoted as saying something to the effect of "(racial) Diversity isn't strength; it is weakness."

I would like to hear her argument that is the basis for this belief.

<

> **^ Nice Guy JD**  4 months ago
>
> You can't reason with folks that don't like street tacos.
>
> <

> **^ NativeSon**  4 months ago
>
> 
>
> <

**⌃ wedge53** 4 months ago

I cant be of much help here, but it sounds like the castle could use a dozen or so Black Santas.

⌵

  **⌃ giuliana s** 4 months ago

  A Black Santa parade!

  ⌵

    **⌃ NiknNY** 4 months ago

    Black Santas Matter!

    ⌵

**⌃ Beth** 4 months ago

British-born anti-immigration activist????

⌵

**⌃ melabee** 4 months ago

Am I reading this right? The man so virulently opposed to immigration is an immigrant who named his organization after the child of immigrants?

⌵

  **⌃ Youagreewithme** 4 months ago

  Brains are optional.

  ⌵

**AA1293**

**^ Thaddeus R Zajdowicz**  4 months ago

Sounds like just your usual, fun-loving gang of Koch sponsored white supremacists. Interesting that WV, an open-carry state, bothers them when someone they hate says hello in a peaceful fashion while openly armed. But, of course, hypocrisy is free with their ideology.

<

**^ Doug Crites**  4 months ago

The point that, like the virulent anti-Semite Louis Farrakhan, he can publish anything he wants. As long as he does not break the law. Such is the nature of the 1st amendment

<

> **^ NativeSon**  4 months ago
>
> Bu...bu...but WHATABOUT... uh, BENGHAZI, dude?
>
> <

>> **^ Doug Crites**  4 months ago
>>
>> LOL - I was getting to the emails next
>>
>> <

>> **^ Jim from Oaktown**  4 months ago
>>
>> That's true enough–that is the nature of the 1st Amendment–but it's not "the point." The point is that, because of VDare, Berkeley Springs will soon become a magnet for every hate-filled racist psycho in the good old USA, just as Hayden Lake, Idaho, was for a time–until the townsfolk took a firm stand against the movement. This is going to be a big problem for the good folk of Berkeley Springs, and I wish them well in their efforts to deal with it.
>>
>> <

AA1294

**∧ Doug Crites**  4 months ago

"This is going to be a big problem for the good folk of Berkeley Springs, and I wish them well in their efforts to deal with it." - alright

<

---

**∧ Gabacho De Michigan**  4 months ago

"The point that, like the virulent anti-Semite Louis Farrakhan, he can publish anything he wants. As long as he does not break the law. Such is the nature of the 1st amendment."

Well, that is certainly a point you can make. Nobody else made that point or even commented on First Amendment issue in the article, but you have made an apparently valid point.

Accordingly, it would appear to me that **the** (not "a") point of the article is that Vdare is a white nationalist, supremacist organization whose feelings are hurt when people point out their racism.

<

---

**∧ Doug Crites**  4 months ago

Well, then they, like Louis, need to take it in stride

<

---

**∧ Tax Guy**  4 months ago  **(Edited)**

You can ignore Doug. He's a well-known poster who likes to troll comment threads with inane comments.

<

---

**AA1295**

∧ **clevis**  4 months ago

Doug's points seem to be among the sanest and least inflammatory of all, here.

⤳

---

∧ **FilmBuff4Ever**  4 months ago

It really is an ugly building.

⤳

---

∧ **NativeSon**  4 months ago  **(Edited)**

> *The BRITISH-BORN anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster"*

Oh the irony...

And I agree... anytime we let foreign terrorists into the country, we can expect trouble.

This guy is a foreign terrorist looking to incite a race war. And the maga'ts flock to him.

Take out the trash, *get rid of them.*

.

⤳

---

∧ **clevis**  4 months ago

no speech, short of true incitement to violence, is terrorism

⤳

---

**^ Lao Tzu** 4 months ago

Well, I guess I won't be returning to Berkeley Springs anytime soon.

<

> **^ Doug Crites** 4 months ago
>
> LOL
>
> <

> **^ giuliana s** 4 months ago
>
> Oh, go, and patronize everywhere else.
>
> <

**^ Stepford Husband** 4 months ago

I hate that "castle" too but for more obvious reasons.

<

> **^ Doug Crites** 4 months ago
>
> Aesthetics?
>
> <

> > **^ Stepford Husband** 4 months ago
> >
> > nailed it, or quarried it!
> >
> > <

**AA1297**

∧ **Weatherornot** 4 months ago **(Edited)**

Berkeley Springs would do well to support an investigation into the group's finances.

I used to vacation there and camp in the state park cabins. No more. It's not worth having the vibe ruined by the Man in the White Castle.

≺

> ∧ **AQB24712** 4 months ago
>
> There are many of us here who would welcome you back.
>
> ≺

∧ **Ex Republican** 4 months ago

Fun fact: Christian Nationalism is just White Supremacy in Bible drag.

#GOP

≺

> ∧ **Stepford Husband** 4 months ago
>
> Does Bible drag favor pumps or sandals??
>
> ≺

> ∧ **Ex Republican** 4 months ago
>
> White hoods.
>
> ≺

**AA1298**

**Marie Nido**  4 months ago

As I understand, the Pope wears red Pradas.

<

**NiknNY**  4 months ago

Not the current Pope.

<

**LMTWaPo**  4 months ago

> "I'm sure they both know that I'm gay, and they have not said anything to me," Collinash said. "They have caused me no trouble at all. And they have caused Berkeley Springs Pride no trouble at all either."

SMH

<

**NiknNY**  4 months ago

Maybe Mr. Collinash and his partner should visit the castle wearing rainbow shirts and holding hands, and see what happens.

<

⌄ **LMTWaPo**  4 months ago  **(Edited)**

Chef Scott seems to be the type who cannot hold simultaneous thoughts. It is nice that a white executive chef in what passes for an upscale restaurant is not accosted by upscale white patrons. Scott seems willfully ignorant or unconcerned by the Brimelow's anti-immigrant project.

Anyone who expects the moneyed Brimelows to act like the street rabble/counter protestors during Berkley Springs BLM protest has not been around upper crust bigots.

The poet Auden summed it up. "A f@@@@t is the homosexual gentleman who just left the room."

⌃

⌄ **AQB24712**  3 months ago

Yes, he doesn't understand compartmentalizing. He's fine as long as he's serving them.

⌃

⌄ **Marlowe1591**  4 months ago

I'm always flabbergasted when an immigrant is anti immigration. Why is it OK for Mr. Brimelow who was born in England to immigrate to the US but not OK for others to do the same? I'm beginnng to believe that Hypocrisy should be considered one of the "deadly sins."

⌃

⌄ **VotingisaSuperpower**  4 months ago

Mind boggling isn't it. How immigrants can be OK with being anti-immigrant.

⌃

**AA1300**

∧ **CAC2023** 4 months ago

White immigrants = okay
Brown and black immigrants = not okay

These people are hypocrites.

<

---

∧ **Ex Republican** 4 months ago

It's that way for the same reason that Republicans don't care that Melania Trump came to this country and stayed here illegally - they're white.

<

∧ **jamnut** 4 months ago

Malaria

<

---

∧ **Stepford Husband** 4 months ago

The same way the last person on a life put on a raft wants everyone else in the water to drown there.

<

∧ **Marie Nido** 4 months ago

Exactly!

<

---

**AA1301**

∧ **Master of Truth**  4 months ago

Illegal vs legal? Just a guess.

<

---

∧ **wonderYrednow**  4 months ago

Who wrote the current Immigration law for whom and WHY?

<

---

∧ **Xtomic**  4 months ago

It's the old, "I'm on board, pull up the gangplank mentality." As long as it's good for them they prefer not to care about anyone else.

<

---

∧ **clevis**  4 months ago

Brimelow opposes non-white immigration

<

**AA1302**

**∧ Deltoid69**  4 months ago

> "They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75.
>
> Lydia Brimelow said on the conservative podcast "Coffee and a Mike" in November. "Diversity is weakness."

Apparently, Barb hasn't spoken to Lydia in a while.

⤪

---

**∧ VotingisaSuperpower**  4 months ago

Wow, diversity is weakness, that is truly a sick mentality.

⤪

---

**∧ Stepford Husband**  4 months ago

I guess she never heard of biodiversity but then the Bible banned that part

⤪

---

**AA1303**

∧ **JCMaryland**  4 months ago

So anti-immigration voters in Morgan Co & lots of other places went big time for a fake billionaire, tax dodger, draft dodger, woman hater who had plenty of undocumented workers at his properties. Like the Polish laborers who worked on Trump tower & forced to sleep outside on the ground. But DJT vilified immigrants so that made it ok.

WV has a reputation as one of the most racist states in the country so not surprising that this immigrant whose org is named after an immigrant settled here. Oh, I forgot - they both were/are white immigrants from an "acceptable" country. The hypocrisy never fails to astound.

≺

> ∧ **WVP223**  4 months ago
>
> And Maryland is noted as a KKK hotbed. I find much good in Maryland despite that reputation. Suggest you might find West Virginia to have at least as much good as Maryland.
>
> ≺

> ∧ **dbs4**  4 months ago
>
> WV has a lot of natural beauty. It's also number one among all states in per capita rates of diabetes, heart disease, citizens living with cancer, and contaminated water.
> It's near the bottom of the list in the number of people with college degrees, but does pretty well with HS graduation rates.
>
> WV needs better representation in Congress, not coal barons.
>
> ≺

**AA1304**

**∧ Nguyen Ai Quoc** 4 months ago

Reichsfuhrer Himmler was also super into castles. He had a quaint one for his SS goons in Wewelsburg. So I guess this is the US version of that. Nothing to see here though.

⦓

**∧ tarbandu12** 4 months ago

Gee, the WaPo is all indignant about a house in Berkley Springs but is silent about the fate of Manny Cohen, 79, who was closing his Roxy Jewelry Store in Flatbush on December 30 when two black males attacked him, robbed him, and left him in the ICU with severe brain damage ?

⦓

> **∧ Doug Crites** 4 months ago
>
> This is the WaPo. You won't see an article like this about the virulent anti-Semite, Farrakhan.
>
> ⦓

>> **∧ Lao Tzu** 4 months ago
>>
>> Actually, if you search, you'll see quite a number of stories like this about Farrakhan in the Washington Post.
>>
>> ⦓

>> **∧ CAC2023** 4 months ago
>>
>> That's a terrible story but making it about race is equally despicable.
>>
>> ⦓

**AA1305**

**∧ mnglcr** 4 months ago

and how is that relevant to this story? Ignorant.

<

> **∧ Jim from Oaktown** 4 months ago
>
> Not "ignorant," opportunistic. Racists will use any article about black-on-white crime to push their agenda.
>
> <

**∧ Crudeguy** 4 months ago

I'll bet you're really concerned about that. uhhuh...sure....

<

**∧ independent1VA** 4 months ago

> "Whatever they want to do, it's not my concern."

Way to go Barb. Just say it, we get you - "if they are racists, bigots, antisemites or whatever, I'm okay with that, it's not my concern."

Make America Racist Again

<

> **∧ Doug Crites** 4 months ago
>
> What do you want her to do?
>
> <

**AA1306**

**^ independent1VA** 4 months ago

Oh, maybe state that racists, bigots, haters, etc., have no place in America? Maybe not socialize with Supremacists? But, hey, they treat me nice.

<

---

**^ CAC2023** 4 months ago

The right thing?

<

---

**^ Doug Crites** 4 months ago

Which is?

<

READ MORE OF THIS CONVERSATION >

---

**^ - Enter Ranting -** 4 months ago

She would have been great in Germany as the Nazis were gaining power.

<

---

**^ Dudley Albrecht** 4 months ago

Lots of people like Barb in Germany in the 1930's..."I don't care whay the Nazis do with the Jews, not my concern".

<

---

**AA1307**

∧ **Newest Day**  4 months ago

Huh?

The guy is an immigrant? Married to a woman half his age, surrounded by children of whom exactly? The old geezer and a 10 year old?

Lordy mercy me! I swanee!!!

⋦

∧ **Hiesenberg**  4 months ago

If it sounds like a Nazi and it sounds like a Nazi and it sounds like a Nazi. It's a Nazi.

⋦

> ∧ **MrLive2Win**  4 months ago
>
> Ya Vol!!!!!
>
> ⋦

>> ∧ **Dudley Albrecht**  4 months ago
>>
>> Don't be stupid
>> Be a Smarty,
>> COme and join
>> The Nazi Party!
>>
>> ⋦

∧ **whiplashed**  4 months ago

If anybody recalls the bunch of truckers that set up camp in a DC park for a much longer time than was polite, they went up to Berkeley Springs and had an obnoxious rally. Nobody really came to it, but they (truckers) made a lot of noise. It was their specialty.

⋦

**AA1308**

∧ **DABIGDAWG** 4 months ago

A castle full of White supremacists. Last time I heard something like that, it was in Wannsee, Germany…

<

> ∧ **Dudley Albrecht** 4 months ago
>
> I see you have never heard of Himmler's Castle for high ranking SS members, which predated Wanasee quite a few years.
> And to quibble, Wanasee was a manor house,not a castle.
>
> <
>
>> ∧ **giuliana s** 4 months ago
>>
>> well, that's pedantic. Wansee is better-known to readers, and DABIGDAWG's point is apt. Besides, Himmler's castle *predated* Wansee, if I might be counter-pedantic to your own words. #bwahaha
>>
>> <

∧ **priceofcivilization** 4 months ago

To me every cross is a symbol of hate. It says we will never forgive Jews.

Don't much like Christmas as a result.

Happy Holidays to all Christians, Jews, and atheists, black, white, and Asian.

<

> ∧ **Newest Day** 4 months ago
>
> It s a free country
>
> <

**AA1309**

︿ **billm213**  4 months ago

He knows that without being reminded by someone who obviously is peeved about a message of inclusion

〈

---

︿ **John in CA**  4 months ago

If people believe that the death of Jesus was God's will, then it's inescapable that if Jews participated in that event, then they were agents of God's will.
That's what I never understood about the story of Judas either.

These racists have nothing to blame Jews for relative to Jesus, according to THEIR OWN logic.

〈

---

︿ **wolfeja**  4 months ago

We've visited Berkley Springs several times. It's a beautiful little town. Or at least it was. It's disheartening to see how many beautiful things are destroyed by right wing nuts.

〈

---

︿ **AQB24712**  4 months ago

It's still a beautiful little town. Please don't think those reprobates represent all of us.

〈

---

︿ **EnnCeeNative**  4 months ago

Gotta love how every time a MAGAt is investigated for breaking the law, they call it politically motivated. More evidence of a skewed, non-reality-based sense of the world.

〈

---

**AA1310**

> ∧ **sagrimore** 4 months ago
>
> Evidence of a MASSIVE sense of entitlement.
>
> ⤳

∧ **Ursus americana** 4 months ago

So sad those beautiful children are being raised in this environment

⤳

∧ **apaulmayo** 4 months ago

They use code words. Follow what they say very carefully.
Also keep ur eyes open as to what groups they host. Only time will tell..

⤳

> ∧ **Doug Crites** 4 months ago
>
> Hmmm - code words
>
> ⤳

>> ∧ **CAC2023** 4 months ago
>>
>> Hmmm- yes.
>>
>> ⤳

>> ∧ **Doug Crites** 4 months ago
>>
>> Do you have an example?
>>
>> ⤳
>> [READ MORE OF THIS CONVERSATION >](#)

**AA1311**

**⌃ Ventidius**  4 months ago

Is being against immigration the same as being a white supremacist? I'd say it depends on one's reasons for being against immigration. If those reasons include beliefs that "White people are superior to other races" and that "America's White majority and essential character are being threatened by people of color," then, yes, being against immigration means, in this case, being a white supremacist.

〈

**⌃ DemocracyAtStake**  4 months ago

Typical of the far right. Playing like they are good citizens but they keep spreading their hate and their poison everywhere they go.
They keep saying they are not breaking the law, but very likely they have connections with people that are breaking the law.

〈

**⌃ astridia**  4 months ago

"Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia..."

Gross.

〈

    **⌃ it all comes out in the wash**  4 months ago

    Yeah total icky creeper breeding another generation of little haters

    〈

    **⌃ CAC2023**  4 months ago

    I was grossed out by that as well.

