# 23-1084(L),

## 23-7409(CON)

IN THE UNITED STATES COURT OF APPEALS FOR THE
SECOND CIRCUIT

VDARE FOUNDATION, INC.,

*Plaintiff-Appellant,*

- v. -

LETITIA JAMES, IN HER OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF THE STATE OF NEW YORK,

*Defendant-Appellee.*

On Appeal from the United States District Court for the Northern
District of New York, Case No. 1:22-cv-01337 (FJS/CHF)

**PLAINTIFF-APPELLANT APPENDIX**
**VOLUME 6 OF 7**
**(PAGES AA1443– AA1723)**

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC.
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 888-887-1776
Email: jmw@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC.
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
Email: ecf@randazza.com

*Counsel for Appellant*

i

# TABLE OF CONTENTS

U.S. District Court for the Northern District of New York
Docket Sheet, Case No. 1:22-cv-01337 (FJS/CHF)…………….. AA0001

Verified Complaint dated Dec. 12, 2022 [Dkt. No. 1]………….. AA0009

    Exhibit A – *Volkov v. James* Complaint [Dkt. No. 1-1]…. AA0027

Motion to Dismiss for Failure to State a Claim
dated Jan. 18, 2023 [Dkt. No. 12]………………………………… AA0075

    Memorandum in Support of Motion [Dkt. No. 12-1]……. AA0076

    Declaration of Fuchs [Dkt. No. 12-2]……………………… AA0103

    Exhibit A – State Court Petition [Dkt. No. 12-3]……….. AA0108

    Exhibit B – 2020 Form 990 [Dkt. No. 12-4]……………… AA0118

    Exhibit C – 2019 Form 990 [Dkt. No. 12-5]……………… AA0160

    Exhibit D – 2018 Form 990 [Dkt. No. 12-6]……………… AA0191

    Exhibit E – Affirmation of E. Frish [Dkt. No. 12-7]…….. AA0220

    Exhibit F – Deed from VDARE to BCF [Dkt. No. 12-8]… AA0234

    Exhibit G – Deed from VDARE to BBB [Dkt. No. 12-9]... AA0237

    Exhibit H – BCF Certificate of Incorporation
    [Dkt. No. 12-10]………………………………………………… AA0245

    Exhibit I – BBB Certificate of Incorporation
    [Dkt. No. 12-11]………………………………………………… AA0250

    Exhibit J – Lease to BBB [Dkt. No. 12-12]……………… AA0255

    Exhibit K – Subpoena [Dkt. No. 12-13]…………………… AA0261

    Exhibit L – Facebook Report [Dkt. No. 12-14]…………… AA0279

    Exhibit M – Facebook Subpoenas [Dkt. No. 12-15]…….. AA0309

Exhibit N – Kelly Letter dated July 20, 2022
[Dkt. No. 12-16]…………………………………………… AA0336

Exhibit O – Suvari Correspondence [Dkt. No. 12-17]…... AA0342

Exhibit P – Frisch Letter [Dkt. No. 12-18]……………… AA0368

Exhibit Q – Suvari Correspondence [Dkt. No. 12-19]…... AA0371

Exhibit R – Frisch Letter [Dkt. No. 12-20]……………… AA0375

Exhibit S – Frisch Letter [Dkt. No. 12-21]……………… AA0377

Exhibit T – Suvari Letter dated Dec. 2, 2022
[Dkt. No. 12-22] ………………………………………… AA0379

Notice Re: Decision in Related State Case dated
Jan. 26, 2023 [Dkt. No. 15] ……………………………..……… AA0384

Text Order Treating Dkt. No. 15 as Supplement dated
Jan. 27, 2023 [Dkt. No. 16] ……………………………………… AA0398

Affidavit in Opposition to Motion to Dismiss
dated Feb. 22, 2023 [Dkt. No. 25]………………………………… AA0399

Exhibit A – Affirmation in Support of Order to Show
Cause [Dkt. No. 25-1]…………………………………… AA0402

Exhibit B – Fuchs Email [Dkt. No. 25-2]………………… AA0415

Exhibit C – Frisch Letter [Dkt. No. 25-3]………………… AA0417

Exhibit D – Frisch Letter [Dkt. No. 25-4]……………….. AA0419

Exhibit E – Frisch Email [Dkt. No. 25-5]………………… AA0422

Exhibit F – Frisch Email [Dkt. No. 25-6]………………… AA0423

Exhibit G – Suvari Letter [Dkt. No. 25-7]……………….. AA0424

Exhibit H – Lease Agreement [Dkt. No. 25-8]…………… AA0428

Exhibit I – 2019 CHAR500 Form [Dkt. No. 25-9]……….. AA0433

iii

Exhibit J – Fuchs Email [Dkt. No. 25-10].................... AA0437

Exhibit K – Frisch Letter [Dkt. No. 25-11].................. AA0438

Exhibit L – Frisch Email [Dkt. No. 25-12].................. AA0440

Exhibit M – Frisch Letter [Dkt. No. 25-13]................. AA0441

Exhibit N – State Case Memorandum [Dkt. No. 25-14]... AA0442

Exhibit O – *Volokh v. James* Opinion and Order
[Dkt. No. 25-15]................................................ AA0464

Exhibit P – Operating Agreement [Dkt. No. 25-16]........ AA0485

Exhibit Q – Bylaws of Berkeley Castle Foundation
[Dkt. No. 25-17]................................................ AA0490

Exhibit R – Order [Dkt. No. 25-18]........................... AA0496

Exhibit S – Affirmation in Support of Application
for Stay [Dkt. No. 25-19]...................................... AA0498

Memorandum in Opposition to Motion to Dismiss dated
Feb. 22, 2023 [Dkt. No. 26] ................................... AA0521

Response in Support of Motion to Dismiss dated
Mar. 8, 2023 [Dkt. No. 27] ................................... AA0551

Notice Re: Decision in Related State Case dated
Mar. 14, 2023 [Dkt. No. 28] .................................. AA0562

Emergency Motion for Temporary Restraining Order and
Preliminary Injunction dated Mar. 21, 2023 [Dkt. No. 29]...... AA0564

Declaration of A. Frisch [Dkt. No. 29-2]...................... AA0568

Corrected Memorandum in Support of Emergency Motion
for Temporary Restraining Order and Preliminary Injunction
dated Mar. 21, 2023 [Dkt. No. 30].................................... AA0634

iv

Order Denying Motion for Temporary Restraining Order
dated Mar. 27, 2023 [Dkt. No. 32] ..................................... AA0664

Response in Opposition to Motion for a Preliminary
Injunction dated April 10, 2023 [Dkt. No. 34] ...................... AA0666

Affidavit in Opposition to Motion for a Preliminary
Injunction dated April 10, 2023 [Dkt. No. 35] ...................... AA0684

    Exhibit A – Affidavit of Yael Fuchs [Dkt. No. 35-1]........ AA0688

    Exhibit B – Subpoena [Dkt. No. 35-2].......................... AA0706

    Exhibit C – Frisch Letter [Dkt. No. 35-3].................... AA0724

    Exhibit D – Frisch Letter [Dkt. No. 35-4].................... AA0727

    Exhibit E – OAG Letter [Dkt. No. 35-5]....................... AA0729

    Exhibit F – State Court Petition [Dkt. No. 35-6]........... AA0734

    Exhibit G – Oral Argument Transcript [Dkt. No. 35-7]... AA0744

    Exhibit H – State Court Order [Dkt. No. 35-8].............. AA0780

    Exhibit I – OAG Proposed Protective Order
    [Dkt. No. 35-9]...................................................... AA0792

    Exhibit J – VDARE Motion for Stay [Dkt. No. 35-10]..... AA0802

    Exhibit K – OAG Opposition to Motion for Stay
    [Dkt. No. 35-11]..................................................... AA0980

    Exhibit L – Order Denying Stay [Dkt. No. 35-12].......... AA1044

    Exhibit M – Frisch Affirmation [Dkt. No. 35-13]........... AA1046

Reply in Support of Motion for a Preliminary Injunction
dated April 24, 2023 [Dkt. No. 38] ..................................... AA1060

Affidavit in Support of Motion for a Preliminary Injunction
dated April 24, 2023 [Dkt. No. 39] ..................................... AA1076

Exhibit A – OAG Memorandum of Law [Dkt. No. 39-1]... AA1079

Exhibit B – 11 News Article [Dkt. No. 39-2]…………….... AA1102

Exhibit C – Washington Post Article [Dkt. No. 39-3]…… AA1106

Exhibit D – VDARE Article [Dkt. No. 39-4]……………. AA1110

Exhibit E – Washington Post Article [Dkt. No. 39-5]…… AA1113

Exhibit F – Declaration of Lydia Brimelow
[Dkt. No. 39-6] ………………………………………….. AA1862

Exhibit G – Affidavit of VDARE Lady Reader
[Dkt. No. 39-7] ………………………………………….. AA1874

Exhibit H – Affidavit of Federale [Dkt. No. 39-8] ………. AA1877

Notice of Motion to Strike Docket Entries dated
April 28, 2023 [Dkt. No. 42]…….………………………………. AA1880

Memorandum in Support of Motion to Strike
[Dkt. No. 42-1]………………………………………….. AA1881

Notice Supplement in Support of Motion for Preliminary
Injunction dated April 28, 2023 [Dkt. No. 43]…………………... AA1886

Exhibit A – Redacted Affidavit [Dkt. No. 43-1]…………. AA1887

Exhibit B – Redacted Affidavit [Dkt. No. 43-2]…………. AA1890

Text Order on Motion to Strike dated
May 2, 2023 [Dkt. No. 44]….………………………………….. AA1893

Sur-Reply in Opposition to Motion for a Preliminary
Injunction dated May 10, 2023 [Dkt. No. 49] …………………... AA1894

Response in Support of Motion to Dismiss dated
July 27, 2023 [Dkt. No. 51] …………………………….....……. AA1904

Notice of Appeal dated July 27, 2023 [Dkt. No. 53]……………. AA1907

Response in Opposition to Motion to Dismiss
dated July 27, 2023 [Dkt. No. 54] ....................................... AA1909

Motion for Injunction Pending Appeal dated
Aug.24, 2023 [Dkt. No. 56] ................................................ AA1914

Memorandum of Law in Support of Motion for Injunction
Pending Appeal dated Aug. 24, 2023 [Dkt. No. 57]............... AA1917

    Exhibit A – Mendelson Letter [Dkt. No. 57-1].............. AA1940

    Exhibit B – Kelly Letter [Dkt. No. 57-2]...................... AA1945

    Exhibit C – Mendelson Letter [Dkt. No. 57-3].............. AA1948

    Exhibit D – Letter from F. Kelly dated
    Aug. 1, 2023 [Dkt. No. 57-4].....................…..................... AA1951

Response in Opposition to Motion for Injunction Pending
Appeal dated Sept. 13, 2023 [Dkt. No. 58]........................... AA1971

    Exhibit 1 – Schimmel Letter [Dkt. No. 58-1]................ AA1982

Notice of Appeal dated Oct. 13, 2023 [Dkt. No. 61] ............... AA1984

**⌃ Just Me WP**   4 months ago

Facts bother you?

   ⋖

---

**⌃ Shenanigansisme**   4 months ago

Read the article. He clearly spouts off racist rhetoric. Unless of course, you also think
schools should be segregated again and you like attacking people for their differences.
Then, you are also a racist.
If the shoe fits.....

   ⋖

---

**⌃ OscDan**   4 months ago   **(Edited)**

Sounds to me, the Brimelows are his kind of people, talking in sweeping hateful
generalities bathed in ignorance.

   ⋖

---

**⌃ Officer Obie**   4 months ago

@ Foster Furcolo

> We do think ***too much*** immigration does take jobs from Black and other
> American working people.

You identify Black people specifically, but not other groups. I hope you realize that is
racist.

   ⋖

---

**AA1443**

^ **OscDan**  4 months ago

His entire post is racist.

⌄

---

^ **Just Me WP**  4 months ago

Oh for God's sake. How effin' pedantic.

⌄

---

^ **PortlandZoo**  4 months ago

Blather

⌄

---

^ **Cheez Leweez**  4 months ago

That's right; you want to make sure "Blacks" in America have plenty of opportunity to mow lawns, clean bathrooms, pluck chickens and wash dishes.

Mighty white of you...

⌄

---

^ **karfol**  4 months ago

It's not about immigration. Like Trump, these people want only Norweigan-type (aka White) immigrants moving in. They believe diversity of skin color weakens us. And I can easily see how anyone would get out of working as a meat packer as soon as they could. And obviously as a agri vegetable picker or a maid in a hotel.

⌄

---

**AA1444**

⌃ **mddolfan1**   4 months ago

There's one very simply way to make a determination on what sort of group VDARE is–just go to their website. The link is in their "Christmas card" posted in the article. Spend fifteen minutes to educate yourself on what kind of group they are.

⌃ **tinfoil hattie**   4 months ago

If you "don't know" that VDare is a white supremacist group, you belong as a member.

⌃ **Just Me WP**   4 months ago

Unlike the commenters who label you as racist, I 100% agree with you. Labor is a commodity. The more available, the less the value. Econ 101.

We have too many people. Period. End of story. Our population has doubled since I was a kid in the 1950's. Doubled. Every person needs water, housing, transportation, recreational opportunities, and more.

People that don't understand this are like the proverbial frog in hot water. They see the problems arising from too many people, but can't see the reasons.

∧ **wonderYrednow**  4 months ago

Just FYI, the entire world population is more than double.

1970 3,706,618,163 20.2
1980 4,453,831,714 18.5
1990 5,278,639,789 15.2
2000 6,082,966,429 12.6
20101 6,848,932,929 10.7
20201 7,584,821,144 8.7
20301 8,246,619,341 7.3

<

---

∧ **amart865**  4 months ago

Your post is filled with lies about the impact of immigration.

<

---

∧ **MzEliz**  4 months ago

Another immigrant who came to our multi-cultural country and now foments hateful, racist, right-wing, homophobic, anti-immigrant stances. Welcoming their patronage of your gift shop, yoga class or restaurant normalizes, perpetuates and excuses their dangerous hate and racism. Make no mistake, these "sweet" racists hate you, too, no matter how much they compliment your cooking or your yoga class.

<

---

**AA1446**

**⌃ OscDan** 4 months ago

Maybe the U.S, can continue to welcome immigrants who add to our economy and enrich our society while, at the same time, expel the foreigners who spread disinformation, hatred and division. I'm talking about you, Rupert Murdoch and Elon Musk.

⌃

**⌃ Thoughts and Values** 4 months ago

You know a lot about hating people?

⌃

**⌃ Colin Meyer** 4 months ago

Peter Brimelow: "I refuse to accept that wanting to reduce immigration is 'hate.' "

He is correct. Anyone who speaks out against this lunatic invasion of illegals coming across our southern border is immediately branded as a racist by the woke. And you can read their profound confusion every day right here on the WaPo forum.

⌃

**⌃ Shenanigansisme** 4 months ago

In the article he clearly talks about matters other than immigration. But, hey, if you feel better being ignorant and hateful, then knock yourself out.

⌃

▲ **PopcxqueenfromVA** 4 months ago

Every word you just wrote is problematic, so don't be surprised or perplexed when people rightly call you out on it. Starting with lunatic invasion: it's a human right to seek asylum at borders, and someday you might need to do the same thing (and you'll expect to be treated with dignity, won't you?) Human beings aren't illegal, and you might be one of the only ones here that's confused, letting the hatred of other humans rot you from the inside.

&lt;

---

▲ **Flolinda** 4 months ago

They never have a problem wit people coming in from our northern border. But then, Canadians have little reason to leave.

&lt;

---

▲ **Cheez Leweez** 4 months ago

Except getting shot...

&lt;

---

▲ **Colin Meyer** 4 months ago

" . . .it's a human right to seek asylum at borders . . ."

You are confused. By law, requests for asylum should be made at US embassies or official ports of entry. A non-citizen who enters the US without a visa in an illegal immigrant. If that person then requests asylum, it is an illegal immigrant requesting asylum. If that person eventually goes to court and is granted asylum, it is then a legal immigrant.

&lt;

---

**AA1448**

⌃ **PopcxqueenfromVA** 4 months ago

Nope. Asylum seekers must be in the U.S. **OR** at a port of entry

From rescue.org:
https://www.rescue.org/article/it-legal-cross-us-border-seek-asylum#:~:text=Under%20U.S.%20immigration%20law%2C%20a,of%2021%20to%20join%20them.

"Yes, seeking asylum is legal—even during a pandemic. **Asylum seekers must be in the U.S.** or at a port of entry (an airport or an official **land crossing**) to request the opportunity to apply for asylum.

**"There's no way to ask for a visa or any type of authorization in advance for the purpose of seeking asylum,"** says IRC director of asylum and immigration legal services Olga Byrne. **"You just have to show up."**

One more time: it is a HUMAN RIGHT to seek asylum at borders.

⤣

READ MORE OF THIS CONVERSATION >

---

⌃ **Just Me WP** 4 months ago

You are wrong. All one has to do is show up at a border crossing and ask for asylum.

⤣

---

**AA1449**

**∧ Cheez Leweez** 4 months ago

"Woke"! Drink!

From the Republican Dictionary:

Woke (v):

Failure to be Willfully Ignorant
Racial Insubordination
Delusions of Equality
Insufficient Obsequity

&lt;

**∧ Colin Meyer** 4 months ago

Looks like I hit a nerve.

&lt;

**∧ Cheez Leweez** 4 months ago

Nah. It's just hard to pass up a straight line.

I know it's not nice to tease the clueless, but you make it *so easy...*

&lt;

**∧ BobTro** 4 months ago

You are not that dense. If you let bigots twist the conversation to an inoffensive lie about their position then you are being intellectually dishonest and not worthy of rational discussion.

&lt;

**AA1450**

**︿ Cheez Leweez**   4 months ago

But you're not judgemental, NOOO ...

&lt;

---

**︿ Just Me WP**   4 months ago

It's not just illegals. Our legal immigration rate is at the highest level along with the 1920's. This cannot continue forever. We have too many people competing for resources. Our resources are not infinite.

I've long said, "Cultures clash." We see this every day at both the personal level and general society. Look at any day's news and many items will have, at it's core, cultural clash. Diversity is not a strength. It is a pox. Non-diverse societies avoid all this clashing, energies wasted, and they do just fine.

&lt;

---

**︿ Thoughts and Values**   4 months ago

The US is failing badly at multiculturalism.
However, I don't mean that the US is less welcoming that other most countries; that does not appear to be true, the US actually does relative well in that regard.
However, the exploding political polarization is at heart a failure of tolerating differences in values between (sub) cultures. It has shifted from disagreeing to despising, and hostile stereotyping of the other party (from both sides) is seriously ugly.
The ethic of a bigger "us" or of peacefully working out our differences has been replaced with rampant intolerance and demonization. Today the biggest focus is on demonizing Democrats or Republicans, but the approach of using that approach to dealing with differences also gets generalized. Selective, partisan empathy/enmity is soaring. And the side which nominally claims to be for empathy is not doing any better than the other side, in this internal cultural conflict.

&lt;

---

**AA1451**

∧ **TenRELeven** 4 months ago

Spoken by a proud member of VDARE.

‹

∧ **Operation Ivy Hank** 4 months ago

Lemme guess… you're not a racist, you're a "racialist".

‹

∧ **Richard W Jones** 4 months ago

Ironic that VDare is named for a person who was the daughter of immigrants.

‹

∧ **BobTro** 4 months ago

Genocidal immigrants so it's really pretty appropriate.

‹

∧ **Just Me WP** 4 months ago

Genocidal? The Jamestown colony disappeared. More likely the natives killed them.

‹

∧ **DrollMeister** 4 months ago

Citizen KKKane's Xanadu

‹

**AA1452**

∧ **Cheez Leweez**  4 months ago

Micro-xanadu, maybe.

Nanodu.

‹

---

∧ **boogerbrain**  4 months ago

Sad part is, they are living tax-free through their foundation and let's not forget the Koch's are involved. It all smells a bit fishy.

‹

> ∧ **PortlandZoo**  4 months ago
>
> A bit???
>
> ‹

---

∧ **ridgeview135**  4 months ago

Thankfully we don't look like him and we don't hate like him. These people are evil, thoughtless souls.

‹

> ∧ **Thoughts and Values**  4 months ago
>
> It's so nice to see you demonstrating your loving accepting nature to provide a contrast to hatefulness.
>
> ‹

**AA1453**

^ **Voltaire101**  4 months ago

Fascist billionaires are spending billions to stir up hate in America.
No easier way pick their pocket than if the American citizens are at each others necks.

<

> ^ **radical left**  4 months ago
>
> Bingo!
>
> <

^ **francoiscat**  4 months ago

"the British-born anti-immigration activist"...

His own journey lays bare his racism. He's clearly not anti-immigration. He's anti-black.

<

> ^ **Mary McGuire**  4 months ago
>
> Agreed!
>
> <

^ **LillyV**  4 months ago

A British born anti immigration activist. The irony.

<

⌃ **radical left**  4 months ago

Seems to be a trend - Murdochs, Musk, Thiel, this dude

Go back to where you're from. We don't need your kind of "help".

⌕

⌃ **rashomon**  4 months ago

Racists can't handle irony.

⌕

⌃ **Carlito Peligro**  4 months ago  **(Edited)**

Well, what do you know? West Virginia actually has its very own replica of Berchtesgaden. Adolf would have been so proud to see his legacy alive and well and carried forward so fervently.

⌕

⌃ **MunchkinMom**  4 months ago

Let's see..this guy is an immigrant..against immigration–but just of people who don't look like him. Got it. Not racist at all.....

⌕

⌃ **Ken Stalder**  4 months ago

cross another destination off as a vacation spot

⌕

**AA1455**

^ **AQB24712** 4 months ago

There are many of us here who would welcome you.

<

^ **Democracy Believer** 4 months ago

Follow the money.

<

^ **Denise E. Williams** 4 months ago

Descendents of Morgan's unite now for our children and our children's children if not our own integrity. A county that votes 75% for Trump in 2020 is very ill with too much hate, too much ignorance, too much substance abuse, and too much dishonesty already. It is a perfect location for this well funded front to promote KKK based hate in our country. The woman cited who thinks it is non of her business is generating shame for her community and all of her descendents in the eyes of history, if our dear country and democracy survives, heals, and deepens her democracy so that there are historians and the United States of America, and future generations. Not one dollar to those promoting or in their silence supporting hate in our country.

<

^ **Lapos Wylai** 4 months ago

I live in that county surrounded by 80%+ all around me.
Yeah - lots and lots of hate.

<

**AA1456**

**^ radical left**  4 months ago

White Supremists coming to town near you. They'll fix everything, just wait and see!

You can thank them now!

<

---

**^ Further77**  4 months ago

But, but, but....

Peter Brimlow looks like he has all his teeth!

<

---

> **^ Mary McGuire**  4 months ago
>
> Is that an Appalachia remark or an English remark?😉
>
> <

---

**^ DrollMeister**  4 months ago  **(Edited)**

So where else are good solid law-breaking fascists supposed to convene in-between prison stints? Every Hitler wannabe needs a Kehlsteinhaus (*Eagle's Nest*) Resort and Spa.

<

---

**^ Pipmonster**  4 months ago

No, she's not a very nice, sweet woman. She's a racist who wears a smile that hides a rotten heart. And how did the Brimelows get away with suing anyone who calls them out for their hateful comments? These people are despicable and the townspeople need to wake up and look past the facade.

<

---

**AA1457**

^ **mknova** 4 months ago

Took a page out of Trumps playbook. Sue anyone at anytime & see who will pay up to make it go away.

<

^ **rashomon** 4 months ago

The way people like that use lawsuits is based on the fact that their racist donors have very deep pockets to finance the suits, while their victims don't have the money to fight back.

<

^ **OscDan** 4 months ago

To quote many Germans in the late spring of 1945, "we had no idea what these people were or what they were doing. They always smiled and waved to us."

Sounds a lot like the folks in Berkeley Springs.

Mark that spot off my list of places to go.

<

^ **DrollMeister** 4 months ago

Yep include me out too

<

**AA1458**

**∧ Steve Idaho** 4 months ago

Could we get all of them and their fellow travelers to move to West Virginia?
Seems as good a place as any to let them have their own self-destructive state.

<

> **∧ francoiscat** 4 months ago
>
> Did you even read the article? The town is filled with liberal artists who don't want them there. What an elitist, entitled comment!
>
> <

>> **∧ Steve Idaho** 4 months ago **(Edited)**
>>
>> The liberal artists can move to a liberal state. It will be safer for them there than in West Virginia.
>>
>> We could probably convince the VDare foundation to pay the relocation costs of the liberal artists to Hawaii. It's a win win.
>>
>> <

>>> **∧ Just Me WP** 4 months ago
>>>
>>> Liberal states are the most expensive to live in.
>>>
>>> <

>> **∧ acinwv** 4 months ago
>>
>> Please don't do that to us. It's bad enough here already.
>>
>> <

**AA1459**

**^ Steve Idaho**  4 months ago

Ask VDare to pay for relocation to Hawaii! :-)

<

---

**^ acinwv**  4 months ago

Why should West Virginians have to leave their homes? VDare should relocate themselves to Mar-A-Lago, where they would be welcome.

<

---

**^ AQB24712**  3 months ago

We don't want any more of them! What an awful suggestion.

<

---

**^ soulrebel65**  4 months ago  **(Edited)**

"The Brimelow's & VDare aren't racist, they're race-isht".
-George Santos (R-NY)

<

---

**^ Larry Butterton**  4 months ago

You won't ever have to remind me never to go back to Berkeley Springs. West Virginia is so sad; it is a (physically) beautiful place, but so stuck in the past & backwards ( this IS the 21st century, folks) in its politics. Besides camping & hiking, etc., it is a difficult place to visit. Disagree with me? Sure. But…stay there for a while…

<

---

**AA1460**

> ∧ **acinwv**  4 months ago
>
> Born here, lived 68 of 73 years here, and my beloved home state breaks my heart every time I allow myself to think about it.
>
> ⋖

>> ∧ **Larry Butterton**  4 months ago
>>
>> Thank you 🙏 for your honesty, acinwv.
>>
>> ⋖

∧ **NMdudes**  4 months ago

Everyone on this continent is an immigrant including Native Americans, so being anti-immigrant is anti-American.

⋖

> ∧ **Officer Obie**  4 months ago  (Edited)
>
> @ NMdudes
>
> > Everyone on this continent is an immigrant including Native Americans, so being anti-immigrant is anti-American.
>
> A gross oversimplification.
>
> White European immigrants forcefully wrested control of the continent from those already living there in the early 1600's.
>
> ⋖

**AA1461**

∧ **strictures**  4 months ago

> The British-born anti-immigration activist

Now that makes a lot of sense! /s

⤪

---

∧ **digitalwiz**  4 months ago

If we eliminate all the immigrants, white people will have to learn to clean toilets and pick vegetables.

⤪

> ∧ **mikeva01**  4 months ago
>
> I too wonder why white primarily European immigrants are ok, Brimlow and Milania for two.
>
> ⤪

---

> ∧ **DrollMeister**  4 months ago
>
> errata Malaria
>
> ⤪

---

> ∧ **radical left**  4 months ago
>
> Oh, but they're not racist . . . .
>
> ⤪

**AA1462**

**∧ mentholatum**  4 months ago

I wonder why the woman settled the law suit. Surely, there would have been organizations that would have backed her. That would have been better in the long term but then again, it wasn't me being sued.

<

> **∧ acinwv**  4 months ago
>
> Sometimes in a small town it isn't as simple as financial backing. Maybe she needs her job, or her business needs customers. Maybe she can't stand the thought of putting her children through ostracism at school or on the playground. Maybe she didn't want her husband and kids to be excluded from family reunions and Christmas celebrations. Maybe she got tired of the whispers and stares every time she stopped at Sheetz. Maybe she just got exhausted by all of the above.
>
> <

**∧ incroyable**  4 months ago

His wife appears Eastern European/Russian (immigrant?) and 37 years younger. Seems like Peter has enlightened ideas about women, too.

<

> **∧ LillyV**  4 months ago
>
> Mail order bride
>
> <

> **∧ Just Me WP**  4 months ago
>
> What a stupid conclusion. Millions of Americans look European. Like me.
>
> <

**AA1463**

⌃ **Robert1Arthur**  4 months ago

Taking up all this space for a little town that no one cares about. Did the Post run out of Nazi stories? How about some real news for a change .

⎘

> ⌃ **Nick in Denver**  4 months ago
>
> It's a big paper. Turn the page if you don't like the subject. That's what I do.
>
> ⎘

> ⌃ **Further77**  4 months ago
>
> You can always check out FoxNews if you're looking for the latest info on the Hunter Biden laptop or Loch Ness Monster.
>
> ⎘

> ⌃ **Democracy Believer**  4 months ago
>
> Cancel your subscription. Hitler's Holocaust started this way.
>
> ⎘

> ⌃ **radical left**  4 months ago
>
> May be the Nazis will come to your town. This may be useful information down the line. None of us are safe . . .
>
> ⎘

⌃ **AllThePresidentsFelons**  4 months ago

The leader of an anti-immigrant, pro-segregationist hate group is a foreigner! Deport him now!

⎘

**AA1464**

∧ **OlderTIL**  4 months ago

The 'busloads of protesters' coming to any event in more small town Americaa seems to be a VERY common internet troupe and sadly the police perpetuate it.

⤳

---

∧ **ikewitt**  4 months ago

A well balanced story. People are gonna see what they want to see. That's why there's so much hate in Wapo's comment sections. Hate and ignorance.

⤳

---

> ∧ **BigRose**  4 months ago
>
> I too am dishartened about the growing ugliness in the WAPO comment sections. I follow alot of Opinion writers from conservative to liberal; what used to be a fixture of "rags" has seeped into "mainstream" media..
>
> ⤳

---

> ∧ **Just Me WP**  4 months ago
>
> You said it. Flights of fancy, poor critical thinking skills, conflation of facts and events.
>
> ⤳

---

∧ **almostmaryland**  4 months ago

$1.4 million for a 10,000 sqft castle and 50 acres within 50 miles of DC is an incredible bargain. I'm shocked it was hard to find a buyer.

Was it a wreck when VDare purchased it?

⤳

---

**AA1465**

**mentholatum** 4 months ago

Yes, I agree. I thought that was a heck of a good deal over the long term. Imagine, it would cost way over that amount to build one such building, let alone the other two or three on the property plus 54 acres. In rural Pa. 54 acres would fetch almost the same amount without any buildings.

<

**danny500** 4 months ago

Burn the building down. Period.

<

**Just Me WP** 4 months ago

It's stone. Sheesh. And that would be arson. You first.

<

**matthewsnow1** 4 months ago

And they say they aren't racists? Who are they trying to convince? Racists that don't like the label. They'd give the KKK a run for their money.
I cant separate groups like this from the Republican Party.

<

**Further77** 4 months ago

Reason # 347 why I WILL NEVER MOVE TO West Virginia.

Place is full of white racists....

<

**⌃ JZFEDUP**  4 months ago

Just another rich guy with bad ideas who wants everyone to like him and accept in their community. This story makes me think what I think when I see a trump sign or confederate flag. STILL THINKING THAT TRASH.

<

> **⌃ MzEliz**  4 months ago
>
> An immigrant who hates immigrants.
>
> <

**⌃ TTS65**  4 months ago

What a creepy couple, hatefully racist and what's going on with that age difference. It's like Trump with young women with Jeffrey Epstein and at Merd-a-Lardo.

<

**⌃ kindness1**  4 months ago

VDare is a hate group. Haters always deny that they are haters.

