# 23-1084(L),

## 23-7409(CON)

IN THE UNITED STATES COURT OF APPEALS FOR THE
SECOND CIRCUIT

VDARE FOUNDATION, INC.,

*Plaintiff-Appellant,*

- v. -

LETITIA JAMES, IN HER OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF THE STATE OF NEW YORK,

*Defendant-Appellee.*

On Appeal from the United States District Court for the Northern
District of New York, Case No. 1:22-cv-01337 (FJS/CHF)

**PLAINTIFF-APPELLANT APPENDIX**
**VOLUME 7 OF 7**
**(PAGES AA1724– AA1985)**

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC.
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 888-887-1776
Email: jmw@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC.
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
Email: ecf@randazza.com

*Counsel for Appellant*

i

# TABLE OF CONTENTS

U.S. District Court for the Northern District of New York
Docket Sheet, Case No. 1:22-cv-01337 (FJS/CHF)……………... AA0001

Verified Complaint dated Dec. 12, 2022 [Dkt. No. 1]………….. AA0009

      Exhibit A – *Volkov v. James* Complaint [Dkt. No. 1-1]…. AA0027

Motion to Dismiss for Failure to State a Claim
dated Jan. 18, 2023 [Dkt. No. 12]………………………………… AA0075

      Memorandum in Support of Motion [Dkt. No. 12-1]……. AA0076

      Declaration of Fuchs [Dkt. No. 12-2]……………………… AA0103

      Exhibit A – State Court Petition [Dkt. No. 12-3]……….. AA0108

      Exhibit B – 2020 Form 990 [Dkt. No. 12-4]……………… AA0118

      Exhibit C – 2019 Form 990 [Dkt. No. 12-5]……………… AA0160

      Exhibit D – 2018 Form 990 [Dkt. No. 12-6]……………… AA0191

      Exhibit E – Affirmation of E. Frish [Dkt. No. 12-7]…….. AA0220

      Exhibit F – Deed from VDARE to BCF [Dkt. No. 12-8]… AA0234

      Exhibit G – Deed from VDARE to BBB [Dkt. No. 12-9]... AA0237

      Exhibit H – BCF Certificate of Incorporation
      [Dkt. No. 12-10]………………………………………………… AA0245

      Exhibit I – BBB Certificate of Incorporation
      [Dkt. No. 12-11]………………………………………………… AA0250

      Exhibit J – Lease to BBB [Dkt. No. 12-12]……………… AA0255

      Exhibit K – Subpoena [Dkt. No. 12-13]…………………… AA0261

      Exhibit L – Facebook Report [Dkt. No. 12-14]………….. AA0279

      Exhibit M – Facebook Subpoenas [Dkt. No. 12-15]…….. AA0309

Exhibit N – Kelly Letter dated July 20, 2022
[Dkt. No. 12-16]…………………………………………………… AA0336

Exhibit O – Suvari Correspondence [Dkt. No. 12-17]…... AA0342

Exhibit P – Frisch Letter [Dkt. No. 12-18]……………… AA0368

Exhibit Q – Suvari Correspondence [Dkt. No. 12-19]…... AA0371

Exhibit R – Frisch Letter [Dkt. No. 12-20]……………… AA0375

Exhibit S – Frisch Letter [Dkt. No. 12-21]……………… AA0377

Exhibit T – Suvari Letter dated Dec. 2, 2022
[Dkt. No. 12-22] …………………………………………………… AA0379

Notice Re: Decision in Related State Case dated
Jan. 26, 2023 [Dkt. No. 15] ……………………………..……… AA0384

Text Order Treating Dkt. No. 15 as Supplement dated
Jan. 27, 2023 [Dkt. No. 16] ……………………………………… AA0398

Affidavit in Opposition to Motion to Dismiss
dated Feb. 22, 2023 [Dkt. No. 25]………………………………… AA0399

Exhibit A – Affirmation in Support of Order to Show
Cause [Dkt. No. 25-1]……………………………………… AA0402

Exhibit B – Fuchs Email [Dkt. No. 25-2]………………… AA0415

Exhibit C – Frisch Letter [Dkt. No. 25-3]………………… AA0417

Exhibit D – Frisch Letter [Dkt. No. 25-4]………………... AA0419

Exhibit E – Frisch Email [Dkt. No. 25-5]………………… AA0422

Exhibit F – Frisch Email [Dkt. No. 25-6]………………… AA0423

Exhibit G – Suvari Letter [Dkt. No. 25-7]……………… AA0424

Exhibit H – Lease Agreement [Dkt. No. 25-8]…………… AA0428

Exhibit I – 2019 CHAR500 Form [Dkt. No. 25-9]……….. AA0433

iii

Exhibit J – Fuchs Email [Dkt. No. 25-10]..................... AA0437

Exhibit K – Frisch Letter [Dkt. No. 25-11]................... AA0438

Exhibit L – Frisch Email [Dkt. No. 25-12]................... AA0440

Exhibit M – Frisch Letter [Dkt. No. 25-13]................. AA0441

Exhibit N – State Case Memorandum [Dkt. No. 25-14]... AA0442

Exhibit O – *Volokh v. James* Opinion and Order
[Dkt. No. 25-15]...................................................... AA0464

Exhibit P – Operating Agreement [Dkt. No. 25-16]........ AA0485

Exhibit Q – Bylaws of Berkeley Castle Foundation
[Dkt. No. 25-17]...................................................... AA0490

Exhibit R – Order [Dkt. No. 25-18]........................... AA0496

Exhibit S – Affirmation in Support of Application
for Stay [Dkt. No. 25-19]......................................... AA0498

Memorandum in Opposition to Motion to Dismiss dated
Feb. 22, 2023 [Dkt. No. 26] ................................... AA0521

Response in Support of Motion to Dismiss dated
Mar. 8, 2023 [Dkt. No. 27] .................................... AA0551

Notice Re: Decision in Related State Case dated
Mar. 14, 2023 [Dkt. No. 28] .................................. AA0562

Emergency Motion for Temporary Restraining Order and
Preliminary Injunction dated Mar. 21, 2023 [Dkt. No. 29]...... AA0564

Declaration of A. Frisch [Dkt. No. 29-2]...................... AA0568

Corrected Memorandum in Support of Emergency Motion
for Temporary Restraining Order and Preliminary Injunction
dated Mar. 21, 2023 [Dkt. No. 30]..................................... AA0634

iv

Order Denying Motion for Temporary Restraining Order
dated Mar. 27, 2023 [Dkt. No. 32] ...................................... AA0664

Response in Opposition to Motion for a Preliminary
Injunction dated April 10, 2023 [Dkt. No. 34] ...................... AA0666

Affidavit in Opposition to Motion for a Preliminary
Injunction dated April 10, 2023 [Dkt. No. 35] ...................... AA0684

    Exhibit A – Affidavit of Yael Fuchs [Dkt. No. 35-1]........ AA0688

    Exhibit B – Subpoena [Dkt. No. 35-2]........................... AA0706

    Exhibit C – Frisch Letter [Dkt. No. 35-3].................... AA0724

    Exhibit D – Frisch Letter [Dkt. No. 35-4].................... AA0727

    Exhibit E – OAG Letter [Dkt. No. 35-5]...................... AA0729

    Exhibit F – State Court Petition [Dkt. No. 35-6]............ AA0734

    Exhibit G – Oral Argument Transcript [Dkt. No. 35-7]... AA0744

    Exhibit H – State Court Order [Dkt. No. 35-8].............. AA0780

    Exhibit I – OAG Proposed Protective Order
    [Dkt. No. 35-9]...................................................... AA0792

    Exhibit J – VDARE Motion for Stay [Dkt. No. 35-10]..... AA0802

    Exhibit K – OAG Opposition to Motion for Stay
    [Dkt. No. 35-11]...................................................... AA0980

    Exhibit L – Order Denying Stay [Dkt. No. 35-12].......... AA1044

    Exhibit M – Frisch Affirmation [Dkt. No. 35-13]........... AA1046

Reply in Support of Motion for a Preliminary Injunction
dated April 24, 2023 [Dkt. No. 38] ...................................... AA1060

Affidavit in Support of Motion for a Preliminary Injunction
dated April 24, 2023 [Dkt. No. 39] ...................................... AA1076

v

Exhibit A – OAG Memorandum of Law [Dkt. No. 39-1]... AA1079

Exhibit B – 11 News Article [Dkt. No. 39-2]……………... AA1102

Exhibit C – Washington Post Article [Dkt. No. 39-3]…… AA1106

Exhibit D – VDARE Article [Dkt. No. 39-4]…………….. AA1110

Exhibit E – Washington Post Article [Dkt. No. 39-5]…… AA1113

Exhibit F – Declaration of Lydia Brimelow
[Dkt. No. 39-6] ………………………………………….. AA1862

Exhibit G – Affidavit of VDARE Lady Reader
[Dkt. No. 39-7] ………………………………………….. AA1874

Exhibit H – Affidavit of Federale [Dkt. No. 39-8] ………. AA1877

Notice of Motion to Strike Docket Entries dated
April 28, 2023 [Dkt. No. 42]…...……………………………… AA1880

Memorandum in Support of Motion to Strike
[Dkt. No. 42-1]…………………………………………….. AA1881

Notice Supplement in Support of Motion for Preliminary
Injunction dated April 28, 2023 [Dkt. No. 43]………………... AA1886

Exhibit A – Redacted Affidavit [Dkt. No. 43-1]………….. AA1887

Exhibit B – Redacted Affidavit [Dkt. No. 43-2]………….. AA1890

Text Order on Motion to Strike dated
May 2, 2023 [Dkt. No. 44]…...………………………………… AA1893

Sur-Reply in Opposition to Motion for a Preliminary
Injunction dated May 10, 2023 [Dkt. No. 49] …………………... AA1894

Response in Support of Motion to Dismiss dated
July 27, 2023 [Dkt. No. 51] …………………………...……… AA1904

Notice of Appeal dated July 27, 2023 [Dkt. No. 53]……………. AA1907

Response in Opposition to Motion to Dismiss
dated July 27, 2023 [Dkt. No. 54] ………………………….…….. AA1909

Motion for Injunction Pending Appeal dated
Aug.24, 2023 [Dkt. No. 56] ……………………………………….. AA1914

Memorandum of Law in Support of Motion for Injunction
Pending Appeal dated Aug. 24, 2023 [Dkt. No. 57]……………. AA1917

    Exhibit A – Mendelson Letter [Dkt. No. 57-1]………….. AA1940

    Exhibit B – Kelly Letter [Dkt. No. 57-2]…………………. AA1945

    Exhibit C – Mendelson Letter [Dkt. No. 57-3]………….. AA1948

    Exhibit D – Letter from F. Kelly dated
    Aug. 1, 2023 [Dkt. No. 57-4]………………..…………….. AA1951

Response in Opposition to Motion for Injunction Pending
Appeal dated Sept. 13, 2023 [Dkt. No. 58]……………………..... AA1971

    Exhibit 1 – Schimmel Letter [Dkt. No. 58-1]…………... AA1982

Notice of Appeal dated Oct. 13, 2023 [Dkt. No. 61] …………… AA1984

**⌃ F40Driver**  4 months ago

What is rather contradictory is that the so called "1776" crowd are in bed with a Brit. Wasn't the whole purpose of the American revolution to drive out taxation and tyranny of the British. Seems to me the ignorance of the Tea party turned MAGAts is never ending by how they like their brain washing by foreigners (Koch's Fox News) and support people like Musk and this Brimelow.

<

> **⌃ Chet D**  4 months ago
>
> It's not ignorance, it's an informed choice.
> They want to do what's white for America.
>
> <

**⌃ My Comment 23**  4 months ago

A bunch of Ofay's who are insecure and unwilling to open their minds and hearts to all human beings on earth -

The building should be destroyed -

There is nothing about VDare that makes sense - but it does confirm American Education has failed White America as well -

<

> **⌃ BNM**  4 months ago
>
> I thought that was confirmed when Trump was elected.
>
> <

**AA1724**

**Chet D**  4 months ago

The castle owners are well funded and eager for a scrap because it brings attention. The town is stuck with them. And being in a red state there isn't much they can do except live their beliefs.

<

**Apolloanranger**  4 months ago

> Though it is located in deeply conservative Morgan County, where 75 percent of voters chose Donald Trump for president in 2020, downtown Berkeley Springs has an artsy, liberal vibe.

Unless you define "conservative" as simply meaning voted for Donald Trump, I believe you're not entirely sure of the history of the word.

<

**gottahavefaith**  4 months ago

If it walks like a duck....

<

**Balloon Animals**  4 months ago

I would be very concerned if I were a resident, especially if I owned a tourist oriented business.

Other than that they may be obnoxious but there is little which can be done to stop them as long as they abide by the law. They are not alone.

<

AA1725

**Belle_Zon** 4 months ago

I combed the article for businesses I've frequented there. I am pretty sure the nice shop on the corner is owned by Jewish people, and I doubt they share VDare's mentality. Whereas, I think I've walked right past the dreck at the shop mentioned in the article.

<

**Loud and Clear** 4 months ago

Yup. More White Nazis in castles. It's like a fairytale in America!

<

**FRODAS** 4 months ago

If all these white supremacist haters get their way we may as well change the Statue of Liberty inscription to
"DO NOT Give me your tired, your poor, your huddled masses yearning to breathe free."
Too much focus on reading,writing and arithmetic in schools and not enough on history. There is a reason we are the strongest country and are sought after and it's not because the white man came here and wiped out the Native American Indians. It's more like we allowed the immigrants in who helped build our nation into the strong country we are. We are united by our differences and divided we will fall. Haters, racists, anti-semites and alike must be outed for who they are.

<

**Point Break Hotel** 4 months ago

Richard Spencer with a castle. Sorry for a fine town, he'll move on eventually, they always do.

<

∧ **Keep Voting-Blue** 4 months ago

Not until he's wrecked it.

Since he like frivolous lawsuits so much the town should get together and sue him until they run him out of town

⤳

   ∧ **Point Break Hotel** 4 months ago

   Ah, but that's the problem - other than his odious beliefs, there's no legal ground to take action here, unlike Spencer who set something in motion that was actionable. Remember, even the worst can use the public square. I certainly don't condone anything this guy's into, but its not illegal to hold his beliefs.

   ⤳

      ∧ **Keep Voting-Blue** 4 months ago

      Bringing racists to town and killing businesses is grounds to sue

      ⤳

      READ MORE OF THIS CONVERSATION >

   ∧ **Chet D** 4 months ago

   The castle owners are well-funded and a fight would only bring them more attention. Town residents would be best to live their beliefs. If enough of them did so the white nationalists would have to withdraw from public life.

   ⤳

**AA1727**

**⌃ The Oracle of Uncomfortable Truths** 4 months ago

> *Its founder, Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia, denies being a white nationalist or white supremacist.*

But he can't deny being a playa!

&lt;

---

**⌃ LostInTheSalsa** 4 months ago

The joys of Viagra.

&lt;

---

**⌃ JSinNYC** 4 months ago **(Edited)**

The joys of a healthy checkbook.

&lt;

---

**⌃ The Oracle of Uncomfortable Truths** 4 months ago

Whatever it takes.

&lt;

---

**⌃ Keep Voting-Blue** 4 months ago **(Edited)**

Notice how the brimlows have no sons?

I can sense many of the daughters marrying minorities in the future.

The old man's hate speech will come back to bite him

&lt;

---

**AA1728**

⌃ **Ymewhathappen** 4 months ago

Koch brothers again and again. Does anyone see what the real issue here is? We are becoming or already an autocracy. Using the court system to discourage any open discussion about them. Sounds familiar, doesn't it.

≺

> ⌃ **Fate1** 4 months ago
>
> Its a Plutocracy. Similar but not the same.
>
> ≺

> > ⌃ **Ymewhathappen** 4 months ago
> >
> > Fate1, thank you, I researched plutocracy and are we living in one. Unfortunately, the tide will only get worse.
> >
> > ≺

⌃ **VeryPurple** 4 months ago

I want to thank the WaPo for bringing this to my attention. I was planning to do a few weekend get-a ways this year, and now I know to cross Berkeley Springs off my list. And it'll stay off my list as long as VDare is there.

≺

> ⌃ **F40Driver** 4 months ago
>
> Why punish all of Berkeley Springs. Just don't stop at VDare.
>
> ≺

**AA1729**

∧ **EHarris_6**  4 months ago

Or the shop of the lady who doesn't find a problem with VDares opposition to Brown vs Topeka BOE

<

---

∧ **VeryPurple**  4 months ago

Well, there were three business owners who were willing to go on the record for this article that they had no problem with VDare: the gift shop lady, the yoga instructor, and the chef. I'm sure they are not the only ones.

<

---

∧ **AQB24712**  3 months ago

They might not be the only ones, but they don't represent the whole community. Come and see us!

<

---

∧ **lisaswanson**  4 months ago

But the many other businesses, restaurants, art galleries, music venues, spas, and TWO state parks will miss you!

<

**AA1730**

**^ Glenwick** 4 months ago

Berkeley Springs was a halfway stop for me on trips between Petersburg, VA, and Northwestern PA during holidays. I loved staying there. One night, my wife and I went to a Karaoke night at a local bar. Among those there was a really chill guy hanging out who I'd describe as a crossdresser at the time. I have to wonder if it's the same lady from the story who open caried into the church. It was the craziest fun we've had in years - surprisingly delightful locals. We saw a drunken man bum-rushed out the door by the barkeeper. Next morning, we went back to the establishment for breakfast, and there in the kitchen, cooking our breakfast, was the same guy tossed out for being drunk the night before. I really hope this unique town isn't overwhelmed by the castle owner's one way stance on "free speech," whining when his own is challenged, litigating when others use theirs.

<

> **^ AQB24712** 3 months ago
>
> Thank you. Berkeley Springs is still a cool place, and that's a terrific story. :)
>
> <

**^ JSinNYC** 4 months ago

**You can dress up a pig, but it still wallows in its own filth and excrement. That's why you can smell them from miles away.**

<

**^ DasBrat** 4 months ago

A group founded by, and based on white English immigrants...that is opposed to immigrants.....?

Oh the hypocrisy....and bigotry.

<

**AA1731**

^ **Elihu Smails**  4 months ago

And idiocy.

<

---

^ **asl in foggy bottom**  4 months ago

1. Note to Barbara Wolfe: your ancestors came "over the border" at some point, so I suggest you re-examine your statement and its hypocritical dimensions.

2. Apparently Lydia "diversity is weakness" never looked at the back of a dollar bill to read the motto engraved there: "E pluribus unim" or "from many one". We already figured out how wrong you are quite some time ago. Catch up, Lydia, catch up.

<

---

^ **Elihu Smails**  4 months ago

Never try to teach a pig to sing, it's a waste of your time and annoys the pig.

<

---

^ **asl in foggy bottom**  4 months ago

When the pig threatens to disrupt the gentle harmonies we have tried to compose, sometimes you have to try just the same.

Sing pig, sing!

<

---

**AA1732**

**⌃ GregPittsburgh**  4 months ago

Here's the problem with the "white supremacism is just a type of speech" argument: it's already led from speech to actions. Charlottesville. The Pittsburgh synagogue. The Tulsa Race War. The Civil War. The Second World War. Tens of millions dead.

It's a little like saying that Osama Bin Laden was exercising his right to free speech.

⌁

---

   **⌃ F40Driver**  4 months ago  **(Edited)**

   Uh uh! He was a Muslim remember. So he doesn't meet free speech of the GQP and MAGAts. /s

   ⌁

---

**AA1733**

∧ **Florida votes**  4 months ago

Fascists cleverly use the migration crisis as a lever to support fossil fuel (the Koch brothers), white supremacy, pseudo-Christian authoritarianism, control of women's bodies, condemnation of various sexual identities, threats of armed insurrection, and other fascist dicta. The migration crisis works well for them. The American people, and the world, know that there is something deeply wrong in the system whereby economic migrants by the millions use their life savings to enter the U. S. illegally. The system of immigration control is broken - the worst in the entire world, by far.

Tremendous stress has been put on communities. The governors of Florida and Texas, crypto-fascists themselves, were very smart albeit cynical to send thousands of migrants to big northern cites, to give the residents of those cities some idea of the stresses of mass migration. Illegal immigration is literally tearing the country apart, and the fascists use the crisis cleverly to advance their multiple goals. The last thing a fascist wants is a solution to the immigration crisis. It's the gateway fact seducing people into the next set of fascist ideas.

When liberals don't make a distinction between legal immigration (great for the country) and illegal immigration (the most destructive force in the country) they are playing into the hands of the fascists. There is nothing liberal or compassionate about illegal immigration. The liberal and compassionate approach is to assist people in their home countries. Liberals need a broad approach to preventing illegal immigration, starting with stringent punishment of employers of illegal migrants. If there are no jobs, economic migrants won't come. Liberals and the Democratic Party need to save the country from fascism, and that starts with taking away the fascists' main recruiting message. Turn the tables.

⤴

---

∧ **politicaljunkie01**  4 months ago

The Biden's administration approach has been to work with the countries these folks are coming from. Some of these countries, we cannot return the immigrant to. What should we do about that?

⤴

^ **Florida votes**  4 months ago

It's not our responsibility to re-settle economic migrants. The word now in Central America, Venezuela, and other countries is that it is fairly easy to beat the U. S. system of immigration if the players know how to play the game. That must stop. It is the opposite of compassion to reward the rule breakers and punish the rule followers. The highest priority for legislation should be to punish employers of new undocumented workers. If there are no jobs, economic migrants won't come and the problems of re-location disappear. Another solution is an effective guest worker program.

<

^ **vacitizen123**  4 months ago  **(Edited)**

By acknowledging that Republicans have absolutely no interest in working with Democrats to solve the problem of illegal immigration because it is not in their interest to do so, you have blamed the problem entirely on the Democratic party and given the "fascists" (by whom I assume you mean Republicans) a pass.

<

^ **Florida votes**  4 months ago

Calling Republicans "fascists" is not giving them a pass. Most of the blame goes to Republicans. That was clear in my post. But the fact of Republican fascism does not give the Democrats a pass to do nothing. Right now, full reform is totally impossible politically. But what is possible and necessary is a major change in Democratic policy, which should condemn illegal immigration in forceful terms. Right now, too many Democrats confuse the legal immigration that built this country with the current illegal migration that is breaking the country apart. In the best traditions of the Democratic Party, follow the money. The profiteers through illegal migrant labor must be punished. That should be one of the Democratic Party's major policy proposals.

<

**AA1735**

**^ BlueDogDems** 4 months ago

Do you copy and paste that on rest room walls too? The soft version of racism.

<

---

**^ Florida votes** 4 months ago **(Edited)**

There is nothing racist in my post. You are the problem on the internet by spreading defamatory lies, through anonymous posts. I suppose you think that the reference to men's rooms makes you witty.

<

---

**^ estherc1** 4 months ago

Funny how an anti-immigrant British immigrant buys a castle, a symbol of English monarchy, for his "patriotic" organization.

He's not anti-immigrant. He's anti non white, not European immigration. That's also known as racism. And anyone who supports him, apologizes for him is a racist. Pretty simple to understand.

<

---

**^ lamdad1** 4 months ago

My wife and I used to love Berkeley Springs. A tourist town where shop keepers see no problem with white supremacists becoming the symbol of the town? Forget it. We will never spend another penny in Berkeley Springs until VDare is gone. Please join us.

<

---

**^ alien1** 4 months ago

The entire state is steeped in white supremacy and the oligarchs who profit from it.

<

AA1736

∧ **Mostly Impatient**  4 months ago

I'm with you 💯 Iamdad1.

<

---

∧ **AQB24712**  4 months ago

Not all of us consider white supremacists as "the symbol of the town." I hope you'll come back.

<

---

∧ **Clever Display Name Missing**  4 months ago

Wouldn't a city full of only white people be kinda boring?

<

---

∧ **Fate1**  4 months ago

Its the definition of boring. Go to Melbourne Florida.

<

---

∧ **pynk flood**  4 months ago

It's boring as can be.

<

---

∧ **Salty John**  4 months ago

Some people love chicken fingers and ranch dressing for dinner every night, I guess.

<

---

**AA1737**

**vacitizen123** 4 months ago

Not only boring, but not sure I'd feel particularly safe there. Some of the ugliest, violence-prone people I've ever met have come from all-white areas. I'll stick to more diverse places.

<

**notnormal** 4 months ago

Very boring! I can't even imagine. I once considered moving to a new house that turned out to be in a vastly majority white area. I went into a fast food place and looked around at the lack of color and diversity and thought - ugh I don't want to live in a place like this. And didn't move. Couldn't be happier that I decided against that!

<

**stk4life** 4 months ago

First of all what 30 something woman would want to marry an old 70 something man? It tells me you are only in it for the money, why did you want to marry your daddy??
Secondly, if we expect to evolve as a species and live on this planet for many more decades then we need to embrace and accept EVERYONE! It's the ONLY WAY we move forward in this world, we must unite and live together or we are doomed. So I see these people as being very immature and lacking intelligence.

<

**midwesterneratheart** 4 months ago

Sounds like it's legal so unless the toen or someone else wants to buy them out there's probably little that can be done. Being awful people isn't a crime.

<

∧ **Keep Voting-Blue** 4 months ago

That's what the orange clown said now he's being investigated and guilty of fraud

⌄

---

∧ **Fate1** 4 months ago

No, either is exposing them for what they are.

⌄

---

∧ **politicaljunkie01** 4 months ago

Why would you make your headquarters in a town of 800 that is a tourist attraction?

⌄

---

∧ **MrMonkSanFrancisco** 4 months ago

Tax exempt, perhaps?
Dark money based and dark money currently funding?
Sues people with little or no access to a legal defense?
Slowly suborning local businesses?
Good times.

⌄

---

∧ **Facts-Do-Matter** 4 months ago

Yet another hate filled half truth hit piece by the WAPO.

⌄

---

∧ **midwesterneratheart** 4 months ago

So where are your "facts"?

⌄

**AA1739**

**^ stk4life** 4 months ago

What is the truth, please enlighten us. I'll wait but I know you just came here to spew hate yourself.

<

---

**^ Keep Voting-Blue** 4 months ago

Investigative journalism on racism in America isn't a hate filled hit piece.

<

---

**^ Twisted Oliver** 4 months ago

What's not true in this article?

<

---

**^ Clever Display Name Missing** 4 months ago

Please tell us the real facts then, as they "do-matter."

<

---

**^ Fate1** 4 months ago

Correction: Alternative Facts Do Matter.

<

---

**^ Twisted Oliver** 4 months ago

MAGAHAHAHAHAHA!!!!!

<

**AA1740**

> ∧ **BxExcelsior** 4 months ago
>
> The racists are triggered.
>
> ‹

∧ **tbird338** 4 months ago

He's an immigrant too; I guess because he's white, he thinks that's ok. That's the very core of white privilege: the assumption that they (white "Christian" Europeans) have a right to be here and the rest of us are only here because they allow us to be. Who gave them inherent rights to America?

‹

∧ **Fairfax Country** 4 months ago

> In contrast, Scott Collinash, the chef at the Country Inn and co-founder of Berkeley Springs Pride, said he's talked to the Brimelows when they've come into the restaurant and called Lydia Brimelow "a delightful woman."

Well, that resolves it. She didn't try to kill him so she's not a white supremacist.

‹

> ∧ **stk4life** 4 months ago
>
> Right, only talks behind his back and votes for people whom oppress him.
>
> ‹

> ∧ **politicaljunkie01** 4 months ago
>
> Most people are "nice." That doesn't mean their good. I taught that to my children.
>
> ‹

**AA1741**

^ **vacitizen123** 4 months ago

Yes, polite and nice do not mean good or kind.

<

---

^ **dcbasebal1** 4 months ago

So white immigrants are ok (based on the owner's immigration to the US from the UK)??? How dare (yes I know what I did there) you! And why am I not surprised to see the Koch Brothers have their fingerprints on this behind the scenes. You can put lipstick on a pig or in this case Christmas lights on a castle but it doesn't change the pigs. This is normalization of hatred and it's happening in front of our eyes.

<

---

^ **Orwell Was Off By Forty** 4 months ago

> The British-born anti-immigration activist

So, he's an immigrant who opposes immigration, or supports white immigration only? 🙄 What a poseur.

<

^ **stk4life** 4 months ago

I've got mine, to hell with the rest of you. That's the Republican/right wing mantra.

<

---

^ **oceancrest67** 4 months ago

I wonder if this family likes Mexican food on occasion.

<

**AA1742**

∧ **Keep Voting-Blue** 4 months ago

Or Chinese

◁

∧ **Fate1** 4 months ago

Or Italian, or French, or Cuban, or Spanish, or Moroccan, or Japanese, or Chinese, or...

◁

∧ **Keep Voting-Blue** 4 months ago

The ultimate revenge will be when brimlow's daughters marry a minority

◁

∧ **Fate1** 4 months ago

Or get pregnant outside wedlock, or are gay.

◁

∧ **kiy1** 4 months ago

My heart goes put to Stein.

◁

∧ **CarpeVeritatem** 4 months ago

Many of these same VDare people are probably hiring undocumented workers to put a few more dollars in their own pockets through cheap laborers who having no legal recourse to workplace exploitation.

◁

**AA1743**

Coral

Case 1:22-cv-01324-RJS-OFH Document 39-54, Filed 04/24/23, Page 632 of 749

4/20/23, 1:32 PM

^ **midwesterneratheart**  4 months ago

Especially to maintain a large property like that

<

---

^ **jct4**  4 months ago

I enjoyed my visits to Berkeley Springs to sample the Roman baths, walk around the cute little downtown, and eat in the charming restaurants. The town seemed like a welcoming oasis from other parts of WVA. But the people of Berkeley Springs have shown their true colors and so I won't be returning.

<

> ^ **AQB24712**  4 months ago
>
> There are many of us here who would welcome you back.
>
> <

---

^ **RickWest**  4 months ago

Nice family photograph.

Did cousins marry cousins?

<

---

^ **Northforky**  4 months ago

Brimelow is an immigrant. Guess he doesn't see the irony.

<

---

https://talk.washingtonpost.com/embed/stream?storyURL=https%3A...2F2023%2F01%2F03%2Fvdare-berkeley-springs-castle-brimelows%2F

Page 621 of 738

## AA1744

⌃ **wvblonde**   4 months ago

Of course not - he's White (which is just *fine*, I guess). What a disgusting scrap of humanity he is.

‹

---

⌃ **The year zero**   4 months ago

And castles made of sand(stone) fall into the sea/hollow, eventually.

‹

---

⌃ **Fate1**   4 months ago

I guess these people don't know that Virginia Dare was born in the USA to people who fled England because it did not allow diversity. Maybe that's just a detail...

‹

---

⌃ **AndrewinBethesda**   4 months ago

Barb Wolfe, owner of the Berkeley Springs Memories shop, so noted. Good luck with recovering from the customers you just lost.

‹

---

⌃ **dclivejazz**   4 months ago

Maybe she'll try to use her gun to force tourists to buy stuff at her shop from now on.

‹

---

⌃ **rc4796**   4 months ago

Another slime ball Brit over here stirring the pot. Troublemakers like him and McInness and that Scottish slime ball at NR should go back where they came from.

‹

AA1745

**∧ Kristine** 4 months ago

Shades of Nigel Farage.

‹

**∧ SuckItMiddleAge** 4 months ago

This is sad for Berkeley Springs. It used to be a lovely resort town.

‹

**∧ AQB24712** 3 months ago

It's still lovely, despite those wastes of food.

‹

**∧ FleetwoodJack** 4 months ago

> "Whatever they want to do, it's not my concern,"

said the woman watching the murder of Kitty Genovese...

‹

**∧ Iowa Gal** 4 months ago

Creepy family with dark money.

‹

**AA1746**

∧ **Bluesummer** 4 months ago  **(Edited)**

We enjoyed stopping at the Inn when we'd travel through, it's a cool town. Ladies of Berkeley Springs should be grateful for gold-digging Lydia. If not for her, that racist coot she crawls into bed with would be chasing you folks. Barb Wolfe should turn her place into an VDARE gift shop that runs in tandem.

⤴

∧ **angie12106** 4 months ago

The Brimelows are racists. Period.
Using immigration as justification to deny their racism.

⤴

∧ **cubfan69** 4 months ago

So this anti-immigration group has a foreign-born leader and is named for a child born to people who came here from another country. It would be hard to make this stuff up.

⤴

> ∧ **Fed Up With Being Sick and Tired** 4 months ago
>
> Virginia Dare was the first "anchor baby."
>
> ⤴

∧ **westchesterbaba** 4 months ago

Berkeley Springs…..dead in a decade? If Brimstone dies, then what? I suspect his family will vacate the castle and town, and it will become a rotting hulk. So, the town will have an eyesore to contend with. Now, they just have a soul sore, and that isn't deterring tourists.

⤴

**AA1747**

^ **paninaro** 4 months ago

The article says they paid $1.4mln for the castle, three houses, and 54 acres of land. If the townsfolk want them out, they could offer them $2mln and they'd probably take it. That's not a bad price considering how much you get.

<

> ^ **westchesterbaba** 4 months ago
>
> Good idea.
>
> <

---

^ **aleatory peregrinator** 4 months ago

The best comment for creepy castle owners is, no comment.

<

---

^ **eclecticreader** 4 months ago

They certainly will not see more tourists by being a white supremacist town.

<

> ^ **IndieAgnostic** 4 months ago
>
> They are clearly not. Just that couple.
>
> <

---

^ **David F_2** 4 months ago

Named after Virginia Dare, the first English child born in what was to become the US. Wow. There is so much wrong with this where does one start? It's almost a parody. Or a very bad joke.

<

**AA1748**

**westchesterbaba** 4 months ago

Virginia Dare used to be a canned goods company, too.

<

---

**Marcus Surrealius** 4 months ago

How to destroy the reputation – and attractiveness – of a town in one easy step.
Like the cowards who militantly march and pump their fists, while wearing masks, bigotry and xenophobia hiding behind some Christmas decorations is still bigotry and xenophobia

<

**GregBOhio** 4 months ago

But they won't wear a mask to prevent Covid. The irony is unbelievable. The Virginia Dare irony is also the peak of hypocrisy. How do you think the Native Americans felt when Virginia stepped ashore?

<

---

**Gwashington** 4 months ago

$360K a year, being a racist pays well? Koch brothers are down with this.

<

**AQB24712** 3 months ago

The next year, he took no salary. Hard times?

<

---

**AA1749**

Coral

**∧ Indict Trump NOW**  4 months ago

Koch brothers, but of course.

≺

---

**∧ Sultan64**  4 months ago

Shades of Lyndon LaRouche in Leesburg back in the late 80's. Eventually he and his right wing crazies were arrested for financial fraud.

It'd be sweet if Brimelow were found guilty in NY AG's investigation and then deported upon completion of his sentence.

≺

---

**∧ dclivejazz**  4 months ago

I look forward to the NY Attorney General's office taking down this hate group for its obvious and illegal self-dealing under the guise of being a "charity."

≺

---

**∧ politicaljunkie01**  4 months ago

> They said it was none of their business what the "castle people" published on their website.

Yes, it is our business when people are openly spreading hate.

≺

**AA1750**

## ⌃ **sleeps with pit bulls**  4 months ago

> *VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration.*

Dear God, how can people be so stupid?

⤳

### ⌃ **Fate1**  4 months ago

Its a requirement for hate.

⤳

## ⌃ **detour718**  4 months ago

> "They are not white supremacists. They're anti-immigration"

Potato/pofascist…. I think it's time for the villagers to burn it down like all good Germans do when there's evil in their midst

⤳

### ⌃ **estherc1**  4 months ago

Since Brimlow himself is an immigrant from Britain one can deduce he's just anti non white, non european immigration. Which would be racism.

⤳

## AA1751

Coral

∧ **TheoRog** 4 months ago **(Edited)**

In a free country citizens should be able to purchase available property wherever they want regardless of race, ethnicity, religion, sex or political viewpoints. Otherwise it is one more step towards authoritarianism.

Although I fervently disagree with their views, this family is free to enjoy their "castle".

<

---

∧ **Keep Voting-Blue** 4 months ago

Using propaganda outlets to push racism is authoritarianism.

<

---

∧ **Jehannum76** 4 months ago

No, it's freedom of speech.

<

---

∧ **Fate1** 4 months ago

Is that you George Santos? Lies are free speech?

<

READ MORE OF THIS CONVERSATION >

---

∧ **IndieAgnostic** 4 months ago

No. They have no authority over anyone.

<

**AA1752**

∧ **Keep Voting-Blue** 4 months ago

They use the courts and frivolous lawsuits

⤴

---

∧ **Fate1** 4 months ago

I hope a Black family moves in next door.

⤴

---

∧ **estherc1** 4 months ago

no one is saying they don't have the right to own it. They're just saying they don't like it.
No one has tried to burn them out.

⤴

---

∧ **Carol bookworm** 4 months ago **(Edited)**

I agree. The great thing about America is even pieces of trash like Vdare have the same
rights as the rest of us.
Just as the rest of us have the right to avoid them if we find them repugnant.

⤴

---

∧ **IndieAgnostic** 4 months ago

Agree.

