

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

January 31, 2024

Hon. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse, 40 Foley Square
New York, New York 10007

    Re:   *VDARE v. James*
           2d Cir. Nos. 23-1084(L), 23-7409

Dear Ms. Wolfe:

    I represent the defendant-appellee in this appeal. Pursuant to Local Rule 31.2, defendant-appellee respectfully proposes Thursday, **April 25, 2024**, as the date for filing her brief.

    This proposed date is within 91 days of the date that appellant filed its brief. Fed. R. App. P. 26(a)(1)(B). We have not previously requested an extension in this matter.

    Thank you for your assistance.

                                    Respectfully submitted,

                                    /s/ Jonathan D. Hitsous
                                    JONATHAN D. HITSOUS
                                  Assistant Solicitor General