

Jay Marshall Wolman, JD
Licensed in CT, MA, NY, DC

May 21, 2024

Via CM/ECF
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *VDARE Foundation, Inc. v. James*
     Docket Nos. 23-1084(L), 23-7409(CON)

Dear Clerk O'Hagan Wolfe,

  Pursuant to Fed. R. App. P. 28(j), please find attached the Order of Hon. Jenny Rivera, Senior Associate Judge, Court of Appeals, dated May 20, 2024, on Motion No. 2024-394, attached hereto, staying the February 15, 2024, order of the Appellate Division, First Department, in the state court matter, along with the letter of Hon. Lisa LeCours, Chief Clerk and Legal Counsel to the Court of Appeals.

  The state court matter is the basis upon which Appellee and the District Court rely for the defense of *res judicata*. (Appellant Br. at 17). The May 20 Order calls the finality of the state court decision at issue into question. Should this Court have been inclined to affirm the *res judicata* defense, the interests of justice would warrant awaiting the ultimate outcome of the Court of Appeals proceedings.

  Thank you for your attention to this matter.



Sincerely,

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
*Office Address:*
43-10 Crescent Street, Ste. 1217
Long Island City, NY 11101
*Mailing Address:*
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 888-887-1776
Email: ecf@randazza.com

*Attorneys for Plaintiff-Appellant,*
*VDARE FOUNDATION, INC.*

cc: All Counsel of Record (Via CM/ECF)



*State of New York*
*Court of Appeals*

*Lisa LeCours*
*Chief Clerk and*
*Legal Counsel to the Court*

*Clerk's Office*
*20 Eagle Street*
*Albany, New York 12207-1095*

May 20, 2024

Frederick C. Kelly, Esq.
One Harriman Square
Goshen, NY 10924-0060

Re:   Matter of the People by James v VDARE
      Mo. No. 2024-394

Dear Mr. Kelly:

Your proposed order to show cause in the above matter was reviewed by Judge Jenny Rivera, who signed an order bringing on a motion for a stay. Judge Rivera also stayed enforcement of the Appellate Division order appealed from pending the Court's determination of the motion for a stay.

A copy of the signed order is enclosed. You must serve the order to show cause as directed therein along with a copy of this letter.

You must provide this office with proof of such service and the $45 motion fee as required by CPLR 8022.

The motion return date is May 28, 2024. No personal appearances are permitted on the return date. Any opposing papers must be served and filed in this office by the close of business on that date.

Questions about the Rules of the Court of Appeals for motions may be directed to this office at (518) 455-7705.

Very truly yours,

Lisa LeCours

RMM
  cc:   Hon. Jenny Rivera
        Andrea W. Trento, Esq.

# State of New York
# Court of Appeals

**Present,** Hon. Jenny Rivera, *Senior Associate Judge*

---

In the Matter of the People of the State of New York,
By Letitia James, &c.,
    Respondent,
  v.
VDARE Foundation, Inc.,
    Appellant.

---

Appellant having filed and served an appeal and motion for leave to appeal from the February 15, 2024 order of the Appellate Division, First Department, in the above title and having filed and served a proposed order to show cause seeking to bring on a motion for a stay, and upon due consideration, it is hereby:

ORDERED that respondent show cause at a motion term to be held on Tuesday, May 28, 2024, why an order should not be entered granting appellant a stay; and it is further

ORDERED that pending determination of the motion for a stay, the February 15, 2024 order of the Appellate Division, First Department, is hereby stayed and it is further

ORDERED that a copy of this order and all supporting papers shall be served upon counsel for respondent no later than Tuesday, May 21, 2024 by email and overnight or personal service. Any papers opposing the motion shall be served and filed, as directed by the Clerk's Office, on or before the return date of the motion.

*[Signature]*
Hon. Jenny Rivera
Senior Associate Judge, Court of Appeals

Dated:    New York, New York
            May 20, 2024