

Jay Marshall Wolman, JD
Licensed in CT, MA, NY, DC

20 June 2024

Via CM/ECF
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *VDARE Foundation, Inc. v. James*
                 *Docket Nos. 23-1084(L), 23-7409(CON)*

Dear Clerk O'Hagan Wolfe,

On May 21, 2024, pursuant to Fed. R. App. P. 28(j), I provided the Court with the Order of Hon. Jenny Rivera, Senior Associate Judge, Court of Appeals, dated May 20, 2024, on Motion No. 2024-394, staying the February 15, 2024, order of the Appellate Division, First Department, in the state court matter.

Consistent with N.Y. R. Prof. Conduct 3.3, I am writing to notify the Court that, on June 13, 2024, on the New York Court of Appeals's own motion (Motion No. 2024-244), the appeal as of right was dismissed "upon the ground that no substantial constitutional question is directly involved" and the companion motion for leave to appeal was denied, and, thereupon, in Motion No. 2024-394, the motion for a stay was "dismissed as academic." A copy of the rulings, appearing in the order list, is attached. VDARE disagrees that there was no substantial constitutional question, which further demonstrates that it is inequitable to deem the state court decision as *res judicata*, where they fail to appreciate the significant constitutional issues at stake.

Randazza Legal Group
Page 2 of 2



Thank you for your attention to this matter.

Sincerely,

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
*Office Address:*
43-10 Crescent Street, Ste. 1217
Long Island City, NY 11101
*Mailing Address:*
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 888-887-1776
Email: ecf@randazza.com

*Attorneys for Plaintiff-Appellant,
VDARE FOUNDATION, INC.*

cc:    All Counsel of Record (Via CM/ECF)

# State of New York
# Court of Appeals

**Decisions**

June 13, 2024

**CASES**

| | |
|---|---|
| 2      No. 87 SSM 13<br>The People &c.,<br>    Appellant,<br>  v.<br>Nolberto Contreras Vargas,<br>    Respondent. | On review of submissions pursuant to section 500.11 of the Rules, order reversed and case remitted to the Appellate Division, Second Department, for consideration of the facts and issues raised but not determined on appeal to that Court, in a memorandum.<br>Judges Garcia, Singas, Cannataro, Troutman and Halligan concur.<br>Chief Judge Wilson and Judge Rivera dissent and vote to affirm for the reasons stated in the Appellate Division memorandum (*see People v Vargas*, 211 AD3d 1046 [2d Dept 2022]). |
| 3      No. 65<br>In the Matter of Prisoners' Legal Services of New York,<br>    Appellant,<br>  v.<br>New York State Department of Corrections and Community Supervision,<br>    Respondent. | Order insofar as appealed from, as limited by the briefs, affirmed, without costs, in a memorandum.<br>Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur. |

**MOTIONS**

| | | |
|---|---|---|
| 2 | Mo. No. 2024-169 | Motion for leave to appeal dismissed upon the ground that this Court does not have jurisdiction to entertain a motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). |

In the Matter of 125 Court Street, LLC,
    Appellant,
     v.
Yolande Nicholson,
    Respondent,
et al.,
    Respondents.

Motion for a stay dismissed as academic.


4        Mo. No. 2024-91
In the Matter of Ahren B.-N.

Oneida County Department of Social Services,
    Respondent;
Gary B.-N.,
    Appellant,
et al.,
    Respondent.

Motion for leave to appeal denied.
Motion for poor person relief dismissed as academic.


4        SSD 17
George Borrello, &c., et al.,
    Appellants,
     v.
Kathleen C. Hochul, &c., et al.,
    Respondents.

Appeal dismissed without costs, by the Court sua sponte, upon the ground that no substantial constitutional question is directly involved.


