

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

July 25, 2024

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:  *VDARE v. James*
     No. 23-1084 & 23-7409

Dear Ms. Wolfe:

I represent defendants-appellees in this appeal. This Court is currently in the process of scheduling a date for oral argument. I write to advise the Court that I will be unavailable for argument on the following additional dates in 2024: **August 19- 22; September 19-24; October 9-16; and November 26-29**.

Thank you for your assistance in this matter.

Respectfully submitted,

JONATHAN D. HITSOUS
*Assistant Solicitor General*