# RANDAZZA
## LEGAL GROUP

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

30 September 2024

<u>Via CM/ECF</u>
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *VDARE Foundation, Inc. v. James*
      *Docket Nos. 23-1084(L), 23-7409(CON)*

Dear Clerk O'Hagan Wolfe,

  During argument on September 30, 2024, the Court raised a question as to whether *Exxon Mobil Corp. v. Healey*, 28 F.4th 383 (2d Cir. 2022) controls. At the time, I indicated a lack of perfect knowledge of the facts of that case and could address it if provided an opportunity.

  *Exxon Mobil* is distinguishable. In that case, Exxon Mobil was the party that brought the state case and litigated it fully, and Exxon Mobil could have brought its Section 1983 claim in that forum. Here, VDare was the respondent and lacked the full opportunity, after the state court motion to dismiss was denied, to raise its Section 1983 challenge, take discovery, and have the court weigh evidence, including the credibility on the allegedly non-pretextual basis for the subpoena.

//

//

Randazza Legal Group  
Page 2 of 2



Thank you for your attention to this matter.

Sincerely,

Jay M. Wolman  
*Attorneys for Plaintiff-Appellant,*  
*VDARE FOUNDATION, INC.*

cc:   All Counsel of Record (Via CM/ECF)