

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

October 1, 2024

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

Re: *VDARE v. James*, Nos. 23-1084 & 23-7409

Dear Ms. Wolfe:

I represent respondent in the above-captioned appeal and write in response to appellants' letter submitted under Federal Rule of Appellate Procedure 28(j). VDARE's letter does not introduce supplemental authority—the purpose of a Rule 28(j) letter—but rather attempts to articulate additional reasons to distinguish a decision it already attempted to distinguish in its brief, namely *Exxon Mobil Corp. v. Healey*, 28 F.4th 383 (2d Cir. 2022).

VDARE's attempts to distinguish *Exxon Mobil* are unavailing. The primary "distinction" VDARE offers is that, unlike the federal-court plaintiff in *Exxon*, it was the respondent in the state-court proceeding. VDARE ignores that in *Exxon Mobil* itself, this Court observed that, in a case applying New York's claim preclusion law, it had already "expressly dismissed the notion that being in a 'defensive' posture would alter the analysis for claim preclusion." 28 F.4th at 401 (citing *Bartel Dental Books Co. v. Schultz*, 786 F.2d 486, 489 & n.1 (2d Cir. 1986)). To the extent that VDARE further asserts in conclusory fashion that it lacked a fair opportunity to raise its constitutional claims and take discovery in the state proceeding, it is mistaken. Under New York law, so long as a claim as been finally resolved, it does not matter "whether a full evidentiary hearing has been held on the claim." *Bartel Dental Books*, 786 F.2d

at 489. Indeed, *Exxon Mobil* rejected the premise that the federal-court plaintiff was "free to raise constitutional arguments in state court to set aside the [civil investigative demand] while preserving its constitutional claims in federal court to enjoin the [demand's] enforcement." 38 F.4th at 398.

                                      Respectfully submitted,

                                      /s/ Jonathan D. Hitsous
                                      JONATHAN D. HITSOUS
                                      Assistant Solicitor General
                                      (518) 776-2044

cc: Counsel of record (by ECF)