# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand twenty-five.

Before:    Richard J. Sullivan,
              Alison J. Nathan,
                  *Circuit Judges,*
              Ramon E. Reyes, Jr.,
                  *District Judge.\**

---

VDARE Foundation, Inc.,

        Plaintiff - Appellant,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

        Defendant - Appellee.

**ORDER**

Docket Nos. 23-1084 (L), 23-7409 (Con)

---

     Appellant moves for injunctive relief and supplementation of the record.

     IT IS HEREBY ORDERED that the motion is DENIED.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court



---

\*Judge Ramon E. Reyes, Jr., of the United States District Court for the Eastern District of New York, sitting by designation.