    〈

**∧ MacNatter** 4 months ago

V.Dare was an anchor baby.

<

> **∧ DABIGDAWG** 4 months ago
>
> Spot on 
>
> <

> **∧ EnnCeeNative** 4 months ago
>
> @MacNatter Brilliant.
>
> <

> **∧ FreedomFromReligion** 4 months ago
>
> Of a British colony and British parents.
>
> <

**∧ MrMonkSanFrancisco** 4 months ago

Looks like that town needs a tad more meth, oxy, and fentanyl.
Good times.

<

**∧ Bill Petersen** 4 months ago

"As long as the white supremacists don't come for me, I don't see a problem with them..." is how we get people naively thinking there are nice white supremacists vs bad white supremacists.

<

**AA1313**

**^ Doug Crites** 4 months ago

Well, as long as they don't break the law

<

**^ MrGarry** 4 months ago

We already have the Florida man who consistently affirmed and encouraged white nationalist and white supremacists Ike this family. Questions: 1. Will the Florida man go down in disgrace in state and federal courts as a convicted felon? 2. Will the Florida man get serious jail time like some of his insurrectionist followers in DC courts and Wisconsin courts?

<

**^ Doug Crites** 4 months ago

Concerning 1 and 2, you need to ask Garland

<

**^ JCMaryland** 4 months ago  **(Edited)**

I'd like to see these same questions apply to people like MTG, Boebert, Hawley etc. That these folks were re-elected, shows how little too many Americans think of their government.

<

**^ it all comes out in the wash** 4 months ago

That guy needs to read that whole bit about "first they came for the Jews"

<

**AA1314**

▲ **wolfeja** 4 months ago

That was the definition of a "good German" in the 1930s.

‹

---

▲ **SuzanneAZ** 4 months ago

Immigrants out! If you are not 100% indigenous native american, you must leave this country. /s

‹

---

▲ **it all comes out in the wash** 4 months ago

Meanwhile HE'S an immigrant!!! WTAF?

‹

---

▲ **Jill18** 4 months ago

White immigrants are A-OK!!

‹

---

▲ **PaulaA** 4 months ago

And apparently Japanese-Hiroko Rueben

‹

READ MORE OF THIS CONVERSATION >

---

▲ **IdiAminDada** 4 months ago

I agree.

‹

---

**AA1315**

**MrGarry**  4 months ago

The "Know Nothing Party" of the 1840's and 1850's would heartily agree. They also scapegoated immigrants from "Catholic" counties, in those days, the Irish and Italians.

<

**Bellyup**  4 months ago

All seriousness aside, the description of the roaring fire inside the castle, open for tours of fawning castle gazers was not congruent with the picture of a fireplace fit for your Grandparent's living room.

<

**Gone camping**  4 months ago

My heart breaks for the kids at having 2 racist monsters for parents. I hope they will grow up to break the cycle of hate they inherited.

<

**it all comes out in the wash**  4 months ago

Yeah like Davis dukes son —gives us hope

<

**EnnCeeNative**  4 months ago

@Gone camping Oath Keeper Stewart Rhodes' son did (break the cycle). Reading his account of how he became aware that his father was wrong is a worthwhile read.

<

**AA1316**

⌄ **MrGarry** 4 months ago

I had a virulently racist White parent and also went to all white segregated schools. Today, I and most of my siblings, utterly reject racism. We consistently vote for progressive Democrats to abolish overt, covert and systemic racism and promote social justice for African Americans and people of color. We utterly reject white nationalism and white supremacy promoted by the Florida man, his MAGA politicians and his toxic election deniers.

⌄

⌄ **Spilogale** 4 months ago **(Edited)**

Well, no more stays in BS for us!

Brimelow, let's see, immigrant from England to North America. Go back to England Brimelow! Only natives belong here!

⌄

⌄ **MysterT** 4 months ago

Who doesn't want a KKK castle in their neighborhood? OK, so maybe all decent human beings. But in America you can live where you want (unless, of course, your neighborhood has covenants that preclude it or your federal, state or local government puts obstacles in your way or all the banks redline you from getting a mortgage). The demonic right-wing only considers something bigotry if it negatively affects them. Villagers should storm the castle with torches and pitchforks just like was done in Lilly-white old world Europe where these jerks' ancestors came from.

⌄

⌄ **Doug Crites** 4 months ago

"Villagers should storm the castle with torches and pitchforks" - whoa

⌄

▲ **CAC2023** 4 months ago

Allusion is hard.

< 

▲ **Doug Crites** 4 months ago

No, he means it literally

< 

READ MORE OF THIS CONVERSATION >

▲ **Dudley Albrecht** 4 months ago

Nope, they need to build a couple of siege engines, first.

< 

▲ **IdiAminDada** 4 months ago

(unless, of course, your neighborhood has covenants that preclude it or your federal, state or local government **or local Klan/Republican/White supremacist group** puts obstacles in your way or all the banks redline you from getting a mortgage)

Fixed it for you.

< 

▲ **JEJones** 4 months ago

As a middle-aged Black man, absolutely none of this surprises me. These yahoos aren't outliers, they're simply crude (and protected) enough to be open with their bigotry. I respect them for showing exactly who they are.

<

∧ **IdiAminDada**  4 months ago

I don't respect them, but I thank them. Makes it easier.

⤳

---

∧ **danie kennedy**  4 months ago

There could be good reason to initiate eminent domain

⤳

∧ **NiknNY**  4 months ago

Yes!

⤳

---

∧ **Donnybrook2**  4 months ago

Not sure how anyone can square their statement that they are only against unchecked immigration and not white supremacists, with their other statement calling for the overturning of Brown v. BOE.

⤳

∧ **KingCrab**  4 months ago

Institutional Segregation is illegal.

Who people want to hang out with, live with, marry, send their kids to school with?

That's their own business.

⤳

**AA1319**

∧ **IdiAminDada** 4 months ago

As long as it doesn't violate the rights of others.

⋖

---

∧ **kmj26** 4 months ago

The transparent cognitive dissonance between making an immigrant girl their icon while decrying and disparaging all other immigrants is kind of exploding my mind. Berkeley Springs used to be one of my favorite trips down from DC for a soak in the baths, followed by a powerful massage and then a wobble next door for a lovely lunch. I think I wouldn't recognize what was a sleepy little town now.

⋖

> ∧ **it all comes out in the wash** 4 months ago
>
> Plus he's an immigrant! (From UK)
>
> ⋖

---

> ∧ **AQB24712** 3 months ago
>
> You can still enjoy all of those things. Come on back!
>
> ⋖

---

∧ **TaoRose** 4 months ago

What a shame. I've been to Berkley Springs many times for the waters. It's a cool, eclectic, hippy vibe town. Unfortunate that such controversial bigots have to intrude on that lovely place.

Just wait....it'll get more controversial.

⋖

**AA1320**

**⌃ BridgeWatcher MD**  4 months ago

As a poster below noted: "Hey maybe this guy's right. Maybe the problem IS immigrants. Let's start by deporting HIM and see if things improve…"

⌵

> **⌃ Serenity Dogwood**  4 months ago
>
> Make sure Elon Musk and Rupert Murdoch are on the same plane.
>
> ⌵

>> **⌃ IdiAminDada**  4 months ago
>>
>> And Peter Thiel.
>>
>> ⌵

**⌃ C Maloy**  4 months ago

"they don't bother me." What's the old adage? 33% of German citizens were practicing Nazis, 33% went along. The rest watched.

⌵

**⌃ Backatchya**  4 months ago

This is crazy! Is anyone truly still hiding thier head in the sand that White Supremacists are infiltrating everything? Our government, our schools and now buying pretty baubles to shine up the very basic fact that they are a Hate Group! They bought this property they will buy others, until like ticks they'll be deep into everything. We need to keep our eyes open and fight this wherever we see it. It's scary AF!

⌵

**AA1321**

⌃ **Doug Crites** *4 months ago*

Take it easy

⌃

---

⌃ **S R Joyce** *4 months ago*

No, sparky. Give monsters an inch and soon enough the bodies start to stack.

⌃

---

⌃ **Doug Crites** *4 months ago*

They are not going to take over the government

⌃

READ MORE OF THIS CONVERSATION >

---

⌃ **astridia** *4 months ago*

Doug is gaslighting.

⌃

---

⌃ **NiknNY** *4 months ago*

And let's not forget our police depts.

⌃

---

∧ **BridgeWatcher MD** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group.

So basically, "Immigrant wants to slam castle door behind him, whines about other immigrants"—that's pretty much the gist.

Maybe he needs to study up on the civics studies he took to become an American citizen: This country was FOUNDED on immigrants, like, um, himself.

But, you know, "I got mine, now I want everyone else to leave" is typical for these old, White, whiny guys....

≺

∧ **rabbitburrell** 4 months ago

Racists can gain a foothold in small mainly white towns. They treat locals who stay silent like good neighbours but those who protest and tell truths about their belief system get insulted then sued if the name-calling doesn't work.

≺

∧ **NewMexicoBlue** 4 months ago

Racists in West Virginia? Say it isn't so!

≺

**AA1323**

**AQB24712**  3 months ago

Another cheap shot? Say it isn't so!

<

---

**GHUkhu2**  4 months ago

No no no, it's not hate when we call other races inferior and want them relegated to permanent third-class status. It's not hate! It's just poisonous hostility, that's all!

<

---

**Pucifer**  4 months ago

Why do racists object to being called racists? Are they ashamed of what they are?

<

---

**GARY W BECKER**  4 months ago

You couldn't pay me to visit WV. What a bunch of backwards-thinking racists. It's so odd to me that the state of WV is one of the biggest welfare states, sucking off the government, but they love to point fingers at groups that just want to come here to work and prosper. They espouse their "patriotic" values, but what's patriotic about these people - nothing. They also espouse that they are such great Christians, but their hateful rhetoric and vile opinions don't mesh with Christianity, either. UGH

<

---

**Nice Guy JD**  4 months ago

Just think of what it must cost to heat that racist castle!

<

---

**AA1324**

^ **NiknNY**   4 months ago

They keep warm by burning books.

<

---

^ **Cherisse Gardner**   4 months ago

"The British-born anti-immigration activist... " WTF?!

<

---

^ **BridgeWatcher MD**   4 months ago

"Self-hating immigrant hates other immigrants".

Basically, yep.

<

---

^ **kmj26**   4 months ago

Yeah! That too! Is he not also an immigrant?!!!

<

---

^ **reggieburris**   4 months ago

Racism flourishes in West Virginia. I cringe every time I travel through this state. Trumpism only exacerbated the silent, used to be majority. Resistance is futile, these racists are in the minority. I live in Northern Virginia, I am a retired vet, and I am from North Carolina. I am proud to say, I can see racism on the decline, especially being from a slave state. Thank God for time and my ancestors didn't die in vain, although these racists want us to go backwards.

<

---

∧ **w2bsa**  4 months ago

He looks like Jed Clampett. Sorry, but after looking at the photo I couldn't resist it.

<

∧ **Csorsoleil**  4 months ago

It is interesting that as people age their faces become mirrors of their inner selves. You can see meaness, concern, anger and kindness. I look for laugh lines myself.

<

∧ **Lynne Schwartz-Barker**  4 months ago

Berkeley Springs is a beautiful, progressive town. Bigots have no place here.

<

∧ **Nice Guy JD**  4 months ago

Can't famously racist people be left alone to live in their extravagant remote castles? What kind of a world do you want to live in?

<

∧ **BobbyVan**  4 months ago

Why are we so tragically ignorant of history? One need only look to Nazi Germany and their cult of "blood and soil" based on a pure Aryan bloodline. In 1935, Germany created the Lebensborn program to promote the growth of Germany's healthy "Aryan" population.

"SS leader Heinrich Himmler believed that the men of the SS were the biological and racial elite of Nazi Germany, and he urged them to have large families." (US Holocaust Museum)

The **Pioneer Fund**, a eugenic organization, brought a Nazi eugenic propaganda film to America in 1937 which was distributed to high schools and churches.

"The early program of Pioneer research and publicity is described through minutes of Pioneer Board meetings in 1937-'38. The Fund's first project was an incentive plan to encourage Army aviators, a group of "eugenically superior" white men, to have additional children. Future Supreme Court Associate Justice John Marshall Harlan II was a founding Director and sat on the Pioneer Board for seventeen years."
(Paul Lombardo, Feb. 2002, Albany Law Review 65(3):743-830)

≺

> ∧ **Doug Crites**  4 months ago
>
> So, what about it?
>
> ≺

> > ∧ **Godzillla**  4 months ago
> >
> > Brilliant reply Crites. Thoughtful. Deep.
> >
> > ≺

**⌃ Doug Crites**  4 months ago

So, does he want the government to shut down the Pioneer Fund?

‹

---

**⌃ Nutrition43**  4 months ago  **(Edited)**

Castles were where feudal lords lived, who oppressed and lived off the labor of the peasants. Their choice of a castle reflects their ideology which is rooted back in the hierarchical white European past, not in modern American ideals of equality for all. You can whitewash it with Christmas lights but that does not hide its ugliness.

‹

---

**⌃ ear**  4 months ago

This is disgusting but not terribly surprising: A gilded-age robber-baron edifice for a gilded-age throwback. And further proves that when White-supremacist fascists are told their behavior is hateful and offensive, they sue you until they shut it down.

Free speech for them, but not for us little people.

Full disclosure: I used to live near BS. Like many residents at the time, I mostly ignored the castle. Current residents might be wise to do the same. And don't let them fund your damn Christmas lights.

‹

---

∧ **singincpa** 4 months ago

> VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration.

Oh, the irony.

⋖

  ∧ **Godzillla** 4 months ago

  Seriously.

  ⋖

  ∧ **Ara Kahu** 4 months ago

  Exactly, and VDare was founded by an immigrant, (obviously one of the "right" color).

  ⋖

∧ **Trevor Sutherland** 4 months ago

The crazy thing about West Virginia is that it split off from Virginia over slavery. The Western regions of Virginia did not agree with Virginia's Ordinance of Secession and formed a new State. Now, 160 years later, it is more racist than Virgina.

⋖

  ∧ **AQB24712** 4 months ago

  "More racist than Virgin[i]a"? Cite, please.

  ⋖

**BosoxRick** 4 months ago

Did I read that correctly? He's an immigrant from England? Can you say hypocrite?

<

---

**P Nathan Poothy** 4 months ago **(Edited)**

But he looks so awesome in that crappy wig, next to his crappy wife with his crappy views about other humans.

Go home if you don't like it here, you race baiting British xenophobe!

<

---

**Nice Guy JD** 4 months ago

These VDare people, with most of their original teeth, simply do NOT fit in in West Virginia.

<

---

> **C Maloy** 4 months ago
>
> that's funny
>
> <

---

**AChem** 4 months ago

> "One of the things we talk about at VDare.com is this idea that diversity is strength, which could not be less true," Lydia Brimelow said

Biology says otherwise. Diversity makes a community stronger.

<

⌃ **AllyMudPup** 4 months ago

What does their local senator, Charles Trump, have to say about all this?

⤳

> ⌃ **Doug Crites** 4 months ago
>
> What should he say?
>
> ⤳

⌃ **Celtic Queen** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group.

So he's an immigrant himself. Hypocrite much?

⤳

> ⌃ **Texas Tom** 4 months ago
>
> He's the White, er, right, type of immigrant.
>
> ⤳

> ⌃ **Celtic Queen** 4 months ago
>
> Yup. You nailed it. He can say he's anti-immigration all he wants but he's only anti-immigration for certain groups. If he was truly anti-immigration, he'd take himself back to England, but I'm sure they don't want him either.
>
> ⤳

AA1331

## ∧ **pbrownbuilder** 4 months ago

Peter and Lydia and their funders, the Koch brothers, are sad, ugly people with no redeeming qualities. But answer me this- isn't Peter an immigrant himself?

<

---

## ∧ **jojonj** 4 months ago

If anyone could convince me that immigrants can be bad for America, it's this guy. Let's deport him and see if there's any improvement.

<

---

## ∧ **John v Scanlan** 4 months ago

These clowns don't know anyone who isn't a WASP. Maybe they should get out more.