<

> **⌃ danny500**  4 months ago
>
> Terrorist group, actually. Nazi's are terrorists and need to be exterminated.
>
> <

**⌃ LindaTX**  4 months ago

Going for that Steve Bannon under-groomed look, I see.

<

**AA1467**

**∧ Vet-24**   4 months ago

So born in Britain, eh? Go BACK to England you dirty limey!

How does that sound Brimelow?

You do realize that during the course of U.S. history every immigrant group has faced some hatred and calls for exclusion. Guess you are just paying it forward then, like any good bigot.

∠

> **∧ RescueGuy**   4 months ago
>
> Problem is, England probably wouldn't have him!
>
> ∠

**∧ farafield**   4 months ago

Another privileged old white man who thinks he's the cat's meow. Such an old and tire story in this country. Not to mention the hoops they go through to make a bunch of nonsense into a nonprofit. Anything to avoid paying taxes or working hard to make an honest living, while living luxuriously. Kind of like someone else I know, except he also used business losses to avoid paying taxes while living a luxurious life. Do we need to at least review the requirements for nonprofits in this country?

∠

> **∧ slack_wv**   4 months ago   **(Edited)**
>
> "Any organization that makes a profit cannot call itself a 'nonprofit.' "
>
> How's that for a requirement?
>
> ∠

AA1468

**∧ ChopSalad**   4 months ago

"The VDare Foundation spent $1.4 million to buy 54 acres that included the castle and three houses"

Only $1.4? That's a bargain. BLM ripped off its (woke white) donors to the tune of a $6 million mansion in LA ... "with more than 6,500 square feet, more than half a dozen bedrooms and bathrooms, several fireplaces, a soundstage, a pool and bungalow, and parking for more than 20 cars":

https://nymag.com/intelligencer/2022/04/black-lives-matter-6-million-dollar-house.html

❮

> **∧ CandO_Walker**   4 months ago
>
> What does woke mean?
>
> ❮

> > **∧ Further77**   4 months ago
> >
> > Educated.
> >
> > ❮

> > **∧ Further77**   4 months ago
> >
> > And, your point is?????
> >
> > ❮

> > **∧ melodian**   4 months ago
> >
> > Ever check comparable real estate prices in rural WVa vs LA?
> >
> > ❮

**AA1469**

⌃ **danny500**  4 months ago

Whatever. BLM is a non-violent, anti-racist, equal rights for all group. The complete opposite of VDare, the Proud Boys, Oathkeepers, etc. These are racist, violent terrorist groups that are the biggest threat to our country, per the FBI. Try to understand the difference, sparky.

⌃

⌃ **Scrivener**  4 months ago

Ms. Cullors' personal fortune is from sales of her autobiography, not BLM.

⌃

⌃ **Gene Yiss**  4 months ago

I'm not sure this was the hit piece WaPo intended it to be. The more I read, the more I realized these are people minding their own business and bothering no one. And they own a castle.

⌃

⌃ **MidwesternerinManhattan**  4 months ago

How about the guy they sued for $20,000 because he dared criticize them?

⌃

⌃ **Gene Yiss**  4 months ago

Good for them. Change the defamation laws if you don't like it.

⌃

**AA1470**

∧ **Pipmonster**  4 months ago

They're not minding their own business when they bring counter protesters to a blm rally.

⤷

READ MORE OF THIS CONVERSATION >

---

∧ **Yoursocalledpresident**  4 months ago

Really? Suing people who disagree with your views is "bothering no one"? Speaking as one who is from WV and lives 20 miles from BS, we have more than enough racists and white supremacist's in our state and don't need or want more people like this moving here.

⤷

---

∧ **danny500**  4 months ago

They are a terrorist organization, like all Nazi Groups. They need to be exterminated.

⤷

---

∧ **Dcgirl**  4 months ago

"The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group."

You really cannot make this hypocrisy up….

⤷

---

**AA1471**

**^ sarahspelbring** 4 months ago

An immigrant against immigration . . . .

<

---

**^ Molotov Gadfly** 4 months ago **(Edited)**

I'll take "hate castle" for $100 Alex. The Berkely Castle should be burned to the ground and the earth it stood on sown with salt.

<

---

**^ Maisheronna** 4 months ago

Why destroy the Earth?

<

---

**^ PaperbakWriter** 4 months ago

> sown with salt

Does this really work and was it really used? Only place I've ever seen "salting the Earth" was in the Bibbbble. And that was written during a time when salt was as valuable as gold.

<

**AA1472**

**˄ ArkansasDeb** 4 months ago

"Burka-free experience in Prague" (photo caption)? What nonsense! I was there in 2017 and can't recall seeing any burkas. In fact, I saw relatively few in Istanbul 2 years previously, even though nearly all people in Turkey are Muslim. It's amazing how little people know about the countries they visit. I would point out, though, it's their country–if they wish to wear burkas, so be it.

˂

> **˄ Koermendi** 4 months ago
>
> – Have you perhaps missed the point ? Please consider interpreting the caption as joy in finding that Czechia, even urban Czechia, has few adherents of Islam who wear the burka – and by implication contrasting this with experiences elsewhere
>
> ˂
>
>> **˄ Further77** 4 months ago
>>
>> So, you don't like "adherents of Islam"?
>>
>> ˂
>>
>>> **˄ Koermendi** 4 months ago
>>>
>>> I have no opinion on "adherents of Islam" – one of my favourite nieces adopted Islam to marry a man whom she loves, they and their three children seem quite happy. My comment was related to the original photograph caption. Do please work on those reading-comprehension skills that you've so neglected.
>>>
>>> ˂
>>>
>>>> **˄ melodian** 4 months ago
>>>>
>>>> Like where? USA? UK? It seems like a very lame attempt at humor or an inside joke.
>>>>
>>>> ˂

**AA1473**

⌃ **Jaredson**  4 months ago

Sounds like bigotry to this reader.

‹

READ MORE OF THIS CONVERSATION >

---

⌃ **Koermendi**  4 months ago

Bigotry, and a slap at "multicultural" societies.

‹

---

⌃ **WoahThereNow**  4 months ago

Considering that the religious breakdown of Czechia (according to Wikipedia), is primarily "No Religion", followed by "No Answer", and then "Christianity", I would think that burkas would be relatively rare.

Religion (2021)

- 56.9% No religion
- 11.7% Christianity
  - 9.3% Catholicism
  - 2.4% Other Christian
- 1.2% Others
- 30.1% No answer

‹

---

**AA1474**

**Koermendi**  4 months ago

Indeed – and that's what the photograph's original caption no doubt wished to point up as more to the writers' liking than is "multicultural" society

<

---

**slack_wv**  4 months ago  **(Edited)**

So it meant to say "Experience in burka-free Prague"?

<

---

**quavaduff**  4 months ago

Just checked Berkley Springs off of my list of places to day trip.... I have had my fill of white nationalist racists during the tRump regime

<

---

**FormerHoosier**  4 months ago

So you are boycotting the merchants of the town because some jerk bought property in the town?

<

---

**Further77**  4 months ago

Yep!

<

**AA1475**

**∧ FormerHoosier** 4 months ago

Ridiculous. Your boycott hurts the Brimelows not one bit, but creates a lot of collateral damage.

<

READ MORE OF THIS CONVERSATION >

---

**∧ AllThePresidentsFelons** 4 months ago

Yep

<

---

**∧ quavaduff** 4 months ago

Yep! I don't spend my dollars to benefit racists in any way.

<

---

**∧ danny500** 4 months ago

I would rather die than spend a minute in West Virginia.

<

---

**∧ quavaduff** 4 months ago

a lot of west virginians fill the same

<

**AA1476**

## ∧ Klaes Ashford 4 months ago

Good God, Washpo. "Who some consider a hate group." They are a hate group. What is with this both sides malarkey. The National Socialist Party of Germany headed by Adolf Hitler, who some consider a hate group.

&lt;

## ∧ Colorado Progressive 4 months ago

White supremacists are terrorists. This is absolutely a hate group.

&lt;

## ∧ Bottle1 4 months ago

Manchin's West Virginia and parade.

And why are so many very white, very wealthy individuals so racist, fascist, misogynist, anti-democratic. and etc.?

&lt;

### ∧ danny500 4 months ago

Power hungry.

&lt;

## ∧ Dog is a compliment 4 months ago

Truth or Dare.

&lt;

**⌃ Itsmoose** 4 months ago

Ah yes, Virginia Dare. The original anchor baby.

⌵

---

**⌃ Nice Guy JD** 4 months ago

It's easy to forget that when John Denver used to sing about how West Virginia was almost heaven, he was getting high a lot. And I mean a LOT. He always said, 'Far out man!' a lot.

⌵

> **⌃ Further77** 4 months ago
>
> Plus, he picked the words "West Virginia" because it rhymed with the rest of the song. No joke.
>
> ⌵

---

**⌃ YodaTheOpinionated** 4 months ago

Should the castle be burned to the ground?

⌵

---

**⌃ Pinkerite** 4 months ago

The fact that racist plutocrats give millions to fanatical racist lunatics is what should be the focus of the article.

Get off your butts WAPO and do some investigating of Donors Trust!

⌵

**AA1478**

**∧ _mainstreet** 4 months ago

West by God Virginia

⤳

---

**∧ UNCfaninDE** 4 months ago

> Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia

Well... at least his wife is now older than he was when she was born.

⤳

---

> **∧ Vet-24** 4 months ago
>
> He likes them young. Look at the facial expression of the youngest daughter in the Christmas photo. Daddy likes to visit her at night.
>
> ⤳

---

**∧ taoskier** 4 months ago

My mother's side of the family is largely Hispanic. That makes me part Hispanic. And the US came to my family, not vice-versa. So I'm not in favor of this group. Anyway, I may have missed something, but I'm confused. How does the New York Attorney General's office have any standing when it comes to citizens of West Virginia?

⤳

---

> **∧ FormerHoosier** 4 months ago
>
> Foundation is probably registered in NY, like Trump's was.
>
> ⤳

---

**AA1479**

**∧ taoskier**   4 months ago

OK, Thanks.

<

---

**∧ dc_native1**   4 months ago

Just because they ran from New York doesn't mean they can run from the consequences of any laws they broken while they were there.

<

**∧ taoskier**   4 months ago

Ok, Thanks.

<

---

**∧ Winston III**   4 months ago

Diversity is strength. These racists are monsters.

<

---

**∧ Further77**   4 months ago

Well, it is West Virginia......

<

**∧ AQB24712**   3 months ago

What's your point? Or is this just another of the cheap shots we're tired of?

<

---

**AA1480**

∧ **Bill Des Jardin** 4 months ago **(Edited)**

America's only 'Immigration Disaster' is allowing thin skinned foreign bigots to come here.

≺

---

∧ **Further77** 4 months ago

So, let me get this straight...

A Brit immigrates to the US, and starts a group espousing anti-immigration.

Now, is this of all immigrants? Or, just the ones who don't practice Christianity, are White, and came from Europe?

≺

---

> ∧ **Nice Guy JD** 4 months ago
>
> Swedish bikini models welcomed.
>
> ≺

---

> ∧ **swift_goat_pet_for_truth** 4 months ago **(Edited)**
>
> White South Africans are fine. (Musk)
> Austrailians, too. )Murdochs)
>
> ≺

---

> ∧ **Further77** 4 months ago
>
> I'm all for Swedish bikini models!
>
> Musk and Murdoch, not so much....
>
> ≺

---

**AA1481**

> **Winston III** 4 months ago
>
> It would be more believable if he was pushing to give American indigenous peoples their land back.
>
> <

> **CalleSinNombre** 4 months ago
>
> And he names his movement after the first official anchor baby in the United States.
>
> <

**Greenbaumberg** 4 months ago

Is any place in the US is whiter than West Virginia? I know few are poorer or more backward. What a great endorsement for whiteness.

<

> **vermin8** 4 months ago
>
> It's pretty white but I heard somewhere on the internet (the channel was World According to Briggs) that Iowa is the whitest state.
>
> <

> **James River Aficionado** 4 months ago
>
> Vermont.
>
> <

**NoJustceInUS** 4 months ago **(Edited)**

Seems like these folks are a little like Jeffrey Epstein- lots of rich connected friends like Larry Kudlow who invited the Brimelows to his recent B- Day party.

<

**AA1482**

**^ Margo Ohio**   4 months ago

Nice white racists are still racists.

The castle was bought for their organization by the Kochs–who have a generational commitment to white supremacy (among other things). They seem to be playing fast and loose with financials. And apparently their presence (if nothing else) serves as a magnet for gun-toting extremists opening espousing racist (and anti-semitic) views.

<

> **^ Texaroo**   4 months ago
>
> And isn't it "funny" that the Kochs, out most famous "libertarians" would want to suppress immigration and promote race supremacy? Proves too things- libertarians don't even understand their own ideology, and all right wing donations are rooted in the racist fear of bigots.
>
> <

>> **^ Vet-24**   4 months ago
>>
>> The Kochs are NOT libertarians. Daddy went to Russia to play with Stalin but left when he realized Stalin was as much a totalitarian as he was and was not willing to share wealth or power.
>> Libertarian is what fascist/totalitarians call themselves to be perceived as more friendly.
>>
>> <

**^ Jackrabbit Slim**   4 months ago

All people have a right to their beliefs. Berkley Springs has a significant gay community and nobody objects. The Brimelows are entitled to their beliefs. Let it be.

<

**AA1483**

∧ **Further77** 4 months ago

Except..... the Brimelows are filing lawsuits against those who speak against "unkindly" towards their peaceful organization...

<

∧ **Gratebaby-45** 4 months ago

Exactly. Meanwhile, VDare publishes unkindly messages of their own about their opposition. Clearly, they believe what's good for the goose isn't for the gander.

<

∧ **Pinkerite** 4 months ago

Racist says what?

<

∧ **Colorado Progressive** 4 months ago

Sexual orientation isn't a hate cult. Comparing the two is bizarre.

<

∧ **ajbilz** 4 months ago

Does the gay community attempt the take away the right to exist of straight white people? If not, then these aren't the same things.

<

AA1484

∧ **Oakes**  4 months ago

The gay community of Berkeley Springs doesn't oppose the rights of other Americans, unlike the bigoted Brimelows.
Huge difference.

‹

---

∧ **Texaroo**  4 months ago

You can believe what you want- but if you want to be an a\*\*hole in public, you have no "right" not to be called out for your behavior. If you are a bigot- chances are good that will be reflected in your behavior. And if you believe we should be tolerant of Klansmen and their apologists, you don't get to avoid a challenge.

The right just can't seem to grasp the accountability thing-is that because they are the pouty, whiny toddlers that they perpetually act like?

‹

---

∧ **danny500**  4 months ago

ALL white supremacists are violent. All of them believe they must rid the world of non-white people by violence. It's just a matter of time before this group carries out violence.

‹

---

∧ **Yoursocalledpresident**  4 months ago

So you are speaking for BS's gay community now?

‹

**AA1485**

**⌃ JP Olsen** 4 months ago

Is the irony completely lost on these "VDare" people that Virginia Dare was born to people who had just IMMIGRATED to the Outer Banks of North Carolina without any kind of due process whatsoever?

By the way, the latest archaeology strongly suggests that, rather than being attacked and killed by the local natives as the older narratives presume, the "Lost Colony of Roanoke" was assimilated into a local tribe, the Croatoan.

At any rate, it's a pretty ignorant thing to name a white supremacist group. Not that are any informed things to name a white supremacist group.

⌔

> **⌃ Further77** 4 months ago
>
> I highly recommend the book "Lost Colony of Roanoke." Great read!
>
> ⌔

> > **⌃ JP Olsen** 4 months ago
> >
> > The Brandon Fullum book? I'm aware of it, and certainly do need to read it.
> >
> > ⌔

> **⌃ vermin8** 4 months ago
>
> When I heard the name of the group I wondered how the actual history fit into their philosophy, or if it does at all.
>
> ⌔

AA1486

**∧ JP Olsen** 4 months ago **(Edited)**

Not at all. However, growing up in NC ('80s and '90s), we were taught to presume that Virginia Dare was captured and slaughtered by the "Indians."

⤳

**∧ vermin8** 4 months ago

Yes, of course, because that's what "Indians" did (yes, that was sarcasm).
I lived in SE North Carolina for years (in the late 80s and into the early 00s). The Lumbee Native American tribe are allegedly descendants of the Roanoke Colony. I'm not sure if that was ever proven or disproven.

⤳

READ MORE OF THIS CONVERSATION >

**∧ Koermendi** 4 months ago

Mr / Ms Olsen, can descendants of the Croatoans still be traced ? Can genetic tags in those descendants be matched with those of kin of the English colonists who never left England ?

Somewhere a graduate student in ethnoanthropology who needs a thesis project must be listening . . .

⤳

**∧ GramLu** 4 months ago

Professor Walt Wolfram has worked with the Lumbee tribe in SE North Carolina to establish through sociolinguistic, dialect research good evidence for their origins.

⤳

AA1487

**^ JP Olsen** 4 months ago

Very interesting. Speaking of dialects (ha!), a few years back I read about a researcher who had sussed out 17 distinct dialects of NC. Some, deep in the recesses of the Pamlico and Albemarle sounds are pretty much British Colonial. Pretty amazing.

<

**^ JP Olsen** 4 months ago

I do not know. It would be an excellent project. Potentially dissertation material. It would be fascinating regardless of the results.

<

**^ Rat Catcher** 4 months ago

So a British born man now living in the US is anti immigration! Go figure!

<

**^ bonstermc** 4 months ago

My thought exactly!

<

**^ Oakes** 4 months ago

No, he isn't anti-immigration; he's only opposed to non-white immigrants.

<

**AA1488**

∧ **farafield**  4 months ago

I wonder if they eat pizza or spaghetti or bagels or sweet and sour chicken or pesto or hummus or curried shrimp?

<

---

∧ **Mrs Miniver**  4 months ago  **(Edited)**

***NEWSFLASH*** to anti-immigration-types: Every culture on planet Earth has been influenced by contact with outside cultures since humans began organizing into settlements thousands of years ago. Punkt.

<

---

∧ **Open_the_Pod_Bay_Door_HAL**  4 months ago

Wingnuts in West Virginia?
Have you paid any attention to this place?

<

---

> ∧ **Nice Guy JD**  4 months ago
>
> It's quite a place. It's the white trashiest place on the Earth, if'n ya ask me.
>
> <

---

> ∧ **Open_the_Pod_Bay_Door_HAL**  4 months ago
>
> It's District 12 without the nobility of spirit.
>
> <

**AA1489**

**⌃ Obladi oblada**  4 months ago

Hate,hate,hate,hate
Can you smell HATE up there??
All they need is a Seig Heil or two and an AR 15 to protect the castle

❮

> **⌃ PaperbakWriter**  4 months ago
>
> $10 says they call that place the Eagle's Nest amongst themselves.
>
> ❮

> **⌃ Obladi oblada**  4 months ago
>
> And I wouldn't be surprised if one of their kids middle name is Adolph
>
> ❮

**⌃ Inspector 31**  4 months ago

Every nation has a right to defend its borders and immigration should only be based on resources - do we have the resources (housing, job training, infrastructure) to handle x amount of people. A criminal background may be reason for refusal but not where someone comes from or what someone looks like. Diversity is nothing to be afraid of.

❮

**AA1490**

**⌃ Margo Ohio** 4 months ago

Ukraine is defending its borders. US borders are not disputed.

The sort of rational immigration policy you suggest would require bringing political parties to the table–something that is nigh onto impossible. Closest we have seen in recent years was the Dreamers accommodations under Obama. Unsupported by Trump. One barrier is the sort of rampant fear of (certain) immigrants that has been ginned up for political purposes. Another is the dirty secret of the economic contributions of undocumented labor–which businesses would like to continue.

<

**⌃ gallantserf** 4 months ago

Stupid looking "castle" for a silly group of misfits. Hopefully it will implode soon.

<

**⌃ Nice Guy JD** 4 months ago

I think the state of West Virginia is shaped kind of racist, like a middle finger.

<

**⌃ Open_the_Pod_Bay_Door_HAL** 4 months ago

No, an open hand out for anything they can get.

<

**⌃ NC yahoo** 4 months ago

Only in America can you live so well on donated money.

<

**AA1491**

∧ **Pinkerite**   4 months ago

Donated by "respectable" billionaires who give via disgusting Donors Trust.

‹

---

∧ **Yoursocalledpresident**   4 months ago

Politicians have been doing it for decades.

‹

---

∧ **DDelaney**   4 months ago

I guess the Spanish children born in America decades before Virginia Dare don't count.

‹

---

∧ **swift_goat_pet_for_truth**   4 months ago

I lived in Las Cruces NM, for a while. Mexican families have lived there when it was a part of Mexico. White retirees often say these Mexicans should go back to where they care from.

‹

**AA1492**

**∧ The peanut gallery** 4 months ago **(Edited)**

I actually went to the vdare site to see what was so hateful. There were multiple articles about border statistics. Also this:

https://www.10tv.com/mobile/article/news/crime/dollar-tree-employee-killed-suspect-arrested/530-5ddd32c4-a18d-43d5-be30-6f6ec0a5764e

Vdare quotes a tweet describing the incident: "On Twitter, Pedro Gonzalez put it succinctly: "On New Year's Day, Bethel Bekele—apparently an Ethiopian immigrant—entered a Dollar Tree with a machete, approached Keris Riebel while she was working, and hacked her to death. Police don't have a motive and, for some odd reason, this isn't a national story."

And then they add an editorial comment:
*Were white privilege real, every individual connected to the black male who abducted and murdered Keris Riebel would be facing consequences.*

This is actually a valid point and bears discussion.

≺

---

**∧ distance_matters** 4 months ago

No, actually it's not a valid point. Try some critical thinking.

≺

---

**∧ The peanut gallery** 4 months ago

Explain why the media hides rather than amplifies these types of murders then. This is far from the only example.

≺

**AA1493**

**^ MarthaGene** 4 months ago

Is it?

Do have a bunch of "secret" stories to share?

<

---

**^ DancingBearUVA** 4 months ago **(Edited)**

What is at all "valid" about that stupid statement? The perpetrator was arrested. There was no "abduction", horridly she was attacked in the store. And just who would be "every individual connected" to the perpetrator and what "consequences" should they face? What are you talking about?

<

---

**^ The peanut gallery** 4 months ago

The point is, if white privilege were really what they say it is, black men killing young white women would be bigger news, with the race of the perp identified, as it is now if a white person attacks a black one.

<

---

**^ DancingBearUVA** 4 months ago

I'm surprised you are commenting on this site, as apparently you don't actually read the news much.

<

READ MORE OF THIS CONVERSATION >

**AA1494**

⌃ **wabigbear** 4 months ago

You know for a fact that Keris Riebel was white and Bethel Bekele was Black? Being from Ethiopia doesn't mean one is automatically Black, working at Dollar Tree mean she had to be white. "*Were white privilege real, every individual connected to the black male who abducted and murdered Keris Riebel would be facing consequences.*" Huh?

⌄

⌃ **vermin8** 4 months ago

> And then they add an editorial comment:
> *Were white privilege real, every individual connected to the black male who abducted and murdered Keris Riebel would be facing consequences.*
>
> This is actually a valid point and bears discussion.

I'm not sure what you mean. Bekele was charged.
The fact that others weren't charged, when there is no evidence at this time that others were involved, doesn't indicate that there is no white privilege.

⌄

⌃ **The peanut gallery** 4 months ago

The media would pick up the story, the way it picks up stories of white on black violence with the race of the perp identified immediately.

⌄

**AA1495**

Coral

4/20/23, 1:32 PM

**∧ vermin8** 4 months ago

If you the man and/or the victim's name in Google, the story comes right up. You yourself put a link to the story - so the media HAS picked up the story.

<

**READ MORE OF THIS CONVERSATION >**

---

**∧ MarthaGene** 4 months ago

Not really.

This week we have non stop coverage of the college kids murdered in Idaho. The fact that the local news media missed a horrific story, causing the national news to not pick it up, and the local police don't have a clue are nothing new.

<

---

**∧ The peanut gallery** 4 months ago

Other young white females randomly hacked to death by black men don't go any farther than local news either. Those stories never do, and even local news tries to make sure nothing racial is inferred. The point is, that if the white privilege narrative played out as it is taught, it would be a bigger deal when a black man hacks a young white woman to death at her retail job than the same tiny news story that black victims of drive-bys get.

<

---

**∧ Pinkerite** 4 months ago

Oh look a racist showed up to defend racist idiots.

<

---

**AA1496**

∧ **The peanut gallery**  4 months ago

Use facts not emotion and buzz words. HOW is what I quoted so factually incorrect as to be unworthy of discussion?

∧

---

∧ **Koermendi**  4 months ago

I too am in favour of engrafting *Sippenhaft* from National Socialist jurisprudence in Germany ninety years ago into present-day USA law – well, we don't have to go that far, we could just adopt the statutes under which the houses of families of Palestinian "terrorists" are bulldozed. VDare "vdares" to take the concept further : Not just blood kin to be punished for the deeds of the alleged criminal, but EVERY INDIVIDUAL CONNECTED – the postman who handled the wicked person's mail, the clerk who took in the wicked person's dry-cleaning, the drivers on the buses along the routes that the wicked person travelled to get to work. EVERYONE. Root and branch, punish them all !

∧

---

∧ **vermin8**  4 months ago

My first thought - gosh, how I miss my home state!

That was sarcasm. On a more serious note, they say they are not racist. I know this from my kin - they say aren't racist, it's not racist to ignore facts, that whites are smarter and commit less crime! Try to explain that these not proven facts and that to treat them as such is, in fact racism. It's as much fun as a grain alcohol party hangover.

∧

**AA1497**

∧ **The peanut gallery** 4 months ago

How are they not proven facts? Per the WaPo, 80% of gun homicides last year involved black males. And I defy you to find any school district in America which doesn't have a largish black/white academic score gap on any test ever devised in the past 60 years. Psyshometricians have been unable to change the one standard deviation difference between black and white IQ scores, despite creating culture free, culture fair, non-verbal, etc. tests in an effort to do so.

Show me some counter evidence.

<

∧ **Pinkerite** 4 months ago

We already know you're a racist, so you can stop promoting race pseudoscience now.

<

∧ **vermin8** 4 months ago

You need to show me evidence before I can offer counter evidence.
You throw out random statistics and by doing so you show you are ignorant of the Statistician's Motto: Correlation does not equal causation.
Repeat that over and over again until you figure out how it applies to your statements.
Then get back with me.

<

**AA1498**

∧ **The peanut gallery**  4 months ago

Quick pick links for you

All states have b/w academic gaps:
https://www.jsonline.com/story/news/education/2022/10/24/naep-report-card-wisconsin-has-widest-score-gap-between-black-and-white-students/69581393007/

80% homicides - paragraph 4
https://www.washingtonpost.com/nation/interactive/2022/america-homicide-victim-stories/

SAT scores by race
https://uploads.disquscdn.com/images/29fe61e0ec19295adeaef950eaf02265d6514b9ec223e394513f06f6378db971.jpg

⤻

READ MORE OF THIS CONVERSATION >

---

∧ **Trooper72-74**  4 months ago

Link?
2020:
https://www.ojjdp.gov/ojstatbb/crime/ucr.asp?table_in=2

⤻

---

**AA1499**

∧ **The peanut gallery** *4 months ago*

Takeaway:

Murder & non-negligent homicide, 2021

Whites, at 60+% of pop. = 5,680

Blacks, at 13% = 6,380

And that's just for *closed* cases - which amount to less than 50% of homicides in many black neighborhoods.

≺

---

∧ **vermin8** *4 months ago*

And?

Those are raw numbers not adjusted for population. It also assumes that 1) an arrest means they definitely were guilty and 2) said guilt is due to inherent racial and ethnic factors. Wrong on both counts.

≺

READ MORE OF THIS CONVERSATION >

---

∧ **UDC friend** *4 months ago*

You need to get better 'shine.

≺

---

∧ **vermin8** *4 months ago*

Me or peanut gallery? They would do well to kill some brain cells, since they are misusing the ones they have.

≺

---

**AA1500**

⌃ **The peanut gallery** 4 months ago

If your relatives are wrong about the crime thing, why do fast food places in black neighborhoods have bullet-proof glass covering everything and why is this unnecessary in white areas? Don't say "racism" - the protected workers are black and sometimes the franchise owner too.

⌵

⌃ **Nice Guy JD** 4 months ago

Could not some wealthy Game of Thrones cast member buy the castle and turn it into an LBGTQ resort?

⌵

⌃ **Inthegrove** 4 months ago **(Edited)**

Let my people get on the horn with Khaleesi's people and they will let you know.

⌵

⌃ **Aloha_** 4 months ago

Koch brothers funding a hate group. Group uses "justice" system to silence the truth.

⌵

⌃ **Blue in RI** 4 months ago

Well, I'm dreaming of a White Christmas is now an official state song.

⌵

**AA1501**

∧ **TFRRabbit6** 4 months ago

The myth of Virginia Dare being the first "white child" born in what would later become the United States is about as fallacious as white supremacy. It is fitting that groups like this would like that claim and latch onto it despite its lacking veracity.

The Koch brothers - heirs of the John Birch Society - are underwriters of this move - no surprise. They have long been purveyor's of lies and misinformation.

A right wing political action committee masquerading as a charitable organization is also not new - Trump had his own charity for himself in violation of laws and tax codes. Why not jump on the anti government bandwagon using money that would have been better as taxes paid than as gifts to a nefarious organization.

The list is long - however - if we are to take free speech seriously - even lies like the ones perpetuated by the Koch Brothers, and other various and sundry racists organizations should be allowed - but not without a challenge as to the truth in the matter.

Yes the U.S. Constitution enshrines race based slavery - giving southern states the right to count slaves as population for the purpose of representation in Congress even though those slaves were not being represented by the people elected by their white overlords, like T. Jefferson, G. Washington, J. Madison and eventually Strom Thurmon.

Oh no just because we espouse racial falsehoods and claim white people are superior due to their racial makeup, we are not racists.

≺

---

  ∧ **Quags** 4 months ago

  Put Robert Byrd on your list. I dare you....

  ≺

---

∧ **Blind Seeker** 4 months ago

Let that particular weed grow in your community and it'll be around for a long, long time whether you like it or not. Hayden Lake, Idaho comes to mind.

≺

---

**AA1502**

**Inthegrove**  4 months ago

How would this weed be prevented?

<

> **Blind Seeker**  4 months ago
>
> It requires community support to get well rooted. once established it's nearly impossible to get rid of.
>
> <

**calmom**  4 months ago  **(Edited)**

So what's the town to do? The castle had been on the market for 18 months, a rather long time in real estate. It sold three years ago to VDare. Was that the only offer to buy? If the previous owner had not sold to VDare, would they have been accused of housing discrimination? The article doesn't mention who owned the castle before it was sold to VDare. The town should offer to buy it, turn it back into a wedding venue, a hotel, etc.

<

> **BannedWithoutExplanation**  4 months ago  **(Edited)**
>
> Nobody is suggesting the town should do anything. There's nothing they can do. The townsPEOPLE, on the other hand, can. If a neonazi group bought the house next to yours you couldn't stop them. That doesn't mean you need to attend their recruitment shindig, or drop off a welcome basket, does it?
>
> <

> **MarthaGene**  4 months ago
>
> The town attracted the scum with its overwhelming support of Trump. There is a lesson here if the locals want to think about it.
>
> <

**AA1503**

**∧ Scrivener**   4 months ago   **(Edited)**

VDare is the foremost white supremacist organization in the United States since the decline of American Renaissance. (Jared Taylor, its leader, now writes for VDare.) Obviously, Peter Brimelow has enriched himself by exploiting, the deeply held racist beliefs of many Americans.