⤴

---

AA1753

**∧ MacBear**  4 months ago

No. Just no. Allowing hate groups to move into a community undermines individual and public safety and the greater good of said communities. Unless and until you live next door to said hate groups, your idealization of how they operate and the consequences of their presence is naive' at best and promoting of their hate at worst. This , " everyone has a right to..." is not anything other than a woeful misreading of what it takes to keep communities safe. There's a reason banishment is as old as the bible. A good reason.

‹

**∧ Carol bookworm**  4 months ago

People are free to banish them socially but you can't prevent them from exercising their rights. If you don't like it, you're going to have to change the bill of rights.
Don't go calling me a supporter of hate just for delivering a message to you about the way our government is constructed.

‹

**∧ Carol bookworm**  4 months ago  **(Edited)**

Like are you literally thinking it would be a good idea to have communities have the power to run people out who they don't agree with? You need to ponder that a little bit harder.
if they are a danger you need to show it otherwise it's an opinion

‹

**AA1754**

^ **MacBear**   4 months ago

This isn't about exercising their rights. This is about community standards and community/individual safety. You haven't explained anything other than a naive' belief that somehow having a hate group's presence is okay with you. Doesn't impact you, correct? That is called the lazy bystander defense. You'd fit right in with 1930's Germany or TFG's defense of his actions on J6.

<

---

^ **momx4at35**   4 months ago

What Berkley Springs needs to remember is that the tourists that spend their money in their town are the people of Maryland and VA who work in the federal workforce and do not hold the racist beliefs of VDARE. Acceptance of this group could cost the town their economy.

<

---

^ **Fed Up With Being Sick and Tired**   4 months ago

"White Castle."

<

> ^ **SuckItMiddleAge**   4 months ago
>
> Good one
>
> <

---

^ **DarlingMermaid**   4 months ago

So Brimelow is a British immigrant to America who is anti-immigrant? He should just be honest that he's anti-non-white immigration.

<

**AA1755**

Coral

∧ **Alsatian1**  4 months ago

Don't bury the lede: "The British-born anti-immigration activist..."

≺

∧ **Tom Lohr**  4 months ago

simple to say i would never visit there, but now i really will never visit there.

≺

∧ **Sherry W. Murray**  4 months ago

You don't need a question mark in the title. They're hatefulled racists

≺

∧ **KingCrab**  4 months ago

Ultimately according to the DoI and the Constitution, people have a right of free expression and associations, and, if they so desire, living with their own kind or tribe who hold similar viewpoints.

That's what "pursuit of happiness" means.

≺

> ∧ **Keep Voting-Blue**  4 months ago  **(Edited)**
>
> Oh look a proponent of institutionalized racism
>
> ≺

**AA1756**

**KingCrab** 4 months ago **(Edited)**

Racism isn't illegal. Institutionalized racism might be. But everyone is entitled to their own viewpoint.

<

**IndieAgnostic** 4 months ago

Not really. They have the right to hold their views even when we think that they are wrong. That's part of living in a free country.

<

**DarlingMermaid** 4 months ago

And we have every right to think they are racist trash and prevent them from forcing their views on the country.

<

**IndieAgnostic** 4 months ago

If course we do

<

**Alsatian1** 4 months ago

Only achievable if they're allowed to exclude blacks and Jews from buying the house next door. That's unconstitutional and un-American. You cannot deny someone else's pursuit of happiness to gain your own.

<

**AA1757**

∧ **KingCrab**  4 months ago

True. But then again show me a liberal state where redlining has not occurred? I live in Baltimore. It's the most segregated city in the nation. Yet Maryland is one of the most liberal states.

I'd be interested to hear your explanation for that.

‹

∧ **Fate1**  4 months ago

Republican governor.

‹

∧ **dclivejazz**  4 months ago

Red lining was wrong and widespread. It's not legal now in Maryland, though you imply that it should be under your warped sense of the "pursuit of happiness." There's not a logical element in any of your comments.

‹

∧ **spyvy1**  4 months ago

Redlining was promoted by the federal government, preventing Blacks from getting a mortgage and prevented Whites from living where Blacks lived, if they too needed a mortgage. It was totally racist and is now illegal.

Google Birwood Wall in Detroit, put in place to separate the racial mixing.

I don't think you made the point you were after.

‹

**AA1758**

∧ **politicaljunkie01**  4 months ago

It doesn't sound like the people who have always lived there agree with the views of VDare. Where's their pursuit of happiness?

‹

> ∧ **IndieAgnostic**  4 months ago  (Edited)
>
> They are free to pursue their happiness regardless of this couple.
>
> ‹

> ∧ **dclivejazz**  4 months ago
>
> Claiming that the "pursuit of happiness" means enjoying being a bigot is a pretty sick and twisted slant on things.
>
> ‹

> > ∧ **KingCrab**  4 months ago
> >
> > Nobody cares if you don't like it.
> >
> > ‹

> > > ∧ **HV1988**  4 months ago
> > >
> > > If you can get your likeminded friends and whatnot to move near you, fine. But pursuit of happiness simply doesn't include legal protection for living only amongst your tribe.
> > >
> > > ‹

> > ∧ **IndieAgnostic**  4 months ago
> >
> > It's their twist. It's their slant. It's none of our business.
> >
> > ‹

**AA1759**

**⌃ srenihwon** 4 months ago

It's a big country - there is plenty of room both for people who advocate open borders, and those who seek to slow the deconstruction of America's English and Western European derived national culture and identity.

⌃

> **⌃ Fate1** 4 months ago
>
> Where do you see English being deconstructed? As with European immigration native languages are usually limited to the immigrants, not their descendants.
>
> ⌃

> **⌃ dcbasebal1** 4 months ago
>
> How about the Indigenous people? I daresay there was a desire to the deconstruction of THEIR national cultures and identities... Oh but let's not be concerned with that given that we were/are not English/Western European.
>
> ⌃

> **⌃ Salty John** 4 months ago
>
> Stay away from my family and friends. I don't want people who think like you in my neighborhood, workplace, or near my children's schools. Do not do anything to infringe on the rights of my neighbors.
>
> As long as that criteria can be me, then yes - it's a big enough country.
>
> ⌃

**AA1760**

Coral

**^ Dregob** 4 months ago

I thought the VD in the castle's name stood for venereal disease as they spread their hateful messages.

<

> **^ Keep Voting-Blue** 4 months ago
>
> That's what I was thinking
>
> <

> **^ paninaro** 4 months ago
>
> You may be getting confused with the STD Castle down the road.
>
> <

**^ ThereIsNothing** 4 months ago

They got their own Eagle's Nest. No Reich is complete without one.

<

**AA1761**

**^ mjx47** 4 months ago

I love Berkeley Springs. It had such a nice vibe. Open, friendly, fun. And unusually nice shop owners (one coffee place actually enables those without money to eat and be paid for through donations made by previous guests). We had almost given up on West Virginia as Trump/MAGA Land when we came upon Berkeley Springs, and Davis & Thomas (also wonderful towns) a few years ago. So it's pretty sad to read this news about the castle.

To be honest, we will no longer visit Berkeley Springs until these bigots are gone. The chance that our family will encounter these racial supremacists (or ethno nationalists or whatever they call themselves) is not worth it. We'll stick to Tucker County (Davis & Thomas) until the good people of Berkeley Springs find a way to divest their community of these haters. I feel bad for them but not enough to have my week or weekend ruined by encountering people who hate me and my kind.

<

---

**^ paninaro** 4 months ago

Try Shepherdstown, WV. College town with a vibe you may like, though not as picturesque as Berkeley Springs.

<

---

**^ jct4** 4 months ago

Shepherdstown also has a great new American play (in the theater sense) festival.

<

---

**^ estherc1** 4 months ago

I used to live in Romney and would often visit the castle with out of town company. Nice little day trip. Ugh, hate to see it ruined.

<

**AA1762**

**⌃ VOTINGRIGHTS2023** 4 months ago

Most white supremacists are an argument against their belief system. Never saw such a group of malignant dufuses. Even if one now has a castle and a younger woman who just as morally repugnant as he is. And for the shop owner in town not caring what they do, she is how hate happens. The lazy bystander.

⌁

> **⌃ MacBear** 4 months ago
>
> She *and* he of the Country Inn.
>
> ⌁

> **⌃ Hadrap** 4 months ago
>
> The one shop owner seemed rather supportive of him.
>
> ⌁

**⌃ Norther** 4 months ago

> "Next stop Brown vs. Board!"

Oh, not racist at all…. um hmm.

Merry Christmas white people!!

⌁

**AA1763**

## ∧ **tnthinker**  4 months ago

Such a shame. My family had been planning to rent a cabin in Berkeley Springs and meet there for Christmas next year. We'll be looking for somewhere else.

<

> ## ∧ **AQB24712**  4 months ago
>
> Many of us would welcome you.
>
> <

## ∧ **JohnG599**  4 months ago

White people barely replace themselves, we gave up on the altar of consumption, big houses, and more stuff.

<

## ∧ **DBWL**  4 months ago

Another place to avoid. I live on the Eastern Shore and drove into the bayside town of Rock Hall for a New Years Day hike. At the entrance for all to see on a front lawn were "F**k Biden signs. And then I learned they have been there for 2-years.

Last time I visit that hell hole.

<

> ## ∧ **magician98**  4 months ago
>
> Rock Hall frozen in time and will never change. Chestertown has come along, but the entire area is opposed to being dragged into the 21st century. Live there in the 60s to 70s and will NEVER go back.
>
> <

**AA1764**

**DBWL** 4 months ago

Agree. And we have the vile Andy Harris as our "Representative". Ugh.

<

**OldLineState** 4 months ago

Chestertown has Washington College, so that helps.

<

**bananarepublicans** 4 months ago

I cannot believe that the guy had to pay these losers $20k and apologize. Wouldn't he have to know he was making untrue allegations for any recourse for defamation? Any reasonable person would wonder the very same thing.

<

**MediaMe** 4 months ago

Ironic that the British-born leader is anti immigrant. Go back home then.

<

**OlFroth** 4 months ago

Exactly.

<

**tnthinker** 4 months ago

Nah, he's a White European and therefore is better than anyone else.

<

^ **Mac McCloud**  4 months ago

Brits are notoriously superior.

<

---

^ **123home123**  4 months ago

White Nationalist Fox News was created by an Australian immigrant, Rupert Murdoch.

The White Nationalist wannabe dictator Donald Trump had an immigrant mother, from Scotland, and a grandfather from Germany.

<

---

^ **RRenfield**  4 months ago

Toleration for nazi nitwits, it's the American way.

<

---

^ **JohninColumbus**  4 months ago

Even some of the most hardcore MAGA's think West By-God Virginia is going a bit too far in their zealous support of Trump. Places like Berkeley Springs, White Sulpher Springs, Odd (yes, Odd), and countless other West Virginia off the grid mountain communities are ground zero for Trump's 2024 re-election campaign. Those unemployed Coal miners love them some Trump. …you know, the guy who was gonna bring their jobs back?

Then there's the Kanawah Valley where I saw a "Lee surrendered, I didn't" bumper sticker. Spend 10 minutes there and it will all click.

<

---

**AA1766**

^ **OlFroth** 4 months ago

And in a state that left the confederacy.

<

   ^ **JohninColumbus** 4 months ago

   Or did the Confederacy leave them?

   <

      ^ **Boog44** 4 months ago

      Nope they gave the confederacy the heave ho. The western counties didn't want to fight for the slave owners.

      <

   ^ **Mac McCloud** 4 months ago

   No thanks. I'll take your word for it.

   <

^ **LeCoqNoir** 4 months ago

It is time for a serious crackdown on hate groups in America. They pose an existential threat to our country. Trump was not the first fascist demagogue, although he may well have been the stupidest. The next one may not be so incompetent.

<

   ^ **Seedycharacter** 4 months ago

   "How Fascism Works: The Politics of Us and Them" by Jason Stanley is an easy to read primer on fascism and how it is being rolled out across our country. Highly recommended.

   <

**AA1767**

**∧ Kashdrawer_Miasma** 4 months ago

Yet one more right-wing whackjob. Just what we all need now.

∢

**∧ Stray Banana** 4 months ago

As bad as Texas, Florida, Georgia and Mississippi are, West Virginia really is the reeking carbuncle on the butt of the USA.

∢

> **∧ dcbasebal1** 4 months ago
>
> You don't have to go that far. Check out the south central counties of PA where Scott Perry looms larger than life and the Mayor of Red Lion (York County) openly harasses the current President on his building on the town square. When people ask why I am looking to move my small business out of the Commonwealth, I have plenty of reasons.
>
> ∢

**∧ mainstreetmarshall** 4 months ago

Well....I used to stop in Berkeley Springs for dinner on trips into DC several times a year....but I guess I'll stick to the interstate and avoid Berkeley's traffic jams and hate for now on.

∢

**∧ Frenchfried** 4 months ago

Most disturbing is the revelation that the Koch's contributed to VDare. Great patrons of the NYC ballet can dance in a Tiki torch parade in h_ ll

∢

**AA1768**

∧ **Dusty Bricabrac** 4 months ago

Are you saying you are surprised by the Koch's support? I was expecting it. They have not changed their stripes, attitude or their nonprofits.

<

---

∧ **magician98** 4 months ago

Yes, the Kochs are hatemongers.

<

---

∧ **Coffee Grinder** 4 months ago

The responses of Scott Collinash and Hiriko Rubin are the most disturbing part of this article. Hopefully their remarks were not fully presented by the authors because if this is how they truly feel, yikes.

<

---

∧ **jct4** 4 months ago

I found their attitudes inexplicable.

<

---

∧ **Voix De La Raison** 4 months ago

The Mar-a-Lago of West Virginia.

<

---

∧ **Robert W Komoroski** 4 months ago

Meet the Brimelows, just your average family enabling domestic terrorists.

<

---

**AA1769**

Coral

∧ **GoJo86** 4 months ago

Impressed at all the locals who say that since they aren't directly awful to me, they're okay. Delusional. Hateful white people are why we can't have anything nice. No more Berkeley Springs for me.

⋖

> ∧ **Col Forbin** 4 months ago
>
> *First, they came for.....*
>
> ⋖

> ∧ **Mummy1111** 4 months ago
>
> That was my first thought. They've got you right where they want you, under their thumb, afraid of them.
>
> ⋖

> ∧ **NJmom** 4 months ago
>
> Too bad that you are painting the whole town with VDare's hate. I think I will go and have coffee at Trey Johanson's Fairfax Coffee Shop and then a meal at Oscar Robles' Mi Ranchito restaurant. They are brave enough to be quoted and are trying to bring change. Something worth supporting.
>
> ⋖

https://talk.washingtonpost.com/embed/stream?storyURL=https%3A...2F2023%2F01%2F03%2Fvdare-berkeley-springs-castle-brimelows%2F    Page 647 of 738

**AA1770**

**⌃ Fate1**   4 months ago

> "One of the things we talk about at VDare.com is this idea that diversity is strength, which could not be less true," Lydia Brimelow said on the conservative podcast "Coffee and a Mike" in November. "Diversity is weakness."

Meanwhile the all White republicans in the House are in an open fight while the very Diverse democrats in the House are in solid agreement with each other. So who is weak?

Other examples:
- White nazi Germany beaten by a very Diverse world in WW2.
- White Confederates beaten by a Diverse North.
- Trump/Pence beaten by Diverse Biden/Harris.
- The red (white republican) wave beaten back by Diverse democrats.
etc, etc, etc...

⌔

---

**⌃ MarthaGene**   4 months ago

Special thanks to Charles Koch for investing in the division of America. I guess this bunch of Trump supporters got what they asked for, a white supremiscist that wants to sue anyone that states the obvious.

Good luck attracting legitimate businesses to your town, which now looks looks like a nest of ignorance and the KKK.

Normal people are embarrassed for you.

⌔

---

AA1771

**^ Rebecca R** 4 months ago

Lydia Brimelow cannot sign her own lease as "Tenant" and "Landlord" - that in and of itself should have been a giant red flag about financial malfeasance, comingling of funds, and a slew of other financial shenanigans. It seems crystal clear who and what these racist, hate-filled bigots are up to - and none of it is positive.

<

**^ Michael Wehrman** 4 months ago

The cognitive dissonance required to deny being a White Supremacist but openly advocating for the overturning of Brown v Board (and the logic that necessarily falls from that, that only Whites are deserving of our resources as a nation) is so stunning that no reporter should have any pride in letting Brimelow get away with flippantly dismissing it as "devil's words."

It's akin to letting someone get away with declaring themselves a vegetarian while simultaneously eating a steak dinner.

<

> **^ mainstreetmarshall** 4 months ago
>
> and lets just ignore that he's an immigrant himself.
>
> <

> > **^ lwherndon** 4 months ago
> >
> > That stumped me
> >
> > <

**AA1772**

^ **capt carrot combat philologist** 4 months ago

ah, but a *Caucasian* immigrant. They are OK, doncha know?

<

READ MORE OF THIS CONVERSATION >

---

^ **AllyMudPup** 4 months ago

Wondering why the obvious is just not clear to so many in the town who are being
manipulated by this organization .. why would they espouse such views on a website
that is accessible across the world yet in town they pretend to espouse "Christian"
values. Seems many folks in town are being hoodwinked by their "appearance"

<

^ **Fate1** 4 months ago

Lies are how many like them operate. If they came out openly to the locals they would
probably be run out of town. So they hide.

<

^ **MarthaGene** 4 months ago

You are correct. If they were smart they would be working together to get rid of this
guy. He is ruining their reputations, But then again, the majority of the town thinks
Trump is a superhero, so maybe they prefer to be "with their own kind".

<

---

^ **Mike L. Ford** 4 months ago

West Virginia: Wild, Wonderful, Whatever ...

<

---

**AA1773**

∧ **lcats1** 4 months ago

Interesting. Years ago, I frequently interacted with one of the regular authors on VDare, as he was very anti George Bush, as was I. The rest of the content there was, how to say, not to my taste. At all. Bunch of cuckoos.

Then a couple of years ago, I went to Berkeley Springs a couple of times, as one of my former neighbors had moved nearby. I can't say exactly why, but I found the town, again, not to my taste and more than a bit spooky. This was probably just before the Brimelows moved in. Mostly bad vibes there for me. Run down, seen better days, in the South even with its proximity to D.C.

Not to malign the good people of Berkeley Springs, but I am not totally surprised here. Fertile soil, I fear. 50 years ago, I worked, and lived for a time, in Belmont, MA, home of the John Birch Society. I had nothing to do with the organization, but it was not incongruous for it to have its headquarters in Belmont. While Massachusetts was and is a mostly liberal place, there were enclaves, and parts of Belmont fit the picture. I fear the soil is more fertile in West Virginia than in Massachusetts back then. I get a similar vibe.

<

> ∧ **Never Surrender** 4 months ago
>
> Thanks for these interesting insights.
>
> <

> ∧ **Fate1** 4 months ago
>
> West Virginia separated from Virginia and fought for the North in the Civil War. But yes, it seems very southern in culture, maybe due to its Virginia roots.
>
> <

**AA1774**

**⌃ The Ethical Sceptic** 4 months ago

First I heard of Vdare, but the Southern Poverty Law Center is a radical hate group whose judgement can't be taken seriously.

<

> **⌃ Never Surrender** 4 months ago
>
> That is certainly a twisted view of reality.
>
> Sad. Covefefe gotcha confused.
>
> <

> **⌃ Rock Island Line** 4 months ago
>
> This, exactly. Never heard any of these 'non-profit' grifters, but the SPLC has become a grifter org themselves - they're basically useless, aside from raising money for themselves, throwing around 'hate group' appellations to shake the money tree.
>
> <

> > **⌃ Never Surrender** 4 months ago
> >
> > Now tell us about Planned Parenthood.
> >
> > <

> **⌃ VOTINGRIGHTS2023** 4 months ago
>
> Your moniker suggests that you think you are ethical, but what you just said was an absolute lie. Just to be clear, lying is not ethical, nor is a lack of critical thinking, which a true skeptic would have.
>
> <

**AA1775**

**∧ Fate1**  4 months ago

Those who live by lies usually try to give the appearance of ethics. Trump and Santos are two examples for the encyclopedia.

< 

---

**∧ Dregob**  4 months ago

Hope the hallucinations stop soon.

< 

---

**∧ TN Boilermaker**  4 months ago

V-Dare's founder is NOT native born.

Kind of reminds me of an Austrian who moved to Germany with the same ideas...

< 

---

**∧ Fate1**  4 months ago  **(Edited)**

Or Murdoch, or Musk. Yet Blacks can trace their ancestries way back in America, sometimes to the 1600s.

< 

---

**∧ Neecy and her huge ignore list**  4 months ago  **(Edited)**

So maybe this British born racist should go back to post-Brexit Britain so he can luxuriate over the sudden lack of immigrants.

And since he's an immigrant himself maybe he should crawl back under the rock he came from.

< 

**AA1776**

**⌃ BHamel** 4 months ago

Immigration has actually gone up since Brexit. It's just less European than before. Now it's people from undeveloped countries instead of EU citizens who would have retired to their own countries.
In fact, the Tories refused to promise before Brexit that it would reduce immigration, but their xenophobic rubes aren't really the type to read the small print.

⌕

---

**⌃ anotherfacet** 4 months ago

> "Diversity is weakness."

Ms Lydia apparently knows nothing about genetic science. The opposite of diversity is called incest and definitely leads to poor genetic outcomes.

⌕

---

**⌃ monkfish21** 4 months ago

Perhaps that's why they moved to West Virginia.

⌕

---

**⌃ Further77** 4 months ago

BWAH!!!!

⌕

---

**⌃ BluebirdPA** 4 months ago

Monkfish, cheap shot at WV.

⌕

---

**AA1777**

∧ **monkfish21**   4 months ago

You're welcome.

<∘

READ MORE OF THIS CONVERSATION >

---

∧ **Hadrap**   4 months ago

There is actually quite a bit of genetic research showing that children from gene pools far apart are healthier and seemingly more intelligent.

Diversity is not the issue. Color is. I am pretty sure they are fine with Hungarians or Australians.

<∘

---

∧ **Bobert Boss**   4 months ago

These people talk about the great replacement and all I can think is how nice it would be to replace them. I am totally cool with trading white supremacists for immigrants. Here comes the neighborhood.

<∘

∧ **matthew_76**   4 months ago

well said

<∘

---

∧ **monkfish21**   4 months ago

I don't care if they're replaced by immigrants or American-born people who aren't racist fascist xenophobic jackholes. Just replace 'em.

<∘

---

**AA1778**

∧ **anotherfacet** 4 months ago

I'm with MLK on this one:

I have a dream that my four little children will one day live in a nation where they will not be judged by the color of their skin but by the content of their character.

‹

    ∧ **DontBlowSmoke** 4 months ago

    We are judging those white folks by the content of their character, ironically. And find them lacking.

    ‹

    ∧ **Never Surrender** 4 months ago

    Amen!

    Where's *our* taco truck on every corner, damnit! We've been promised!

    ‹

∧ **Retiredlawyer** 4 months ago

My wife and I once spent a long weekend in Berkley Springs and we really enjoyed it. Probably won't be going back. I imagine that others will make the same decision. Why give money to businesses that don't support our values?

‹

    ∧ **Komorebi** 4 months ago

    Did you read the article? A lot of residents who own businesses are not fans of the white supremacists.

    ‹

**AA1779**

∧ **MarthaGene**  4 months ago

Sorry don't care. 75% of the residents are Trump supporters, which is why this person chose this place. If I lived there I would move.

‹

∧ **OlFroth**  4 months ago

75% of the residents of Morgan County. Berkeley Springs is pretty liberal by comparison.

‹

∧ **Never Surrender**  4 months ago

So go spend your money there in the year-round Christmas store.

Me... I'll stick to National Parks.

‹

∧ **Mr Beau**  4 months ago

No not "alot" "some" is more accurate.

If I were to go to W VA (which is not on any list of to do's) I would be clear to ask before I planned to do anything there of the specific shop owners.

‹

**AA1780**

Coral

4/20/23, 1:32 PM

∧ **AllyMudPup**  4 months ago

There are businesses in town who DO NOT support hatred. Please understand this is not the entire town!

<

---

∧ **Retiredlawyer**  4 months ago

Okay, but here is the problem that this article presents: how are you supposed to tell the difference if you are a tourist? And if there are so many businesses that oppose the VDare ownership of the Castle, then why does the paper apparently feel comfortable in downplaying the effect that VDare could have on the tourist economy of Berkley Springs?

<

---

∧ **AQB24712**  4 months ago

There are reasonable, decent people here who would welcome you back.

<

---

∧ **Resilientgarden**  4 months ago

So it is free speech for Vdare to say what it says, but god help you if you express an opposing view. Got it I understand.

<

---

∧ **BHamel**  4 months ago

Sure doesn't take much to be considered a tourist destination in the US.
I think I'll stick with Provence, Tuscany, Cappadocia etc.
And yes, since you ask, I *am* a snob.

<

---

**AA1781**

⌃ **monkfish21** 4 months ago **(Edited)**

I don't think anyone is trying to say Berkeley Springs is better than Tuscany. But you can't really jet off to Italy for a day trip or quick overnight. These little places serve a very different purpose. If you don't understand that, you're not just a snob, you're stupid, too.

⌃

⌃ **An Old Writer** 4 months ago

Not "stupid," but definitely ignorant.

⌃

⌃ **BHamel** 4 months ago

I'd say that if you drive to a small town in West Virginia to spend a night there, you're the stupid one.

⌃

⌃ **Bezerker Rage** 4 months ago

Berkeley Springs is underwhelming to be kind, poor lodging, poor food service, limited attractions.

⌃

⌃ **J Michael Burke** 4 months ago

"I'm sure they both know that I'm gay, and they have not said anything to me,…"

Is this person delusional enough to believe that they are accepted by these hate mongers? Those who hide their hate and disdain are the most dangerous.

⌃

**AA1782**

^ **JT in SC** 4 months ago

Smiling faces sometimes tell lies

<

> ^ **AQB24712** 4 months ago
>
> Excellent the Undisputed Truth reference.
>
> <

^ **Flowman165** 4 months ago

Nobody wants Nazis next door. White supremacist trash is ironically the dregs of the white race, the stupidest and most depraved people in it, driven to idiotically believe that they're better than somebody, anybody. And then they wonder why decent people shun and despise them.

<

^ **IdiotsAbound** 4 months ago

Just looked at their site. Filled with badly concealed racist and bigoted rants.

<

**AA1783**

∧ **monkfish21**  4 months ago

> *"Lydia Brimelow has participated in public yoga classes in the park"*

Yoga?!? Isn't that, y'know, from another culture? Traitor!

And public classes in the park?!? Sounds like socialism to me.

Lydia Brimelow is anti-America! Burn her — she's a witch!!

⤳

∧ **AllyMudPup**  4 months ago

Please don't give witches a bad name by associating them with Brimelow

⤳

∧ **Jokerman99**  4 months ago

If you have any doubt about whether VDare is a hate organization, just read their website. Vomit inducing.

⤳

∧ **NeueSans5**  4 months ago  **(Edited)**

So Peter Brimelow is an immigrant that is from the UK and then starts an anti-immigration organization in the US... Got it, it sounds like he and his organization are racist and VDare is just a racist scam to get money from rich racist and fascist like the Koch brothers.

⤳

∧ **monkfish21**   4 months ago

Good work if you can get it.

Also, if you're a hatemongering racist jackhole without a conscience.

‹

∧ **Hugh Jowl**   4 months ago

> Its founder, Peter Brimelow, 75, who runs VDare with his 38-year-old wife, Lydia, denies being a white nationalist or white supremacist.

He also denies that his granddaughter-aged wife loves him for something other than his good looks or sparkling personality.

‹

    ∧ **MDPensfan**   4 months ago

    Well, they do have hatred in common. They always save its important to have common beliefs and interests with your partner.

    ‹

∧ **ReaderandGardener**   4 months ago

Sounds like they took a page from the Westboro Baptist Church. When in doubt, sue. They clearly miss the hypocrisy on immigration.

‹

**AA1785**

^ **Dallas Blue**  4 months ago

What a racist little town. In particular, I call out Barb Wolfe, who runs a little gift shop. She's the type of individual that is complicit in this white nationalism and is so accepting of this organization being in the town's midst. She is definitely of the type of individual that would MAGA come into full power, would be more than willing to turn in immigrant neighbors and those of a different color or with an accent. Shame on you Barb.

<

> ^ **Violet Day**  4 months ago
>
> Shades of prewar Germany. CREEPY!!
>
> <

^ **Etienne**  4 months ago

I wonder why the racists old men always have young much younger women as wives. Anyway, scratching Berkeley Springs off the places to visit in 2023 list.

<

^ **Alb_rt**  4 months ago

Peter Brimelow is an immigrant LOL

<

**AA1786**

**∧ Komorebi** 4 months ago

> The VDare Foundation spent $1.4 million to buy 54 acres that included the castle and three houses. On the November podcast, Lydia Brimelow credited two unidentified donors to the VDare Foundation with funding the purchase.
>
> Public tax records show the foundation raised more than $4.25 million in fiscal year 2019, its best in a decade. A chunk of that money — $1.5 million — came from Donors Trust, a charity associated with billionaire industrialists Charles Koch gives to conservative and libertarian causes.

I didn't realize white supremacy is a conservative or libertarian cause worthy of KochBucks. Good job, Charles. Very "charitable" of you.

< 

---

**∧ Joanne McKenna** 4 months ago

It has an artsy vibe but 75% of the voters went for Trump. Sounds like V Dare is right where it belongs. A vibe is a look. A Vote is a fact.

< 

---

  **∧ mteer82** 4 months ago

  Great comment !!!!!

  < 

---

  **∧ Bobert Boss** 4 months ago

  The county went 75% Trump, not the town.

  < 

---

**AA1787**

^ **OlFroth**  4 months ago

Outside of Berkeley Springs, Morgan County is pretty scary.

<

---

^ **Steve Paradis**  4 months ago

The irony being that if Virginia Dare's descendants exist, they are undoubtedly among the remnants of the North Carolina tribes who took in the Roanoke colonists after their English backers abandoned them.
And the Americas were full of American-born European creoles long before Roanoke, but they were Hispanic, which doesn't count to the likes of the Brimelows.

<

---

^ **monkfish21**  4 months ago

Well, nobody ever accused white supremacists of being smart. Or rational.

<

---

^ **Scunnered**  4 months ago

So the immigrant is (checks notes) anti-immigration?

<

---

**AA1788**

∧ **Cookingwithhotgrease**  4 months ago  (Edited)

"But VDare regularly publishes writers who argue that America's White majority and essential character are being threatened by people of color and who use racist pseudoscience to argue that White people are superior to other races."

As a African-American, I understand that these people will always exist in this country in the 21st century so this doesn't surprise me not one bit. Yet, this country and world will change and become more "Brown" and less Christian!

Therefore for those continuing the "Racist" drumbeat you have 2 choices in your future as you will either accept these changes or you will live exclusive somewhere in this country or world while it passes you by!

If you need a "View" of this future look at Russia as you see that a 96% percent country that is White. Since they wish to emulate some since of dominance and superiority in the world they go out and attack another nation which looks just like them because they don't wish to subscribe to their views.

Is this the future, that without nuclear weapons Russia would not be a threat in the world as you see now that they are getting their *** handed to them by the Ukraine military using conventional weapons. Now things have gone out of hand and many have lost their lives for what the ego and beliefs a a few who think their "Whiteness" will be dominant?

You need to slow your roll now as the masses are not afraid of your inability to understand change nor your insecurity. Get your guns, go hide in your castles and in your Internet chat rooms as "WE" are not going anywhere!

⤴

**AA1789**

**TonyBologna**  4 months ago

He doesn't like the label "white supremacist" because it has a bad rap, and it interferes with his promotion of white supremacy.

<

---

**But I am a robot**  4 months ago

Cross Berkeley Springs off the places I will visit and spend my money. Thanks for making it so easy!

<

---

> **unclejolly**  4 months ago
>
> I was thinking of going there sometime this winter for some spa time, but I think I'll look somewhere else.
>
> <

---

> **Jerry B.**  4 months ago
>
> What do you expect the spa to do about someone you don't like buying a venue in the area?
>
> <

---

> **Etienne**  4 months ago
>
> don't care. that's for them to figure out.
>
> <

---

**AA1790**

∧ **Jerry B.** 4 months ago

So if a racist opens a business next to yours, no one should deal with your business. Got it.

<

∧ **But I am a robot** 4 months ago

> But many of Johanson's neighbors aren't bothered by VDare. They said it was none of their business what the "castle people" published on their website.

<

∧ **Jerry B.** 4 months ago

So what could they do about it?

<

[READ MORE OF THIS CONVERSATION >](#)

∧ **Isthisworking** 4 months ago

So they hate immigration, but colonizers like Virginia Dare's parents are okay. Got it.

<

∧ **Bobert Boss** 4 months ago

They don't hate immigration, they hate brown people.

<

**AA1791**

∧ **Mary** 4 months ago

I've enjoyed weekends at Berkeley Springs before, but I'll go elsewhere to avoid the VDare racists.

<

> ∧ **WVAgirl** 4 months ago
>
> the town and its legit (open and friendly) businesses had no control over who bought the property. Why punish them financially because their neighbors are jerks?
>
> <

∧ **Miss Foreign Affairs** 4 months ago

The first thing VDARE should do if they believe their own hype is to ship their immigrant fascist "leader" back to Britain.

<

∧ **NatvSn** 4 months ago

White nationalists and supremacists make my skin crawl.

<

∧ **South Jersey Joe** 4 months ago

So Donor's Trust (Charles Koch) is bankrolling this white nationalist group. Billionaires like Koch, Uihlein, Thiel, Bob and Bekah Mercer, and the Prince-DeVos clan secretly fund racist and white nationalist groups in order to foment hatred and keep the white working class voting Republican. Their payoff is the tax cuts and deregulation the GOP lavishes on them. They get richer and the country becomes increasingly divided.

<

**AA1792**

> **slack_wv** 4 months ago **(Edited)**
>
> Brilliant. concise comment!
>
> ⟨

---

⌃ **All in this Together** 4 months ago

Just call the place White Castle.

⟨

---

⌃ **Bakedfish** 4 months ago

The immigration we should be stopping are of hate filled racists like the Brimelow's.

⟨

---

⌃ **flyfysher** 4 months ago

I would rather hang out with the immigrants here and help them than visit Brimelow castle. That's what America should be about. Make that your choice.

⟨

---

⌃ **Zoef** 4 months ago

Sorry folks who said otherwise, they are white supremacists. Have you read their stuff? At least acknowledge what they are, for heaven's sake.

⟨

---

⌃ **Komorebi** 4 months ago

So 'mericuh's white nationalists and white supremacists like to vacation at a White Castle. Super.

⟨

---

**AA1793**

^ **AM in NC** 4 months ago

These evil people need to take down every symbol associated with Jesus Christ - they are the antithesis of everything he taught.

These hateful, racist people are disgusting, as are all of their "go along to get along with the local fascist" neighbors. And I'm betting every single one of them votes Republican.

<

---

^ **mteer82** 4 months ago

> VDare had previously sued the city of Colorado Springs and the New York Times. Both cases were dismissed.

But in WV, VDare had standing. Screams where WV stands on promoting hate.

<

---

> ^ **Boomerfreak** 4 months ago
>
> Exactly what I thought!!
>
> <

---

^ **Shonagon** 4 months ago

The Koch family once again financing hatred, it's why I don't buy Angel Soft or Quilted Northern bath tissue, or Sparkle and Brawny paper towels. The Koch and Murdoch families have done untold damage to this country. I won't support them in even the smallest way.

<

---

**AA1794**

4/20/23, 1:32 PM

^ **Komorebi**  4 months ago

Also, the Uihleins are big donors to the same causes so please, please stop buying from Uline. That's their company. It's massive and it bankrolls their lavish spending on election deniers, voter suppression and white nationalists.

‹

^ **slack_wv**  4 months ago  **(Edited)**

I'm relieved to know I haven't been buying their products,
and of course I've never watched FOX Snooze.

It's valuable to know what to boycott. The more knowledge of this kind, the better!

‹

^ **Trump Trump**  4 months ago

Disgusting human beings. I won't be going to Berkeley Springs again anytime soon.

‹

^ **WVAgirl**  4 months ago

the human beings you reference don't own the town, just the castle. don't punish legit business owners for someone else's bigotry

‹

^ **Commentator1**  4 months ago

Mr. Brimelow should remember that West Virginia broke away from Virginia during the Civil War because they didn't want to fight for the Confederacy.

‹

∧ **mteer82** 4 months ago

Those folks longed died off and a new breed has propagated the State.

‹

∧ **Commentator1** 4 months ago

There are still some left who say "Everybody is black when they work in a coal mine".

‹

∧ **UncleLew** 4 months ago

Of the 46 presidents of the United States, all have been Christian and all but one has been white. Of the 49 vice presidents all but one have been male and white.
Yeah, white male Christians are losing their grip on power, you racist dingbats.

‹

∧ **madashellvoter** 4 months ago

It's very sad that the town has to go through this trauma. But VDare knew what he was doing when he picked WVA for his headquarters.