3        Mo. No. 2024-424
In the Matter of Cara J. Castronuova,
    Appellant,
     v.
Anthony Nunziato et al.,
    Respondents,
et al.,
    Respondent.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.
Motion for leave to appeal denied.

| | |
|---|---|
| 4      Mo. No. 2024-216<br>In the Matter of Mariateresa Ceravolo,<br>      Respondent,<br>      v.<br>David Lefebvre,<br>      Respondent.<br>----------------------------<br>In the Matter of Mitchel Lichtman,<br>      Appellant,<br>      v.<br>Mariateresa Ceravolo,<br>      Respondent,<br>David Lefebvre,<br>      Respondent. | Motion for reargument of motion for leave to appeal denied. |
| 4      Mo. No. 2024-7<br>In the Matter of Columbus Monument Corporation, &c., et al.,<br>      Appellants,<br>      v.<br>City of Syracuse,<br>      Respondent,<br>et al.,<br>      Respondent-Defendant. | Motion for leave to appeal denied with one hundred dollars costs and necessary reproduction disbursements. |
| 1      Mo. No. 2024-43<br>Andrew Delaney,<br>      Appellant,<br>      v.<br>HC2, Inc., &c.,<br>      Respondent. | On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.<br>Motion for poor person relief dismissed as academic. |
| 4      Mo. No. 2024-115<br>In the Matter of Landin F.<br><br>Erie County Department of Social Services,<br>      Respondent;<br>Jodi G.,<br>      Appellant. | Motion for leave to appeal denied. |

| | |
|---|---|
| 1      Mo. No. 2023-809<br>In the Matter of Sune G.,<br>    Appellant,<br>  v.<br>Michelle M.,<br>    Respondent.<br>(And Other Proceedings.) | Motion, insofar as it seeks leave to appeal from the portion of the May 2022 Appellate Division order that dismissed the appeal from so much of the December 4, 2020 Family Court "Final Order After Trial" as determined child custody and visitation and denied the petition for relocation, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the May 2022 Appellate Division order and the other Appellate Division orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution.<br>Motion, insofar as it seeks change of counsel for the child on appeal, dismissed as academic; motion for other relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion (*see* NY Const, art VI, § 3). |
| 2      Mo. No. 2024-187<br>In the Matter of Angel P.H.<br><br>Administration for Children's Services,<br>    Respondent;<br>Angel P.Q.,<br>    Appellant.<br>(And Other Proceedings.) | On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. |
| 2      SSD 20<br>In the Matter of Rodney Harper,<br>    Appellant,<br>  v.<br>Robert Neary, &c., et al.,<br>    Respondents. | Appeal dismissed without costs, by the Court sua sponte, upon the ground that no appeal lies as of right from the unanimous judgment of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). |

| | |
|---|---|
| 2      SSD 19<br>In the Matter of Selma Husejnovic,<br>    Appellant,<br>  v.<br>William DeProspo, &c.<br>et al.,<br>    Respondents. | Appeal dismissed without costs, by the Court sua sponte, upon the ground that no appeal lies as of right from the unanimous judgment of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). |
| 3      Mo. No. 2024-168<br>In the Matter of Ryan J., &c.<br><br>Essex County Department of Social Services,<br>    Respondent;<br>Taylor J.,<br>    Appellant.<br>(And Another Proceeding.) | Motion for leave to appeal denied. |
| 2      Mo. No. 2023-169<br>Kernny Jackson, &c.,<br>    Appellant,<br>  v.<br>Catskill Regional Medical Center, et al.,<br>    Respondents. | Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. |
| 1      Mo. No. 2023-775<br>In the Matter of The Jewish Press Inc.,<br>    Appellant,<br>  v.<br>New York City Police Department,<br>    Respondent. | Motion for leave to appeal denied. |
|       Mo. No. 2024-378<br>The People &c.,<br>    Respondent,<br>  v.<br>Richecarde Licius,<br>    Appellant. | Motion for assignment of counsel granted and Twyla Carter, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein. |

6

| | | |
|---|---|---|
| 4 | Mo. No. 2024-174 | Motion for leave to appeal denied. |
| | In the Matter of Angelina M., et al. | Motion for poor person relief dismissed as academic. |

Onondaga County Department of Children
and Family Services,
    Respondent;
Marilyn O.,
    Appellant,
et al.,
    Respondent.

2       Mo. No. 2024-226       Motion for leave to appeal dismissed upon the
In the Matter of Nyomi P.       ground that the order sought to be appealed from
                                                does not finally determine a proceeding within the
Administration for Children's Services,    meaning of the Constitution.
    Respondent;
Imeisha P.,
    Appellant.
(And Another Proceeding.)