<

> ## ∧ **FreedomFromReligion** 4 months ago
>
> He's Catholic, apparently.
>
> <

---

## ∧ **Bellyup** 4 months ago

Peter Brimelow, 75 and his 38-year-old wife, Lydia are as ugly on the outside as they are on the inside. Just gross.

<

> ## ∧ **Doug Crites** 4 months ago
>
> Well, aren't you puritanical
>
> <

**AA1332**

**Nice Guy JD** 4 months ago

Beauty is only skin deep. But ugly goes down clear to bone.

**JDMann** 4 months ago

White supremacy: alive and well in rural Virginia.

**YoungKitC** 4 months ago

West Virginia, by god.

**Enginerd** 4 months ago (Edited)

I'm sure that can be said of rural Virginia (or any rural part of the US, frankly), but this town is in West Virginia.

**Nice Guy JD** 4 months ago

In West Virginia, a lot of white supremacists have sex with miners.

**Bellyup** 4 months ago

Above ground or under?

AA1333

^ **Sinuhe II**  4 months ago  **(Edited)**

In a dark hole wide enough to run machinery through?

<

---

^ **HandyySmurff**  4 months ago

For some reason the fact that Brimelow is a British immigrant jumped out at me.

<

---

^ **TenRELeven**  4 months ago

Yeah,me too. But I guess he's an acceptable immigrant because he's white. Wonder how he got in...marrying his American wife?

<

---

^ **Enginerd**  4 months ago

Wife. We should use that term loosely with them. He was 37 when she was born. Gross.

<

---

^ **ear**  4 months ago  **(Edited)**

Me too. I think it makes his behavior even more offensive.

<

**AA1334**

⌃ **mmce** 4 months ago

"The Southern Poverty Law Center" is a private, self-proclaimed defender of some subjective truth. It (they?) has no particular authority to speak on social issues any more than you or I. They recently "proclaimed" an Australian political party was a "hate group". We should ignore these people, not use them as an authority to be quoted in media articles.

⌝

⌃ **Doug Crites** 4 months ago

Yep

⌝

⌃ **John v Scanlan** 4 months ago

You're clueless

⌝

⌃ **YoungKitC** 4 months ago

Nuts.

We should ignore you, mmce.

⌝

⌃ **GregPittsburgh** 4 months ago

The SPLC is right in both cases.

⌝

**AA1335**

> ∧ **ear** 4 months ago
>
> Except they are an authority. You are not.
>
> ‹

∧ **afterp** 4 months ago

Spent a beautiful wedding anniversary in Berkeley Springs about a decade ago. Won't be back until the Nazis are purged from the town.

‹

> ∧ **DutchMark** 4 months ago
>
> You know that there were racists there during your last trip too, right? and likely where you sit right now as well. I didn't get that the town was endorsing this person or his organization.
>
> ‹

> > ∧ **whiplashed** 4 months ago
> >
> > He could avoid that gift shop.
> >
> > ‹

∧ **Engaged Voter** 4 months ago

Why should the post care about who is buying private property in America? This is happening everywhere and people who espouse hate from all spectrums of the political spectrum should now be called out like this by the media? Let's be anti hate period.

‹

**AA1336**

∧ **Doug Crites** 4 months ago

This is the WaPo. You won't see an article like this about the virulent anti-Semite, Farrakhan

‹

---

∧ **KingCrab** 4 months ago

WaPo is running out of Confederate statues. They need a new focus and it's now the private property of people they deem as 'un-woke.'

‹

---

∧ **Enginerd** 4 months ago

Un-woke = racist. Now I got it.

‹

---

∧ **KingCrab** 4 months ago

And you're OK with seizing and destroying private property. Got it.

‹

READ MORE OF THIS CONVERSATION >

---

∧ **ear** 4 months ago

If they were buying it just to live there, I have the impression that everyone there would MTOB.

They're not. They're using it as their springboard to promote hatefulness.

‹

---

**AA1337**

**˄ Roccotaco**  4 months ago

Jonestown?

˂

> **˄ Doug Crites**  4 months ago
>
> LOL - yeah, right
>
> ˂

> **˄ Hydromatick**  4 months ago
>
> We can hope.
>
> ˂

**˄ Rsgo211**  4 months ago  **(Edited)**

I went on a retreat in Berkeley Springs years a decade ago with my office. Our group split to ride two vehicles from the MD suburbs to the resort there. One vehicle had the older staff, the other the younger ones. The older group included two white women, one white man, and a man of Asian descent. The younger group consisted of two black men, one man of Indian descent, and one man of Philippine descent. The younger group arrive first, at lunchtime, and decided to get lunch while they waited for the rest of us to arrive. They stopped at a busy restaurant on the main street and tried to enter only to be immediately told that the restaurant was closed. When they asked how it could be closed when it was full of diners, the response was again a firm - "We Are Closed." So they left and waited in the parking area watching (white) others be admitted and served in the "closed" restaurant. When the older group arrived, we all went to another restaurant down the street that graciously seated and served us. I am not surprised by this article at all.

˂

**AA1338**

∧ **William Of Occam**  4 months ago

And I bet they didn't ask your Asian or Indian colleague to judge apple butter contests or whatever goofy thing they have going down there!

&lt;

---

∧ **Rsgo211**  4 months ago  **(Edited)**

It got even worse on that trip. During some free time, I (a white woman) my two black colleagues, and one of my Asian American colleagues decided to drive up to Prospect Overlook - a peak where you can see three states - Maryland, Virginia, and West Virginia. It's quite a view. There was a restaurant situated there - I think it was called The Overlook (It might be called Panorama now). It was midday and the restaurant was not open yet and the area was deserted except for us. The restaurant did have their menu for the evening posted outside next to the door. My black colleagues and I went to look at it while our Asian American colleague was busy taking photos of the view. Our backs were to the road while we read the menu. All of a sudden, a police car came around the bend at high speed, then slammed on the breaks and slowly crawled by with two white male cops staring hard at us . . . We shrugged it off at first, but when the police turned around and repeated the action - it was obvious it was time for us to go. I am never going back to that town.

&lt;

---

∧ **AQB24712**  4 months ago

I'm so sorry.

&lt;

---

**AA1339**

Coral

 **Nice Guy JD**  4 months ago

You know how many West Virginians it takes to screw in a light bulb?
Four, cuz they're so damn stupid!

<

>  **Doug Crites**  4 months ago
>
> That's telling 'em
>
> <

> >  **Nice Guy JD**  4 months ago
> >
> > 
> >
> > <

>  **NiknNY**  4 months ago
>
> No, five - one to hold the light bulb, and four to rotate the ladder.
>
> <

>  **AQB24712**  3 months ago
>
> Uncalled-for and unfunny.
>
> <

**AA1340**

**^ Randy Devo** 4 months ago

I'm not by any means an activist and don't attend rallies and such..... but what stood out in this article to me was seeing some version of "but they're such nice people to me!" over and over.

Thats because those saying it aren't immigrants.

I'm sure most actual Nazis in Germany were nice to non-immigrant folks in their hometowns too. Doesn't mean they weren't Nazis.

&lt;

> **^ AQB24712** 4 months ago
>
> It's revolting. Lots of awful people who do awful things can be "nice."
>
> &lt;

**^ Hmm in Texas** 4 months ago

VDare is out there with the rhetoric, they just don't want the label.

Well, too bad.

&lt;

**^ Higgs46** 4 months ago

Why is it that "white supremacists" are always so, well, NOT supreme?

&lt;

> **^ TheHorrorTheHorror** 4 months ago
>
> I mean, seriously.
>
> &lt;

**AA1341**

**∧ AKMSW05** 4 months ago

He's British but anti immigration? The hypocrisy is too much.

&lt;

> **∧ TheHorrorTheHorror** 4 months ago
>
> This alone suggests the racism at the core of his beliefs. I've got a sister in law who rails about immigrants and distrusts her husband's African caregivers. She was born in England and...wait for it...ISN'T EVEN A US CITIZEN. Too lazy to earn her citizenship. And my brother does the same, even though our father was born in Canada. I mean, I can't with these people.
>
> &lt;

**∧ YoungKitC** 4 months ago

Musk.
Murdoch.
Brimelow.

Can we just deport these people please. Like now.

&lt;

**∧ 3rddaughter** 4 months ago

To summarize, here is a list of which businesses to patronize - Fairfax Coffee House, Mi Ranchito - and which to avoid - Berkeley Springs Memories, Country Inn, Hiroko Rubins's yoga classes.

&lt;

**AA1342**

⌄ **Roccotaco** 4 months ago

I smell another Waco.

⌄ **Doug Crites** 4 months ago

Take it easy

⌄ **Roccotaco** 4 months ago

Duggars?

⌄ **weliveaswedream** 4 months ago

What is the tax filing status of this racist, anti-american cabal?

⌄ **TheHorrorTheHorror** 4 months ago

Non-profit. Hence the investigation.

⌄ **mh_876** 4 months ago

Old Brit, living in NW CT, wife dies, career as financial pundit waning, replaced at National Review where brilliant young head editor Ramesh Ponnuru fills the void for a brainy conservative, sics whiney hate blog VD on same, marries a 20ish intern from Heritage Foundation, dives deeper into his anti-dark skinned immigrant screed, gets a lift from Koch. That about it?

**AA1343**

⌃ **BridgeWatcher MD** 4 months ago

Explains his hatred of those Brown people.

⌃ **Hudymae** 4 months ago

They know they are a dying breed of privileged white folks and so they don't like more like me moving in...I can't blame them for being frightened that they will be bi-passed as the world goes on without them...and their privileges. And one of their problems is I don't give a thought to them...I'm smarter, better looking, healthier, and make more money by working, while they make theirs by living off of donors, like those mega churches that encourage their believers into see that their pastors have cars, planes and big houses. They are far from superior in anyway...rather than be angry with them laugh at them...

⌃ **dwyer.jeff** 4 months ago

Nothing but sugar-coated KKK. A gold-digger trophy wife with a rich old white supremacist - great role models!

⌃ **Musty Redneck** 4 months ago

I was at least expecting her to be pretty. If you go for a much younger person later in life I would try for at least pretty.

⌃ **WolfInNV** 4 months ago

He's ugly to the bone. Without his checkbook, he would be just another incel.

▲ **dwyer.jeff**  4 months ago

Or more likely a pedophile.

◁

▲ **dwyer.jeff**  4 months ago

Well, she is at least pretty, if not an 11 out of 10, but I guess she was persistent enough to get in the door.

◁

▲ **crankyoldguy81**  4 months ago

One sentence says all you need to know; seventy-five percent of the voters voted for Trump in 2020. That is what you expect in West Virginia.

◁

▲ **Nice Guy JD**  4 months ago

You can also expect Bud Light and severe tire damage.

◁

▲ **TheHorrorTheHorror**  4 months ago

That. Is. Hilarious.

◁

▲ **AQB24712**  4 months ago

Why do you say that? Have you spent much time in West Virginia?

◁

^ **polly styrene**  4 months ago

The Southern Poverty Law Center has described Brimelow's VDARE as a hate group.

The Anti-Defamation League has labeled Brimelow's VDARE as a racist anti-immigrant group.

In 2020, Brimelow sued *The New York Times* for labeling him a "white nationalist."

The judge dismissed the lawsuit, ruling that Brimelow being called a "white nationalist" was not a defamatory statement of fact.

In 2022, after reports of the draft Supreme Court opinion overturning *Roe v. Wade*, Brimelow wrote, "Next step Brown vs. Board!" (in opposition to the landmark decision overturning segregation).

Brimelow believes that "whites built American culture" and that "it is at risk from non-whites who would seek to change it"

Brimelow, an immigrant, opposes both illegal and legal immigration.

Count me among those who wouldn't want this racist scum as a neighbor.

⤴

> ^ **astridia**  4 months ago
>
> But he puts up Christmas lights!
>
> ⤴

**polly styrene**  4 months ago

Very odd, considering Brimelow's support for anti-semitism and white nationalism.

Perhaps he thinks that Jesus, Mary and Joseph were all products of White genes and culture.

<

**TheHorrorTheHorror**  4 months ago

I wonder if he's put any thought to the notion that Jesus probably looked more like Osama bin Laden than he did Jeffrey Hunter, or virtually anyone else this guy imagines Jesus looking like.

Modern evangelicals are hilarious. They'd dismiss real-life Jesus in a heartbeat and possibly try to jail him.

<

**astridia**  4 months ago  **(Edited)**

Old insecure white man clings to supremacy conspiracy theory in order to feel better about his meaningless existence. Same old story. Some young sheltered white woman always falls for it and enables its continuation. Super boring and sad to watch.

<

**sunda**  4 months ago

""They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders." Oh sure! When some one wants to overturn Brown vs Board of Education ruling, it sure is about immigration! All this time, I was thinking it was about school desegregation! Dumb me!

<

**AA1347**

**^ Allophone**  4 months ago

"VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration."

But children of immigrants are okay.

<

> **^ YoungKitC**  4 months ago
>
> Only if they are white. /s
>
> <

> **^ polly styrene**  4 months ago
>
> Brimelow is an immigrant. Not native-born.
>
> <

**^ Never answer an anonymous letter**  4 months ago

I nearly fell off my chair when I read that he was a British Immigrant.
The irony is so rich it's scary.

Karma comes to everyone. I like to imagine that this Brit immigrant is someday in need of an organ transplant. I like to imagine that the organ comes from a non-white person. Ahhhhhh, now that would be Karma at it's finest!

<

**⌃ Emma Goldman 9** 4 months ago

Not only hateful but litigious, too. What nightmare neighbors. And what do you know: the racist group is headed by "a British-born anti-immigration activist." Maybe he should go back to England.

＜

**⌃ Phunster** 4 months ago

"Diversity is weakness."

Wait until they discover their ancestors originated in Africa.

＜

> **⌃ Houston Susan** 4 months ago
>
> It is a bit of consolation to me to know that if you go far enough back in time, we are all black. And the wonderful variety of humanity is just the result of moving into new environments over time. We all share the same rootstock. However, these people probably don't believe in evolution.
>
> ＜

> **⌃ Phunster** 4 months ago
>
> Most of these types of in-DUH-viduals are mired in fundamentalist Christian thought, which in itself is a mental handicap.
>
> ＜

**AA1349**

**∧ Reallyjustreally**  4 months ago

Berkeley Springs was my mother's hometown. My parents, grandparents and great grandparents are buried in nearby MT Nebo Cemetery. 70 years ago when I was a very young child we would visit family. In the front window of The Morgan Messenger was a photo of an African American hanging. My mother would not let us walk on that block. Many years later when I married my husband, my grandmother told me dont tell anyone he is Catholic. The prejudice in that community runs very deep.

&lt;

---

**∧ Nice Guy JD**  4 months ago

I used to like to go to Blenerhasset Island when I was in West Virginia,to tour where that famous duel between Burr and Hamilton happened -and then I would ask a guide where it happened exactly and they'd remind me that happened in Jersey.

&lt;

---

**∧ Sotzume**  4 months ago

West Virginia deserves what it gets. Unfortunately the rest of the country gets influenced.

&lt;

> **∧ Houston Susan**  4 months ago
>
> But what a beautiful place! Surely such beauty deserves better.
>
> &lt;

---

**∧ Hydromatick**  4 months ago

I remember Trump complaining about immigration from "third-world ****holes" and wondering why we couldn't get more Norwegians to emigrate here. You know, the "good" kind of immigrants.

&lt;

**AA1350**

∧ **Zywacz**  4 months ago

Check out this fascist Brimelow on the Southern Poverty Law Center site. He is white supremicist to his core.

⤳

∧ **OhioBrooklyn**  4 months ago

"Some consider a hate group."

come on

⤳

∧ **mcpilecki**  4 months ago

Why would an "anti-immigrant" group take the name of a 16th century immigrants' child? Methinks the objection is not to immigration per se, but of a different hue entirely.

⤳

>  ∧ **WhoopsieDaisycal**  4 months ago
>
>  The founder of the group is an immigrant from the UK.
>
>  ⤳

∧ **Curious Workman**  4 months ago

I didn't read the article, but it's preposterous that there's any question about what VDare is. Lord knows it's been around long enough. The term "neo-Nazi" is often misapplied, but in this case it's pretty apt.

⤳

**AA1351**

ᐱ **Tulku2**  4 months ago

My sincere condolences to Berkeley Springs.