&lt;

---

**∧ Whip or Will**   4 months ago

Is this guy another one of the "golden ticket" immigrants that are allowed to buy their citizenship here?

&lt;

---

**∧ Garak Obsidian**   4 months ago   **(Edited)**

This is off-topic, but I'd like to point out that Cacapon State Park near Berkeley Springs has a great golf course. Great layout, reasonable prices, pleasant staff. And tricky greens, especially when high on the stimp meter.

I remember driving by the castle on the way to the park.

&lt;

---

> **∧ Nice Guy JD**   4 months ago
>
> Golf is also racist.
>
> &lt;

---

> **∧ Garak Obsidian**   4 months ago
>
> No, not at all. All-white golf balls are no longer the case. Golf has diversity now.
>
> &lt;

**AA1504**

∧ **Nice Guy JD**   4 months ago

No, it doesn't. Wealthy Country Club crowds.

⤳

READ MORE OF THIS CONVERSATION >

---

∧ **Quags**   4 months ago   **(Edited)**

The forest green colored balls add a level of complexity and challenge to the game don't you think?

⤳

READ MORE OF THIS CONVERSATION >

---

∧ **BannedWithoutExplanation**   4 months ago

Tell Tiger.

⤳

---

∧ **Lyn B123**   4 months ago

And who else? There is more diversity than there used to be in the PGA, but golf is an expensive, elitist sport.

⤳

READ MORE OF THIS CONVERSATION >

---

∧ **KingCrab**   4 months ago

West Virginia is a beautiful state if you like the outdoors. We own a condo in Snowshoe, West Virginia and go out frequently.

But wokesters and BLM types are not outdoorsy, so West Virginia would not be their kind of place. They prefer "urban"environments.

⤳

---

## AA1505

**distance_matters** 4 months ago

How do you know what 'wokesters' and 'BLM types' are like?

<

**KingCrab** 4 months ago

From personal experience.

<

READ MORE OF THIS CONVERSATION >

**PaperbakWriter** 4 months ago

The stupid just flows from you like water, doesn't it? Don't bother responding; ignored.

<

**KingCrab** 4 months ago

Poor little thing 🤡

<

**Linda J Falkerson** 4 months ago

Wow. What an ignorant comment!

<

**Garak Obsidian** 4 months ago

If you prefer the land of cross burnings, I see your point.

<

**AA1506**

**^ Whip or Will**  4 months ago

VD for short.

&lt;

---

**^ lightnquick**  4 months ago  **(Edited)**

It's not a castle. It's a mock-up, a facade, a wanna-be. Maybe the residents can mock these wanna-bes out of their town, making fun of their pretense, and their dim-wittedness. There's a reason that satire and political cabaret were feared by those that were targeted.

&lt;

---

> **^ PaperbakWriter**  4 months ago
>
> Is it though? Built in the 19th century, I'd assume it really has stone walls, old school construction
>
> &lt;
>
> ---
>
> > **^ UDC friend**  4 months ago
> >
> > No it is real.
> >
> > &lt;
>
> ---
>
> > **^ Nice Guy JD**  4 months ago
> >
> > You're thinking of the one in Amesville, Ohio.
> >
> > &lt;
>
> ---
>
> > **^ BannedWithoutExplanation**  4 months ago
> >
> > It IS a castle. It ISN'T a palace.
> >
> > &lt;

**AA1507**

**Bjornson**  4 months ago

Tax Them...

---

**GParkGB**  4 months ago

Did I read this right? He immigrated here but he opposes immigration?

**MisterrHankey**  4 months ago  **(Edited)**

Bingo!
Unless you're the "white" color.

**taoskier**  4 months ago

Very good point.

**vermin8**  4 months ago

I'm sure if we asked him to explain that apparent contradiction he'll explain that some immigrants are preferable to others. And that's what it's all about - not immigration per se but immigration of people who are not fair of skin.

**AA1508**

∧ **swift_goat_pet_for_truth** 4 months ago (Edited)

See ANY American upset about Canadian illegal immigrants?
ANY?
White illegal immigrants are FINE,

⤳

∧ **lnpbgv** 4 months ago

> VDare regularly publishes writers who argue that America's White majority and essential character are being threatened by people of color

And since such people view the offspring of a White and non-White as a person of color, the greatest threat to White majority is arguably miscegenation, rather than immigration.

It's just a matter of time before mixed-race marriage is under assault.

⤳

∧ **MisterrHankey** 4 months ago

When hasn't it been?

⤳

∧ **Pinkerite** 4 months ago

Are you really going to use the disgusting term "miscegenation," invented by Confederacy supporters to make your point?

⤳

**AA1509**

**^ earlgreydrinker**   4 months ago

What would happen if we took all of the White Supremacists and indeed let them form their own country? (The "where" of it would be a challenge, but let's cross that bridge when we get to it.) Allow immigration only of white people who support the white supremacist ideology. No trade with other countries that have nonwhite people (which is the entire rest of the world). No intellectual exchange with countries or Universities (since, again, they all contain nonwhite people). These people tend to support male supremacy, too, so I'm pretty sure that their women would all be at home raising 5 kids and not allowed to contribute either intellectually or economically to this society.

How long would this self-limited, isolated little country last?

<   

---

> **^ PaperbakWriter**   4 months ago
>
> Can we find an uninhabited island and make this happen? You know...for science.
>
> <

---

> **^ earlgreydrinker**   4 months ago
>
> Where though? Which island are you willing to despoil? I was trying to think of the most desolate deserts, but even those are ecologically valuable and many are National Parks or National Monuments!
>
> <

---

> **^ redshoesgirl**   4 months ago
>
> hey, we have enough problems with white supremacy in the desert without inviting more of those people here.
>
> <
>
> READ MORE OF THIS CONVERSATION >

---

**AA1510**

**∧ PaperbakWriter** 4 months ago

I'm sure there's an island in the Pacific that isn't used for atomic testing anymore. They can breed there.

⌁ <

---

**∧ Gonzo Baggins - heir to the fabulous Baggins dragon fortune** 4 months ago

I suggest using the states of Texas or Alaska.

<

**∧ PaperbakWriter** 4 months ago

Nope. An island. We wouldn't want them trying to cross our borders when their utopia goes t–ts up.

<

---

**∧ earlgreydrinker** 4 months ago

WHAT? I'm writing from Alaska, and NO. This was MY idea, you can't shove it into MY state!! You want to give them freedom to despoil Denali? Gates of the Arctic? The Tongass? Let them drill, baby, drill? Are you effing kidding me??

<

---

**∧ Pinkerite** 4 months ago

Antarctica - then they can have all the white they want.

<

---

## AA1511

**⌃ earlgreydrinker** 4 months ago **(Edited)**

No no no! They'll kill penguins for fun! Also, there are important research bases down there, and the White supremacists would murder the researchers because they are multicultural and are scientists!

< 

    **⌃ Bjornson** 4 months ago

    Siberia under Vladimir fits their profile. No, there are Sami people inhabiting the land and indigenous ancestors. Best chance would be a Space Shot in one of Musk's rockets.

    < 

    READ MORE OF THIS CONVERSATION >

**⌃ Nice Guy JD** 4 months ago

Now I'm no racist, but I think we should separate by race.

< 

    **⌃ MisterrHankey** 4 months ago

    Please ad the
    /s
    unless you actually are a racist

    < 

    **⌃ swift_goat_pet_for_truth** 4 months ago

    ummm... that is racism...

    < 

**AA1512**

∧ **MisterrHankey** 4 months ago

He's an immigrant.
He's against non-White immigration.
He's a racist and a fascist.

‹

∧ **JPRSYRDFW** 4 months ago

Seems to be a trend with those locations that are deeply conservative, poverty stricken and/or geographically isolated (ID, UT, TX, etc)?

‹

> ∧ **distance_matters** 4 months ago
>
> Yes. And the local people look away, deny, and/or discount the social effect of accepting open racists into their community. Because the fascist racists aren't targeting THEM.
>
> ‹

> > ∧ **JPRSYRDFW** 4 months ago
> >
> > Aren't targeting them…yet…. Just sayin
> >
> > ‹

> > ∧ **Bjornson** 4 months ago
> >
> > Warehouse churches and blasphemous preachers.
> >
> > ‹

∧ **mroberts3** 4 months ago

Another reason I will be avoiding WV.

‹

**AA1513**

^ **PaperbakWriter**   4 months ago

You needed more than one???

&lt;

---

   ^ **mroberts3**   4 months ago

   I just have more than one.

   &lt;

---

^ **TishTish**   4 months ago

Is this a great country or what.
OK, I'm going with 'or what'.

&lt;

---

^ **Muteki13**   4 months ago

American Nazis always play the victim card. He's so deeply, genuinely offended by being called racist...that he'll prove he's not by posting all kinds of racist crud online.

&lt;

---

^ **bbrriiaann**   4 months ago

Shame on these writers for the unnecessary tip-toeing. To say that "some people" consider the family to be white supremacists is like saying that "some people" think the Holocaust happened. You'll never get 100% of people to believe any fact (even the obvious fact that the planet is round). Stop all this couching, the caveats, the absurd degree of caution. These people are white supremacists. They openly, repeatedly say that all white people are innately better than everyone else. It's the very definition of racist, bigot, white supremacist.

&lt;

---

**AA1514**

**⌃ PaperbakWriter** 4 months ago

Maybe they're afraid of also getting sued by the Brimelows, lol

⌝

---

**⌃ DC_Envoy** 4 months ago

look I am not saying that I believe the Brimlows to be racist. But racists think they are racists

⌝

---

**⌃ Franzese Ink** 4 months ago

I think these people are vile, but can someone tell me why the Atty General of New York is looking into a West Virginia castle? Is their charity registered there? I didn't see anything about them being from or in NY. Maybe I missed it.

⌝

---

**⌃ DC_Envoy** 4 months ago

the charity was based in NY

⌝

---

**⌃ Bjornson** 4 months ago

Wire Fraud.

⌝

---

**AA1515**

⌃ **KiteRunner** 4 months ago

I'll organize a group that consists of everyone Brime-Low hate and follow them to every restaurant, church or yoga classes they attend. Basically a 24/7 BLM and immigrants group following them wherever they go.

＜

⌃ **FeelsLikeYears** 4 months ago

Ironic that they named their organization after an anchor baby.

＜

> ⌃ **PaperbakWriter** 4 months ago
>
> LOL!
>
> ＜

> ⌃ **Ham_on_Wry** 4 months ago
>
> Ironic - I guess that's one way of putting it.
>
> ＜

⌃ **Harry K Thaw** 4 months ago

Needing the accident of your birth to feel superior over others is so incredibly pathetic. These unfortunate people would generate sympathy for their failure of character if it wasn't for the hate they wallow in.

＜

**AA1516**

∧ **Oregon Deist** 4 months ago

Thanks to the Orange Chum Bucket, the fascists all crawled out from under their rocks and make no attempt to hide anymore.

⤳

∧ **lscott78** 4 months ago

Lovely Christmas card. Notice how the viewpoint is constructed to look up at the white patriarch and his family looming over all others. Clearly they see themselves as superior.

⤳

∧ **Miss Crabtree** 4 months ago

Unfortunately they have learned from trump and use their donated funds to sic their lawyers on any poor working person who looks at them sideways.

What they did in retaliation for the BLM rally should really concern everyone in this small town. What will happen is the good people will leave and the violent racists will proliferate.

⤳

∧ **Nice Guy JD** 4 months ago

West Virginia is so white that when you see two Black people in the Dollar General, you know they're related.

⤳

∧ **PaperbakWriter** 4 months ago

Brimelow can just "go back to where he came from" if he doesn't appreciate American diversity.

⤳

**AA1517**

> **Yoursocalledpresident** 4 months ago
>
> Or he can move to Florida.
>
> <

**Road KIII Warrior** 4 months ago

Take a tip from Tucker Carlson to avoid litigation when going after people like this with deep pockets and lots of lawyers.
Don't say they are racist anti-Americans, ask if they are racist anti-Americans, Then list all the reasons the answer might be yes.

<

**41 WoTz** 4 months ago

So they're Christian and they hate people. Sounds very American for a British immigrant.

<

**Letstryagain** 4 months ago

Bad news for this cool town. Very bad news.

<

**PussnTheCity** 4 months ago

Don't know why they settled that defamation suit. To lose, the allegations had to have been "materially harmful", "substantially untrue" and recklessly made all at once. The article suggests they met none of these tests.

<

AA1518

**∧ mroberts3**   4 months ago

Not enough money to fight it. This is the USA. Money wins.

⋖

    **∧ PaperbakWriter**   4 months ago

    Suing critics into silence. Bullies must be stood up to

    ⋖

    **∧ MarthaGene**   4 months ago

    The local judges are probably president Trump supporters too.
    Like the the Rittenhouse case in Kenosha.

    ⋖

**∧ Nice Guy JD**   4 months ago

West Virginia doesn't just have racism.
West Virginia has (chef kiss) racism!

⋖

**∧ jacqueline d**   4 months ago

Mr. Brimelow. Kindly "go back to where you came from"

⋖

**∧ vanprey1**   4 months ago

I'll trade Brimelow back to the UK for....Emilia Clarke!

⋖

AA1519

⌃ **Horatio Hornswoggler**  4 months ago

The town has a right to be concerned that the VDareWe Foundation has set up shop nearby. Venereal Disease is nothing to be complacent about.

⌃

⌃ **jacqueline d**  4 months ago

A population of…. 800? Tempest in a teacup!
A "Leader" who was born in a different Country…. objects to Immigration?
None of this make sense.
What would happen if they were ignored?

⌃

> ⌃ **PaperbakWriter**  4 months ago
>
> Sunlight is the best disinfectant and these people are a nasty infection.
>
> ⌃

⌃ **mpc**  4 months ago

> "Diversity is weakness."

This is only true if you are afraid of your own shadow.

Speaking as an old white man, I'd rather have African Americans, Hispanics, Thai, Cambodian, Filipino, Chinese, Japanese, or Koreans, etc. as neighbors than the Brimelows, the Trumps, or the GQP etc.

⌃

Coral

**∧ jsabol**  4 months ago

"VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration"

Call me a stickler for details but: Doesn't "the first English child born in what is now the United States" sort of imply that her family immigrated from somewhere else?
Clearly the answer to that is "YES", so that beckons the question: Was the immigration of V. Dare's family noted and approved of by the local natives who called that part of North America home? The answer to that question is a resounding "NO", soooooo.....
Doesn't that make Virginia Dare and her family illegal/unwanted immigration AND an odd choice to be representing and a ralleying cry for an "anti-immigration"NFP?
I'd say it was counter-intuative, at the least.

<

---

**∧ Proud Left-Coaster**  4 months ago

Oopsie! Maybe they closed the door behind them?

<

---

**∧ mroberts3**  4 months ago

But the point is, she was white. To some, people who are not white are not people. To the first white settlers in the US, the Native Americans already here were not people.

<

---

**∧ jsabol**  4 months ago

 agreed

<

---

**AA1521**

**⋀ Kayaknitter**   4 months ago

I noticed that too, but of course Virginia Dare's family was white & immigrated from England, Brimelow's home country. That's not immigration, that's expanding the Empire! 

‹

> **⋀ jsabol**   4 months ago
>
>  agreed 🤣
>
> ‹

---

**⋀ mh_876**   4 months ago

Brimelow routinely lists "former editor National Review" on his CV/bio. Back in 2007 the actual editor of National Review wrote this: "By RAMESH PONNURU
October 3, 2007 6:49 PM - I'm not whining about the hate mail that Vdare generated against me (the way Brimelow regularly whines about his justly stalled career). I'm gloating about how Vdare failed in its attempt to generate hate mail, as it regularly fails." That was about the time Brimelow moved to Litchfield, before his first wife died and he married a 20-something Heritage Foundation intern named Lydia in 2017. Before Brimelow started hosting chats with David Duke and Richard Spencer, before Koch threw cash his way, before Trump's crew invited him for tea.

‹

---

**⋀ JMH6562**   4 months ago

Do not be fooled by these people, no mater what they say. Once a racist, always a racist.

‹

---

**AA1522**

⌃ **KingCrab**  4 months ago  **(Edited)**

And? Ultimately according to the DoI and the Constitution, people have a right of free expression and association, and, if they so desire, living with their own kind or tribe who hold similar viewpoints.

That's what "pursuit of happiness" means.

⌃

    ⌃ **BannedWithoutExplanation**  4 months ago

    So? Who's saying they don't have a right to be bigots? Nobody. Instead you're the one suggesting they also have a right to be free of criticism, and they don't have that right. Nobody does.

    ⌃

    ⌃ **KingCrab**  4 months ago

    Inviting BLMers to town is a form of intimidation.

    It's like saying "Let's loot and burn their place."

    ⌃
    READ MORE OF THIS CONVERSATION >

⌃ **momalle3**  4 months ago

OK well cross Berkeley springs off the list of places I might want to visit

⌃

**AA1523**

∧ **veldev**  4 months ago

That's a shame bc it's an absolutely lovely town, and the nearby state park is breathtaking. Not that I blame you, though, and I hope these people pull up stakes and move somewhere else before long

<

∧ **AQB24712**  3 months ago

It really is. We'd love to see you.

<

∧ **The October Horse**  4 months ago

When fascism comes to America, it will have a gift shop selling framed Bible verses.

<

∧ **PaperbakWriter**  4 months ago

This should be on shirts and bumper stickers

<

∧ **vanprey1**  4 months ago

If Brimelow doesn't like America, he's free to return to the UK. In fact he should just go back now.

<

∧ **Bjornson**  4 months ago

He can rejoin the National Front.

<

**AA1524**

∧ **kaimalino2000**  4 months ago

It's all about the money. VDARE espouses hate because hate pays these days, unfortunately. I'm sure they are thrilled with the additional donations this article will bring. Thanks WAPO.

&lt;

---

∧ **Aloud Opinion**  4 months ago

America was built by Native-Americans who were conquered by Caucasians who immigrated to North America.
To say VDare is not racist but "anti-immigration" is just plain ignorance. VDare showers prejudice, discrimination and antagonism against immigrants simply because they are immigrating? These are particular racial and ethnic groups, usually one that is a minority or marginalized, seeking residence in America, the beautiful, for many good reasons. VDare is anti-diversity. Yet, VDare exists due to immigration. VDare = phony patriots, real racists.

&lt;

---

∧ **formermichigander**  4 months ago

I could be wrong but it sure seems like radical right wing hate is becoming normalized in our media and society as just another opinion or politics as usual.

&lt;

---

    ∧ **mroberts3**  4 months ago

    Racial hatred is nothing new in the USA. It's always been politics as usual. Go back 100 to when the KKK was not only open - many office holders in the US were proud members. Go back to the 1950s, when I was a kid, a teenagers on TV dance shows were segregated - "Negro Day" once a month, otherwise only white kids allowed.

    &lt;

---

**AA1525**

**⌃ Banzai45**  4 months ago

Use of Virginia Dare's name for a white supremacist group is amazingly forthright.

After all, the original Virginia Dare is supposed to be the first baby among a wave of new immigrants that went on to largely annihilate the local natives.

Using her name to advocate against new waves of immigration basically says "We know what we did to the locals when WE were the immigrants–and we are therefore paranoid new immigrants will do to US what WE did to THEM."

⤶

---

**⌃ Steve Paradis**  4 months ago

That's a great FLDS family picture there at the end.

⤶

---

**⌃ AutPot10**  4 months ago

What a shame. We used to visit Berkeley Springs quite often. Now that we're following the philosophy of spending our money based upon our values, we won't be back.

⤶

---

> **⌃ AQB24712**  3 months ago
>
> These people do not represent the values of Berkeley Springs.
>
> ⤶

---

**AA1526**

**VotingisaSuperpower** 4 months ago

West Virginia is such a beautiful state with its forest, hiking trails, small towns and rivers. But unfortunately there is so much ugliness that abounds. Between the horrific poverty that plagues its citizens, to those in power who abuse and feed on their citizens, and add to that ignorance and hate, it is truly a sad place. I had a neighbor tell me that is where her husband wanted to retire to and I basically told her to do their research before considering WVA.

<

**Amesbury** 4 months ago

> "Whatever they want to do, it's not my concern."

"The only thing necessary for the triumph of evil is for good men to do nothing."

<

**Outdoors Guy** 4 months ago

> They are not white supremacists. . . . . said Barb Wolfe, 75

Hey Barb, he's tweeting about Brown v. Board of Ed. Wake up and smell the coffee. I suspect you already have, but agree with him.

<

**Caesars knives** 4 months ago

Super funny how many comments here are hateful people complaining about hateful people.

<

**AA1527**

∧ **Phil from CT**  4 months ago

And possibly some hateful people complaining about hateful people complaining about hateful people.

‹

---

∧ **James Keye**  4 months ago

Pointing out bigotry is not inherently hateful…think a bit more deeply.

‹

---

∧ **Yoursocalledpresident**  4 months ago

How's that funny?

‹

---

∧ **Freethinker_CRO**  4 months ago

Sounds like Karl Popper's *Paradox of Tolerance*. "Unlimited tolerance must lead to the disappearance of tolerance. If we extend unlimited tolerance even to those who are intolerant, if we are not prepared to defend a tolerant society against the onslaught of the intolerant, then the tolerant will be destroyed, and tolerance with them."

‹

---

∧ **spades72**  4 months ago

Some of these hypocrites are worse than the people they love to hate.

‹

---

**AA1528**

^ **kay360**  4 months ago

Racists and rapists are the lowest and usually run together. So nope, no one worse.

<

---

^ **wonderYrednow**  4 months ago

I'd rate them just under the SEDITIONISTS and INSURRECTIONISTS who control the Right Wing Nut Religious Whacko extremists who pretend to be Republics.

<

---

^ **PaperbakWriter**  4 months ago

I'm not ashamed of hating racists. In fact, it's one of my best qualities.

<

---

^ **spades72**  4 months ago

Righteousness is absolute.

<

---

^ **PaperbakWriter**  4 months ago

And I absolutely HATE racists

<

READ MORE OF THIS CONVERSATION >

---

^ **Derper Dave**  4 months ago

Being intolerant of intolerance is not an oxymoron, and isn't hard to understand for anyone over the age of 15

<

**AA1529**

## ∧ **Vox Populiar**  4 months ago

From its inception, nothing in U.S. history has been normalized more than racism. My goodness, it's right in the Constitution. Racists live and work among us, all the time, every day. This is not new. The expression of overt racism, however, is a bit of a throwback to pre-civil rights days, a time that many if not most of us have not experienced. Such lunacy was defeated then the same way that it should be fought now, with passive resistance and the moral high ground.

<

## ∧ **Carolyn686**  4 months ago

Right Wing Free Speech: For me, not thee.

<

## ∧ **ReverendingStory**  4 months ago

Really buried the lede in this one: that Koch money is funding VDare. Imagine the equivalent thing happening on the left (impossible, bc there isn't a Koch equivalent OR a VDare equivalent, but). The screams for every politician and organization to give back that "tainted" money would be deafening. But, IOKIYAR I suppose; the same foundation that funds the entire conservative movement funds a white supremacist hate group. I suppose I repeated myself.

<

**AA1530**

⌃ **1967PontiacGTO**   4 months ago

I read Brimelow's book in the mid 1980's about Canada and the French/English conflict... called the Patriot Game..... I'm going to have to move it to the part of my collection with the weirdo stuff.... like The Gravediggers by Phyllis Schlafly, & None Dare Call It Conspiracy by Gary Allen. I used to have a book called A Texan Looks At Lyndon in the weirdo section, by J. Evetts Haley, but when I read Robert Caro's multi volume biography of LBJ i realize that Haley was telling the truth.

⟨

---

⌃ **Citizen For A Real Democracy**   4 months ago

The Brimelow's children have all been groomed to carry on with their parent's **racism** for **profit** organization long after their slime ball parents are dead. Sadly, there's big bucks in hate. smh

⟨

---

⌃ **DanielRosen1947**   4 months ago   **(Edited)**

It's like that Castle in Bavaria, Germay where far-right group was planning Coup of present Govt., including murdering the Prime Minister. The Leader was also in his 70's. They finally arrested him and others connected throughout Germany.

⟨

---

⌃ **mrnaturaljc**   4 months ago

I read the headline: "Hate castle or welcome neighbor"?
I read the article. It's a hate castle. The article quotes Brimelow: "Next stop, Brown v. Board"! Pretty unequivocally proud-and-loud full-on white supremacist.

Who in hell at the WaPo decided to frame this as a both-sides article?

⟨

---

**AA1531**

**gregpug** 4 months ago

That's journalism…both sides.

<

**MeepMeep33** 4 months ago

*bad journalism

<

**Republicans Love Putin** 4 months ago

What, no Kwanza at the KKKastle?

<

**PCDEMOCRATNY** 4 months ago

Let's do this. I have difficulty being in here because too many of you make sweeping generalizations. Every state has hate groups according to the FBI. Even ardently liberal ones like California. I don't like this organization either. I don't like that they bought this castle home in a tourist tow. I also don't like some of the attitudes of the residents in the town either. With that though, I am sick of the hatred that's being thrown at states liberals don't seem to care for. Yet, New York is full of hate groups, and I don't see anyone not advocating moving there or vacationing there. I have been to Miami many times, and it's nothing like the rest of the state. I have also been to Disney World, and Universal Studios. There are good people and bad people. Just because someone lives in West Virginia doesn't mean they're racist, and it doesn't mean they even agree with this group buying this castle home. Once again, the progressives have lost all objectivity, and for folks like myself it's getting harder and harder to justify having a subscription here.

<

**AA1532**

∧ **formermichigander**  4 months ago

You are doing exactly what you complain about by making a generalization saying "progessives have lost all objectivity."

‹

---

∧ **IdiAminDada**  4 months ago

> Once again, the progressives have lost all objectivity,

Only someone who doesn't have to fear for their life in certain parts of this country can afford to be so open-minded toward these racist lunatics.

‹

---

∧ **commenter1**  4 months ago

I'm Latino and my wife is white–we have a very mixed looking family. There are certainly some areas of the country where we aren't accepted as much as others–it's part of life. I have no empathy whatsoever for people who venture into knowingly racist areas looking for a fight.

‹

---

∧ **IdiAminDada**  4 months ago

I'm an American. I SHOULD have the right to go anywhere in my country that I damn well please. And there SHOULD NOT be any "knowingly racist" areas in this country.

‹

READ MORE OF THIS CONVERSATION >

**AA1533**

**^ gregpug** 4 months ago

We'll…the town voted 75% for Trump. What's that tell you?

<

---

**^ commenter1** 4 months ago

It's a great little town. Went to a local bakery/coffee shop there–can't remember the name, but highly recommend. Baked goods on point. The downtown area gives off hipster vibes–it's all good man. The Trump voters aren't gonna come getcha. Breathe.

<

---

**^ Phil from CT** 4 months ago

I take it you're white.

<

READ MORE OF THIS CONVERSATION >

---

**^ commenter1** 4 months ago

Absolutely. These comment sections are full of virtue signaling people who just looooove to be offended for someone else–which really limits any chance of having an actual conversation.

<

**AA1534**

^ **DavidCB** 4 months ago

Huh? Like most right wing apologists this person is all over the place, complete with naive statements (Even ardently liberal ones like California.), false equivalence (there are good and bad people?), and double negatives. VDare ownership and donors are racists, it's obvious. The Washington Post painstakingly presents the worst of the right in better light than it deserves in articles such as this and the crazed loons they allow to present their opinions (Theissen, Hewitt..).

<

^ **Yoursocalledpresident** 4 months ago

Go ahead and leave. Trust me we wont miss your rambling.

<

^ **She Who Herdeth Cats** 4 months ago

They sound pretty hateful to me. I wouldn't want them as neighbors. As for not considering themselves racist, neither does Tuckems. Or Charlie Kirk, or Marjorie Three Names. I leave the rest with you.

<

^ **SacDudeToday** 4 months ago

Of all the European castles I've seen, none of them, and I mean NONE had a front porch like this one.

<

^ **jsabol** 4 months ago

LOL

<

**AA1535**

∧ **Jerzee Mike** 4 months ago

"...the cute little white supremacist town in West Virginia..."

that we all should boycott to make it clear that hate has NO Home anywhere in the USA.

⤳

---

∧ **MrsGarside** 4 months ago

Someone should tell these fascists that Jesus wasn't white.

⤳

> ∧ **IdiAminDada** 4 months ago
>
> If Jesus (Jesús) showed up in their church service, they'd try to have him deported. That's if they didn't try to burn his cross with him still on it.
>
> ⤳

---

∧ **Hugh_Briss** 4 months ago

I hate to tell you, people are saying the Brimelows are "BIGLY" awaiting an invitation to Mar-a-Lardo. SAD!

⤳

---

∧ **PaperbakWriter** 4 months ago

The irony of a Brit in America who is against immigration. Can't make this crap up anymore

⤳

---

**AA1536**

∧ **Spacer** 4 months ago

While Britain now has a conservative Prime Minister of Indian descent, elected without much ado.

⤴

---

∧ **The60percent** 4 months ago

NOT elected, chosen by 130,000 fee paying members of the Conservative party, mostly older whiter richer men

⤴

---

∧ **Spacer** 4 months ago **(Edited)**

True, but he was elected by party members, as have been all PMs before him. And as far as I know, there was little public opposition to his election. Britain has been a multicultural nation for years, although racism still exists, of course.

⤴

---

∧ **Steve Paradis** 4 months ago

Of course!
A multi-billionaire, party to tax fraud; all that washed him whiter than snow.

⤴

---

∧ **jsabol** 4 months ago

EXCELLENT point 🤣

⤴

---

**AA1537**

**∧ TTS65** 4 months ago

I know three well-off families that have moved from West Virginia in the last year or two because of the LGBTQ+ hate there. It's impossible for this beautiful state to advance when it is so deeply plagued by racism and anti-LGBTQ+ hate.

≺

> **∧ Yoursocalledpresident** 4 months ago
>
> And the hate starts with and is propagated by our super-magat Governor, Jim Justice.
>
> ≺

> **∧ AQB24712** 3 months ago
>
> Good news: He's term-limited outta there.
> Bad news: He wants to run for Senate.
>
> He's just awful.
>
> ≺

**∧ caps_nats_skins_fan** 4 months ago

You need to read no farther than his statement "Next stop Brown vs. Board!" to understand his goal of a society of whites in control of all whose skin is not white.

≺

**AA1538**

∧ **Antony Paris**  4 months ago  (Edited)

Peter Brimelow is a naturalized American citizen and is anti-immigrant? And they've named their organization after an infant English immigrant (white colonist through no fault of her own) to what would become the US?

You can't make this poo up.

Perhaps candidates for naturalization should be vetted for their *real* belief in the Constitution.

⤳

---

∧ **BilboBaggins**  4 months ago

Hannah Arendt's observation that evil lurks in banal people is reinforced by this article.

⤳

---

∧ **Nasmnasm**  4 months ago

They don't consider themselves racist, neither does tucker, trump, and all the police in the Deep South etc. They are racist to the core but I am sure Virginia with gov youngkin will praise them for being beacons of free hate speech.

⤳

---

∧ **mrbookman_2000**  4 months ago

Geez, if racist xenophobes can't peacefully enjoy a beautiful property in West Virginia, where can they gather? Oh, Mar-a-lago, I forgot.