‹

∧ **Ureelymeandat** 4 months ago

Haters hate it when they are exposed.. sad place

‹

∧ **Col Forbin** 4 months ago

So, aren't Virginia Dare's parents a great example of foreign nationals coming to America to have anchor babies?

‹

**AA1796**

∧ **LSunRaye**  4 months ago

So, do I have this right? A ( rich?) immigrant, is anti- immigration?

⌵

> ∧ **Kate June**  4 months ago
>
> He's a White Christian so he thinks he's OK.
>
> ⌵

> > ∧ **UncleLew**  4 months ago
> >
> > He divined that Britain one day would have a prime minister of Indian descent.
> >
> > ⌵

∧ **WVAgirl**  4 months ago

the web site for the castle says it was "built in the Guilded Age"

what exactly does that mean? {insert eye roll here}

⌵

> ∧ **Commentator1**  4 months ago
>
> Probably by coal barons or some such persons.
>
> ⌵

> > ∧ **Dallas Blue**  4 months ago
> >
> > You miss the point. It is spelled GILDED, not Guilded.....
> >
> > ⌵

**AA1797**

**WVAgirl** 4 months ago

and the faux pas is almost too funny. Says alot about the education level of the new owners.

‹

**OlFroth** 4 months ago

Maybe guild craftsmen constructed it?

‹

**daver20121** 4 months ago

One of the big headlines on vdare.com:

> Great Replacement Update: Border Invasion Worsens. Border Patrol Could Encounter Another 2M-Plus By Fiscal Year's End. Biden Releases Almost 70 Percent Of Illegals

And, of course, the obligatory black man kills white woman headline:

> Her Name Is Keris Riebel: White Female Newlywed Hacked To Death By Black Male On New Year's Day At A Dollar Tree

Yeah, they're not racists. They just push racist material on their web site. I'm sure there's a difference that I'm too stupid to understand. Thanks goodness.

‹

**AA1798**

⌃ **Jerry B.**   4 months ago

Of course, if a White nan hacked a Black newlywed to death at a dollar store, you'd be certain that he was a racist.

‹

⌃ **BNBOwner**   4 months ago

Always with no mention of the white racists that kill blacks.

‹

⌃ **daver20121**   4 months ago

Oh, but I'm sure it was Antifa dressed as white racists.

‹

⌃ **UncleeImer**   4 months ago

Unless someone is advocating harm to others folks need to understand that America has a Constitution and it advocates freedom of speech and assembly. If they break the law, so be it. If they want to live in a castle and say things others may disagree with but not promote harm to others, that's America. Tolerance. Even for those you find wrong. Tolerance. Let em live in their castle. Move on.

‹

**AA1799**

**Sean McCorkle**  4 months ago  **(Edited)**

Freedom of speech doesn't mean any speech must go unchallenged. It means *exactly* the opposite.

Freedom of speech applies to those vocally confronting and protesting against horse manure when they see it.

---

**fromthefuture**  4 months ago

You are advocating for tolerance of hate. Why?

---

**2112syrinx**  4 months ago

It is also a Constitutional right to peacefully protest against groups that promote divisive and hateful rhetoric.

---

AA1800

⌃ **Mr Beau**   4 months ago

The Constitution does protect people's speech. They protect it from Government silencing it not preventing others from disagreeing with it.

People have every right to disagree with these white power scum as long as it is not violent or damaging to property. This hate filled couple made their views public (specifically done) and the public has every right to vilify those opinions and make it clear how they feel about it.

And their views lead to violence (see El Paso, Tree of Life and Buffalo mass murders) so they may not directly suggest violence but it is not like that movement of hate doesn't have a long history of violence associated with it.

Your desire of "tolerance" has a hint of your agreement with their views. I would doubt you would be so tolerant if it was a Muslim group espousing terrorist tomes.

  &lt;

---

⌃ **BlueDogDems**   4 months ago

No one is stopping them from owning their castle or publishing their racism. That does not mean people and newspapers have an obligation to ignore or accept it. Hundreds of armed idiots can attack our Capitol and injure police but the rest of us have to "tolerate" them. When there was a small BLM protest in this town, it was overwhelmed by armed thugs. Where was their tolerance?

  

---

**AA1801**

**∧ ipolitics123**  4 months ago

If the castle had been purchased by the Nation of Islam, no one would dare to speak against the purchase.

Maybe what we need is one set of rules for everybody.

<

> **∧ Lapizlazuli**  4 months ago
>
> That conclusion is not supported by any evidence whatever.
>
> <

> **∧ MDPensfan**  4 months ago
>
> I'm sure the residents that just shrug their shoulders now would speak up.
>
> <

> **∧ MacBear**  4 months ago
>
> I worked in a town that, indeed, had a black hate group which had owned a property there. Anyone with any sense knew that the group was unhinged and therefore unstable which made them *dangerous.* Be careful with your assumptions given that the vast majority of people do not want hate groups in their midsts. How that is handled is a matter of personal and public safety. Because, yes, unhinged hate.
>
> <

**AA1802**

**^ Mr Beau** 4 months ago

DO you think that is actually true? Are you saying local right wingers would be fine with it????

You folks get worked up by imaginary Pizza Restaurants, CRT and groomers that don't exist.

<

**^ BlueDogDems** 4 months ago

Based on your fevered dreams.

<

**^ cec2738** 4 months ago

good business– how to increase your income without even trying.

<

**^ OfftheRack** 4 months ago

What a horrific pair. They are perfect for HGTV and a Makeover my Castle show. Complete with Proud/Boogaloo/Neo Nazi boys as the Carpenters.

They can say "Well Chuck we have a lovely white paint or a cream color one. Shall we go all white then? Or are you into color?" Then if he chooses color immediately burn the house down

<

**^ mteer82** 4 months ago

Remember Tammy Faye Baker..... ?

<

**AA1803**

**∧ OfftheRack** 4 months ago

And yes and she is very dead and was pro Queer.

⤙

  **∧ Raleighwood girl** 4 months ago

  Actually, I think Tammy Faye has been reincarnated, just meaner. Check out a photo of Kari Lake, add 20 yrs, and squint a bit . . . voila, Tammy Faye!

  ⤙

  READ MORE OF THIS CONVERSATION >

**∧ Sean McCorkle** 4 months ago **(Edited)**

We are all immigrants, sons and daughters of immigrants, or descendants of immigrants.

America is a melting pot, and always has been. Get used to it.

⤙

  **∧ MySpaniels** 4 months ago

  That may be a bit optimistic. It's people like this guy, and to be honest the great majority of American society itself, that for a very long time resisted many groups from being 'melted down'. 'Black lives matter' having to be said let alone be an organized movement almost 250 years after the Bill of Rights was written is hardly a testament to our nations dedication to equality and inclusion. We, complements of the VDares, Koch's, and many others within the Republican mindset, are still a long way off from being melted.

  ⤙

**AA1804**

**Sean McCorkle** 4 months ago

*It's people like this guy, and to be honest the great majority of American society itself, that for a very long time resisted many groups from being 'melted down'.*

They may think so, but they're wrong.

If they eat pizza, spaghetti, bagels, burritos, pierogies, pepperoni rolls, cajun food or general Tso's chicken, they're part of the melt.

If they listen to old time Appalachian music, jazz, or R&B, they're part of the melt.

If they celebrate St Patrick's day by wearing green they're part of the melt.

Strip away immigrant influences and there's very little left that can be called American culture.

<

**JoniARNP** 4 months ago

Claims of "suppressing debate" equal "wanting to lie with impunity"

<

**DCLocal20** 4 months ago

Right - it's not that they don't want debate, they don't want to hear responses that say "You're an idiot, now shut up." which also is protected by our freedom of speech.

<

**AA1805**

∧ **TheraP**  4 months ago  **(Edited)**

Our nation is becoming an advertisement for degradation, thanks to right wing bigots and insurrectionists.

How low can we go? The right wing is digging our own *shameful* grave.

⤳

> ∧ **MDPensfan**  4 months ago
>
> Every country has such groups. They're proliferating across Europe as well.
>
> ⤳

> ∧ **TheraP**  4 months ago
>
> Have we learned nothing from fascism in the past? Apparently not!
>
> ⤳

∧ **Shinyhappypeople**  4 months ago

"I'm sure they both know that I'm gay, and they have not said anything to me," Collinash said. "They have caused me no trouble at all. And they have caused Berkeley Springs Pride no trouble at all either."

Oh sure…it's all fine for you now, until it's not. As with any group looking to pick a fight, you start with one battle, then move onto the next.
Your time will come eventually, and they'll be well ensconced then. Hate groups dont tend to soften as they grow.

⤳

**AA1806**

**Lapizlazuli** 4 months ago **(Edited)**

They want what he is selling, access to the community. If he lost his business, they'd justify their supporters bumper dragging him. he needs to wake up.

‹

**2112syrinx** 4 months ago

Ask most corporations what they think about sensible immigration policies. They overwhelmingly favor a path for immigrants to work in jobs that most Americans refuse. Meanwhile fruit and vegetables are dying on the tree and vine and small businesses can't find workers.

‹

**BNBOwner** 4 months ago

I heard an estimate that America needs 6 million more workers. If we are letting in only 1,000 a day (usually less), that's oly 365,000 in a year (or less). Not nearly enough. Think of all the taxes those 6 million would pay every year.

‹

**Rod Boomhaur** 4 months ago

> VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration.

So, the 1st born of illegal immigrants?

‹

**AA1807**

∧ **mikem-at-wapo** 4 months ago

Not sure how they miss the irony.

≺

---

∧ **DCTofSE** 4 months ago

Native Americans could rightly refer to Virginia Dare as "anchor baby zero."

≺

---

∧ **Mr Beau** 4 months ago

Some of my cousins are bigoted morons. Earlier this year we had a family picnic and the subject of illegal immigration came up.

Having done research on the family for a while 5 years ago it became clear to me our great grandfather and great grandmother had not gone through immigration to be here. They came down from Canada around 1898 without papers. They stayed, had kids, grandkids, so on. Even voted and were counted in the census.

It was truly enjoyable sharing that information with the cousins that we were all "dreamers" due to our illegal immigrant forefathers.

≺

**AA1808**

∧ **Susan JT** 4 months ago

> he's talked to the Brimelows when they've come into the restaurant and called Lydia Brimelow "a delightful woman." "I'm sure they both know that I'm gay, and they have not said anything to me," Collinash said. "They have caused me no trouble at all. And they have caused Berkeley Springs Pride no trouble at all either."

Wolves in sheep's clothing.

< 

---

∧ **B1indSquirre1** 4 months ago

V Dare, Ve Haf vays of making you comply. Ve haf lawyas, ve haf lettas, ve haf law suits. Don't forget ve also haf, biker gangs, militias, KKK members, terrorists and others happy to force your compliance.
Welcome to white washed America.

< 

---

∧ **mgiowa** 4 months ago

This provides another sign of social decay: a White Castle without sliders and a drive-thru window.

< 

---

> ∧ **daver20121** 4 months ago
>
> Are "sliders" racist? Gee, I ate a ton of them when I was young but I still vote democratic.
>
> < 

---

**AA1809**

Coral

**∧ Remiel**  4 months ago

Having trouble getting past the ""some consider it a hate group" lede. Seems pretty obvious to everyone else on the planet it IS a hate group, a domestic terrorist org and quite possibly a criminal organization. C'mon WaPo. Call it what it is and if they sue, that's fantastic.

<

> **∧ AQB24712**  3 months ago
>
> Yes, they could have said "designated a hate group by the SPLC."
>
> <

**∧ jeggleton**  4 months ago

There's some strong Schloss Brunwald vibes going on here. Someone needs to look at the tapestries.

<

**∧ F40Driver**  4 months ago

Hitler had a very young mistress too. Add in the castle, I'd say Brimelow is trying to assimilate Hitler.

<

> **∧ WVbadger**  4 months ago
>
> He's doing pretty good at it. He's already assimilated Trump.
>
> <

**AA1810**

**˄ Chrisdafer** 4 months ago

So the British-born guy is concerned about American immigration? He's more than welcome to leave and improve the situation.

˂

---

> **˄ IceDragon** 4 months ago
>
> I agree. Brimelow is a hypocrite.
>
> ˂

---

> **˄ Dawn-Storm** 4 months ago
>
> Well it's only certain TYPES of immigrants. Wink, nudge.
>
> ˂

---

> **˄ pmack89** 4 months ago
>
> That leaped off the page to me.
>
> ˂

---

**˄ notguilty48** 4 months ago

Definitely a place I must not visit, And I must warn my friends about.

˂

---

**˄ Mort Sinclair** 4 months ago

C'mon, Berkeley Springs. If this isn't who you are, do something constructive. Otherwise, your tolerance of these folks suggests there's little difference between you and them.

˂

**AA1811**

∧ **AQB24712** 3 months ago

Working on it.

⋘

---

∧ **navyvetnotselfbutcountry** 4 months ago

An old goat that marries a woman half his age. I have a problem with that. No ears for anything he has to say. Ugh.

⋘

---

∧ **Hesh40** 4 months ago

*That's* your concern with him?

⋘

---

∧ **navyvetnotselfbutcountry** 4 months ago

It speaks to his character. And yes, it's one of the problems I have with him.

⋘

---

∧ **DCLocal20** 4 months ago

Her choice seems FAR weirder.

⋘
READ MORE OF THIS CONVERSATION >

---

∧ **cec2738** 4 months ago

young fur is good

⋘

---

**AA1812**

Coral

4/20/23, 1:32 PM

**⌃ Jerry B.** 4 months ago

I don't see the problem. Everyone in West Virginia is racist anyway, per the commentariat.

⌕

> **⌃ daver20121** 4 months ago
>
> BS sits on the northern border and gets a lot of traffic from rt. 70 and nearby Pittsburg. The castle and the gardens are the only things to stop and look at. Now that they're owned by a white racist, maybe not so much anymore.
>
> ⌕
>
> > **⌃ Jerry B.** 4 months ago
> >
> > Well, there's also the baths and spa in the state park, various shops and restaurants, and some pretty nice scenery. If you don't go up the hill to the castle, you'll never have to deal with it.
> >
> > ⌕

**⌃ ViszlasRunFree** 4 months ago

Many statements caught my attention, but saying "diversity is weakness" is beyond comprehension and is Exhibit A for close-mindedness. Walk down the street in Delhi and in 100 meters you see more diversity than in the entire state of West Virginia; and let's see: which one of those two jurisdictions has emerged as a global financial powerhouse?

⌕

**AA1813**

▲ **notimeleft** 4 months ago

There are some who might have issues with your praise of India's diversity.
The Atlantic- Yasmeen Serhan
"During the recently passed holy month of Ramadan, they saw their houses and shops bulldozed, their businesses boycotted, and their religious gatherings heckled by Hindu-nationalist mobs. Open calls for genocide against Muslims have become commonplace, as have violent clashes and lynchings."

<

     ▲ **ViszlasRunFree** 4 months ago

     Fair comment - Diversity is not perfection, and India has significant problems. Take the Udaiper tailor beheaded last summer by Muslims after liking an image of a Delhi lawyer who commented on Mohammed in a way that Muslims found offensive.
     How about Exhibit B for strength through diversity - my city of Toronto, third largest in Canada/USA- where 67% of residents were not born in Canada.
     I guess my point is: in human society and nature - diversity is strength.

     <

▲ **Sean McCorkle** 4 months ago

> The British-born anti-immigration activist launched VDare on Christmas Eve 1999 as an "extension" of his book, "Alien Nation: Common Sense About America's Immigration Disaster," according to the group.

Irony meters pegged and then blew out.

<

**AA1814**

**∧ Hesh40**   4 months ago

> "One of the things we talk about at VDare.com is this idea that diversity is strength, which could not be less true,"

The Romanovs would like a word.

⤳

---

**∧ Hesh40**   4 months ago

Immigrants opposed to immigration. Got it.

⤳

---

     **∧ DCLocal20**   4 months ago

     They are definitely the "raise the drawbridge behind me" crowd.

     ⤳

---

     **∧ maramali**   4 months ago

     don't you see? they're obviously the right color of immigrant. /s

     ⤳

---

     **∧ IceDragon**   4 months ago

     Also free speech until it's negative about them.

     ⤳

---

**AA1815**

⌃ **Urtryingtoohard** 4 months ago

THEIR freeze peach

⌃ **UK_Spectator** 4 months ago

Unfortunately we in the UK have a whole government that could be described like that. And many of them are not even white.

Its a sad thing that so many right wingers will fight tooth and nail to deny other any opportunity they had.

⌃ **David Watson** 4 months ago

This town sounds like Germany in the 1930s. The Nazis are just regular folks.

⌃ **WVbadger** 4 months ago

This sort of thing can happen anywhere: well-heeled hatemongers buy property in progressive communities, twist tax laws and Constitutional rights to benefit their ideology, and enjoy flaunting their agenda at long-time residents and visitors alike. Americans need to come up with more effective ways than shouting matches to fight back against this scum.
So far, the best spontaneous response I've seen happen in my town was to ridicule a carload of anti-LGBTQ "Christians" trying to start their hate rally on a street corner. Local college students joined in, and struck up an accordion band at their elbows and sang songs about mitochondrial cell structures. The hate mongers promptly slithered out of town past everyone's laughter, and haven't been back in years.

**AA1816**

> **Dawn-Storm**  4 months ago
>
> And that's how you defeat them-ridicule. Hope the slime removal didn't cost your town too much.
>
> <

^ **G Jetson**  4 months ago

That family portrait Christmas card instantly reminded me of BD. that's the Branch Davidians cult of Waco, Texas. VD, BD, same thing. Peter reminds of David Koresh, the BD leader. In the photo, he's pointing with his right hand. Some kind of code?

<

> ^ **Dawn-Storm**  4 months ago
>
> Venereal disease? 
>
> <

^ **pynk flood**  4 months ago

Well, I guess we're all from a place in Africa – originally - and we all immigrated here (with the exception of Native Americans who VDare doesn't support either).

<

^ **jerry32303**  4 months ago

The irony of VDare being named after America's first anchor baby is quite amusing.

<

> ^ **kipper72**  4 months ago
>
> just so (and I am also quite sure the irony would pass right over their heads)
>
> <

**AA1817**

Coral

∧ **IceDragon** 4 months ago

Hahahaha!

⤳

---

∧ **Common Grackle** 4 months ago

The name was a deliberate, nonironic, choice that symbolizes the organization's ideology. The organization isn't actually anti-immigration; it believes that America is for White people.

⤳

---

∧ **Hal31000** 4 months ago

> VDare is named after Virginia Dare, the first English child born in what is now the United States, who has become a symbol for white nationalists opposed to immigration.

descendants of immigrants opposed to immigration. not hypocritical at all. /s

⤳

---

∧ **Janette_in_Texas** 4 months ago

*The group's presence in an overwhelmingly White town….*

Why is white capitalized?

⤳

---

**AA1818**

∧ **AllSheDoesIsBeachBeachBeach** 4 months ago

For the same reason Black is capitalized now.

⋖

∧ **Janette_in_Texas** 4 months ago

Thanks. I hadn't noticed that

⋖

∧ **EdnaG66** 4 months ago

First they came for the Socialists, and I did not speak out— Because I was not a Socialist.
Then they came for the Trade Unionists, and I did not speak out— Because I was not a Trade Unionist.
Then they came for the Jews, and I did not speak out— Because I was not a Jew.
Then they came for me—and there was no one left to speak for me.

— The Berkeley Springs Town Motto

⋖

∧ **East Coast ex-pat** 4 months ago

Late on December 21st, my wife and I were forced to detour into WV because of a backup on route 70. We went directly through Berkeley Springs and right by the castle, which was a surprising and unexpected site. Turns out it was a terrifying one, too.

⋖

∧ **Dawn-Storm** 4 months ago  (Edited)

Kind of like Dracula's castle huh?

⋖

**AA1819**

**AQB24712**   3 months ago

It is pretty startling to come upon if you don't know it's there, clinging to the side of the mountain.

⤶

---

**F40Driver**   4 months ago

Hitler had a castle too. Brimelow Is a racist more than likely, as he isn't fully denying and ostracizing the increase if white supremacy in the area.

⤶

---

**DCLocal20**   4 months ago   **(Edited)**

This definitely has Eagle's Nest envy written all over it.

⤶

---

**BilboBaggins**   4 months ago

The United States was a multicultural and multiracial society from the very beginning. That was decided in 1619.

⤶

---

**David Watson**   4 months ago

If you mean that white Europeans owned the other cultures and races, i can agree.

⤶

---

**DCLocal20**   4 months ago   **(Edited)**

Not every non-White in the Antebellum era was enslaved. And, of course, you're forgetting all the Native Americans who lived here when the White settlers arrived.

⤶

---

**AA1820**

Coral

**^ Shocker55**  4 months ago

Glad to see the WaPo is giving publicity to these folks. They haven't been convicted of anything and you use terms like "suspected" to describe them.
If they do something illegal, arrest them.

What happened to the DEM party who consistently describe themself as being tolerant? If you don't like what this group does, don't associate with them.

<

> **^ GregPittsburgh**  4 months ago
>
> None of the 9/11 hijackers were convicted, either. I guess we shouldn't have reported that?
>
> <

>> **^ Shocker55**  4 months ago
>>
>> The 9/11 hijackers committed suicide.. What is your point?
>>
>> <

>> **^ BlueDogDems**  4 months ago
>>
>> The Democratic Party is not tolerant of racists and that is the way it should be. You, on the other hand ...
>>
>> <

>>> **^ Shocker55**  4 months ago
>>>
>>> When you call everyone who disagrees with you a 'racist' ....
>>> It has no basis in reality
>>>
>>> <

**AA1821**

∧ **jeggleton** 4 months ago

There is good political science literature on what is called the "paradox of tolerance," i.e., how intolerant movements take advantage of tolerant civil structures and populations to impose a fascist regime. The Weimar curse. Tolerant societies have a duty not to tolerate movements that would obliterate tolerance and democracy. To tolerate fascism as just another mode of expression is political and civic suicide.

‹

∧ **Mr Beau** 4 months ago

They gave the family ample opportunity to respond and be quoted. And they only cited facts (Please identify which facts are incorrect).

Vdare's *website has featured virulent anti-immigration articles for years, including warnings of "white genocide" from Jason Kessler, the organizer of the deadly 2017 Unite the Right rally in Charlottesville.*

I am glad they made it clear hate filled bigots are trying to blend in. They chose to be public about their hate. This is appropriate.

‹

∧ **Reston50** 4 months ago

Thanks for the "heads up." My wife and I love to visit the small "spa towns" like Berkeley Springs and the Greenbrier and The Homestead. It's always hard to decide.

But now we only have two to pick from. Thanks, Berkeley, for making it easy to scratch you off the list.

‹

**AA1822**

> ⌃ **F40Driver**   4 months ago
>
> For what reason? Because you support racism, hatred or not.
>
> ⌕

---

> ⌃ **DCLocal20**   4 months ago
>
> Hey - it's not the town's fault. They didn't invite these horrible people to live in their town.
>
> ⌕

---

> > ⌃ **IceDragon**   4 months ago
> >
> > Because the town has accepted and normalized the hate group. They are complicit.
> >
> > ⌕

---

> > > ⌃ **AQB24712**   4 months ago
> > >
> > > What would you have us do? "The town" hasn't "accepted and normalized the hate group." You make it sound like the town council passed an ordinance.
> > >
> > > ⌕

---

> > > ⌃ **Mr Beau**   4 months ago
> > >
> > > It is clear from the article quite a few support it.
> > >
> > > There were a couple of folks in the article who did not. Maybe visiting just those would be good.
> > >
> > > ⌕

---

> > > > ⌃ **AQB24712**   4 months ago
> > > >
> > > > Yes please.
> > > >
> > > > ⌕

**AA1823**

⌃ **pmack89**  4 months ago

Almost chose BS for a girls getaway this month. Glad I didn't because I'd have to cancel last-minute.

⋘

   ⌃ **AQB24712**  4 months ago

   There are many of us who would welcome you.

   ⋘

⌃ **Suspect underwear**  4 months ago

75/38 years 🥴how dare you 😳

⋘

⌃ **GregPittsburgh**  4 months ago

Opponents should look at the response to the notorious Westboro Baptist "Church" in Topeka, Kansas. The organization Planting Peace purchased two houses directly across the street and painted them in the colors of gay pride and trans rights.

https://www.plantingpeace.org/campaign/equality-house/

⋘

   ⌃ **Shocker55**  4 months ago

   No gay flags flying at my place or anyplace around here...
   FREE to associate

   ⋘

**AA1824**

**BlueDogDems**  4 months ago

Just swastikas.

<

---

**Shocker55**  4 months ago

Nope.
The American flag is flying at my house - every day

<

---

**DCLocal20**  4 months ago

They named their anti-immigration group after an anchor baby?

<

---

**IceDragon**  4 months ago

Hilarious, lhuh?

<

---

**Madeline_and_9**  4 months ago

It would be ironic if the "anti-immigration" cover was sincere, but it fits perfectly with them
being white supremacists.

<

---

**AA1825**

## ⌃ Change is Gonna Come  4 months ago

It seems the group and and the "new resident" love to stifle dissent by using the Trump playbook of suing and threatening to sue anyone who attempts to exercise free speech that they don't like. And the stench of the Koch brothers in their "contribution" to the group is apparent once again.

<

### ⌃ GregPittsburgh  4 months ago

Yes, definitely need pro-bono lawyers to fight the suits, then counter-sue. This is hardly the first hate group to sue critics.

<

### ⌃ Hadrap  4 months ago

My understanding is that Fred Phelps, of the Westboro Baptist Church, had 13 children, several of whom were lawyers and he won loads of money suing people. He would go up to the legal line and do something totally obnoxious. Then someone would get angry and go over the line and Phelps would then sue the hell out of them.

<

## ⌃ SMC90  4 months ago  (Edited)

Mr. Collinash they are "delightful" so far only because they must enjoy your food. But don't be too loud & proud, don't show up with your spouse or partner, good heavens don't kiss or hug that person in their presence or be prepared for their ugly to unleash much like it has on others. People like the Brimelows only 'tolerate' others who can give them something, provide something. Once that wears out or they become a bit uncomfortable the gloves are off. They are tolerating you, not being kind or delightful.

<

**AA1826**

**∧ David in Charlotte**  4 months ago

"The British-born anti-immigration activist" - aka IMMIGRANT - can go back to where he came from.

And take his hate and racism with him.

‹

> **∧ IceDragon**  4 months ago
>
> Agreed
>
> ‹

**∧ flyfysher**  4 months ago

Ironic that Brimelow is an immigrant that is anti-immigration.

‹

> **∧ IceDragon**  4 months ago
>
> He's anti brown and black immigration. White immigration is just fine.
>
> ‹

**∧ BettyBaklava**  4 months ago

Pasty bigots are everywhere these days, sadly, but it gives me some hope how there are many residents of a tiny WV town who are angered by white supremacism.

‹

> **∧ AQB24712**  4 months ago
>
> There definitely are.
>
> ‹

Coral

^ **tmonk73**  4 months ago

WaPo porn.

<

---

>  ^ **Change is Gonna Come**  4 months ago
>
>  White nationalists or the Russian Trolls sure are taking a liking to the comments here...
>
>  <

---

>  ^ **BilboBaggins**  4 months ago
>
>  Whatever.
>
>  <

---

>  ^ **Mort Sinclair**  4 months ago
>
>  Found the white supremacist.
>
>  <

---

^ **moore_te**  4 months ago

Let's see what solutions for our immigration problem the GOP House comes up with.
Expecting legislation to be a top priority. /s

<

---

^ **RantingWren**  4 months ago

Casterly Rock.

<

---

AA1828

**^ earthman327** 4 months ago

Disgusting, but this is, after all, West Virginia. What did you expect?

<

---

**^ Casual Route** 4 months ago

KKK is still very active there.
Heck, they are active near me in NC.

<

---

**^ Another Fine Mess** 4 months ago

Berkeley Springs is a liberal oasis in WV.

<

---

**^ Reston50** 4 months ago

"was"

<

---

**^ Another Fine Mess** 4 months ago

Every oasis has a scorpion or two.

<

---

**^ AQB24712** 3 months ago

Cheap shot.

<

---

**AA1829**

**∧ pynk flood** 4 months ago

slimy people

&lt;

---

**∧ fact or friction** 4 months ago

The Southern Poverty Law Center's detailed history and analysis of VDare:
https://www.splcenter.org/fighting-hate/extremist-files/group/vdare

&lt;

---

**∧ Casual Route** 4 months ago

The guy is on record of wanting to reverse desegregation and the RW nuts get all snowflakey when he is called out as a white nationalist. What the heck is wrong with people?
Oh yeah, racists hate being called racists and think it suppresses their freedom of speech.

&lt;

> **∧ sobrevivir** 4 months ago
>
> Certainly, I agree with you. Vdare merely does not want to be accountable for its actions.
>
> &lt;

---

> **∧ robin ottawa** 4 months ago
>
> How dare you accuse me of being what I am!
>
> &lt;

---

> **∧ Urtryingtoohard** 4 months ago
>
> Cancelling even. Its soooooo rude.
>
> &lt;

---

**AA1830**

**⌃ DONT_LET_THEM_FOOL_YA** 4 months ago

Very creepy. There's a movie there...

⇜

---

**⌃ Mary Hatch** 4 months ago

"British-born anti-immigrationist"

What's he doing *here* then?

⇜

> **⌃ Casual Route** 4 months ago **(Edited)**
>
> Go back to England!
> Just kidding
>
> ⇜

---

> **⌃ Komorebi** 4 months ago
>
> Grifting and obsessing over Meghan Markle 24/7, no doubt.
>
> ⇜

---

> **⌃ Urtryingtoohard** 4 months ago
>
> Hes the right kind. White.
>
> ⇜

---

**AA1831**

Coral
Case 1:22-cv-01333-FDS Document 39-1, Filed 04/24/23, Page 709 of 749
Case 1:22-cv-01334-DS-OFH Document 39-1 4/30/3925, Filed 204/24/23 1 Page 720 of 749
4/20/23, 1:32 PM

**∧ Johno Goth** 4 months ago

Whenever I see photos of white supremacists
I think, they are not sending their supreme people.
Inbreeding appears to be an essential element

&lt;

> **∧ monkfish21** 4 months ago
>
> Indeed. Generally, white supremacists themselves are the best argument against their
> ideology.
>
> &lt;

**∧ Gratefulgolfer** 4 months ago

"Whatever they want to do, it's not my concern." Tell me you agree with the nazi without
saying it out loud.

&lt;

> **∧ Casual Route** 4 months ago
>
> Yep
> I'd prefer they were honest
>
> &lt;

> **∧ Hmmmmm** 4 months ago
>
> Would the reply be the same if Black Lives Matter had bought the castle? I think not.
>
> &lt;

AA1832

**^ KingCrab** 4 months ago

Meh, another WaPo article trying to stir the pot of hatred. What's more interesting is that his wife is half his age..

<

---

   **^ Casual Route** 4 months ago

   How did they stir up hatred?

   <

---

   **^ KingCrab** 4 months ago

   Just keep reading the comments. Were you even aware of VDare before this article? WaPo likes to create controversies.

   <

---

   **^ pynk flood** 4 months ago **(Edited)**

   weapons should not be brought to protests.

   BLM is pretty clearcut – IN nationwide police departments, rules are required to bring accountability, enforcement equity, and liability for absence.

   Weapons need to be outlawed at protests.

   <

---

   **^ BettyBaklava** 4 months ago

   God forbid any of us find bigotry abhorrent. You're right: we should just shrug it off and accept it.

   <

---

**AA1833**

**^ Lasagnotte** 4 months ago

No, I wasn't aware of them. Making me aware of stuff I don't know is exactly what journalists do.

< 

---

**^ flandep53** 4 months ago

I seem to recall hearing something about sex with animals there but haven't seen anything recently. Perhaps all of the animals have had their babies....

< 

---

**^ isteveslr** 4 months ago

"The castle would allow the Brimelows to host meetings after other venues canceled conferences upon learning about their ideology."

In other words, violence and ostracism have closed down free speech in America on the crucial policy issue of immigration. But the Washington Post is on the side of hate.

The level of hate expressed in this Washington Post article toward articulate defenders of one side in the immigration debate should shame Jeff Bezos that he's subsidizing hate.

< 

---

**^ Casual Route** 4 months ago

I wouldn't let the KKk rent my space either
But I wouldn't arrest them for spewing white nationalism.
You confuse criticism for suppression. A common RW victim monger technique

< 

---

**AA1834**

^ **mistermax**  4 months ago

"violence and ostracism have closed down free speech in America" How has this WAPO article closed down free speech? We have members of Congress and Senators and even an ex-President who openly proclaim anti-immigration rhetoric without the slightest hesitation.

<

   ^ **Casual Route**  4 months ago

   Remember
   RWers are always the victims!
   Bunch of snow-flakey freaks.

   <

   ^ **kt3478**  4 months ago

   Your idea of articulate is "Trust all transgenders, just like you'd trust any autistic schizo drug addict with HIV"?

   The 1st amendment means they can say whatever they like and the *government* won't stop them. Normal citizens are perfectly welcome to ostracize and exclude them as the racist trash that they are.

   <

^ **David Brankley**  4 months ago

White supremacy? The Southern poverty law center labels any organization they find defending traditional values and opposed to allowing illegal migrants to cross and stay as White Supremicists, so the label has lost all meaning by their usage of it.

<

**AA1835**

Coral

^ **Gratefulgolfer** 4 months ago

traditional values? Like slavery?

<

---

^ **Casual Route** 4 months ago  **(Edited)**

No, they don't. But your ad hominem logic fallacy is noted.

<

---

^ **Casual Route** 4 months ago

I prefer white nationalists that admit what they are

<

---

^ **Jessie Pinkman** 4 months ago

While I personally find VDARE and what they do distasteful, the fact of the matter is they have the right to say what they say.

The First Amendment is not in the Constitution to protect popular expression. It is there to protect unpopular expression.

They have the right to say it. The rest of us have the right to ignore it.

<

---

^ **Casual Route** 4 months ago

We also have the right to call them out as racist white nationalists and to criticize them

<

---

**AA1836**

∧ **Jessie Pinkman** 4 months ago

Absolutely. We have the right to voice our own opinions as well.

And we should.

&lt;

> ∧ **Chrisdafer** 4 months ago
>
> So then what's the point of coming out here to "remind" all of us that they have the right to say it? We all know that. Did anyone call for putting them in prison for their views?
>
> &lt;
>
> READ MORE OF THIS CONVERSATION >

> ∧ **EdnaG66** 4 months ago
>
> And a moral obligation to do so too.
>
> &lt;

∧ **Moultrie Flag Is Liberty** 4 months ago

Torches and pitchforks. Storm that Bastille. Tear it down.

&lt;

∧ **banana_rama** 4 months ago

Under what credentials did this guy get a green card or a work visa? We have quite the reservoir of homegrown racists; we really don't need to import more of them. Clearly, the UK is not sending us their best people. Could they take this one back?

&lt;

**AA1837**

∧ **Bedminster Cemetery and Putt Putt Club** 4 months ago

Steve Bannon brought Nigel Farage to Alabama to campaign for Judge Roy Moore, so there are plenty of tentacles across the sea.

<

---

∧ **banana_rama** 4 months ago

Nigel didn't stay!

<

---

∧ **PR80525** 4 months ago

The paint has come off their *painted pig* for all to see...

<

---

∧ **CNW1031** 4 months ago

While the NY AG is looking into their finances, they also need to investigate the self-dealing loan that VDare Foundation (officers Peter and Lydia) gave to the newly formed for-profit LLC (officer Lydia) to purchase the cottage that she is "paying rent for". All pubic information.

<

---

∧ **CalleSinNombre** 4 months ago

PUBIC INFORMATION!

<

---

∧ **slack_wv** 4 months ago

"As both owner and tenant."
WTH?

<

**AA1838**

∧ **AQB24712**  4 months ago

Yeah, that's as fishy as a stocked stream.

‹

∧ **manny_thome**  4 months ago  **(Edited)**

The offended residents should put up signs/billboards/etc. all around the edges of the property describing what VDare is and otherwise expressing disgust.

‹

∧ **TonyB59**  4 months ago  **(Edited)**

A British born Nazi hate monger . Of course he's a white supremacist- he and his wife fool no one.

‹

∧ **Tourist**  4 months ago

Given that the Koch family fortune came through helping Hitler build his fuel depot (they say the Blitzkrieg in WWII could not have happened without it), it only stands to reason that he would be helping to fund a castle to house white supremacists. Mr. Koch is behind many such associations. As the 13th richest person on the planet he can afford it.

I guess my question is: what exactly is the plan for the multitudes of nonwhite, and antifascist people here in the states? In case nobody has noticed, the USA is a melting pot of nationalities and has been since day one.

‹

**AA1839**

**∧ 2lostsouls**  4 months ago

What does Koch get in return for funding this organization and family? The far right sees some value is flooding the zone with **** (nonsense) but is that worth millions? Immigration could be restricted fairly easily (by making SSN verification mandatory, for example) but Republicans would block any such effort. There is no end game. The only conclusion is that the Koch bros are motivated by malevolence.