4       Mo. No. 2024-214       Motion for leave to appeal denied.
In the Matter of Zackery S. et al.

Yates County Department of Social Services,
    Respondent;
Christa P.,
    Appellant.

6

| | | |
|---|---|---|
| 2 Mo. No. 2024-176 US Bank Trust National Association, &c., Respondent, v. Nancy E. Nugent, &c., Appellant, et al., Defendants. | | Motion for reargument of motion for leave to appeal dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]). Motion, insofar as it seeks leave to appeal from the October 2020 Appellate Division order, dismissed upon the ground that it does not lie, appellant having previously moved in the Court of Appeals for leave to appeal (36 NY3d 1084) from the same Appellate Division order from which she currently seeks leave to appeal (*see Selinger v Selinger*, 90 NY2d 842 [1997]); motion, insofar as it seeks leave to appeal from the December 2023 Supreme Court judgment, dismissed upon the ground that such judgment does not finally determine the action within the meaning of the Constitution and thus does not constitute a final judgment within the meaning of CPLR 5602 (a) (1) (ii). Motion for a stay &c. dismissed as academic. Judge Halligan took no part. |
| 3 Mo. No. 2024-181 In the Matter of Nikole V. et al., &c. Albany County Department for Children, Youth and Families, Respondent; Norman V., Appellant. | | Motion for leave to appeal denied. |
| 1 Mo. No. 2024-244 In the Matter of the People of the State of New York, by Letitia James, &c., Respondent, v. VDARE Foundation, Inc., Appellant. | | On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. |

| | | |
|---|---|---|
| 1      Mo. No. 2024-394 <br> In the Matter of the People of the State of <br> New York, by Letitia James, &c., <br>      Respondent, <br>      v. <br> VDARE Foundation, Inc., <br>      Appellant. | | Motion for a stay dismissed as academic. |

| | | |
|---|---|---|
| 4      Mo. No. 2024-110 <br> In the Matter of Zander W. <br><br> Orleans Department of Social Services, <br>      Respondent; <br> Lisa M., <br>      Appellant. | | Motion for leave to appeal denied. |

| | | |
|---|---|---|
| 3      Mo. No. 2023-799 <br> Stanton E. Weaver Jr., <br>      Appellant, <br>      v. <br> Mary E. Weaver, <br>      Respondent. <br> (App. Div. No. 531541) <br> ---------------------------- <br> In the Matter of Stanton E. Weaver Jr., <br>      Appellant, <br>      v. <br> Mary E. Weaver, <br>      Respondent. <br> (App Div. No. 532136) | | Motion, insofar as it seeks leave to appeal from (1) so much of the October 2021 Appellate Division order as affirmed so much of the Supreme Court orders in the matrimonial action as awarded arrears and attorneys' fees related thereto, and (2) so much of the additional October 2021 Appellate Division order as resolved the Family Court Act article 4 request for modification and for an award of overpayments, denied; motion for leave to appeal from the December 2022 Appellate Division orders and the remaining portions of the October 2021 orders dismissed upon the ground that they do not finally determine an action or proceeding within the meaning of the Constitution. <br> Motion for ancillary relief dismissed upon the ground that the Court lacks jurisdiction to entertain it (*see* NY Const, art VI, § 3). |

| | | |
|---|---|---|
| 1      Mo. No. 2024-37 <br> The People &c., <br>      Respondent, <br>      v. <br> Marvin Williams, <br>      Appellant. | | Motion for leave to appeal denied. <br> Motion for poor person relief dismissed as academic. |

| | | |
|---|---|---|
| 1 | Mo. No. 2024-398 | Motion by Chamber of Commerce of the United States of America, et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served, an original and nine copies filed, and the brief submitted in digital format within seven days. |

Emily Wu,
    Appellant,
  v.
Uber Technologies, Inc.,
    Respondent,
et al.,
    Defendants.

3    Mo. No. 2024-97    Motion for leave to appeal denied.

In the Matter of Lucas Y., &c.

Columbia County Attorney,
    Respondent;
Lucas Y.,
    Appellant.