ᐸ

---

ᐱ **YoungKitC**  4 months ago

Brimelow. That's not an American name. /s

ᐸ

---

ᐱ **Carl Rosen**  4 months ago

An illegal immigrant tried to murder Mr. Pelosi! Oh wait. He was a Canadian. They're selective
on which illegal immigrants they don't want here. (just the brown ones…)

ᐸ

---

ᐱ **Bodyman**  4 months ago

Wolves in sheep's clothing comes to mind. Stupidly protesting something they have
absolutely no control over. People are just people…there are good ones and bad ones of
every race, creed, and color. Why single out one particular one and declare it superior when
all that does is create hate? It makes no sense whatsoever.

ᐸ

---

ᐱ **randomdad**  4 months ago

Not hard to avoid this place. Plenty of others.

ᐸ

---

**⌃ Nice Guy JD**  4 months ago

White privilege can get you a lot of American in West Virginia, known colloquially there as, 'Mercian.

⌵

**⌃ HarborGirl**  4 months ago

Disgusting and disturbing that WaPo is "both-sides"-ing a hate group like VDare. It isn't "some people", as though a matter of taste/opinion —it's Southern Poverty Law Center —the pre-eminent tracker of hate groups and extremism. A few people turn a willing blind-eye to what VDare is doing counts as…what??

⌵

> **⌃ Nice Guy JD**  4 months ago
>
> Living in a redneck castle for sure. The investigation persists though.
>
> ⌵

**⌃ Doug Crites**  4 months ago

Well, all this is covered by the 1st amendment. As Jefferson would say "as long as he does not pick my pocket or break my leg", he can publish what he wants

⌵

> **⌃ Tulku2**  4 months ago
>
> And the town can express itself too.
>
> ⌵

**AA1353**

**Doug Crites**  4 months ago

Indeed- as long as folks obey the law

<

**astridia**  4 months ago

'We can do whatever we want because of the 1st Amendment!!!! REeeeee....'
-Doug the Incel.

<

**Doug Crites**  4 months ago

LOL - what are you, 12?

<

**astridia**  4 months ago  **(Edited)**

Nah, you just deserve a childish reply to your stupid nonsense.

<

READ MORE OF THIS CONVERSATION >

**Sue in Cleveland**  4 months ago

"The British-born anti-immigration activist"

So he is an immigrant who doesn't like other immigrants. If he hates immigration so much, he should go back to Great Britain.

<

AA1354

⌃ **Boomer**  4 months ago

The VDare folks like to sue. But they haven't sued the Southern Poverty Leadership Council which has labeled them a racist organization. No doubt that is because they are indeed a racist organization .

⌃ **Hydromatick**  4 months ago

They like to sue individuals without the deep pockets to fight back. An effort by these "freedom fighters" to suppress any criticism.

⌃ **Gratebaby-45**  4 months ago

Precisely!

⌃ **Aunt Muriel**  4 months ago

It's kind of like Archie Bunker when he joined the Knights of the White Rose. This fine organization concerned itself with keeping the neighborhood save and clean, and it was not, I repeat, not associated in any way with Ku Klux Klan.

⌃ **Arch V**  4 months ago

I am uncertain why people reference White Castle.

The correct reference Castle of Wewelsburg.

**Allophone** 4 months ago

Creepy!

&lt;

**Hydromatick** 4 months ago

I'm sure Brimelow would love to have Himmler's ghost visit.

&lt;

**Hydromatick** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster."

I think our Native Americans might have a different perspective about immigration disasters, including Virginia Dare.

&lt;

**elsewyse** 4 months ago **(Edited)**

I knew Lydia when we were very young. Terribly, terribly sad to see the kind of person she's become.

&lt;

**Rock Chalk 2020** 4 months ago

So, Virginia Dare's parents moved from England to the colonies, and she was born there. Doesn't that make her parents immigrants and her an anchor baby?

&lt;

∧ **insan_art**  4 months ago

The anti-immigration guy who is an immigrant.
Can't make this S up.
SMH.

⌄

> ∧ **KrisVerdigris**  4 months ago
>
> Oh, but he is white, so that doesnt' count./s
>
> ⌄

∧ **Hoya Paranoia**  4 months ago

This is all about normalizing hate and the state and location were not picked by accident. A county that voted for Trump with over 70% of the vote in a state that is 93% is very likely to be sympathetic to the racist messages and ideology they are pushing. Inviting them on to local boards and acting like there's no harm and the people don't care is part of the problem. The things they allowed to be posted on their website are virulently racist. You can be a racist without screaming the N word and burning a cross. They are much more subtle when they talk about "White genocide". Other people who don't look like you moving into your town is not "White genocide." This is not harmless. Look at the violent counter protest that was organized against the BLM vigil. They have published the writings of the guy who organized the deadly Charlottesville White supremacist rally. They are dehumanizing their political opponents with hate speech and utilizing their Koch Brothers funded wealth to silence political opponents. Plus they needed a meeting place because very few hotel chains want to host gatherings of racist, white nationalists. This is definitely a threat.

⌄

> ∧ **Doug Crites**  4 months ago
>
> Well, he would have a difficult time in Seattle, that's true
>
> ⌄

**AA1357**

### ⌃ IsThatYou  4 months ago

When white people bleat about being victims of genocide they are projecting. Nobody has committed genocide as reliably and over such a long period as white people.

<

---

### ⌃ Lickyweaks  4 months ago

The eastern panhandle is home to the most racist people in the state. The KKK is still active over there and across the river in Maryland.

<

---

### ⌃ Nice Guy JD  4 months ago

You only need to survey the men around any given afternoon at a West Virginia Speedway store to realize that there's pretty clearly a master race. Look for mud tires.

<

---

### ⌃ Talamh an Eisc  4 months ago

Even before the story stated that they had financial support from Koch and Co. I guessed that Mr. Koch was in it somewhere. No wonder they have lots of money to use the law to intimidate any "lefty locals". If there's a line between anti-immigration and racist, I haven't seen it yet. But it *could* be a coincidence. /s

<

---

### ⌃ ArgonTroix  4 months ago

So, a different kind of White Castle?

Seems just as trashy.

<

**AA1358**

^ **Doug Crites**  4 months ago

LOL

<

---

^ **NYCresearchRN**  4 months ago

Anybody can put lipstick on a pig and call it a fashion.

<

---

^ **M1che11eB1ackwe11**  4 months ago

A Trojan horse. Too bad most the residents don't see it. But if they are complacent they are compliset. White supremacy hides in many hearts.

<

---

^ **Doug Crites**  4 months ago

Trojan horse?

<

---

^ **on deck**  4 months ago

Trojan horses are examples of threats "hiding in plain sight."

Obviously.

<

---

^ **Raconteurista**  4 months ago

An anti-immigration hate group run by an immigrant and named after a child born of immigrant parents. The irony can't get much thicker.

<

**AA1359**

∧ **DavidWMa** 4 months ago

These people are not top minds …

⋖

∧ **probable cuz** 4 months ago

and Catholic.

⋖

∧ **AAMacD** 4 months ago

The US has always been racist, but following Obama, the US appears to be more racist - the internet providing a platform for people to retain privacy whilst expressing their racist viewpoint. Some do not opt for privacy preferring the in your face approach which is intended to be annoying as they like this. The science does indicate that in the long run diversification does produce better outcomes as the encompassed solution bandwidth is larger. The US with its large immigration mix has the potential to become the first large country to embrace this. It does seem to take a long time to drag everyone along though.

⋖

∧ **Bodyman** 4 months ago

And the irony is that a huge number of people thought Obama's election signaled the end of racism. Sadly, they couldn't have been more wrong.

⋖

∧ **Lickyweaks** 4 months ago

Justice Roberts even told us racism is gone.

⋖

**AA1360**

**johnkrivak** 4 months ago

paving the way for reversal of Brown v Board of Ed?

⬏

**the sum of us** 4 months ago

With fox hate network, hate radio, and social media they pounded in the minds of the gullible or ignorant that Obama was a "Muslim" a "socialist" a "foreigner" and he foreshadowed the "end of our country". Constant fear mongering and propaganda work. He and many others thought "it's just the market place of ideas and the best ideas always rise to the top" but not in a 24/7 propaganda campaign atmosphere which we have had for 40 years and has only accelerated in the past 10-15 years with social media. Had we not had hate media pounding people while he was in office day and night, I doubt we would have had such a so-called "backlash". Racism and white supremacy have always been here in our country but it gets accelerated when there is a relentless and unfortunately effective campaign to do so.

⬏

**JeanLossie2** 4 months ago

It's a relatively new building so why do people want tours of the place

⬏

**Doug Crites** 4 months ago

Not much else in town

⬏

**ArgonTroix**  4 months ago

Because we live in a country full of rubes who have no concept of real history or desire to see a world outside of their ignorance-based comfort zones.

<

**the sum of us**  4 months ago

This headline "hate castle or welcome neighbor?" makes it seem there is some validity to "both sides". Awful headline imo. Maybe say there are two sides battling out whether white supremacy is welcomed in this town or not.

<

**Nice Guy JD**  4 months ago

I prefer "Hate Castle IS Welcome Neighbor in West Virginia".

<

**the sum of us**  4 months ago  **(Edited)**

With caveat "for some". Some of the West Virginians are adamantly against this.

<

**AQB24712**  4 months ago

It is NOT a welcome neighbor.

<

**KingCrab**  4 months ago

Hate Castle is a good marketing shtick.

<

**AA1362**

**∧ polly styrene** 4 months ago

Brimelow is yet another reminder that you never encounter a believer in a 'master race' who would come close to qualifying for membership.

⤳

**∧ aphclr** 4 months ago

All I can say is that is it any surprise these freaks ended up in WV? WV deserves them. I am so continually surprised at the colossal hypocrisy of VDare members being that one of the partners is a literal immigrant.

Oh and btw Virginia Dare was born at the NC colony of Roanoke and disappeared without a trace. How is that a icon of white nationalism fools?

⤳

> **∧ melilyjax** 4 months ago
>
> She was born of immigrants!
>
> ⤳

**∧ DLewis92270** 4 months ago

I'd be among the villagers with pitchforks and torches. Nobody sane wants to live near haters, racists, anti-semites, white supremacist or any of their ilk. I feel for this town!

⤳

**∧ Nice Guy JD** 4 months ago

Did your Granddad live in a racist castle when he was a kid? He might have. As for me, I can't be sure now that Dad's gone too. Pretty sure my Dad didn't ever live in a racist castle though, just that racist trailer.

⤳

⌃ **Doug Crites**  4 months ago

Mine lived in a racist house

⌃

⌃ **TenRELeven**  4 months ago

And apparently passed it along to you, given the comments I've read from you.

⌃

⌃ **lbouche**  4 months ago

This seems like a progressive small town smack dab in the middle of MAGA land. The citizens should come up with a plan to get some funding from other than the Koch Brothers to buy back the castle, return it to the citizens, and create an endowment for upkeep and possibly to make it into a museum or other historically significant uses. Then the castle could be decorated for Christmas, Hanukkah, Kwanzaa, Eid – you name it.

⌃

⌃ **waters1**  4 months ago

These people are sewage, stinking up America.

⌃

⌃ **Audrey3Eatme**  4 months ago

Brimelow's Castle: a Handmaiden's Fairy-tale.
Your true trash romance.

⌃

**Woodturner** 4 months ago

He's 75 and she is 38. That's not creepy at all.
On top of that, he isn't even an American. He's a British immigrant. When he decides to deport himself, then we can talk.

<

**Doug Crites** 4 months ago

Whoa, if he can keep going at 75, go for it

<

**ArgonTroix** 4 months ago

Likely thanks to pharmaceutical wonders.

<

**WillowRich** 4 months ago

He froze his sperm.

<

**JeanLossie2** 4 months ago

We don't want him back!

<

**^ Hallucigenia** 4 months ago

It isn't libel or slander if it's true. I'm sorry the poor guy had to settle. If it was a right-wing fanatic, one of those conservative legal organizations would have helped him out with his case. We need to get better organized.

<

---

**^ collage** 4 months ago

These post-modern knuckle draggers revel in their ignorance. Many of them are eager to put forward a way of life reminiscent of the Deep South in the 1850's. White Supremacy as it manifests in the Brimelows is due to fear and insecurity. Their idea of going forward is by being backward.

<

---

**^ Kas Id** 4 months ago

The fact that the vehement anti-immigrant is an immigrant himself.

<

---

**^ John_X** 4 months ago

*Some* consider VDare to be a hate group? They're designated one by the SPLC, with good reason, so folks who disagree are not being honest.

<

---

**^ Bob Katz** 4 months ago

If Brimelow is so opposed to immigration why doesn't he walk the walk and return to England?

<

---

**AA1366**

⌃ **Hydromatick**  4 months ago

Well, because he's *White*, of course. That's the good kind of immigration. But like Brimelow said, he's not a racist. /s

⌝

⌃ **polly styrene**  4 months ago

> In Berkeley Springs, the purchase of an iconic castle by the VDare Foundation, a group that gives a platform to white nationalists, has led to angst and ugliness in the tourist town.

West Virginia has a tourist town???

Who knew?

⌝

⌃ **plegg**  4 months ago

A lot of people. Your comment shows ignorance.

⌝

⌃ **polly styrene**  4 months ago

Everyone is ignorant, Skippy, just about different things.

⌝

AA1367

∧ **Lickyweaks**  4 months ago

But most people don't come on Wapo and proclaim it to the world.

‹

READ MORE OF THIS CONVERSATION >

---

∧ **plegg**  4 months ago

Hopefully you're not ignorant about this one then, Polly?

‹

---

∧ **polly styrene**  4 months ago

My ignorance? Or yours?

'New York may have Niagara Falls and the Statue of Liberty, but it's not the most popular state for tourism.

'That title goes to California, which is home to such iconic tourist attractions as the Golden Gate Bridge, Hollywood, and Disneyland.

'HotelsCombined, a hotel booking site, produced an infographic that shows the most popular US states to travel to. They analyzed more than 87,000 hotel bookings that originated in the US to determine which states are the most popular tourism destinations.

'After California, Florida (No. 2), Nevada (No. 3), Texas (No. 4), and New York (No. 5) dominated over this list. Hawaii came in at No. 10 and Colorado took No. 16. **But very few people want to travel to West Virginia, which came in dead last.** (bold added)

https://www.businessinsider.com/the-most-popular-us-states-for-tourism-2014-10?op=1

‹

**AA1368**

∧ **plegg**  4 months ago

Wow, you looked that up all by yourself?

<

READ MORE OF THIS CONVERSATION >

---

∧ **AQB24712**  3 months ago

A lot of people, and more than one town. Your comment is rude and ignorant.

<

---

∧ **Further77**  4 months ago

So, if I follow V-Dare's logic:

We should close down the borders.
Stop people from flying to the US
And, start picking our own strawberries.

<

---

∧ **Bodyman**  4 months ago

Most Americans wouldn't last a day out in the fields doing that incredibly hard, backbreaking work. I live in central California and these people are family oriented and some of the hardest workers in the world. They pay taxes and contribute way more to the economy than they take out.

<

---

**lbm001** 4 months ago

Unfortunately for Peter Brimelow and his wife, immigration is the only thing that is going to help the United States remain an economic powerhouse and, unfortunately for the Brimelows, that immigration isn't going to come from White Anglo-Saxon Europe.

Our workforce is already short about 10 million workers and with the baby boomers having retired or coming to retirement and the birthrate declining, that shortage is only going to get worse. We will need at least 3 million immigrants a year and probably more just to keep even over the next twenty years.

Otherwise, our economic output declines and the nation as a whole becomes poorer for that.

<

**swift_goat_pet_for_truth** 4 months ago

And the USA throws away huge numbers of the poor.
All our economic competitors subsidize education K-Phd, and make sure the poor kids actually can learn by feeding them and giving them basic healthcare. NO American will ever vote for any of that.
Americans only care about keeping their own money, and if it hurts the country, too bad. Real American Values.

<

**TenRELeven** 4 months ago

Not true. I would vote for it. And,I don't even have kids.

<

**AA1370**

**⌃ on deck**  4 months ago

Lessee here:

1) British guy telling another country what to do and how to think … about immigration.

2) Not racist, yet is subsidized by anonymous racists and spouts their B.S.

3) Is all about "free speech," until criticized for it, and acts predictably.