⤳

---

**AA1539**

**^ Gar-Man** 4 months ago

Sadly some of the residents of Berkeley Springs, WVa don't care that minimizing or ignoring prejudice only serves to embolden perpetrators of hate, helps to spread their venomous message and harms their victims. In saying that what the castle people say and believe is "none of my business" gives permission to the abusers platform of hatred and inequality and ignores the mistreatment and oppression of those people unfairly treated and harmed by them.

<

> **^ mrbookman_2000** 4 months ago
>
> In fairness, anyone living in West Virginia that doesn't minimize or ignore prejudice, has almost no friends. The state really is stuck in the 1950's, incest and all.
>
> <

**^ Whip or Will** 4 months ago

If you look closely, at the bottom of the spring you can still see one of George Washington's corns.

<

**^ NotRightNow99** 4 months ago

MAGAts love white supremacy groups.

<

**⌃ Charles-in-Clifton** 4 months ago

I don't know what the weather is in Berkeley Springs, but the Castle just got a lightning rod with its new VDare resident. It's tough for a small town when an organization with controversial national presence shows up. VDare needs to go out of its way to support well-being in Berkeley Springs, but it looks as if that's difficult for it to do because of its fundamental message.

VDare needs to find a place with no immigrants and no diversity. There are several ghost towns in the nation.

⧉

---

**⌃ Eddie Valient** 4 months ago

> VDare needs to find a place with no immigrants and no diversity.

Spokane, Washington, is supposedly the "whitest" city in America, with 85% of its residents listed as caucasian.

⧉

---

**⌃ Yoursocalledpresident** 4 months ago

Also had one of the highest crime rates at one time. when I was going to graduate school in Idaho, students used to call it Spocompton.

⧉

**AA1541**

**∧ Tee Gee Are** 4 months ago **(Edited)**

I understand Eva Braun was quite delightful in person too.

Being able to behave politely doesn't make up for being a racist, white nationalist, xtian, LGBTQ+-persecuting bigot.

How do we have to keep saying this? xtian bigotry is evil.

⤻

> **∧ THX 1138** 4 months ago
>
> And it's also said that Adolf was a wonderful dancer.
>
> ⤻

**∧ Millermatic** 4 months ago

> "One of the things we talk about at VDare.com is this idea that diversity is strength, which could not be less true," Lydia Brimelow said on the conservative podcast "Coffee and a Mike" in November. "Diversity is weakness."

Huh. Biologically... that's simply not true. Diversity is what allows a species to endure adverse circumstances that disadvantage a particular trait.

Hopefully Mrs. Brimelow's "lack of diversity" will become a decided disadvantage to her group.

⤻

**AA1542**

^ **Yoursocalledpresident** 4 months ago

Bigots aren't know for their knowledge of Darwinian evolution.

<

---

^ **lil_leigh** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group.

So he's an immigrant himself but is only against immigration? Yeah, no. He's just a racist.

<

---

^ **Turquoises** 4 months ago

White immigrants must be ok with him.

<

---

^ **DanielRosen1947** 4 months ago

The Souvenir shop owner says, "It's not my concern". That's what many Germans said during the rise of the Nazi Party.

<

---

^ **Antony Paris** 4 months ago

You notice her sweatshirt proudly proclaims "BS"?

<

---

**AA1543**

Coral

 **l1der2** 4 months ago

Samuel Taylor Suit is the same Suit that Suitland is named after.
When I lived in Arlington between 1999 and 2014, we would go to Berkeley Springs all the time for New Years. They had (or have) a few good restaurants there and most of the time we would stay at the Country Inn. Berkeley Springs was decorated beautifully during the holidays. On NY Day we would get massages and soak in the hot tub.

<

**Citizen For A Real Democracy** 4 months ago **(Edited)**

The Japanese yoga instructor who is married to a man with the last name of Rubin, doesn't have a problem with that symbol hate (castle), but her husband does. I'd bet a grand that she would have a problem with a building in that town that was dedicated to the Enola Gay and its crew.

Signed,
A **Black** man

<

**AA1544**

**∧ Shelly Dawson Gilley** 4 months ago

It breaks my heart to read the castle is being used as a symbol of good versus evil. My great grandmother and grandmother were born and raised in the town. The original owners toured the Castle during their honeymoon. Her new husband purchased the building and had it restored in Berkeley Springs. The Castle was opened to the public for special events. Those were the days when young ladies were introduced to the residents of the town at the cotillion, wore their first ball gowns and allowed to dance with young men, also coming of age. There was no war yet. John Brown not terrorized the residents. The first person to die that day was a freed black who worked for the railroad. If you are able to find any literature about the era, you should be fascinated. I was fortunate enough to hear the locals talk about that before the war erupted. Most of the current residents are still quite sensitive about what happened that day, because that is the area were Virginia and WV separated. But, they will tell you about my great grandmother claiming up on a bench, waving my uncle's bugle when President Roosevelt came take restorative mineral baths.

⤳

**∧ IdiAminDada** 4 months ago

"a freed black"

⤳

**∧ MeepMeep33** 4 months ago

"John Brown... terrorized"

Yikes. Not surprising that a white supremacist finds comfort in a town that you lay claim to.

⤳

**AA1545**

⌃ **George Carlson**  4 months ago

Many years ago I spent a week in Berkley Springs to attend a wedding with a reception at the Castle. The locals at that time were mostly Christian conservatives who commuted hundreds of miles to government jobs in the Beltway. I was amused to learn that there was an operating whore house in the town. Perhaps it is still there and that is what drew Brimelow to the town. The town was once famous for its warm springs and visited regularly by Washington politicians, including Presidents. But it has fallen on tough times, as shown by the purchase price for the Castle and 53 acres of land. The Castle itself is slowly crumbling and is in need of huge investment to stave off eventual collapse.

I suggest locals ignore VDare and Brimelow. He is not going to be around for long and VDare is likely going to have its non-profit status revoked.

<

⌃ **Antony Paris**  4 months ago

> The town was once famous for its warm springs and visited regularly by Washington politicians, including Presidents.

Now it's just visited by *billionaire donors* to Washington politicians and presidents—Republicans every last one of them—the infamous Koch brothers.

<

**AA1546**

**FDR3244**  4 months ago

Write this foundation and tell 'em you don't like 'em. Hate groups exist because they live in a bubble. Help burst it.

PO Box 211 Litchfiled, CT 06759 USA

OR
Berkeley Springs Castle
276 Cacapon Rd
Berkeley Springs, WV 25411

OR, give 'em a call. Hate exists because far too often we don't speak out.

Email: events@berkeleyspringscastle.com

- Tel: (304) 258-4000

>   **Mrspilar**  4 months ago
>
>   I want to send them bios of great accomplishments made by Americans of all ethnicities. Bursting their bubble with truth.

**Viragowilder**  4 months ago

My husband is also British born. He came to the US on a Fiancée Visa. He just slipped under the wire. Not too much later he would have been denied that visa and immigration would have been very difficult for a white British man. How does Mr. Brimelow not see the hypocrisy as an immigrant himself?

**Yoursocalledpresident** 4 months ago

Hypocrites rarely recognize their own hypocrisy.

<

**So tired of this** 4 months ago

Berkeley springs… because of manchin, West Virginia was on the "if you have to drive through you can possibly stay if you want" to spend money list. But apparently not in Berkeley springs.

<

**rileycasey** 4 months ago

Just a reminder that under Republican president Eisenhower the top marginal tax rate was 90%. There are a great many reasons to raise taxes on the wealthy but a not insignificant side effect might be that people like the Koch brothers and their ilk would have less money sloshing around to donate to evil causes like this.

<

**Aux Ellipsis** 4 months ago

> Whatever they want to do, it's not my concern.

Looking the other way as an appeaser to nativist-supramicist ideologies never works.

<

**Serolf_Divad** 4 months ago

I promise you, while she claims its "none of her concern," in fact she's likely very supportive of their views.

<

∧ **Lyn B123** 4 months ago **(Edited)**

When someone shows you who they are, believe them. The Brimelows and their beliefs are reprehensible. On the other hand, I predict a short life for their ownership of Berkeley Castle. Outsiders in West Virginia, even ones promoting tourism, often do not remain long.

‹

> ∧ **Yoursocalledpresident** 4 months ago
>
> They're not promoting tourism, they are promoting hate!
>
> ‹

∧ **Serolf_Divad** 4 months ago

> "They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."

The fact that vDare would find a supportive audience in West Virginia is probably the least surprising thing I've read today.

‹

> ∧ **AQB24712** 4 months ago
>
> #notallWestVirginians
>
> ‹

∧ **harmony and grit**  4 months ago  **(Edited)**

I wish these segregationists would segregate themselves. Move to a nice exclusive, moated community somewhere.

⋌

> ∧ **Aux Ellipsis**  4 months ago
>
> Off shore elsewhere would be a much better option.
>
> ⋌

> > ∧ **IdiAminDada**  4 months ago
> >
> > Antarctica is nice this time of the year. And it's also very white.
> >
> > ⋌

> ∧ **Viragowilder**  4 months ago
>
> I can just see them peering through the iron fencing exercising that paranoia that keeps them from experiencing their true sense of inferiority.
>
> ⋌

> ∧ **Yoursocalledpresident**  4 months ago
>
> How about off-planet.
>
> ⋌

## ⌃ **CgrayC**  4 months ago

> The VDare Foundation spent $1.4 million to buy 54 acres that included the castle and three houses. On the November podcast, Lydia Brimelow credited two unidentified donors to the VDare Foundation with funding the purchase.
>
> Public tax records show the foundation raised more than $4.25 million in fiscal year 2019, its best in a decade. A chunk of that money — $1.5 million — came from Donors Trust, a charity associated with billionaire industrialists Charles and David Koch that gives to conservative and libertarian causes.

It is ridiculous and outrageous for organizations that spread and/or fund hate to be called charities. Such organizations should never be allowed to operate as "nonprofits" or "charities" such under the law.

Also, the Brimelows are clearly disgusting, contemptible human beings. **Shame on all those in the town who aid and abet them with their acquiescence or outright acceptance.**

‹

## ⌃ **srfox1**  4 months ago

So he is an immigrant who hates immigrants.

‹

### ⌃ **CgrayC**  4 months ago

I think he just hates nonwhite immigrants.

‹

**AA1551**

**^ Serolf_Divad** 4 months ago

Much like Donald Trump, whose wife Melania was an illegal immigrant (working illegally while in the U.S. under a visa that did not permit that acitivty.)

<

**^ Miss Crabtree** 4 months ago

I think he just hates nonwhites.

<

**^ Arlington 22204** 4 months ago

That always confuses me.

<

**^ jengels** 4 months ago

Thank you for posting a photo of Barb Wolfe in her shop so I can be sure not to shop there and let everyone I know why.

<

**^ BrazosBard** 4 months ago

Little Boyz and their little Toyz now have a new Club House, Mar-a-largo II.

<

AA1552

∧ **Alascat**   4 months ago

> "They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders."

If it were Norwegians crossing the border through Canada they'd have no problem with it...until they learned that Norwegians are basically socialists by their standards. But at least they'd be white.

≺

---

∧ **GlencoeRd**   4 months ago

No not really. The core issue is that millions (11-40M no one knows exactly) of people over decades have entered our nation illegally. Last year 2M were apprehended, we do not know how many entered and were not caught

We are a nation of immigrants. (Apologies to the few remaining native American Indians). Most US Citizens today come from immigrant waves in the early 20th century. Those immigrants also had their detractors, but they learned our language, obeyed our laws and became naturalized citizens with all the rights of anyone. Many new immigrants today are coming from India **legally** and bringing with them their training, drive and skills. The tech industries hire them. They are welcome. (Large sections of Austin are now mostly Indian.)

People who live in our nation, with the Rights of Citizens should know our History, Language, Laws, Culture and pledge their Allegiance to our Constitution.

p.s. Citizens should also know our ideals...the reason for this nation.

≺

---

**AA1553**

⌃ **Once Upon a Time in America** 4 months ago

I hate to break it to you but most US nationals, (people born US citizens), are likely unable to answer the questions on a citizenship test. Which US American Culture are you wanting people to know, the *one* that *you* are familiar with? And *which* US History do you want people to know, the hogwash, white-washed sanitized version or the *true* history of colonialism and slavery that still negatively impacts all of the Americas, not just the United States?

If you're so worried about people pledging their allegiance to upholding the Constitution of the United States you might start by focusing on current day Republicans who haven't the foggiest notion about the US Constitution and what's in it.



**AA1554**

**∧ GlencoeRd** 4 months ago

It appears you must have gone to HS recently. In the past, we were taught Civics in school. You know boring stuff like how a Bill becomes a Law, separation of powers, duties of the 3 branches...

As far as "which history" I want taught I'll settle for the old one, not the woke bigoted one being written today. I know our nation's actions were not always right (Panama canal for example.) But the old history was based in what happened and is documented, not something invented by the NY Times (1619 Project)

The US WAS a colony of England. Our founders knew about colonialism first hand. In fact we even had a revolution and won. (It is in the old history books.)

Slavery was practiced in the Americas a century BEFORE the creation of the United States. We inherited that practice from the Brits, and 600,000 men died in our Civil War to end it. (old history again, look it up) I think that is a proud part of our history, but it was too bad that 1/8th of our men were casualties.

≺

READ MORE OF THIS CONVERSATION >

**∧ MeepMeep33** 4 months ago

This just sounds like the guy from my high school who ended up trying to sell white supremacy via FB messenger to our whole class when Trump got elected. People aren't illegal. Immigration guidelines are fairly new to our history. Immigrants fuel our economy.

≺

**∧ TatianasGhost**  4 months ago

Republicans have refused to address immigration issues and laws for decades now, precisely so that racists can complain how "unlawful" and "terrible" Brown skinned immigrants are, while continuing to exploit them for cheap labor.

White male supremacists are absolute hypocrites.

<

**∧ Balls_and_Strikes**  4 months ago  **(Edited)**

> There's a lot of people like that," said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."

Curious. Wolfe is a name of German origin. Seems her lack of concern would have fit in quite well...in and around Auschwitz.

<

> **∧ Citizen For A Real Democracy**  4 months ago
>
> Exactly! She's one of those "people like that". CASE CLOSED!
>
> <

**∧ velkyn**  4 months ago

"it's not my concern"
aka it's okay for racist idiots to be here since I am one.

<

AA1556

**˄ Citizen For A Real Democracy** 4 months ago

> Yup.

> ‹

---

**˄ Citizen For A Real Democracy** 4 months ago

This is for the Brimelows and those of their ilk.

European **invaders** came to the Americas, murdered, tortured, raped, and enslaved the indigenous inhabitants, and would later bring captured Africans to the Americas, and enslave, murder, rape, and torture them for well over 200 years.

The is **real** history.

‹

**˄ Once Upon a Time in America** 4 months ago

> This.

> ‹

**˄ Citizen For A Real Democracy** 4 months ago

> Not looking for you or anyone else to agree. The **facts** and **truths** about the European **invasion** and **conquest** of the **Americas** are a matter of **historical** record.
>
> Signed,
> A **Black** man

> ‹

**∧ Morris Waxler** 4 months ago

The Bigot Bromelows' Castle. Rotten to the core.

≺

---

**∧ MidwesternerinManhattan** 4 months ago

The people in this town remind me of the proverbial neighbors of the guy who kills a bunch of innocents in a shooting spree. "He seemed like a nice guy. Didn't give anyone any trouble. Kind of quiet. Kept to himself."

≺

---

**∧ rnrnry** 4 months ago

Our family used to vacation nearby years ago. It was a wonderful time in a beautiful area with a real Rockwell type town to visit. What a shame to see such a desecration. I hope the town somehow can peacefully overcome this sore.

≺

---

**∧ Fiercely Dem** 4 months ago

Another item off my bucket list of places to visit. WV has now been moved to my list of "Pass Through" states for future travel.

≺

---

> **∧ Aux Ellipsis** 4 months ago
>
> Fly-over instead of pass-through ...
>
> ≺

---

## AA1558

∧ **NickelSF** 4 months ago

> A 'hate castle' or welcome neighbor? VDare divides a West Virginia town.

Hey WaPo, how about a non-both sides and accurate headline that doesn't legitimatize racism?

I'd suggest *"'Hate castle' exposes depth of racism lurking in a West Virginia town"*

⤙

∧ **Bay Area Man** 4 months ago

Shame on the people of this town for having their heads in the sand about the vile owner/occupants of this historic structure. The local souvenir and gift shop owner says "Whatever they want to do, it's not my concern." Ma'am, it is your concern. Your town is home to an organized hate group.

⤙

> ∧ **Whip or Will** 4 months ago
>
> At 75 she is just running the gift shop as tax write off and a place where she can absorb gossip.
>
> ⤙

∧ **harmony and grit** 4 months ago

Yep. Buy fortress. Lawyer up.
Nothing to see here.
/s

⤙

**AA1559**

**^ Reality Primate** 4 months ago **(Edited)**

Our species, *Homo sapiens,* Has been migrating all over earth for over 200,000 years. For 192,000 of those years all our ancestors were black or brown skin, the two tiny genes that make white skin [*SLC24A5* and *SLC45A2*]
are only 8,000 years old. Scientists say human "race" does not exist, (there is only one race) it is just a social slang word with no genetic basis.

<

> **^ So tired of this** 4 months ago
>
> Racism is real though,
>
> <

**^ grover61** 4 months ago

Funded by the Kochs! What a surprise. Destroying the planet isn't enough for them. They have to pollute our entire society while they are at it.

<

> **^ Last Knight** 4 months ago
>
> The Kochs: fostering division and hate for decades - all so they can hoard wealth.
>
> <

> **^ grover61** 4 months ago **(Edited)**
>
> I read part of Charles's book once. He believes that the only right that people have is to own property and that those with no property should not be allowed to vote. Those are the people that the GOP has been running interference for since they put Ronnie Dimwit in office.
>
> <

**AA1560**

**∧ TrickWheel** 4 months ago

Virginia ought to take a hard look at West Virginia.

West Virginia is what Glenn Youngkin envisions for Virginia.

‹

**∧ procastrinator** 4 months ago

Just wait until harvest time and they can't find enough people

‹

**∧ nk** 4 months ago

Wow, that is a town that our family has stopped in often driving to Ohio or western PA from central Virginia. We won't be stopping there again.

‹

> **∧ AQB24712** 3 months ago
>
> Please do. These wastes of food aren't the whole town.
>
> ‹

**AA1561**

## ⌃ Norm7  4 months ago  (Edited)

> Martín de Argüelles, Jr., born in the Spanish colony of St. Augustine, Spanish Florida, was the first child of European descent known to be born in what is now the continental United States.[5] Born in 1566, his father was a *hidalgo* and one of the expeditioners who went to New Spain with Captain General Pedro Menéndez de Avilés in 1565.

https://en.wikipedia.org/wiki/First_white_child

Somehow I don't think these folk are celebrating *him*.

⌁

### ⌃ IdiAminDada  4 months ago

Nope. Marty was white, but he was the wrong kind of white.

⌁

## ⌃ WaynesboroObserver  4 months ago  (Edited)

The abortion lobby is a hate group, they hate babies being born, yet it is lauded by the left.

⌁

### ⌃ Woofing Dog 98584  4 months ago

There is no such thing as an abortion lobby. There are people who advocate for all healthcare options to be available to women, even abortion. It's not an end unto itself though.

⌁

AA1562

∧ **umpete**  4 months ago

**Euphemism**

⤳

---

∧ **theoriginalbobar**  4 months ago

This is a very unobservant comment, and off topic.

⤳

---

∧ **NickelSF**  4 months ago

This is what passes for conservative debate nowadays - incoherent, fact free and embarrassingly sad for losers that believes this drivel.

⤳

---

∧ **stillshakingmyheadno**  4 months ago

Are you trying for the ridiculous post of the day award?

⤳

---

∧ **MrSoCoo**  4 months ago

WINNER

⤳

---

∧ **Iamdad1**  4 months ago

Nice Christmas picture. The Brimelows are definitely dreaming of a White Christmas!

⤳

---

**AA1563**

**⌃ Lobaluna** 4 months ago **(Edited)**

So be VDARE takes its name from the first baby of British descent born in the United States? Isn't that baby an immigrant or does she get a pass because she was white. This hate group is in the business of suing anyone that annoys them, they are nothing but racist bullies that were sent on their mission by the despicable Koch brothers. I feel sorry for the rest of the town that has to deal with this poisonous hatred.

〈

**⌃ BackhoeSawyer** 4 months ago

Reading this article, I'm struck by something somewhat tangential: surely the answer can't be found in capitalizing the words 'White' and 'Black'? We already imbue those superficial concepts with too much power already.

Yes, I understand the horrendous historical reality of racism in the US and in humanity in general; but further enshrining value in skin color strikes me as a pretty serious mistake.

〈

> **⌃ Nick1972** 4 months ago
>
> Every article about race people like you show up and tell us there is no such thing as race. I am a black man. Ask any black or any minority if race matters. In your white world where you pay no price for being white, it is easy to say race does not matter.
>
> 〈

> **⌃ Norm7** 4 months ago
>
> Race certainly matters deeply and definitely "exists", but this is *social* race (a human construction), not biological race. This is of course hair-splitting for people of color, but is an important science distinction.
>
> 〈

**AA1564**

⌄ **BackhoeSawyer**  4 months ago

I said no such thing. I said there's something important and dangerous in writing 'Black' and 'White'.

Try asking more questions rather than making assumptions; it would inspire an actual conversation.

I recommend John McWhorter's talks on the dangers of turning race into a religion.

it's possible (and quite likely crucial) to be looking toward a race-neutral future when discussing the realities of a literally murderously race-based past. I'm someone who sees an entire nation built on stolen labor and the horrors of human ownership; I'm willing to consider drastic measures to right historical wrongs—putting my money where my mouth is.

Are you sure you want to dismiss me so quickly and completely?

‹

---

⌄ **Rufus Fuscus**  4 months ago

Now the Brimelows, an all-American Nazi family, got their own Dracula castle... He is not such an eugenics cretin: he is also an active neo-Nazi. They should run this degenerate out of town.

‹

---

⌄ **Whip or Will**  4 months ago

I think I'll pass on a vacation destination whose claim to fame involves you being able to take a dip in the same springs where George Washington soaked the corns and bunions on his feet. Opinions may vary.

‹

---

**AA1565**

∧ **biskino**  4 months ago

'Public tax records show the foundation raised more than $4.25 million in fiscal year 2019, its best in a decade. A chunk of that money — $1.5 million — came from Donors Trust, a charity associated with billionaire industrialists Charles and David Koch.'

No doubt written off from their taxes.

<

---

> ∧ **Whip or Will**  4 months ago
>
> …and you paid federal taxes to make up the difference. Release everyone's tax returns and stop the BS in this country.
>
> <

---

> ∧ **grover61**  4 months ago
>
> That will never happen because it would embarrass the only people who matter in America. The wealthy.
>
> <

**AA1566**

∧ **gr8danedoc**  4 months ago

This "castle" looks like a smaller version of most WV 19th century prisons and every bit as welcoming.

A little tidbit: Vdare uses a lion as a symbol which Trump embraced as his own symbol after he became president and enacted anti-immigrant laws and rhetoric. The lion'/trump emblem is an emblem of hate.
https://www.vox.com/2019/8/29/20838289/trump-fascist-lion-head-bull-testicles-video-twitter
https://www.fastcompany.com/90397217/trump-tweets-2020-campaign-logo-linked-to-alt-right-and-white-supremacy-groups

⤶

∧ **shannon5th**  4 months ago

Everytime that racist idiot opens his mouth, he makes a good case for more diversity.

⤶

  ∧ **DC OWL**  4 months ago

  Best comment

  ⤶

∧ **PCDEMOCRATNY**  4 months ago

For an anti-immigration bunch, they forget that Virginia Dare was the child of immigrants herself. Oh wait, they were white Brits. Carry on.

⤶

**AA1567**

∧ **BlueVoterAlways**  4 months ago

Mr. Brimelow and his fellow White Supremacists seem to forget that , as white people, they are immigrants to this land.

<

---

∧ **CavalryBear**  4 months ago  **(Edited)**

Born in Los Angeles. UCLA. I thought that was the center of universe. Then joined the Army and went some cool, faraway places. Met many new and good people. I liked Canada, Europe, Mexico. Felt welcome. They all seemed glad I came.

One part of the world that troubled me was the South. Like West Virginia as mentioned in the article. Alabama? Arkansas? East Texas? North Florida? Nope. Go home Yankee. Even after all these decades there is still something a bit mean, wicked, wrong going on down that way. The nice people that do live there seem to hide most of the time.

<

---

> ∧ **PCDEMOCRATNY**  4 months ago
>
> North Florida, yes. But South Florida? Miami seems like it's on another planet compared to the northern part of the state.
>
> <

---

> ∧ **Bjornson**  4 months ago
>
> Inbreeding.
>
> <

**AA1568**

∧ **sledgehammer1**  4 months ago

It's funny that the English immigrants' first anchor baby, Virginia Dare, is a symbol for those who oppose immigration. They don't seem to oppose immigration itself–just immigration of folks from more southerly climes than their immigrant ancestors.

<

> ∧ **Julie2000**  4 months ago
>
> Racists are always hypocrites. They choose and pick whatever serves their angry philosophy. The husband is an immigrant, born in the UK, yet opposed to immigration.
>
> <

∧ **mynameisname**  4 months ago

> Barb Wolf says, "Whatever they want to do, it's not my concern."

How about if they traffic children? How about if they fund genocide? Maybe if they speak through megaphones about the "diversity of non-Whites" harming the U.S. on the sidewalk in front of your shop?

<

**AA1569**

**foxhound1** 4 months ago

"VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration."

Wait . . . what? You named a group of white nationalists opposed to immigration after . . . a minority child born to minority immigrants?

The stupid, it buuuuuurns!

<

> **NotMine2021** 4 months ago **(Edited)**
>
> Virginia Dare was a white child of English descent. Bigelow himself the founder of VDare was born in England… It's not so much the immigration that bothers VDare, so much as the immigration by non-whites.
>
> <

**Phylax** 4 months ago

What is it about the Commonwealth that creates such oligarchic misanthropy (Brimelow, Musk and Murdoch), and why must the US "reap the whirlwind"?

<

**ReasonableSkeptic** 4 months ago

"The British-born anti-immigration activist"

Perfect.

<

**AA1570**

∧ **25-to-Life-in-the-DMV** 4 months ago

I know.

As the son of followers of the late John Tanton, I know plenty of anti-immigrant types. The funny thing is that all of them are fine with immigrants from Europe.

<

∧ **Ms Moneypenney** 4 months ago

Not sure what else to think about this fiasco.

<

∧ **CMalcom** 4 months ago

What irresponsible tiptoeing around to avoid making racists feel bad. "Gives a platform to white nationalists"? What on EARTH do you think VDARE's central premise is and always has been?

<

∧ **PaulChase** 4 months ago

Interesting irony that VDARE frets over an influx of children of immigrants, while it honors the first North American child born under immigrants.

<

∧ **Phil from CT** 4 months ago

"One of the things we talk about at VDare.com is this idea that diversity is strength, which could not be less true. Diversity is weakness."

Well that's just flat out wrong on many levels. Lack of diversity leads to extinction.

<

## AA1571

**^ sledgehammer1**  4 months ago

Lack of diversity leads to the expression of harmful recessive genes. It literally leads to physical defects.

<

> **^ Phil from CT**  4 months ago
>
> Both biologically and socially.
>
> <

**^ Soigotthatgoingforme**  4 months ago

This piece if you know what: I'm not a White Supremacist! I just think white people are superior.

For someone who claims such superiority he certainly doesn't grasp vocabulary

<

**^ Lord Snerd of Shire**  4 months ago

Folks need to wake up. All people in this country are immigrants (forced in the case of black people). The only people who aren't, are the Native/Indigenous Americans, whose land Europeans invaded. If it wasn't for immigration the U.S. would not exist.

<

**^ Tony The Pitiful Copywriter**  4 months ago

I guess the hate industry is a real money-maker for these losers? Oh, and Catholic, too? Perfect. Another locale on my do-not-visit-ever list. Thanks for the hot tip!

<

**AA1572**

∧ **Hercules22304**  4 months ago

Those fascists are human dung. Hopefully the NY AG bankrupts them.

⤳

> ∧ **sledgehammer1**  4 months ago
>
> Funded by the evil Koches.
>
> ⤳

∧ **madpuffin**  4 months ago

This makes me sad. I've been to Berkeley Springs on vacation and it's a lovely little town. They shouldn't have to deal with anti-immigration nuts.

⤳

∧ **Whip or Will**  4 months ago

Biggest lesson for most of the US: In a case where the choice comes down to doing the right thing or making money, always choose the money.

⤳

**AA1573**

∧ **Jwriter13**  4 months ago

> VDare is named after Virginia Dare, the first English child born in what is now the United
> States, who has become a symbol for white nationalists opposed to immigration.

Um, doesn't that make Virginia Dare the illegal offspring brat of illegal immigrants.....

Guess what, fake Xtians - Jesus, whom you claim to worship, but really despise and hate, was
a refugee.
.

≺

　∧ **James Keye**  4 months ago

　....anchor baby...

　≺

　∧ **Helena**  4 months ago

　Virginia Dare means they are just white supremacists, not anti-immigration. They
　welcome immigrants that are white, just like she was. They want whites to replace the
　brown people who have an ancestral claim to this land.

　≺

**AA1574**

**IdiAminDada** 4 months ago

> Guess what, fake Xtians - Jesus, whom you claim to worship, but really despise and hate, was a refugee.

Also non-white.

<

---

**Ralph_Smith_67** 4 months ago

Do the Brimlows really feel this way or is it just a scam to make money from stupid people who follow them?

Mr. Brimlow is an immigrant.

<

---

**yojne1940** 4 months ago

Ah, but he's a *white* immigrant. To people like this, that makes all the difference.

<

---

**art1tesmith** 4 months ago **(Edited)**

Once a racist, always a racist....But once a knight is a enough.

<

---

**AA1575**

∧ **MidwesterninManhattan** 4 months ago

Wonder how long it will take for the Brimelows to sue the Post. There's no one more thin-skinned than racists convinced their lack of melanin makes them somehow magically superior. They've sued the Times, and went after those folks in town who dared (pun intended) to criticize them. They're bullies in a fake castle in some dinky little town in West Virginia. Nasty sorts.

≺

> ∧ **Melpa44** 4 months ago
>
> Exactly. Their free speech matters, and they have a "right" to disagree with you, but if you disagree with them you will have to pay 20,000 and spout some BS message in the local paper.
>
> ≺

> ∧ **sledgehammer1** 4 months ago
>
> Funded by the Koches.
>
> ≺

∧ **Countess1** 4 months ago **(Edited)**

West Virginia has been a hotbed of White Supremacy for decades. They currently have at least 6 known hate groups with a large presence there. It's all available on Google, for you fascists who are too lazy to look it up. Or who want to to distract the rest of us.

Berkley Springs was charming, but I'll never go back now. In fact I see no reason to do anything but Avoid West Virginia. It's a poor state that will stay a poor state. No businesses want to go there. And anyone with a brain, who is born there, leaves. For reasons just like VDare.

≺

**AA1576**

⌃ **Think first type later**  4 months ago

"which some consider a hate group"

WaPo and the yoga instructor would do well to read Hannah Arendt.

⌃ **EM North Carolina**  4 months ago  **(Edited)**

Virginia Dare was the child of immigrants. I guess white Brits are the uber Americans, however.

> ⌃ **jorge33**  4 months ago
>
> But we need more immigrants from Norway, said somebody once.

> ⌃ **foxhound1**  4 months ago
>
> And a child of MINORITY immigrants, to boot.