<

**∧ Yvette Boston**  4 months ago

they are evil - they hope to reduce most Americans to poverty so they can profit even more - they are anti-education, anti-middle-class, and anti-American

<

**AA1840**

^ **ApolloLongjohnson**  4 months ago

> What does Koch get in return for funding this organization and family? The far right sees some value is flooding the zone with **** (nonsense) but is that worth millions?

It *is* worth millions; it's worth *billions*.

The Koch's could care less about immigration - flooding the zone with shi t is how the Koch's get the xenophobic half of the country to vote for the GOP, who then furnish the Koch's and their buddies and corporations with zero regulation and taxes so they can continue to pillage America's resources, destroy the planet and set citizens against each other.

Plus they appear to enjoy it immensely.

<

READ MORE OF THIS CONVERSATION >

---

^ **PENELOPE DOUGLAS**  4 months ago

There are some people in every income bracket who waste money on stupid stuff because it helps their ego. Or – they *believe / (imagine / hope)* it will help their ego, or make them "great"...

That has been my observation.

<

---

**AA1841**

∧ **Trebuchet5a**  4 months ago

I didn't know the Koch family came from Nazis but I am not surprised.

As for the plan for the multitudes of non-White and antifascist people here in the States, I think our plan must be to stand up to these nazis, vote against them, and demand better from our leaders. We outnumber them, so we just have to organize and keep showing up.

(I know you meant the White supremacists' plans, but those are pretty clear.)

‹

∧ **onward bound ct**  4 months ago

Tony, totally agree. I bet Patagonia, a very socially progressive company, is appalled at seeing the hateful Mrs Bigelow in one of their jackets.

‹

∧ **SilverPlumedWings**  4 months ago

The company has also been very vocal about their stances, which is why I was surprised to see her wearing one as well. Wouldn't that group and their ilk be more likely to hold a Patagonia jacket burning (alongside their book burning)?

‹

AA1842

**∧ Trebuchet5a** 4 months ago

Patagonia is a great company, and I am sure you are right.

But I am glad they are not insisting their jackets are "speech" like the whiny little Republican bakers and florists. Hateful bigots like her buy Patagonia jackets because progressive companies make better products, disproving the haters' assertion that diversity is bad.

‹

**∧ Ralph2749** 4 months ago

Until recently, Patagonia was wholly-owned by its founder – *Yvon Chouinard*. Recently, he forfeited ownership of the company he founded 49 years ago and ***all the profits of Patagonia will now be used to fight climate change***.

‹

**∧ manny_thome** 4 months ago

We've visited Berkeley Springs. Won't anymore.

‹

**∧ Qoheleth Socrates** 4 months ago

So you will punish the entire community for the sins of some. There is a term for that….

‹

**AA1843**

**Air Force Vet** 4 months ago

The reason the community is fighting back is because when racists adorn a town with their hate in order to be normalized, they lose tourism, otherwise known as income. Kind of a big deal.

<

**manny_thome** 4 months ago

Yeah, I also won't spend money in Florida because of DeSantis, or visit a Trump property because of Trump. Am I punishing Florida retailers and Trump Hotel service staff for the sins of others, yeah, probably.

<

**barkingdogs** 4 months ago  **(Edited)**

In what way is the commenter manny_thome punishing the entire community? He or she can choose where they visit to spend time and money.

<

**Another Fine Mess** 4 months ago

Hatred is a soul-destroying reason to exist, as I'm sure Mr. Brimelow and his wife) feel in their hearts.

<

**monkfish21** 4 months ago

I didn't get it, until I saw that lady in the window of her store wearing a sweatshirt with the abbreviation for Berkeley Springs on it.

This fascist jackhole Brimelow and his hate group VDare are indeed full of BS.

<

**GregPittsburgh** 4 months ago

Anyone else appreciate the irony of Virginia Dare's parents being immigrants?

<

**Wayne N Earnest** 4 months ago

Oh, "lovely." So, now WV has its version of Hitler's "Wewelsburg Castle." Obviously, that is not surprising because white nationalists are just the modern-day extension of the Nazis.

Our national security agencies had better be monitoring such crap as this very closely because history has clearly shown where this kind of thing leads!

WAKE UP, AMERICA!

<

**Erocky** 4 months ago

"Some call a hate group"

Why use ambiguous language, they ARE a hate group. Don't mince words when discussing fascists.

<

AA1845

**∧ Dean Gio** 4 months ago **(Edited)**

Nazis love to prop themselves up in fake castles and play lord of the plantation.

And of course they have tax exempt status.

≺

**∧ Kansas Viking** 4 months ago

No longer on my long list of places to visit.

≺

**∧ monkfish21** 4 months ago

That makes no sense. It isn't the fault of the "artsy, liberal vibe" people of Berkeley Springs that these fascists took up residence in their town. These locals are the only folks you'd be hurting by staying away. You wouldn't be hurting VDare in the slightest.

I would, however, avoid Barb Wolfe's shop while there. She's the one who said:

> *"They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."*

At best, she's willfully ignorant about VDare and sticking her head in the sand. At worst, she's one of them. Either way, she ain't getting any of my money.

≺

**AA1846**

⌃ **EdnaG66** 4 months ago

And I would definitely make a point to have a margarita at Mi Ranchito next time I'm in town.

⟨

⌃ **monkfish21** 4 months ago

Cheers!

⟨

READ MORE OF THIS CONVERSATION >

⌃ **stranded in iowa** 4 months ago

> The British-born anti-immigration activist…

So why doesn't he go back to where he came from? Oh yeah, White.

⟨

⌃ **UK_Spectator** 4 months ago

WE don't want him … but it would be consistent with his attitudes. Odd he doesn't do it.

⟨

⌃ **Further77** 4 months ago

The only thing missing from the Christmas Card is for the kids to be wearing ledenhosen outfits.

⟨

**AA1847**

**backleydaniel** 4 months ago

Or brandishing GUNS.

---

**Rsgo211** 4 months ago

Easy Further77, my father's side is from the Tyrol. Lederhosen are not a symbol of racism or fascism.

---

**wonderYrednow** 4 months ago

AK-47's?

∧ **JERiv** 4 months ago

What gets me how he claims to not be a racist. From Wiki:

> He **rejects** the labels of "white supremacist" and "white nationalist" and prefers to be known as a "civic nationalist".

I didn't realize that you can be a white supremacist/nationalist (aka "racist"), and claim you're not simply because you "reject" that label.

And has everyone noticed that Conservatives keep doing this? They don't like how they're described, so they come up with a new label, that eventually means the same exact thing because they are what they are. At which point they come up with another new label. Unironically, all these new labels soon become synonyms.

Somehow they keep getting away with the constant whitewashing of their hatred and racism. I just don't get it.

<

---

∧ **slack_wv** 4 months ago

The moral being the importance of language.

<

---

∧ **Mark Alexander Smith** 4 months ago

He's not even a US national. He should be self-deporting...

<

---

**AA1849**

## ⌃ Susan A  4 months ago

*There's a lot of people like that," said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."*

And I hope that statement is the kiss of death for her small business. I'd go there just to spend money everywhere else.

She's right about a lot of people being "like that" and she's one of them.

Sorry Berkeley Springs, you're the new Idaho panhandle. Either do what it takes to legally harass them into moving (new laws, new taxes, new cameras, etc,) out of town or accept you are a white supremecist haven with all the ugly baggage that comes with it. What doesn't come with it? Economic prosperity.

I bet your "liberal artsy vibe" disappears tomorrow. That's what you get for welcoming hate with open arms. As you've seen, it only takes a few rotten apples and the whole place stinks.

≺

> ### ⌃ RedDistrictBlues  4 months ago
>
> Unfortunately, you can't raise taxes on a tax exempt foundation.
>
> ≺

> ### ⌃ Komorebi  4 months ago
>
> So many of America's 'tax-exempt foundations' are a total scam.
>
> ≺

## AA1850

**wonderYrednow**  4 months ago

see the Koch Bros

<

---

**Steve 80**  4 months ago

unless its a scam for hiding income. Refund the IRS!!!!

<

---

**Susan A**  4 months ago

Local governments can tax non-profits in West Virginia. If Berkeley Springs truly does
not want to be the white power capital of the east, they could take a stand.

<

---

**Wayne N Earnest**  4 months ago

"Looking the other way" is EXACTLY what a lot of German citizens did when Hitler began
his "Final Solution."

Silence is complicity. "The only thing necessary for the triumph of evil is for good men to
do nothing."

<

---

**DaCo20**  4 months ago

That's the cause of most of our problems, "Looking the other way" and "Not my
problem". As you stated Wayne, "Silence is complicity".

<

---

**AA1851**

∧ **recordhigh** 4 months ago

I'm torn. I had never heard of these people before now. I don't exactly disagree with you, but publishing an article about them in one of the biggest newspapers in the world gives them a platform and attracts like-minded people to them in service of their hateful cause. It would have been better to just ignore them.

Hopefully, law enforcement and tax authorities are keeping an eye on them, those are the only people who should be paying attention to them.

&lt;

---

∧ **Catherine9** 4 months ago

They've been around since 1999 and are well known in white nationalist circles.

&lt;

---

∧ **SilverPlumedWings** 4 months ago

Hope you're referring to VDare and not the Brimlow's. Lydia would've still be in high school when VDare was founded.

&lt;

READ MORE OF THIS CONVERSATION &gt;

---

∧ **AlyashalWill** 4 months ago

We had segregated proms in some Georgia high schools until the NYT shamed us out of it... in 2015.

&lt;

---

∧ **PENELOPE DOUGLAS** 4 months ago

I don't think like-minded people read Washington Post.

&lt;

**AA1852**

Coral

**∧ Benny Sim** 4 months ago  **(Edited)**

My mixed-race family went to Berkeley Springs twice last year. We were unaware of this background, but if we return, we'll be careful to do our research and only patronize local businesses whose owners have taken a strong stance against white nationalism. Anyone who says something like "it's none of my business" or "the [racist] lady on the Christmas committee who does yoga in the park seems nice and doesn't bother me" is complicit in normalizing modern Nazism.

<

**∧ 3rddaughter** 4 months ago

Yes. I'll have a list of which businesses to patronize - Fairfax Coffee House, Mi Ranchito - and which to avoid - Berkeley Springs Memories, Country Inn, Hiroko Rubins's yoga classes.

<

**∧ AQB24712** 4 months ago

I wouldn't say we "welcom[ed] hate with open arms." Nobody knew about the sale until it was in the newspaper, and the outcry was immediate.

<

**∧ DLCJNC** 4 months ago  **(Edited)**

Oh the additional irony . . . VD was founded by - wait for it - an immigrant from the UK.

<

**AA1853**

∧ **Uncle Slayton** 4 months ago

I prefer "hypocrisy" to "irony".

＜

∧ **BlueVoterAlways** 4 months ago

Exactly!

＜

∧ **vanprey1** 4 months ago

Beat me to it! Send him back to that rock.

＜

∧ **DcLonChi** 4 months ago

As a (white) American living in the UK, I can't tell you how many times I have had some version of this conversation:

White Taxi Driver: These immigrants come over here and [blah blah blah, racist rant].

Me: Hh-hmm!

White Taxi Driver: Not you mate, you know what I mean.

Me: NO. I DON'T. PLEASE EXPLAIN IT TO ME.

wtd: oh, well, um....

＜

**AA1854**

∧ **Benthead** 4 months ago

It seems like an irony (that Brimelow is an immigrant from the UK) until you understand logic of white supremacy.

Who would hold up "Virginia Dare," the first European-descended person born in the American colonies, as the "true" American? Only people who think North America inherent belongs only to the white race.

By Brimelow's logic, anyone from the UK has more of a claim on being a real American than a Latino or Chinese-American whose family has been a citizen for over a century.

⌄

∧ **Yvette Boston** 4 months ago

Over a million native Americans were murdered, to the shame of people like Daniel Boone who wept at the injustice of it all. These "castle" people take the worst of British history and pretend like it is the new American. Sorry. We don't bow, we don't curtsey, we believe royalty is obscene. Learn history. Please.

⌄

∧ **Mathguy** 4 months ago

It was a lot more than a million.

⌄

**AA1855**

^ **Davey Austin**  4 months ago

Go ahead and say it - Great Replacement Theory.

All of which totally ignores the fact that the original American settlers crossed the land bridge from Asia a couple thousand years before white Europeans.

<

---

^ **bocabard21**  4 months ago

And the original Virginia Dare was the first "anchor baby". The child of immigrant parents who came, settled, stayed, and bred. No paperwork involved, and certainly no permission sought from the Americans who were already here.

<

---

^ **earlgreydrinker**  4 months ago

I thought they were okay with immigrants as long as they were fair-skinned white people. Didn't Trump say we should be able to take refugees from Sweden or something idiotic like that?

<

---

^ **Tea Cake**  4 months ago

Norway. (And his dhs secretary tood the media she didnt know if Norway had a mostly white population.)

<

---

^ **Ralph2749**  4 months ago

Classic

<

---

**AA1856**

▲ **earlgreydrinker** 4 months ago

Oh dear Lord.

⤴

---

▲ **JT in SC** 4 months ago **(Edited)**

who then immigrated to a small town and began sending legal notices threatening litigation against the townspeople.

⤴

---

▲ **HiRollnGuy** 4 months ago

Wow. Unlimited free speech for VDare and everyone it posts online, but fierce litigation and criminal threats for everyone that disagrees, funded by Koch brother's cash. Sounds about right.

⤴

---

▲ **Backatchya** 4 months ago

JT in SC : Trump did that in Scotland with his golf courses.... They don't like his sorry butt much there. Lol

⤴

---

▲ **Scrivener** 4 months ago

The reporter is naive. I will not accept her youth as an excuse. She should've done more research. **VDare and its associates are the leading white supremacist propaganda groups in the United States.** There is no ambiguity. Anything having to do with white nationalism in the U.S. is likely being orchestrated by the group of aging racists affiliated with VDare.

⤴

**AA1857**

∧ **onward bound ct**  4 months ago

Scrivener, she is untalented as a journalist.
A pathetic excuse.

⤳

∧ **slack_wv**  4 months ago  **(Edited)**

More irony: West Virginia seceded from Virginia over the issue of slavery during the Civil War. Historically, all races have been poor here *together,* helping each other eke out a living in mountainous terrain, without the fertile expanses of land typical of a slavery-based economy, and with the empathy and humility (perhaps born of poverty) to know that slavery was evil.

Trumpers don't have a clue about this part of the world, especially those who live here. They must have been home-schooled by ignoramuses. Racism has never been part of its character.

⤳

∧ **dbs4**  4 months ago

If true, it's a shame hate was imported.

ps. I have relatives in Berkeley Springs. Almost everyone there is a Trumper.

⤳

∧ **wonderYrednow**  4 months ago

Worst Vigina voted for Orange Mussolini by 40 something points.

⤳

READ MORE OF THIS CONVERSATION >

**AA1858**

∧ **AQB24712**  4 months ago

Not me.

‹

∧ **CNW1031**  4 months ago

Not everyone! Berkeley Springs/Morgan County is NOT monolithic in its politics. Ten years ago the county commission was actually a democrat majority.

‹

∧ **Pedro_G**  4 months ago

Along the same lines, the man who shaped Donald Trump's image into that of a successful business man for millions, "Celebrity Apprentice" creator Mark Burnett, is also an immigrant from the UK who... wait for it... stayed in the United States illegally to build a new life. https://www.newyorker.com/magazine/2019/01/07/how-mark-burnett-resurrected-donald-trump-as-an-icon-of-american-success

‹

Show All

∧ **JoeLeaphorn**  4 months ago

There is a certain irony in the fact that the original inhabitants of the Americas weren't white.Tell me, again, who are the immigrants?

‹

∧ **melkat**  4 months ago  **(Edited)**

Yeah, it doesn't seem to occur to VDarians that Virginia Dare was a baby born to outsiders who came to these shores to take land and conquer native inhabitants

‹

**AA1859**

**Benthead**  4 months ago

Oh, I think it does occur them. That's the whole point: the country really belongs to the race that conquered and transformed the continent.

That's why a Brit like Brimelow thinks he has an authentic claim to the country that a Latino born in Fresno or Chicago doesn't have.

<

**Madeline_and_9**  4 months ago

Yeah, that's the whole reason they're actual white supremacists and not "anti-immigration" as they like to claim.

> "They are not white supremacists. They're anti-immigration. They don't like people just coming over the borders. There's a lot of people like that," said Barb Wolfe, 75, who owns a souvenir and gift shop in Berkeley Springs and has socialized with Lydia Brimelow. "Whatever they want to do, it's not my concern."

Barb, of course, is a bigot too.

<

READ MORE OF THIS CONVERSATION >

**Muniack**  4 months ago

Ironic that these racists take pride in celebrating the birth of a man who was never a Christian, was not white and killed by white Europeans who considered themselves far superior to the man they executed. Merry Christmas, y'all.

<

**AA1860**

Coral

4/20/23, 1:32 PM

**Qoheleth Socrates** 4 months ago

Indeed, he was a Palestinian who, along with his stepfather and mother, fled to another country as refugees.

<

---

**Jerry Jones** 4 months ago

Love the irony that a man worried about "immigration" is himself an immigrant. Oh, but he's WHITE.

<

💬 Top of comments

AA1861

# Exhibit F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

VDARE FOUNDATION, INC.,

                       Plaintiff,

          - vs -

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

                       Defendant.

Civil Action No. 22-cv-1337 (FJS/CFH)

**DECLARATION OF
LYDIA BRIMELOW**

---------------------------------------------------------x

I, Lydia Brimelow, hereby declare:

1.      I am the publisher of VDARE.com and President of the Plaintiff VDARE Foundation, Inc. (hereafter, "VDARE") in the above-captioned matter.

2.      I reside in Berkely Springs, West Virginia and I have personal knowledge of all facts recited herein.

3.      I submit this Declaration in support of Plaintiffs' Reply in Support of Plaintiff's Motion for a Preliminary Injunction ("Reply").

4.      VDARE publishes a website (at VDARE.com) which is centrally focused on criticism of current government policy on immigration, but which also houses various opinion journalism from the dissident right.  Its detractors prefer to characterize it as so-called hate speech. *See, e.g.* https://www.splcenter.org/fighting-hate/extremist-files/group/vdare.  Naturally, VDARE resists and objects to such characterization; but even so, it is my understanding that what some consider to be hate speech is fully protected by the First Amendment, and speech that is critical of government is supposed to lie at the very heart of the liberties protected by the First Amendment.

5.      In any event, because of the content and viewpoint of the speech VDARE publishes, it has faced no less than six de-platforming episodes over the past several years, with companies such as

**AA1863**

Paypal or Mineral Tree (a credit card processor) refusing to do business with VDARE; so too did Amazon cut ties with VDARE when it demonetized and deplatformed VDARE in February of 2019.

6.      In addition, contractors providing services essential to VDARE's very existence, who, upon information and belief, would otherwise be willing to associate and do business with VDARE, have refused to continue to do business with VDARE, including venues which have cancelled contracts with VDARE to host conferences because of their aversion to public protests, *i.e.,* the heckler's veto.

7.      Approximately ten such venues cancelled on VDARE, thwarting our plans to hold conferences.  Notably, these venues cancelled not after learning about VDARE's stance on America's current immigration policy (or other speech published by VDARE.com), but after perceiving the threat of antifa rioters.

8.      For example, VDARE had negotiated with the historic Fairmont Hotel in San Francisco to hold a conference.  However, that hotel backed out, with the management telling us that they were not set up to effectively deal with protestors in their lobby.

9.      Another example, VDARE had negotiated with Cheyenne Mountain Resort in Colorado Springs.  Upon information and belief, it, too, knew full well of VDARE's positions well in advance of the contract signing.  In fact, the management went so far as to explain that while there was already some talk in the city of Colorado Springs about protests because of VDARE's conference, the Cheyenne Mountain Resort intended to ignore them and respect the speech rights of VDARE.  The Cheyenne Mountain Resort, however, changed its tune after the Mayor of Colorado Springs (Mayor John Suthers)), issued a thinly veiled threat on August 14, 2017 to withhold any police or fire protection in the event of riots.  The Cheyenne Mountain Resort quickly cancelled our contract the very next day.

10.    Similar such cancellations occurred with respect to Tenaya Lodge and a planned conference in Tucson, as set forth in the exhibits to the Declaration of Cassidy Curran, filed herewith.

11.    As stated above, all told, VDARE suffered approximately ten such cancellations.  In each case, upon information and belief, the prospective venues were aware of VDARE's positions and the nature of its published speech, but caved in after the prospect of left wing ("progressive") violence.

12.    In another example of the opprobrium VDARE faces, on January 4, 2023, the Washington Post published an article entitled, "A 'hate castle' or welcome neighbor?" Washington Post, Jan. 4, 2023. Comments to the article, as set forth in the exhibit to the Declaration of Cassidy Curran, filed herewith, evince terrible abuse of VDARE's neighbors in West Virginia merely for their favorable opinions of VDARE or its principals. Some went so far as identifying those quoted in the article by name, claiming that white supremacy was the only explanation for a favorable opinion of VDARE or its principals.   Such accusations were coupled with threats of commercial retaliation.   One especially vile comment was directed to an elderly lady who owned a local business, describing her as a "filthy racist" – all because she was quoted in the article as defending VDARE's principals.

13.    This woman is in fact an elderly lady in the town of Berkely Springs, whose identity is known to me.  She is a lovely woman.  Since the publication of that article and the ensuing comments, she has put her business up for sale.

14.    If an old woman was attacked and her livelihood threatened merely for holding a favorable opinion about VDARE's principals, then no one is safe.

15.    Many of our writers or content creators operate anonymously or pseudonymously precisely because of the fear of economic reprisal, particularly in the loss of their regular jobs, although in

**AA1865**

today's aggressive cancel culture there is certainly the additional risk of physical attack and other manifestations of hostility.

16.     Their fears or reprisal are well grounded, with fresh reminders added almost daily in today's cancel culture.  Recent examples, whose relevancy to the need for anonymity here, appear to include:

> a.     the shouting down of federal district court Judge Kyle Duncan on March 9, 2023 (a widely reported event, as in https://www.nytimes.com/2023/04/09/us/stanford-law-school-free-speech.html; it appears that Judge Duncan may have been spared something worse only by the presence of the federal marshals who were there to escort him out the back door -- https://www.foxnews.com/politics/federal-judge-heckled-stanford-says-dont-feel-sorry-me-says-mob-behaved-like-dogs-t);

> b.     the recent travails of Riley Gaines at San Francisco State University on April 6, 2023, another widely reported event, as at https://www.foxnews.com/media/riley-gaines-defiant-terrifying-encounter-pro-trans-protesters-will-not-be-silenced ; Ms. Gaines reports that she was "punched, shoved and hit by" woke protestors in the mob, which resulted in her being barricade in a room for hours until a police escort secured her escape; or

> c.     Ann Coulter being shouted down at Cornell on November 9, 2022 (*see* https://www.thecornellreview.org/ann-coulter-84-vetoed-by-hecklers-at-wednesday-event/ ).

17.     Ann Coulter, of course, is one of our regular writers.  As a best-selling author, she may be financially secure enough that she does not need to publish under a pseudonym, but many of our contributors are not as fortunate.

18.     And quite aside from her financial security, Ann Coulter has, upon information and belief, in the past faced the threat of violent assault because of the content of her speech.  Her article at https://vdare.com/articles/ann-coulter-thank-god-for-the-proud-boysVDARE.com,  published  by

4

**AA1866**

VDARE.com on February 24, 2021, details her experience of violence while attempting to speak at the University of California, Berkely on November 20, 2019.  Newspaper accounts, such as this contemporaneous story from the Los Angeles Times (*viz.* https://www.latimes.com/california/story/2019-11-20/arrests-made-as-hundreds-protest-against-ann-coulter-at-uc-berkeley) are consistent with the above Coulter column published at VDARE.com.

19.     While Ann Coulter is a regular VDARE.com contributor, neither Judge Duncan, nor Riley Gaines are VDARE.com contributors.

20.     Yet, the very subject for which Judge Duncan and Ms. Gaines are reported to have incurred the ire of woke mobs (transgenderism) *is* covered by VDARE.com – and from the same negative perspective that aroused the anger of woke mobs, *viz.* VDARE.com's "After Nashville, Face It: 'Transgenders Are Nuts.  'Transphobia' is Rational.  And Joe Biden Is An Idiot" found at https://vdare.com/articles/after-nashville-face-it-transgenders-are-nuts-transphobia-is-rational-and-joe-biden-is-an-idiot.

21.     The above VDARE.com article by Lance Welton is not simply "controversial."  As the swipe at President Biden in the title shows, it is criticism of government policy.

22.     And, it was proffered to VDARE under the guise of a pseudonym – "Lance Welton" is the pen name for a man who, upon information and belief, does not have the luxury of federal marshals like Judge Duncan, nor does he look forward to the Riley Gaines treatment from the over zealous partisans of our regime's elite.

23.     Upon information and belief, Defendant James's subpoena is bad faith harassment by an ideological adversary who is abusing her political office.

24.     In the state courts, the James repeatedly referenced alleged misdeeds by VDARE as justification for her ruinous subpoena.  For example, in her Memorandum of Law dated February 22, 2023, filed in the state court's Appellate Division First Department, the OAG's recites the

following list of alleged potential violations by VDARE (and, to be clear, this is merely a recitation of what she says, not an adoption thereof):

    a.     Despite organizing as a New York charitable not-for-profit corporation in 1999, VDARE did not register with OAG until 2009.

    b.     As of the commencement of the proceeding, VDARE had failed to file a required report by an independent auditor for its 2019 filings and has not filed required annual financial reports (or exemption statements) with OAG for the years 2020 or 2021.

    c.     Nor has VDARE made required disclosures regarding the relationships of its current board members. According to VDARE's publicly available 2020 Form 990 filed with the IRS, its Board consisted of three directors: Peter Brimelow, Lydia Brimelow, and John Brimelow. Lydia Brimelow is not disclosed nowhere on Form 990 as Peter Brimelow's wife, as would otherwise be required by law.

    d.     In 2019, VDARE reported a six-fold increase in revenue, from $700,000 in 2018 to approximately $4.3 million in 2019. Also in 2019, VDARE doubled the salary of its Chairman, Peter Brimelow, to approximately $345,000, comprising roughly one-third of VDARE's operating expenses. VDARE's payments to Happy Penguins LLC in 2019 exceeded Brimelow's reported salary by tens of thousands of dollars.

    e.     VDARE also listed Peter Brimelow's residential home address in Connecticut as its corporate address while reporting over $45,000 in "office" and "occupancy" expenses paid to the Brimelows in 2019.

    f.     In or around February 2020, VDARE purchased Berkeley Springs Castle in West Virginia as a "meeting space" for approximately $1.4 million. Public reporting indicates that Brimelow and his family have used the property as their primary residence since March 2020.

    g.     In December 2020, VDARE conveyed the property to two West Virginia corporations incorporated by Brimelow's wife, Lydia (another VDARE director), with the Berkeley Springs Castle itself going to a non-profit corporation called Berkeley Castle Foundation (and the remaining land to a for-profit corporation called BBB, LLC. Not only were these transactions impermissibly omitted from VDARE's 2020 Form 990 under New York law each required approval and written documentation of that approval by disinterested members of the VDARE Board of Directors and should have been submitted for review and approval to OAG or to Supreme Court. Transfer of charitable assets to a for-profit entity without fair consideration to disqualified persons is a violation of both New York and federal law.

    h.     In April 2020, Facebook suspended VDARE's Facebook account based on Facebook's determination that VDARE engaged in "coordinated inauthentic behavior" by creating a network of "fake accounts to create fictitious personas . . . [,]

drive traffic to off-platform sites, and evade enforcement." Facebook determined that VDARE spent approximately $114,000 buying ads to further these efforts. These expenditures could constitute a waste of charitable assets and breach of the Brimelows' fiduciary duties as VDARE officers and directors.

25.     The reason that VDARE did not register with the OAG until 2009 is because from 1999 through 2008, VDARE.com was operating under another charity which was organized in a different state (specifically, it operated under the Center for American Unity, organized in Virginia), and VDARE itself was not doing anything. Thus, VDARE was effectively dormant for several years after 1999. That is why it made no further filings after 1999: they were not necessary.

26.     Another *de minimis* infraction on which Defendants harps is the failure to list myself as Peter Brimelow's wife (viz. "c" above).   My husband and I use the same last name and have repeatedly celebrated the fact that we are married on VDARE.com, as in this random post from 2007: https://vdare.com/articles/another-personal-message-from-peter-brimelow . At no point was there an intent to deceive anyone by omission.

27.     As to items "d," "f" and "g" above, which deal with VDARE's acquisition and organization of the West Virginia Berkeley Springs Castle and Peter Brimelow's compensation in 2019, Defendant James has resorted to misleading statements of material fact, repeatedly.

28.     To begin with, VDARE did indeed, after unprecedented generosity by two select donors, purchase the Berkeley Springs Castle in West Virginia for approximately $1.4 million in 2020. But, the Brimelow family has not used that property as their primary residence since March 2020, at least not in the manner implied by Defendant

29.     Defendant implies — falsely — that we bought the Berkeley Springs Castle to benefit ourselves personally.  Exactly the opposite is true.

30.     Because of VDARE's unhappy history of cancellation (*e.g.* Paypal, Amazon, Cheyenne Mountain Resort, San Francisco's Fairmont Hotel, etc., above) we had concluded that, for a persecuted organization like VDARE to hold conferences, it ultimately must own its own venue.

We could not trust any commercial bank not to cave to political pressure and renege upon a mortgage in the most inconvenient way.  We were thus forced utilize an unprecedented and wonderfully generous 2019 gift to the VDARE Foundation to purchase the castle for cash (the self-interested course would have been to live off the proceeds), sell our much-loved home in the beautiful Connecticut Berkshires (site of our prior home), uproot our three little daughters and move to a small rental cottage on the castle grounds in Appalachia.

31.    We did live in the (at the time dilapidated) castle for a brief period — *and paid fair market rent to VDARE for the entire time of our stay.*

32.    But, we subsequently moved out of the castle into a small bungalow style cottage on the castle grounds — *for which we have again paid fair market rent to VDARE.*

33.    The net effect: the Brimelow family no longer owns a home. Our shelter dollars now go to support the Berkeley Springs Castle complex. What Defendant is insinuating here adds insult to injury — in fact, it adds injury (in the form of her deliberately ruinous subpoena harassment) to insult.

34.    Of course, Defendant knows this because such details have been disclosed and documented to her as part of the 6,000 plus pages turned over to her in response to her punitive subpoena.

35.    Nor were the castle and surrounding properties transferred to other entities without consideration.  In point of fact, there was fair consideration; and both transfers were to entities that are ultimately controlled by VDARE.

36.    And again, Defendant knows this because such details were also disclosed and documented to her as part of the 6,000 plus production.  But, once more, Defendant has resorted to selective recitation of material facts.

37.    Finally, the issue of Peter Brimelow's compensation in 2019, which "doubled to $345,000" was approved by a board not overseen exclusively by Brimelows.  The VDARE board has always

8

**AA1870**

had at least one, and at various times at many as three, non-family members, as is perfectly obvious from our filings.

38.     And, the 2019 compensation must be set against prior and succeeding years.  In prior years, in a way that is typical of small business owners, Peter and I had often eschewed income to pay bills, depending on VDARE's financial circumstances.  In 2020, with donations down, Peter and I together were paid only $270,000.  And in 2023, we have not taken any salary at all as of this writing.

39.     Again, all these facts are known to Defendant, but she has not set them before any court.

40.     Upon information and belief, Defendant's actions are retaliatory on account of VDARE's speech.

41.     On January 8, 2020, the Attorney General told reporters that her then newly-created "Hate Crimes Unit" would "focus on social media companies:"  She said, "We are going to strengthen oversight, because we see how much hate is being fueled by content on the internet. We're calling on these companies to regulate hate speech and strengthen their policies. They can do more to fight these things – racism, the spread of disinformation and hate."  *See* https://www.haaretz.com/us-news/2020-01-08/ty-article/.premium/new-york-anti-semitism-crisis-jews-violence-trump/0000017f-e39c-d568-ad7f-f3ff3b320000 .

42.     Upon information and belief, on August 5, 2020, the Attorney General joined in a letter to Facebook demanding that it increase censorship against "hate speech and hate organizations", stating:

> Although Facebook has developed policies against hate speech and organizations that peddle it, we remain concerned that Facebook's policies on Dangerous Individuals and Organizations, including but not limited to its policies on white nationalist and white supremacist content, are not enforced quickly and comprehensively enough.

*See https://www.nj.gov/oag/newsreleases20/AGs-Letter-to-Facebook.pdf*

43.     Last year, VDARE was the subject of not one, but three subpoenas launched by Defendant. The first two subpoenas were served on Facebook/Meta, but implicated VDARE's First Amendment rights.  Tellingly, they were issued by Defendant under the signature of Rick Sawyer, "Special Counsel for Hate Crimes."

*44.*     Upon information and belief, VDARE has never engaged in any kind of hate crime, nor in speech which comes even remotely close to crossing the line into "incitement to imminent lawless action."  Attorney Sawyer is still representing Defendant in this action, although his status as "Special Counsel for Hate Crimes" is no longer being advertised.  *See, e.g.,* Doc. No. 34.

*45.*     Upon information and belief, on August 3, 2022, the Attorney General was at in again in her crusade against protected speech, this time targeting a different party, but informs her conduct against VDARE.  In a letter to General Michael Flynn and Clay Clark dated August 3, 2022, the OAG apparently took issue with alleged "white nationalist ideals connected to the 'Great Replacement Theory,'" which James derided as a "conspiracy theory."  *See* *https://www.thebatavian.com/joanne-beck/ag-letitia-james-defends-provocative-letter-to-reawaken-hosts/626617* .

46.     In heavy handed fashion, it appears that the OAG made sure to copy the host of the upcoming speech by General Flynn (the "Cornerstone Church" in upstate New York), which warned of her monitoring of such speech and reminded the recipients of her investigative and prosecutorial power.  *Id.*

47.     Notably, "Great Replacement Theory" is again precisely the kind of speech VDARE publishes.  For example, on June 12, 2022, VDare ran an article by the anonymous writer "Washington Watcher II," which was entitled "The Great Replacement Now Drives American Political Discourse."     https://vdare.com/articles/the-great-replacement-now-drives-american-political-discourse.

48.     And again, one can dismiss such speech as "hate speech" if one wants.  But, as in *NAACP*

*v. Button*, 371 U.S. 415, 435 (1963), VDARE has clearly "engendered the intense resentment and

opposition of the politically dominant" group in New York State.

49.     VDARE is a small organization with a limited donor base and few writers, so not only does

the burden of the subpoena threaten its existence, but with each writer and donor being so important

to the limited base, any loss of writers or vendors has an outsized impact.

50.     VDARE does not believe that Defendant is operating in good faith, but we have thus far

complied with the subpoena despite misgivings.  But, a line needs to be drawn at our anonymous

writers and vendors, and this bad faith harassment put to an end.

I declare under penalty of perjury the foregoing is true and correct.

Executed on  April **23** 2023.

*Lydia Brimelow*

Lydia Brimelow

# Exhibit G

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

VDARE FOUNDATION, INC.,                       Civil Action No. 11-cv-1337
                                                       (FJS/CFH)

                                    Plaintiff,

                    - against -

LETITIA JAMES, in her official capacity as
Attorney General of the State of
New York,

                                    Defendant.
██████████████████████████████████ -------- x

STATE OF _West Virginia_      }
                                              } ss.
COUNTY OF _Morgan_       }

████████████, being duly sworn, deposes and states the following under penalty of

perjury:

1. I am a writer for VDARE.com, resident at ███████ ███ █ █

2. I have personal knowledge of all facts recited herein.

3. I write under the pseudonym _VDARE Lady Reader_ for VDARE.com. I do so because the writings
   are controversial and I perceive that they will open me to economic and personal
   sanctions by those who disagree with such writings.

4. I respectfully ask this Court to keep my names from being disclosed as part of any
   subpoena compliance requested by the Attorney General of New York state.

████████████
████████████ (name)

1

**AA1875**

USDC-NDNY CV 11-cv-1337 FJS/CFH

Sworn to before me the 13ᵗʰ day of April, 2023

Notary Public

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Judith M. McBee
321 Southridge Drive, Berkeley Springs WV 25411
My Commission Expires    March 27, 2026

# Exhibit H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

VDARE FOUNDATION, INC.,                    Civil Action No. 11-cv-1337
                                                   (FJS/CFH)

                              Plaintiff,

                 - against -

LETITIA JAMES, in her official capacity as
Attorney General of the State of
New York,
                              Defendant.
-------------------------------------------------------------------- x

STATE OF <u>Florida</u>                    }
                                          }ss.
COUNTY OF <u>Collier</u>                   }

            ████████████, being duly sworn, deposes and states the following under penalty of

perjury:

    1.  I am a writer for VDARE.com, resident at ███████████████

    2.  I have personal knowledge of all facts recited herein.

    3.  I write under the pseudonym <u>Federale</u> for VDARE.com. I do so because the writings
        are controversial and I perceive that they will open me to economic and personal
        sanctions by those who disagree with such writings.