<

> **⌃ lbm001**  4 months ago
>
> "Free speech" is also the ability to criticize another's "free speech" thoughts.
>
> <

**⌃ Blue to the Core**  4 months ago

With the Trump lunacy in full bloom, West Virginia has quickly become an extremely racist, anti-Immigrant state and a haven for white supremacists and militia groups.

Most citizens carry firearms in their vehicles, fearful some immigrant will attack them.

As a "blue to the core" Democrat, I avoid contact and conversations with my trump,-crazed neighbors and former acquaintances.

<

> **⌃ lbouche**  4 months ago
>
> Your post just made me so grateful I live in a (mostly) blue state, Colorado.
>
> <

AA1371

^ **Lickyweaks**  4 months ago

Yep, I would never even think of flying a Biden flag at my house cause the are so many yahoos running up and down the road with the Fu Joe Biden and trump flags flying in the back of their crapped out truck. I drive by a house that for a long time flew a half confederate half US flag.

<

> ^ **TenRELeven**  4 months ago
>
> I'm glad I live in a blue state too.
>
> <

> ^ **AQB24712**  4 months ago
>
> "Most citizens carry firearms in their vehicles"? Cite, please.
>
> <

^ **Kabbasabes**  4 months ago

Only a bigot would think that a Black Lives Matter is radical or has anything to do with terror. It's white supremacists who are the terrorists and who have been responsible for attacking and killing Black Americans for hundreds of years. Now they think they're being attacked because others want equality? Talk about being blind to your own privilege.

<

> ^ **Further77**  4 months ago
>
> Yes, 1919 - 1921 were bad times if you were a Black American.....
>
> <

∧ **NewsteadMtn** 4 months ago

I hope this is sarcasm.

<

---

∧ **Nice Guy JD** 4 months ago  **(Edited)**

Do you think the castle has some racist hounds, specifically trained to attack minorities?

<

---

∧ **Doug Crites** 4 months ago

I kinda doubt it

<

---

∧ **Nice Guy JD** 4 months ago

But I think, and it's probably racist to say, that you could train the hounds easily by signaling on the scent of different hair care products.

<

---

∧ **Doug Crites** 4 months ago

LOL

<

---

∧ **Emma Goldman 9** 4 months ago

If you think it's racist, just don't say it. This "insight" isn't worth sharing.

<

---

**AA1373**

∧ **Robert_Wolverine** 4 months ago **(Edited)**

Hey VDare, you may be Sunday Christians by popping into church once a week, reciting responses, and pressing the flesh but check yourself before opening those overfed jowls and espousing your hatred of others who do not share your skin color. Hope you start paying attention to your words and actions. Judge not lest ye be judged. You might want to actually read the good book rather than ham hand it.

https://youtu.be/QEEq5VTfmic

∧ **navyvetnotselfbutcountry** 4 months ago

Have toasted a load of scorched around that house.

> ∧ **Doug Crites** 4 months ago
>
> Huh?

> ∧ **navyvetnotselfbutcountry** 4 months ago
>
> Guess you never played Fallout 76. It's based in WV and Berkeley Springs, including this house, is part of the map.

∧ **Cheez Leweez** 4 months ago **(Edited)**

VDare. Or for short, VD.

A social disease. How appropriate...

⌃ **lbouche** 4 months ago

Good thinking.

⤳

---

⌃ **Rocking13** 4 months ago

People like Peter Brimelow are the reason reading the news is bad for my blood pressure.

⤳

---

⌃ **Les Nessman4** 4 months ago **(Edited)**

Apparently, these people believe what Trump's secretary of state, Mike Pompeo, believes: Multiculturalism is "not who America is."

This may be "lawful," but is not factual.

Have they heard of World War II? Have they heard of the Navajo code talkers, the Japanese 442nd Infantry Nisei Regiment, and the more than one million African Americans who served in the Army during the war, including the Buffalo Soldiers of the 92nd Infantry Division?

All were U.S. citizens; all were historically treated abominably by their country, yet all served in our victory over fascism. Despite their service, they remain victims of racism today.

⤳

---

**˄ S M Hart**  4 months ago

Vdare:
Not just a hate group.
It's a fear mongering group.

It's such an old familiar playbook.
Plant the Fear seed, fear of anything really, feed it with BS, watch it morph into Hate.
But the most alarming phenomena in this scenario are the gullible and undereducated fools who fall for this crap over and over and over again.

Fear is perhaps more powerful than the hate it creates.

⤳

**˄ Joe Taylor**  4 months ago

You know, "hybrid vigor" is a real thing.

⤳

**˄ Nice Guy JD**  4 months ago

I remember when my Grandpa was born in Germany how he said he'd die for America once he got out of Germany. But that Grandpa was always pretty racist! How racist was your grandpa? Racist enough to live in a castle?

⤳

AA1376

## ⌃ **The King in the North**  4 months ago

> Asked about the legal warnings, Peter Brimelow described Briggs as "a local Leftist transsexual who was posting salacious online comments about our little girls and stalking my family at church with guns."

Doesn't Brimelow support Briggs' Second Amendment rights?

‹

---

## ⌃ **Voice O-Reason**  4 months ago

Soooo…if this property had been acquired by an Islamic sect (you know the folks whose co-religionists have been effectively **at war** with democracy for **generations**) how much outrage would WaPo attempt to stoke with "Doom is upon us!" stories like this?

‹

---

### ⌃ **Anon1111**  4 months ago

Along the same line, I wonder if the Washington Post would ever consider doing an extensive exposé on the number of black nationalist enclaves (there are many, including the Nation of Islam) and Aztlan cells operating in the United States? Or do those lives not matter?

‹

---

### ⌃ **NewsteadMtn**  4 months ago

Anon indeed

‹

---

**AA1377**

**^ DC74**  4 months ago

when was the last time the Nation of Islam or Aztlan (whatever that is) attacked the United States? White Nationalists have been the number one perpetrator of domestic terror attacks in the US for the past 20 years.

&lt;

---

**^ Voice O-Reason**  4 months ago  (Edited)

Oh, goody, DC74 has legitimized discrimination by association!

Well, my catering hall will refuse to book Black wedding receptions because social media is rife with videos of such events descending into chaos.

My Uber account will no longer honor Latino requests for rides because of worries over MS-13 crime activity.

How's your America going to look under your guidelines, DC74?

&lt;

---

**^ DC74**  4 months ago  (Edited)

Are you trying to say that "an Islamic sect" is the same thing as White Supremacists? Because... um... nope.

If you said Al Qaida, then yes, people would rightly be upset.

But, I'm going to hazard a guess that you are probably conflating all of Islam with radical Islam and as such you're not much better than any other VDare enthusiast.

&lt;

---

**AA1378**

∧ **whattheheckareyoutalkingabout**  4 months ago

I'm guessing he was never good at Venn Diagrams in school.

≺

---

∧ **on deck**  4 months ago

"Whatabout something else I imagined?"

≺

---

 **Minicatreading**  4 months ago

How appropriate that their supporter Barb Wolfe is sporting a giant BS on her chest.

≺

---

∧ **pensfan77**  4 months ago

British born anti-immigration activist. These people are all fruit loops. I guess if you're a white immigrant all is right with the world. Sheesh!

≺

AA1379

∧ **MBSnipes**  4 months ago  (Edited)

The Lost Cause was given a rebirth by Trump and GOP.

The 'culture' of the confederacy after the brief, failed reconstruction has now been assimilated into Trump's GOP and lives on. They want the hate and bigotry and xenophobia to be normalized thru places like The Castle.

What these anti-immigration folks don't get is that they are the descendants of free loaders in North America. Stealing land, killing for resources, and enslaving ... and it was all in the name of white, Christian, Europeans, collaborating with the church to justify it all. They are the least righteous to be preventing others from immigrating to America.

Some of these people just need to pack up and go back to their 'heritage' countries and see it they want them back.

≺

> ∧ **ikewitt**  4 months ago
>
> Divide and conquer, eh?
>
> ≺

∧ **A Noid**  4 months ago

"The *British-born* anti-immigration activist ...". Let that sink in.

≺

> ∧ **ScienceTruth**  4 months ago
>
> They ain't saints after colonizing poor countries for centuries. Glad the sun is finally setting; nasty people.
>
> ≺

**AA1380**

 **AnotherVoice3** 4 months ago

I wonder how well Brimelow knew Charles Koch or the late David Koch. It wouldn't surprise me if they dined together at least once, seeing as the Foundation donated a whopping $1.4 million. And exactly what for? Perhaps preservation of the castle architecture, or preservation of certain ideas?

<

>  **Emma Goldman 9** 4 months ago
>
> Seems clear they want to establish a center from which to disseminate their bigoted views while dressing it up like Christmas and bootstrapping onto the history of the place.
>
> <

 **Ree716** 4 months ago

So the Brimelows are only for white people to immigrate to the USA. "British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group."

<

Coral

∧ **MtPollux**  4 months ago

First of all, I didn't know of "VDare" until this article appeared and certainly do not/not support their ideas. But the issue raised is unfortunately one that we must deal with as Americans. How many have read renowned political scientist and Bowling Alone author Robert Putnam's 2007 paper, E. Pluribus Unum: Diversity and Community in the Twenty-first Century? Based on his research, which none of us should have doubt to question, community diversity appears - at least in the short run - to hamper interpersonal trust and broader social capital. Is this really surprising?

In any event, national data seems to bear this out, as the states with the highest levels of social capital are also among the least diverse - places in the upper mid-west, Utah, and New England. All largely white areas. Google Putnam's book or the Congress' Joint Economic Committee (JEC) report on the Social Capital Project to see for yourself. As Putnam himself concludes in his paper, what is needed are more efforts to build "bridging social capital" in our communities. The residents of Berkeley Springs should bear this in mind.

≺

  ∧ **Courtsgal**  4 months ago

  The appropriate response to lower social capital in the face of diversity is to organize more efforts to get to know your new neighbors, thus building social capital, not throw up more barriers to having new neighbors.

  ≺

**AA1382**

∧ **whattheheckareyoutalkingabout** 4 months ago **(Edited)**

> As Putnam himself concludes in his paper, what is needed are more efforts to build "bridging social capital" in our communities.

Perhaps I misunderstand, but it sounds like you're saying white supremacists wouldn't be that way if we engaged them in constructive dialogue, or, I dunno, if they met some Black folks. Call me skeptical.

⤳

∧ **MtPollux** 4 months ago

I got it but that's the idea. Data supports the contention.

⤳

∧ **whattheheckareyoutalkingabout** 4 months ago

But isn't that what "community diversity" does? Something that exposes folks to various cultures, backgrounds, and ethnicities? Again, I might misunderstand the terms, but it seems that the more the homogeneous population, the more inclined that population is to be xenophobic. Maybe I just don't understand what social capital is. But based on a lifetime of experience growing up in a rural area where the population was 95% white (and overtly racist), then moving to DC in my 20's, it seems pretty clear that community diversity is the best way to go. I guess I'll see if I can get my hands on this guy's paper and see what he's talking about. Note, though, that the cultural landscape has changed quite a bit in even the past 15 years.

⤳
READ MORE OF THIS CONVERSATION >

**AA1383**

∧ **Emma Goldman 9** 4 months ago **(Edited)**

a. "which none of us should have doubt to question"–why? Should we just accept it because it's published? I don't have time to review at this moment, just pointing out you are saying we shouldn't doubt the results without explaining why. b. I wonder if Putnam took institutionalized racism into consideration in his analysis. Because if not, his findings will be misleading.

<

∧ **ScienceTruth** 4 months ago

POC are getting sick of these outright racist people as well as fake liberals who do lip service to 'talk' about diversity and put 'All are welcome here' yard signs in their all white neighborhoods.

<

∧ **Doug Crites** 4 months ago

LOL

<

∧ **Stony Hill** 4 months ago

Thank you for your thoughtful input. We will put to use immediately.

<

∧ **send in the clownss** 4 months ago

It's West Virginia. What do you expect? White supremacists and truckloads of Fentanyl. Move along, people. Nothing new to see here.

<

**AA1384**

^ **PopcxqueenfromVA**  4 months ago

White supremacy is everywhere, not just in WV (where people of color and queer people also live.)

<

^ **handbasketparty**  4 months ago

True, however there are several states, WV being one of them, where white supremacy is the government.

<

^ **Lickyweaks**  4 months ago

nope, WV is supreme in the white supremacy game. Yeah there are some POC and gays too here, but, seriously, this state is for whites only. I live here, worked here. Someone in the article had it right, 98% of the people in Berkeley Springs agree with VDare. And outside of a few liberal enclaves that number is correct for the rest of the state.

<

^ **Aberg B**  4 months ago

Spot on.

<

^ **AQB24712**  3 months ago

There's a lot more to West Virginia than that, but I suspect you've never been here to see for yourself.

<

**AA1385**

**∧ JohnR-Montana** 4 months ago

I suspect that some of the high-ranking Nazis were really nice neighbors.

⤙

> **∧ PopcxqueenfromVA** 4 months ago
>
> Well said. And frightening.
>
> ⤙

**∧ Gerald Eisenhower** 4 months ago

> "I am concerned about our little town suddenly coming to be known as that place where VDare is — you know, the cute little white supremacist town in West Virginia. That scares the crap out of me."

The concern is real. Howell, Michigan, was the home of the grand imperial dragon (or whatever the title is) of the Michigan KKK for many years, until the 1980s. There was actually a cross-burning on the lawn of a black family in the late 1980s.

Much of that is gone, now that the dragon is dead. But the stench continues not just in Howell but in much of mid Michigan. It takes a long time to shake that reputation.

⤙

**AA1386**

**⌃ MEB321_** 4 months ago **(Edited)**

Berkeley Springs WV is a lovely town that I visited several times many years ago. I stayed at the Country Inn, visited the mineral springs and spa that were run by the NPS and attended several fall festivals. I also went through the castle one time, but it was not that big of a draw for me and my family. I hope this issue doesn't turn tourists against visiting Berkeley Springs - it is a delightful place. If you oppose the castle and what the owners stand for, don't visit it - but don't let it stop you from enjoying the rest of what Berkeley Springs has to offer.

< 

> **⌃ AQB24712** 3 months ago
>
> Thank you!
>
> <

**⌃ Teen Spirit** 4 months ago **(Edited)**

I call this progress. My problem with white nationalists is when they hide in small middle-class homes and run for local school board. The evil you cannot see is the worse kind.

<

> **⌃ Further77** 4 months ago
>
> Oh, you mean Loudon County, Virginia...
>
> <

>> **⌃ Baymond** 4 months ago
>>
>> Union County, NC (just outside of Charlotte)
>>
>> <

**AA1387**

> ∧ **handbasketparty** 4 months ago
>
> From my perspective they have more power now than before they came out of the baseboards with the rest of the roaches. They own the supreme court now.
>
> ‹

---

∧ **Thoughts and Values** 4 months ago **(Edited)**

The town where all are welcome. Got it.
It's a good story, relatively balanced. It describes the people who detest VDare and the people who tolerate it, and gives a glimpse into their mindsets. I can sympathize with both to some degree.

I have to say however that the words of the people who are not bothered by it (including a gay organizer of the Pride event) sounds a lot more liberal than the words of those who despise it. The latter sound, well, more personally hateful and bigoted (in the dictionary definition of bigoted, look it up).

And so many of the commenters here sound - not so tolerant of differences of opinion. It's fine for them to have differing opinions (as I do), but the rancor is palpable, and the projection of their fears and self-righteousness is unreflective.

I may not agree with VDare's analysis of society, but they have a right to hold their lawful views. I would however be very careful to accurately describe those views as I disagreed with them, rather than slipping into untruth and projection - or self-righteous incivility.

‹

> ∧ **Doug Crites** 4 months ago
>
> "I may not agree with VDare's analysis of society, but they have a right to hold their lawful views." - exactly
>
> ‹

---

**AA1388**

Coral

**^ Baymond**  4 months ago

"lawful" is key. It's also naïve.

‹

**^ Thoughts and Values**  4 months ago  **(Edited)**

Could you explain what strikes you as naive and why?

Do you have an example of a democracy which is not naive and so sustains itself over time **without** distinguishing lawful and unlawful expression?

‹

**^ Baymond**  4 months ago  **(Edited)**

1/6 answers both.