⌃ **jorge33**  4 months ago

I think I'm laying off White Castle burgers for awhile.

⌃ **Julie2000**  4 months ago

The British-born anti-immigration activist..lmao

**AA1577**

∧ **Carthago_Delenda_Est** 4 months ago **(Edited)**

I personally didn't care for their new promotional tourism video:

*Harold & Kumar (Can't) Go to the White Castle*

≺

∧ **Hoo2019** 4 months ago

Hate serves grifters well. Seems to be plenty of donors. Hate is just good business in America.

≺

∧ **jazzfan1** 4 months ago

If this creep Brimelow is British-born, isn't he an immigrant?

≺

> ∧ **Melpa44** 4 months ago
>
> Yes, but he's the white kind, errrr i mean the "right" kind, according to him.
>
> ≺

∧ **Whip or Will** 4 months ago

The gift shop owner and husband were standing by with guns in case a black person came into town…but they are not afraid of others. Just ask them.

≺

> ∧ **IdiAminDada** 4 months ago
>
> Black folks whose families have been in this country longer than theirs.
>
> ≺

**AA1578**

**∧ edthecurmudgeon** 4 months ago

There is a small town not far from the city where girlfriend and I live. It's one of those places that trades on its quaintness, its boutique shops, and cozy Victorian B & B's. We used to drive there for day trips or to attend a food festival or have a weekend stay. But no longer. Once outside our city limits it's like entering a different world. On the way there it's Trump signs, Trump flags, Trump's name in giant letters on the sides of barns. It's no longer worth the assault on our senses to visit the place.

<

> **∧ Whip or Will** 4 months ago
>
> Thanks to our tax laws anyone who can put a bead on a string or cut a bundle of birch sticks is now a businessman or an artist. Better than working, especially for right-wing tax evaders.
>
> <

**∧ Aily Ites** 4 months ago

When I want to know if someone's a white supremacist, I'm always sure to ask their 75-year-old white friends who sell books about the castle they own.

<

> **∧ Sora Rail** 4 months ago
>
> White 75 year old with a 35 year old wife...that is creepy as well.
>
> <

**∧ agvirginia1** 4 months ago

Named after Virginia Dare....whose parents were literally immigrants. The lack of appreciation of the irony floors me.

<

**AA1579**

︿ **The peanut gallery**  4 months ago

You lack of understanding of nuance floors me.

<

︿ **jorge33**  4 months ago

Not much nuance in "White good, Brown bad."

<

︿ **The peanut gallery**  4 months ago

Well, to be provocative, how many majority brown countries are as high functioning as most majority white ones? The bottom end of majority white nations are places like Bulgaria, Georgia, etc. Basically, the former Iron curtain areas. How many brown countries run as well as the bottom end of the Slavic nations?

My position is this: it is morally unappealing but it looks like genetics matters a great deal as far as intelligence and personality are concerned. (80% current estimate) Just as different groups look different, other genes in their pool may differ in frequency or variant too.

The test of a gene pool is A. What they did in their homeland and B. What their offspring do in countries they immigrate to.

Jews, gentile whites, Chinese, succeed wherever they go. People from the Indian subcontinent have done well for themselves too (though due to the caste system, India is not a unified gene pool). The Chinese and the Europeans produced great civilizations in their homelands.

<

**AA1580**

**foxhound1** 4 months ago

whose parents were literally MINORITY immigrants. The brown people already living here were the majority.

<

**IdiAminDada** 4 months ago

> Named after Virginia Dare....whose parents were literally immigrants.

Illegal ones at that.

<

**jorge33** 4 months ago

The Japanese yoga instructor doesn't mind them, because they support her business.

<

**onelastchance** 4 months ago

They seem nice./s

<

**Ryan Love** 4 months ago

They're worried about (brown) people crossing the border...that is literally thousands of miles away from their sad, uninteresting little enclave of white supremacy. Please.

<

**^ Wildfellhall** 4 months ago

> But many of Johanson's neighbors aren't bothered by VDare. They said it was none of their business what the "castle people" published on their website.

*The only thing necessary for the triumph of evil is for good men to do nothing,* Ms. Johanson. You got yours so screw everyone who doesn't look like you, because they just have to be a threat to that, right? Shameful.

<

**^ jorge33** 4 months ago

And the Japanese yoga instructor says they seem nice... because the wife attends her class.

<

**^ EowynA** 4 months ago

it looks like you're scolding the wrong person; Ms. Johanson is quoted in the preceding paragraph expressing her unhappiness with VDare's presence in her community. Hence the "But" at the beginning of that sentence.

<

**AA1582**

⌃ **simplytrying**   4 months ago

I believe the intention of VDare is for its beliefs and messaging to become normalized, not just in Berkeley Springs, but everywhere. The repeated threats and suits and intimidation make that clear; VDare uses this Christmas event, along with their family attendance at the local Catholic churct, I believe, as parts of its normalization campaign. Good luck to the town.

⤴

> ⌃ **Melpa44**   4 months ago
>
> I would have gladly donated to that poor man's defense fund. I can't imagine having to pay these racists 20,000 for calling them racists.
>
> ⤴

⌃ **clevidence**   4 months ago   **(Edited)**

To those who want to stop immigration, here is what you should have learned in civics. America's strength is our diversity. In WW2 Italian Pilots, Polish auto workers, Norwegian farmers, factory workers from the Carribean, Jewish scientists, Navaho code talkers and brave Japanese-Americans all helped to defeat the Axis.

Without any one of them we might have failed and without immigration our nation will fail certainly. Ask any competent Economist and they will inform you about our aging demographics without immigration.

⤴

⌃ **healthobserver**   4 months ago

The castle doctrine: stand your ground and fight for your whites.

⤴

**AA1583**

∧ **JAMNEW** 4 months ago

Gives a new meaning to Castle Keep, keep it white.

∢

∧ **croaker69** 4 months ago

> "Diversity is weakness."

lol

∢

∧ **VirginiaLover** 4 months ago

I'm sure the Nazi castles were beautiful too at Christmas. Don't be fooled by the "nice" people that they are. Look at what they do, their values.

∢

∧ **ermiwe** 4 months ago

Sad to read as a gay, Jewish fan of close-in (to me) WV towns such as Berkeley Springs and nearby Shepherdstown, which are lovely places with famously liberal, civic-minded populations. I visit often but this befouls the experience in my mind.

∢

**AA1584**

∧ **skaboom**  4 months ago

Berkeley Springs and the surrounding area, including Hancock, MD, are hotbeds of KKK activity. Head over the mountain into Great Cacapon and you have more of the same plus a bunch of anti-govt preppers digging out enclaves everywhere.

Shepherdstown is very nice but is also surrounded by virulent racists. If you've ever driven the Sharpsburg Pike through Sharpsburg on the way into Shepherdstown you've surely seen the outright racist signs littering people's property along with scads of Confederate flags and Trump Won banners.

If you're visiting either place, I strongly urge people to be aware of their surroundings on the way in and out of both places.

‹

∧ **ermiwe**  4 months ago

Unfortunately, you can say the same about everywhere from California to Connecticut. In Maryland, you don't have to get too far beyond the Beltway heading toward Frederick before you see "Trump won" signs.

‹

∧ **skaboom**  4 months ago

> Unfortunately, you can say the same about everywhere from California to Connecticut.

True enough, but both of the previously mentioned localities are very much surrounded by a population where the percentage of folks hostile to non-Whites and non-heterosexuals are larger than average.

‹

**AA1585**

**∧ IdiAminDada**  4 months ago

I plan on visiting that area soon......in a tank.

≺

**AA1586**

^ **Quilbilly2**  4 months ago

I live in a small rural town which when I arrived in 1973 had one church (Presperterian) and a homestead called the faith farm which took in those in need of a hot meal and some religious instruction.
Then came a new church called the Assembly of God which spewed hate and division.

Soon school board members and the school administration were receiving death threats for teaching what the members of the Assembly of God called the devil.

The town became divided with family turning against family and neighbors against neighbor.

Political and religious beliefs that were once private now became the litmus test for being godly and a patriotic citizen.

The church is still here but the pastor who originally started it has been long gone and our community is once again more civil with your religious and political opinions private.

Gentrification has been limited and the children and grandchildren who left the community when the instigators of division were in charge have returned to revitalize our school and our community.

I and others stood up to the bullies and eventually they disappeared having all moved to Northern Idaho I believe.

I faced threats as did others but we didn't back down which is the only way you deal with the Brimelows of the world.

<

**AA1587**

**∧ thoughts5** 4 months ago

Brimelow, an immigrant, who espouses anti-immigration views and lives in a WV castle compound with his generations-younger wife. Can't make this stuff up.

⌄

**∧ Melpa44** 4 months ago

> The British-born anti-immigration activist

You can't make this insanity up. So really, he's just against black and brown immigration? That's not an anti-immigration activist; that's a racist.

⌄

    **∧ croaker69** 4 months ago

    yeah he's a racist alright

    ⌄

**∧ CDL66** 4 months ago

If Brimelow is found guilty of fraud or something like that, we can can we revoke his citizenship and deport him back where he came from? Please?

⌄

**^ Millermatic** 4 months ago

> "They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75

And... now we know Barb is a white supremacist.

≺

> **^ clevidence** 4 months ago
>
> Whose sister wrote a book about the castle in question and who stood with guns at the door during a peaceful BLM rally.
>
> ≺

**^ ModerateTexan** 4 months ago

Certainly immigrants have created problems here, as is endlessly pointed out by anti-immigration types. However I believe we are greatly enriched by our hybrid culture. Tex Mex food is just one anecdotal example. I hear that when many big time R&R bands come to Texas, that is their go-to for their first restaurant stop.

≺

**^ readingforinformation** 4 months ago

A castle in West Virginia run by white nationalists shocker...

≺

**AA1589**

∧ **Whip or Will**  4 months ago

Can they build another full sized Noah's Ark there, or maybe erect a 500 foot tall cross on one of the surrounding hills? Those attractions would have the desired effect of drawing tourists in to buy souvenirs and take yoga lessons.

≺

> ∧ **IdiAminDada**  4 months ago
>
> > or maybe erect a 500 foot tall cross on one of the surrounding hills?
>
> Someone might burn it.
>
> ≺

∧ **mstafd**  4 months ago

Well, it's true that your next-door neighbor may be a white supremist who decorate for Christmas! Maybe Brimelow should go back to where he came from.

≺

∧ **Walla Walla**  4 months ago

So an immigrant leads an organization named for the daughter of an immigrant. Gee, I wonder what the difference is between him and the immigrants he hates so much?

≺

> ∧ **tommad1**  4 months ago
>
> very simple: their color and/or their native language
>
> ≺

**AA1590**

ᐱ **Belle_Zon** 4 months ago

> "Barb Wolfe, owner of the Berkeley Springs Memories shop"

I just checked Yelp reviews to see if this article has gone viral yet. It hasn't.

Though there IS a review of Barb's shop from November 2022 whereby the visitor overheard nasty remarks by the owner against all of the other business owners in the area, including "homophobic remarks."

YUCK.

ᐸ

    ᐱ **AQB24712** 3 months ago

    Oh yes, I didn't post that review, but I've done some eye-opening eavesdropping in her shop.

    ᐸ

ᐱ **former_repub_independent** 4 months ago

I don't support vdare, but this country allows all free speech, except speech that is intended to put people in danger ..

I don't like what they stand for, but I support the right to speak freely. We need to combat this, not by preventing the speech but by changing peoples minds. Immigration is what made this country great. Most everyone came from somewhere else except the native Americans.

ᐸ

**AA1591**

^ **Publius_87**  4 months ago

No one's talking about silencing them. What the article's point is whether they should be treated with friendliness considering their abhorrent views.

<

---

^ **Whip or Will**  4 months ago

I think having the headquarters of an organization that draws armed people to hold counter protests supporting the organization's point of view would be considered to be putting people in danger.

<

---

^ **ssevelyn**  4 months ago

You will never change these people's minds. The hate they carry is generational and deeply rooted in them. I know this because I live among them, and I have tried to reason with them. It can't be done. They are too far gone.
You cannot reason with the unreasonable.

<

---

^ **Melpa44**  4 months ago

Gathering up folks with loaded weapons and stoking hate in their hearts to have a standoff at a peaceful BLM rally, where middle aged women and children are holding signs and candles, isn't putting people in danger to you?

<

---

**AA1592**

**^ jorge33**  4 months ago

Oh, a very White Christmas, how sweet.
Just think, when Mr. Brimelow was 45, his wife was 8. So open minded of him. How cute.

<

---

**^ Brian Grim**  4 months ago

Is the NYAG interested in any other crime than those purportedly committed by " white
supremacist? A BLM demonstration can be organized in a deeply conservative white town,
that has no experience of issues like the George Floyd incident and that isn't expected to
trigger a reaction?

<

> **^ FrankIBC**  4 months ago
>
> Why do you feel they are entitled to "react"?
>
> <

---

> **^ croaker69**  4 months ago
>
> Freedom of Association. Applies regardless of ethnicity.
>
> <

---

**AA1593**

∧ **clevidence**  4 months ago

You must have misspelled.

> A BLM demonstration can be organized in a deeply conservative white town, that has no experience of issues like the George Floyd incident and that isn't expected to trigger reactionaries?

It did trigger a reaction from those racists and bigots.

&lt;

---

∧ **IdiAminDada**  4 months ago

> A BLM demonstration can be organized in **a deeply conservative white town, that has no experience of issues like the George Floyd incident** and that isn't expected to trigger a reaction?

You can rest assured that that "deeply conservative" town has plenty of experience of those issues.

&lt;

---

∧ **I Eat My Veggies**  4 months ago

Did I read this wrong or did this clown immigrate from Great Britain and become anti-immigrant?

&lt;

**AA1594**

∧ **Rev Dr Ron** 4 months ago **(Edited)**

Yes, but he has no tinge of color. That makes him a good guy.

Hypocrisy has no bounds

<

∧ **tigerfan65** 4 months ago

Yes, and keep in mind that Virginia Dare was the daughter of immigrants as well. Hmmm....

<

∧ **croaker69** 4 months ago

Where do you think American racism originated?

<

∧ **Shelly Dawson Gilley** 4 months ago



<

∧ **FTtoyou** 4 months ago

"After a leaked draft in May indicated the Supreme Court was preparing to overturn *Roe v. Wade* and the right to an abortion, Peter Brimelow wrote on Gab: "Next stop Brown vs. Board!" He was referring to the landmark 1954 Supreme Court decision that ended school segregation in America."

ANYONE WHO WANTS TO OVERTURN BROWN IS A RACIST!

<

**∧ JeanPT** 4 months ago

America was built by rich, privileged White men who denied rights to, and kills, the indigenous population & enslaved Black women, men & children. This has never changed. CRT is proven daily in America.

⤶

**∧ MidwesternerinManhattan** 4 months ago

A guy comes across the Atlantic from the UK and immediately starts agitating against Black Americans, whose families have been here for 300+ years. May I respectfully suggest that Mr. Brimelow go back to where he came from.

BTW, several years before the pandemic, on my first and only jaunt into WV, we stopped in Berkeley Springs and ate lunch at the Inn. It was a cute town, but the food at restaurant wasn't very good and the coffee, I recall distinctly, really sucked. Like weak tea. Then on the way out of town there was a giant billboard with some kind of gun theme. Not a big turn on. But good luck to the sane folks who live there.

⤶

**∧ Dinesen** 4 months ago

"Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia"

Lol, of course.

⤶

> **∧ Enginerd** 4 months ago
>
> It's gross.
>
> ⤶

**AA1596**

^ **FrankIBC** 4 months ago

And, unless they were just married in the past year, he was more than twice as old as she, at the time.

<

^ **Stay Informed 79** 4 months ago

> *"Its founder, Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia, denies being a white nationalist or white supremacist."*

The proof is in the pudding with everything else, but this right here, told me everything I needed to know. When you marry someone young enough to be your child you are broken inside.

<

^ **tommad1** 4 months ago

grand-child

<

^ **Stay Informed 79** 4 months ago

37 years. Not everyone has children at 18.

<

^ **tommad1** 4 months ago

yet, many DO.

<

[READ MORE OF THIS CONVERSATION >](#)

**∧ edthecurmudgeon** 4 months ago

My state hosts the notorious Westboro Baptist Church and David Duke now wears a coat and tie. Those people also look normal...until you see them for what they really are. Sooner or later Berkeley Springs will get the reputation it fears, and the town's new clientele will be the rabble they don't want in their town. It will be the Branson for White supremacists.

⤳

> **∧ Shelly Dawson Gilley** 4 months ago
>
> God forbid
>
> ⤳

**∧ Gingertop** 4 months ago

Brown vs Board? Is that his best shot? That's a done deal...superseded by written law.

⤳

**∧ LifeInBananaRepublic** 4 months ago

Meh, I never considered visiting West Virginia let alone Berkeley Springs.

⤳

> **∧ JeanPT** 4 months ago
>
> WV is populated by many super rich conservatives, including retired military & spec ops personnel who need to be near DC, many of whom are deeply bigoted, plus the poor whom they dismiss as trash. Quite the state.
>
> ⤳

^ **FrankIBC** 4 months ago

West Virginia has several different regional identities. The Panhandle, which includes Berkeley Springs, is essentially the same as central Maryland or Northern Virginia now. Northern West Virginia is on a continuum with western Pennsylvania and western Maryland. Central West Virginia is very thinly populated due to the high mountains. Southern West Virginia, adjacent to eastern Kentucky and southwestern Virginia, is Snake-Handler country.

‹

^ **Makuakanelua** 4 months ago

Wasn't Virginia Dare born to illegal immigrants?

‹

^ **One Time Only** 4 months ago

I'm glad they bought a white elephant/money pit like this. They can spend a lot on renovating it, diverting it from other more nefarious activities and someday, eventually, the money will dry up. The castle will endure, and their hate will go out of fashion. Of course hate always comes back into fashion at some point.

‹

^ **Whip or Will** 4 months ago

When minorities figure out that they can also stand around in large groups with guns and intimidate white males, action will be taken by the government to end the proliferation of hate groups. Until then expect the groups of the same armed white people to travel from place to place and intimidate others. Even bikers are smart enough to figure out that it's time to shut up and go home when facing an armed group with a 10/1 advantage over them. Once again, this happens because you let it happen.

‹

**AA1599**

**Publius_87** 4 months ago

The Black Panthers tried that in California in the 1960s. Governor Reagan's reaction wasn't to dismantle hate groups or listen to the Black Panthers. It was to enact gun control (which then caused the NRA to radicalize).

Minorities arming themselves isn't going to stop hate; it's just going to cause law enforcement to treat the minorities as criminals for doing the same things that the hate groups do.

⤶

**archeopteryx** 4 months ago

Well, that might change when they aren't minorities.

⤶

**Publius_87** 4 months ago

Are you saying that "might makes right"?

⤶

READ MORE OF THIS CONVERSATION >

**jorge33** 4 months ago

The Panthers walked into the Capitol bldg in Sacramento, fully armed. The beginning of gun control in CA.

⤶

**Bjornson** 4 months ago

Tit for Tat...Private Militias are Illegal in all 50 States.

⤶

**AA1600**

**∧ Mel in Georgia** 4 months ago

My brother lives here now and says it's a very weird mix of white nationalists, liberal artists, craftsmen, and businesspeople in the tourist and hospitality trade - much like Yellow Springs (Dave Chapelle's home) close to where we grew up in Red State Ohio. I found it very quaint and friendly but had this foreboding sense that beneath some of these folks' friendly smiles was a heart full of hate for those who are different. It's a shame there's now an official welcome center for them. Hope the town can keep the rainbow overhead!

‹

> **∧ archeopteryx** 4 months ago
>
> I live in what some might see as a quaint little town in MD. It was traditionally poor and is now slowly gentrifying. It looks cute but I can tell you that it's chock full of racists.
>
> ‹

> **∧ Whip or Will** 4 months ago
>
> It's kind of an agonizing thing for artists and people making their living in tourist areas. When those areas start getting overrun by right-wing nutters, they either have to roll with the punches or get regular jobs without business tax advantages and their LLCs.
>
> ‹

> **∧ Enginerd** 4 months ago
>
> I think people who grew up in small towns can attest to those populations being made up of mostly racists. Not everyone of course, but most people are terrified of anyone who doesn't look like them moving into their tiny bubbles.
>
> ‹

**AA1601**

∧ **Public Health**  4 months ago

West Virginia residents are their own worst enemy and perpetually align with people who do not have their best interests in mind.
West Virginia has little to offer except tourism and here they are ruining a cute little town.
Also- 75 married to a 38 yr old-creepy as hell.

<

---

∧ **Publius_87**  4 months ago

Many in 1930s Germany thought their neighbors were delightful people too. Then the cattle cars showed up. The residents of Berkley Springs would do well to remember that.

<

---

∧ **2Alex**  4 months ago

The Brimelows think people are stupid, and fortunately for them, they're right about a significant number of people (especially in trump country). Those people are gulled by a pleasant-seeming family which patronizes local businesses (including one owned by a gay man!). And the hypocrisy/dissembling of white immigrants to the US screeching about how non-white immigration to the US needs to be slowed to a trickle—if not ended completely—escapes them.

The VDare website doesn't feature gentle, reasoned commentary about levels of immigration—go there now and on the home page is an article with "Great Replacement" in its headline.

<

---

∧ **American Loyalist2**  4 months ago

So the Monarchists ( White Nationalists) have captured a castle.
Someone tell them about drones.

<

---

**AA1602**

Coral

4/20/23, 1:32 PM

**∧ Richard L. Ulmer** 4 months ago

Pitch forks and torches in a West Virginia town!

⦉

> **∧ JimZ1** 4 months ago
>
> The Frankenstein monster is on the loose.
>
> ⦉

**∧ sitdownithinkiloveyou** 4 months ago

I've had some lovely outings in Berkeley Springs ... alas, never the rose without the prick.

I'm still trying to understand why a group that feels threatened by immigrants would name their organization after Virginia Dare, whose family were among the first immigrants. Naming themselves after the indigenous people who likely dispatched those Roanoke settlers seems more consistent with their anti-immigration position. Perhaps then, it's that Virginia Dare has the distinction of being the first white person born in North America (does that make her an anchor baby?) ... so the choice of name has a racial element? Yet the leader insists he's not a racist ...

I always find myself going round in circles of inconsistency and illogic whenever I try to understand these cretins.

⦉

**∧ JohnR-Montana** 4 months ago

England is not sending us their best.

⦉

# AA1603

^ **scrith** 4 months ago

Nailed it.

<

---

^ **bystander3** 4 months ago

A lot of confusion in people that because someone has a decent personality somehow excuses their participation in a racist hate group.

<

---

^ **archeopteryx** 4 months ago

To paraphrase V in the movie V is for Vendetta - this town doesn't need that building.

<

---

^ **Heavily Armed Liberal** 4 months ago

Sheep's clothing

<

---

^ **Interested Citizen 2525** 4 months ago

> "One of the things we talk about at VDare.com is this idea that diversity is strength, which could not be less true," Lydia Brimelow said on the conservative podcast "Coffee and a Mike" in November. "Diversity is weakness."

What does inbreeding bring?

<

**AA1604**

⌃ **archeopteryx** 4 months ago

Lemmings are stronger than all others I suppose.

&lt;

---

⌃ **The peanut gallery** 4 months ago

The author of *Bowling Alone*, a liberal sociologist, was forced by his data to admit that more diverse communities were always socially weaker than less diverse ones. He agonized over publishing due to that finding.

&lt;

---

⌃ **jorge33** 4 months ago

Sociology is a pseudo-science– people are not data.

&lt;

---

⌃ **The Love Burts** 4 months ago

He was one person who didn't create a classic double blind study, which was peer reviewed for weaknesses in his personal bias, approach, execution and his interpretation of the results. Therefore, it is hardly conclusive in the claim that more diverse communities are always socially weaker than less diverse ones.

It is the kind of material that bigots claw at and cling to in order to justify their hate.

&lt;

**AA1605**

**thisguy123456**  4 months ago

I haven't read the book... however, I do have general concern for the metrics used to measure "social strength". For example, if a church group exists and hands out food on Xmas but preaches that LGBTQs/minorities/women etc are the "devil" the other 364 days a year how do you quantify the "social strength" of that community and the contribution of that church to it's "strength"?

<

**Steelers77**  4 months ago

All one needs to do is look at Earth's biodiversity which is, according to many, God's creation, to realize that diversity in all forms is the definition of strength.

<

**Interested Citizen 2525**  3 months ago

While we continue to kill off its diversity as fast as we can. So sad.

<

**mdpensfan**  4 months ago

Maybe he's a predator. The age difference between he and his wife is questionable. Maybe he's a predator of fake news and indignation. He sounds like the worst of humanity.

<

AA1606

**∧ ECScherer**  4 months ago

Resident concerns should be recognized as very real. A little research finds Brimelow's views, associations and publications go way back and reveal him to be a promoter of white supremacy

The Southern Poverty Law Center, The Anti-Defamation League, The Guardian newspaper have identified VDare as a hate group in that it promotes various racist, anti-immigrant and anti-Semite works. In May 2020, even Facebook banned VDare and another website, The Unz, as forming "a network of
"coordinated inauthentic behavior" intended to influence the 2020 election via fake accounts."

Never heard of him before, but decent Americans would not knowingly welcome this highly exclusive and hate-filled guy as a neighbor.

⤳

**∧ UnicornBudget**  4 months ago

Koch money, who'd of thought?

Undesirable immigrants can come in all skin pigmentations as this article illustrates. NYAG is experienced at dismantling "charities".

⤳

**∧ The peanut gallery**  4 months ago  **(Edited)**

Even Robert Putnam, the liberal author of Bowling Alone, had to admit that the evidence showed that diversity made communities weaker. Being a good liberal, he almost didn't publish due to that finding.

⤳

**AA1607**

∧ **Apolloanranger** 4 months ago

I disagree only because they talk about Brown V Board of Education. But I also get the point that every nation has to be "concerned" about immigration in that they need to make certain that they do not overwhelm the system and resources in whatever manner. But the U.S. is in desperate need of workers and particularly in the service sector and others that are ideal for immigrants. Being anti-immigration right now is just plain stupid. We could let 11,000,000 people in right now and still have open jobs. (Well, that was a few months ago.)

<

∧ **UnicornBudget** 4 months ago

What gene pool is that? The one that indicates we're all descended from Africans?

<

∧ **archeopteryx** 4 months ago

I call BS on him AND you.

<

∧ **Apolloanranger** 4 months ago

Dude, you just completely changed your post. Um, don't do that.

<

∧ **UnicornBudget** 4 months ago

Peanuts is a coward.

<

**AA1608**

**^ Apolloanranger** 4 months ago

Apparently or entirely ignorant of how this all works.

<

READ MORE OF THIS CONVERSATION >

---

**^ Heavily Armed Liberal** 4 months ago

Biker gangs and armed militias on speed dial. Birds of a feather.....

BTW saw the original version of your comment
Apologist

<

---

**^ ResistanceNow1** 4 months ago

There is plenty of research that shows diversity actually results in better problem solving. Put your head back in the sand…

<

---

**^ PaulChase** 4 months ago

You're misrepresenting what Putnam was saying. He clearly said that diversity is a benefit in the long run but people tend to hunker down into their own enclaves and engage less as communities change. That's a world of difference from what you claim.

<

---

**^ wonderYrednow** 4 months ago

I think it was watching Tucker and heard Putnam was a hero and this is how to use his hero to make troll points.

<

---

**AA1609**

**Bjornson** 4 months ago

speak russian.

&lt;

**JimZ1** 4 months ago **(Edited)**

The article forgot to mention the town's new cross lighting ceremony.

&lt;

**AQB24712** 3 months ago

Uncalled-for.

&lt;

**MinjiLou** 4 months ago

The foundation raised $4.25 million in 2019, of which $1.5 million came from Donors Trust, a Koch Charity.

Flush with cash, they bought the castle and Peter Brimlow doubled his annual salary to $345K.

When the New York Attorney General began investigating....you can't use money from your charity to purchase your home....Linda Brimlow started a new charity and they moved into one of the "cottages" on the grounds that they rent for $21K a year.

She is listed as both the landlord and tenant.

&lt;

**AA1610**

**Apolloanranger** 4 months ago

I always ask the same questions, just how white do you have to be? Is there a Pantone color that people need to be whiter than? And what of people who have albino skin? Are they automatically in for white supremacists?

<

**Bjornson** 4 months ago

Lay Siege to ye olde whyte fortress. Burn it to the ground. Have an opus dei...
Another loose-lipped lunatic on the Koch's payroll. They have MINING interests in W.VA. Stein should have set up his own foundation with a fund-raiser and appealed the defamation suit. He would have gotten Millions of dollars from truly, Patriotic Americans.

<

> **Boomhauer** 4 months ago **(Edited)**
>
> they knew how to handle this historically at least from what i've seen... amazing thing really.
>
> <

**Good Old Dog** 4 months ago

There are not many groups more "American" than African Americans when it comes to length of time in the country and economic contribution. Brimelows claim to be only anti-immigration yet want to overturn Brown vs Board of Education. White supremacists for sure.

<

**crash test dummy** 4 months ago

If only we could have stopped the immigration of a lowlife like Brimelow. He hates immigrants, except for himself.

<

AA1611

⌃ **Subscriber 13**  4 months ago

The price of drones has dropped.

⌃  ≺

⌃ **Boomhauer**  4 months ago

crack the schloss! I say...

≺

⌃ **Whip or Will**  4 months ago

You are paying more in federal taxes so people like this can move money through and into PACs, LLCs, shadow corporations, etc.. Call your representatives and demand that all private and business tax returns be released to the public. These people can't do what they do without your help.

≺

⌃ **Etumu Kutenyak**  4 months ago

The Paradox of Tolerance means that violent racists will always win if we do not stand up against them. Ms. Briggs and Mr. Stein needed other people to support them, but they didn't. The rest of Berkeley Springs is going to end up being that "cute little white supremacist town" whether they agree or not.

≺

⌃ **James Keye**  4 months ago

Yep, when you have to tolerate intolerance, that's the end of tolerance.

≺

**AA1612**

**t1zwat1z**  4 months ago

I disagree. For the record, I find the views of VDare vile. But they best way to deal with them is to ignore them. Like all extremists, they thrive on attention. Starve them.

<

**James Keye**  4 months ago

You have never lived in a little town with active bigots; ignoring them is not an option.

<

**t1zwat1z**  4 months ago  **(Edited)**

No, I haven't. But how is it not an option? I am not saying welcome them into your community. I'm saying ignore them. Protests are not going to drive them away. It only gives them the attention they crave.

<

READ MORE OF THIS CONVERSATION >

**t1zwat1z**  4 months ago

"the best way"

<

**Randall Wong**  4 months ago

Not an option. If not confronted and made to feel so unwelcome it will take over the town and become a beacon for like minded people.

There goes the cute little hippies artists village.

<

## AA1613

**∧ S Scagnetti** 4 months ago **(Edited)**

So some moneyed old lech and his gold digging skånk of a wife are holed up in a castle having Hitler rallies. With any luck, he'll be dead soon and she'll move onto thinking whatever the next rich old f@rt tells her to think.

&lt;

**∧ Wayne N Earnest** 4 months ago

So, WV's version of Hitler's "WEVELSBURG"!!!! Wake up, America!!!!

&lt;

**∧ Beeswork** 4 months ago

Racists dislike being called racist nearly as much as they dislike brown and black people. Not a one of them would admit what they are.

&lt;

**∧ Haru Jiro** 4 months ago **(Edited)**

If he hates immigrants and immigration so much, we should send him packing back to Britain, right?