    4.  I respectfully ask this Court to keep my name from being disclosed as part of any
        subpoena compliance requested by the Attorney General of New York state.

        ████████████████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████████████████

1
**AA1878**

Sworn to before me the 22 day of April, 2023

_____
Notary Public

JIRI MIKULINEC
Notary Public - State of Florida
Commission # HH 303290
My Comm. Expires Aug 22, 2026
Bonded through National Notary Assn.

2

**AA1879**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**VDARE FOUNDATION, INC.,**

        Plaintiff,

v.

**LETITIA JAMES**, in her official
Capacity as Attorney General of
New York,

        Defendant.

22-cv-01337 (FJS-CFH)

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that Defendant Letitia James moves this Court for an Order

striking Exhibits B–H of the Declaration of Cassidy Curran, D.E. 39-2–39-8, and those parts of

Plaintiff VDARE's Reply in Support of Plaintiff's Motion for a Preliminary Injunction, D.E. 38,

incorporating those materials. The basis for this request is set forth in the accompanying

memorandum of law.

    No oral argument is requested.

    Dated:  April 28, 2023
           New York, New York

                        **LETITIA JAMES**

                        New York State Attorney General
                        28 Liberty St. New York, NY 10005

                        By:    /s/ Rick Sawyer
                                 JAMES SHEEHAN
                                 Assistant Attorney General
                                 NDNY Attorney Bar Roll # 516406
                                 YAEL FUCHS
                                 Assistant Attorney General
                                 NDNY Attorney Bar Roll # 702160
                                 RICK SAWYER*
                                 Special Counsel, Civil Rights Bureau

                                 *Appearing pro hac vice

**AA1880**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VDARE FOUNDATION, INC.,

               Plaintiff,

      -vs-

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

               Defendant.

_____

**22-cv-1337 (FJS/CFH)**

**DEFENDANT LETITIA JAMES' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S
REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**LETITIA JAMES**
New York State Attorney General
28 Liberty St. New York, NY 10005

By:

      JAMES SHEEHAN
      Assistant Attorney General
      NDNY Attorney Bar Roll # 516406
      YAEL FUCHS
      Assistant Attorney General
      NDNY Attorney Bar Roll # 702160
      RICK SAWYER*
      Special Counsel, Civil Rights Bureau

      *Appearing pro hac vice

On March 21, 2023, more than three months after filing its complaint and with a motion to dismiss pending, Plaintiff VDARE moved for a preliminary injunction. D.E. 29, 29-1. Its motion did not include any evidence to meet its burden of showing irreparable harm. At a subsequent hearing, the Court ordered an expedited briefing schedule, indicating that it would decide this motion on the papers. *See* D.E. 32. The Attorney General filed its response to VDARE's motion, arguing, among other things, that VDARE failed to meet its evidentiary burden. D.E. 34 at 5–8. VDARE then indicated that it had retained new counsel and requested an extension to file its reply, which the Court granted. D.E. 36, 37. Now, for the first time in its reply brief, VDARE has submitted voluminous factual materials, including a "supplemental" declaration of its own president, D.E. 39-6, affidavits from two of its own contributors, D.E. 39-7, 39-8, and four news and web articles, three of which are six years old, D.E. 39-2–39-5. The Attorney General moves to strike all of those exhibits and those portions of VDARE's reply brief incorporating those materials.

VDARE has been avoiding compliance with the Attorney General's lawful June 2022 investigatory subpoena for nearly nine months with delays in compliance and attacks on the subpoena's enforceability. After twice failing to carry its burden of showing irreparable harm for a stay pending appeal in the state action, and after failing to present any competent evidence of irreparable harm to this Court in its opening brief on this motion, VDARE attempts to take a *fourth* bite at the apple on reply by submitting previously available material to meet its initial burden. This is not permitted, and all such material and corresponding arguments should be stricken.

It is well settled that "[a] party may not submit new materials in a reply to meet its initial burden." *United States v. Hughes*, No. 1:14-CV-0719 LEK/CFH, 2015 WL 729735, at *2 (N.D.N.Y. Feb. 19, 2015) (citations omitted); *see also Kravitz v. Binda*, No. 17 Civ. 07461 (ALC)

**AA1882**

(SN), 2020 WL 927534, at *4 (S.D.N.Y. Jan. 21, 2020) ("It is plainly improper to submit on reply evidentiary information that was available to the moving party at the time that it filed its motion and that is necessary in order for that party to meet its burden.") (quoting *Revise Clothing, Inc. v. Joe's Jeans Subsidiary, Inc.,* 687 F. Supp. 2d 381, 387 (S.D.N.Y. 2010)), *adopted sub nom. Kravitz as Tr. of Creditor Tr. of Advance Watch Co., Ltd. v. Binda,* 2020 WL 917212 (S.D.N.Y. Feb. 26, 2020); *Aurora Loan Servs., Inc. v. Posner, Posner & Assocs., P.C.,* 513 F. Supp. 2d 18, 20 (S.D.N.Y. 2007) ("To allow plaintiff to . . . submit new materials to meet its burden would inappropriately allow plaintiff a second bite at the . . . apple."). Accordingly, "where plaintiff was in possession of its evidence and simply chose not to use it to support its motion for the extraordinary relief of a preliminary injunction," the "appropriate result is to grant [a] motion to strike." *Paz Sys., Inc. v. Dakota Grp. Corp.*, No. 05-CV-4763 (LDW) (WDW), 2006 WL 8430241, at *4 (E.D.N.Y. June 16, 2006).

VDARE had ample opportunity, in the three months between its December 2022 complaint and its March 2023 preliminary injunction motion, to develop the material it now submits on reply. There is no plausible explanation for why VDARE should have waited to gather the affidavits of its own president and contributors, D.E. 39-6–39-8, six-year-old media reports (including a post from its own website), D.E.39-2–39-4, or even a media report from January 2023, published a full two months before VDARE filed its motion, D.E. 39-5. VDARE should have submitted that material with its opening brief. Instead, as the Attorney General extensively argued in its opposition, VDARE failed to meet its evidentiary burden by choosing to rely on mere allegations of harm and the unsupported factual assertions of its counsel. *See* D.E. 34 at 5–8. VDARE's attempt to introduce previously available material at this point, in a belated attempt to satisfy its initial burden, is "plainly improper" and should not be countenanced. *Kravitz*, 2020 WL 927534,

**AA1883**

at *4.

In addition to their plain impropriety, VDARE's late submissions, if accepted, will further delay enforcement of the Attorney General's lawful subpoena. As the Court is aware, the Attorney General has agreed not to enforce the state-court subpoena compliance order until this Court renders a decision on the present motion for a preliminary injunction. D.E. 32. VDARE's suggestion that its untimely submissions somehow create disputes of fact requiring a hearing, and its promise that increasingly untimely submissions "may be forthcoming," D.E. 38 at 13 will impose additional burdens on this Court and unduly prolong such a decision. The effect will be to further delay enforcement of the Attorney General's June 24, 2022 subpoena and the state court's January 23, 2023 compliance order.[1]

This Court should disregard and strike the newly filed materials. Any other result would permit VDARE to "turn[] the entire briefing process on its head," *Paz*, 2006 WL 8430241, at *3, "invite endless rounds of new evidentiary submissions and new attacks on those submissions" *Semper/exeter Paper Co. LLC v. Henderson Specialty Paper LLC,* No. SACV 09-0672 (AG) (MLGx), 2009 WL 10670619, at *3 (C.D. Cal. Sept. 21, 2009), and continue to delay the Attorney General's investigation of the Brimelows' and VDARE's misappropriation and misuse of charitable assets.

Accordingly, Defendant respectfully requests that the Court disregard and strike Exhibits B through H accompanying the Declaration of Cassidy S. Curran submitted in support of Plaintiff's Reply in Support of Plaintiff's Motion for a Preliminary Injunction, D.E. 39-2–39-8, and to disregard and strike all relevant portions of Plaintiff's reply brief which refer to those materials.

---

[1] Indeed, Plaintiff's mid-motion decision to replace its counsel on the day its reply brief was due has already briefly caused such a delay. *See* D.E. 36, 36-1, 40.

**AA1884**

Alternatively, the Attorney General respectfully requests that the Court grant leave to file a sur-reply so that it will not be prejudiced by VDARE's tardy submission.

Dated: April 28, 2023

LETITIA JAMES
Attorney General for the State of New York
*Attorney for State Defendants*

/s/ Rick Sawyer
Rick Sawyer
Special Counsel, Civil Rights Bureau

**AA1885**



**RANDAZZA**
LEGAL GROUP

<div align="right">

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

</div>

April 28, 2023

<u>**Via Electronic Filing**</u>
Hon. Christian F. Hummel
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

   *Re:*  *VDARE Foundation, Inc. v. James, No. 22-cv-1337*

Dear Judge Hummel:

  As the Court is aware, I represent Plaintiff VDARE Foundation, Inc. ("VDARE"), in the above-referenced matter. On April 24, 2023, we filed Plaintiff's Reply in Support of Plaintiff's Motion for a Preliminary Injunction (Doc. No. 38), along with certain exhibits, as attached to the Declaration of Cassidy S. Curran (Doc. No. 39). Among those exhibits were two sworn affidavits from VDARE writers who publish under various pseudonyms and wish to remain anonymous, but whose anonymity is threatened by Defendant's subpoena. While those affidavits were sworn to by the writers under their real names, they were filed as redacted to maintain their anonymity.

  Subsequent to the filing of those documents, we received two additional such affidavits, which we are attaching for the Court's consideration. If the Court wishes us to submit them through other means, we will oblige—the rules do not appear to address supplementation of filings with after-acquired evidence. To avoid unnecessary additional motion practice, we would be willing to have them deemed subject to the Motion to Strike (Doc. No. 42), which motion we intend to oppose.

  Thank you for your attention to this matter.

       Respectfully submitted,

       Jay M. Wolman

cc:  Counsel of Record (via ECF)
encl: **Exhibit A** and **Exhibit B**

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------- x

VDARE FOUNDATION, INC.,                                    Civil Action No. 11-cv-1337
                                                                        (FJS/CFH)

                              Plaintiff,

                  - against -

LETITIA JAMES, in her official capacity as
Attorney General of the State of
New York,
                                  Defendant.
--------------------------------------------------------------------------------- x

STATE OF _____Virginia_____         }
                                                             } ss.
COUNTY OF          Loudoun ____          }

        ████████████_____, being duly sworn, deposes and states the following under

penalty of perjury:

1. I am a writer for VDARE.com, resident at _____████████████,

   ████████_____.

2. I have personal knowledge of all facts recited herein.

3. I write under the pseudonym____████████, ████████    for VDARE.com. I

   do so because the writings are controversial and I perceive that they will open me to

   economic and personal sanctions by those who disagree with such writings.

4. I respectfully ask this Court to keep my names from being disclosed as part of any

   subpoena compliance requested by the Attorney General of New York state.

████████████████████████████████████

**AA1888**

_____ (name)

Sworn to before me the _28th_ day of April, 2023

Notary Public

CHARLES ANDREW STEEVES
NOTARY PUBLIC-7788695
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2026

**AA1889**

# **Exhibit B**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                x

VDARE FOUNDATION, INC.,                    Civil Action No. 11-cv-1337
                                                (FJS/CFH)

                        Plaintiff,

            - against -

    LETITIA JAMES, in her official capacity as
    Attorney General of the State of
    New York,
                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF Virginia}
                                        }ss.
COUNTY OF Rockingham}

        ███████████, being duly sworn, deposes and states the following under penalty of

perjury:

1.  I am a writer for VDARE.com, resident in ████████████, ██████

2.  I have personal knowledge of all facts recited herein.

3.  I write under the pseudonyms ████████, ██████████, ███████████, ████████

    ████, and ████████████ for VDARE.com.  I do so because the writings are

    controversial and I perceive that they will open me to economic and personal

    sanctions by those who disagree with such writings.

4.  I respectfully ask this Court to keep my names from being disclosed as part of any

    subpoena compliance requested by the Attorney General of New York state.

Sworn to before me the 24 day of April, 2023



Notary Public

2

**AA1892**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

**Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.7 (Revision 1.7.1.1)]**

**Notice of Electronic Filing**

The following transaction was entered on 5/2/2023 at 3:30 PM EDT and filed on 5/2/2023

| | |
|---|---|
| **Case Name:** | VDARE Foundation, Inc. v. James |
| **Case Number:** | 1:22-cv-01337-FJS-CFH |
| **Filer:** | |
| **Document Number:** | 44(No document attached) |

**Docket Text:**
TEXT ORDER: The Court is in receipt of Defendant's motion to strike certain documents or in the alternative for permission to file a sur-reply [42] and Plaintiff's Notice regarding 2 additional affidavits [43]. The Court denies Defendant's motion to strike certain documents and grants Defendant's motion to file a sur-reply addressing the documents mentioned in her motion to strike the documents mentioned in her [42] motion as well as the documents attached to Plaintiff's [43] Notice as they pertain to Plaintiff's motion for a preliminary injunction. Defendant shall file its sur-reply, not to exceed 10 pages, on or before May 10, 2023. The Court will strike any other documents that the parties attempt to file regarding the pending motion for a preliminary injunction. IT IS SO ORDERED by Senior Judge Frederick J. Scullin, Jr on May 2, 2023. (rep)

**1:22-cv-01337-FJS-CFH Notice has been electronically mailed to:**

Jay Marshall Wolman      jmw@randazza.com, ecf-6898@ecf.pacerpro.com

Rick Sawyer      richard.sawyer@ag.ny.gov

Yael Fuchs      yael.fuchs@ag.ny.gov

**1:22-cv-01337-FJS-CFH Notice has been delivered by other means to:**

**AA1893**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

—————————————————————————

VDARE FOUNDATION, INC.,

               Plaintiff,

      -vs-

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

               Defendant.

—————————————————————————

                         **22-cv-1337 (FJS/CFH)**

**DEFENDANT'S SUR-REPLY IN FURTHER OPPOSITION
TO PLAINTIFF'S EMERGENCY MOTION
FOR A PRELIMINARY INJUNCTION**

                               **LETITIA JAMES**
                               New York State Attorney General
                               28 Liberty St. New York, NY 10005

                           By:
                                    JAMES SHEEHAN
                                    Assistant Attorney General
                                    NDNY Attorney Bar Roll # 516406
                                    ALEXANDER MENDELSON
                                    Assistant Attorney General
                                      NDNY Attorney Bar Roll # 702756
                                    RICHARD SAWYER*
                                    Special Counsel, Civil Rights Bureau

                                    *Appearing pro hac vice

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ............................................................................................. ii

INTRODUCTION ........................................................................................................... 1

   I.      VDARE's new material does not support its claim to irreparable harm. ................. 1

   II.     VDARE's new submissions will not establish its likelihood of success on the merits. ............................................................................................................... 3

   III.    VDARE's new material does not establish that an injunction would be in the public interest. ............................................................................................. 6

CONCLUSION ............................................................................................................ 6

i

# TABLE OF AUTHORITIES

**Cases**

*Americans for Prosperity v. Bonta*, 141 S.Ct. 2373 (2021) ............................................................ 3

*Anheuser-Busch, Inc. v. Abrams*, 71 N.Y.2d 327 (1988) .............................................................. 5

*Brown v. Socialist Workers '74 Campaign Comm.*, 459 U.S. 87 (1982) ...................................... 2

*Carpasso v. Carpasso*, 119 A.D.2d 268 (1st Dep't 1986) ............................................................ 8

*Dorsett v. Cnty. of Nassau*, 732 F.3d 157 (2d Cir. 2013) ............................................................ 4

*Mitchell v. Nat'l Broad. Co.*, 553 F.2d 265 (2d .Cir. 1977) ......................................................... 7

*NAACP v. Alabama*, 357 U.S. 449 (1958) .................................................................................... 3

*Nieves v. Bartlett*, 139 S.Ct. 1715 (2019) ................................................................................... 4

*Paz Sys., Inc. v. Dakota Grp. Corp.*, No. 05-cv-4763 (LDW) (WDW), 2006 WL 8430241

    (E.D.N.Y. June 16, 2006). .................................................................................................... 1

*Stensrud v. Rochester Genessee Regional Trans. Auth.*, No. 6:19-cv-6753 EAW, 2023 WL

    2941418 (W.D.N.Y. Apr. 14, 2023) ................................................................................... 7

*Trump v. James*, No. 1:21-cv-1352 (BKS/CFH), 2022 WL 1718951 (N.D.N.Y. May 27, 2022). 2,

    5

*United States v. El Paso Natural Gas Co.*, 376 U.S. 651 (1964) .................................................. 7

*VDARE Found. v. City of Colorado Springs*, 11 F.4th 1151 (10th Cir. 2021) ............................ 2

**AA1896**

## INTRODUCTION

After twice failing to persuade state courts of its entitlement to a stay and initially failing to proffer *any* evidence in support of its preliminary injunction, Plaintiff VDARE now submits new material in a belated attempt to rescue its motion. The Court need not credit this material at all. *See Paz Sys., Inc. v. Dakota Grp. Corp.*, No. 05-cv-4763 (LDW) (WDW), 2006 WL 8430241, at *4 (E.D.N.Y. June 16, 2006). But, even if credited, VDARE's submissions will not change the result—VDARE still has not carried its burden of establishing any of the three elements required for a preliminary injunction. VDARE's motion should be denied.

## I.     VDARE's new material does not support its claim to irreparable harm.

VDARE's new material broadly consists of three categories: (1) articles concerning canceled VDARE events, D.E. 39-2–39-4; (2) affidavits purportedly from anonymous contributors, D.E. 39-7, 39-8, 43-1, 43-2; and (3) a declaration from VDARE president Lydia Brimelow, D.E. 39-6. None of these exhibits help VDARE establish the irreparable harm required for a preliminary injunction.

First, VDARE's irreparable harm claim is foreclosed by the state court's subpoena compliance order. In assessing the constitutional validity of the OAG's subpoena, the state court reviewed similar submissions, *see* D.E. 35-13 at ¶¶ 8 (citing articles submitted as Exs. B–D in support of reply), and concluded that VDARE had "not established that the Subpoena would impair [VDARE's] own First Amendment rights." D.E. 35-8 at 7. The Court must accept that finding under the doctrine of res judicata. *Trump v. James*, No. 1:21-cv-1352 (BKS/CFH), 2022 WL 1718951, at *16–19 (N.D.N.Y. May 27, 2022).[1]

---

[1] Although not entitled to res judicata effect, the New York Appellate Division's denial of a stay pending appeal also rejected those arguments. D.E. 28.

**AA1897**

Second, even assuming VDARE's characterization of its submissions is accurate—and the OAG maintains that it is not—VDARE still has not explained how subpoena compliance will cause the injuries it fears.[2] VDARE asserts that the "public enmity attending publicity" will result in VDARE being unable to find any contractors willing to work with it. *See* D.E. 30 at 8; D.E. 38 at 6, *quoting Brown v. Socialist Workers '74 Campaign Comm.*, 459 U.S. 87, 98 (1982). But VDARE fails to explain how the OAG's investigative subpoena could cause the harmful publicity described in *Brown*, where vendor information would have been open to public inspection for years. *Cf. Brown*, 459 U.S. at 90. The OAG does not seek to publicize vendors' identities and has proposed a protective order to address VDARE's concerns. *See* D.E. 35-9. Despite having already disclosed many vendor names to the OAG, VDARE still has not agreed to the protective order, further showing its asserted First Amendment injury to be speculative.

Finally, VDARE wrongly asserts that its vendors have a freestanding "expectation of privacy" for their paid submissions to VDARE, a regulated entity. But the cases VDARE cites,

---

[2] VDARE's submissions once again fail to establish that it was denied service because of public opprobrium instead of safety or other reasons. As the OAG previously observed, the Tucson hotel canceled VDARE's event to protect the "safety and security of [its] guests and employees" after a similar gathering in Charlottesville turned violent. *See* D.E. 34 at 6 n.1 *contra* D.E. 39-4. The Tenaya Lodge in California explicitly canceled VDARE's event as an exercise of its own First Amendment rights because VDARE's values "are in conflict with [the lodge's] embracement of diversity among our employees and guests, including people of different cultures, lifestyles, creeds, nationalities, races, and ages." D.E. 39-3. And the Tenth Circuit definitively rejected VDARE's claim that the Cheyenne Mountain Resort in Colorado Springs canceled service because of threats from the city's mayor. *See VDARE Found. v. City of Colorado Springs*, 11 F.4th 1151, 1164–68 (10th Cir. 2021); *contra* D.E. 39-2, 39-6 at ¶ 9. The anonymous comment on the Washington Post website allegedly calling VDARE's neighbor "racist," *see* D.E. 39-5, 39-6 at ¶ 12, proves at most that VDARE's views are unpopular. It does not establish that the comment injured VDARE or any of its donors, members, or vendors. Nor does it establish that the comment injured even the woman it was allegedly directed toward—VDARE itself frequently uses similar invective. *See, e.g.*, VDARE, "After Nashville, Face It: 'Transgenders' are Nuts. 'Transphobia' is Rational. And Joe Biden is an Idiot." (Apr. 1, 2023), https://vdare.com/articles/after-nashville-face-it-transgenders-are-nuts-transphobia-is-rational-and-joe-biden-is-an-idiot.

2

*NAACP v. Alabama*, 357 U.S. 449 (1958), and *Americans for Prosperity v. Bonta*, 141 S.Ct. 2373 (2021), extend anonymity protection *only* to donors and uncompensated volunteers— individuals currently exempted from the OAG's subpoena—and with the caveat that even such protection can be superseded by a lawful investigation. As VDARE has already conceded, the OAG's authority as a regulator includes obtaining *vendors'* identities as part of a lawful investigation. *See* D.E. 30 at 11. And the Supreme Court has repeatedly affirmed that authority. *See, e.g.*, *NAACP*, 357 U.S. at 463–64 (observing that the NAACP "has not objected to divulging the identity of its members who are employed by or hold official positions within it"); *Ams. for Prosperity*, 141 S.Ct. at 2385–86 (2021) (affirming California's "important interest in preventing wrongdoing by charitable organizations" through a "subpoena or audit letter"). VDARE's vendors cannot reasonably expect their identities to be kept secret from a lawful investigation by the OAG's Charities Bureau after entering into financial transactions with a charity regulated by New York law. The affidavits asserting such an expectation are therefore irrelevant. *See* D.E. 39-7, 39-8, 43-1, 43-2.

## II. VDARE's new submissions will not establish its likelihood of success on the merits.

To prevail on its retaliation claim, VDARE must establish that the OAG's subpoena had no reasonable basis under New York law. *See, e.g.*, *Nieves v. Bartlett*, 139 S.Ct. 1715, 1722 (2019); *Dorsett v. Cnty. of Nassau*, 732 F.3d 157, 160 (2d Cir. 2013); *see generally* D.E. 12-1 at 17–18 (Defendant's motion to dismiss). The OAG has repeatedly described the ample cause for its investigation, which VDARE details, D.E.39-6 at ¶ 24 (Brimelow Decl.) —principally, but not exclusively, the Brimelows' apparent misuse of charitable funds to purchase a $1.4 million castle, use of that castle as a personal residence, conveyance of that castle to two corporations the Brimelows control without required regulatory approval or bona fide consideration, and

3

**AA1899**

additional unexplained payments to a third corporation they also control, all without approval of an independent board. *See, e.g.*, D.E. 12-1 at 17–21; D.E. 27 at 8–9; D.E. 34 at 10–11. These red flags were apparent from VDARE's public filings alone, and the law entitles the OAG to conduct further investigation to determine the full scope of misconduct. As the OAG has repeatedly emphasized, the identity of third-party contractors is therefore critical information for assessing VDARE's financial controls, board independence, and whether the Brimelows engaged in additional self-interested transactions not apparent from public filings.

The state court, examining the constitutionality of both the subpoena's justification and its scope, agreed. It ruled that the OAG's subpoena was justified by evidence of VDARE's self-dealing, D.E. 35-8 at 6–7, and constitutional in its scope, holding that "the identities of contractors…are precisely the records the [OAG] seeks to examine in its investigation of [VDARE's] alleged organizational misconduct," *id.* at 8. This Court must accept those findings under res judicata. *See Trump*, 2022 WL 1718951, at *16–19.

In a belated attempt to contradict the OAG's reasonable investigative basis, VDARE now submits an affidavit from Lydia Brimelow, its president, purporting to "fully substantiat[e]" the self-interested transactions she herself engaged in. D.E. 38; *see* D.E. 39-6 (Decl. of Lydia Brimelow). Of course, these new submissions do not defeat the res judicata effect of the state-court order. *See Trump*, 2022 WL 1718951, at *16–19. But they also would not change the result. Because this is an investigative subpoena, the law requires the Court to look at the reasonableness of the OAG's investigative purpose—not the self-serving denials of the investigated entity. To determine the reasonableness of the subpoena, the Court need not speculate on the ultimate outcome of any enforcement action; it must merely determine whether the facts available to the OAG justify its investigation. *See, e.g.*, *Anheuser-Busch, Inc. v.*

4

**AA1900**

*Abrams*, 71 N.Y.2d 327, 331–32 (1988) (holding an investigative subpoena is valid unless "the futility of the process to uncover anything legitimate is inevitable or obvious or where the information sought is utterly irrelevant to any proper inquiry" (cleaned up)). Tellingly, VDARE does not cite a single case establishing that the OAG must cease—or the Court must interrupt—a valid investigation based on a target's unilateral, unsubstantiated claims that it has done nothing wrong.

But even if that were the standard, Brimelow's own affidavit amplifies, rather than diminishes, the justification for the OAG's investigation. For example, Brimelow falsely claims that VDARE's board "has always had at least one…non-family member[], as is perfectly obvious from our filings." D.E. 39-6 at ¶ 37. But VDARE's IRS Form 990 from 2020—the year VDARE bought a castle and conveyed it to two corporations controlled by Lydia Brimelow— shows that VDARE's board consisted solely of Brimelows: Peter, Lydia, and John. *See* D.E. 12-4 at 7. VDARE accordingly lacked the board independence necessary to approve the castle transactions. As another example, Lydia Brimelow claims that her family "paid fair market rent" for living in the castle and another residence on the castle grounds, D.E. 39-6 at ¶¶ 31, 32, but that is by no means clear from the documents produced. The only evidence VDARE has ever proffered supporting this assertion is a purported lease for the second residence signed by Lydia Brimelow as both lessor (on behalf of her company BBB, LLC) and lessee. D.E. 25-8. Because Lydia Brimelow is both the party and the counter-party, the transaction is by definition self-dealing, and the "lease" raises more questions than it answers—a conclusion the state court already reached. *See* D.E. 35-8 at 7–8 (finding that the purported lease "underscore[s] the reasonableness of the Subpoena"). Rather than deflate the OAG's investigation, Brimelow's

**AA1901**

declaration has given it more oxygen.[3]

## III. VDARE's new material does not establish that an injunction would be in the public interest.

VDARE's submission again criticizes the state court for its supposed lack of independence but provides no legally valid basis for ignoring the res judicata effect of its order. Selecting a few instances where the state court's language was similar to that of the OAG's petition, VDARE claims that the state court violated a made-up rule against "judicial plagiarism." D.E. 38 at 3. The very cases VDARE cites establish that courts may adopt arguments from parties' briefs.[4] But even if doing so were error, the doctrine of res judicata prohibits this Court from reviewing any purported mistakes in the state court's order. *See, e.g.*, *Stensrud v. Rochester Genessee Regional Trans. Auth.*, No. 6:19-cv-6753 EAW, 2023 WL 2941418, at *5 (W.D.N.Y. Apr. 14, 2023) ("The doctrine of res judicata does not depend on whether the prior judgment was free from error. Otherwise, judgments would have no finality and the core rationale of the rule of res judicata repose would cease to exist." (quoting *Mitchell v. Nat'l Broad. Co.*, 553 F.2d 265, 272 (2d .Cir. 1977)). By respecting the rules of res judicata, and leaving the state court's order in place, this Court will advance the public interest in comity between sovereign courts.

## CONCLUSION

For the reasons described above, VDARE's motion for emergency injunctive relief

---

[3] Should the Court change its mind about resolving this motion on the papers, *see* D.E. 32, the OAG will seek leave for a deposition of Lydia Brimelow and such other discovery as necessary to probe these and other assertions in her declaration.

[4] VDARE quoted only the first half of a sentence from *United States v. El Paso Natural Gas Co.*, which, when completed, says exactly the opposite of what VDARE contends: "Those findings, though not the product of the workings of the district judge's mind, are formally his; they are not to be rejected out-of-hand, and they will stand if supported by evidence." 376 U.S. 651, 656 (1964). In *Carpasso v. Carpasso*, the lower court's error was in violating the specific

should be denied.

Dated: May 10, 2023

LETITIA JAMES
Attorney General for the State of New York
*Attorney for State Defendants*
<u>s/ Rick Sawyer</u>
Rick Sawyer
Special Counsel, Civil Rights Bureau

---

requirements of Domestic Law § 236(B)(5)(g), not the general practice of cribbing from briefs.
119 A.D.2d 268, 275 (1st Dep't 1986) (distinguishing that case from "the common practice…in
other cases" and considering "the burdens already placed on our busy trial parts").

**AA1903**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

212.416.6182
Richard.Sawyer@ag.ny.gov

July 27, 2023

**Via Electronic Filing**

Hon. Frederick J. Scullin, Jr.
Senior U.S. District Judge
Federal Building & U.S. Courthouse
P.O. Box 7255
Syracuse, New York 13261-7255

Re:     *VDARE Foundation, Inc.* v. *James*, No. 22-cv-1337

The Attorney General submits this letter in response to the Court's request for supplemental briefing on the res judicata effect of the state-court order on the Attorney General's pending motion to dismiss. D.E. 20 at 20–21. As the Court has found, res judicata bars the ultimate relief Plaintiff VDARE now seeks—an injunction that would impair the state court's order compelling Plaintiff VDARE to comply with the Attorney General's ongoing investigation of its misuse of charitable funds. Because the state court already considered and rejected each of VDARE's constitutional arguments, VDARE's lawsuit should be dismissed.

The Court has already ruled that the Attorney General has established each of the elements required to invoke res judicata: "(1) a final judgment on the merits, (2) identity or privity of parties, and (3) identity of claims in the two actions.'" *Divito v. Glennon*, 193 A.D.3d 1326, 1328 (4th Dep't 2021) (cleaned up). The Court held that "the State Supreme Court's decision was a final judgment on the merits…that the parties in the State Supreme Court and in this case are the same, that the claims in both actions arise out of the same series of transactions and that VDARE raised or could have raised all of its constitutional claims in the special proceeding in State Supreme Court." D.E. 50 at 20. In reaching that conclusion, the Court rejected each of VDARE's arguments against res judicata. *See id.* at 14–20.

Thus, the only question remaining to be decided is whether the preclusive effect of the state-court ruling applies with equal force to each of Plaintiff's causes of action. It does. Because none of VDARE's claims can survive res judicata, the Attorney General's motion to dismiss should be granted.

## I.      Count One, VDARE's declaratory relief claim was already litigated and decided in the Attorney General's favor.

The very arguments VDARE asserts in support of Count One, a request for declaratory relief under the First Amendment, were already rejected by the state court. VDARE seeks a declaration that the Attorney General's subpoena violates both *Americans for Prosperity Foundation v. Bonta*, 141 S. Ct. 2373 (2021), and *Evergreen Association, Inc. v. Schneiderman*, 153 A.D. 3d 87 (2d Dep't 2017), by seeking the identities of its transactional counterparties. *See* D.E. 1 (Compl.) at ¶¶ 34–38. But, as this Court recognized, the state court already analyzed identical First Amendment arguments and ruled that VDARE had "'not established that the Subpoena would impair its own First Amendment rights.'" D.E. 50 at 11 (quoting *People v. VDARE*, No. 453196/2022 (Sup. Ct. N.Y. Cnty. Jan. 19, 2023) at 7). VDARE's declaratory relief claim is therefore identical to constitutional claims the state court rejected, and it should be dismissed under res judicata. *See Trump v. James*, No. 1:21-cv-1352 (BKS/CFH), 2022 WL 1718951, at *16–19 (N.D.N.Y. May 27, 2022).

## II.     The state court's order precludes Count Two, VDARE's retaliation claim.

Count Two, VDARE's First Amendment retaliation claim, is barred because the state court has already ruled that the Attorney General's investigation was lawful and justified. To prevail on its retaliation claim, VDARE must show that "the adverse action against the plaintiff would not have been taken absent the retaliatory motive." *Nieves v. Bartlett*, 139 S.Ct. 1715, 1722 (2019). Such a claim fails if the adverse action was a lawful exercise of investigative power. *See Dorsett v. Cnty. of Nassau*, 732 F.3d 157, 160 (2d Cir. 2013).

The state court's preclusive ruling found that the Attorney General's investigation was a lawful exercise of its jurisdiction to investigate misconduct by New York charities. The state court concluded that the investigation was both justified by evidence of VDARE's self-dealing, D.E. 35-8 at 6–7, and constitutional in scope, holding that "the identities of contractors…are precisely the records the [Attorney General] seeks to examine in its investigation of [VDARE's] alleged organizational misconduct," *id.* at 8. These state-court rulings preclude this Court from reaching the contrary conclusion that the Attorney General's investigation was unjustified or pretextual. Count Two, therefore, must be dismissed as precluded. *See Trump*, 2022 WL 1718951, at *16–19.[1]

---

[1] Sovereign immunity bars Count Three, which seeks relief under the New York State Constitution. *See, e.g.*, *Alleyne v. N.Y. State Educ. Dep't*, 691 F. Supp. 2d 322, 335 (N.D.N.Y. 2010) ("Sovereign immunity bars state constitutional claims against the state, its agencies, or against its employees in their official capacity, regardless of the relief sought."). But this claim would also fail on the merits for the same reasons as VDARE's First Amendment claim. As VDARE concedes, the analysis for both claims is identical. D.E. 1 (Compl.) at ¶ 50.

**III.     Count Four, VDARE's permanent injunction request should meet the same fate as its preliminary injunction request.**

Res judicata also bars Count Four, VDARE's request for a permanent injunction. In denying VDARE's preliminary injunction, the Court correctly recognized that res judicata prohibited "an order temporarily restraining and enjoining Defendant during the pendency of this action from enforcing the [state-court] Decision and Order…directing VDARE to comply with Defendant's Subpoena." D.E. 50 at 20. Just as this Court cannot enter such interim relief, it also cannot order a *permanent* injunction impairing the state-court decision compelling subpoena compliance. This claim, too, is barred by res judicata. *See Trump*, 2022 WL 1718951, at *16–19.

Because each of VDARE's claims is barred by res judicata, the complaint should be dismissed.

Respectfully,

*/s/ Rick Sawyer*
Special Counsel

cc:     Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VDARE FOUNDATION, INC.,                       :
                                              :
                    Plaintiff,                :
                                              :      Civil Action No. 22-cv-1337 (FJS/CFH)
        - vs -                                :
                                              :
LETITIA JAMES, in her official capacity as    :      **NOTICE OF APPEAL**
Attorney General of the State of New York,    :
                                              :
                    Defendant.                :
                                              :
                                              :
-----------------------------------------------------------x

     **PLEASE TAKE NOTICE** that Plaintiff, VDARE Foundation, Inc., hereby appeals to the

United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order

entered in the above-captioned action on June 27, 2023, (ECF No. 50).

Dated: July 27, 2023                  /s/ Jay M. Wolman
                                Jay M. Wolman
                                RANDAZZA LEGAL GROUP, PLLC
                                *Office Address:*
                                43-10 Crescent Street, Ste. 1217
                                Long Island City, NY 11101
                                *Mailing Address:*
                                100 Pearl Street, 14th Floor
                                Hartford, CT 06103
                                Tel:  888-887-1776
                                ecf@randazza.com

                                Marc J. Randazza
                                RANDAZZA LEGAL GROUP, PLLC
                                30 Western Avenue
                                Gloucester, MA 01930
                                Tel: 888-887-1776
                                ecf@randazza.com

                                *Attorneys for Plaintiff,*
                                *VDARE FOUNDATION, INC.*

-1-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Jay M. Wolman
Jay M. Wolman



<div align="right">Jay Marshall Wolman, JD<br>Licensed in CT, MA, NY, DC</div>

<div align="right">July 27, 2023</div>

**Via Electronic Filing**
Hon. Frederick J. Scullin, Jr.
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

   *Re:*  *VDARE Foundation, Inc. v. James, No. 1:22-cv-01337-FJS-CFH*

Dear Judge Scullin:

  On June 27, 2023, upon denying VDARE's motion for preliminary injunction, the Court ordered that "the parties may supplement their prior submissions supporting or opposing Defendant's motion to dismiss, to address the issue of the effect of *res judicata* on that motion in a letter brief[.]" ECF No. 50. Defendant Letitia James is not entitled to a dismissal of this action on the grounds of *res judicata*. The motion to dismiss (ECF No. 12) should be denied.