‹

**^ on deck**  4 months ago

It's cute how being intolerant of hate isn't a liberal behavior.

Do go on.

‹

**AA1389**

**⌃ Thoughts and Values**   4 months ago   **(Edited)**

If you read the nation's history, a large part of the speech which has been protected has been considered "hateful", yet allowed.

Harmonious loving speech rarely needs protection. The current trend to think that free expression should be limited to only right-think which conforms to our own politics is going to destroy the nation, despite its well meaning intentions.

The comments in this section are often quite hateful, stereotyping, demonizing, demeaning, insulting and intolerant. They should still be allowed, whether or not I agree with them.

So the question is: What speech which disagrees with you, if any, do you think should be allowed? Should only one side get to express things the other side considers "hateful"? How do we determine who gets to decide which formerly lawful speech is now "hateful" and banned, in a way that won't boomarang on us years from now when the pendulum swings the other way?

It will swing. No side of a democracy has ever remained in power forever.

The patronizing superior tone of your post is noted, but I'll not respond in kind, as I'm trying to foster thought, not disrespect.

⌁

---

**⌃ wonderYrednow**   4 months ago

Try actually reading that Constitution thingy you never read. IT does not mean what you pretend to think it means.

⌁

---

**AA1390**

**Gratebaby-45**  4 months ago  **(Edited)**

Curiously, the people at VDare don't appear to share your view regarding lawful expression. Instead, they seek to silence the opinions of their opponents with accusations of slander and lawsuits. Seems if anyone is being self-righteous here it is the people at VDare.

‹

**Thoughts and Values**  4 months ago  **(Edited)**

(1) I don't care if they agree with me or not; my supporting their right to lawful expression is not conditioned on whether we agree. I'm sticking to my own democratic principles, whether they agree or not.

(2) If VDare slanders a local there, I will fully support that person's right to sue VDare. Slander and libel are not lawful speech, or protected speech. There are non-slanderous ways of criticising VDare (or for VDare to criticise others). I support both sides when lawful, and neither side in being unlawful. Why is that so hard to understand? It used to be common among liberals.

‹

**AA1391**

**Gratebaby-45**  4 months ago

Obviously you didn't comprehend my comment or you are deliberately being disingenuous.

My point was the folks at VDare are themselves guilty of, as you say, "slipping into untruth and projection - or self-righteous incivility". They may have the constitutional right to dish out clearly racist comments, but they don't have the right to then try and silence others for pointing out those comments are racist.

This is in fact what the people at VDare are doing with their "slander" lawsuits. They are using deep pocketed funding from right-wing groups and our court system to maliciously silence their critics thru frivolous legal action. The tactic hasn't worked with organizations like the New York Times, who have the ability to fight back with good lawyers, but it is quite effective against individuals like Mr Stein who lack adequate funding.

So, in fact, it is the people at VDare who are uncivil in nature and guilty of self-righteousness. Worse, they are abuse our courts to smother other people's constitutional rights of free expression. And apparently you don't have a problem with that.



∧ **DC74**  4 months ago

> I have to say however that the words of the people who are not bothered by it
> (including a gay organizer of the Pride event) sounds a lot more liberal than the
> words of those who despise it. The latter sound, well, more personally hateful and
> bigoted (in the dictionary definition of bigoted, look it up).

Refusing to accept hate is known as the paradox of tolerance.
"The **paradox of tolerance** states that if a society is tolerant without limit, its ability to
be tolerant is eventually seized or destroyed by the intolerant. Karl Popper described it as
the seemingly self-contradictory idea that in order to maintain a tolerant society, the
society must retain the right to be intolerant of intolerance."

There is no reason to be tolerant of the morally indefensible - My refusal to accept hate or
murder, is not bigotry, it's necessary defense against fascism.

‹

---

∧ **Thoughts and Values**  4 months ago  **(Edited)**

Thank you for engaging with reason.

I've thought a lot about that matter. I myself used to argue that there is no need to
tolerate intolerance, for decades. I have gradually come to what seems to me a bit more
nuanced than that binary formulation, tho.

Let's start with free expression. As has often been pointed out, this only comes into play
in regard to tolerating expression which we dislike; nobody needs free speech principles
for the things we like. That is, the whole point of free speech is tolerating some degree
of things we would kinda prefer were not said. Why should we ever tolerate ANY speech
we dislike?

What is intolerance? I think many of the comments here are intolerant. Ah, but that's

**AA1393**

OK if its intolerant of *perceived* intolerance. So it's OK for side A to be intolerant of side B because side B is intolerant, and vice versa. Which is like saying that feuds like the Hatfields and McCoys are just fine, because each is fully justified in retaliating to the other (with interest).

That's not an abstraction without traction in the real world, it was largely the norm before concepts like free speech became accepted.

The point was to switch the feedback loop to both sides (sometimes grudgingly) tolerating the other side, instead of both sides being intolerant of the other side. But that's unstable, if the believers in tolerance toggle to the other feedback loop as soon as they perceive intolerance. As long as one blithely supports switching to intolerance if one detects intolerance, the tolerant/tolerant dynamic is doomed to fail. There inherently HAS to be some degree of tolerance to perceived intolerance from some people we disagree with.

This is especially true since perception of intolerance is subject to massive subjectivity and bias. Its seductively easy to reframe an opponent's position as "intolerance" in one's mind, thereby rationalizing one's on intolerances as a moral imperative. If this is normalized, it becomes common.

(cont'd)

<

**AA1394**

∧ **Thoughts and Values** 4 months ago

However, saying that we need to be wary of easily classifying (in our own subjective mind) a different viewpoint as "intolerant" so that we can be self-righteously intolerant, is not the same as "infinite tolerance".

Being tolerant is a spectrum, not a binary. We need not tolerate murder or looting or arson. We should be relatively more tolerant of words and ideas than of actions.

But there are limits to that as well. Saying untrue things that damage somebody else has limits (slander, libel, false advertising). Calling for assassination is beyond the pale as well. So there are limits and pushback.

A **key** part of the problem is "who decides" what goes beyond the limits of tolerance? Does that person or institution make judgement calls by the seat of their pants, based on what they like and dislike? Or is there a formal process with fair hearing for evidence on all sides and due process? As it turns out, our democracy has decided on the latter.

If you think that somebody's speech go beyond what you need to tolerate into is slander or libel, for example, then you can sue and make your case before a court, which also hears the counterpoint. You don't just get to decide on your own subjectivity which speech must be tolerated, and which you can be intolerant of.

That is, we need a regimen of robust tolerance, with relatively neutral third parties judging the exceptions to that - rather than authorizing every person to set their own limits in regard to how much the feel like tolerating speech they disagree with, just was we punish murder through a mediated court system rather than promoting the Hatfields & McCoy's solution.
(con'd)

⌇

**AA1395**

**∧ Thoughts and Values**   4 months ago

(part 3 & conclusion)

As I said, I have come over time to have grave concerns about the simplistic formulation that "we need not tolerate intolerance", because the pragmatic effect in today's polarized world is a one directional ratchet of all sides into being more and more intolerant while feeling smug about it.

The cases where we do not tolerate perceived intolerance need to be egregious enough to require action; and mediated & redressed by a neutral third party, or the "intolerance of intolerance" concept becomes just a license for our worst instincts, not our best.

So (1) I think we need to have a default position of tolerating lawful speech even if it strikes us as intolerance, and (2) this tolerance is not absolute or unlimited, and there are lawful safeguards which can be invoked with due procedure for the times when intolerance is justified.

And that's what I mean by parsing the tolerance/intolerance question with some nuance, rather than the now-too-common "we don't have to tolerate intolerance" weaponization of a complex issue.

⌁

**∧ Kas Id**   4 months ago

They use their wealth to try to suppress people who speak out against them. What that transgender woman did was not harassment. What they did is called bullying.

⌁

**AA1396**

Case 1:22-cv-01374-RDB Document 39-1, Filed 04/24/23 Page 289 of 749

⌄ **Science Mom** 4 months ago

THAT is the "Great Hall"? Sorry but it looks like a typical home fireplace.

⤳

> ⌄ **Doug Crites** 4 months ago
>
> Yeah, it's fairly small
>
> ⤳

⌄ **B4U QZME** 4 months ago

"VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration."

Gee, Virginia Dare, an immigrant How ironic.

Shouldn't they name this group after a native American: SBull?ChJoseph? GEronimo.

⤳

> ⌄ **skangirl** 4 months ago
>
> (That was my first thought, too.) Technically, she was the child of immigrants, but she couldn't have gotten here without them!
>
> ⤳

> ⌄ **osmor__** 4 months ago
>
> I betcha nickel the VD castle owners aren't accepting of so-called "anchor babies" either. Which is exactly what the aforementioned child was.
>
> ⤳

**AA1397**

∧ **skangirl** 4 months ago

"VD castle"! I love it!

‹

READ MORE OF THIS CONVERSATION >

---

∧ **Rayo1061** 4 months ago

Virginia Dare was not an immigrant. She was born in VA.

‹

---

∧ **cathy t** 4 months ago

To immigrants.

‹

---

∧ **B4U QZME** 4 months ago

Oh... Virginia Dare was an *anchor baby* !!

‹

---

∧ **cathy t** 4 months ago

They aren't actually anti-immigration – they're a bunch of racists who want a "white nation." This article really danced around accurately describing VDare.

‹

---

**⌃ Mick Anglo** 4 months ago **(Edited)**

The "Burka Free" statement says it all.

Polite hate is still hate.

⤳

> **⌃ Lickyweaks** 4 months ago
>
> Pretty stupid too to say that when in a country where few if any wear burkas. In actuality Czech Republic is one of the most secular countries in the world.
>
> ⤳

**⌃ PeaDub** 4 months ago

What the hell kind of headline is that?!? How on earth can you frame an openly white supremacist group as "welcome neighbors"? This is truly disgusting.

⤳

> **⌃ osmor__** 4 months ago
>
> the media's never-ending effort to appear fair, but in reality only serves to normalize racists or xenophobics or white supremacists with its' false equivalence.
>
> ⤳

> **⌃ Lickyweaks** 4 months ago
>
> Well, a good portion of WVians are very happy to have them there.
>
> ⤳

**AA1399**

^ **PeaDub** 4 months ago

Which makes them terrible neighbors too.

<

---

^ **From Albuquerque** 4 months ago

Confederate flags?? Do they know West Virginia seceded from Virginia and the
Confederacy??

<

---

^ **Pittsburgh Guy** 4 months ago

We aren't talking about geniuses here.

<

---

^ **Blue to the Core** 4 months ago

True; however, some West Virginians are educated, intelligent, anti racist and
Democrats.

<

---

^ **AQB24712** 3 months ago

Hi there, me too!

<

---

^ **Further77** 4 months ago

Much has changed since 1865 in WV...

<

---

**AA1400**

**^ Gerald Eisenhower** 4 months ago

Haven't you realized yet that people like that make their own history?

<

---

**^ Lickyweaks** 4 months ago

I have a neighbor who flies a half confederate/half US flag. Over top of a confederate flag. Half the pickups have at least one confederate flag somewhere on them.

<

---

**^ Robert Lambroschino** 4 months ago

Can't they just be exiled, banished, sued, disenfranchised(before they do so to others), blacklisted, sent to Chechnya-something?

<

---

**^ Doug Crites** 4 months ago

Nope

<

---

**^ Fountaindale** 4 months ago

The Christmas card is a chilling display of today's American Christian eithic.

<

---

**AA1401**

⌃ **GramLu** 4 months ago

Do any commenters see the irony of their attacking all West Virginians even though the state's residents represent all kinds of diversity, and struggle more than most of us with poverty, brought on by coal barons who came from elsewhere and built themselves castles where they could hide from those who made them rich.

‹

> ⌃ **Further77** 4 months ago
>
> I'm not attacking all West Virginians. Only racist West Virginians...
>
> ‹

> ⌃ **Bill in Bel Air** 4 months ago
>
> And yet they elect a coal baron as their governor and an all republican representation in congress including Joe Manchin, a democrat in name only and of course someone making millions off of coal holdings. Last time I checked, casting a ballot was done in private so no worry about someone looking over your shoulder and threatening your job.
>
> ‹

>> ⌃ **Cheez Leweez** 4 months ago
>>
>> They don't want to do anything that might slow down the opioid stream...
>>
>> ‹

>> ⌃ **Lickyweaks** 4 months ago
>>
>> aint no coal in Morgan Co.
>>
>> ‹

**⌃ stratstace** 4 months ago

> America's White majority and essential character are being threatened by people of color

1. White majority isn't threatened by poc. Whites just don't want as many babies. It's a done deal.
2. Wtf exactly is 'essential character' of white people? Hate?

‹

> **⌃ Further77** 4 months ago
>
> "Essential Character" = White European-American Christians who hate everyone else other than White European-American Christians.
>
> ‹

**⌃ Doug Crites** 4 months ago

He can publish anything he wants as long as he does not break the law.

‹

> **⌃ Fountaindale** 4 months ago
>
> That doesn't mean he can avoid the consequences of his words. Engendering hate has it's own punishments.
>
> ‹

> **⌃ Doug Crites** 4 months ago
>
> What does that mean?
>
> ‹

**AA1403**

**^ tandooribone** 4 months ago

It means that freedom of speech doesn't protect you from the social and professional consequences of hateful rhetoric. A middle school civics student understands this concept.

<

READ MORE OF THIS CONVERSATION >

---

**^ Disciplines** 4 months ago

The British are as bad as Americans concerning racism, white supremacy, and white privilege. They exported racism around the world with their colonialism. (as did other European countries). So it comes as no surprise to me that the current castle owner is an ignorant (excuse me, Freudian slip) immigrant from England.

<

---

> **^ Gerald Eisenhower** 4 months ago
>
> And yet they put an end to slavery long before we did.
>
> <

---

**^ DancesWithCybermen** 4 months ago

Why decent people with the resources to leave choose to live in these awful places, I'll never understand. It's different if you're poor and stuck there.

<

---

> **^ skangirl** 4 months ago
>
> Having the "resources to leave" doesn't mean that people *should* leave. Sadly, the hate is everywhere–and maybe outlets like WAPO are giving it too much ink.
>
> <

---

**AA1404**

∧ **Cheez Leweez** 4 months ago

It's like when the Neo-Nazis moved to North Idaho. They thought they were finding like-minded people, but the locals hated them even more, because they made them look bad.

≺

∧ **Duke1958** 4 months ago

Brimelow was born in England and is against immigration, names his organization after the first English child born where the Native Americans once lived, the land was worked by Black slaves kidnapped from Africa, and claims that American diversity is bad? He should be concerned about the British royal family and take his organization back to England.

≺

∧ **Robert Lambroschino** 4 months ago

Go easy on the BRF please.

≺

∧ **Gordon L Wolfe** 4 months ago

Tall order to attempt to conflate white supremacy with the first amendment.

The stench of fascist hate is strong and unalterable.

In any location it must be loudly called out, identified, and eliminated by shame. But, in the US it must be confronted, exposed, and constantly defined by the immoral, callus, atavistic, danger that it will always represent.

≺

**AA1405**

**∧ Further77** 4 months ago

If I visit the castle, should I wear my white hood?

<

> **∧ Cheez Leweez** 4 months ago
>
> Or you could buy one at the gift store…
>
> <

**∧ Betty Jo Bialowsky** 4 months ago

White supremicists invoke Virginia Dare as a symbol of white "purity".

https://www.washingtonpost.com/news/retropolis/wp/2018/08/22/virginia-dares-unwanted-legacy-a-white-nationalist-friendly-website-called-vdare/

<

**∧ Murmur1** 4 months ago

I'm sorry for the residents of Berkeley Springs. Having to cross the street all the time to avoid walking close to the castle would get old.

<

> **∧ DancesWithCybermen** 4 months ago
>
> I'd move.
>
> <

**AA1406**

**∧ skangirl**   4 months ago

A. Where would you go? Hate is everywhere.

B. How do you think local real estate values are impacted by the article–and, more importantly, by the fact that WAPO has dedicated so much space to it?

<

    **∧ DancesWithCybermen**   4 months ago

    Hate is everywhere, but it's a hell of a lot more accepted in red states than it is in blue ones. PA and MD both border WV and are both better options, at least if you stick to the metropolitan areas. DE isn't far and is also a good option, as well as far less expensive than PA and MD.