&lt;

**∧ crash test dummy** 4 months ago

> "They are not white supremacists. They're anti-immigration."

But the opposition to Brown v. Board of Education would seem to contradict that.

&lt;

**AA1614**

^ **RadicalGlove** 4 months ago

If white folks were inherently superior, it would be self evident, and proclamations to that effect would not be necessary.

<

---

^ **washpost16** 4 months ago

Nothing like destroying the meaning of "foundation." Hate groups are childish and generally inhumane.

<

---

^ **LarryL1970** 4 months ago

Clearly... it is just a hate group of ignorant neo-Nazis. It puts the town off-limits to anybody with a normal level of human decency.

<

---

^ **t1zwat1z** 4 months ago

Why should the town suffer for the sins of VDare?

<

---

^ **Interested Citizen 2525** 4 months ago

The Castle has nothing to do with the town and the people who live there. We can't control who buys a property that is for sale. As long as it is used within the current zoning rules the town can't do anything about it.

<

**AA1615**

∧ **Enginerd**  4 months ago

Meh. You could make it very apparent that they are not welcome. When you look the other way for something like VDare, you might as well be endorsing it. Good thing for business owners in Berkley Springs - there are plenty of racists in WV who will be making the pilgrimage to their new headquarters of hate.

⤙

∧ **Interested Citizen 2525**  3 months ago

You can do that by completely ignoring them. If you own a business and they come in to buy something, you have to serve them or you would be behaving just like them.

> When you look the other way for something like VDare, you might as well be endorsing it.

Just who is looking the other way, you? If they are obeying the law you can't stop them from living there, they bought a property in town and have a right to be there. You want to go sit outside the Castle with a protest sign go right ahead, maybe you can even get arrested. I save my demonstrating for more important things than a few a@#$%^&s moving into town. They start doing something that violates the law or the zoning of their property it becomes another matter.

Have you ever even been to Berkely Springs, or even that part of West Virginia?

> Good thing for business owners in Berkley Springs - there are plenty of racists in WV who will be making the pilgrimage to their new headquarters of hate.

Based on what you have stated, you don't seem to be absolutely free of prejudice either.

⤙

**AA1616**

⌃ **Vidyadana**  4 months ago  **(Edited)**

> The British-born anti-immigration activist

The irony.. why are right wingers always this stupid.

Vdare is a straight up hate group. WP is normalizing nazism by not putting this front, left and center of this article.

&lt;

⌃ **Bjornson**  4 months ago  **(Edited)**

V. D. was Front and center@ The Insurrection, 1-6-21. Might as well open a FBI regional office next to the "spa"

&lt;

⌃ **CA transplant**  4 months ago

We've enjoyed stopping in that town to enjoy the springs and shops but no more! Feeling sorry for those citizens there trying to lead good peaceful lives to have such an ugly cancerous contamination in their midst.

&lt;

⌃ **Bjornson**  4 months ago

The Wolfe's welcomed them with open arms...

&lt;

**AA1617**

^ **Interested Citizen 2525** 4 months ago

Since you did not mention the Castle, I am assuming that you never visited it. And you don't have to visit it to enjoy the rest of the town. If you choose to stop doing something you enjoy because someone bought a private property nearby, there are plenty of other places you should be avoiding as well.

<

---

^ **Whip or Will** 4 months ago

Yet one more reason to release all US tax returns to the public. That would be the antidote to most of the problems now afflicting the US.

<

---

^ **BamaDad74** 4 months ago

> the Brimelows' local Catholic church

Well *that's* not very WASPy. If they were "real" Anglo-Saxon True Americans, they would attend a Protestant church. How very papist of them. What's next, we let Italians in? /s

<

---

^ **Enginerd** 4 months ago

Hearing people like the Brimelow's attend a Catholic church only reinforce my decision to leave the church.

<

---

**AA1618**

**⌃ YonderStudio** 4 months ago

This is how it gets normalized. They are "nice" people. Except that they spread their hate and lies for their "business". The nazis were really nice people, when they weren't murdering innocent people and killing millions of jews.

≺

> **⌃ beauregard1953** 4 months ago
>
> and don't forget they were snappy dressers, too
>
> ≺

**⌃ Jay Mason** 4 months ago

"which some consider a hate group"

They are straight up white nationalists and white supremacists. They aren't coy about it. Why the pussyfooting?

≺

**⌃ 1CaliforniaReader1** 4 months ago

Odd way for Brimelow to hold his hands in the Christmas card photo. Does he have a disability?

One of his daughters and his son seem to have formed similar shapes with their hands.

≺

**⌃ My name is Jim** 4 months ago

I guess as long as it stays in West Virginia, it's probably par for the course.

≺

**AA1619**

Coral

4/20/23, 1:32 PM

∧ **clematis** 4 months ago

That's one ugly castle.

‹

---

∧ **PJP - KM** 4 months ago

Free speech lovers sue critics into silence. Huh.Sounds like we sound a few more to be first against the wall

‹

---

∧ **NastyWoman** 4 months ago

I will stay away from this area. I would be afraid to visit with my mixed-race, immigrant containing family. The guns and confederate flags says it all.

‹

---

**AA1620**

∧ **Lorraine Devon Wilke**  4 months ago  **(Edited)**

As if racism couldn't get any weirder, this poor town has a 'hate castle' owned by avowed anti-immigrationists & white supremacists propped up by people like the Koch brothers, and hiding behind pretty Christmas lights and a "welcome mat" for oblivious (or like-minded) tourists.

A glance at their Twitter page (@VDare) offers a predictable snapshot into their extremism and bloviating right wing agenda... all the usual, eye-rolling talking points like pushing Tucker Carlson and Trump, using "woke" as a pejorative (how deeply unoriginal), and focusing on stories that demonize non-whites.

It's incredibly sad that a group like this took over a beautiful venue meant to inspire appreciation and joy. MORE sad is how hate groups like @Vdare continue to poison, attack, and vilify those who make up the rich, vibrant contribution of diversity we have here in America.

≺

---

∧ **HarleyRob22304**  4 months ago

> "The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group."

One of the many sick and twisted ironies of this hate merchant is that he himself is an immigrant.

≺

---

**AA1621**

**YonderStudio** 4 months ago

But he is "right" kind...white

<

**Bjornson** 4 months ago

Unless THEY receive H-1B visa status.

<

**AllyMudPup** 4 months ago

Follow the money .. the donors use him to funnel their anti-immigrant dollars so gave him the $$ for his wv outpost (where they could have a much larger impact than Connecticut) .. will be good to see where the money *really* comes from

<

**Keep Voting-Blue** 4 months ago  **(Edited)**

Cracker castle in B.S. (Berkeley springs) Virginia.

<

**BlueDogDems** 4 months ago

West Virginia

<

**Keep Voting-Blue** 4 months ago

Yep forgot the W

<

**AA1622**

Coral

4/20/23, 1:32 PM

∧ **numina** 4 months ago

The irony of an immigrant being anti-immigrant is always interesting.

What people don't seem to understand that it is often a game plan to be nice to people to their face and then work against them behind the scenes. When people tell you who they are, believe them, and don't be fooled by "sweet" behavior.

≺

> ∧ **BamaDad74** 4 months ago
>
> > The irony of an immigrant being anti-immigrant–
>
> –is the defining characteristic of our country. Always makes me shrug.
>
> ≺

∧ **Informed and Educated** 4 months ago

The immigrant from the U.K. earns almost $400,000 a year bashing immigration.

Only in America.

≺

> ∧ **BamaDad74** 4 months ago
>
> Ha, you know, maybe he *has* figured out the American way. I'd say bully for him, but for the gross politics.
>
> ≺

**AA1623**

**Bjornson**  4 months ago

Call the Koch heads for job spreading Lies, Hatred and Blasphemy.

<

**Hadrap**  4 months ago

Sadly, this is not a case of American exceptionalism. Racist propaganda jobs exist all over the world. Brexit seems to be mostly about racism and I am sure a load of people, including Americans made a pile of money off of it.

<

**ESSE_QUAM_VIDERI**  4 months ago

Leave it to the far-right loons, descendants all of immigrants to this land, to think up and then establish an anti-immigrant "organization" aimed at preventing the dilution of White majority. Somewhere, the ghosts of the Crotoans whose lands the Dares and other English "immigrants" encroached upon must be somewhat bemused by the VDare bunch.

<

**BTNY25**  4 months ago

The Koch family just can't help themselves from spreading as much hate as possible. Of course they funded VDare.

<

AA1624

^ **discernie**  4 months ago

Guess what!?

The original inhabitants of the Americas from the Artic circle to Tierra del Fuego were native American Indians.

Those coming from the south across the border are entering their native lands that were stolen from them by invaders like the Russians now invading the Ukraine.

The European whites came without invitation and brought small pox and syphilis as well as firearms. Infectious disease killed off more than half of the indigenous population.

Smallpox, measles or flu before, and the viruses tore through the continent, killing an estimated 90% of Native Americans.

If that pandemic event hadn't wiped out the natives, we cannot know what the cost in death would have been for the invaders.

It is estimated that the Apaches under Geronimo killed over 300 US cavalrymen for each warrior laid low.

Population experts believe that the density of whites in the USA is decreasing rapidly and people of color are becoming a greater proportion of those living here.

Hitler and Trump were basically moving racism as their prime accelerant of the make Germany/America great again *bullhunkey.*

Some might argue that a kind of poetical justice is served by the Indians reclamation of their original lands. These aren't Spaniards returning but mestizos mostly of Indian blood.

I lived in West Virginia for years and can tell you that the brand of racial hatefulness there is uniquely potent and obnoxious. Even people with out-of-state plates were regarded with grave suspicion there in the 80's.

The scene in Berkeley Springs is typical and the locals eat it up with relish.

They believe it is a scientific fact that whites are of the superior race and that all colored are inferior. They even teach that in their schools on the playgrounds, sports teams. and all extracurricular activities.

This isn't news - it's old hat.

<

**AA1625**

**⌃ iamkuato** 4 months ago  **(Edited)**

People crossed the land bridge and occupied the Americas. They were of Asian origin - not a group we usually identify as American Indian or Native American, though they are the original source of societies that fit under that banner.

Many disparate groups migrated, settled, expanded, and continued moving with available resources - a situation that led to conflict. There were wars, raids, kidnapping, slavery, ethnic violence, gender-based violence, etc. Basically, in a large enough population of people over a long enough timeline, the full spectrum of human experience is on display. Civilizations rose and fell. Territories were conquered and stolen. Etc. A quick look at the expansion of the Aztecs illustrates the point - but you could look literally anywhere and find proof.

Then, the movement of people shifted in origin, with people arriving from across the sea. These people, like all the people in America before them, encompassed the full range of human expression. Like the American Indians, they fought for territory. They fought to defend their religion. They fought to create defensible borders. They raided. They took prisoners. They held slaves.

The difference between the European invaders and those who came before them is one of effectiveness, rather than one of type. It is a shame that our deep-seated racism allows us to separate people into races and make qualitative judgments, warping history to fit our narrative.

Fact is - we are all the product of this universal cycle, regardless of color, race, nationality, gender, etc. We are all the descendants of the abusers and of the abused, as our modern culture is the product of the clashes among our ancestors.

◁

**AA1626**

^ **discernie** 4 months ago

All perfectly "normal" behavior for homo sapiens - apex predator #1 who never learned to "get along" with any "others" two-legged or four-legged, fish, fowl, or any living other on the planet. An utter failure thus far it appears.

<

^ **ESSE_QUAM_VIDERI** 4 months ago

discernie - among the laughable ironies in all this is that white "locals" in and around Berkeley Springs, WV, can look around at their fellows and remain convinced that "whites are of the superior race."

<

^ **BamaDad74** 4 months ago

Humans roam the globe, like many other animals. I don't have a problem with it. I'm not so concerned with who was where "first". I just wish people would live and let live.

<

^ **Bjornson** 4 months ago

The Genome Project really fried what is left of their grey matter. DNA tracing the Origins of the Human Race and Diaspora back to AFRICA. The reactionary and disproportionately violent response to Science and Evolution in some of the far-right "churches" can be correlated to these Discoveries. Praise the Lord !

<

^ **CityCommuter** 4 months ago

One reason I'm glad I live in DC. Beautiful out there but lots of snakes.

<

**AA1627**

▲ **BamaDad74**  4 months ago

Truer words...

‹

---

▲ **Petuunia**  4 months ago

What a horror. And no surprise that such a group, which holds hands with white nationalists and neo-Nazis, would be delighted to own a freaking tawdry CASTLE.

I'm sickened by VDare and the hideous humans who own it. Very sad for Berkeley Springs.

‹

---

▲ **OutofShape**  4 months ago

British-born anti-immigrant. How lovely.

‹

---

▲ **rcosgrove084**  4 months ago

It's a hate-filled castle. Note that the gay business owner and the asian yoga business owner are just fine with it...because their bottom line will suffer if they said anything, in a county where 80% voted for tfg. Nuff said.

‹

---

▲ **john-vt**  4 months ago

it's clear exactly what they are.

‹

AA1628

Coral

∧ **cajunboy**  4 months ago

Add West Virginia to my ever expanding list of states to avoid.

⤶

> ∧ **Chet D**  4 months ago
>
> It wasn't already on the list?
>
> ⤶

∧ **KDBNVA**  4 months ago

I've driven through this town countless times on my way home To NOVA from Pennsylvania. I happened to drive through that summer day of the BLM rally after Waze told me to stay on 70. I saw the trucks parked right on the Main Street with their confederate flags holding their guns. The tension was palpable and i was just in my car passing through.

⤶

> ∧ **Bjornson**  4 months ago
>
> Private Militias are Illegal in ALL 50 States. Enforce the Law.
>
> ⤶

∧ **Fool_of_sound_and_fury**  4 months ago  **(Edited)**

"We say and do all the things white supremacists say and do, but don't label us with nasty names like 'white supremacists'".

Would any rational person believe it? No. Anyone claiming such is clearly a white supremacist trying to hide.

⤶

**AA1629**

∧ **Chet D** 4 months ago

Not trying to hide, trying to normalize.

‹

∧ **LarryL1970** 4 months ago

Right... I use the words "Neo-Nazis" to describe them. There is nothing supreme about them.

‹

∧ **Listener3** 4 months ago

Vote with your pocketbook.

‹

∧ **Regis14** 4 months ago

Good lord. If West Virginians consider you a racist, you must be a special kind of crazy.

‹

∧ **GDS Glenstone** 4 months ago

Maybe these anti-Americans need to relocate to Belarus or India, where zenophobia is encouraged.

‹

∧ **JefBlock** 4 months ago

Does anyone else see the irony of an anti immigration organization named after a child of *immigrants*?

‹

**AA1630**

**^ potatoechip** 4 months ago

V.Dare America's first anchor baby.

\<

---

**^ yazoo_the_fuzzy** 4 months ago

And isn't he himself an immigrant, born in the UK?

\<

---

**^ howiehunt** 4 months ago

And *founded* by an immigrant .

I believe that's where the fracture lines between what VDare claims and their racist reality lie.

\<

---

**^ Lyin Eyes** 4 months ago

Ah, but don't forget, he's a WHITE immigrant. Wonder what he things about England's national black football players? (rhetorical question).
Seems to me that if we follow his thought process (oxymoron), we ALL should get the hell out of North America and give it back to the Indegious peoples of America.

\<

---

**^ Chet D** 4 months ago

You know that's not his thought process.
His thought process is white supremacy.

\<

---

**AA1631**

**∧ Live from Oklahoma** 4 months ago

if we dealt with these hate groups as we *should*, they wouldn't be buying castles anywhere- they wouldn't be buying anything, anywhere, ever again.

⋉

---

**∧ NW Gate** 4 months ago

I walked into a convenience store off the highway in W. VA, and standing in front of me in line was a biker with a an SS tattoo on his arm. But, he's not a white supremacist, he's just anti illegal immigration, right?

⋉

---

**∧ mleofric** 4 months ago

I wish Grifting were a college major when I was in school…sure looks like the pay is great.

⋉

---

> **∧ LarryL1970** 4 months ago
>
> There is something you could study to start you down that path… it is call "Religion".
>
> ⋉

---

**∧ Madame Bovary** 4 months ago

Peter Brimelow, who opposes both legal and illegal immigration, was born in England and immigrated to the United States.

⋉

---

> **∧ 404NameNotFound** 4 months ago
>
> "good for me but not for thee"Always the same with these types.
>
> ⋉

**AA1632**

∧ **Chet D** 4 months ago

We know what kind of immigration he opposes.

⤳

---

∧ **GoKnightsGo** 4 months ago

Diversity in fact is strength. A look at the US Patent (USPTO) filings shows a significant surge in both applications as well as awards attributed to US based researchers during times of (relatively) open immigration and shortly thereafter as well.

This is only one example. Many abound.

⤳

---

∧ **Sean McCorkle** 4 months ago

Exactly.

⤳

---

∧ **NoFunAloud** 4 months ago

What a ridiculous article. It's the USA. Anyone who can come with the money can buy and own anything.

If this person bothers you, then don't visit his "castle."

And get a life.

⤳

---

**AA1633**

∧ **Meg Jernigan** 4 months ago

If an article offends you, don't read it and comment on it. Take your own advice.

‹

∧ **LarryL1970** 4 months ago

How do you know it "offends you" without reading it?

‹

∧ **Alaskan Range** 4 months ago

Yeah, but you guys sure hate it when the Chinese buy farms in the "heartland", don't you?

‹

∧ **potatoechip** 4 months ago

The article doesn't say anything about the right to buy anything. Please read the article before you say something that makes you sound foolish.

‹

∧ **BlueDogDems** 4 months ago

In the past one could buy and own people. The good old days for racists.

‹

∧ **Gforce63** 4 months ago

What a hypocrite you are. If you don't like the topic of the article, then don't read it.

And get a life.

‹

**AA1634**

**^ Grampagrapher** 4 months ago

Just reading headlines to vomit your opinions isn't smart. Lots of thinking is needed sometimes.

<

**^ WhatDoesItTakeToWakeUp** 4 months ago

I feel bad for the town. Don't think it's going to help the tourist trade.
It's kind of like biting into a nice looking sandwich only to find it filled with maggots.

<

**^ Hairy Bear Hunter** 4 months ago **(Edited)**

Sadly, as word spreads, via articles like this, they may *increase* their tourist trade. It just won't be the same type of people as before.

<

**^ Coloradan** 4 months ago

I believe the town will be high on the list for MAGAts to visit

<

**^ Grampagrapher** 4 months ago

Up next expanding the grounds to include a theme park for disenfranchised white people. Likely a shooting gallery with faces of liberals fighting fascism. What a hoot!

<

**AA1635**

∧ **Further77** 4 months ago

So, how does V Dare feel about Native Americans?

Especially, since their organization is so worried about the white race being replaced by non-whites.

∧

∧ **tlbx** 4 months ago

An immigrant to this country is rallying against immigrants to this country and names his anti-immigrants hate group after a child whose parents were, what else, immigrants to this country. Where else but in America, land of immigrants! Sheesh.

∧

> ∧ **rcosgrove084** 4 months ago
>
> He is just horrid.
>
> ∧

∧ **John1263** 4 months ago

So...it is a white castle?

I'll see myself out.

But seriously, why do we continue to molly coddle racists? Designate their organizations as terrorist groups, cut off all their funding, and lock them up.

∧

^ **LarryL1970**  4 months ago

No. Part of the challenge of operating a democracy is tolerating groups who say things we find undesirable. As long as they don't create violence, like attacking our Congress in an effort to overthrow a legal election, we need to let them speak IAW our 1st Amendment.

However, it is our responsibility to respond to those hate groups and call them out. We need to identify the silent donors and behind-the-scenes politicians who use hate groups as a base. We can't let them intimidate us, but we must not become just a different flavor of the fascists they represent.

&lt;

---

^ **cadbury**  4 months ago

An immigrant from England is at the forefront of a fight against immigration. Apparently irony is not dead.

&lt;

---

^ **callas1**  4 months ago

But self-awareness apparently is.

&lt;

---

^ **RubySJM**  4 months ago

You can't make this stuff up. The hypocrisy is astounding. An immigrant is leading this hate group against other immigrants. It highlights why some people believe that "certain" immigrants are welcomed, others are not. Both weren't born in this country and probably traveled here for the same reason. But the amount of melanin in ones skin determines who is an acceptable who's not. That Japanese Jewish lady is in LaLa land if she thinks they won't come for her family next. But for some, traumatizing personal experience is the only way the blinders will come off. I have zero doubt it will happen sooner rather than later.

&lt;

**AA1637**

∧ **Opinion Dispenser XJ-9000**  4 months ago

Twitter is more of a magnet and venue for hate than this Vdare converted horse barn. Yet many posters on this WaPo forum are on Twitter. Hmm.

⤙

> ∧ **Meg Jernigan**  4 months ago
>
> How do you know how many posters are on Twitter?
>
> ⤙

> ∧ **BlueDogDems**  4 months ago
>
> Fail.
>
> ⤙

> ∧ **rcosgrove084**  4 months ago
>
> How would you ever know this? Just stop.
>
> ⤙

> ∧ **Gforce63**  4 months ago
>
> Stupid logic and stupid analogy.
>
> ⤙

∧ **Sally4th**  4 months ago

Tacky, tacky, tacky. These white nationalists never run out of ways to make themselves look brassy, cheap, and dumb.

⤙

**AA1638**

**∧ CO_Eagle_Scout**  4 months ago

All sorts of scams are doing really now: Santos, FTX, and now this one.

‹

---

**∧ potatoechip**  4 months ago

Pro Tip. It's O.K. to hate white nationalist and everything they stand for.

‹

---

> **∧ skatemando**  4 months ago
>
> not only "OK" but "Required"
>
> ‹

---

> **∧ Eddie Valient**  4 months ago
>
> Intolerance should never be tolerated by any rational society.
>
> ‹

---

> > **∧ Gforce63**  4 months ago
> >
> > News flash: You can tolerate someone's right to exist and tolerate them having freedom from being arrested for their beliefs, but still hate them for being evil human beings.
> >
> > ‹

---

> > **∧ Eddie Valient**  4 months ago
> >
> > no argument here
> >
> > ‹

---

**AA1639**

∧ **j.**  4 months ago

I used to visit Berkeley Springs quite frequently but over the years the town seemed to lose some of its vibrancy, who knows why. Despite a bit of nostalgia for those days I think I'll stay away. Not really interested in supporting that kind of hateful ideology.

≺

∧ **jafly50**  4 months ago

The owner was born in England? Tell him to return home, then. Let's apply his logic to himself.

≺

∧ **Castor Canadensis**  4 months ago

I am a Jew living 100 meters from the Appalachian Trail. I understand White Nationalism it is like Jewish Nationalism, Black Nationalism, Chinese Nationalism, Indian Nationalism, Texas Nationalism, Canadian Nationalism, Russian Nationalism and American nationalism.
Nationalism is way to justify our insanity
American Evangelicals claim our Bible yet have no understanding of how to welcome the stranger. We have the story of Sodom and the other Evil Cities.
The Bible is about the Truth and we can't handle the truth.
We are stardust. No more no less.
For those interested in Sodom and Gemorrah I recommend Louis Ginzberg's Legends of the Bible. 1905 Jewish Publications Society. Nineteen five was the same year Twain wrote
Everyone knows the Russian autocrats should be dispatched but nobody will say it.
La plus ca change.

≺

∧ **NW Gate**  4 months ago

Oy.

≺

**AA1640**

∧ **Castor Canadensis** 4 months ago **(Edited)**

Laughing with yashikas.
I grew up with two distinct dialects.
My father said Cholera my mother said Oy.
my father was middle class my mother a peasant and a saint.

<

∧ **Bobby Owens** 4 months ago

This article is like the old line attributed to Henry Ford (possibly an Urban legend, but for the purposes of making my point). "You can order a car in any color as long as its black".

If you support diversity, it means supporting the right of Black Lives Matter to have some kind of rally or whatever, but also for this VDare outfit to preach to their choir as well.

If not, then all talk about Diversity and Tolerance is a bunch of lies.

<

∧ **Eddie Valient** 4 months ago

Of course they have the right to peach to their racist congregation. But the point of this article is to draw attention to this controversy. Then let the public decide if they want to patronize this establishment. Some undoubtedly will BECAUSE it is run by white supremacists.

<

∧ **Unfragile Blackness** 4 months ago

Also means I (and my friends) have the right not to travel to or spend money in Berkeley Springs.

<

**AA1641**

**Cooldad**   4 months ago

By bouycotting Berkeley Springs because of what has happened you are hurting those who live there that are against V Dare. What are those who lived in Berkeley Springs before the castle was sold to do?

<

---

**BannedWithoutExplanation**   4 months ago

Nonsense. That's as silly as saying if you support photography you must also support pornography. Selective support is what makes us humans. Just because one supports wildlife doesn't mean they must support zoos.

<

---

**Meg Jernigan**   4 months ago

Did you read the part where armed counter-protesters showed up at the BLM rally? That's not preaching to the choir. That's encouraging violence.

<

---

**Grampagrapher**   4 months ago

Everyone is armed so why shouldn't BLM protesters?

<

---

**Gforce63**   4 months ago

Absolutely, totally wrong. What stupid logic.

<

**AA1642**

**MMitsakos** 4 months ago

This is the old "Aren't liberals supposed to be tolerant?" misconception. No, tolerance does not mean respecting the views of bigots, and diversity in this context refers to culture, ethnicity, race, religion, sexual orientation, and different abilities—it does not mean "any and all viewpoints including white supremacy."

Pushing racist views disqualifies one from playing the diversity card e.g. "these views come from my religion so they must be respected."

It's necessary to have limits on what we mean by diversity or else it becomes a contradictory mess that does nothing to move toward a world we want to live in.

VDare itself appears to use the racial/cultural/lgbtq/ definition of diversity: when they state "diversity is weakness" they are saying nonwhite immigrants and lgbtq people somehow weaken the nation.

<

---

**fekete** 4 months ago

I suspect that Brimelow's ancestors arrived in the UK a limited number of generations ago, and that the attitudes of some toward the ethnic group(s) to which they belonged were similar to his attitudes toward certain groups.

<

---

**AA1643**

∧ **tangelo7**  4 months ago

> VDare is named after Virginia Dare, *the first English child born in what is now the United States*, who has become a symbol for white nationalists opposed to immigration.

Um, ironic much?

⤠

---

∧ **factck**  4 months ago

Yes, born to immigrant parents. Of course they were white, so there is that...

⤠

---

∧ **ESSE_QUAM_VIDERI**  4 months ago

tangelo7 - that crowd of anti-immigrant bozos can't acknowledge the irony because to do so would force them to recognize what a fool's folly their whole enterprise is.

⤠

---

∧ **factck**  4 months ago

As Paul Simon said in The Boxer, a man hears what he wants to hear and disregards the rest.

⤠

---

**AA1644**

∧ **electress2018**  4 months ago

It really makes me sick that they are out recruiting little children, to come and sit on Santa's lap, and give them a box full of hate and violence. If they have one penny of government money, then the whole place needs to become a heap of rocks.

⤶

∧ **Sagar1**  4 months ago

VDare is named for the first white child born in America, to immigrants. I think the term these folks like to use is anchor baby. And it is run by an immigrant. Their program isn't about immigration. It is about white people.

⤶

> ∧ **electress2018**  4 months ago
>
> Virginia Dare.
>
> ⤶

> > ∧ **Gforce63**  4 months ago
> >
> > Yup, her name was in the article. Why are you posting it here?
> >
> > ⤶

∧ **AnonymousHillbilly**  4 months ago

Looking at the photos from 2016 and 2018 it's apparent the old man has had some major face work! (Don't need the photos to know he's also a nutcase.)

⤶

**⌃ FrankM - UpstateSC**  4 months ago

So another white supremacist claiming not to be a white supremacist. Imagine that.

⤳

---

**⌃ BHamel**  4 months ago  **(Edited)**

Imagine driving for hours to see some grim industrial small town whose main attraction is a 19th century building with a few miniature crenellations stuck on top.

I love America, I really do. Especially from a distance.

⤳

> **⌃ Breckasaurus**  4 months ago
>
> Theres also a spring!
>
> ⤳

---

**⌃ FranktheMc2**  4 months ago

Unless these creeps break the law, they can do what they like in Hell's Waiting Room.

⤳

---

**⌃ Oilfieldtrash**  4 months ago

By their own definitions, Virginia Dare was the first anchor baby

⤳

---

> **⌃ Patr in Texas**  4 months ago
>
> And their leader is an immigrant.
>
> ⤳

**AA1646**

∧ **potatoechip** 4 months ago

Don't be silly. The term "anchor baby" only applies to non-white babies.

＜

---

∧ **OB81** 4 months ago

If you visit Berkeley Springs, Mi Ranchito is worth a visit. Had a nice dinner there in November. Oscar Robles should be the mayor.

＜

---

∧ **AQB24712** 4 months ago

Mi Ranchito is wonderful.

＜

---

∧ **Sedition Scientist** 4 months ago

I feel sorry for the Brimelow children who are caught up in this conflict.

＜

---

∧ **ramerian** 4 months ago

Why ?

＜

---

∧ **Eddie Valient** 4 months ago **(Edited)**

Because they will be carefully taught to be white supremacists themselves. That is how racism is passed down from one generation to the next. Children are not born racist.

＜

**AA1647**

**∧ from my window** 4 months ago

Of course he is a racist. He says he is against immigration, but he is an immigrant. What else could it be? All these white people screaming about immigration and none of them are Native

∢

**∧ tcooperlong** 4 months ago

> The Brimelows have long made their disdain for a multicultural America clear.

So they are Anti Americans...

∢

> **∧ WhatDoesItTakeToWakeUp** 4 months ago
>
> White supremacists generally are anti-American. It's all about them.
>
> ∢

**∧ Kasane** 4 months ago

> VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration.

These people have no sense of irony.

∢

**Memphisto**  4 months ago

🎶This Land is my Land.
It was never your Land.
From California, to the New York Island.
This Land was made for me not thee.🎶

<

**Just Vote Blue**  4 months ago

A 38 year old woman married to a 75 year old man? Sorry, but that's pathologically abnormal. These people are freaks for more reasons than one.

<

**FranktheMc2**  4 months ago

Gold digger?

<

**skatemando**  4 months ago

"Daddy fixation"

<

**Mostly sunny 2**  4 months ago

That's the Andrew Tate method;
get them young and impressionable so you can bend them to your will.

<

AA1649

∧ **lamdad1** 4 months ago  **(Edited)**

Remember that Virginia Dare was born in the Roanoke Colony so she was probably murdered by her anti immigrant neighbors. Or starved because her "superior" white parents couldn't feed her.

≺

∧ **myself3** 4 months ago  **(Edited)**

"Controversial?"

The Washington Post, under Sally Buzbee, applies the cowardly doctrine of bothsidesism and false neutrality to a group that promotes—in addition to a weird nativism and hostility to immigration—a bizarre, pseudo-scientific notion of the natural superiority of what I suppose we'd might as well go ahead and call the Aryan race? The Washington Post now applies bothsideism to the principles that animated, among others, Adolf Hitler?

Oh, dear Lord, I miss the era when US journalism stood, at some fundamental level, for the principles and premises of democracy and the US constitution, rather than Murdochism, the rule of the billionaires, and the fetish of 'neutrality' that has privileged the fascist movement in this country for so many years.

≺

∧ **Meg Jernigan** 4 months ago

The point of the article is that the people who live in Berkeley Springs are divided in their feelings about VDare. It's not an editorial about the evil of White nationalism.