  VDARE filed a four-count Verified Complaint (ECF No. 1) for a) Declaratory Relief under the 1st Amdt., seeking a declaration that the subject subpoena infringes speech and associational rights regarding contractors and vendors; b) Relief under Section 1983 for 1st and 14th Amdt. retaliation (subpoena issuance) for protected speech; c) Relief under Art. I, Sec. 8, of the N.Y. Constitution for retaliation (subpoena issuance) for protected speech; and d) Injunctive relief, enjoining the subpoena on the basis of the retaliation and unconstitutional probity of anonymous contractors and vendors. These claims are not precluded by the decision in the state court proceeding (ECF No. 35-8 at 9-10).

  In reaching its decision (which is on appeal), the state court made a single determination as to the First Amendment, and nothing under the N.Y. Constitution: that anonymity is unprotected if used to mask violations of the law, in furtherance of investigating conflicts of interest and board independence. Not only does that eviscerate anonymity, as any pretext can be conjured up,[1] but the state court failed to address

---

[1] "Congress has passed thousands of federal criminal statutes and has allowed federal agencies . . . to make thousands upon thousands more rules that carry criminal penalties," with criminal rules "cover[ing] everything from how runny ketchup can be to . . . just how friendly you can get with a pirate." Mike Chase, HOW TO BECOME A FEDERAL CRIMINAL: AN ILLUSTRATED HANDBOOK FOR THE ASPIRING OFFENDER 2 (2019). *Accord* Gary Fields and John R. Emshwiller, *Many Failed Efforts to Count Nation's Federal Criminal Laws*, THE WALL STREET JOURNAL (July 23, 2011), https://www.wsj.com/articles/SB10001424052702304319804576389601079728920.



Defendant's retaliatory motive and whether the subpoena survives First Amendment scrutiny on that basis.

In denying Plaintiff's motion for a preliminary injunction, the Court determined that the requested relief was barred by *res judicata*. This was reversible error that the Court should not perpetuate to dismiss this action.[2] In determining "whether preclusion, with its severe consequences, would be fair under the particular circumstances. . .[d]oubts should be resolved against imposing. . . ." *Buechel v. Bain*, 97 N.Y.2d 295, 305 (2001). It is axiomatic that estoppel "is grounded on concepts of fairness and should not be rigidly or mechanically applied." *Juan C. v. Cortines*, 657 N.Y.S.2d 581, 585 (1997). Collateral estoppel in particular "should not be mechanically applied" even when "some of its formal prerequisites, like identity of parties, identity of issues, a final and valid prior judgment and a full and fair opportunity to litigate the prior determination, may be present." *People v. Roselle*, 84 N.Y.2d 350, 357 (1994); *see also*, *Gilberg v. Barbieri*, 53 N.Y.2d 285, 441 N.Y.S.2d 49, 51 (1981). "Because the doctrine is based on general notions of fairness there are few immutable rules." *Gilberg*, 441 N.Y.S. 2d at 50. If so, it is certainly not "immutable" that *res judicata* follows from the decision of the state court.

There can be no *res judicata* in the sense of claim preclusion because VDARE's claims were not determined by the New York Courts. Defendant expressly denied that the same cause of action was involved in the two separate proceedings. To quote Defendant:

> Here, the federal action commenced by VDARE and the subpoena-compliance proceeding initiated by OAG four days later <u>are not the "same cause of action"</u>: VDARE and OAG respectively seek different relief, and the relief sought by OAG in the state-court proceeding (that is, an order mandating compliance with an OAG investigative subpoena) is not even available to it in federal court.

ECF No. 29-2 at 18 (emphasis added). Defendant prevailed in that position, and she is, therefore, estopped from arguing *res judicata* All three elements of judicial estoppel are present: First, Defendant's later position is 'clearly inconsistent' with her earlier position; Second, her former position has been adopted in some way by the court in the earlier proceeding; and Third, the party asserting the two positions (Defendant) would derive an unfair advantage. *DeRosa v. National Envelope Corp.*, 595 F.3d 99, 103 (2nd Cir, 2010), *citing New Hampshire v. Maine*, 532 US 742, 750-51 (2001).

What Defendant appears to be arguing instead is *res judicata* in the sense of "issue preclusion" or collateral estoppel. But as set forth above, issue preclusion is not rigid; it

---

[2] Plaintiff is appealing the Court's order and will seek an injunction pending appeal.



always turns on equity. Here, at least three factors bar equitable relief in favor of Defendant.

First, Defendant took inconsistent positions on the need for the identities of VDARE's writers. To this Court, Defendant stated that it does "not seek any information regarding the development or publication of VDARE's online content." [viz. the identity of VDARE's writers]. ECF No. 12-1, at pp. 8-9. But, in the state court, before a tribunal which was less "likely to enforce the constitutional rights of unpopular minorities." *England v. Louisiana State Board of Medical Examiners*, 375 U.S. 411, 418 (1964) (Douglas, J., concurring), Defendant made a contrary representation: "the identities of contractors — including writers who contribute to the website — these are precisely the records the OAG must examine in its investigation of VDARE's organizational misconduct."[3] ECF. No. 25-14 at 16.

Second, Defendant repeatedly rejected VDARE's attempts to meet and confer about the castle purchase and transactions. ECF No. 26, pp. 17-19. Despite Defendant's innuendo, these transactions have all been completely above-board. Were VDARE permitted to lay concerns about the castle to rest, Defendant would be left with *de minimis* regulatory paper cuts which could not possibly justify her harassing, overbroad subpoena.[4]

Third, Defendant was only able to secure her rushed judgment in state court by falsely securing an extension here. ECF No. 26, p. 7. Defendant claimed sickness in her office and the Christmas holidays, but used that time to rush through a summary procedure in state court. Equity dictates against application of issue preclusion.

---

[3] Defendant's position before the state court was not simply opposed to that here, it was constitutionally repugnant under long-settled precedent. *See e.g.* **Error! Main Document Only.***Talley v California*, 362 U.S. 60, 64-65 (1960); **Error! Main Document Only.** *U.S. v. Rumely*, 345 US 41, 57-58 (1953) (Douglas, J., concurring).

[4] Defendant has never squarely denied that her real intent is to suppress VDARE's speech. *Cf. NYSCEF Doc. 55 and 57 of New York State ECF, NY County Index No. 453196/2022*. **Error! Main Document Only.**Plausible allegations that the chief legal officer of New York state is abusing her office to suppress core First Amendment speech should command the strictest scrutiny from the judiciary, rather than serving as an opportunity to punt on a narrow and rigidly enforced technicality.

Defendant's pattern of regulatory harassment included subpoenas to Facebook on the suspect ground that VDARE was engaged in "hate speech." ECF No. 12-15. Yet, the First Amendment has long been interpreted to protect such speech. In this regard **Error! Main Document Only.***Matal v. Tam*, 137 S. Ct. 1744, 1766 (2017), **Error! Main Document Only.**was no innovation but rested on well-established First Amendment principles.



Further, contrary to the Court's determinations on pp. 16-17 of its Order, VDARE did not receive a full and fair opportunity to litigate its First Amendment claims in the state court; that inquiry is strictly construed in favor of the party hoping to avoid issue preclusion. "As the consequences of a determination that a party is collaterally estopped from litigating a particular issue are great, strict requirements for application of the doctrine must be satisfied to insure that a party not be precluded from obtaining at least one full hearing on his or her claim." *Gramatan Home Investors Corp. v. Lopez*, 414 N.Y.S.2d 308, 311 (1979). Factors to be weighed include "the size of the claim, the forum of the prior litigation, the use of initiative, the extent of the litigation, the competence and experience of counsel, the availability of new evidence, indications of a compromise verdict, differences in the applicable law and foreseeability of future litigation." *Gilberg v. Barbieri*, 53 N.Y.2d 285, 441 N.Y.S.2d 49, 51-52 (1981). Here the forum of the prior litigation, the use of initiative, the extent of the litigation, the competence and experience of counsel,[5] and the foreseeability of future litigation all weigh heavily in VDARE's favor and against Defendant.

The prior forum was summary proceeding in a Manhattan New York state court. Summary proceedings in New York do not provide a right to discovery. CPLR 408; *Sprecher v. Graber*, 716 F.2d 968, 972 (2nd Cir. 1983). Thus, VDARE did not have a full and fair opportunity to litigate the retaliatory nature of the subpoena. Neither Defendant nor her agents were potentially subject to deposition or document production. This alone forecloses preclusive effect on the Second, Third, and Fourth causes of action, which address retaliation.

Similarly, there was no opportunity to take discovery as to the purported permission under *Arista Records LLC v. Doe*, 604 F.3d 110, 118-119 (2nd Cir. 2010) on whether contractors and vendors may be unmasked in these circumstances. *Arista Records* set forth the factors that must be addressed:

> (1) the concreteness of the [subpoenaing party's] showing of a *prima facie* claim of actionable harm, (2) the specificity of the discovery request, (3) the absence of alternative means to obtain the subpoenaed information, (4) the need for the subpoenaed information to advance the claim, and (5) the objecting party's expectation of privacy.

604 F.3d at 119 (cleaned up). The state court addressed none of these factors and, importantly, because it was a summary proceeding, VDARE was unable to take discovery on 1) concreteness; 3) alternative means; or 4) need. Defendant was on a fishing expedition, with only a threadbare assertion of impropriety. Absent discovery (or argument

---

[5] With all respect to prior counsel, undersigned counsel has a broader reputation in First Amendment litigation.



by Defendant that she met the *Arista Records* factors), there was no full nor fair opportunity to litigate at least the First and Fourth causes of action.

Nor can VDARE be accused of a lack of initiative. VDARE filed this action first and pinned its hopes on the sophistication of a federal forum. "There are fundamental objections to any conclusion that a litigant who has properly invoked the jurisdiction of a Federal District Court to consider federal constitutional claims can be compelled, without his consent and through no fault of his own, to accept instead a state court's determination of those claims." *England,* 375 U.S. at 415.

Perhaps most telling is the "extent of the litigation" in the state court. This was a summary proceeding concluded only two business days after the initial return date, where the state court held no evidentiary hearings and took no evidence. *See Matusick v. Erie Cnty. Water Auth*., 757 F.3d 31, 48 n.12 (2nd Cir. 2014) (comparing corollary proposition as to whether an issue is "actually litigated"). It would not be accurate to say that the state court granted Defendant's motion over heavily disputed facts because the state court did not adjudicate factual disputes.

Finally, it was reasonably foreseeable there would be further litigation in this venue. Indeed, VDARE did not split its claim between two competing forums, but it was forced into piecemeal litigation by Defendant. Insofar as *res judicata* is designed to ensure a party is not unduly "vexed by multiple suits" (*Brown v. Lockwood*, 432 N.Y.S.2d 186, 200 76 A.D.2d 721 (2d Dept. 1980)), it has no application here. The multiple suits are the result of Defendant's needless multiplication of litigation.

This is a case where estoppel "if applied too rigidly, could work considerable injustice. "In properly seeking to deny a litigant two 'days in court,' courts must be careful not to deprive him of one." *Laundau v. LaRossa, Mitchell & Ross,* 11 NY. 3d 8, 14 (2008) (quoting *Reilly v. Reid*, 45 N.Y.2d 24, 28-29 (1978)). That deprivation must not be used to suborn First Amendment violations. Defendant did not anticipatorily argue that *res judicata* would apply, it does not apply, and none of her other arguments in support of dismissal (ECF No. 12-1) are availing. The motion to dismiss must, therefore, be denied.

Respectfully submitted,

Jay M. Wolman
Marc J. Randazza

cc:     Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

VDARE FOUNDATION, INC.,                           :
                                                  :
                        Plaintiff,                :
                                                  :        Civil Action No. 22-cv-1337 (FJS/CFH)
        - vs -                                    :
                                                  :
LETITIA JAMES, in her official capacity as        :        **NOTICE OF MOTION FOR**
Attorney General of the State of New York,        :        **INJUNCTION PENDING APPEAL**
                                                  :
                        Defendant.                :
                                                  :
                                                  :
--------------------------------------------------------x

     **PLEASE TAKE NOTICE** that Plaintiff, VDARE Foundation, Inc., moves this Court for

an Order under Rule 62 of the Federal Rules of Civil Procedure and Rule 8 of the Federal Rules

of Appellate Procedure enjoining enforcement of Defendant's subpoena, made subject of this suit,

pending appeal to the United States Court of Appeals for the Second Circuit, as well as any further

relief this Court may deem just and proper. The basis for this request is set forth in the

accompanying memorandum of law and exhibits thereto.

     Oral argument is requested at this time.

Dated:  August 24, 2023.                          /s/ Jay M. Wolman
                                                  _____
                                                  Jay M. Wolman
                                                  RANDAZZA LEGAL GROUP, PLLC
                                                  *Office Address:*
                                                  43-10 Crescent Street, Ste. 1217
                                                  Long Island City, NY 11101
                                                  *Mailing Address:*
                                                  100 Pearl Street, 14th Floor
                                                  Hartford, CT 06103
                                                  Tel:  888-887-1776
                                                  Email: jmw@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel:  888-887-1776
Email: ecf@randazza.com

*Attorneys for Plaintiff,*
*VDARE FOUNDATION, INC.*

**AA1915**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Jay M. Wolman
Jay M. Wolman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

VDARE FOUNDATION, INC.,      :
     :
           Plaintiff,      :
     :      Civil Action No. 22-cv-1337 (FJS/CFH)
     - vs -      :
     :
LETITIA JAMES, in her official capacity as      :   **MEMORANDUM OF LAW IN**
Attorney General of the State of New York,      :   **SUPPORT OF PLAINTIFF'S**
     :   **MOTION FOR INJUNCTION**
           Defendant.      :   **PENDING APPEAL**
     :
     :

------------------------------------------------------x

**VDARE FOUNDATION, INC.**
Plaintiff

By:

     Jay M. Wolman
     RANDAZZA LEGAL GROUP, PLLC
     *Office Address:*
     43-10 Crescent Street, Ste. 1217
     Long Island City, NY 11101
     *Mailing Address:*
     100 Pearl Street, 14th Floor
     Hartford, CT 06103
     Tel: 888-887-1776
     Email: jmw@randazza.com

     Marc J. Randazza
     RANDAZZA LEGAL GROUP, PLLC
     30 Western Avenue
     Gloucester, MA 01930
     Tel: 888-887-1776
     Email: ecf@randazza.com

**TABLE OF CONTENTS**

TABLE OF AUTHORITIES ............................................................................... III

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S  MOTION FOR INJUNCTION
PENDING APPEAL ............................................................................................ 1

  1.0    Legal Standard ....................................................................................... 1

  2.0    VDARE has a Strong Likelihood of Success of the Merits ........................... 2

    2.1   The Relief Sought is Not Barred by Res Judicata ................................ 2

    2.2   The Subpoena Infringes Upon the First Amendment ........................... 9

  3.0    The Remaining Preliminary Injunction Factors Favor VDARE .................... 14

  4.0    Injunctive Relief is Highly Justified....................................................... 15

# TABLE OF AUTHORITIES

## CASES

*Agudath Isr. of Am. v. Cuomo,*
980 F.3d 222 (2d Cir. 2020)......................................................................... 1

*Agudath Israel v. Cuomo,*
983 F.3d 620 (2d Cir. 2020)..................................................................... 9, 14

*Ams for Prosperity Found v. Bonta,*
141 S Ct. 2373 (2021) ............................................................................ 10, 12

*Arista Records LLC v. Doe,*
604 F.3d 110 (2nd Cir. 2010).............................................................. 8, 10, 14

*Brown v. Lockwood,*
432 N.Y.S.2d 186, 200 76 A.D.2d 721 (2d Dept. 1980)................................ 9

*Brown v. Socialist Workers '74 Committee (Ohio),*
459 U.S. 87 (1982) ...................................................................................... 12

*Buechel v. Bain,*
97 N.Y.2d 295 (2001) .................................................................................... 4

*Church of Am. Knights of the Klu Klux Klan v. Kerik,*
356 F.3d 197 (2d Cir. 2004)......................................................................... 16

*Citibank, N.A. v. Citytrust,*
756 F. 2d 273 (2d Cir. 1985)........................................................................ 12

*Cornelio v. Connecticut,*
32 F.4th 160 (2d Cir. 2022)......................................................................... 16

*Dayton Christian Schools v. Ohio Civil Rights Com.,*
604 F. Supp. 101 (S.D. Ohio Jul. 30, 1984) ............................................... 14

*DeRosa v. National Envelope Corp.,*
595 F.3d 99 (2nd Cir. 2010).......................................................................... 5

*Elrod v. Burns,*
427 U.S. 347 (1976) ..................................................................................... 12

*England v. Louisiana State Board of Medical Examiners,*
375 U.S. 411 (1964) .................................................................................. 6, 8

*Evergreen Ass'n, Inc. v. Schneiderman,*
153 A.D.3d 87 (2d Dept. 2017).................................................................... 12

*Gilberg v. Barbieri,*
    53 N.Y.2d 285, 441 N.Y.S.2d 49 (1981) ............................................................. 5, 7

*Gramatan Home Investors Corp. v. Lopez,*
    414 N.Y.S.2d 308 (1979) .................................................................................. 7

*Hartford Courant Co., LLC v. Carroll,*
    986 F.3d 211 (2d Cir. 2021)............................................................................. 15

*James v. VDARE Foundation, Inc.,*
    Index No. 453196/2022 (Sup. Ct. N.Y. Cnty. 2022)........................................ 3, 6

*Juan C. v. Cortines,*
    657 N.Y.S.2d 581 (1997) ................................................................................. 4

*Kuczinski v. City of New York,*
    352 F. Supp. 3d 314 (S.D.N.Y. Jan. 18, 2019) ................................................ 9

*Laundau v. LaRossa, Mitchell & Ross,*
    11 NY. 3d 8 (2008) ......................................................................................... 9

*Lorillard Tobacco Co. v. Reilly,*
    533 U.S. 525 (2001) ........................................................................................ 16

*Matal v. Tam,*
    137 S. Ct. 1744 (2017) .................................................................................... 6

*Matusick v. Erie Cnty. Water Auth.,*
    757 F.3d 31 (2nd Cir. 2014)............................................................................ 9

*Mohammed v. Reno,*
    309 F.3d 95 (2d Cir. 2002).............................................................................. 15

*Mullins v. City of New York,*
    307 Fed. Appx. 585 (2d Cir. 2009) ................................................................ 12

*N.Y. Progress & Prot. PAC v. Walsh,*
    733 F.3d 483 (2d Cir. 2013)............................................................................ 10, 15

*NAACP v. Alabama ex rel. Patterson,*
    357 U.S. 449 (1958) ........................................................................................ 10, 12

*New Hampshire v. Maine,*
    532 US 742  (2001) ......................................................................................... 5

*New York v. U.S. Dep't of Homeland Sec.,*
    974 F.3d 210 (2d Cir. 2020)............................................................................ 1

**AA1920**

*Nixon v. Adm'r of General Servs.*,
433 U.S. 425 (1977) ................................................................ 15

*Nken v. Holder*,
556 U.S. 418 (2009) ................................................................ 15

*People v. Roselle*,
84 N.Y.2d 350 (1994) .............................................................. 5

*Reilly v. Reid*,
45 N.Y. 2d 24 (1978) ............................................................... 9

*Republican Party v. White*,
416 F.3d 738 (8th Cir. 2005) ................................................. 15

*Respect Maine PAC v. McKee*,
562 U.S. 996 (2010) ................................................................ 1

*Sprecher v. Graber*,
716 F.2d 968 (2nd Cir. 1983) ................................................ 7

*Talley v. California*,
362 U.S. 60 (1960) ............................................................ 6, 16

*Tough Traveler, Ltd. v. Outbound Prods.*,
60 F.3d 964 (2d Cir. 1995) .................................................... 12

*U.S. v. Rumely*,
345 US 41 (1953) .................................................................... 6

*Wheeler v. United States*,
640 F.2d 1116 (9th Cir. 1981) ............................................... 15

*Winter v. NRDC, Inc.*,
555 U.S. 7 (2008) .................................................................... 1

**STATUTES**

28 U.S.C. §1746 .................................................................... 13

42 U.S.C. § 1983 .................................................................... 2

CPLR 2308 ............................................................................. 3

CPLR 311 ............................................................................... 2

CPLR 408 ............................................................................... 7

N-PCL § 306 .......................................................................... 2

**AA1921**

## RULES

Fed. R. App. P. 8 ................................................................................................. 1

Fed. R. Civ. P. 62 ............................................................................................... 1

Fed. R. Civ. P. 65 ............................................................................................. 13

## CONSTITUTIONAL PROVISIONS

N.Y. Constitution Art. I, Sec. 8 ......................................................................... 2

**AA1922**

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S
## MOTION FOR INJUNCTION PENDING APPEAL

To avoid prejudicing Plaintiff VDARE Foundation, Inc. ("VDARE"), while pursuing its appeal of this Court's Order of June 27, 2023 (ECF No. 50), VDARE respectfully requests this Honorable Court, pursuant to Fed. R. Civ. P. 62(d) & Fed. R. App. P. 8(a)(1)(C), enjoin the enforcement of the subpoena of Defendant Letitia James to the extent it requires production of constitutionally-protected information. As previously set forth in VDARE's letter-brief on the question of *res judicata*, and as argued *vis a vis* the preliminary injunction motion, this Court erred in determining that prior state court litigation was dispositive of the preliminary injunction motion, and that ruling is likely to be reversed on appeal. And, on such reversal, the preliminary injunction would enter. An injunction pending appeal, therefore, is necessary to preserve the status quo.

### 1.0    Legal Standard

VDARE recognizes that, to obtain an injunction from a district court, it must show that (1) it is likely to succeed on the merits; (2) it is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in its favor; and (4) an injunction is in the public interest. *See Winter v. NRDC, Inc*., 555 U.S. 7, 20 (2008). Under the related avenue of relief under Fed. R. App. P. 8, to obtain a stay of a district court's order pending appeal, more is required, including a "strong showing that [the movant] is likely to succeed on the merits." *New York v. U.S. Dep't of Homeland Sec.,* 974 F.3d 210, 214 (2d Cir. 2020). Beyond that, for an injunction pending appeal, a "significantly higher justification" is required. *Agudath Isr. of Am. v. Cuomo*, 980 F.3d 222, 225-226 (2d Cir. 2020) quoting *Respect Maine PAC v. McKee,* 562 U.S. 996, 996 (2010). Here, VDARE is strongly likely to succeed, and the First Amendment issues at stake highly justify the issuance of an injunction pending appeal.

**AA1923**

## 2.0     VDARE has a Strong Likelihood of Success of the Merits

On appeal, VDARE has a strong likelihood of success.  First, the Court erred in determining that *res judicata* precluded issuance of the requested preliminary injunction.  Second, on the merits of the underlying motion itself, the First Amendment protections for anonymous contractors overwhelmingly necessitate a stay of the enforcement of Defendant's subpoena.

### 2.1     The Relief Sought is Not Barred by Res Judicata

On June 24, 2022, Defendant issued a subpoena *duces tecum* to VDARE, ostensibly pursuant to CPLR 311 and N-PCL § 306, commanding production by July 25, 2022.  On July 2 & 20, 2022, VDARE requested the subpoena be withdrawn and, on the latter date, served specific objections to the subpoena, including raising objections where the subpoena infringed upon First Amendment protections of anonymity.  (ECF No. 12-16).  Following discussions and negotiations, as acknowledged by Defendant, VDARE produced thousands of pages of documents.  *See* ECF No. 12-1 at 9.  However, Defendant continued to demand documents that would unmask anonymous vendors and contributors, insisting on production by December 12, 2022.  (ECF No. 12-22).

To avoid infringement of its First Amendment rights and those anonymous contractors, on December 12, 2022, VDARE filed a four-count Verified Complaint (ECF No. 1) for a) Declaratory Relief under the 1st Amdt., seeking a declaration that the subject subpoena infringes speech and associational rights regarding contractors and vendors; b) Relief under Section 1983 for 1st and 14th Amdt. retaliation (subpoena issuance) for protected speech; c) Relief under Art. I, Sec. 8, of the N.Y. Constitution for retaliation (subpoena issuance) for protected speech; and d) Injunctive relief, enjoining the subpoena on the basis of the retaliation and unconstitutional probity of anonymous contractors and vendors.

Rather than face Federal judicial scrutiny over its infringement of the First Amendment, Defendant, two days later, filed a petition under CPLR 2308, styled *James v. VDARE Foundation, Inc.*, N.Y. County Index No. 453196/2022, to enforce the subpoena in its entirety. (ECF No. 12-3). On January 23, 2023, the New York County Supreme Court issued a Decision and Order commanding compliance with the subpoena; though it had some limitations, protection of anonymous contractors (contributors and vendors) was not among them. (ECF No. 15). In reaching its decision (which is on appeal), the state court made a single determination as to the First Amendment, and nothing under the N.Y. Constitution: that anonymity is unprotected if used to mask violations of the law, in furtherance of investigating conflicts of interest and board independence. This decision eviscerates anonymity, as any pretext can be conjured up,[1] and the state court failed to address Defendant's retaliatory motive and whether the subpoena survives First Amendment scrutiny on that basis.

VDARE has taken an appeal of the Supreme Court's order to the Appellate Division, First Department Case No. 2023-00672. VDARE sought a stay of enforcement pending appeal, which was denied on March 9, 2023. (ECF No. 28). Although the state court appeal remains pending, VDARE was left with no choice but to seek a temporary restraining order and/or preliminary injunction in this Court, which it filed on March 21, 2023. (ECF No. 29).

While the preliminary injunction motion was pending, Defendant agreed to not further enforce her subpoena. (ECF No. 32). However, on June 28, 2023, the very day following this

---

[1] "Congress has passed thousands of federal criminal statutes and has allowed federal agencies . . . to make thousands upon thousands more rules that carry criminal penalties," with criminal rules "cover[ing] everything from how runny ketchup can be to . . . just how friendly you can get with a pirate." Mike Chase, HOW TO BECOME A FEDERAL CRIMINAL: AN ILLUSTRATED HANDBOOK FOR THE ASPIRING OFFENDER 2 (2019). *Accord* Gary Fields and John R. Emshwiller, *Many Failed Efforts to Count Nation's Federal Criminal Laws*, THE WALL STREET JOURNAL (July 23, 2011), https://www.wsj.com/articles/SB10001424052702304319804576389601079728920.

Court's order denying the preliminary injunction, before VDARE could even determine how to proceed, Defendant transmitted a letter demanding compliance by July 5, 2023. (**Exhibit A**, Letter from A. Mendelson, June 28, 2023). VDARE responded on July 5, 2023, that compliance by that arbitrary deadline would be impossible in light of a replacement of counsel who had handled initial production. (**Exhibit B** Letter from F. Kelly, July 5, 2023). On July 12, 2023, Defendant responded, insisting on production by August 1, 2023. (**Exhibit C**, Letter from A. Mendelson, July 12, 2023).

On August 1, 2023, VDARE sent a letter to Defendant and her counsel advising them of how their persistence in seeking to enforce the subpoena violated the New York Rules of Professional Conduct, as the prior production demonstrated no proper basis for the issuance; that they now had sufficient documentation to satisfy themselves (as any reasonable person would see) there was nothing improper relating to transactions involving a building purchased by VDARE. (**Exhibit D**, Letter from F. Kelly, Aug. 1, 2023). In the interim, on July 27, 2023, the parties transmitted their letter-briefs on the issue of *res judicata* (ECF Nos. 51 & 54), and VDARE took its appeal from the order denying the preliminary injunction (ECF No. 53).

In denying Plaintiff's motion for a preliminary injunction, the Court determined that the requested relief was barred by *res judicata*. This was reversible error. In determining "whether preclusion, with its severe consequences, would be fair under the particular circumstances. . .[d]oubts should be resolved against imposing. . . ." *Buechel v. Bain*, 97 N.Y.2d 295, 305 (2001). It is axiomatic that estoppel "is grounded on concepts of fairness and should not be rigidly or mechanically applied." *Juan C. v. Cortines*, 657 N.Y.S.2d 581, 585 (1997). Collateral estoppel in particular "should not be mechanically applied" even when "some of its formal prerequisites, like identity of parties, identity of issues, a final and valid prior judgment and a full and fair opportunity

to litigate the prior determination, may be present." *People v. Roselle*, 84 N.Y.2d 350, 357 (1994); *see also*, *Gilberg v. Barbieri*, 53 N.Y.2d 285, 441 N.Y.S.2d 49, 51 (1981). "Because the doctrine is based on general notions of fairness there are few immutable rules." *Gilberg,* 441 N.Y.S. 2d at 50. If so, it is certainly not "immutable" that *res judicata* follows from the decision of the state court.

There can be no *res judicata* in the sense of claim preclusion because VDARE's claims were not determined by the New York Courts. Defendant expressly denied that the same cause of action was involved in the two separate proceedings. To quote Defendant:

> Here, the federal action commenced by VDARE and the subpoena-compliance proceeding initiated by OAG four days later <u>are not the "same cause of action"</u>: VDARE and OAG respectively seek different relief, and the relief sought by OAG in the state-court proceeding (that is, an order mandating compliance with an OAG investigative subpoena) is not even available to it in federal court.

ECF No. 29-2 at 18 (emphasis added). Defendant prevailed in that position, and she is, therefore, estopped from arguing *res judicata* All three elements of judicial estoppel are present: First, Defendant's later position is 'clearly inconsistent' with her earlier position; Second, her former position has been adopted in some way by the court in the earlier proceeding; and Third, the party asserting the two positions (Defendant) would derive an unfair advantage. *DeRosa v. National Envelope Corp.*, 595 F.3d 99, 103 (2nd Cir. 2010), *citing New Hampshire v. Maine*, 532 US 742, 750-51 (2001).

What Defendant appears to be arguing instead is *res judicata* in the sense of "issue preclusion" or collateral estoppel, although she does couch it in the language of claim preclusion (ECF No. 51). But as set forth above, issue preclusion is not rigid; it always turns on equity. Here, at least three factors bar equitable relief in favor of Defendant.

- 5 -

First, Defendant took inconsistent positions on the need for the identities of VDARE's writers.  To this Court, Defendant stated that it does "not seek any information regarding the development or publication of VDARE's online content." [viz. the identity of VDARE's writers]. ECF No. 12-1, at pp. 8-9.  But, in the state court, before a tribunal which was less "likely to enforce the constitutional rights of unpopular minorities." *England v. Louisiana State Board of Medical Examiners*, 375 U.S. 411, 418 (1964) (Douglas, J., concurring), Defendant made a contrary representation: "the identities of contractors — including writers who contribute to the website — these are precisely the records the OAG must examine in its investigation of VDARE's organizational misconduct."[2] ECF. No. 25-14 at 16.

Second, Defendant repeatedly rejected VDARE's attempts to meet and confer about the castle purchase and transactions. ECF No. 26, pp. 17-19.  Despite Defendant's innuendo, these transactions have all been completely above-board.  Were VDARE permitted to lay concerns about the castle to rest, Defendant would be left with *de minimis* regulatory paper cuts which could not possibly justify her harassing, overbroad subpoena.[3]

Third, Defendant was only able to secure her rushed judgment in state court by falsely securing an extension here.  ECF No. 26, p. 7.  Defendant claimed sickness in her office and the

---

[2] Defendant's position before the state court was not simply opposed to that here, it was constitutionally repugnant under long-settled precedent.  *See e.g. Talley v. California*, 362 U.S. 60, 64-65 (1960);  *U.S. v. Rumely*, 345 US 41, 57-58 (1953) (Douglas, J., concurring).

[3] Defendant has never squarely denied that her real intent is to suppress VDARE's speech.  *Cf. NYSCEF Doc. 55 and 57 of New York State ECF, NY County Index No. 453196/2022*.  Plausible allegations that the chief legal officer of New York state is abusing her office to suppress core First Amendment speech should command the strictest scrutiny from the judiciary, rather than serving as an opportunity to punt on a narrow and rigidly enforced technicality.

Defendant's pattern of regulatory harassment included subpoenas to Facebook on the suspect ground that VDARE was engaged in "hate speech."  ECF No. 12-15.  Yet, the First Amendment has long been interpreted to protect such speech.  In this regard *Matal v. Tam*, 137 S. Ct. 1744, 1766 (2017), was no innovation but rested on well-established First Amendment principles.

**AA1928**

Christmas holidays, but used that time to rush through a summary procedure in state court. Equity dictates against application of issue preclusion.

Further, contrary to the Court's determinations on pp. 16-17 of its Order, VDARE did not receive a full and fair opportunity to litigate its First Amendment claims in the state court; that inquiry is strictly construed in favor of the party hoping to avoid issue preclusion. "As the consequences of a determination that a party is collaterally estopped from litigating a particular issue are great, strict requirements for application of the doctrine must be satisfied to insure that a party not be precluded from obtaining at least one full hearing on his or her claim." *Gramatan Home Investors Corp. v. Lopez*, 414 N.Y.S.2d 308, 311 (1979). Factors to be weighed include "the size of the claim, the forum of the prior litigation, the use of initiative, the extent of the litigation, the competence and experience of counsel, the availability of new evidence, indications of a compromise verdict, differences in the applicable law and foreseeability of future litigation." *Gilberg v. Barbieri*, 53 N.Y.2d 285, 441 N.Y.S.2d 49, 51-52 (1981). Here the forum of the prior litigation, the use of initiative, the extent of the litigation, the competence and experience of counsel,[4] and the foreseeability of future litigation all weigh heavily in VDARE's favor and against Defendant.

The prior forum was summary proceeding in a Manhattan New York state court. Summary proceedings in New York do not provide a right to discovery. CPLR 408; *Sprecher v. Graber*, 716 F.2d 968, 972 (2nd Cir. 1983). Thus, VDARE did not have a full and fair opportunity to litigate the retaliatory nature of the subpoena. Neither Defendant nor her agents were potentially subject

---

[4] With all respect to prior counsel, undersigned counsel has a broader reputation in First Amendment litigation.

to deposition or document production. This alone forecloses preclusive effect on the Second, Third, and Fourth causes of action, which address retaliation.

Similarly, there was no opportunity to take discovery as to the purported permission under *Arista Records LLC v. Doe*, 604 F.3d 110, 118-119 (2nd Cir. 2010) on whether contractors and vendors may be unmasked in these circumstances. *Arista Records* set forth the factors that must be addressed:

> (1) the concreteness of the [subpoenaing party's] showing of a *prima facie* claim of actionable harm, (2) the specificity of the discovery request, (3) the absence of alternative means to obtain the subpoenaed information, (4) the need for the subpoenaed information to advance the claim, and (5) the objecting party's expectation of privacy.

604 F.3d at 119 (cleaned up). The state court addressed none of these factors and, importantly, because it was a summary proceeding, VDARE was unable to take discovery on 1) concreteness; 3) alternative means; or 4) need. Defendant was on a fishing expedition, with only a threadbare assertion of impropriety. Absent discovery (or argument by Defendant that she met the *Arista Records* factors), there was no full nor fair opportunity to litigate the claims.

Nor can VDARE be accused of a lack of initiative. VDARE filed this action first and pinned its hopes on the sophistication of a federal forum. "There are fundamental objections to any conclusion that a litigant who has properly invoked the jurisdiction of a Federal District Court to consider federal constitutional claims can be compelled, without his consent and through no fault of his own, to accept instead a state court's determination of those claims." *England,* 375 U.S. at 415.

Perhaps most telling is the "extent of the litigation" in the state court. This was a summary proceeding concluded only two business days after the initial return date, where the state court held no evidentiary hearings and took no evidence. *See Matusick v. Erie Cnty. Water Auth*., 757

F.3d 31, 48 n.12 (2nd Cir. 2014) (comparing corollary proposition as to whether an issue is "actually litigated"). It would not be accurate to say that the state court granted Defendant's motion over heavily disputed facts because the state court did not adjudicate factual disputes.

Finally, it was reasonably foreseeable there would be further litigation in this venue. Indeed, VDARE did not split its claim between two competing forums, but it was forced into piecemeal litigation by Defendant. Insofar as *res judicata* is designed to ensure a party is not unduly "vexed by multiple suits" (*Brown v. Lockwood*, 432 N.Y.S.2d 186, 200 76 A.D.2d 721 (2d Dept. 1980)), it has no application here. The multiple suits are the result of Defendant's needless multiplication of litigation.

This is a case where estoppel "if applied too rigidly, could work considerable injustice. "In properly seeking to deny a litigant two 'days in court,' courts must be careful not to deprive him of one." *Laundau v. LaRossa, Mitchell & Ross,* 11 NY. 3d 8, 14 (2008) (quoting *Reilly v. Reid*, 45 N.Y.2d 24, 28-29 (1978)). That deprivation cannot be used to suborn First Amendment violations. Thus, Plaintiff has a strong likelihood of success on appeal to obtain a reversal of the denial of a preliminary injunction on the basis of *res judicata.*

## 2.2    The Subpoena Infringes Upon the First Amendment

Turning, then, to the merits of the preliminary injunction motion, Plaintiff has a strong likelihood of success.[5] "Because the deprivation of First Amendment rights is an irreparable harm, in First Amendment cases 'the likelihood of success on the merits is the dominant, if not the dispositive, factor'" in granting a preliminary injunction. *Agudath Israel v. Cuomo*, 983 F.3d 620, 637 (2d Cir. 2020) (*quoting N.Y. Progress & Prot. PAC v. Walsh*, 733 F.3d 483, 488 (2d Cir.