    <

    READ MORE OF THIS CONVERSATION >

   **∧ AQB24712**   3 months ago

   It's stuck up on the side of the mountain. You can enjoy pretty much all of Berkeley Springs without going near it.

   <

**∧ Further77**   4 months ago

By the way, that "castle" is ugly...

<

   **∧ AQB24712**   3 months ago

   Colonel Suit did the best he could.

   <

**AA1407**

^ **SpiritWinds** 4 months ago

Berkeley Springs is a sweet place to visit. If you go, make sure to visit the baths at the State Park and sign up for a massage afterwards. Lots of nice eateries downtown. Oh, and skip the fake castle.

<

> ^ **DancesWithCybermen** 4 months ago
>
> I don't take leisure trips to hate states.
>
> I was forced to travel to Florida recently due to a dire family emergency. I felt uncomfortable the whole time. Luckily, I interacted with only a small handful of people.
>
> <

^ **Double Bind** 4 months ago

This small, lovely village, where "George Washington bathed here," is the perfect place as a future residence (if he's not in prison) for King Donald the First and Last. What a contrast! It's a modest home, as castles go, though Washington turned down being a king, and Trump's most fervent wish is to become the Absolute Monarch of the US–or if not, over all the Q-nuts who wish to oppose democracy. (And for a semi-fascist as a semi-king.) Of course they forget or don't know that ridding the Colonies of the British King was the essential reason for the Revolutionary War. Oh, and it's unconstitutional to have a king or queen here or even have royal titles...in our democracy.

<

^ **Galumpher** 4 months ago

Criticizing people for their ideas is one thing, taking a gossipy swipe at a couple for their age difference is another.

<

**AA1408**

**average** 4 months ago

Ill do it everyday! My father married a girl who was in fact younger than several of his own kids. It was disgusting and embarrassing. People who do that have serious mental problems and should be sterilized. Wish everyday some one else had been my father. My "step" mom has already outlived one of her "kids".

<

---

**Sonya Marie** 4 months ago

This man has more nerve than a toothache. An immigrant himself is anti-immigration.

<

**Colin Meyer** 4 months ago

An immigrant opposed to ILLEGAL immigration. The woke again fail to clarify the difference.

<

---

**taoskier** 4 months ago

I SERIOUSLY doubt that's all he's against.

<

AA1409

∧ **PopcxqueenfromVA** 4 months ago

I'm not sure when the right will understand that trying to use the word woke as an insult is just not insulting.

The phrase "woke" and to "stay woke" is not new — it began appearing in the 1940s and was first used by African Americans to "literally mean becoming woken up or sensitised to issues of justice.
https://www.independent.co.uk/news/uk/home-news/woke-meaning-word-history-b1790787.html

<

---

∧ **Gerald Eisenhower** 4 months ago

They use it because they think it makes them hip and up-to-date. It always makes me snicker because only right-wingers use it period, insult or not.

It's like "Lock up her." A phrase gets stuck inside the point in their heads and won't get dislodged.

<
READ MORE OF THIS CONVERSATION >

---

∧ **lisaswanson** 4 months ago

See the Vdare website for the range of immigrants (legal too) and non-White native-born that they find unacceptable.

<

---

∧ **pklynch** 4 months ago

"I refuse to accept that wanting to reduce immigration is 'hate.' " No mention of "illegal" immigration, just immigration. Ironic, huh Colin?

<

**AA1410**

∧ **Colin Meyer**  4 months ago

Oh, come on, pklynch. You know durn well that he is talking about illegal immigration. However the far-left, woke journalist who wrote the article intentionally omitted this information so that thig guy would sound like a bigot instead of a normal person who wants to stop the lunacy at our southern border. WaPo does this all the time.

<

READ MORE OF THIS CONVERSATION >

∧ **Dan D956**  4 months ago

"Woke" is a term used by Republicans to denote any person or group who cares about other people. You, obviously, do not.

<

∧ **BigHero6**  4 months ago

Nope - no where in that article did he specify ILLEGAL immigration. Just "immigration.' So try again. Additionally, anyone who supports segregation of schools and says "diversity is a weakness" is a racist, bigot and general putz.

<

∧ **saint-ex**  4 months ago

Easy to sort. "In an interview with Hotsheet, Brimelow, an immigrant from Great Britain, said he's opposed to not only illegal immigration, but legal immigration too. He said it is creating a "Spanish speaking underclass parallel to the African American underclass."It's all immigration. But, your use of capitalization is a strong effort.

<

**AA1411**

**skangirl** 4 months ago

The truth is that people like him do not fear "underclasses" at all. **They fear *competing* with them, and they especially fear *failing* in the process.**

‹

**Fountaindale** 4 months ago

All you have to do is use a phrase like "the woke" to brand yourself as a close-minded conservative. He's against diversity and has clearly stated as much. If "the woke" fail to clarify, you like to cherry pick out of context.

‹

**K Mitch** 4 months ago

The Wolf's Lair.

‹

**taoskier** 4 months ago

Was that a name for Hitler's place in the mountains of Austria? I saved a picture off the net of him, Eva Braun, and German Shepard up there. I figured it's rare, but apparently not. To me, it's a reminder that the Devil can seem to be an ordinary person. I'm afraid some of the Republicans have invited the Devil into their psyche. Not sure if that's a word, but you know what I mean.

‹

**K Mitch** 4 months ago

Yep. You are correct. Evil is all around us.

‹

AA1412

Case 1:22-cv-01333-RDM Document 75-4, Filed 04/24/23 Page 301 of 749

∧ **logcabin1836** 4 months ago **(Edited)**

VDare wishes everyone a Merry Christmas.....And may all your Christmases be WHITE.

< 

---

∧ **Yes I Left** 4 months ago

"The British-born anti-immigration activist". Sooo....he's and immigrant.

< 

---

> ∧ **J.Selover** 4 months ago
>
> But since he's white, he believes he is a "good" immigrant, unlike all the "others". /s
>
> < 

---

∧ **Pejaynix** 4 months ago

I've found over time that one thing most white supremacists don't like being called is 'white supremacist.' And racists sure get upset when they're called 'racist'.

And if immigration spoiled America, how come those saying that make their point while staying in Virginia? They should vamoose, emigrate back to where their ancestors came from, leave the country to the Originals, instead of proving that immigration may have introduced vermin.

< 

---

**AA1413**

︿ **skangirl** 4 months ago

Until about 6 years ago, my neighbor resented being called a racist. She now laughs and freely admits to being "a racist and an anti-Semitic ".

On the bright side, I no longer feel it incumbent upon myself to be polite to her. (It takes less energy to wave just one finger than five.)

⤳

︿ **ibannettez** 4 months ago

Brimelow is from England originally, so doesn't that make HIM a *gasp* immigrant? Seems like he's ok with white immigration.

⤳

︿ **GramLu** 4 months ago

So, Brimelow is not a white supremacist but he wants the Supreme Court to reverse Brown vs. the Board of Education. And with his nonprofit foundation snd hid tripled salary he pays lawyers to terrorize anyone courageous enough to question his "values." May he reap what he sows. May the church he attends teach him what true Christianity says, about loving neighbor, not exclusively white neighbor.

⤳

︿ **Gordon L Wolfe** 4 months ago

The latter is a true fools errand.

There is nothing redeemable about a man, a family, and an organization that consciously decides to espouse, support, and become one of if not the most heinous state of consciousness on earth.

⤳

**AA1414**

Coral

4/20/23, 1:32 PM

^ **VAdame**  4 months ago

> The British-born anti-immigration activist

Good grief, do these people have ANY sense of irony?? Pity, it's a lovely town and now we're not ever gonna go there again :-(

<

---

^ **B4U QZME**  4 months ago

Thanks... Missed that one... Ironic no?

<

---

^ **plegg**  4 months ago

This guy's in need of a coronary. Methinks that's what Lydia is really after.

<

---

^ **average**  4 months ago

When you marry someone twice your age your plan is to be a widow.

<

---

^ **skangirl**  4 months ago

In order to have a coronary, one would have to possess a heart. Zombie apocalypse is probably the best we can hope for. Oh, but wait, they eat brains. Never mind.

<

---

**AA1415**

> **plegg**  4 months ago
>
> You got me there.
>
> <

---

^ **PericlesofMaine**  4 months ago

They aren't named VDare because Virigina Dare was British, but because she was white

<

---

^ **Lorindigo**  4 months ago

Let the racists be "out and proud." Let them shout their racism so we know exactly who they are.

The more public the racists make themselves, the easier it is for our diverse nation to avoid patronizing their businesses. The more we know who avoid, who not to vote for, and who not to donate money to.

Because as much as people like this want to pretend that "diversity is weakness," you can be assured that they would be pretty unhappy if all the non-racists and non-whites stopped patronizing their businesses.

<

---

^ **Further77**  4 months ago

Let me guess, Stephen Miller and Michael Flynn are founding members of the "inclusive" group V-Dare....

<

**AA1416**

**⌄ treesbysea** 4 months ago

Many Americans feel that the US and its finite resources cannot accommodate all those across the entire world who want to live here, and that all who do come here to live should do it legally. They would feel this way regardless of whether the immigrants in question are black, brown, white, purple, or...you name it. They are not racist, and are becoming more and more tired of being labelled "racist" by those who love to insult anyone with whom they disagree.

⩻

**⌄ The Oracle of Delphi** 4 months ago

Are you new to the internet?

⩻

**⌄ treesbysea** 4 months ago

I don't know what you consider "new"; I've been using the Internet for e-mail since the mid-90s and started surfing in the early 2000s.

⩻

**⌄ Operation Ivy Hank** 4 months ago

You're doing great.

⩻

**⌄ Further77** 4 months ago

And, how did you get here (the US) treesbysea?

Are you native American?

⩻

**AA1417**

**treesbysea**  4 months ago

Why do you focus on me and not on the points I raise? My content and its validity or lack thereof are what matter.

<

---

**wonderYrednow**  4 months ago

"They would feel this way regardless of whether the immigrants in question are black, brown, white, purple, or...you name it."

False. When did these Right Wing Nut Religious Whacko racists ever give a lying buck about illegal immigrants who come from White dominate countries?

Let the thread know when the Right Wing Nut Party proposes a wall on our northern border with Canada.

<

---

**PericlesofMaine**  4 months ago

If that is their position naming their organization after the first white child born in North America was a curious choice. The US is facing a population contraction problem in reality. The recent "Nobody wants to work" crisis is a symptom as COVID contributed to retirements and a drop off in immigration.

<

**AA1418**

**treesbysea** 4 months ago

I spoke for myself and not for the Vdare organization. Recently there have been large increases in immigrant numbers seeking to cross the US-Mexico border. This is against a backdrop of at least 11 million immigrants already here illegally, and many believe the number to be much higher. Finally, we are a democracy and a society of laws, and it is wrong for anyone to live here illegally whether a labor shortage exists or not. It is a matter of principle.

&lt;

**PericlesofMaine** 4 months ago

People immigrating and living here illegally is the result of a system designed to make legal immigration nearly impossible. It is analogous to price controls. You can order prices to ignore supply and demand, but it won't do you much good. Why does a country that needs immigration make legal immigration nearly impossible. Gee, the answer just might be racism. That is not just speculation. Our current immigration regime was designed by people Hitler admired and pointed to to justify his race policies.

&lt;

READ MORE OF THIS CONVERSATION >

**wonderYrednow** 4 months ago

It is **NOT ILLEGAL TO SEEK ASYLUM IN THE USA!**

&lt;

**J.Selover** 4 months ago

Asking for asylum is legal.

&lt;

**AA1419**

**treesbysea** 4 months ago

I didn't say it wasn't.

<

**Mort Sinclair** 4 months ago

You ignored completely the fact that these "millions" crossing our southern border are actually legal asylum seekers. An inconvenient fact for you, I know, but a fact nonetheless.

<

READ MORE OF THIS CONVERSATION >

**tinfoil hattie** 4 months ago  (Edited)

"purple"

Always with the "purple," you people. Huge signal of your racism.

<

**PopcxqueenfromVA** 4 months ago

With the ongoing climate catastrophe(s) in the world, there is going to be more and more migration, and one day it might even be YOUR family that has to flee. Imagine how you'd like to be treated if that became your reality. (Or just find some empathy for people who are desperate.)

<

**AA1420**

∧ **Thoughts and Values**  4 months ago

Um, that's not a future scenario. Imagine for a bit that you wanted to flee the US, and actually check out how easily you could become a permanent legal resident or citizen of other nations TODAY, or how welcome you would be as an unauthorized immigrant to other nations. I DID check (after the previous president was elected) and I was shocked how difficult it would be to migrate elsewhere. I hope it will never be neccessary, because you cannot expect open arms much of anywhere else. It's time to stop judging the US by harsher standards than the rest of the world, as if our immigration is unusually strict; it is not.

But don't take my word for it, check for yourself and report back about how well you would be treated if you decided to flee the US (as a poor, working class or middle class person, not as seriously rich which is different).

There are many reasons why not one in 10,000 who said they'd leave the country if the orange man was elected, did so - but the difficulty of legally or illegally immigrating anywhere else was a major one.

< 

∧ **wonderYrednow**  4 months ago

Making plans for emigration to foreign lands was a task for the last century. Glad I did what was needed to establish a foothold in Asia and Europe in the 1990's.

< 

**AA1421**

**^  Gordon L Wolfe**  4 months ago

As you parallel your political journey with these people you may want to ponder what they really represent before your imprimatur is readily dispensed to them.

Or perhaps not.

<

**^  treesbysea**  4 months ago

I don't parallel my political journey with anyone, if "parallel" means being in lockstep with a person or people. I always analyze issues individually, and although I have many right-of-center positions, I'm also an environmentalist and am pro-choice in most cases.

<

**^  amart865**  4 months ago

If you are tired of being labeled racist, maybe it's time for a different approach instead of blaming the messenger. Look in the mirror and ask yourself if white people lacking documentation to enter the US would get the same treatment. Then come back and give us an honest answer.

<

**^  treesbysea**  4 months ago

No-one of any race should be allowed to live in the US illegally. As I made clear in my comment, this applies to whites just as much as to anyone else.

<

∧ **Mort Sinclair** 4 months ago

Again, you don't seem to understand asylum law. It isn't a question of "allowed to live in the US illegally"; it's a question of process, which you completely and utterly ignore. Moreover, most people in the States who are undocumented merely overstayed a visa and they are spread out all of the nation, working and paying taxes. Your shallow understanding of the immigration issues facing this nation should motivate you to read more and rely less on your black/white truthiness. The world, you see, is gray.

⤺

[READ MORE OF THIS CONVERSATION >](#)

---

∧ **amart865** 4 months ago

You don't get it. You're using the statement about whites to make it seem as if anti-immigration positions aren't racist. It's just a convenient way of avoiding how you really feel.

⤺

---

∧ **wonderYrednow** 4 months ago

IT IS NOT ILLEGAL TO SEEK ASYLUM IN THIS COUNTRY!

⤺

---

**AA1423**

⌃ **skangirl** 4 months ago

The process of legal immigration has been in desperate need of an overhaul for decades (despite 45's much vaunted "most byootiful immigration plan you ever saw", always 2 weeks away). The vast majority of wannabe immigrants are seeking a safer, saner place where they can work hard and provide for their families, giving their children access to education and freedom.

It is the threat of immigrants' success that the VDAREs fear. They know that they cannot compete on an even playing field. (They will, however, b itch and moan when the shortage of migrant labor leaves tomatoes and strawberries rotting in the field and causes prices to skyrocket.)

<

⌃ **treesbysea** 4 months ago

If you mean that the US is a "safer, saner place", one key reason it is those two things is that it is a society of laws. If illegality is rewarded, it will increase, diminishing the safety and sanity until ultimately it is lost.

For the rest of your comment, you offer no evidence; it is simply a smearing of those with whom you disagree.

<

⌃ **wonderYrednow** 4 months ago

bRoke record be bRoke

<

**AA1424**

∧ **wonderYrednow** 4 months ago

Several false premises in this comment make it both ignorant AND racist in its own right

≺

---

∧ **knb123** 4 months ago

I wonder if the Brimelows are descended from indigenous Americans. If not, their forefathers are–dare I say it???–IMMIGRANTS!
What a hypocritical gasbag this guy is. While the "hate castle" looks appealing from the outside, once you know the back story, it's a no-go.