≺

**AA1650**

## ∧ **SierraBW**  4 months ago

I find crazed the argument of VDarear. Had not Virginia Dare's parents IMMIGRATED to America, she would not have been here. White people from Europe, etc. are immigrants, like Mexicans, etc. Except for Native Americans, who were here before any of them, we are "a nation of immigrants." Be it far from me that one immigrant can tell another immigrant – "It's okay for me to be here, but not you"!

‹

## ∧ **jrgolden**  4 months ago

An immigrant from Great Britain as the face of an American anti-immigration organization. Talk about cognitive dissonance. Tocqueville was spot-on in his observations of America at her toddler stage.

‹

### ∧ **Pastries**  4 months ago

An immigrant from Great Britain citing an anchor baby lol

‹

### ∧ **SCMountainman**  4 months ago

It's his income! Big money grab. Hopefully the karma hits hard.

‹

### ∧ **Melmel**  4 months ago

Their point is that she was a White English "Rose" and that this is the only type of person who should be allowed to populate the country. No other races or ethnicities (only "Anglos") allowed. Lunacy.

‹

**AA1651**

∧ **No more NYT** 4 months ago

Does the gay man or the Japanese woman who are accepting of this family understand what they stand for?

≺

> ∧ **Arch V** 4 months ago
>
> The relationship between the Japanese and the Nazi was puzzling.
>
> Both people thought they were the Master Race.
>
> I suspect that Japanese thought themselves superior to the Nazis and vice-versa.
>
> Of course, white America's behavior toward the Japanese during World War II was a disgrace and our government has formally apologized. (Santa Anita, Manzanar and Tule Lake in California)
>
> ≺

> ∧ **AllyMudPup** 4 months ago
>
> They get paid via big donors to spread their anti-immigrant philosophies (this also pays their bills) the infiltration tactic is behaving in a way to be accepted by local people who represent those who are actually unacceptable to them. The org uses these folks as a cover for their anti-diversity mission.
>
> ≺

> ∧ **SierraBW** 4 months ago
>
> For some reason, they have not been targeted, so it doesn't matter if others are. They're somehow special. It's the old "You're not like those other Negroes"!
>
> ≺

**AA1652**

**∧ goofnoff** 4 months ago

I thought the Berghof is in Bavaria.

<

---

**∧ John Williams** 4 months ago

White Nationalists?

In West Virginia?

Really?

<

---

> **∧ goofnoff** 4 months ago
>
> You forgot s/
>
> <

---

**∧ Gallatin** 4 months ago

It's scary the amount of financial resources these hate groups can come up with.

<

---

> **∧ DamFrankyV** 4 months ago
>
> Well they don't pay taxes due to the lack of IRS rules to prevent fraudulent non-profits.
>
> <

**goofnoff** 4 months ago

You're right.

The Gallatin is on my bucket list.

&lt;

**Melmel** 4 months ago

Article says Kochs funded the castle, more or less.....

&lt;

**Arch V** 4 months ago

The white-nationalist/supremacist Nazis bought their own Castle of Wewelsburg.

Maybe, MAGA QAnon Fascist Queen MTG will bring a castle warming gift, and Traitor Trump, his white nationalist diner guest and Holocaust-diner guest will lead the Tiki-Torch light parade.

Vote Blue!

&lt;

**JohnOs52** 4 months ago

Why would someone who is not a white supremacist or white nationalist want to overturn Brown v Board of Ed? Brimelow and his wife are moral cowards.

&lt;

**Horatio Hornswoggler** 4 months ago

A new White Castle outlet comes to Berkeley Springs...

&lt;

**^ Jung Tron**  4 months ago

How does that lady not know they are white supremacists? They only want white immigrants and the descendants of white immigrants and view diversity and other races as inferior.

Definition white supremacy

<

**^ skatemando**  4 months ago

Berkeley Springs has historically been 99 percent white. That's why most residents don't have a problem with the white nationalists moving in.

<

> **^ Arch V**  4 months ago
>
> They will probably join.
>
> <

> **^ Cerceify**  4 months ago
>
> They want their economy to grow! Please you all, move to W.V. not Florida. We are fed up with white supremacists and The KKK here.
>
> <

**AA1655**

**⌃ Yellow Dog Redneck** 4 months ago  (Edited)

**"Peter Brimelow...*British-born* anti-immigration activist"??** You can't make this bleep up.

*He* should go back where he came from. The Hondurans are welcome to stay and become honorary mountaineers.

⤙

> **⌃ skatemando** 4 months ago
>
> they don't want him back.
>
> ⤙

**⌃ Demos Eisley** 4 months ago

I grew up here. The folks who run Berkeley Springs support it; look at the Trump family there (I know, no relation). The Cowles family. The Shambaughs. They're all fine with VDARE and probably would think it rude that you accuse this organization, that lovely castle, and the community of being racists. Heavens no. Spoiler alert – this Hallmark Movie location is filled with small-minded people full of disdain and hate for folks they don't know.

⤙

> **⌃ Breckasaurus** 4 months ago
>
> Grew up here also! Had my Homecoming in the castle. I am extraordinarily proud of the Springs folks who speak out. If VDare attained political power they will use it to oppress and harass others. They dream of a fascist state.
>
> ⤙

^ **oceancrest67**  4 months ago

That sentiment can be found the world over...small town fear of outsiders or uninvited interlopers. People are naturally suspicious of strangers.

I am not excusing it but I also understand the reasons having been through many small towns across the country.

‹

^ **CalleSinNombre**  4 months ago

The height of irony: an anchor baby is the symbol for a white nationalist group.

‹

^ **Martin Lampner**  4 months ago

I used to go to Berkley Springs regularly some 30 years ago. I always felt welcome in the town. While I now live to far to visit frequently I was disturbed about what I read.

I found it interesting that Mr. Brimelow is an immigrant. I wonder how many of his followers know that in the North East many undocumented immigrants are from European Countries. An estimated 500,000 live in the US illegally. It would be interesting to know how Mr. Brimelow came and his status at the time. Its funny how white undocumented people never get mentioned in this debate, further that the former President's wife was undocumented when he married her.

‹

^ **DamFrankyV**  4 months ago

Yes, the only illegal immigrants I know personally come from Britain and Australia. Nobody cares because they are white and have lived illegally here for many years.

‹

**AA1657**

Coral

4/20/23, 1:32 PM

**∧ BlueDogDems**  4 months ago

Ripe for a TLC channel sitcom: "The Fuhrer and Me."

≺

> **∧ Breckasaurus**  4 months ago
>
> "Goebbels Castle."
> Doesn't the family look just like the Goebbels before Magda killed all their kids?
>
> ≺

**∧ jps111**  4 months ago

Send this creepy old geezer back to England. We don't need these kind of immigrants. And what's up with a wife half your age? These people are creepy creepy.

≺

> **∧ rte1608**  4 months ago
>
> Apparently she has a thing for the grandfatherly type.
>
> ≺

**∧ Jrmirror**  4 months ago

Just yuck. So much yuck. Bullies and bigots.

≺

> **∧ Breckasaurus**  4 months ago
>
> Yeah but theres some sweet people standing up to it also.
>
> ≺

**AA1658**

∧ **Retrocession1** 4 months ago

Looks like a photo with his daughter her husband and his grandchildren

◄

> ∧ **FrankM - UpstateSC** 4 months ago
>
> Reminded me of the former guy with his daughter. Ick.
>
> ◄

> ∧ **AQB24712** 3 months ago
>
> His son is older than his wife.
>
> ◄

∧ **Charles Sumner is a RINO** 4 months ago

A castle is perfect for housing such an archaic mindset. It's unfortunate how such bigoted occupants are wrecking the community.

◄

∧ **Christopher Moore** 4 months ago

It's like a white supremacist version of the Addams Family.

◄

> ∧ **JT in SC** 4 months ago
>
> If Gomez was 75...
>
> ◄

**AA1659**

∧ **BannedWithoutExplanation**    4 months ago

I find the attitude of many of the locals sad and shameful. It seems many of them think "It's fine with me if they're bigots, as long as they're nice to me." It's so like the famous poem by Martin Niemoller:

> First they came for the Communists
> And I did not speak out
> Because I was not a Communist
>
> Then they came for the Socialists
> And I did not speak out
> Because I was not a Socialist
>
> Then they came for the trade unionists
> And I did not speak out
> Because I was not a trade unionist
>
> Then they came for the Jews
> And I did not speak out
> Because I was not a Jew
>
> Then they came for me
> And there was no one left
> To speak out for me

Welcome evil at your peril!

≺

**AA1660**

∧ **AQB24712**  4 months ago

You're right, it is sad and shameful, and distressing for those of us who find this attitude repugnant.

⤳

---

∧ **TALKING HEADS MONOLOGIST**  4 months ago

The last of the Baby Boomers are on the cusp of retiring. Anti immigration folks- just look at this selfishly (easy!)
*Who will care for you or your parents in the nursing home?
*Who will tend to your treasured golf courses and lawns?
*Who will clean your home?
*Who will serve or cook you food in a dining establishment?
*Who will empty grandma's bedpan or wipe her rear, while you are out shopping?
*Who will make your hotel room comfy?

C'mon selfish is easy....thinking is hard!

⤳

---

∧ **THX 1138**  4 months ago

So lemme see if I get their pretzel logic, "just because I espouse racist views, publish racist writers and hang with racists, you have the temerity to call me a racist? How dare you?"

⤳

---

∧ **MustaRautaa**  4 months ago

Koch brothers. Another investment in their vision

⤳

---

**AA1661**

∧ **Epaminondas an Empirical Realist** 4 months ago

Someone should buy out the white nationalist castle and remake it into a White Castle.

⤳

∧ **saradg** 4 months ago

I was at the BLM gathering noted in the piece. There were about 70 of us surrounded by hundreds of screaming, gun and MAGA-hat wearing, Confederate flag-waving people who drowned out a minister offering a prayer with screams of "USA! USA!" What patriots! Not our town's finest hour. Felt better a few days later when the *Messenger* published pages and pages of critical letters.

⤳

  ∧ **mddolfan1** 4 months ago

  I was there as well....also the police standing by with shields doing nothing while fine those gun-toting, confederate flag waiving people came out from under their rocks and disrupted the whole event. I guess it's okay there to just storm in armed to a state park and do whatever you want without repercussion.

  ⤳

  ∧ **BlueDogDems** 4 months ago

  I'm sure plenty of the police would have preferred to be part of the mob.

  ⤳

AA1662

**Melmel**  4 months ago

But you 'd better not say a word against the new fascist Faux-King-and-Queen in the castle, running the whole op from the internet! What a horror show. I feel sorry for all the good people living there.

<

**Hadrap**  4 months ago

Imagine all the armed counter-protestors were black and think what kind of police (national guard?) reaction you would get.

<

**HikePNW**  4 months ago  **(Edited)**

Please find an alternate hot springs destination! Personally I would be scared to step foot in this town. It can only get worse, now that it's effectively been advertised as a white supremicist's vacation paradise!

<

**AQB24712**  4 months ago

Well, there's a nudist camp on the other side of the mountain, if that suits you better.

<

**Canstars**  4 months ago

$345,364

All anyone needs to know about this horrible man.

<

**AA1663**

∧ **_Gumby_Pokey_** 4 months ago

What they can do is keep suing them for defamation, hate crimes, public nuisance, tourism damage, and anything else they can get on them.

This is our lives now, being made miserable by people with too much money on their hands and little brains in their head.

<

---

∧ **FLgirl3** 4 months ago

My parents moved to Berkeley Springs in 1978 and after they died, I bought the house because it really is a charming little town, with a small arts community, and a "live and let live" kind of vibe. I'm appalled at the sale of the Castle to this group which is also buying up other properties in the area in the QT.

Brimelow, an immigrant himself, does not represent many of us with his anti-immigration rhetoric; he apparently thinks immigration is just fine if one is the "white" kind person and he couldn't be more wrong. I invite him to return to his homeland if he finds diversity so difficult; otherwise, he can keep that garbage to himself!

Please don't judge us by a few—come and enjoy the town, visit Cacapon State Park, play some golf, visit the Ice House Art Studio, shop for antiques, take in the spa and relax.

<

---

∧ **The October Horse** 4 months ago

75% vote for Trump. No thanks.

<

---

∧ **flyfysher**  4 months ago

Freedom of association including the right NOT to associate. No thanks.

‹

---

∧ **AQB24712**  4 months ago

Hold up. Where are you getting the information that the racists are "buying up other properties in the area [on] the QT"?

I second your invitation to come and enjoy the area. Those wastes of food don't define us.

‹

---

∧ **FLgirl3**  4 months ago

I live here and I've talked to folks in town—there are quite a few places for sale because of the losses the town took during the pandemic. I'm not going to let them define me either or decide for me where I will or will not live.

‹

---

∧ **hodaddie**  4 months ago

Let's see…VDare is named for Virginia Dare, the daughter of immigrants who mysteriously disappeared from Roanoke Island, probably at the hands of the Natives who lived there. I wonder if the organization anticipates a similar fate 🤔

‹

**AA1665**

**CDL66** 4 months ago

There's some belief – I'm not certain how likely it's considered – that the Roanoke colony was given shelter by the local native tribes and subsequently married into them. The Lumbee tribe, in particular, is thought to be possibly descended in part, from the colonists.

In other words, any descendants of Virginia Dare are likely non-white and/or mixed-race and despised by VDare.

**Heard it thru the grapevine** 4 months ago **(Edited)**

Well it's West Virginia.
Over 70% voted for TFG.
Of course white supremacists will find a home there.

**AA1666**

∧ **mtnJOY** 4 months ago

Brimelow argued at a conference in 2017 that "Hispanics specialize in rape, particularly of children. They're very prone to it, compared to other groups."

Brimelow has argued that America's immigration policy is "Adolf Hitler's posthumous revenge on America" and he told talk radio host Alan Colmes in 2016 that he would welcome a return to pre-1965 barriers to non-white immigrants because "I think the US *is* a white nation."

Brimelow has cited Holocaust denier David Irving to make unsubstantiated (and wildly-anti-Semitic) claims, like this from his Culture of Critique:

> The domination of the Hungarian communist Jewish bureaucracy thus appears to have had overtones of sexual and reproductive domination of gentiles in which Jewish males were able to have disproportionate sexual access to gentile females.

*we need to send him back to england where he was born. who let him immigrate here?

⤸

⌃ **Biff-McBiff** 4 months ago

But he's not a racist or white supremacist. /s

⤸

**AA1667**

∧ **JP in SD**  4 months ago  **(Edited)**

Born in Britain…So, it is ok for the white dude from Europe to immigrate to the US, but the brown immigrant from Mexico are rapists and pedophiles. Got it.

Pretty sure that point of view puts him square in the white supremacist camp.

( I understand your comment is /s)

<

---

∧ **Eddie Valient**  4 months ago

> Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia, denies being a white nationalist or white supremacist.

The one thing all white supremacists have in common is that they would rather die than admit to being racist. Even when it's as obvious as the nose on their hate-filled faces.

<

---

∧ **angelinvestor**  4 months ago

> They [the Brimelows] are not white supremacists. They're anti-immigration.

They're anti-people-of-color-immigration but pro-white-people-immigration. So much so that they named their organization VDare after the first child of white immigrants in America. They are bigots. Welcome to West Virginia.

<

---

**AA1668**

^ **AQB24712** 3 months ago

They're not welcome in my West Virginia.

<

---

^ **PC Smith 1000** 4 months ago

The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group.

WTF?! The despicable hate-monger is an immigrant. Why hasn't he been deported. Oh yeah, he's white.

<

---

^ **bradley bleck** 4 months ago

Reminds me a bit of the story of Hayden Lake in Idaho, formerly home to the Aryan Nations. Doesn't take a whole lot of racists to drag an area through the mud , though, admittedly the Idaho panhandle remains, and based on my experience, always was, sadly for sure, home to more than it's share of White Supremacists and racists.

<

---

^ **DayTripper** 4 months ago

Wait! Brimelow is from England and immigrated to America? What a hypocrite.

<

---

^ **GoodRiddanceTrump** 4 months ago

He's white. And that is all that *matters* to them.

<

**AA1669**

**∧ Pandion haliaetus**  4 months ago

Didn't know that W.V. had any tourist attraction's. The state is listed as number four in poverty for the country. Why wasn't this article published during the holiday season. That castle is located in a democratic free America whether these Nazi's like it or not. Location, location, location, even in Germany there are laws against being a Nazi. Guess those pretend Christians think W.V. is located on another planet

Major inclusive organization could of used the Holiday Season by showing up at a Nazi run castle. and making there presence be known.

≺

**∧ reedbird_hill**  4 months ago  **(Edited)**

We have been regular visitors to Berkeley Springs since the mid-1990s, and have almost always felt welcomed there.

We were back last week and relieved to find it much the same as always but, as the kind of people loathed by VDare, their presence in the Castle gave us serious pause about visiting, and it looming over town never lets you quite put it out of your mind.

While it won't sink tourism in Berkeley, it is absolutely a liability. There are plenty of people who will lot be able to let their guard down as things stand.

≺

**∧ Grampagrapher**  4 months ago

Seems like the only way it wouldn't affect tourism is if the tourists were predominantly magas.

≺

**AA1670**

**⌃ JamesER**  4 months ago

Put this Euro-trash on a leaky boat back to Olde England. NOT WANTED!

⌃

---

**⌃ WmWqlH**  4 months ago

Same old liberal socialist democratic speech; " don't agree 100% with the socialist program then you must be a racist". Someone wishes to promote blackness, they are heroes. Someone wishes to promote whiteness, omg they must be racist. Total BS

⌃

---

> **⌃ BlueDogDems**  4 months ago
>
> You poor dear. Feelings hurt.
>
> ⌃
>
> ---
>
> **⌃ DayTripper**  4 months ago
>
> It's hard being a racist these days :(
>
> ⌃
>
> ---
>
> **⌃ MustaRautaa**  4 months ago
>
> oh my Boris.
>
> ⌃
>
> ---
>
> **⌃ Alaskan Range**  4 months ago
>
> You hate America, don't you?
>
> ⌃

---

**AA1671**

∧ **BannedWithoutExplanation** 4 months ago

Who is "promoting blackness?"

‹

---

∧ **Eddie Valient** 4 months ago

"Promoting whiteness" as being superior to being black or any other color or person "*is*, in fact, racist. And that is what these and many other people in America are doing. There is nothing BS-y about calling them out on it.

‹

---

∧ **spyvy1** 4 months ago

Yeah, white people can't catch a break in this country.

/s

‹

∧ **wonderYrednow** 4 months ago

IF only we were given those nice leather gloves that all the Minorities got to catch their breaks with.

‹

---

∧ **Grampagrapher** 4 months ago

BLM promotion isn't at the expense of other races, trollfarmer.

‹

---

**AA1672**

**wonderYrednow**  4 months ago

Which Party COMPROMISED with 14 Republic Senators and passed the Immigration Reform Act of 2013 by a 68-32 vote?

⌄

---

**wendy31**  4 months ago

This is how cults and white suprenacists operate. They find a small town where they can exploit some kind of opening or vulnerability. 75% voted for trump. Do we need to know anything else? These people are ripe for the picking. White supremacists multiply like cockroaches. Within a few years, they will take over this town. Expect oath keepers, three percenters, proud boys,evangeicalls, and gun nuts to move in. Then a weapons training center which will be used for militia training will be opened and people will become alarmed but it will be too late.

⌄

---

**Weevil**  4 months ago

I also live in a county that's 75% Trumpers. It sucks.

⌄

**TiredofGOP**  4 months ago

Me too. Sucks HARD. You'd think they'd love drag queens, considering how much makeup Trump wears.

⌄

**AA1673**

**⌃ Alotta raised eyebrows** 4 months ago **(Edited)**

So, Wikipedia research reveals she was a 23 year old graduate of Loyola Chicago when young 59 year old Peter decided it was time for him to get married. Nothing to see here…clearly he has kavorka.

≺

**⌃ backupking** 4 months ago

we can socially and politically ostracize these and similar extremists and anarchists. Counter their hate.

≺

**⌃ colewater clean** 4 months ago

Wait…an English living in the United States want's to deport immigrants and refugees?If that ain't comedy gold nothing is.

≺

**⌃ intothewoods** 4 months ago

That tacky pile of stone is supposed to be a castle? You'd think an immigrant from England would know better.

≺

**⌃ AQB24712** 3 months ago

Hey, Colonel Suit did the best he could. Interestingly, he built the place in order to woo a younger woman.

≺

∧ **VANWAS** 4 months ago

Time for a siege

‹

---

∧ **Weevil** 4 months ago

They don't oppose immigration. Just certain particular immigration.

‹

> ∧ **UWDawg** 4 months ago
>
> > The British-born anti-immigration activist
>
> Apparently. . .
>
> ‹

---

∧ **sixmile** 4 months ago  **(Edited)**

No matter how prettified they attempt to make it, no matter how much air freshener is pumped into this cloacal pit, the moral rot at the core of VDare will not be disguised or displaced.

‹

---

∧ **Johnny Rock** 4 months ago

The people who self-select to "defend" white people like me are our greatest embarrassment and source of shame.

‹

---

**AA1675**

**^ Zenmistress** 4 months ago

I have fond memories of Berkeley Springs. This news saddens me but I am not surprised.

< 

---

**^ Alaskan Range** 4 months ago

West Virginia is one of the Trumpiest states in the country: high suicide rates, alcoholism, meth, fentanyl, guns aplenty while at the same time utterly dependent on Federal welfare from blue states. Perfectly fertile ground for a charlatan.

< 

---

> **^ Zenmistress** 4 months ago
>
> But Berkeley Springs is a little island of artisans and free thinkers. It's ugly to think that sits over them.
>
> < 

---

**^ WanderingAengus** 4 months ago

The VDares seem Trumpish with their frivolous lawsuits.

< 

---

**^ djrich** 4 months ago

It is disgusting to see some people in Berkeley Springs, who should know better, willing to excuse and interact with white supremacist bullies in their community. A quick way to ruin a town.

< 

AA1676

⌃ **paracelsus** 4 months ago

Look at the harassment the people that oppose this have faced.

⟨

---

⌃ **AllyMudPup** 4 months ago

Lots of people cut off their noses to spite their faces in BSWV .. this is why they can't smell the garbage being served anymore

⟨

---

⌃ **Biff-McBiff** 4 months ago

> The British-born anti-immigration activist ...

I think it's time that Brimlow put his anti-immigration beliefs into practice and deport himself back to the UK. After all an immigrant is an immigrant is an ......

⟨

---

⌃ **Zenmistress** 4 months ago

Because it's not about "immigration". It's about Western chauvinism.

⟨

---

⌃ **Zywacz** 4 months ago  **(Edited)**

An English born white guy in the United States is opposed to immigrants?

How is that not white supremacy?

⟨

**AA1677**

︿ **Pandion haliaetus**  4 months ago

A South African supporter of Apartheid immigrant who runs two separate warehouses for Telsa one for white and one for minorities needs to move into the Castle with another old racist man. Thank goodness for Father Time

. When they haters both get sick need medical attention and a minority Dr shows up wonder what these Nazi's are going to do then. Probably put their fate in the hands of their white god.

⤶

---

︿ **Dennis8526**  4 months ago

> I am concerned about our little town suddenly coming to be known as that place where VDare is — you know, the cute little white supremacist town in West Virginia.

This person is right and that is exactly what is going to happen. I wonder if all those other people who aren't bothered and/or secretly supporting VDare's presence will feel the same when the liberals of their vibrant artsy community have moved to someplace more welcoming.

⤶

---

︿ **whostillreadscomments**  4 months ago

Brimelow: an immigrant opposed to immigration. Very American.

⤶

---

︿ **ainmcleite3**  4 months ago

Don't want any foreign people or ideas, so I'll just go take a yoga class...

⤶

**AA1678**

⌃ **Zenmistress** 4 months ago

BSWV is full of hippie dippie reiki spa experiences.

<

⌃ **farouche** 4 months ago

But he's white so it's okay in his world.

<

⌃ **CPod** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999....

Irony.

<

⌃ **Alan1600** 4 months ago

Wait til they brutalize someone, then sue them for their assets. You probably won't have to wait long.

<

⌃ **VANWAS** 4 months ago

I'm reminded of the Aryan Nation complex in Northern Idaho that had that happen after they terrorized a mother and her son who cut across their property when their car broke down. They bankrupted the AN and the headquarters was turned into a human rights memorial

<

**∧ Dad Center**  4 months ago

Brimelow: "We don't treat non-whites any differently."
Also Brimelow: "We must not let non-whites replace us!"

‹

---

**∧ starling1**  4 months ago

It's been at least 25 years since I visited Berkley Springs. At that time the Castle was open to the public. It was built by a wealthy man who was trying to get a woman to marry him. She accepted his proposal, on the condition that he would build her a castle.

‹

---

**∧ JanetAz**  4 months ago

Once saw a photo of Steve Bannon next to one of Idris Elba with a caption that said "Tell me again that White people are superior to Black people"….quite hilarious.

‹

---

> **∧ Patr in Texas**  4 months ago
>
> Why is it that the vast majority of white supremacists are people you wouldn't let your daughter date or even stand next to?
>
> ‹

---

**∧ jmaddock2**  4 months ago

These white nationalists only oppose immigrants that have what they consider to have excess amounts of melanin in their skin tone !
In other terms RACIST !

‹

---

**AA1680**

**PCMuse**  4 months ago

mostly true; however, they it is not just immigrants; they find issue with everyone black, brown, mixed raced.

Look at the Trumplicans+WhiteEvangelical and their klan base; or pretty much any crowd picture taken at the capitol on 1/6/2021

&#60;

---

**VANWAS**  4 months ago  **(Edited)**

That dude seems like he would start a lot of sentences with, "I'm not racist but..."

&#60;

---

**Patr in Texas**  4 months ago

Or, like donald the bald, "I'm the least racist person you'll ever see!"

&#60;

---

**Iamdad1**  4 months ago

Just skimmed through the haters website. Definitely anti-immigrant (funny stuff from an immigrant) but also just good old fashioned racist. Could easily be a Klan website.

&#60;

---

**NBROOKE**  4 months ago

VDare... launched by a brittish, anti-immigrant immigrant... the irony. Guess like the Murdochs and Musk, its okay to be an anti immigrant immigrant if you are a white one... which I think makes one racist by default.

&#60;

---

**AA1681**

> **Biggator2U** 4 months ago
>
> All of these people you are mentioning all have another thing in common, they are all uber rich!
>
> <

**Stavangerguy** 4 months ago

The owner is British born, a foreigner! We fought a war to get rid of those royalists;)

<

> **Biggator2U** 4 months ago
>
> Yet, we love the british royal family more in the united states, than the people that live in England. An American presidents death gets less press coverage than when the queen, or a princess dies in England. The United Corporations of America is a messed up place. SMH!
>
> <

**Alotta raised eyebrows** 4 months ago

British-born guy who rails against immigration. And I need some help on the math here… Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia. 75 minus 38 equals…

Don't sue me , bro!

<

> **hodaddie** 4 months ago
>
> 37! 😉
>
> <

**AA1682**

∧ **AQB24712**  3 months ago

He married her when she was 22.

⤶

---

∧ **postx4sue**  4 months ago

Wikipedia on Brimelow: Peter Brimelow - Wikipedia

⤶

---

∧ **ThinkingIsAGift**  4 months ago

Bath was a really nice town when I visited years and years ago. One of the brightest spots you will find in West Virginia. Very picture book like, along with your hippies.

It wasn't designed to be like this. Just a nice, pleasant place with hot springs, hippies and a completely out of place castle overlooking the town.

Unlike so many dying small towns in America, Bath was actually a success story...now this?

There are only two outcomes to this kind of story...either they find some way to get the Brimelows to sell (not likely), or the hippies are driven out (very likely), which would be a real shame because they add such a nice, warm feel to the town...but, sometimes, some neighbors are just impossible to live with.

⤶

---

∧ **PCMuse**  4 months ago

hippies? did they get 420 confused

⤶

---

**AA1683**

**∧ ThinkingIsAGift** 4 months ago

Yes, hippies...who else would open a yoga studio or an espresso shop in a town like that?

⤳

**∧ AQB24712** 3 months ago

The hippies are pretty well entrenched.

⤳

**∧ SpiritWinds** 4 months ago **(Edited)**

Berkley Springs is a sweet place to visit. If you go, sign up for the hot baths and massages at the State Park.Skip the fake castle……

⤳

**∧ Weevil** 4 months ago

To each his own. I thought the hot bath and massage was kinda creepy, but I'm not a real body positive person. Male hands of a stranger on my body creep me out.

⤳

**∧ AQB24712** 3 months ago

I love the Roman Baths.

⤳

**AA1684**

Case 1:22-cv-01333-FDS-CFH Document 39-51 Filed 04/24/23 Page 573 of 749    4/20/23, 1:32 PM

**∧ lynne6** 4 months ago

Berkeley Springs is indeed a resort town, with many fancy hotels, spas and a venue for weddings and events. Its financial well being depends on people from outside the area finding it an attractive, relaxing and welcoming place. Many of these people will be maybe liberals, Democrats, gay, Jewish, immigrants, Black etc.
Resort communities are playing with fire when they're stridently political, or identified with any kind of exclusionary groups.
We have often thought of stopping there on our way to visit family in Charlotte from Connecticut. Already having second thoughts.

⤙

**∧ Randall Wong** 4 months ago

Many gay couples.from Washington DC have bought summer homes in WV. I can assume, since Berkeley Springs is a cute artsy little town with a pride parade, it has many gay couples.

Once these types establish a foothold, it changes the perception of the town negatively and people will start to go elsewhere.

⤙

**∧ AQB24712** 4 months ago

There are many of us here who would welcome you.

⤙

**AA1685**

⌃ **Cville writer**  4 months ago

Sack the castle; exile the Brimelows and open your eyes, Americans!

There are many clever ways to promote white supremacy and EVERY ONE of those ways should be recognized and called out.

It is people like the Brimelows who shame this country; not immigrants.

⌃

---

⌃ **CCP2017**  4 months ago

Grifters gonna grift, but it doesn't seem right that they should rise to the nobility.

⌃

---

⌃ **neblinski**  4 months ago

> "One of the things we talk about at VDare.com is this idea that diversity is strength, which could not be less true," Lydia Brimelow said on the conservative podcast "Coffee and a Mike" in November. "Diversity is weakness."

It's a wonder these people can figure out how to open doors.

⌃

---

**AA1686**

∧ **Rev Dr Ron**  4 months ago

"That kind of rhetoric has appalled some Berkeley Springs residents, who refer to VDare's headquarters as the "hate castle."

Just some?

The rest appear to be ready and willing to tolerate hate speech as some form of freedom of speech. Remember, unless YOU fit vDare's definition of "not an immigrant," you will be next.

To the tolerant of Berkeley Springs:

"Unlimited tolerance must lead to the disappearance of tolerance. If we extend unlimited tolerance even to those who are intolerant, if we are not prepared to defend a tolerant society against the onslaught of the intolerant, then the tolerant will be destroyed, and tolerance with them.

We should therefore claim, in the name of tolerance, the right not to tolerate the intolerant. We should claim that any movement preaching intolerance places itself outside the law, and we should consider incitement to intolerance and persecution as criminal, in the same way as we should consider incitement to murder, or to kidnapping, or to the revival of the slave trade, as criminal."