---

[5] As noted in the Verified Complaint, the analysis of the state and federal claims is the same. Doc. No. 1 at ¶ 50, citing *Kuczinski v. City of New York,* 352 F. Supp. 3d 314, 321 (S.D.N.Y. Jan. 18, 2019).

2013). Defendant's position is at odds with decades of well-settled precedent, from *NAACP v. Alabama ex rel. Patterson*, 357 U.S. 449 (1958), to *Ams for Prosperity Found v Bonta*, 141 S Ct. 2373 (2021). Significantly, and as previously argued to this Court (ECF No. 38) (which the Court did not address), the *Arista Recs.* factors preclude enforcement of a subpoena that would unmask anonymous contractors.

First, Defendant issued an investigatory subpoena, not one issued in the course of pursuing a claim for actionable harm. She is engaged in a mere fishing expedition, with a pretext relating to VDARE's purchase of a building for uses consistent with its charitable mission (and which has fully been substantiated)[6], but in actuality is retaliatory for VDARE's First Amendment-protected policy statements. VDARE needed to purchase its own facility precisely because of the inability for other vendors to maintain their anonymity. But, Defendant identifies no actionable harm— only vague references to "violations of New York Law" (ECF No. 34 at 2) *if confirmed. See also,* Fuchs Aff. (ECF No. 35-1) at ¶¶ 35-36 (discussing "areas of concern which may constitution violations of VDARE's bylaws and/or New York law.")[7] She has sufficient information already to show these purported violations cannot be confirmed. *See* **Exhibit D**, Letter of F. Kelly, Aug. 1, 2023. Thus, Defendant fails to meet the first factor.

Second, the subpoena requests, to the extent they require deanonymization of contractors (*i.e.* contributors and vendors), are not specific to the purported potential violations of unspecified law. As outlined in the Fuchs Affidavit (ECF No. 35-1 at ¶ 35), there is a) the absence of an independent auditor report in 2019, which has nothing to do with the identity of contractors (hereinafter "WHNTDWTIOC"); b) the absence of a process for determining Peter Brimelow's

---

[6] *See, generally,* Verified Complaint, Doc. No. 1, and ECF No. 39-6, Declaration of Lydia Brimelow.
[7] Defendant's memorandum misidentifies the relevant paragraphs as being 5 & 6.

salary, WHNTDWTIOC; c) Mr. Brimelow's 2019 salary, WHNTDWTIOC; d) the payment of Mr. Brimelow's salary through Happy Penguins, LLC, WHNTDWTIOC; e) additional payments to Happy Penguins, WHNTDWTIOC; f) the reporting of the specific position of Lydia Brimelow, WHNTDWTIOC; and g) a conflict of interest policy and disclosures of transactions and benefits to the Brimelows, WHNTDWTIOC. And, Fuchs identifies concerns over ads purchased on Facebook, WHNTDWTIOC (*id.* at ¶ 36). Thus, Defendant fails to meet the second factor.

Similarly, as to the fourth factor,[8] Defendant has not identified her need for the deanonymization of contractors with respect to the vague assertions of potential violations of law. While VDARE recognizes that Defendant is looking for potentially improper transactions with the Brimelows, a subpoena request to deanonymize all contractors is not tailored to the question. The Brimelows are not the anonymous contractors at issue. VDARE does not believe it has withheld any documents or redacted any information relating to the Brimelows that is within the purview of the subpoena. Moreover, Defendant James has stated she does "*not* seek any information regarding the development or publication of VDARE's online content" (Doc. No. 12-1 at 8-9 (emphasis in original)), which eliminates her need to know the identity of anonymous contributors and vendors. Thus, as the issue is solely about the anonymity of non-interested persons, outside the scope of potential conflicts of interest, Defendant fails to meet the fourth factor.

Finally, the anonymous contractors have an expectation of privacy. Defendant incorrectly asserts that VDARE "has not submitted a single affidavit, document, or anything beyond bare allegations to support" its claim of irreparable harm. (ECF No. 34 at 5). As the Court knows,

---

[8] Defendant has not argued lack of alternate means (the third factor), but VDARE recognizes that it is, of course, best positioned to know who its anonymous contractors are. And, were VDARE to suggest alternate means, such would defeat the very purpose of maintaining anonymity. Thus, the third factor should not be given significant weight under these circumstances.

"[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976). Defendant's citation to *Mullins v. City of New York*, 307 Fed. Appx. 585, 587 (2d Cir. 2009) is unavailing—in the event enforcement of the subpoena is not stayed, the First Amendment right to anonymous speech and association will be immediately lost.[9] VDARE's position is comparable to *Patterson*, where "an uncontroverted showing that on past occasions revelation of the identity of its rank-and-file members has exposed these members to economic reprisal, loss of employment, threat of physical coercion, and other manifestations of public hostility." *Patterson*, 357 U.S. at 461. Where such is the case, it is "apparent that compelled disclosure" is "likely to affect adversely the ability" of VDARE to publish and attempt to persuade others of its mission and will certainly "dissuade others from joining it because of fear of exposure of their beliefs shown through their associations and of the consequences of this exposure." *Id.* at 462-463. Imposing on "associational rights" "cannot be justified on the ground that the regime is narrowly tailored to investigating charitable wrongdoing." *Americans for Prosperity Found. v. Bonta*, 141 S. Ct. 2373, 2389 (2021). Subpoenas which could have "a chilling effect on its associations with its employees and potential clients" by breaking anonymity are invalid. *Evergreen Ass'n, Inc. v. Schneiderman*, 153 A.D.3d 87, 100 (2d Dept. 2017). *See also Brown v. Socialist Workers '74 Committee (Ohio)*, 459 U.S. 87, 96 (1982) ("Even individuals who receive disbursements for 'merely' commercial transactions may be deterred by the public enmity attending publicity, and those seeking to harass may disrupt

---

[9] Defendant also claims that VDARE has delayed in seeking injunctive relief and that the request may be denied under *Citibank, N.A. v. Citytrust*, 756 F. 2d 273, 276 (2d Cir. 1985). This is not a requirement, especially where the delay is "explainable". *Tough Traveler, Ltd. v. Outbound Prods.*, 60 F.3d 964, 968 (2d Cir. 1995). There has been no unreasonable delay—the Court is well aware that VDARE attempted to address the issue for months before filing suit and had hoped the state court would do its job, rather than merely be a stenographer for Defendant.

commercial activities on the basis of expenditure information. … Compelled disclosure of the names of such recipients of expenditures could therefore cripple a minor party's ability to operate effectively and thereby reduce the free circulation of ideas both within and without the political arena." (internal quotation marks omitted)).

The loss of the First Amendment right to anonymity is fully substantiated by the Verified Complaint, executed under penalty of perjury by Lydia Brimelow. (ECF No. 1 at 18). In the Verified Complaint, Mrs. Brimelow attests to the facts that:

> 10. Use of pejoratives to describe VDARE has led to significant reputational and professional harm for those associated with it. On occasions when associations with VDARE have been disclosed or become public, people have lost employment, and contractors essential to VDARE's existence have opted to stop providing services. Venues which have agreed to host VDARE's conferences have faced pressure campaigns and threats. Such venues have sometimes canceled contracts with VDARE.

> 11. To protect its rights of speech and association, VDARE is vigilant about maintaining the privacy of those associated with it and does not disclose their identities unless required by law.

> 53. VDARE will suffer irreparable harm absent injunctive relief, including [enjoining] disclosure of identities of contractors, which disclosure cannot be undone.

(Doc. No. 1 at ¶¶ 10, 11 & 56). A verified complaint is tantamount to an affidavit. *See* 28 U.S.C. § 1746. The Federal Rules of Civil Procedure expressly contemplate a Verified Complaint being sufficient, without separate affidavit, to substantiate the need for injunctive relief. *See, e.g.,* Fed. R. Civ. P. 65 (b)(1)(A). Defendant does not and cannot dispute that entities as well known as PayPal and Amazon and many others have cut ties with VDARE over concern of public backlash from its association with VDARE. It is also beyond dispute that VDARE acquired its property in West Virginia precisely because venues bent to public pressure and canceled contracts to host conferences. *See* ECF No. 39-2 ("Cheyenne Mountain Resort [in Colorado] will not be hosting the VDARE Foundation in April of next year. We remain committed to respecting the privacy of

guests at the resort."); ECF No. 39-43 ("Tenaya Lodge, a resort on the border of Yosemite National Park, canceled [VDARE's] booking after receiving complaints about the organization's views."); and ECF No. 39-4. Recently, the *Washington Post* published an article whose comments evince abuse of VDARE's neighbors in West Virginia merely for expressing favorable opinions of VDARE or its principals. *See* ECF No. 39-5. A supplemental declaration from Lydia Brimelow detailing the harms and Defendant's bad faith is also before the Court. (ECF No. 39-6). Additionally, VDARE has procured sworn affidavits from writers (redacted for filing) desiring their anonymity be maintained. (ECF Nos. 39-7 & 39-8). Thus, VDARE has sufficiently demonstrated both irreparable harm and the contractors' expectations of privacy.

Simply put, Defendant failed to show that the factors endorsed by *Arista Recs* warrant judicial evisceration of the First Amendment right to anonymous speech and association here. Thus, VDARE is likely to succeed on the merits.

### 3.0    The Remaining Preliminary Injunction Factors Favor VDARE

VDARE will suffer irreparable harm if enforcement of the subpoena is not stayed. As noted above, even temporary deprivation of First Amendment rights is an irreparable harm. *See Agudath Israel v. Cuomo*, 983 F.3d 620, 637 (2d Cir. 2020). Moreover, if disclosure is compelled, it cannot be undone. As another court found, in precluding state investigatory proceedings pending an appeal, "[i]n the absence of the requested injunctive relief, the challenged investigations will proceed and appellate review of this Court's decision will have all the practical consequences of 'locking the barn after the horse has been stolen.'" *Dayton Christian Schools v. Ohio Civil Rights Com.,* 604 F. Supp. 101, 104 (S.D. Ohio Jul. 30, 1984). That Court especially noted that, were the investigation to continue, the deprivation of First Amendment rights was not only temporary, but permanent. *Id.* Moreover, the strength of this fact is overwhelming, reducing the amount of the probability of success that need be shown (as they are inversely proportional). *See Mohammed v.*

*Reno*, 309 F.3d 95, 101 (2d Cir. 2002).

As the Court is aware, the balance-of-equities and public-interest factors "merge when the Government is the opposing party" (*Nken v. Holder*, 556 U.S. 418, 435 (2009)). Since "securing First Amendment rights is in the public interest," (*N.Y. Progress & Prot. PAC v. Walsh*, 733 F.3d 483, 488 (2d Cir. 2013)), the balance of equities also favors VDARE. Thus, VDARE meets all four preliminary injunction factors. *Accord Hartford Courant Co., LLC v. Carroll*, 986 F.3d 211, 224 (2d Cir. 2021).

### 4.0    Injunctive Relief is Highly Justified

Although, technically, injunctive relief is sought, in reality, what is sought is a stay of enforcement of the subpoena pending the appeal. Through that rubric, all VDARE is asking for is to maintain the *status quo*, that the anonymity of contractors be preserved, and no higher justification should be needed.

Nevertheless, an injunction to preserve the *status quo* is highly justified. VDARE engages in political speech; "[p]olitical speech-speech at the core of the First Amendment-is highly protected." *Republican Party v. White*, 416 F.3d 738, 749 (8th Cir. 2005); *accord Wheeler v. United States*, 640 F.2d 1116, 1121 (9th Cir. 1981) (First Amendment rights are "highly protected"). In fact, the Supreme Court has noted that First Amendment interests are "highly important" and "[f]orced disclosure of private information, even to Government officials, is by no means sanctioned by this Court's decisions, except for the most compelling reasons." *Nixon v. Adm'r of General Servs*., 433 U.S. 425, 532-533 (1977). The right to anonymity is a very important component of the various freedoms of speech and association protected by the First Amendment:

> Anonymous pamphlets, leaflets, brochures and even books have played an important role in the progress of mankind. Persecuted groups and sects from time to time throughout history have been able to criticize oppressive practices and laws either anonymously or not at all.

*Talley v. California*, 362 U.S. 60, 64 (1960); *Church of Am. Knights of the Klu Klux Klan v. Kerik*, 356 F.3d 197, 208 (2d Cir. 2004) (collecting Supreme Court cases). A disclosure to Defendant, even if not to the general public, may violate the First Amendment. *See Cornelio v. Connecticut*, 32 F.4th 160, 176 (2d Cir. 2022). "There is no *de minimis* exception for a speech restriction that lacks sufficient tailoring or justification" *Lorillard Tobacco Co. v. Reilly*, 533 U.S. 525, 567 (2001). Thus, as enforcement of the subpoena would constitute a permanent deprivation of First Amendment rights, an injunction on appeal to preserve the *status quo* of anonymity is highly justified.

In light of the foregoing, the Court should enjoin enforcement of Defendant's subpoena pending appeal.

Dated: August 24, 2023.

/s/ Jay M. Wolman
Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
*Office Address:*
43-10 Crescent Street, Ste. 1217
Long Island City, NY 11101
*Mailing Address:*
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 888-887-1776
Email: jmw@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
Email: ecf@randazza.com

*Attorneys for Plaintiff,*
*VDARE FOUNDATION, INC.*

AA1938

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, the foregoing document was served on all parties

or their counsel of record through the CM/ECF system.

/s/ Jay M. Wolman
Jay M. Wolman

# <u>Exhibit A</u>

Letter from A. Mendelson
June 28, 2023



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

212.416.8990
Alexander.Mendelson@ag.ny.gov

June 28, 2023

**Via Email To:** jmw@randazza.com; afrisch@andrewfrisch.com

Jay Marshall Wolman, Esq.
Randazza Legal Group, PLLC
43-10 Crescent Street, Ste. 1217
Long Island City, NY 11101

Re:     *People of the State of New York v. VDARE Found., Inc.,* Index No. 453196/2022
         *Production Pursuant to Court Order*

Mr. Wolman,

As you are aware, the Supreme Court issued a Decision and Order directing that VDARE Foundation, Inc. ("VDARE") complete production of all outstanding material called for by the Office of the Attorney General's ("OAG") subpoena dated June 23, 2022. (*See* Decision and Order dated January 23, 2023, *People of the State of New York v. VDARE Foundation, Inc.*, Index No. 453196/2022 (Sup. Ct. N.Y. Cnty) (the "Order"). Specifically, VDARE was directed to:

(1) re-produce, on or before February 10, 2023, all hard copy documents previously produced to OAG, in a revised form that bears only those redactions agreed upon by the VDARE and OAG and memorialized in the July 27, 2022 agreement submitted to the Court (*see* NYSCEF 22, *People v. VDARE Foundation, Inc.*, No. 453196/2022), or any additional redactions identified by VDARE in a written log that complies with the requirements of CPLR 3122(b)

(2) produce, on or before February 24, 2023, all responsive material contained in the universe of electronic files identified by its October 31, 2022 letter (*see* NYSCEF 26, *People v. VDARE Foundation, Inc.*, No. 453196/2022), and a corresponding written log that complies with the requirements of CPLR 3122(b) to identify the redactions, if any, applied to such production.

*Id.*

On March 9, 2023, the Appellate Division denied VDARE's request for a stay pending appeal of the Order. (*See* Order dated March 9, 2023, *People of the State of New York v VDARE Foundation Inc.*, Case No. 2023-00672 (1st Dep't).

On March 20, 2023, counsel for VDARE notified OAG that VDARE intended to seek further injunctive relief from the Order in the Northern District of New York, and represented that the documents and redaction logs contemplated by the Order would be produced "no later than a week after any denial of requested injunctive relief." (*See* Ex. A, Email from A. Frisch to Y. Fuchs and C. Suvari, dated March 20, 2023). On June 27, 2023, the Northern District of New York denied that requested injunctive relief. (Memorandum Decision and Order dated June 27, 2023, *VDARE Foundation, Inc. v. James*, No. 1:22-CV-01337-FJS-CFH (N.D.N.Y.).

Given the substantial additional time that VDARE has had to prepare documents and written logs for production beyond the deadlines imposed by the Order, and given the representation by VDARE's counsel that a production would be made no later than a week after the denial of injunctive relief in federal court, OAG expects that VDARE will comply with its obligations and will produce (or re-produce) all responsive material and written logs as required by the Order no later than July 5, 2023.

Respectfully,

*/s/ Alexander Mendelson*
Alexander Mendelson
Assistant Attorney General

cc:    Andrew J. Frisch
The Law Offices of Andrew J. Frisch, PLLC
40 Fulton Street, 17th Floor
New York, NY 10038

**E**XHIBIT **A**

| | |
|---|---|
| **From:** | Fuchs, Yael |
| **To:** | Mendelson, Alexander; Roque, Daniel; Sawyer, Richard |
| **Subject:** | FW: VDARE |
| **Date:** | Thursday, April 13, 2023 2:56:24 PM |

---

**From:** Andrew Frisch <afrisch@andrewfrisch.com>
**Sent:** Monday, March 20, 2023 7:35 AM
**To:** Fuchs, Yael <Yael.Fuchs@ag.ny.gov>; Suvari, Catherine <Catherine.Suvari@ag.ny.gov>
**Subject:** VDARE

> [EXTERNAL]

Good morning,

I write to notify you that I expect an application for an injunction will be filed in VDare's federal case in the Northern District of New York.  I expect the application to be filed no later than tomorrow.  As for VDare's production pursuant to your office's subpoena, I expect that it will be made no later than a week after any denial of requested injunctive relief.

Best regards,

*Andrew J. Frisch*
*The Law Offices of Andrew J. Frisch, PLLC*
*40 Fulton Street, 17th Floor*
*New York, New York 10038*
*212-285-8000*
*646-304-0352 (fax)*
*afrisch@andrewfrisch.com*
*www.andrewfrisch.com*

**AA1944**

# <u>Exhibit B</u>

Letter from F. Kelly
July 5, 2023

*Frederick C. Kelly*

*Attorney at Law*
*One Harriman Square*
*Goshen, New York 10924*
*845 294-7945 ◆ Fax 845 294-7889*
*fckellylaw@protonmail.com*
*Service by electronic means is not accepted.*

Mr. Rick Sawyer, Esq.
Special Counsel for Hate Crimes
28 Liberty Street
New York, NY 10005

Alexander Mendelson, Esq.
Division of Social Justice
28 Liberty Street
New York, NY 10005

July 5, 2023      *Via Email at Richard.Sawyer@ag.ny.gov and*
                  Alexander.Mendelson@ag.ny.gov

Re:     Production by VDARE

Dear Messrs. Sawyer and Mendelson:

Please be advised that this office represents the VDARE Foundation, Peter Brimelow, and Lydia Brimelow with regard to the production in response to the Charities Subpoena.

Reference is made to your office's letter dated June 28, 2023 addressed to the Randazza Legal Group. Please note that this office, rather than the Randazza Legal Group, will be the point of contact for subpoena compliance going forward. Kindly direct any correspondence in regard to the subpoena to my office, with a courtesy copy to the Randazza Legal Group

In said letter, you indicate that VDARE should be complying with Justice Krause's order on or before July 5, 2023, apparently in reliance on a forecast made by Attorney Frisch back in March of this year.

In the time since Mr. Frisch has lately been removed from his representation of VDARE's production. However, my office will require cooperation from Mr. Frisch regarding that production, which he has overseen. Mr. Frisch will be unable to confer with me until Monday, July 10, 2023 due to other cases that he is working on. After I have had a chance to consult with

Page 1 of 2

**AA1946**

him, I can forecast when subpoena compliance will be forthcoming.  Please therefore expect further correspondence from me on that issue on Tuesday, July 11, 2023.

I thank you for your time and attention herein, and remain

Very truly yours,

/s/
Frederick C. Kelly, Esq.

cc:  Lydia Brimelow          *Via Email*
     Randazza Legal Group    *Via Email* at jmw@randazza.com
     Andy Frisch, Esq.       *Via Email at afrisch@andrewfrisch.com*

**AA1947**

# <u>Exhibit C</u>

Letter from A. Mendelson
July 12, 2023

AA1948



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

212.416.8990
Alexander.Mendelson@ag.ny.gov

July 12, 2023

**Via Email To:** fckellylaw@protonmail.com; jmw@randazza.com

Frederick C. Kelly, Esq.
One Harriman Square
Goshen, NY 10924

    Re:    *People of the State of New York v. VDARE Found., Inc.,* Index No. 453196/2022
            *Production Pursuant to Court Order*

Dear Mr. Kelly,

    I write in response to your letter of July 5, concerning the OAG's June 28, 2023 letter demanding that VDARE comply with the OAG's long outstanding subpoena for documents. We have received nothing despite your representation that a response would be made by July 11th.

    As explained in our June 28, 2023 letter, Justice Kraus unequivocally ordered the complete production (or re-production) of responsive documents, electronic material, and corresponding redaction logs by February 24, 2023. (*See* Decision and Order, *People of the State of New York v. VDARE Foundation, Inc.,* Index No. 453196/2022 (Sup. Ct. N.Y. Cnty. Jan. 23, 2023) (the "Order"). The Appellate Division denied VDARE's request for a stay pending appeal of that Order on March 9, 2023. (*See* Order, *People of the State of New York v VDARE Foundation, Inc.,* No. 2023-00672 (1st Dep't Mar. 9, 2023).

    On March 20, 2023, Mr. Frisch, then counsel for VDARE, represented to OAG that VDARE would comply with the Order and produce all responsive materials within a week of any denial of requested injunctive relief in federal court. On June 27, 2023, the U.S. District Court for the Northern District of New York denied that requested injunctive relief.

    Based on that representation, we stated in our June 28 letter our expectation that VDARE produce all responsive materials by July 5, 2023. Instead, on that date, we received your letter confirming your representation of VDARE, Peter Brimelow, and Lydia Brimelow with respect to the subpoena in place of Mr. Frisch, stated that you needed additional time to confer with predecessor counsel, Mr. Frisch, and promised a response by July 11, 2023.

As with so many other self-imposed deadlines in this investigation, VDARE has once again failed to timely respond. (*See* NYSCEF 29 at 1-2, Letter from C. Suvari to A. Frisch dated December 2, 2022, *People of the State of New York v. VDARE Foundation, Inc.,* Index No. 453196/2022 (Sup. Ct. N.Y. Cnty.) (detailing continuing production delays and broken assurances regarding self-imposed production deadlines from October through December 2022)).

VDARE and its counsel have had the subpoena for more than a year, have had nearly six months to compile an adequate subpoena response in compliance with Justice Kraus's Order, and have had more than four months to compile an adequate subpoena response since the First Department denied VDARE's request to stay enforcement of the Order pending appeal. VDARE's continuing delay in compliance causes further prejudice to the rights or remedies of the State acting in the public interest with each passing day.

If we do not receive an adequate subpoena response from VDARE that complies with Justice Kraus's Order by August 1, 2023, the OAG reserves all rights to take such actions as it deems necessary to enforce Justice Kraus's Order and obtain such further relief as we deem necessary.

Sincerely,

*/s/ Alexander Mendelson*
Alexander Mendelson
Assistant Attorney General
Charities Bureau

cc:  Jay Marshall Wolman, Esq.
     Randazza Legal Group, PLLC
     43-10 Crescent Street, Ste. 1217
     Long Island City, NY 11101

**AA1950**

# <u>Exhibit D</u>

Letter from F. Kelly
August 1, 2023

*Frederick C. Kelly*
*Attorney at Law*
*One Harriman Square*
*Goshen, New York 10924*
*845 294-7945 ◆ Fax 845 294-7889*
*fckellylaw@protonmail.com*
*Service by electronic means is not accepted.*

The Honorable Letitia James                    *Via Overnight Mail*
Office of the New York State Attorney General
The Capitol
Albany NY 12224-0341

Mr. Rick Sawyer                                *Via Email*
Special Counsel for Hate Crimes
28 Liberty Street
New York, NY 10005

James Sheehan                                  *Via Email*
Assistant Attorney General
28 Liberty Street
New York, NY 10005

Alexander S. Mendelson                         *Via Email*
Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005

Andrea William Trento                          *Via Email*
New York Office of the Attorney General
28 Liberty Street 23rd Floor
New York, NY 10005

August 1, 2023

Re:    Violations of New York Rules of Professional Conduct
       Demand for Retraction and Correction of the Record before the First Department in
       "James v. VDARE Foundation, Case No. 2023-00672" and the Northern District of New
       York "VDARE Foundation, Inc. v. James, Civil Action No. 22-cv-1337."

Page 1 of 19

**AA1952**

Dear Attorney General James, Messrs. Sawyer, Sheehan, and Mendelson, and Ms. Trento:

Lawyers within your office are in violation of a number of the Rules of Professional Conduct with regard to the making of false statements of fact or law to a tribunal. These false statements were made by them before the courts in the special proceeding in New York Supreme Court Index No. 453196/2022 and the Appellate Division, First Department Case No. 2023-00672, as well as the federal District Court for the Northern District of New York Civil Action No. 22-cv-1337.

Your obligations under New York Rules of Professional Conduct 3.3 require you not only to refuse to make false statements of fact and law to a tribunal, but to take necessary steps to "correct a false statement of material fact or law previously made to the tribunal." RPC 3.3(a)(1); *see also, RPC 3.3(a)(3)*.

VDARE intends to seek injunctive relief pending appeal in the federal matter. Before doing so, we submit that it is imperative that you correct the record. Any attempt to enforce the subpoena dated June 2, 2022 would be premature and only add to the complexity of the litigation between the parties. The fact that the New York State proceeding clearly rests on ethically compromised submissions by your office is yet another ground for holding off on any attempt to enforce said subpoena. We ask that your office respond, in detail, to this letter before making any further submissions to the New York state courts – except, of course, for the corrections mandated herein.

Preliminarily, we should note that VDARE bought the Castle as a venue to hold conferences precisely because it has experienced more than a dozen cancellations for its planned conferences since 2016.

AA1953

Let us begin with the false statements of fact and law made by your office regarding the Berkeley Springs Castle deeds, which you have used to justify your subpoena to the VDARE Foundation, Inc. dated June 23, 2022.

*At pp. 6-7 of DKT. 3 of New York Supreme Court Index No. 453196/2022*, your office submitted the following false statements to the New York Supreme Court:

> In December 2020, VDARE conveyed the entirety of the Berkeley Springs Castle property—bought with charitable funds—to two West Virginia corporations incorporated by Lydia Brimelow, Peter's wife and a VDARE director, five months earlier. VDARE conveyed the castle itself and the land that it sits on to the Berkeley Castle Foundation (BCF), a putative nonprofit corporation. And it conveyed the remaining land, consisting of eight parcels, to BBB, LLC, a for-profit corporation. Id. ¶ 28. These transactions by a New York charitable not-for-profit require submission of a petition by VDARE for review and approval by the Attorney General or the Supreme Court under Sections 510, 511, or 511-a of the Not-for-Profit Corporation Law. Each transaction also would require, under Section 509 of the N-PCL, approval by disinterested members of the VDARE Board of Directors. Because the Brimelows were together two of VDARE's three directors according to VDARE's 2020 Form 990 (the third being Peter Brimelow's brother), no approval by disinterested directors could possibly have been granted. Each of the castle and compensation transactions is also a "related-party transaction" under Section 715 of the Not-For-Profit Corporation Law that requires review by disinterested board members to ensure fair consideration and examination of alternatives, contemporaneous record-keeping, and proper disclosure on Schedule L of the IRS 990. (Emphasis supplied as to false statements)

Every sentence above contains false and misleading statements of fact or law.

•    VDARE has always had people other than Brimelows on is board, including in 2020.

•    More importantly, VDARE, through action by its board, did NOT deed its Castle and grounds to two separate entities controlled by the Brimelows. Instead, VDARE deeded the Castle and grounds to two separate entities: BBB, LLC and the Berkeley Castle Foundation, Inc., *which are controlled by the VDARE Foundation itself.* Your office was

Page 3 of 19

aware of this crucial distinction before going into court on December 16, 2022.

It is hornbook law, well settled in New York and everywhere else, that a corporation exists separate and apart from its individual members or stockholders, let alone its officers and directors. *e.g. Harris v. Stony Clove Lake Acres Inc.*, 202 A.D.2d 745, 747 (3rd Dept, 1994) (citing Bowery Sav. Bank v. 130 E. 72nd St. Realty Corp., 173 A.D.2d 364, 569 N.Y.S.2d 732; Breiterman v. Elmar Props., 123 A.D.2d 735, 736, 507 N.Y.S.2d 206, lv. dismissed 69 N.Y.2d 823, 513 N.Y.S.2d 1029, 506 N.E.2d 539). Corporate property is vested in the corporation itself, and not in the stockholders, let alone its officers or directors. "Property of the corporation... belongs to it and not to the stockholders." *Popkin v. Dingman*, 366 F.Supp. 534, 539 (S.D. N.Y. 1973).

A corporation's independent existence cannot be ignored (*Seagroatt Floral Co., Inc., Matter of*, 78 N.Y.2d 439, 450 (1991)); yet your office has ignored this fundamental aspect of corporate existence.

Lawyers within your office meant to give the tribunals the the false impression that the Brimelows took a castle which VDARE had acquired through charity and effectively deeded it to themselves for their personal enrichment. This deceptive intention is made clear by the following sentences:

> Given the web of transactions among VDARE and Brimelow-controlled entities *already* discovered by the OAG, the identities of contractors are central to the OAG's investigation. VDARE, and the Brimelows, cannot hide behind the First Amendment to shield self-interested transactions from regulatory scrutiny. (*at p. 16 of DKT. 3 of New York Supreme Court Index No. 453196/2022 – emphasis in the original*).

But your office intentionally omitted material facts from this representation. *cf.* Official Comment 3 to Rule 3.3. In particular, your office has known since the disclosures under the

Page 4 of 19

**AA1955**

Frisch cover letter of September 19, 2022 that the description "two West Virginia corporations incorporated by Lydia Brimelow" is completely deceptive.

•       BBB, LLC, is not simply a "for profit corporation."  The operating agreement for BBB, LLC provided under Frisch cover of September 19, 2022 and which is set forth right at the beginning of the production at Bates stamped numbers VF 5–9 demonstrates that it is a single member LLC with the VDARE corporation as the sole member.  *Exhibit 1, BBB, LLC Operating Agreement at VF 6.*

•       As for Berkeley Castle Foundation, Inc., it too is a *VDARE-controlled entity*, not a "*Brimelow-controlled entity*."  The exhibit provided by your office at *DKT. 15 of New York Supreme Court Index No. 453196/2022*  (submitted with the affirmation under perjury of Yael Fuchs of your office) indicates that the Berkeley Castle Foundation, Inc. is "a Type II supporting organization under IRC Section 509(a)(3)."  *Exhibit 2, Tax Exemption Recognition Notice dated January 20, 2022, originally filed under DKT.  15 of New York Supreme Court Index No. 453196/2022.*   Further, "A Type II supporting organization is supervised or controlled in connection with one or more publicly supported charities."  *Id.*

Right there, then, the AG's office knew that Berkeley Castle Foundation, Inc. was not an entity supervised or controlled by any person or person (such as the Brimelows, as in the false representation to the courts), but by another charitable entity.

Indeed, the fact that Berkeley Castle Foundation, Inc. supports, and is supervised and controlled by VDARE, is evident from the Schedule L on VDARE's own Form 990 on file with your office.  *Exhibit 3, VDARE Form 990 Schedule L for 2020.*  And while the AG's office records that this document was received on April 26, 2023, it clearly already had access to such

**AA1956**

information much earlier, such as when filing on December 16, 2022 in the special proceeding in *New York Supreme Court Index No. 453196/2022*. After all, your office obtained Berkeley Castle Foundation's tax exemption recognition notice dated January 20, 2022 through a subpoena or demand. *Exhibit 2, supra., Tax Exemption Recognition Notice dated January 20, 2022, originally filed under DKT. 15 of New York Supreme Court Index No. 453196/2022.* The same request would doubtless have revealed Berkeley Castle Foundation, Inc.'s Bylaws, the very first page of which recite that it supports VDARE Foundation. *Exhibit 4, Berkeley Castle Foundation, Inc.'s Bylaws.*

To reiterate, BBB, LLC and Berkeley Castle Foundation, Inc. are not "Brimelow-controlled entities"; and the VDARE board did not simply deed the Castle and properties "to two West Virginia corporations incorporated by Lydia Brimelow," rather, it deeded the Castle and properties to two West Virginia corporate entities *controlled entirely by VDARE itself.*

Your office knew all these facts when it went into the New York Supreme Court on December 16, 2022. But it deliberately distorted the record.

Unfortunately, the ethical violations do not stop there. New York's Rules of Professional Conduct also prohibit false statements of law to a tribunal. RPC 3.3(a)(1). And the quoted paragraph above from pp. 6-7 of DKT. 3 of New York Supreme Court Index No. 453196/2022 does just that.

Citing "Sections 510, 511, or 511-a of the Not-for-Profit Corporation Law", the quoted paragraph goes on to assert flatly that the deeds to BBB, LLC and Berkeley Castle Foundation, Inc. "require[d] submission of a petition by VDARE for review and approval by the Attorney General or the Supreme Court."

But this is plainly not true. Sections 510, 511, or 511-a of the Not-for-Profit Corporation

**AA1957**

Law require review and approval of the Attorney General or the Supreme Court only where there is a disposition of all or substantially all of the assets of the charitable corporation. Here the AG's office clearly knew in advance of the filing that the Castle deeds were not "all or substantially all" of VDARE's assets:

1.    First, as stated above, VDARE only conveyed the castle and property to other entities controlled by VDARE.

2.    And even if conveyances to VDARE-controlled entities would otherwise have tripped Sections 510, 511, or 511-a , the conveyances could not have come within those sections because they were not dispositions of all or substantially all or VDARE's assets.

The AG's office *must have known* this before making these false representations of law on December 16, 2022 because VDARE's Char500 for 2019 showed net assets of $3,544,673. (*Exhibit 5, VDARE Char500 for 2019 dated March 2, 2021*) and the Castle transactions (*viz.* the deeds to BBB, LLC and Berkeley Castle Foundation, Inc.) implicated just under $1.4M.

Considering the deed to BBB, LLC: the final page of the deed (found at Bates stamped no. VF 49 of the production made to you under Frisch Cover Letter dated September 19, 2022) recited that the consideration received was "$310,0000"). *Exhibit 6, Deed to BBB, LLC dated December 29, 2020 at VF 49.*

As for the conveyance to the Berkeley Castle Foundation, Inc.: The "Security Instrument" for the castle deed to Berkeley Castle Foundation, Inc. recited consideration of $1,081,660.77. *Exhibit 7, Security Instrument dated December 29, 2020 at VF 17.*

Together, the two transactions total $1,391,660.77, or just under $1.4M. They are both publicly available documents; and in any event your office certainly had access to them prior to

Page 7 of  19

**AA1958**

your court filings because they were produced under the Frisch cover letter of September 19, 2022 at Bates stamped nos.VF 49 and VF 17 — *see Exhibits 6 and 7 above.*

If the Attorney General's office knew that VDARE had over $3.5 M in net assets in 2019, there is no legitimate way it could have concluded that a disposition of approximately $1.4M would have constituted "all or substantially all assets."

And VDARE's Char 500 for 2020 dated January 4, 2023 would only have confirmed that all or substantially all of VDARE's assets had not been disposed of with the castle transactions (*viz.* the deeds to BBB, LLC and Berkeley Castle Foundation, Inc. which only totaled $1,391,660.77). *Exhibit 8, VDARE Char500 for 2020 dated January 4, 2023.* That document showed net assets of $4,510,847. *Id.* (Significantly, your office appears to have received this document *before* your filings in state and federal court were complete.)

Thus, the statement: "These transactions by a New York charitable not-for-profit require submission of a petition by VDARE for review and approval by the Attorney General or the Supreme Court under Sections 510, 511, or 511-a of the Not-for-Profit Corporation Law" (found at pp. 6-7 of DKT. 3 of New York Supreme Court Index No. 453196/2022), is a knowingly false statement of law to a tribunal; and was known to be such at the time it was rendered. It once again violates New York's Rules of Professional Conduct 3.3, 3.4, 4.1, and 8.4.

Furthermore, these violations cannot be laid only at the feet of Yael Fuchs or Catherine Suvari. Insofar as there is a refusal to correct the record, the attorneys remaining in the actions and appeals would continue in violation of New York's Rules of Professional Conduct 3.3(a)(1) and 3.3(a)(3). Tarrying with ethical violations suggests unfitness an attorney's office under New York's Rule of Professional Conduct 8.4.

Let us turn now to the statement:

**AA1959**

> **Each transaction also would require, under Section 509 of the N-PCL, approval by disinterested members of the VDARE Board of Directors. Because the Brimelows were together two of VDARE's three directors according to VDARE's 2020 Form 990 (the third being Peter Brimelow's brother), no approval by disinterested directors could possibly have been granted.**

But this again misstates the facts and law as known by attorneys in the AG's office. In particular, by erroneously stating that Peter and Lydia Brimelow were " interested" in the castle deed transactions, the AG's office once again made the fundamental distortion of disregarding VDARE's corporate entity.