≺

**AA1425**

⌃ **Thoughts and Values**  4 months ago

Even if they were entirely descended from indigenous Americans, they would still be immigrants.

All of today's indigenous Americans are descended from the Clovis peoples, who immigrated from Asia to North and South America around 13,000 years ago via the land bridge which opened up then. However, both continents were already occupied at that time by a different genetic group from a different region of Asia who had previously come by small boats more than 20,000 years ago. The Clovis immigrants, or invaders, completely eliminated the original inhabitants of the Americas. I don't hold that against the current indigenous Americans - it wasn't them personally who did it and they have no control and thus no responsibility for the complete genocide committed by their ancestors.

But it's still true that they too are descended from immigrants (genocidal invaders even), just earlier ones than Europeans.

This isn't some Atlantis and ancient aliens entertainment from the fringes, it's cutting edge genetic and archeological research. You can research it in science journals, not on the History Channel.

To be clear, I am not suggesting that the European invasion of the Americas was a good or proper thing, but I am suggesting that a more balanced approach would make more sense than expecting that Europeans are better than the rest of the world and so as superiors should be held to higher standards than anybody else. Europeans are not special, and are not smarter, wiser, more ruthless, more aggressive, or otherwise unique; they were lucky that when their expansive peak hit, the technology happened to be developed enough to allow them to conquer more of the world than earlier empires had been able to do. There is a lot of hubris involved in holding European descended people to different standards than any other peoples within our species. We humans are all very mixed, some good and some bad.

**AA1426**

Coral 

❮

---

⌃ **WaltonCoDem**  4 months ago

It always amazes me how thin-skinned white supremacists are. Peter Brimelow had to sue a local who disliked them and claimed they were behind the armed thugs who showed up at the BLM vigil.
Disgusting old man and his obedient wife.

BTW, immigration is virtually always a dog whistle for white purity.

❮

---

⌃ **Gordon L Wolfe**  4 months ago  **(Edited)**

The 'immigration' issue could have been amicably agreed upon years ago.

But the gqp finds the mere mention of the word a no cost whistle to their cretin base — to even consider such a rational solution.

Thus the continued use of words as codes.

BTW very few American citizens wish Immigrants to have unrestricted entry into this country. Funny how the gqp crowd has NO OBJECTION to Cubans or Venezuelans entering.

Hmm?

❮

---

**AA1427**

∧ **slack_wv**   4 months ago   **(Edited)**

The Koch TEA Party killed the bipartisan "Gang of Eight" immigration bill in 2013. This bill should be re-submitted and passed.

It would have made illegal immigration a thing of the past by mandating E-Verify, stiff penalties including prison for employers who hired illegals, 24/7 surveillance at the border and for miles inside of it, new fences, tracking of visa overstays, guest-worker programs, DACA, etc. Read Schumer's speech for details:

> If we eliminate the **jobs magnet**, we will eliminate illegal immigration.
> https://www.realclearpolitics.com/video/2013/06/12/sen_schumer_illegal_immigration_will_be_a_thing_of_the_past.html

The far-right Big-Business-First TEA Party prevented this important bill from passing because *unethical employers actively **wanted** illegal immigration for cheap, subservient labor.*

≺

---

∧ **andamule**   4 months ago

I'd call Brimelow a "thinking man's bigot" – that is, he's a hateful bigot who offers (false) intellectual explanations for his biases. He is potentially the most dangerous type because his warped rhetoric will provide a cloak for bigots looking to rationalize their hate.

≺

---

∧ **Gordon L Wolfe**   4 months ago

A la Carlson and Goebbels.

≺

---

∧ **andamule**   3 months ago

Exactly.

⟨

---

∧ **Enlightened Prisoner**   4 months ago   **(Edited)**

Peter Brimelow, (a non-native member of the American Continent), described them as "'devil terms,' aimed at suppressing debate," in response to questions from The Washington Post. "I refuse to accept that wanting to reduce immigration is 'hate.'"

On behalf of the First Citizens of the American Continent, you Mr. Brimelow, are strongly encouraged to go back where you came from. You are unable to pass the citizen's test of respect for your neighbors.

⟨

---

∧ **Mlkspools**   4 months ago

Well put. Even Virginia Dare was an immigrant who never cleared customs or was vetted to settle here.

⟨

---

∧ **tinfoil hattie**   4 months ago

Well, actually she was born here, so

⟨

---

∧ **TenRELeven**   4 months ago

Her parents weren't.

⟨

---

**AA1429**

**^ wabigbear** 4 months ago

Sues someone over something they don't like then turns around and posts a Tweet "Help us continue to fight the Radical Left's Reign of Terror by making a tax-deductible donation to the VDARE"... Hypocrites.

‹

> **^ Baba Ghanoush** 4 months ago
>
> Why should only the Trump family get to "false-victim" grift? It appears to be the leading entrepreneurial option for aggrieved right-wing whities.
>
> ‹

> > **^ wabigbear** 4 months ago
> >
> > That's very true!
> >
> > ‹

> **^ Thoughts and Values** 4 months ago
>
> The suit was not founded on "we dislike what this person is saying and want to suppress their freedom of speech" but on "this person is saying untrue things about us can causing damage" which is a longstanding exception to freedom of speech. Truth is a valid defense from that charge. But if a person actually was making untrue and harmful statements, then they can be held legally liable - on any side.
>
> Sometimes "hypocrisy" is hard for the confirmation biased to accurately assess. It's a lot easier to (correctly or incorrectly) perceive in others than in ourselves.
>
> ‹

**AA1430**

∧ **wabigbear** 3 months ago

Yes, "Radical Left's Reign of Terror" is hard to accurately access as to it's truthfulness I guess...

⤫

---

∧ **Officer Obie** 4 months ago **(Edited)**

Knowing the history of the White European immigrants who overran those already living in North America at the time, I can understand their present immigration concerns.

⤫

---

∧ **Virginia 9999** 4 months ago

The immigrant does not like immigration. Why did he come here if he did not like immigration???

⤫

---

∧ **bobfbell** 4 months ago

The Brimelow sound like great neighbors. If you want to live in a white heterosexual Christian community where the white heterosexual Christians will not accept any deviation from **their norm**.

This is full scale Christofascism on display. Being led by a wealthy litigious man who sued people for exercising their free speech.

Merry Christmas, indeed!

⤫

**AA1431**

**⌃ No Fools Need Apply**  4 months ago

Since 1492 it's the white folks who are the immigrants. Does he know that?

<small>⌕</small>

---

> **⌃ Quags**  4 months ago  **(Edited)**
>
> Sure. But what is special about 1492? Because according to that same logic, and since humanity started in Africa...and ONLY in Africa...and then migrated everywhere else, every living human who isn't living at this time in Africa, including Native Americans, is an immigrant to wherever they are. 1492 is just an arbitrary date in that regard.
>
> <small>⌕</small>

---

**⌃ leah60**  4 months ago

They attend a local church? What do they preach in that church? Why does the church put up with having them in their congregation?

<small>⌕</small>

---

> **⌃ Donna Kelsch**  4 months ago
>
> Anyone who is respectful during Mass is welcomed in a Catholic Church. It is assumed they believe the basic tenets of Jesus Christ and his Church but, unless they openly claim otherwise, or cause disruption during Mass, they are accepted as believers. Catholic Churches are not supposed to be political and the only opportunity to do so would be during the homily ( sermon ) but priests are directed to speak on the readings of the day ( every day has specific readings from Old and New Testaments, plus the Gospel that are on the same theme) and how to incorporate them into our everyday life so as to aid us in becoming better Christians. Church is for sinners, though some saints attend as well as all owe God worship. By their fruits you shall know them so what they say and do will tell you whether they are really Christian or not. God gives all free will and some do not choose wisely...they flirt with the dark side to their peril.
>
> <small>⌕</small>

**AA1432**

∧ **Thoughts and Values**  4 months ago

There used to be a concept of tolerance for differences of opinion. Today many have been seduced into the concept that only they should get to decide what speech should be free, and what should be tolerated.

‹

---

∧ **acinwv**  4 months ago

"They were on the grounds of VDare's headquarters, but all they saw were twinkling lights." Just ignore it and it'll go away. If only dismantling hate were that easy.

‹

---

∧ **Monalisavito**  4 months ago

Husband and wife both pieces of poop...

‹

---

∧ **BigHero6**  4 months ago

"But VDare regularly publishes writers who argue that America's White majority and essential character are being threatened by people of color and who use 'racist pseudoscience' to argue that White people are superior to other races." Yeah dude, that's called being a White Nationalist or Supremacist.

And it's ironic HE'S an Immigrant from England. So certain immigration (assuming you are lily white) is okay? Nope - it's BS.

‹

---

**^ Publiclawyer** 4 months ago

Another mini-Rupert Murdoch with funding by wealthy Repubs!

<

---

**^ Shannon Dow** 4 months ago

I was surprised to see that VDare's former headquarters was in Litchfield, CT, since I live nearby and had never heard of them, so I did a satellite search of their 447 South Street address. Interestingly, that address is an open field in a residential area. Interesting place for a headquarters.

2018 stats:

Revenue: $698,157
Expenses: $681,098
Assets: $187,130

<

---

**^ Sonya Marie** 4 months ago

As a CT native, I was surprised too. Good riddance.

<

---

**^ Stop autocracy** 4 months ago

Another racist grifter made the mistake of incorporating in New York. Thank you, Attorney General Letitia James.

<

**⌃ Confused maybe not** 4 months ago

Let's make donations to HIAS (Hebrew Immigrant Aid Society) in their name

⤫

**⌃ Flolinda** 4 months ago

I love these folks who tout that they are not racists but just want to lessen immigration. Why is it that they never want to build a wall on our northern border?

⤫

> **⌃ Just Me WP** 4 months ago
>
> I want to lessen immigration. A lot. I'm not a racist. At all. Your conflation of immigration with race tells me your mental skills are not up to the job of having intelligent discourse.
>
> ⤫

**⌃ PNXBHERE** 4 months ago

It's such a relief to read that the residents don't care what happens if it only happens in the Castle.

Murder, rape, torture chambers, I mean hey (!), if it doesn't affect or matter to racists, killers or affects *ME, ME, ME,* who cares, (???).

None of my business so long as they kill and torture immigrants, these residents are all for it!!! I'd warn Ukrainians, but my guess is they're not considered immigrants since they're White.

⤫

**AA1435**

**^ Just Me WP**   4 months ago

WTF? Now they kill and torture immigrants in the castle. As a liberal, you embarrass me.

&lt;

---

**^ Thoughts and Values**   4 months ago

Yep. The degree of hatred and bigotry (in the dictionary sense) expressed by the self-righteous who are nominally on the side of tolerance is astounding.

The idea that somebody could welcome neighbors from many countries and treat them well, and at the same time advocate for limited legal immigration, blows their mind. They think that ANY limitation in numbers (or to legal immigration) is equivalent to wanting to murder rape and torture immigrants.

&lt;

---

**^ Liz_EG**   4 months ago

I think the most unsettling moment in this article is the family picture at the end. Those kids. Will they spread their parents' prejudice to the next generation or will they have the grace and courage to fight against it as they become adults? There's the rub. Our future as a free and inclusive society is in the hands of these children. Racism is real. It hides behind innocuous smiles and breeds.

&lt;

---

**^ Cheez Leweez**   4 months ago

Don't forget to come to the weekly cross burnings!

And on your way out, pick up a few high-capacity mags at the gift shop.

&lt;

---

**AA1436**

**^ tuhaybey** 4 months ago

Why is WaPo presenting the question of whether VDare is white supremacist as if it is a
matter of opinion? That's the entire function of the group. It isn't anything other than a white
supremacist group...

<

> **^ Sonya Marie** 4 months ago
>
> Exactly. They tell you exactly who they are so why is there a question?
>
> <

**^ jhart38** 4 months ago

"The British-born anti-immigration activist" Good lord.

<

> **^ workerbee35806** 4 months ago
>
> Ironic, isn't it?
>
> <

> > **^ acinwv** 4 months ago
> >
> > Well, he's white.
> >
> > <

**^ Further77** 4 months ago

"They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."

Guess what Barb? You're a racist.....

<

> **^ tinfoil hattie** 4 months ago
>
> Guess what, Barb? Brimelow is an IMMIGRANT.
>
> <

> **^ Just Me WP** 4 months ago
>
> Wanting to reduce immigration numbers is not racist. Tighten up your cognitive skills.
>
> <

> **^ Further77** 4 months ago
>
> Sorry, my PhD got in the way of the real discussion.
>
> Less immigration, so white people can pick my strawberries!
>
> <

## ∧ **Thoughts and Values** 4 months ago

It's interesting that the first thing that comes to your mind for immigrants is having them pick strawberries for you.

I bet you get an interesting score on the IAT, and imagine that if your have that much unconscious bias, people less progressive than you must be really bad. Have you taken the IAT?

≺

---

## ∧ **CitizTM** 4 months ago

Any Lady of 38, even if not exactly a beauty, that puts up with this yellow-teethed Geezer is on a sad pathetic quest for gold or is insane.

≺

---

### ∧ **radical left** 4 months ago

He's handsome inside . . . a wonderful soul.

≺

---

### ∧ **Further77** 4 months ago

He's got better teeth than most 70 year old Brits.

Still doesn't detract from the fact that he's a hypocritical racist scumbag....

≺

---

### ∧ **Cheez Leweez** 4 months ago

Hey, it got her into the US...

≺

## AA1439

> **^ Thoughts and Values** 4 months ago
>
> Body shaming is OK if we do it.
>
> ⤳

**^ Marell** 4 months ago

…Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."

Same old disgusting story — it's not your concern until they start coming after you. Watch your back.

⤳

> **^ PortlandZoo** 4 months ago
>
> And she didn't do her shop any favours. The intelligence of these bigots is predictably low.
>
> ⤳

> > **^ Cheez Leweez** 4 months ago
> >
> > It'll be Biden's fault...
> >
> > ⤳

**^ RescueGuy** 4 months ago

Ah, the American way … carry a gun and threaten to shoot people you don't like.

⤳

**AA1440**

⌃ **PortlandZoo**  4 months ago

That's not a castle… it's an eyesore. But thanks for the warning.

⌃

    ⌃ **PopcxqueenfromVA**  4 months ago

    It's actually lovely, and an interesting piece of architecture, but the new owners have made it ugly.

    ⌃

    ⌃ **Cheez Leweez**  4 months ago

    If you're into tacky.

    ⌃

    ⌃ **Thoughts and Values**  4 months ago  **(Edited)**

    You fail to understand the psychology of the other commenters. They are not hear to nuance as you suggest, they are here to smear and feel self-righteously proud of themselves for doing so.

    Imagine yourself completely neutral, as a visiting ethnographer from another planet. Are the comments in this thread mostly tolerant, loving, thoughtful, nuanced, respectful of diversity of opinion? Or is the tone more like a mob throwing (verbal) stones at a caricatured evil?

    Would they be sad if the Castle were permanently destroyed, or would they cheer because striking at the current (and temporary) owners is much more important than anything else?

    ⌃

**⌃ Shenanigansisme** 4 months ago

He's not a racist but wants to overturn de-segration in schools? Sure, Brimelow, whatever.
You and your mail order bride are massive racists. Just admit it.
It's a shame you're raising children.

⌄

**⌃ Foster Furcolo** 4 months ago

I don't know what sort of a group VDARE is. But I do know that plenty of people who want less immigration, and work towards that end, as I do, are not haters. We do think \*\*\*too much\*\*\* immigration does take jobs from Black and other American working people, and that any increase in population makes our already environmentally unsustainable country even more so. (On the former, see, Back of the Hiring Line: A 200-Year History of Immigration Surges, Employer Bias, and Depression of Black Wealth, by Roy Beck ($13 on Amazon).

Among other things, in 1980, meat packers were primarily Black workers, earning good middle class wages. By that decade's end, they were immigrant workers, earning barely over minimum wage, under atrocious conditions.

I also know that SPLC often labels as hate groups groups with which they have political disagreements. They do this in an effort to cancel those groups. They are also rolling in dough.

⌄

> **⌃ FulhamDC** 4 months ago
>
> Tell yourself whatever helps you sleep at night, sport.
>
> ⌄

**AA1442**