— Karl Raimund Popper, The Open Society and Its Enemies

<

**AA1687**

⌃ **mddolfan1** 4 months ago

I'm glad the Post is bringing attention to this situation in Berkeley Springs. Travel to Berkeley Springs on any given weekend and you can see all the DC plates, along with the cars from DC suburbs in MD and VA. The stories of Berkeley Springs as a quaint, welcoming, artsy town have long been true–we've visited so many times that we decided to buy a home in town not long ago....and just before VDare bought the castle, unfortunately. Had we known what was coming to town, we likely wouldn't have done so. The more the residents of Morgan County "normalize" people with an ideology like this, the worse the town will become. If you want to see who they are and what they stand for (or against), then just do a quick Google search on their organization. They are grifters raising funds from others who wish to divide rather than unite–the damage to a town so dependent on tourist dollars from places that will not tolerate this ideology will be significant.

< 

---

⌃ **Eddie87** 4 months ago

West Virginia.

< 

---

  ⌃ **The October Horse** 4 months ago

  That says it all.

  < 

---

  ⌃ **TN Boilermaker** 4 months ago

  Wow - talk about narrow-minded.

  < 

**AA1688**

∧ **PCMuse** 4 months ago

Hillbilly Elegy

‹

∧ **Biggator2U** 4 months ago

Because Tennessee is so progressive and inclusive!/s

‹

∧ **One Legged Dog** 4 months ago

Sad for that town.

‹

∧ **VANWAS** 4 months ago

Well they seem like terrible garbage people. Also, 1.4 mill buys 54 acres and a castle in WV?

‹

∧ **The East Wind** 4 months ago

Brought to you by the Koch brothers - monetized hate, nauseating.

‹

∧ **Patr in Texas** 4 months ago

Charles Koch is the only brother left and he was born in 1935.

‹

**AA1689**

∧ **The East Wind** 4 months ago **(Edited)**

right, and the guy who bought the castle worked for the Koch brothers

‹

∧ **Richard Milhouse Nixon** 4 months ago

So the Brimelows and their supporters want everyone to be tolerant of them but have a conniption when BLM does a lawful protest. Of course...

‹

∧ **The East Wind** 4 months ago

Well but they're white, Richard! ( who was also a bit of a bigot)

‹

∧ **medianone** 4 months ago

With good press like this Berkeley Springs and Hate Castle could easily become the Burning Man equivalent for annual White supremacist and the racist cartels gathering.
Plus, it's only a 150 mile march south to Charlottesville. And an even shorter 100 miles to Washington D.C.

‹

∧ **Redsoxshel2** 4 months ago

I wonder if the Priest at these racists' Catholic Church they attend every Sunday has sat them down and told them their teachings and actions go against the teachings of the Catholic Church? I mean I'm sure they at least withhold communion to these hateful racists like they try to for Nancy Pelosi who is pro choice, right?

‹

**AA1690**

∧ **BlueDogDems** 4 months ago

I imagine there must be hillbilly priests too.

⋖

---

∧ **Biggator2U** 4 months ago

I might not use the Catholic church as an example, with the whole sex scandal thing. Just a thought!

⋖

---

∧ **Redsoxshel2** 4 months ago

They go to the local Catholic Church every Sunday it says in the article

⋖

---

∧ **iam1** 4 months ago

***British born, anti-immigrant...***

So, he's moving **BACK** to England soon?

⋖

---

∧ **SonicallySuper** 4 months ago

I saw that too, the immigrant who's anti-immigrant.

⋖

---

**AA1691**

^ **Bellerings**  4 months ago

And naming their org after the first person (supposedly) born on American soil from immigrants! Lol

<

^ **AuburnTiger87**  4 months ago

Irony is lost on the obtuse.

<

^ **TAMACE**  4 months ago  **(Edited)**

I have the misfortune of knowing a gun-crazy, bigoted Oathkeeper/3 Percenter living in Berkeley Springs- he moved there to live more openly with his arsenal & his white grievance- so it's no surprise. Take a gander at the West Virginia Citizen's Defense League. WVa is rife with fragile white dummies with guns.

<

^ **From The Wildlands of Southern Utah**  4 months ago

So is southern Utah. The Bundy's are armed domestic terrorists.

<

^ **Biggator2U**  4 months ago

So is Virginia! People forget that Richmond, Virginia was the capital of the confederacy!

<

^ **VANWAS**  4 months ago

Maybe it'll help stop the massive fascist influx to Idaho

<

^ **Strange Figures of Light** 4 months ago

The Berkeley Castle is the new Kehlsteinhaus.

&lt;

---

^ **MRM0000** 4 months ago  **(Edited)**

"Though it is located in deeply conservative Morgan County, where 75 percent of voters chose Donald Trump for president in 2020, downtown Berkeley Springs has an artsy, liberal vibe."

Not true. The town was once a magnet for artists and liberals, but since the castle was purchased a number of years ago by a white supremacist organization, culturally and economically, the town has begun to die.

&lt;

> ^ **DogsRunAmok** 4 months ago
>
> That does not seem to be the case in my experience.
>
> &lt;

---

> ^ **AQB24712** 4 months ago
>
> That does not seem to be the case in my experience, either.
>
> &lt;

---

> ^ **dolores flores** 4 months ago
>
> Good
>
> &lt;

---

**AA1693**

**∧ prove-it** 4 months ago **(Edited)**

"One of the things we talk about at VDare.com is this idea that diversity is strength, which could not be less true,"

Its founder, Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia,

The British-born anti-immigration activist

"Next stop Brown vs. Board!" *AND Dred Scott vs Sandford*


*another flock of diverse wacko birds*

< 

---

**∧ randtm8** 4 months ago

How sad... I've actually toured the castle many years ago when I believe it was owned by a non-profit trying to restore it and keep it open as a historical tourist attraction. Then I was surprised on a visit to Berkeley Springs a few years ago that it was no longer open to visitors. Seems it just can't survive financially on it's own as a tourism draw.

It's just unfortunate that no organization was ever able to maintain it properly and run it as the historical landmark it is, and left the door open for a group like this to purchase it. In most states, something like this would probably now be owned by the state park service, but I guess that's beyond WV to do so. Too bad there's not an equivalent of The Nature Conservancy for historical places.

< 

---

**Biggator2U** 4 months ago

Joe Manchin is a billionaire democratic senator from West Virginia, so why couldn't he get a group together to save it?

<

**AQB24712** 3 months ago

I was thinking the same.

<

**mteer82** 4 months ago

.

Though it is located in deeply conservative Morgan County, where 75 percent of voters chose Donald Trump for president in 2020, downtown Berkeley Springs has an artsy, liberal vibe

Watch out for those Trojan Horses !!!!!!

Hunter Clark, the president and founder of the Bath Christmas Project, said he ignores criticism from people upset that his group is organizing castle tours. "It's 98 percent of the community who is behind us, and the other 2 percent just want to raise their voice up," he said. "I don't pay attention to it anymore."

Hunter, it's the 75 percent of Trumpers who are behind you and the 25 percent of others whom you ignore.

<

**^ Winslow1611** 4 months ago

That family photo-yikes!!!! Just another grifter who found a way to make money by bilking the ignorant and uneducated, but hey it's a free country!

⌄

**^ navylady20051** 4 months ago

Read the book THE SHINING YEARS by Emilie Loring. It could be written today about Berkeley Springs. First the buying of a home in a picturesque town, joining local groups, and, yes, even hosting town Christmas events. Then the dark side shows up and blames the town locals who voice concerns or objections – individually, of course, so they can't pool resources. Soon VDare will own Berkeley Springs and the tourists will stay away as conferences for white nationalist groups increase.

⌄

**^ Jay_Jordan** 4 months ago

> "The British-born anti-immigration activist"

I hope I'm not the only one who sees the irony here....

⌄

> **^ DogsRunAmok** 4 months ago
>
> Well, if any of those "bad hombres" are white, they can enter the country.
>
> ⌄

**AA1696**

**macjaspy** 4 months ago

That popped out to me as well.

But, of course, from their perspective, he's the "right kind" of immigrant.

<

---

**SF_Cooper** 4 months ago

I can't believe after all these years we are STILL having to deal with white supremecy in this
country.

<

---

**DogsRunAmok** 4 months ago

When that place was on the market, I toyed with the idea of getting a business loan, buying it,
and turning it into a corporate retreat.

Really wish I had.

<

---

**SpiritWinds** 4 months ago **(Edited)**

A building that old is likely a maintenance nightmare. Imagine what a new roof would
cost, or to replace windows. Likely no insulation in the walls or ceilings. Wanna take a
guess at the HVAC bill? You probably made the right decision…

<

---

**DogsRunAmok** 4 months ago

I am pretty sure it had been renovated right before it went on the market. It was kind of
a steal, actually.

<

**AA1697**

**⌃ SpiritWinds** 4 months ago

They might have called new paint renovation. I used to renovate old houses. You may have needed to hire a full time maintenance man. But yeah, all that land plus the other houses, price was cheap...

⌖

READ MORE OF THIS CONVERSATION >

**⌃ Chinnaswami** 4 months ago

We should not censor citizens in the way they conduct their life, join groups, or have their own perspective. As long there is no call to violence or illegal activities, no group should be banned for any reason.

Hate groups are legal and define our freedom of expression. For liberal minded people this is the cost of a free society we have to live with.

We have to tolerate such groups, even though they are not that inclusive.

⌖

**⌃ IdiAminDada** 4 months ago

Maybe you have to tolerate such groups. I don't. Such groups are responsible for the murder and dehumanization of people who look like me, and they (as seen in their utterances and posts) do not see me or mine as human. They should not be tolerated; rather, they should be eliminated.

⌖

**⌃ Jay_Jordan** 4 months ago **(Edited)**

But we don't have to silence our disagreement with these people either.

⌖

**AA1698**

**^ SpiritWinds**   4 months ago

I never fail to be amazed when people call disagreement "censorship". No one is censoring anyone. See how it works?

&lt;

---

**^ Randall Wong**   4 months ago

No we don't. These groups sugar coat a vile ideology and Tolerance for the intolerant has limits.

Berkeley Springs is over. Once people like that become established...there goes the neighborhood.

Next up, White nationalist crowds congregating on 54 acres with a castle.

&lt;

---

**^ Iamdad1**   4 months ago

Mostly true, but we are also free to ignore the town that supports them and take our tourist dollars elsewhere.

&lt;

---

**^ wonderYrednow**   4 months ago

And make affirmative efforts to deny the town of any resources that might further their racists tendencies.

&lt;

**AA1699**

⌃ **MsJoanna**   4 months ago

Unlimited tolerance must lead to the disappearance of tolerance. If we extend unlimited tolerance even to those who are intolerant, if we are not prepared to defend a tolerant society against the onslaught of the intolerant, then the tolerant will be destroyed, and tolerance with them.

We should therefore claim, in the name of tolerance, the right not to tolerate the intolerant. We should claim that any movement preaching intolerance places itself outside the law, and we should consider incitement to intolerance and persecution as criminal, in the same way as we should consider incitement to murder, or to kidnapping, or to the revival of the slave trade, as criminal.

— Karl Popper, *The Open Society and Its Enemies*

⌄

---

⌃ **Biggator2U**   4 months ago

Spoken like a true nazi sympathizer!

⌄

---

⌃ **Patr in Texas**   4 months ago

Chinna, whatever you do, do NOT think that anyone would mistake you for a "liberal minded" person.

⌄

---

⌃ **CRGforIntegrityAgain**   4 months ago

Silence is complicity.

⌄

---

**AA1700**

**∧ Salty John**  4 months ago

The government may be required to tolerate the klan, but I'm not. If they come to my town, I will use every legal resource available to let them know I despise them.

⤴

---

**∧ thesafeedge**  4 months ago  (Edited)

As someone who enjoys the town very much, exactly for "the vibe," who rents awesome getaway spots a few times a year, this has made me so very sad. Not only is the article, the reality of what is happening and the fallout brutal - many of the comments are so classist and ignorant. 'Outside of the beltway' real humans also reside, local businesses struggle and people are just trying to live. Tuscany? Brown beaches? Really? I **almost** don't know what is more harmful and tragic; DVARE or so many of the entitled beliefs within these comments. Sickened in every way.

⤴

---

**∧ Patr in Texas**  4 months ago  (Edited)

Give an example of what you consider "entitled beliefs".

⤴

---

**∧ thesafeedge**  4 months ago

The belief that someone should just pick up and move bc their new neighbors are hideous. The assumption that if you don't relocate, you are supporting bigotry and hatred.

⤴

**AA1701**

∧ **Biggator2U** 4 months ago

Sounds like you are leaning the VDare way. Move there, you seem to enjoy the people! Don't forget the guns, ammo, and alcohol no books needed!

⤳

∧ **thesafeedge** 4 months ago

You are so wrong and you sorta proved what I am saying as wellz Plus you are making a stupid leap that bc I questioned some comments I want guns and no books? Wha?

I have artist colleagues/friends that live there and have had their businesses there for decades. They help build the current artist community. Picking up and just moving is impossible for most. Would I move there? No. Would I punish small businesses bc a hate group moved in is trying to intimidate and manipulate the whole town? (unless I knew they were supporters I'd opt to not spend money there) No. The haters are everywhere anyway. You can't run from them. You can only fight them.

⤳

∧ **GeorgeFS** 4 months ago

"'Unlike some folks, we don't believe VDARE has the power to ruin the local economy or make a dent in who we are to the rest of the world,' the editorial read."
-It's two hours from my home. After reading about VDARE's roots in the town, I won't be going there. My wife and I have a decent amount of disposable income.

⤳

∧ **F40Driver** 4 months ago

Someone needs to send a bus load of immigrants from Texas border and drop them off at VDare.

⤳

**AA1702**

**biff murphy**  4 months ago

"$1.5 million — came from Donors Trust, a charity associated with billionaire industrialists Charles and David Koch that gives to conservative and libertarian causes"

All you need to know about Charles Koch is one down, one to go.

<

> **Biggator2U**  4 months ago
>
> Trust me, the Koch's left a trail of followers. I'm sure they have breeded enough hate mongers to keep things going.
>
> <

> **Patr in Texas**  4 months ago
>
> But, perhaps not with the zeal of the original brothers.
>
> <

**AA1703**

∧ **ChangeManagementGuru**   4 months ago

I, and many other right-thinking Americans from both sides of the aisle, draw a major distinction between legal immigrants vs. illegals, i.e., those illegally sneaking into America primarily for economic reasons.

Surely having a reasonable viewpoint and discussion on this topic shouldn't result in one party being called a racist; how in the heck can a discussion be reasonable when such inflammatory rhetoric begins to be bandied about, willy-nilly?

Please be aware that if you sneak into North Korea by crossing their international border illegally, you'll probably get 12 years of hard labor in a prison camp. If you sneak into Iran by crossing its border illegally, you probably will get shot as a spy. And, as is well known via Hollywood, if you get caught sneaking into Mexico illegally, you may get to spend some "fun" time in one of their world-famous prisons.

But if you cross the US border as an illegal, you can find a job and create Anchor Babies, thus receiving family health care, a place to live, food stamps, child benefits, and a free education with young American coeds - all courtesy of the US taxpayer! Isn't America a wonderful country?

To be clear, the United States is a country with tremendous, massive debt, and many Independent American voters with common sense, most of whom live Outside the Beltway, continue to wonder just what the H E double L is going on in Washington DC?

Clearly, and along with climate change, one of the biggest problems America will face in the next 25 years is illegals – illegal migration – and, for whatever reason, it's absolutely quite important to address it as early as possible. Maybe the "mantra" doesn't have to be "Build The Wall", but, rather, should be "Stop Illegal Migration".

⤴

**AA1704**

**SpiritWinds** 4 months ago

> Isn't America a wonderful country?

Yes

---

**DonnaSC** 4 months ago

When you have to make your point by contrasting the US unfavorably with North Korea, Iran, and Mexico, perhaps it's time to rethink your argument.

---

**Redsoxshel2** 4 months ago

Or rethink the darkness of your soul.

---

**IdiAminDada** 4 months ago

What soul?

---

**Redsoxshel2** 4 months ago

Wow, could you be any more racist? Please don't insult our intelligence by suggesting you support "legal" immigration but not "illegal" immigration because frankly you don't understand what that means. The millions of immigrants coming now to our borders from Central and South America have the LEGAL RIGHT under US law to come into the country and request refugee status.

**AA1705**

**▲ biff murphy** 4 months ago

What an analogy!
Nobody cares.
Devin Nunes made it a point to hire illegal immigrants for his farm.

<

---

**▲ SF_Cooper** 4 months ago

We have 10 million unfilled jobs. Come on in, folks, and sign right here!

<

---

**▲ Casey2010** 4 months ago

too much common sense for the WAPO globalists.

<

---

**▲ SF_Cooper** 4 months ago

What, that they're coming to take our booty and our women?

<

---

**▲ Casey2010** 4 months ago

That we should hire our own neighbors children before hiring someone from half way
around the planet for temporary work to save a buck.

that is a moral decision.

Only idiots equate that with racism.

<

## AA1706

∧ **wonderYrednow** 4 months ago

and our womins booties

<

---

∧ **M Will** 4 months ago

Ha, "globalists."

<

---

∧ **Casey2010** 4 months ago

did you skip the pandemic and how that worked so well for our interconnected economies?

or did you just wake up?

<

READ MORE OF THIS CONVERSATION >

---

∧ **Biggator2U** 4 months ago

Thanks Q

<

---

**AA1707**

**^ SLCLIB** 4 months ago

> I, and many other right-thinking Americans from both sides of the aisle

That Oxymoron display who you really are

Personally putting the US employers in jail when illegally hiring immigrants likely will be the only effective way to reduce illegal border crossings, but that will never happen, as it would cripple the agriculture and many other businesses - so the solution needs to be much more nuanced and accommodating for both the border crossers lured into the US and for the employers needing their labor. Now, that would require some flexibility from both sides of the isle - but obviously, with simplistic 'just keep out the illegals' as the 'mantra' by the right wing nuts, likely continues to be long time coming

<

---

**^ SF_Cooper** 4 months ago

Make it easier to legally immigrate. We have unfilled jobs. Central Americans are very hard and motivated workers, is my experience.

<

---

**^ wendy31** 4 months ago

This is about more than illegal immigration. He wants to overturn brown v. Board if educatiion. And uses the courts to sue those who voice opposition to his views. Of course his celebration of overturning roe v. Wade is plain stupid, as the number of non÷white births will increase, since the state bans on reproductive health care disproportionately impact those with lower income.

<

**AA1708**

∧ **Appalled in MN**   4 months ago

I told my racist uber catholic father that if Roe v Wade is overturned and Texas outlaws abortion, he'll be knee deep in brown people. Playing on his racism to get him to think of consequences he would not enjoy.

And, frankly, hispanic US citizens who've begun to turn republican...I promise you, once you get out of the Valley/Corpus/San Antonio...white people do NOT consider hispanic people white. Italian immigrants are lucky to have "made the cut." I think it unlikely racist white supremacists will ever do more than use hispanics for their votes in the near term. Time will tell.

‹

∧ **Polish Rifle**   4 months ago

I am relieved you can spell, especially the bad words. Still chuckling about the perceived "access to young American coeds"... while I am not a young person myself, it's clear it's been some decades since you were in college. I am guessing you're picturing blondes, right?
There is a legitimate issue to resolve regarding the increasing migration of desperate people (a global issue, not limited to the US). but it is way more complicated than your fabulist take on it.

‹

**AA1709**

∧ **Appalled in MN**  4 months ago

When you look at the southern border, miles and miles of it. And the American coastline, one can really perceive how difficult preventing undocumented migration will be.

No doubt, some future administration will festoon the border with gun posts and gun ships and out and out murder people.

Assuming they can find enough people to staff such posts and ships.

Maybe robots.

<

∧ **ChangeManagementGuru**  4 months ago

Years ago, I remember reading about a proposal out of Texas wherein the US Government would contract with Mexican Generals and Mexican Army for southern US border security, and for every person who made it past the Mexican Army and into the United States, the annual Award Plus Incentive Fee to the Mexican General would be reduced by $5,000 for each un-detained illegal.

This incentive, if you will, was predicted to result is 100% border security...

If memory serves, this proposal's author was Richard Samet "Kinky" Friedman, a candidate for Texas governor back in 2006. You could look it up.

<

Show All

**AA1710**

**⌃ Vechio** 4 months ago

Immigrants built this country, but they have always been degraded by the white English/ Scottish criminals who were originally deported to the "colonies". After the indigenous peoples were forced out by the "superior race" the succeeding ethnic groups were forced to take the bottom of the economic ladder. It continues today. White Ukrainians are readily admitted while Brown Latinos are not. Of course the owners are racist. They just use convenient excuses against "immigrants".

<

**⌃ AlabamaRes** 4 months ago

A white supremacist and anti-immigration group named after a child of immigrants. Ironic. It looks like a lovely town, and I wouldn't want this group in my town either.

<

> **⌃ Patr in Texas** 4 months ago
>
> What occurred to me as I read it was named after Virginia Dare, was that they approve only of white British immigrants.
>
> <

> **⌃ MP in NC** 4 months ago
>
> Laughed like heck about naming the anti-immigrant group after an immigrant. Is it cluelessness? Stupidity? An inability to understand irony? Or all of the above?
>
> <

AA1711

∧ **GulfCoastRebel1**   4 months ago

At a time when we can't get help to man restaurants, drive buses, and do all sorts of work, fighting to keep people from immigrating here is just plain stupid. It's hurting the US economy, which is *un*patriotic. It's the same goal that terrorists have.

≺

> ∧ **alien1**   4 months ago
>
> Economic terrorists like the Kochs are sponsoring them and a lot of WVA politicians, so they would know terrorism LOLLOL
>
> ≺

> > ∧ **Patr in Texas**   4 months ago
> >
> > The only brother left alive is Charles Koch, and he was born in 1935.
> >
> > ≺

∧ **jmsquared**   4 months ago

Another old and useless white man figures out how to make a good living marketing his rage and hatred, scores dim \*\*\*\* half his age for wife. It's getting to be an old story.....

≺

∧ **Colin Meyer**   4 months ago

Peter Brimelow: "I refuse to accept that wanting to reduce immigration is 'hate.' "

He is correct. Anyone who speaks out against this lunatic invasion of illegals coming across our southern border is immediately branded as a racist by the woke. And you can read that every day right here on the WaPo forum.

≺

AA1712

**Tomales**  4 months ago

Well, I'm glad that's settled.

⬍

---

**GregPittsburgh**  4 months ago

Brimelow's an immigrant. Virginia Dare's parents were immigrants. The only difference is that they're non-Hispanic.

⬍

---

**Patr in Texas**  4 months ago

Gee, Colin, how many times have people told you that migrants applying for refugee status are NOT illegal? And yet, you persist. Why is that?

⬍

---

**Colin Meyer**  4 months ago  **(Edited)**

Because the woke parroting that lie again and again does not make it true. Any non-citizen who enters the US without a visa is an illegal immigrant. Period. If they then apply for asylum, they become illegal immigrants applying for asylum.

A good example are the DREAMers. They are illegal immigrants who are applying for asylum.

⬍

AA1713

**^ Patr in Texas** 4 months ago

It's the law, Colin. Those immigrants are not considered illegal once they apply for asylum, meaning you cannot deport them, jail them, or treat them as you might wish.

Where did YOUR parents immigrate from?

&lt;

READ MORE OF THIS CONVERSATION >

---

**^ Shalomachshav** 4 months ago

This is how fascism takes over. Befriend the locals, act nicely, remain calm…no different than how cults form. They find a weakness and when ready…insert dagger ( metaphorically speaking, of course).

As usual follow the money…I'm sure it's not just the Koch's who have contributed but some Russian oligarch as well, as we see with lunatic NY rep. elect Santos.

As during all times of scapegoating, there will always be people who don't like conflict, and deny everything. I didn't hear, I'd didn't smell, I didn't see. Or those with money, pay their way out of guilt, and escape to another country…or become the Juhden rat, and turn others in to save themselves….

It's called morals, ethics and empathy…all needed for democracy to thrive…all absent in Republican behavior.

&lt;

---

**^ Iamresponsible** 4 months ago

I'm sure Lydia will be the recipient of a very nice salary from the Berkeley Castle Foundation!!

&lt;

---

**AA1714**

∧ **BlueDogDems**  4 months ago

But is it worth it?

<

---

∧ **Iamresponsible**  3 months ago

Sure – Lydia gets to do nothing of value for America while being paid by donations from people that do nothing for America (Koch family and others like them).

<

---

∧ **KTBSF1**  4 months ago  **(Edited)**

DISGUSTING. How sad that a whole town can't see how damaging this is to a community. If people are OK w racists in their town, THEN THEY ARE ALSO RACIST. When will people understand this? If you're ok w racism and hate, then you support racism and hate!

<

---

∧ **SF_Cooper**  4 months ago

"Replacement Theory". Is a great idea in their case.

<

---

∧ **AQB24712**  4 months ago

It's not the "whole town."

<

---

**AA1715**

∧ **GeorgeFS**  4 months ago

"...said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. 'Whatever they want to do, it's not my concern.'"
-They want to re-segregate your public schools, Barb. It's your tax dollars and mine and should be of concern.

⤴

> ∧ **F40Driver**  4 months ago
>
> The German citizen in 1938- whatever the Nazi's want do is none of my concern. Wolfe should be very concerned unless she supports Brimelow.
>
> ⤴

> ∧ **alien1**  4 months ago
>
> She already does with this attitude, but she's gonna be the last to acknowledge it LOLLOL
>
> ⤴

∧ **Sagemeister**  4 months ago

Let's add Peter Brimelow to the growing list of foreign born racist ruining American life which includes Rupert Murdoch and his son Lachlan and Elon "look at me" Musk.

More than likely this is another right wing scam and I hope the investigation into their finances proves fruitful.

⤴

∧ **Payjin1**  4 months ago

Hmmm... I've visited this castle... Online in Fallout 76 where its a bombed out wreck. Go fig.

⤴

**AA1716**

∧ **drsawzall**  4 months ago

If Vdare is hating on immigrants and wanting to kick them out, should we not start with Peter Brimelow, a self confessed bigot, originally from the UK????

⤷

> ∧ **CPNolan**  4 months ago
>
> I am pretty sure we have a Bill of Sale that is non-refundable and non-returnable. It's been so long I don't even think we can offer a store credit.
>
> On the other hand I despair of the fact that he was born in Britain. Yes we have the same ability to create such mindlessness.
>
> ⤷

∧ **Lorchadea**  4 months ago  **(Edited)**

Serendipity is amusing sometimes.

I'm not sure if this ad appeared in anyone else's on-line version of this article, but mine had it. The advertisement was for Cracker Barrel. The reason it was oddly timed is that Cracker Barrel had to settle a nation-wide class-action lawsuit 20 years ago because they were found to be deliberately taking longer times serving African-Americans than White customers. "Hate Castle" indeed.

⤷

∧ **DJNsen**  4 months ago

A man emigrates from England and decides he doesn't like other immigrants……
Who is more American an immigrant from England or the one from Mexico?

⤷

**AA1717**

> **KTBSF1**  4 months ago
>
> Married to a woman 40 yrs his jr. This just means women his own age can't stand him and he had to go that young for someone to accept him. He sounds and looks disgusting.
>
> ⤴

**sarah004**  4 months ago

In what universe would this kind of group be considered a "welcome neighbor"?

⤴

> **AQB24712**  4 months ago
>
> It's not.
>
> ⤴

**VVet46**  4 months ago

> The British-born anti-immigration activist launched VDare...

An immigrant who is anti-immigrant. Who said irony is dead?

⤴

> **Fate1**  4 months ago
>
> Its alive and well in the republican party.
>
> ⤴

> **NickelSF**  4 months ago  (Edited)
>
> Republicans are too stupid to spell "irony" let alone understand it's definition...
>
> ⤴

**AA1718**

**∧ EHarris_6**  4 months ago

> "They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75,

Not white supremacists? Hence their opposition to Brown vs Topeka BOE.

⤳

---

**∧ Trevor Sutherland**  4 months ago

I can certainly see the appeal of WN from the male perspective as it seems to very often come with some nice "perks" for its adherents. This 75 year old with his smiling wife who is half his age. Just like this clown arrested in AZ last month with all of his "wives" in tow. He was riding in the 2022 GMC Pickup, but wives #3-#7 only got to ride in a trailer (illegal). Why? Well I imagine its because he didn't want anyone to see the three "wives" who were 16, 14, and 11:

https://www.youtube.com/watch?v=RgcYJSbi3zl

⤳

> **∧ jmsquared**  4 months ago
>
> Oh, Dear God
>
> ⤳

---

**∧ vacitizen123**  4 months ago

Seems like the MO of groups like this are to just move into a small town and declare it theirs, ignoring the established citizens who don't want their home associated with a hate group.

⤳

---

**AA1719**

⌃ **Fate1**  4 months ago

Its how plutocrats work.

＜

---

⌃ **Jeff**  4 months ago

It's a little sad that Virginia Dare's name is being defamed by this racist group funded by the Koch brothers.

＜

---

⌃ **4Harmony**  4 months ago

Virginia Dare was an immigrant!

＜

> ⌃ **Belle_Zon**  4 months ago
>
> Well, no, her parents were. She was the first (known) European baby born in the original colonies. That's the tenuous connection this group makes.
>
> ＜
>
> > ⌃ **Salty John**  4 months ago
> >
> > An anchor baby! Oh, the outrage!
> >
> > ＜
>
> ---
>
> > ⌃ **Rev Dr Ron**  4 months ago
> >
> > No, her parents were. But that is OK because they were white. Add a little color, they are immigrants.
> >
> > ＜

---

**AA1720**

**Fate1** 4 months ago

She was an anchor baby.

<

---

**lisaswanson** 4 months ago

Read the story. Legendarily born on soil later to become part of US.

<

---

**NCCanaic42** 4 months ago

What sticks out to me.. this Brimelow guy IS AN IMMIGRANT - but he's white so he thinks he is better. Not surprised they moved to WV.

I am so darned tired of the white supremacists in our midst.

<

---

**pynk flood** 4 months ago

*Anglophiles*!

lol

<

---

**SOUTH PHILLY CHA CHA** 4 months ago

The ultimate in hypocrisy, Brimlow.

<

---

**AA1721**

∧ **Chet D**  4 months ago

We have a lot of institutional racism to reform, and their numbers are unlikely to wither until we've made a lot more progress.

‹

∧ **AQB24712**  4 months ago

And I am darned tired of cheap shots at West Virginia.

‹

∧ **wood59**  4 months ago

Their ancestors were immigrants. So they hate non white immigrants.

‹

∧ **alien1**  4 months ago

"The British-born anti-immigration activist"

All you need to know about this hypocritical racist LOLLOL

‹

∧ **THX 1138**  4 months ago

Ever wonder why you never saw any Black folks in Mayberry?

‹

∧ **Fate1**  4 months ago

Oh they had one. He lived outside Mayberry in a house in the woods. I guess that was their shot at diversity.

‹

Coral

4/20/23, 1:32 PM

∧ **Belle_Zon** 4 months ago

I once invited a Black friend to Berkeley Springs.
His response: "You know that "What White People Do" thing?
Well, what Black people do not do: Go to West Virginia."
I LOLd.

⤳

∧ **Elihu Smails** 4 months ago

VDARE moved to a place where it knew it would be welcome. They weren't wrong. You'd have to be an ignoramus to be a "tourist" in West Virginia, which is the second poorest state in the nation, and not know you're going to be surrounded by trump supporting hate-filled dopes.

⤳

∧ **AQB24712** 3 months ago

There are plenty of us who aren't "[T]rump supporting hate-filled dopes." I guess you've not been here.

⤳

∧ **Alt-Ctr** 4 months ago

Just weird, weird people. I hope the people in town oppose them at every turn.

⤳

**AA1723**