And the VDARE board is not required to be disinterested as to VDARE itself; in fact it is duty bound under Not-for-Profit Corporation Law § 717 to act in good faith for VDARE's interests.

Turn now to the statement: "Each of the castle and compensation transactions is also a 'related-party transaction' under Section 715 of the Not-For-Profit Corporation Law that requires review by disinterested board members to ensure fair consideration and examination of alternatives, contemporaneous record-keeping, and proper disclosure on Schedule L of the IRS 990."

But on the contrary, related party transactions under Section 715 are those in which "any director, officer or key employee" of the charitable organization "has an interest" in the party of the second part.  And once again this turns out not to be the case, for the "person" interested in BBB, LLC and Berkeley Castle Foundation, Inc. is not a Peter Brimelow or a Lydia Brimelow: it is VDARE itself.

Again, the AG's office knew no later than September of 2022, when it received the subpoenaed documents provided under cover of the Frisch letter dated September 19, 2022, that

it was VDARE itself which held all the interest in BBB, LLC, not Peter or Lydia Brimelow. *e.g.* *Exhibit 1, supra., BBB, LLC Operating Agreement at VF 6.* And you knew, no later than when you acquired the documentation included with *Exhibit 2, supra., Tax Exemption Recognition Notice dated January 20, 2022, originally filed under DKT. 15 of New York Supreme Court Index No. 453196/2022* that the Berkeley Castle Foundation, Inc. was merely a "supporting organization" "supervised or controlled in connection with one or more publicly supported charities," rather than being a "related party" entity from which the Peter or Lydia Brimelow derived personal profit.

The potential misuse of VDARE's $1.4M castle is the biggest alleged red flag the AG's office used to justify the extremely invasive subpoena dated June 23, 2022. As it acknowledged elsewhere, it is the "critical" series of allegations that allegedly justify your subpoena.[1] *But literally every sentence you have said about those allegations at pp. 6-7 of DKT. 3 of New York Supreme Court Index No. 453196/2022 constitute false and misleading statements of fact and law to a tribunal, as shown above*.

Misdeeds by lawyers within your own office with regard to the false statements of fact and law at pp. 6-7, and 16 of DKT. 3 of New York Supreme Court Index No. 453196/2022 implicate a number of New York's Rules of Professional Conduct, including RPC 3.3(a)(1) and (3) and Official Comments 2, 5, 6A, 10, and 12 thereto; RPC 3.4(a) and (d); RPC 4.1 and Official Comment 1 thereto, *viz*. "...Misrepresentations can also occur by partially true but misleading statements or omissions that are the equivalent of affirmative false statements."; and RPC 8.4 and Official Comment 5 thereto, *viz*. "Lawyers holding public office assume legal

---

[1] *Specifically, a*t DKT. 57 *of New York Supreme Court Index No. 453196/2022 at p. 3.*

responsibilities going beyond those of other citizens. A lawyer's abuse of public office can suggest an inability to fulfill the professional role of lawyers."

Alas, false statements by your office are not limited to pp. 6-7 and 16 of DKT. 3 of New York Supreme Court Index No. 453196/2022.

*At ¶28, p. 6 of DKT. 4 of New York Supreme Court Index No. 453196/2022*, Yael Fuchs repeated the false theme that BBB, LLC and Berkeley Castle Foundation, Inc. are "Brimelow-controlled entities," rather than VDARE controlled entities. And for good measure, Ms. Fuchs added another, stating: "Transfer of charitable assets to a for-profit entity without fair consideration is a violation of both New York and federal law."

Ms. Fuch's affirmation under penalty of perjury warrants special scrutiny. It is a direct violation of RPC 3.3. *See Official Comment 3 to RPC 3.3.*

Again, though, the AG's office knew that the transfer of land to BBB, LLC was not only a transfer to an entity wholly owned by VDARE (*viz. Exhibit 1, supra., BBB, LLC Operating Agreement at VF 6*), but that fair consideration was received. See the Bates-stamped document no. VF 106 produced to your office under the Frisch cover letter of dated September 19, 2022, a fair market opinion letter by Teresa White-Curtis of Perry Realty, LLC. *Exhibit 9, Letter of Perry Realty dated April 14, 2020*. It indicates a fair market price for the several parcels of Three Hundred Ten Thousand Dollars ($310,000) as of April 14, 2020 for several parcels. That $310,000 value corresponds exactly with the consideration recited on the deed to BBB, LLC. *Exhibit 6, supra. at VF 49.*

As for the rest of the property that had been acquired for $1.4M earlier in 2020, as shown above, it was deeded to the Berkeley Castle Foundation, Inc. for $1,081,660.77. *Exhibit 7, supra., Security Instrument dated December 29, 2020.* Together, the deeds total $1,391,660.77,

almost exactly what VDARE had acquired the property for earlier in the year in an arms length transaction.

The catalogue of false statements of law and fact continued to burgeon: at ¶25, p. 6 of DKT. 4 of New York Supreme Court Index No. 453196/2022, Yael Fuchs affirmed under penalty of perjury that:

> Upon information and belief, Peter Brimelow, Lydia Brimelow, and their three children moved into the Berkeley Springs Castle and have been using it as their primary family residence since March 2020.

This is another false statement, one which certainly misled the tribunal. (The Brimelows have never used the Castle as their primary residence and they have paid fair market rent for the period they spent there, as well as for the refurbished cottage into which they ultimately moved.)

Taken together with the false statement by Yale Fuchs at ¶28, p. 6 of DKT. 4 of New York Supreme Court Index No. 453196/2022, ¶¶25 and 28 give the false impression that the Brimelows took VDARE land, lived in it, and conveyed it to two other corporate entities that they control in their personal capacities. That false statement is confirmed by Catherine Suvari's later submission to the New York Supreme Court on January 18, 2023 in her Memorandum on Reply:

> VDARE's counsel admits the critical facts that first triggered the Attorney General's scrutiny—Peter Brimelow, VDARE's founder and director, and his wife, Lydia Brimelow, also a director, used and continue to use a $1.4 million charitable asset as their personal residence. See Frisch Aff. (Doc. No. 37) ¶ 16. VDARE's counsel attempted to excuse this apparent self-dealing by claiming that "the Brimelows paid rent to live in the cottage beginning in April 2021." Id. What counsel neglected to mention is that the supposedly exonerating lease is yet further evidence of self-dealing. The lease is between Lydia Brimelow and BBB, LLC, a West-Virginia for-profit corporation she manages, and Lydia Brimelow signed the document as both landlord and tenant. Frisch Aff. Ex. H (Doc. No. 45) (copy of lease); Fuchs Aff. Ex. L (BBB, LLC registration showing Lydia Brimelow as manager). At best, therefore, the lease shows that Lydia Brimelow has been paying rent to herself to live on the castle property.

*DKT. 57 of New York Supreme Court Index No. 453196/2022 at p. 3.*
(Emphasis supplied as to false statements of fact and law)

Of course, these false statements of fact and law clearly swayed Judge Krause, who stated in her

decision:

> Additionally, Respondent's filings themselves underscore the reasonableness
> of the Subpoena. Respondent admits the critical facts that first triggered
> Petitioner's scrutiny –  Peter Brimelow, Respondent's founder and director,
> and his wife, Lydia Brimelow, also a director, used and continue to use a $1.4
> million charitable asset as their personal residence. See Frisch
> Aff. (Doc. No. 37).
> Respondent argues that the Brimelows paid rent to live in the cottage
> beginning in April 2021, however the lease is between Lydia Brimelow and
> BBB, LLC, a West-Virginia for-profit corporation she manages, <u>and Lydia
> Brimelow signed the document as both landlord and tenant</u>. Frisch Aff. Ex. H
> (Doc. No. 45); Fuchs Aff. Ex. L (BBB, LLC registration showing Lydia
> Brimelow as manager.

 There is thus direct evidence that not only did Yael Fuchs and Catherine Suvari make false

statements of fact and law, not only did they conceal evidence at their disposal since receipt of

the materials under cover of the  Frisch letter dated September 19, 2022, but the tribunal was

directly misled by these egregious ethical violations.

Surely Judge Krause, mindful of the fact that "Lawyers holding public office assume legal

responsibilities going beyond those of other citizens" (Official Comment 5 to Rule 8.4 –

*MISCONDUCT*) assumed that the AG's office would be scrupulously abiding by the Rules of

Professional Conduct and would not be proffering false and misleading evidence, nor concealing

known facts to paint a deceptive portrait of the Brimelows' interactions with VDARE.

Yet that is precisely was has occurred.

Having already succeeded in intentionally misleading the New York State Supreme

Court, the Honorable Letitia James's office is now attempting to mislead the Northern District

**AA1964**

Court of New York.  Assistant Attorney Generals (or Special Counsel for Hate Crimes) Sheehan, Mendelson and Sawyer have all appeared in that case.   At DKT 12–1 of Northern District of New York, Civil Action No. 22-cv-1337, James Sheehan, and Rick Sawyer have submitted a Memorandum of Law which contains false statements of law and fact identical in substance to those already addressed.

• Specifically, *see pp. 7-8 of DKT 12–1 of Northern District of New York, Civil Action No. 22-cv-1337.*

• Messrs. Sheehan and Sawyer compounded their errors by repeating clearly false statements of fact and law elsewhere in their Memorandum of Law, *as at p. 15 of DKT 12–1 of Northern District of New York, Civil Action No. 22-cv-1337.*

• And they continued this objectionable and unethical conduct at *p. 17 of DKT 12–1 of Northern District of New York, Civil Action No. 22-cv-1337.*

• And continued again at *p. 20 of DKT 12–1 of Northern District of New York, Civil Action No. 22-cv-1337.*

For the reasons already stated, these are false statements of fact and law and were known to be such when submitted to the Northern District of New York on January 18, 2023.

To recap, then, the AG's office has set forth false and misleading statements of fact and law in the following:

• *At pp. 6-7 of DKT. 3 of New York Supreme Court Index No. 453196/2022*:
In December 2020, VDARE conveyed the entirety of the Berkeley Springs Castle property—bought with charitable funds—to two West Virginia corporations incorporated by Lydia Brimelow, Peter's wife and a VDARE

Page 14 of 19

**AA1965**

director, five months earlier.  VDARE conveyed the castle itself and the land that it sits on to the Berkeley Castle Foundation (BCF), a putative nonprofit corporation.  And it conveyed the remaining land, consisting of eight parcels, to BBB, LLC, a for-profit corporation. Id. ¶ 28. These transactions by a New York charitable not-for-profit require submission of a petition by VDARE for review and approval by the Attorney General or the Supreme Court under Sections 510, 511, or 511-a of the Not-for-Profit Corporation Law. Each transaction also would require, under Section 509 of the N-PCL, approval by disinterested members of the VDARE Board of Directors. Because the Brimelows were together two of VDARE's three directors according to VDARE's 2020 Form 990 (the third being Peter Brimelow's brother), no approval by disinterested directors could possibly have been granted. Each of the castle and compensation transactions is also a "related-party transaction" under Section 715 of the Not-For-Profit Corporation Law that requires review by disinterested board members to ensure fair consideration and examination of alternatives, contemporaneous record-keeping, and proper disclosure on Schedule L of the IRS 990.   (Emphasis supplied as to false statements)

- *At p. 16 of DKT. 3 of  New York Supreme Court Index No. 453196/2022*: Given the web of transactions among VDARE and Brimelow-controlled entities *already* discovered by the OAG, the identities of contractors are central to the OAG's investigation. VDARE, and the Brimelows, cannot hide behind the First Amendment to shield self-interested transactions from regulatory scrutiny. (Emphasis supplied as to false statements)

- *At ¶28, p. 6 of DKT. 4  of New York Supreme Court Index No. 453196/2022*: Public filings indicate that, in December 2020, VDARE conveyed the entirety of the Berkeley Springs Castle property in two separate transactions to two West Virginia corporations that had been incorporated by Lydia Brimelow five months earlier. VDARE conveyed the castle itself and the land that it sits on to the Berkeley Castle Foundation (BCF), a putative non-profit corporation. VDARE conveyed the remaining land, consisting of eight parcels, to BBB, LLC, a for-profit corporation.  Transfer of charitable assets to a for-profit entity without fair consideration is a violation of both New York and federal law. (Emphasis supplied as to false statements)

- *At ¶25, p. 6 of DKT. 4  of New York Supreme Court Index No. 453196/2022 (affirmed under penalty of perjury)*: Upon information and belief, Peter Brimelow, Lydia Brimelow, and their three children moved into the Berkeley Springs Castle and have been using it as their primary family residence since March 2020. (Emphasis supplied as to false statements)

- At *p. 3 of DKT. 57 of New York Supreme Court Index No. 453196/2022*:
  VDARE's counsel admits the critical facts that first triggered the Attorney General's scrutiny—Peter Brimelow, VDARE's founder and director, and his wife, Lydia Brimelow, also a director, used and continue to use a $1.4 million charitable asset as their personal residence. See Frisch Aff. (Doc. No. 37) ¶ 16. VDARE's counsel attempted to excuse this apparent self-dealing by claiming that "the Brimelows paid rent to live in the cottage beginning in April 2021." Id. What counsel neglected to mention is that the supposedly exonerating lease is yet further evidence of self-dealing. The lease is between Lydia Brimelow and BBB, LLC, a West-Virginia for-profit corporation she manages, and Lydia Brimelow signed the document as both landlord and tenant. Frisch Aff. Ex. H (Doc. No. 45) (copy of lease); Fuchs Aff. Ex. L (BBB, LLC registration showing Lydia Brimelow as manager). At best, therefore, the lease shows that Lydia Brimelow has been paying rent to herself to live on the castle property. (Emphasis supplied as to false statements of fact and law)

- At *pp. 7-8 of DKT 12–1 of Northern District of New York, Civil Action No. 22-cv-1337*:
  Later in 2020, Lydia Brimelow executed two transfers on behalf of VDARE conveying the entire castle property—a $1.4 million charitable asset—to two West Virginia corporations she had founded earlier that year. See Fuchs Aff., Exs. F–I. One deed filed with the Morgan County, West Virginia, Register of Deeds conveyed the castle itself and the land it occupies to the Berkeley Castle Foundation, Inc., a not-for-profit established by Lydia Brimelow. Fuchs Aff., Exs. F, H. A second deed conveyed the remaining eight parcels of surrounding land to BBB, LLC, a for-profit corporation also established by Lydia Brimelow. Fuchs Aff., Exs. G, I. The sole signatory for both deeds was Lydia Brimelow. Fuchs Aff., Exs. F, G. Under the tagline "When nothing but a castle will do," the Berkeley Castle Foundation now advertises the castle as a for-rent event space. https://www.berkeleyspringscastle.com/contact.html (last visited December 14, 2022). According to a publicly filed contract signed by Lydia Brimelow (as both landlord and tenant), the Brimelows now pay monthly "rent" to BBB, the for-profit corporation, to reside on the castle property. Fuchs Aff., Ex. J. In other words, the Brimelows used charitable funds to purchase property in which they reside, transferred the grounds to a for-profit corporation they control, and now pay rent to that company, in essence to themselves.
  There is a host of potential violations of New York charities law implicated in this series of transactions. As an example, transferring or approving a transfer of charitable assets from a charitable New York not-for-profit corporation to a for-profit entity without fair compensation is a violation of New York and federal law and a breach of the fundamental fiduciary responsibilities of directors and officers. See generally Fuchs Aff., Ex. A (petition to compel subpoena in state court). The castle transactions were

not reported on VDARE's 2020 IRS Form 990, as required by federal and New York law, <u>nor were they submitted to the Charities Bureau or the New York Supreme Court for approval, as required by N-PCL §§ 510, 511, and 511a. See Fuchs Aff. at B. Even had they been submitted, neither the Charities Bureau nor the Court would have the authority to approve such a transaction because VDARE had no independent directors who could have approved it. See N-PCL § 510.</u>  (Emphasis supplied as to false statements of fact and law)

- At *p. 15 of DKT 12–1 of Northern District of New York, Civil Action No. 22-CV-1337*: Public records have already disclosed more than a million dollars in transactions <u>between VDARE and two corporations established—and controlled—by VDARE's directors. As described above, such transactions could not have been approved by a disinterested board— because the board consisted entirely of Brimelows—and thus violated New York law.</u> (Emphasis supplied as to false statements of fact and law)

- At *p. 17 of DKT 12–1 of Northern District of New York, Civil Action No. 22-cv-1337*: <u>The Attorney General began investigating VDARE after it became apparent that the organization had used charitable funds to buy a castle for its directors to use as a family residence. Public records further showed that VDARE conveyed the entire castle property to two corporations established by director Lydia Brimelow and that the only signatory to those deeds was Lydia Brimelow herself. Fuchs Aff. Exs. E–H. Those transactions should have been disclosed to the IRS and reviewed by the Attorney General's office but were not. Those facts suggested of self-dealing, misappropriation, and breach of fiduciary duties by VDARE's directors, and false filings by VDARE with the Charities Bureau, in violation of New York law. Other potential violations of law were apparent from the face of documents VDARE submitted to the IRS and the Attorney General's Office. See generally Fuchs Aff., Ex. A; People by James v. VDARE Found., Inc., Index No. 453196/2022, Dkt. Nos. 3, 4 (Sup. Ct. N.Y. Cnty. Dec. 16, 2022) (setting forth the Attorney General's basis to investigate).</u> (Emphasis supplied as to false statements of fact and law)

- At *p. 20 of DKT 12–1 of Northern District of New York, Civil Action No. 22-cv-1337*: Public records indicate that VDARE purchased a $1.4 million medieval-style castle in West Virginia, and public statements by VDARE suggest that it was bought with donor funds. Supra, 2–3. Additional statements by VDARE and published on its website indicate that VDARE's directors, Peter and Lydia Brimelow, <u>use that castle as a family residence. Id.</u> Public records show that <u>VDARE conveyed the castle to two corporations owned and controlled by Lydia Brimelow, and the only signatory on both deeds was Lydia Brimelow herself. Supra, 3–4. And a document filed publicly by VDARE indicates that the Brimelows pay "rent" to BBB, LLC, the for-profit corporation Lydia Brimelow established, to reside on the castle grounds. Supra, 4.</u> Those

"related-party"transactions required disinterested board approval, disclosure on VDARE's IRS Form 990, and the submission of a petition by VDARE for review and approval by the Attorney General or N.Y. Supreme Court. See N-PCL §§ 509, 510, 511, 511-a, 715; Internal Revenue Service Filing Information, Intermediate Sanctions—Excise Taxes, at https://www.irs.gov/charities-nonprofits/charitable-organizations/intermediate-sanctions-excise-taxes (last visited Dec. 15, 2022). Based on public records, none of those steps appears to have been taken. See generally Fuchs Aff., Ex. A; People by James v. VDARE Found., Inc., Index No. 453196/2022, Dkt. Nos. 3, 4 (Sup. Ct. N.Y. Cnty. Dec. 16, 2022) (setting forth the Attorney General's basis to investigate). (Emphasis supplied as to false statements of fact and law)

*Every one of the above portions of the record need to be specifically corrected by the Attorney General's office.*

The above statements are obviously *not* confined to the special proceeding under New York Supreme Court Index No. 453196/2022.

Most obviously, they are incorporated into the record before the Appellate Division, First Department at Case No. 2023-00672. Ms. Trento is the attorneys of record in that appeal and therefore under an obligation to correct the record in accordance with RPC 3.3(a)(1) and RPC 3.3(a)(3).

But false statements were are also directly made in and incorporated into the record before, the District Court for the Northern District of New York Civil Action No. 22-cv-1337. Messrs. Sheehan, Mendelson, and Sawyer are attorneys of record in that action and therefore under an obligation to correct the record in accordance with RPC 3.3(a)(1) and RPC 3.3(a)(3).

In light of the above, we expect that the Honorable Letitia James, Messrs. Sawyer, Sheehan, and Mendelson, and Ms. Trento will, no later than Friday, August 4, 2023 at the close of business, write to those tribunals and formally acknowledge that the AG's office has previously violated New York's Rules of Professional Conduct 3.3, 3.4, 4.1, and 8.4 in the

Page 18 of 19

**AA1969**

presentation of the record before them, but that you are now heeding your continuing obligation under RPC 3.3(a)(1) and RPC 3.3(a)(3) to correct same and strike the offending passages from the record.

The above are by no means the end of our concerns regarding the Office of Attorney General's false statements and ethical violations.  There is, for example, almost certainly more to be said regarding any false innuendo that the amount of rent paid by Peter and Lydia Brimelow to BBB, LLC was not fair market value.  But working through the vast material produced under Mr. Frisch's watch –  and determining what the Office of Attorney General knew and when it knew it – is a labor intensive project that will require more time.  For the nonce, it is imperative, and it is enough, that you address the matters raised herein.

Please advise on your stance at your earliest convenience.

I thank you for your time and attention herein, and remain

Very truly yours,

/s/
Frederick C. Kelly, Esq.

cc:    Lydia Brimelow            *Via Email*

**AA1970**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VDARE FOUNDATION, INC.,

                Plaintiff,

        -vs-

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

                Defendant.
_____

**22-cv-1337 (FJS/CFH)**

## DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN INJUNCTION PENDING APPEAL

                **LETITIA JAMES**
                New York State Attorney General
                28 Liberty St. New York, NY 10005

        By:

                JAMES SHEEHAN
                Assistant Attorney General
                NDNY Attorney Bar Roll # 516406
                ALEXANDER MENDELSON
                Assistant Attorney General
                NDNY Attorney Bar Roll # 702756
                RICHARD SAWYER*
                Special Counsel, Civil Rights Bureau

                *Appearing pro hac vice

**AA1971**

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................................. i

TABLE OF AUTHORITIES ......................................................................................... ii

INTRODUCTION .......................................................................................................... 1

ARGUMENT ................................................................................................................. 1

   I.   Legal Standard ................................................................................................. 1

   II.  Submitting Repackaged Arguments Weeks After the Court Denied Preliminary Injunctive Relief Cannot Satisfy the High Burden Required for a Stay Pending Appeal .......................................................................................................... 2

   III. VDARE's Mischaracterization of Communications with the Office of the Attorney General Are Irrelevant to the Questions Before the Court ................................ 5

CONCLUSION ............................................................................................................. 7

AA1972

<u>**TABLE OF AUTHORITIES**</u>

**Cases**

*Agudath Israel of Am. v. Cuomo*,
  980 F.3d 222 (2d Cir. 2020)...................................................................... 2

*Citibank N.A. v. Citytrust*,
  756 F.2d 273 (2d Cir. 1985)...................................................................... 4

*Dimartile v. Cuomo*,
  No. 1:20-CV-0859 (GTS/CFH), 2020 WL 4877239 (N.D.N.Y. Aug. 19, 2020).................... 2

*Hickerson v. City of New York*,
  146 F.3d 99 (2d Cir. 1998)........................................................................ 3

*In re World Trade Ctr. Disaster Site Litig.*,
  503 F.3d 167 (2d Cir. 2007)...................................................................... 2

*New York v. U.S. Dep't of Homeland Sec.*,
  974 F.3d 210 (2d Cir. 2020)...................................................................... 2

*Nken v. Holder*,
  556 U.S. 418 (2009)................................................................................. 2

*Parolisi v. Slavin*,
  98 A.D.3d 488 (2d Dep't 2012).................................................................. 3

*Tribul Merch. Servs., LLC v. ComVest Grp.*,
  No. 12-CV-5063 (FB) (VMS), 2012 WL 5879523 (E.D.N.Y. Nov. 21, 2012)................. 3

*United States v. Grote*,
  961 F.3d 105 (2d Cir. 2020)...................................................................... 2

*Van Pier v. Long Island Sav. Bank, FSB*,
  159 F.3d 1349 (2d Cir. 1998).................................................................... 3

*Weight Watchers Int'l, Inc. v. Luigino's, Inc.*,
  423 F.3d 137 (2d Cir. 2005)...................................................................... 4

ii

## INTRODUCTION

Defendant Letitia James, the Attorney General of the State of New York, respectfully submits this memorandum of law in opposition to Plaintiff VDARE's motion for an injunction restraining the enforcement of the Attorney General's properly issued investigative subpoena pending VDARE's appeal to the United States Court of Appeals for the Second Circuit. D.E. 56.

In a Memorandum-Decision and Order dated June 27, 2023, this Court denied VDARE's motion for a preliminary injunction, determining that the relief VDARE sought—an injunction restraining enforcement of the Attorney General's subpoena during the pendency of this action— is barred by *res judicata* and would impair the state court's order compelling VDARE to comply with the Attorney General's ongoing investigation into misuse of its charitable funds. D.E. 50 at 20. The fact that VDARE has filed a notice of appeal does nothing to change the Court's well-reasoned conclusion. In fact, the standard of proof VDARE must meet to obtain a stay pending appeal is *higher* than the standard it needed to meet to obtain a preliminary injunction. VDARE can scarcely hope to satisfy this rigorous standard by repackaging the same arguments courts have rejected as meritless on three previous occasions. Accordingly, this motion should likewise be denied.[1]

## ARGUMENT

### I. Legal Standard

VDARE acknowledges that a party seeking a stay pending appeal must overcome a stronger burden than a party seeking to obtain a preliminary injunction. *See* D.E. 57 at 1 (citing

---

[1] The Attorney General also opposes VDARE's request for oral argument. Where the only thing that has changed since the Court last rejected VDARE's arguments is that VDARE has filed a notice of appeal, it has not demonstrated any compelling reason why this matter cannot be decided on the record before the Court.

1

**AA1974**

*New York v. U.S. Dep't of Homeland Sec.*, 974 F.3d 210, 214 (2d Cir. 2020) and *Agudath Israel of Am. v. Cuomo*, 980 F.3d 222, 226 (2d Cir. 2020)). "To obtain a stay of a district court's order pending appeal, more is required, including a '*strong showing* that [the movant] is likely to succeed on the merits.'" *Agudath Israel*, 980 F.3d at 226 (quoting *Dep't of Homeland Sec.*, 974 F.3d at 214) (emphasis added). As the Second Circuit has observed, courts consider four factors in deciding whether to grant a stay of an order or proceeding pending appeal:

> (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceedings; and (4) where the public interest lies.

*United States v. Grote*, 961 F.3d 105, 122–23 (2d Cir. 2020) (quoting *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007)). "A stay is not a matter of right but an exercise of judicial discretion that depends on the circumstances of the particular case." *Dimartile v. Cuomo*, No. 1:20-CV-0859 (GTS/CFH), 2020 WL 4877239, at *3 (citing *Nken v. Holder*, 556 U.S. 418, 433 (2009)). "The party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion." *Nken*, 556 U.S. at 433–34.

## II. Submitting Repackaged Arguments Weeks After the Court Denied Preliminary Injunctive Relief Cannot Satisfy the High Burden Required for a Stay Pending Appeal

VDARE's arguments supporting a stay pending appeal do little more than repackage arguments that this Court has already considered and has not accepted. Indeed, in some instances, VDARE repeats these arguments verbatim. *Compare* D.E. 38 (Reply in Supp. of Prelim. Injunction) at 4–9 *and* D.E. 54 (VDARE's Suppl. Ltr. Br. Regarding *Res Judicata*) at 1–5 *with* D.E. 57 at 3–14. Just as VDARE's original arguments fell short of the standard necessary to obtain a preliminary injunction, the addition of VDARE's summary conclusion that this Court's ruling "is likely to be reversed on appeal," D.E. 57 at 1, is insufficient to constitute the "strong showing"

on the merits required for a stay of a district court's order pending appeal. *See Agudath*, 980 F.3d at 226 (internal quotation marks and citations omitted). This is particularly true when VDARE neglects to even confront the Court's reasoning, much less demonstrate any errors in the Court's application of the law. D.E. 57 at 4.

As this Court noted in denying injunctive relief, "the record clearly demonstrates that VDARE raised its constitutional claims in State Supreme Court in opposition to Defendant's position," and that the state court rejected those claims. D.E. 50 at 17–18. Although VDARE attempts yet again to maintain that *res judicata* should not apply because the state court erred in resolving its constitutional claims, that argument falls far short of demonstrating the necessary strong likelihood that the Second Circuit will hold that the Court misconstrued governing *res judicata* principles. If anything, the Court's ruling finds ample support in Second Circuit precedent. *See Tribul Merch. Servs., LLC v. ComVest Grp.*, No. 12-CV-5063 (FB) (VMS), 2012 WL 5879523, at *22 (E.D.N.Y. Nov. 21, 2012) ("Cases have held that the preclusive effect of a prior court ruling on a current cause of action undermines a finding of substantial likelihood/sufficiently serious questions in an injunctive relief petition") (citing *Van Pier v. Long Island Sav. Bank, FSB*, 159 F.3d 1349 (2d Cir. 1998); and *Hickerson v. City of New York*, 146 F.3d 99, 113 (2d Cir. 1998); *see also Parolisi v. Slavin*, 98 A.D.3d 488, 490 (2d Dep't 2012) ("Since the plaintiff's causes of action are barred by the doctrine of *res judicata*, the plaintiff failed to demonstrate a likelihood of success on the merits, and, accordingly, his motion for a preliminary injunction should have been denied.").

Likewise, VDARE's claim to irreparable injury absent a stay is negated by the state court's conclusive determination that enforcement of the subpoena would not actually impair its First Amendment rights, particularly given the Attorney General's agreement that VDARE need not

AA1976

disclose the identities of donors and those who attended its events in its court-ordered subpoena production. D.E. 50 at 11, 17. VDARE's claim to irreparable injury is further belied by its long-standing pattern of delay. Despite having appealed the state court's order over seven months ago, VDARE has yet to file its opening brief. Despite bringing its action in this Court in December 2022, VDARE waited until March 2023—after the parties had briefed the Attorney General's motion to dismiss—to seek "emergency" relief. And now, despite the fact that the Court denied VDARE's motion in June 2023, VDARE waited the maximum thirty days to file its notice of appeal, and delayed nearly another month before claiming that its pending appeal created an "emergency" that warranted a stay. *See* D.E. 50, 53, 57. VDARE's delay in seeking injunctive relief significantly undercuts the exigency that it claims to irreparable harm. *See, e.g., Weight Watchers Int'l, Inc. v. Luigino's, Inc.*, 423 F.3d 137, 144 (2d Cir. 2005) ("We have found delays of as little as ten weeks sufficient to defeat the presumption of irreparable harm that is essential to the issuance of a preliminary injunction.") (citing *Citibank N.A. v. Citytrust*, 756 F.2d 273, 276–77 (2d Cir. 1985)).

Finally, the public interest weighs heavily against a stay pending appeal because such relief will stifle the Attorney General's ability to exercise her statutory authority to enforce the laws governing charities. As this Court recognized, "the State Supreme Court has determined that Defendant's Subpoena was authorized, [the Attorney General] had the right to conduct the investigation, and VDARE must comply with the Subpoena. Clearly, an order from this Court enjoining Defendant's investigation, even temporarily, would impair those rights." D.E. 50 at 18. The Attorney General issued the subpoena to VDARE more than fourteen months ago. D.E. 12-13. Since then, VDARE has engaged in a pattern of dilatory conduct, bringing numerous meritless motions and appeals in both state and federal court to delay compliance with the subpoena. Each

**AA1977**

day that passes without compliance further prejudices the Attorney General, as statutes of limitations continue to run. VDARE's effort to run out the clock potentially undermines the Attorney General's pursuit of viable causes of action. Accordingly, the public interest requires that the Court deny VDARE's request for an injunction pending appeal.

### III. VDARE's Mischaracterization of Communications with the Office of the Attorney General Are Irrelevant to the Questions Before the Court

Along with its repackaged arguments, VDARE appends to its memorandum of law certain communications exchanged between the Office of the Attorney General and counsel for VDARE since this Court issued its decision denying a preliminary injunction. *See* D.E. 57 at 3–4; *see also* 57-1–57-4. These exchanges are irrelevant to the elements of a stay or the Court's conclusion that VDARE is unlikely to succeed because *res judicata* will bar it from litigating its claims in federal court. In an abundance of caution, however, the Attorney General explains why VDARE's characterization of these communications is misleading.

Contrary to VDARE's representations, the Office of the Attorney General did not demand subpoena compliance by an "arbitrary deadline" and was not informed that such compliance would be "impossible in light of a replacement of counsel." D.E. 57 at 4. Rather, the Office of the Attorney General requested that VDARE comply with the June 23, 2022 outstanding subpoena and January 23, 2023 state-court order *within the timeframe previously promised by VDARE's prior counsel*, i.e., "no later than a week after any denial of requested injunctive relief." *See* D.E. 57-1 at 5. VDARE's replacement counsel identified himself, claimed responsibility for subpoena compliance, and responded that he would confer with his predecessor and respond with a forecast for compliance the following week. *See* D.E. 57-2 at 1–2 ("Please therefore expect further correspondence from me [forecasting subpoena compliance] on Tuesday, July 11, 2023."). Replacement counsel's self-imposed deadline expired without any further communication. Thus,

5

**AA1978**

the following day, the Attorney General reminded replacement counsel of VDARE's obligation to comply with the subpoena in light of the state-court order and this Court's ruling and requested compliance by August 1, 2023. D.E. 57-3.

On August 1, 2023, VDARE responded. Without even mentioning its earlier pledge to comply with the subpoena (and the multiple court orders finding the subpoena enforceable), VDARE engaged in a lengthy recitation of spurious accusations that the Attorney General and certain current and former employees within the Office of the Attorney General violated the New York Rules of Professional Conduct. In addition, VDARE unilaterally declared that the limited information it previously furnished amounted to complete disclosure. *See* D.E. 57-4; *see also* D.E. 57 at 4. The Attorney General responded through her General Counsel on August 24, 2023, to the effect that VDARE's allegations were carefully reviewed and determined to be without merit. To complete the public record, the Attorney General offers her August 2023 response as an exhibit. *See* Ex. A (8/24/2023 Letter from L. Schimmel to F. Kelly).

**AA1979**

## **CONCLUSION**

For the reasons set forth above, in the Attorney General's prior briefing in opposition to VDARE's initial motion for a preliminary injunction, and for the reasons set forth in the Court's Memorandum-Decision and Order dated June 27, 2023, the Court should deny Plaintiff VDARE's request for an injunction pending appeal.

Dated: September 13, 2023

LETITIA JAMES
Attorney General for the State of New York
*Attorney for State Defendants*

/s/ Alexander Mendelson
Alexander S. Mendelson
Assistant Attorney General
Charities Bureau

**AA1980**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Alexander Mendelson
Alexander S. Mendelson

8

**AA1981**

**EXHIBIT A**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

August 24, 2023

Frederick C. Kelly
Attorney at Law
One Harriman Square
Goshen, NY 10924
fckellylaw@protonmail.com

Re: VDARE

Dear Frederick Kelly:

We are in receipt of your letter dated August 1, 2023, alleging that the Attorney General and certain current and former employees of our office violated the Rules of Professional Conduct, while conducting its statutorily required duties on behalf of the People of New York.

The Office of the Attorney General (OAG) takes its ethical obligations, including its attorneys' compliance with the Rules of Professional Conduct very seriously. Consistent with this, the Office of the General Counsel has reviewed your assertions and has determined them to be without merit.

The Charities Bureau of the OAG will be in communication regarding its ongoing investigation and your legal requirements thereof.

Sincerely,

L Schimmel

Larry Schimmel
General Counsel

**AA1983**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

VDARE FOUNDATION, INC.,      :

                             :

         Plaintiff,            :

                             :     Civil Action No. 22-cv-1337 (FJS/CFH)

   - vs -                    :

                             :

LETITIA JAMES, in her official capacity as    :     **NOTICE OF APPEAL**
Attorney General of the State of New York,       

                             :

        Defendant.         :

                             :

-------------------------------------------------------x

       **PLEASE TAKE NOTICE** that Plaintiff, VDARE Foundation, Inc., hereby appeals to the

United States Court of Appeals for the Second Circuit from the Judgment in a Civil Case entered

on September 13, 2023 (ECF No. 60) and from the Memorandum-Decision and Order entered in

the above-captioned action on September 13, 2023 (ECF No. 59).

Dated: October 13, 2023.                  /s/ Jay M. Wolman
                                     Jay M. Wolman
                                     RANDAZZA LEGAL GROUP, PLLC
                                     *Office Address:*
                                     43-10 Crescent Street, Ste. 1217
                                     Long Island City, NY 11101
                                     *Mailing Address:*
                                     100 Pearl Street, 14th Floor
                                     Hartford, CT 06103
                                     Tel:  888-887-1776
                                     ecf@randazza.com

                                     Marc J. Randazza
                                     RANDAZZA LEGAL GROUP, PLLC
                                     30 Western Avenue
                                     Gloucester, MA 01930
                                     Tel: 888-887-1776
                                     ecf@randazza.com

                                     *Attorneys for Plaintiff,*
                                     *VDARE FOUNDATION, INC.*

-1-

**AA1984**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 13, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

<div align="right">

/s/ Jay M. Wolman        
Jay M. Wolman

</div>

**AA1985**